# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------- x
                                                               :
In re                                                          :        **Chapter 11**
                                                               :
**24 HOUR FITNESS**                                            :        **Case No. 20– 11558 (KBO)**
**WORLDWIDE, INC.,** *et al.,*                                 :
                                                               :
                                       **Debtors.**[1]         :        **(Jointly Administered)**
                                                               :
-------------------------------------------------------------- x

# SCHEDULE OF ASSETS AND LIABILITIES FOR
## <u>24 HOUR FITNESS USA, INC. (CASE NO. 20-11561)</u>

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372).  The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

**GLOBAL NOTES AND STATEMENTS OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

24 Hour Fitness Worldwide, Inc. ("**Worldwide**") and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and, collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management team prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements, and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, or identity of the applicable Debtor or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## Global Notes

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Cases**.  On June 15, 2020 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On the Petition Date, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). [*See* Docket No. 90.]  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedule and Statement.  On June 25, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2. **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for Worldwide and its Debtor and non-Debtor affiliates.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

   The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity.  Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

3. **Reporting Date**.  Unless otherwise noted on the specific responses, the Schedules and Statements generally reflect the Debtors' books and records as of the Petition Date. The liability values are as of the Petition Date, adjusted for authorized payments made under the First Day Orders (as defined below).

4. **Current Values**.  The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books

and records.  Unless otherwise noted, the carrying value on the Debtors' books, rather than the current market value, is reflected in the Schedules and Statements.

5.      **Confidentiality**.  There may be instances where certain information was not included or was redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual.

6.      **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Participating in Existing Cash Management System and Using Bank Accounts and Business Forms, and (B) Continue Intercompany Transactions, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, and (III) Granting Related Relief* [Docket No. 8] (the "**Cash Management Motion**"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a consolidated disbursements system to pay operating and administrative expenses through disbursement accounts.

In the ordinary course of business, the Debtors maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").  As set forth more fully in the Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash receipts activities, disbursement activities, and expense allocations.  Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors.  Instead, the Debtors track all Intercompany Transactions in their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets.  The Debtors' accounting system requires that all general-ledger entries be balanced at the legal-entity level.  Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.      **Accuracy**.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.  The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8. **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. Thus, wherever possible, net book values as of the Petition Date are presented. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements. As applicable, fixed assets and leasehold-improvement assets that have been fully depreciated or amortized, or were expensed for GAAP accounting purposes, have no net book value and, therefore, are not included in the Schedules and Statements.

9. **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

10. **Excluded Assets and Liabilities**. The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules. The Debtors have excluded certain accrued liabilities, including, without limitation, accrued salaries and wages, employee benefit accruals, and certain other accruals, as well as certain other assets and liabilities considered to have *de minimis* or no market value, from the Schedules and Statements. Other immaterial assets and liabilities may also have been excluded.

11. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13. **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Bankruptcy Court entered various orders (the "**First Day Orders**") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (i) service fees and charges assessed by the Debtors' banks; (ii) insurance and surety bond obligations; (iii) obligations to critical vendors; (iv) claims of shippers and lienholders; (v) customer program obligations; (vi) employee wages, salaries, and related items (including, employee benefit programs and independent contractor obligations); and (vii) taxes and assessments. Accordingly, outstanding liabilities may have been reduced by any court-approved post-petition payments made with respect to prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements unless otherwise noted. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or

supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

14. **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail and shall supersede amounts listed in the Debtors' Schedules and Statements and be enforceable by all parties, subject to Bankruptcy Court approval.

15. **Setoffs**. The Debtors routinely incur certain setoffs with respect to vendors and other third parties in the ordinary course of business. Setoffs in the ordinary course can result from various items, including, but not limited to, pricing discrepancies, returns, promotional funding, and other disputes between the Debtors and third parties. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary-course setoffs are not independently accounted for and, thus, are excluded from the Debtors' Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

16. **Inventory**. The Debtors maintain saleable inventory, primarily at their club locations. Such inventories are valued at the lower of cost or market or net realizable value.

17. **Property and Equipment**. Property and equipment are recorded at historical cost. Depreciation is computed on the straight-line method over the estimated useful lives of the furniture, fixtures, and equipment, which generally range from five to ten years. Amortization of leasehold improvements is computed on the straight-line method based upon the shorter of the estimated useful lives of the assets or the terms of the respective leases.

18. **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

   a. Any failure to designate a claim listed on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to re-characterize, re-classify, re-categorize, or re-designate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c. The listing of a claim on Schedule D as "secured," on Schedule E/F (Part 1) as "priority," on Schedule E/F (Part 2) as "unsecured" or the listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or re-classify such claim or contract pursuant to an amendment to the Schedules, a claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditors' claims, the characterization of the structure of any transaction, or any document or instrument related to such creditors' claims.

d. In the ordinary course of their business, the Debtors lease real property from certain third-party lessors to operate their businesses. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such leases is not reflected in Schedule A/B as either owned property or assets of the Debtors, and neither is such property or assets of third parties within the control of the Debtors. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the re-characterization thereof.

e. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

f. The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of

their Schedules and Statements, the Schedules and Statements nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Debtors' Schedules and Statements and to amend and supplement the Schedules and Statements as necessary.

g.    The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.    Except as otherwise indicated, the Debtors have identified the primary Debtor obligor(s) with respect to their executory contracts, unexpired leases, and other agreements. The Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that guarantees and other secondary liability claims are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and re-classify any such contract or claim.

i.    Listing a contract or lease on the Debtors' Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Debtors' Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code and the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

j.    Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

k.    To timely close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal-entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

19.     **Global Notes Control**.  In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities

*Schedule A/B*

a. **Part 1.** As set forth more fully in the Cash Management Motion, the Debtors conduct their operations through an extensive network of bank accounts. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflect the ending cash balance of such account as of the close of business on June 14, 2020.

b. **Part 2.** The Debtors maintain certain deposits in the conduct of their business operations, which are included in the Schedules for the appropriate legal entity. Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize. The amounts listed in Part 2 include, among other things, various prepaid deposits, prepaid taxes, prepaid insurance, and prepaid supplies.

c. **Part 3.** The Debtors' accounts receivable information includes receivables from the Debtors' members, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other adjustments pursuant to the Debtors' day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The Debtors indicate the age of accounts receivables in the Schedules for the applicable Debtor. The accounts receivable balances in this section exclude intercompany receivables.

   As stated in the Cash Management Motion, the Debtors historically have tracked Intercompany Transactions and continue to track such Intercompany Transactions on a post-petition, Debtor-by-Debtor basis.

d. **Part 4.** Any of the Debtors' ownership interests in subsidiaries, partnerships, and joint ventures were not considered and are not listed in Schedule A/B, Part 4 because the fair market value of such interests is dependent on numerous variables and factors and may differ significantly from the net book value.

e. **Part 5.** The Debtors maintain saleable inventory, primarily at their club locations. Such inventories are valued at the lower of cost or market or net realizable value.

f. **Part 7.** The Debtors have identified owned furniture, fixtures, and equipment. Actual realizable values may vary significantly relative to net book values as of the Petition Date.

g. **Part 9.** Actual realizable values of the identified leasehold improvements may vary significantly relative to net book values as of the Petition Date.

h. **Part 10.** The Debtors have identified intangible assets as of the Petition Date, although the Debtors have not listed the value of such assets because the values reflected in the Debtors' books and records may not accurately reflect such assets' value in the

marketplace. Additionally, certain of the Debtors have member information from conducting gift card programs, credit card and online sales, and ordinary-course business practices for an operator of fitness clubs, which information may include personally identifiable information. The Debtors maintain certain records in the ordinary course of business but do not sell these records in the ordinary course of business. Due to the need to protect confidential information and individual privacy, the Debtors have not furnished any customer lists on their Schedules.

i. **Part 11.** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, and refunds with and potential warranty claims against their vendors, among other claims. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs or counter-claims and/or cross-claims as defendants. Such litigation is listed in the Statements.

Despite exercising their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code, actions under other relevant nonbankruptcy laws to recover assets, and actions relating to or arising from the COVID-19 pandemic. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Notes nor the Schedules shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors file consolidated federal tax returns, as well as certain of their state tax returns, under Worldwide. The values of the net operating losses listed in Schedule A/B reflect the amounts listed in the Debtors' books and records, which may not reflect the value recoverable on account of such net operating losses, and may reflect net operating losses accumulated for more than one tax year.

Where a Debtor holds a positive net intercompany balance, such amount has been listed on Schedule A/B for such Debtor. Correspondingly, where a Debtor holds a negative net intercompany balance, such amount has been listed on Schedule E/F, Part 2 for such Debtor.

### Schedule D

The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred prior to the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection*

*to Prepetition Lenders, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 652] (the "**DIP Order**"), which remain subject to investigation and challenge by the Creditors' Committee or other parties in interest, all as more fully set forth in the DIP Order and the order extending the time for the Creditors' Committee to challenge such liens entered by the Bankruptcy Court on August 21, 2020 [Docket No. 774].

Except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final, including the DIP Order, the Debtors and their estates reserve their right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the Debtors reserve all rights to dispute and challenge the secured nature of any creditor's claim, the characterization of the structure of any such transaction, or any document or instrument related to such creditor's claim; and (c) the descriptions provided on Schedule D only are intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Daniel Hugo in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 4] (the "**First Day Declaration**").  Although there are multiple parties that hold a portion of the Debtors' indebtedness, only the administrative agent has been listed for the purposes of Schedule D.  The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements

Except as specifically stated herein, real property lessors, utility companies, and other parties that may hold deposits have not been listed on Schedule D.  Additionally, the Debtors have not included parties that may assert claims secured through setoff rights or inchoate statutory lien rights.

### *Schedule E/F*

a. **Part 1.**  The claims listed on Part 1 arose and were incurred on various dates.  A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, no such dates are included for each claim listed on Part 1.  To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1.  The Debtors believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First

Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on Part 1. Such claims, however, may be subject to ongoing audits and/or the Debtors may otherwise be unable to determine with certainty the amount of the remaining claims listed on Part 1. Therefore, the Debtors have listed all such claims as "contingent" and "unliquidated," pending final resolution of ongoing audits or other outstanding issues.

The Debtors reserve their rights to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

b.  **Part 2.** The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these chapter 11 cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Part 2 may owe amounts to the Debtors, and, thus, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor. In addition, certain claims listed on Part 2 may potentially be entitled to priority under section 503(b)(9) of the Bankruptcy Code. The Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date. Despite the Debtors' reasonable efforts to include all unsecured creditors on Part 2, including, but not limited to, trade creditors, landlords, utility companies, and other service providers, there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. Although the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2. Such amounts are, however, reflected on the Debtors' books and records, as required in accordance with GAAP, but such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as "contingent," "unliquidated," and/or "disputed" the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F also contains information regarding pending litigation involving the Debtors. In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been

identified, however, such information is included on that Debtor's Schedule E/F.  The amounts for these potential claims are listed as undetermined and marked as "contingent," "unliquidated," and "disputed" in the Schedules.

As of the Petition Date, the Debtors served approximately 3 million members nationwide. In the course of these chapter 11 cases, the Debtors will have provided notice of the general bar date to approximately 11.1 million current and former members and approximately 3.5 million guests. A determination of the amount of any claim that each of the Debtors' current members, former members, and guests may hold would be unduly burdensome and cost prohibitive.

With respect to those 8.000% senior unsecured notes due 2022 issued under that certain indenture, dated as of May 30, 2014, the Debtors have listed only the indenture trustee as the named creditor on Schedule F.  Nonetheless, these notes are beneficially owned by a number of other parties.

As noted in the Global Notes, the Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders.  To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for post-petition payments made under some or all of the First Day Orders.  Each Debtor's Schedule E/F will reflect that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F.  Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Bankruptcy Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims.  Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

### Schedule G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), the Debtors' review process of the Agreements is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.  The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G.  As stated in the Global Notes, omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted Agreement.  Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.  The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents,

instruments, and agreements that may not be listed on Schedule G. Any and all of the Debtors' rights, claims, and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and, thus, the Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G; (ii) dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G; and (iii) amend or supplement such Schedule as necessary.

Executory contracts for short-term service orders that are oral in nature have not been included in Schedule G. Executory contracts that expired between the Petition Date and the filing of these Schedules are also excluded from Schedule G.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the Agreement, and, where a contract party remained uncertain, such Agreement may have been listed on a different Debtor's Schedule G.

### Schedule H

The Debtors are party to various debt agreements that were executed by multiple Debtors. The guaranty obligations with respect to the Debtors' prepetition indebtedness are noted on Schedule H for each individual Debtor. In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedule and Statement of each such Debtor at the full amount of such potential claim, and such claim is marked "contingent" and "unliquidated."

In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties and some or all of whom may have been named as plaintiffs and defendants inadvertently. Such claims are listed elsewhere in the Schedules, and they have not been set forth individually on Schedule H.

Except as otherwise indicated, the Debtors have identified the primary Debtor obligor(s) with respect to their executory contracts, unexpired leases, and other agreements. The Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that guarantees and other secondary liability claims are identified.

No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. To the extent these Notes include notes specific to Schedules D–G, such Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

### Specific Notes with Respect to the Debtors' Statements of Financial Affairs

**Part 1, Question 1**

The income stated in the Debtors' response to Question 1 is consistent with the consolidated sales disclosed in compliance with GAAP.

The Debtors' fiscal year ends on the last day of each calendar year:

- **FY 2018**:  Comprised of 52 weeks ending December 31, 2018.

- **FY 2019**:  Comprised of 52 weeks ending December 31, 2019.

- **Stub Period 2020**:  Comprised of approximately 23 weeks ending June 14, 2020.

**Part 2, Question 3**

The obligations of the Debtors are primarily paid by and through 24 Hour Fitness USA, Inc., notwithstanding the fact that certain obligations may be obligations of one or more of the affiliated Debtors.

The payments disclosed in SOFA 3 are based on payments made by the Debtors with payment dates from March 15, 2020 to June 14, 2020.  The Debtors have listed payroll-related amounts in the aggregate, which includes amounts that were paid to insiders and included in response to Question 4. Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on Question 11 and are excluded from Question 3.

**Part 2, Question 4**

For purposes of the Schedules and Statements, the Debtors define insiders as (a) officers, directors, and anyone in control of a corporate debtor and their relatives and (b) affiliates of the Debtor and insiders of such affiliates. Individuals listed in the Statements as insiders have been included for informational purposes only.  The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.  Thus, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, please refer to Question 28 and Question 29 of the Statements.

Home addresses for directors, former directors, employees, and former employees identified as insiders have not been included in the Statements for privacy reasons.[2]  Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.

The payroll-related amount shown in response to Question 4, which includes, among other things, salary, wage, and additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings.  In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors.  As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses.  Amounts still owed to creditors will appear on the Schedules for each of the Debtors.

**Part 2, Question 6**

The Debtors incur certain offsets and other similar rights in the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, billing discrepancies, overpayments, returns, and other disputes between the Debtors and their club members, vendors, and contract counterparties.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.

**Part 3, Question 7**

Actions described in response to Question 7 include, but are not limited to, consumer disputes, employee matters, and personal injury suits.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.  Further, the Debtors operate in numerous jurisdictions and in the ordinary course of business may have disputed property valuations/tax assessments.  The Debtors have not listed such disputes on Question 7.

**Part 4, Question 9**

The donations and/or charitable contributions listed in response to this question represent payments made by the Debtors to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.  In addition to the charitable contributions listed therein, the Debtors may make *de minimis* gifts or gifts in kind from time to time.

---

[2]    On June 16, 2020, the Bankruptcy Court entered an order granting the Debtors' motion requesting authority to redact the home addresses of the Debtors' current and former employees.  [*See* Docket No. 119.]

**Part 5, Question 10**

The Debtors occasionally incurred losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes. Accordingly, in this context, the Debtors have not listed such losses.

Additionally, the Debtors have not listed any losses arising from or related to the COVID-19 pandemic.

**Part 6, Question 11**

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Question 11. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders. In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their lenders or other parties.

**Part 6, Question 13**

The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in Question 13.

**Part 9, Question 16**

The Debtors collect a limited amount of information from club members and guests, including personally identifiable information, via their website portals and mobile applications, over the telephone, or in person in order to provide services to members and guests and inform them of new products and services. Examples of the types of information collected by the Debtors include, among other things, mailing addresses, email addresses, phone number, and names. The Debtors retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements. The Debtors maintain privacy policies and have information security protocols to safeguard personally identifiable information.

**Part 9, Question 17**

As of the Petition Date, the Debtors maintained a non-qualified deferred compensation plan (a/k/a the 24 Hour Fitness USA, Inc. Deferred Compensation Plan) (the "**NQDC Plan**"). Claims of participants in the NQDC Plan have been listed with an "unknown" value and designated as "contingent" and "unliquidated."

**Part 10, Question 18**

In the ordinary course of the Debtors' business, the Debtors are engaged in various financial instruments, including Letters of Credit that are renewed on a regular basis. Certain accounts or

instruments that appear to have been "closed" were closed in regard to that particular period but were renewed for subsequent periods. To the extent the Debtors have any accounts or instruments that appear to have been closed but were in fact renewed for subsequent years and are continuing under a present renewal, the Debtors have not included those accounts or instruments in response to Question 18.

## Part 11, Question 21

In the ordinary course of business, the Debtors' club locations contain items owned by others, including, but not limited to vending machines and beverage coolers. The Debtors have not included such items in response to Question 21.

## Part 13, Question 26

a. **Question 26(a), (b), and (c).**

In the ordinary course of business, the Debtors retain certain bookkeepers, accountants, or other firms or individuals (collectively, "**Recipients**") in order to review the Debtors' books and records for the purpose of auditing the books and records or preparing financial statements. The Debtors have not included members of their management team in response to Question 26, given the number of such persons who may have reviewed the Debtors' books and records.

The Debtors do not maintain complete lists to track all persons who may have reviewed their books and records and cannot account for the possibility that persons may have reviewed the Debtors' books and records without the Debtors' knowledge or consent. Considering the number of such persons and the possibility that persons may have reviewed the Debtors' books and records without the Debtors' knowledge or consent, the Debtors have not disclosed any such persons for the purposes of Question 26.

b. **Question 26(d).**

The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, debtholders, and their legal and financial advisors. Financial statements have also been provided to other parties as requested. The Debtors do not maintain complete lists to track such disclosures and cannot account for the possibility that such information may have been shared with parties without the Debtors' knowledge or consent. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Question 26(d).

## Part 13, Question 28

For each entity, the Debtors have included individuals identified as of the Petition Date as directors, officers, members, or managers, as applicable, of such entity in the Debtors' recordkeeping systems or, if no individuals were identified, an entity member, as applicable.

**Part 13, Question 29**

The disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the Debtors.  For each entity, the Debtors have included the individuals who, during the applicable period, were identified as directors and officers of such entity in the Debtors' recordkeeping systems.

**Part 13, Question 30**

Any and all known disbursements to insiders have been listed in response to Question 4.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **24 Hour Fitness USA, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **20-11561** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$50,848.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **4606** | **$0.00** |
| 3.2. | **Bank of Hawaii** | **Checking** | **2148** | **$1,219.26** |
| 3.3. | **Citibank** | **Checking** | **4502** | **$342,793.90** |
| 3.4. | **Citibank** | **Checking** | **5133** | **$442,599.12** |
| 3.5. | **Wells Fargo** | **Checking** | **1392** | **$0.00** |
| 3.6. | **Wells Fargo** | **Checking** | **3857** | **$0.00** |

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number *(If known)* **20-11561**
          Name

| | | | | |
|---|---|---|---|---|
| 3.7. | Wells Fargo | Checking | 3881 | $0.00 |
| 3.8. | Wells Fargo | Checking | 3907 | $0.00 |
| 3.9. | Wells Fargo | Checking | 4641 | $0.00 |
| 3.10. | Wells Fargo | Checking | 5236 | $0.00 |
| 3.11. | Wells Fargo | Checking | 5244 | $0.00 |
| 3.12. | Wells Fargo | Checking | 6868 | $0.00 |
| 3.13. | Wells Fargo | Checking | 7248 | $0.00 |
| 3.14. | Wells Fargo | Checking | 8456 | $0.00 |
| 3.15. | Wells Fargo | Checking | 9216 | $0.00 |
| 3.16. | Wells Fargo | Checking | 9353 | $547,043.63 |
| 3.17. | Wells Fargo | Checking | 9690 | $0.00 |
| 3.18. | Wells Fargo | Checking | 3899 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                          | $1,384,503.91 |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number *(If known)* **20-11561**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Description | Amount |
|---|---|---|
| 7.1. | **Holder: 1680 Kapiolani, LLC; Description: Premise deposit for club 540 Honolulu Super Sport** | $35,000.00 |
| 7.2. | **Holder: 1680 Kapiolani, LLC; Description: Premise deposit for club 540 Honolulu Super Sport** | $26,872.00 |
| 7.3. | **Holder: 3699 Wilshire, LLC; Description: Premise deposit for club 118 Mid Wilshire** | $21,566.00 |
| 7.4. | **Holder: ACE American Insurance; Description: Bond collateral for bankruptcy filing** | $259,262.08 |
| 7.5. | **Holder: Albertson's, Inc.; Description: Premise deposit for club 553 Aurora** | $60,000.00 |
| 7.6. | **Holder: Amazon; Description: Reserves withheld for refunds and chargebacks.** | $3,978.65 |
| 7.7. | **Holder: AMCAP/Denver Limited Partnership; Description: Premise deposit for club 326 Lakewood Sport** | $20,000.00 |
| 7.8. | **Holder: Ayden (credit card processor); Description: Security deposit for Adyen credit card processor** | $17,300,000.00 |
| 7.9. | **Holder: Brodsky Family Properties, LLC; Description: Premise deposit for club 704 Berkeley Solano Avenue FitLite** | $5,000.00 |
| 7.10. | **Holder: Carrier: Marsh Risk & Insurance Services (Liberty Mutual); Description: Escrow with Liberty Mutual for club 90700** | $2,000.00 |
| 7.11. | **Holder: City of Homestead; Description: Utility deposit for club 618 Homestead** | $8,626.00 |
| 7.12. | **Holder: City of Mesquite Utilities; Description: Utility deposit for club 211 Mesquite** | $15,000.00 |
| 7.13. | **Holder: City of Sunrise; Description: Utility deposit for club 631 Sunrise Florida Super Sport** | $5,500.00 |

Debtor    **24 Hour Fitness USA, Inc.**                          Case number *(If known)* **20-11561**
          <sub>Name</sub>

| | | |
|---|---|---|
| 7.14. | **Holder: City of Tamarac; Description: Utility deposit for club 637 Tamarac Super Sport** | **$9,220.50** |
| 7.15. | **Holder: CON EDISON; Description: Utility deposit for club 294 Riverdale Sport** | **$9,200.50** |
| 7.16. | **Holder: Donahue Schriber Realty Group, L.P.; Description: Premise deposit for club 43 Alamo Express** | **$20,000.00** |
| 7.17. | **Holder: Donahue Schriber Realty Group, L.P.; Description: Premise deposit for club 48 Fountain Valley** | **$18,750.00** |
| 7.18. | **Holder: Duke Energy ; Description: Utility deposit for club 635 Apopak Super Sport** | **$18,000.00** |
| 7.19. | **Holder: Duke Energy ; Description: Utility deposit for club 638 The Grove at Winter Park SS** | **$14,920.00** |
| 7.20. | **Holder: Duke Energy; Description: Utility deposit for club 619 Orland Park Square Super Sport** | **$6,945.00** |
| 7.21. | **Holder: Duke Energy; Description: Utility deposit for club 633 Lake Mary** | **$14,335.00** |
| 7.22. | **Holder: Durham Business Properties LLC; Description: Premise deposit for Portland Office** | **$5,900.00** |
| 7.23. | **Holder: Florida Power & Light; Description: Utility deposit for clbu 628 Miami Cutler Ridge Sport** | **$14,298.00** |
| 7.24. | **Holder: Florida Power & Light; Description: Utility deposit for club 217 Plantation Sport** | **$17,912.00** |
| 7.25. | **Holder: Florida Power & Light; Description: Utility deposit for club 623 Pembroke Pines Shaq Sport** | **$20,557.00** |
| 7.26. | **Holder: Florida Power & Light; Description: Utility deposit for club 624 Town & Country Sport** | **$22,950.00** |
| 7.27. | **Holder: Florida Power & Light; Description: Utility deposit for club 627 Greenacres Shaq Active** | **$16,501.00** |

Debtor    **24 Hour Fitness USA, Inc.**                                      Case number *(If known)* **20-11561**
          Name

| | | |
|---|---|---|
| 7.28. | **Holder: Florida Power & Light; Description: Utility deposit for club 629 Miramar Sport** | $21,755.00 |
| 7.29. | **Holder: Florida Power & Light; Description: Utility deposit for club 630 Boynton Beach Shaq Super Sport** | $21,446.00 |
| 7.30. | **Holder: Florida Power & Light; Description: Utility deposit for club 631 Sunrise Florida Super Sport** | $25,148.00 |
| 7.31. | **Holder: Florida Power & Light; Description: Utility deposit for club 634 Miami Garden** | $15,715.00 |
| 7.32. | **Holder: Florida Public Utilities Co; Description: Utility deposit for club 633 Lake Mary** | $2,250.00 |
| 7.33. | **Holder: Fort Worth Water Department; Description: Utility deposit for club 665 Lake Worth Sport** | $5,000.00 |
| 7.34. | **Holder: Fred Straus (Landlord); Description: Premise deposit for club 294 Riverdale Sport** | $161,334.00 |
| 7.35. | **Holder: K&K Lumber Co.; Description: Premise deposit for club 114 Encinitas** | $300.00 |
| 7.36. | **Holder: Kelly/JRM Palomar Airport I, LLC; Description: Premise deposit for club 90281 Office Facilities MSC** | $5,000.00 |
| 7.37. | **Holder: MOSO pay; Description: MOSO pay is withholding funds due to COVID-19** | $70,745.32 |
| 7.38. | **Holder: Nevada Power Company; Description: Utility deposit for club 229 Las Vegas Mountain Vista** | $40,765.00 |
| 7.39. | **Holder: NJ Division of Consumer Affairs; Description: Consumer Protection deposit for club 616 Paramus Super Sport** | $50,000.00 |
| 7.40. | **Holder: Northpoint Investors; Description: Premise deposit for club 519 North Point** | $42,469.00 |
| 7.41. | **Holder: Orange & Rockland Electric Company; Description: Utility deposit for club 641 Ramsey Crescent Ave SS** | $25,000.00 |

Debtor   **24 Hour Fitness USA, Inc.**                              Case number *(If known)* **20-11561**
         Name

| | | |
|---|---|---|
| 7.42. | **Holder: ORLANDO UTILITIES COMMISSION; Description: Utility deposit for club 632 Orlando Orange Super Sport** | **$39,270.00** |
| 7.43. | **Holder: PEPCO; Description: Utility deposit for club 816 Glenarden Landover** | **$8,600.00** |
| 7.44. | **Holder: Poland General Electric; Description: Utility deposit for multiple clubs in Portland** | **$125,028.00** |
| 7.45. | **Holder: San Diego Gas & Electric; Description: Utility deposit for club 481 San Marcos** | **$14,374.00** |
| 7.46. | **Holder: State of Maryland; Description: Consumer Protection deposit for club 611 Annapolis Riva Rd. Super Sport** | **$200,000.00** |
| 7.47. | **Holder: State of Maryland; Description: Consumer Protection deposit for club 816 Glenarden Super Sport** | **$200,000.00** |
| 7.48. | **Holder: State of New Jersey (until end of business in state); Description: Consumer Protection deposit for 642 Englewood Cliffs Super Sport** | **$50,000.00** |
| 7.49. | **Holder: State of New Jersey Division of Consumer Affairs ; Description: Consumer Protection deposit for club 641 Ramsey Supersport** | **$50,000.00** |
| 7.50. | **Holder: State of New Jersey; Description: Consumer Protection deposit for club 614 Piscataway Super Sport** | **$50,000.00** |
| 7.51. | **Holder: State of New Jersey; Description: Consumer Protection deposit for club 615 Springfield Super Sport** | **$50,000.00** |
| 7.52. | **Holder: State of New Jersey; Description: Consumer Protection deposit for club 643 Wayne Towne Center Super Sport** | **$50,000.00** |
| 7.53. | **Holder: State of New Jersey; Description: Consumer Protection deposit for club 644 Woodbridge Township Super Sport** | **$50,000.00** |
| 7.54. | **Holder: State of New Jersey; Description: Consumer Protection deposit for club 645 Whippany Super Sport** | **$50,000.00** |
| 7.55. | **Holder: State of New Jersey; Description: Consumer Protection deposit for club 654 Hasbrouck Heights Super Sport** | **$50,000.00** |

Debtor  __24 Hour Fitness USA, Inc._____     Case number *(If known)* __20-11561__
                Name

| | | |
|---|---|---|
| 7.56. | **Holder: State of NJ Division of Consumer Affairs; Description: Consumer Protection deposit for club 283 Saddle Brook Sport** | $50,000.00 |
| 7.57. | **Holder: State of NJ Division of Consumer Affairs; Description: Consumer Protection deposit for club 285 Jersey City Sport** | $50,000.00 |
| 7.58. | **Holder: State of NJ Divison of Consumer Affairs; Description: Consumer Protection deposit for club 282 Clark Super Sport** | $50,000.00 |
| 7.59. | **Holder: Switch Communications Group LLC / Datacenter Cabinet Colocation; Description: Security deposit for Switch IT racks** | $22,184.00 |
| 7.60. | **Holder: TECO; Description: Utility deposit for club 639 Kissimmee, FL** | $23,000.00 |
| 7.61. | **Holder: The Realty Associates Funds VII, L.P.; Description: Premise deposit for club 94 Miramar** | $60,979.00 |
| 7.62. | **Holder: Treasurer of Virginia (till end of business in state); Description: Consumer Protection deposit for club 817 Tysons Corner Super Sport** | $100,000.00 |
| 7.63. | **Holder: Treasurer of Virginia ; Description: Consumer Protection deposit for club 19 Fairfax Super Sport** | $100,000.00 |
| 7.64. | **Holder: Treasurer of Virginia; Description: Consumer Protection deposit for club 818 Falls Church Super Sport** | $100,000.00 |
| 7.65. | **Holder: United Parcel Service, Inc. (UPS); Description: Premise deposit for club 512 San Ramon Super Sport** | $67,664.00 |
| 7.66. | **Holder: Van Ness Post Center, LLC; Description: Premise deposit for club 502 Van Ness** | $83,667.00 |
| 7.67. | **Holder: Wells Fargo / NY Division of Licensing Services; Description: Consumer Protection deposit for region 105** | $450,126.00 |
| 7.68. | **Holder: Wells Fargo / San Francisco CA; Description: Premise deposit for IT Storage (Vista)** | $24,300.00 |
| 7.69. | **Holder: Wells Fargo / State of New York; Description: Consumer Protection deposit for club 726 Soho Ultra Sport** | $150,000.00 |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(If known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.70. | **Holder: Wells Fargo / State of Utah; Description: Consumer Protection deposit for club 336 Sandy** | **$74,994.00** |
| 7.71. | **Holder: Wells Fargo / State of Utah; Description: Consumer Protection deposit for club 433 9th Street Sport** | **$160,637.00** |
| 7.72. | **Holder: Wells Fargo CD; Description: Consumer Protection deposit for club 342 Sugarhouse** | **$75,035.00** |
| 7.73. | **Holder: Wells Fargo CD; Description: Consumer Protection deposit for club 434 Trolley Corners** | **$75,000.00** |
| 7.74. | **Holder: Wells Fargo; Description: Premise deposit for club 732 Massapequa** | **$3,825.00** |

| | | |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1. | **Holder: 0000128768-Highland Fitness Ltd; Description: Prepaid CAM - ST** | **$28,723.20** |
| 8.2. | **Holder: 0000145953-Allen Fitness LP; Description: Prepaid CAM - ST** | **$22,387.92** |
| 8.3. | **Holder: 0000243202-Lakeline Austin Fitness LP; Description: Prepaid CAM - ST** | **$20,623.66** |
| 8.4. | **Holder: 0000254798-Lowry Denver Fitness LP; Description: Prepaid CAM - ST** | **$22,599.12** |
| 8.5. | **Holder: 0000263776-Frisco Fitness LP; Description: Prepaid CAM - ST** | **$20,620.92** |
| 8.6. | **Holder: 0000302561-North Richland Fitness LP; Description: Prepaid CAM - ST** | **$22,436.27** |
| 8.7. | **Holder: 0000410973-Hacienda Business Park Owners; Description: Prepaid CAM - ST** | **$3,632.62** |
| 8.8. | **Holder: 0000412975-Grimmer Auto Mall Association; Description: Prepaid CAM - ST** | **$5,393.68** |

| Debtor | __24 Hour Fitness USA, Inc.__ | Case number *(If known)* __20-11561__ |
| | Name | |

| | | |
|---|---|---|
| 8.9. | **Holder: 0000413148-Cole 24 Fort Worth TX LLC; Description: Prepaid CAM - ST** | $28,394.64 |
| 8.10. | **Holder: 0000414107-A & J Properties LLC; Description: Prepaid CAM - ST** | $17,676.76 |
| 8.11. | **Holder: 0000415094-Lakeshore Towers Limited Partnership; Description: Prepaid CAM - ST** | $2,218.12 |
| 8.12. | **Holder: 0000416806-Zelprop 24 LLC; Description: Prepaid CAM - ST** | $26,204.65 |
| 8.13. | **Holder: 100 California Street LLC; Description: Prepaid Real Property Tax** | $163,644.44 |
| 8.14. | **Holder: 100 Oceangate LLC ; Description: Prepaid Real Property Tax** | $474.90 |
| 8.15. | **Holder: 1211 E Arques LP; Description: Prepaid Real Property Tax** | $1,908.90 |
| 8.16. | **Holder: 1301 East Gladstone Street Investors LLC; Description: Prepaid Real Property Tax** | $7,133.88 |
| 8.17. | **Holder: 13395 Beach Blvd LLC; Description: Prepaid Real Property Tax** | $8,391.87 |
| 8.18. | **Holder: 147 Metro LLC; Description: Prepaid Real Property Tax** | $2,423.10 |
| 8.19. | **Holder: 150 Sylvan Avenue LLC; Description: Prepaid Real Property Tax** | $12,406.63 |
| 8.20. | **Holder: 16000 Pines Retail Investments, LLC (Club #617- Pembroke Pines Super Sport); Description: Prepaid Landlord Asset** | $235,588.00 |
| 8.21. | **Holder: 1830-1850 Ocean Avenue LLC; Description: Prepaid Real Property Tax** | $549.54 |
| 8.22. | **Holder: 21614 Tomball LLC; Description: Prepaid Real Property Tax** | $21,834.57 |

Debtor  __**24 Hour Fitness USA, Inc.**_____   Case number *(If known)* __**20-11561**__
         Name

| | | |
|---|---|---|
| 8.23. | **Holder: 24 Hour Tropicana LLC; Description: Prepaid Real Property Tax** | **$2,211.71** |
| 8.24. | **Holder: 24 Salem Partners LLC; Description: Prepaid Real Property Tax** | **$18,502.34** |
| 8.25. | **Holder: 33 Journal Square Owner LLC; Description: Prepaid Real Property Tax** | **$19,045.89** |
| 8.26. | **Holder: 5 Points Partners LP; Description: Prepaid Real Property Tax** | **$3,539.89** |
| 8.27. | **Holder: 507 Northgate LLC; Description: Prepaid Real Property Tax** | **$6,092.13** |
| 8.28. | **Holder: 525 Colorado LLC; Description: Prepaid Real Property Tax** | **$3,088.21** |
| 8.29. | **Holder: 5307 Sepulveda Boulevard LLC; Description: Prepaid Real Property Tax** | **$5,267.19** |
| 8.30. | **Holder: 600 Broadway Partners LLC ; Description: Prepaid Real Property Tax** | **$4,464.25** |
| 8.31. | **Holder: A & J Properties LLC; Description: Prepaid Real Property Tax** | **$7,799.19** |
| 8.32. | **Holder: A-1 Lock & Key; Description: Prepaid IT Supplies in Breakfix warehouse** | **$270.35** |
| 8.33. | **Holder: Acd Enterprises LLC; Description: Prepaid Real Property Tax** | **$14,722.13** |
| 8.34. | **Holder: Ag Upland LLC; Description: Prepaid Real Property Tax** | **$3,019.35** |
| 8.35. | **Holder: Agre River Bridge Owner LLC; Description: Prepaid Real Property Tax** | **$15,222.34** |
| 8.36. | **Holder: Alacrinet Consulting; Description: Prepaid Maintenance/Support** | **$18,328.88** |

Debtor   **24 Hour Fitness USA, Inc.**                     Case number *(If known)*  **20-11561**
　　　　　Name

| | | |
|---|---|---|
| 8.37. | **Holder: Alacrinet Consulting; Description: Prepaid SaaS service fees** | $200,287.17 |
| 8.38. | **Holder: Albee Properties LLC; Description: Prepaid Real Property Tax** | $5,225.21 |
| 8.39. | **Holder: Alkitsa Investments Limited Inc; Description: Prepaid Real Property Tax** | $17,406.08 |
| 8.40. | **Holder: Allianz Global Risk US Ins Co; Description: Prepaid Insurance** | $14,204.69 |
| 8.41. | **Holder: Allied World Assurance Co. (U.S.) Inc.; Description: Prepaid Insurance** | $367.41 |
| 8.42. | **Holder: Allied World Insurance Company; Description: Prepaid Insurance** | $12,729.80 |
| 8.43. | **Holder: Allied World National Assurance Co; Description: Prepaid Insurance** | $5,207.71 |
| 8.44. | **Holder: Almaden Fitness LP; Description: Prepaid Real Property Tax** | $2,011.87 |
| 8.45. | **Holder: Amazon; Description: Prepaid IT Supplies in Breakfix warehouse** | $1,785.23 |
| 8.46. | **Holder: American Fire and Casualty Company; Description: Prepaid Insurance** | $115,922.11 |
| 8.47. | **Holder: Anaheim Gateway LLC; Description: Prepaid Real Property Tax** | $2,385.69 |
| 8.48. | **Holder: Annapolis Towne Center At Parole LLC; Description: Prepaid Real Property Tax** | $283,344.16 |
| 8.49. | **Holder: Arc Hrpwotx001 LP; Description: Prepaid Real Property Tax** | $2,390.00 |
| 8.50. | **Holder: Arnold Schlesinger; Description: Prepaid Real Property Tax** | $1,744.07 |

Debtor   **24 Hour Fitness USA, Inc.**                              Case number *(If known)* **20-11561**
　　　　　Name

| | | |
|---|---|---:|
| 8.51. | **Holder: A-S 108 Friendswood Crossing LP; Description: Prepaid Real Property Tax** | **$18,105.56** |
| 8.52. | **Holder: A-S 144 Grand Parkway-W. Airport, LP (Club #647 - Aliana Super Sport); Description: Prepaid Landlord Asset** | **$199,571.00** |
| 8.53. | **Holder: A-S 86 Fm 1960-Veterans Memorial LP; Description: Prepaid Real Property Tax** | **$5,958.28** |
| 8.54. | **Holder: A-S 93 Sh 130 - Sh 45 LP; Description: Prepaid Real Property Tax** | **$105,013.79** |
| 8.55. | **Holder: Atomic Investments Inc.; Description: Prepaid Real Property Tax** | **$1,319.72** |
| 8.56. | **Holder: Avg Chula Vista LLC; Description: Prepaid Real Property Tax** | **$2,129.08** |
| 8.57. | **Holder: Avg Cypress LP; Description: Prepaid Real Property Tax** | **$4,974.60** |
| 8.58. | **Holder: Avg Laguna LLC; Description: Prepaid Real Property Tax** | **$5,840.10** |
| 8.59. | **Holder: Avg Partners I LLC; Description: Prepaid Real Property Tax** | **$3,690.85** |
| 8.60. | **Holder: Avg Partners; Description: Prepaid Real Property Tax** | **$2,622.34** |
| 8.61. | **Holder: Avg Partners; Description: Prepaid Real Property Tax** | **$2,783.57** |
| 8.62. | **Holder: Avg Puyallup LLC; Description: Prepaid Real Property Tax** | **$2,537.71** |
| 8.63. | **Holder: Avg-Henderson-I LLC ; Description: Prepaid Real Property Tax** | **$8,921.74** |
| 8.64. | **Holder: Avus Design, LLC; Description: Prepaid IT Supplies in Breakfix warehouse** | **$12,939.39** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(If known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.65. | **Holder: Ballybrack Group LLC; Description: Prepaid Real Property Tax** | **$5,463.83** |
| 8.66. | **Holder: Beazley Insurance Company Inc; Description: Prepaid Insurance** | **$7,391.89** |
| 8.67. | **Holder: Bellevue Pacific LLC ; Description: Prepaid Real Property Tax** | **$4,239.64** |
| 8.68. | **Holder: Berkley Insurance Company; Description: Prepaid Insurance** | **$17,636.92** |
| 8.69. | **Holder: Betty Jean Louie Iii Limited Partnership; Description: Prepaid Real Property Tax** | **$2,566.29** |
| 8.70. | **Holder: Black Cherry LLC; Description: Prepaid Real Property Tax** | **$1,876.21** |
| 8.71. | **Holder: Blue Shield of California; Description: Prepaid Health Insurance** | **$67,891.23** |
| 8.72. | **Holder: BMC Software; Description: Prepaid Maintenance/Support** | **$49,497.75** |
| 8.73. | **Holder: Bms Realty Company LLC; Description: Prepaid Real Property Tax** | **$8,905.98** |
| 8.74. | **Holder: Bp-Cgcenter I LLC; Description: Prepaid Real Property Tax** | **$166,474.80** |
| 8.75. | **Holder: Bre Ddr Br Cornerstar Co LLC; Description: Prepaid Real Property Tax** | **$6,071.64** |
| 8.76. | **Holder: Bre Ddr Crocodile Falcon Ridge; Description: Prepaid Real Property Tax** | **$4,678.40** |
| 8.77. | **Holder: Briarwood Rowlett, LLC (Club #648 - Rowlett Super Sport); Description: Prepaid Landlord Asset** | **$1,243,629.00** |
| 8.78. | **Holder: Brixmor Holdings 12 Spe LLC; Description: Prepaid Real Property Tax** | **$1,489.31** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(If known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.79. | **Holder: Brixmor Holdings 12 Spe LLC; Description: Prepaid Real Property Tax** | $16,497.90 |
| 8.80. | **Holder: Broadcast Music Inc. (BMI); Description: Prepaid License & Permits** | $294,706.71 |
| 8.81. | **Holder: Builders Associates 3; Description: Prepaid Real Property Tax** | $3,550.28 |
| 8.82. | **Holder: C2G; Description: Prepaid IT Supplies in Breakfix warehouse** | $765.57 |
| 8.83. | **Holder: Cable Matters; Description: Prepaid IT Supplies in Breakfix warehouse** | $970.48 |
| 8.84. | **Holder: Cable Wholesale; Description: Prepaid IT Supplies in Breakfix warehouse** | $168.49 |
| 8.85. | **Holder: Cables and Kits; Description: Prepaid IT Supplies in Breakfix warehouse** | $913.37 |
| 8.86. | **Holder: Camunda; Description: Prepaid Maintenance/Support** | $17,717.80 |
| 8.87. | **Holder: Carbrijar LLC; Description: Prepaid Real Property Tax** | $2,042.18 |
| 8.88. | **Holder: Che Chen Liu & Shu Fen Liu; Description: Prepaid Real Property Tax** | $7,860.04 |
| 8.89. | **Holder: CherryStone IT; Description: Prepaid IT Supplies in Breakfix warehouse** | $19,830.70 |
| 8.90. | **Holder: Chubb Bermuda Insurance LTD; Description: Prepaid Insurance** | $335.83 |
| 8.91. | **Holder: Chubb Bermuda Insurance Ltd; Description: Prepaid Insurance** | $258,535.38 |
| 8.92. | **Holder: Cintas; Description: Prepaid Maintenance/Support** | $2,651.07 |

Debtor   **24 Hour Fitness USA, Inc.**_____   Case number *(If known)* **20-11561**
Name

| | | |
|---|---|---|
| 8.93. | **Holder: Cisco ; Description: Prepaid IT Supplies in Breakfix warehouse** | **$1,353.13** |
| 8.94. | **Holder: City of Los Angeles; Description: Prepaid License & Permits** | **$117,631.71** |
| 8.95. | **Holder: City of Oakland; Description: Prepaid License & Permits** | **$14,568.59** |
| 8.96. | **Holder: City of Ontario; Description: Prepaid Real Property Tax** | **$5,645.84** |
| 8.97. | **Holder: City of Santa Monica; Description: Prepaid License & Permits** | **$1,113.40** |
| 8.98. | **Holder: Cmf Mp South LLC; Description: Prepaid Real Property Tax** | **$1,452.34** |
| 8.99. | **Holder: Coastal Serhoe; Description: Prepaid Real Property Tax** | **$4,009.71** |
| 8.100. | **Holder: Cojama 2 LP; Description: Prepaid Real Property Tax** | **$10,592.83** |
| 8.101. | **Holder: Cole 24 Orlando Fl LLC; Description: Prepaid Real Property Tax** | **$68,338.36** |
| 8.102. | **Holder: Columbia Casualty Company; Description: Prepaid Insurance** | **$274,618.93** |
| 8.103. | **Holder: Columbus Avenue II LLC; Description: Prepaid Real Property Tax** | **$10,275.02** |
| 8.104. | **Holder: Continental Casualty Company; Description: Prepaid Insurance** | **$19,437.65** |
| 8.105. | **Holder: CoStar Software; Description: Prepaid SaaS service fees** | **$20,073.20** |
| 8.106. | **Holder: CP Books Inc; Description: Prepaid Real Property Tax** | **$3,438.18** |

Debtor   **24 Hour Fitness USA, Inc.**                          Case number *(If known)* **20-11561**
Name

| | |
|---|---|
| 8.10 7. | **Holder: CPTC 24HF LLC (Club #760 - Cedar Park Super Sport); Description: Prepaid Landlord Asset** | **$204,906.00** |
| 8.10 8. | **Holder: Crane Court LLC; Description: Prepaid Real Property Tax** | **$18,269.47** |
| 8.10 9. | **Holder: CRG; Description: Prepaid IT Supplies in Breakfix warehouse** | **$4,478.30** |
| 8.11 0. | **Holder: Curvature; Description: Prepaid IT Supplies in Breakfix warehouse** | **$47,574.79** |
| 8.11 1. | **Holder: Deloitte; Description: Deferred Costs - Retainer** | **$22,239.00** |
| 8.11 2. | **Holder: Delta Dental Plan; Description: Prepaid Health Insurance** | **$4,412.81** |
| 8.11 3. | **Holder: Dimension Data; Description: Prepaid SaaS service fees** | **$63,245.02** |
| 8.11 4. | **Holder: Direct Systems Support; Description: Prepaid Maintenance/Support** | **$40,221.94** |
| 8.11 5. | **Holder: Douglas Emmett 2016 LLC; Description: Prepaid Real Property Tax** | **$764.78** |
| 8.11 6. | **Holder: Ds Fountain Valley LP; Description: Prepaid Real Property Tax** | **$764.06** |
| 8.11 7. | **Holder: Durham Business Properties LLC; Description: Prepaid Real Property Tax** | **$3,881.71** |
| 8.11 8. | **Holder: Ebay; Description: Prepaid IT Supplies in Breakfix warehouse** | **$81.19** |
| 8.11 9. | **Holder: Edward F Plant; Description: Prepaid Real Property Tax** | **$311.40** |
| 8.12 0. | **Holder: Ella Paseo LLC; Description: Prepaid Real Property Tax** | **$16,764.06** |

Debtor    **24 Hour Fitness USA, Inc.**                         Case number *(If known)* **20-11561**
          Name

| | | |
|---|---|---|
| 8.121. | **Holder: ELO ; Description: Prepaid IT Supplies in Breakfix warehouse** | **$2,136.86** |
| 8.122. | **Holder: Endurance Risk Solutions Assurance Co; Description: Prepaid Insurance** | **$14,732.70** |
| 8.123. | **Holder: EPR Fitness LLC; Description: Prepaid Real Property Tax** | **$4,104.15** |
| 8.124. | **Holder: Everest Indemnity Insurance Co; Description: Prepaid Insurance** | **$80,037.90** |
| 8.125. | **Holder: Everest National Insurance Company; Description: Prepaid Insurance** | **$349,024.01** |
| 8.126. | **Holder: Evotek; Description: Prepaid Maintenance/Support** | **$74,921.00** |
| 8.127. | **Holder: Facchino Labarbera Tennant Station LLC; Description: Prepaid Real Property Tax** | **$678.10** |
| 8.128. | **Holder: FHR Community Center LLC; Description: Prepaid Real Property Tax** | **$25,947.09** |
| 8.129. | **Holder: Fitness Anywhere; Description: Prepaid IT Supplies in Breakfix warehouse** | **$158,868.78** |
| 8.130. | **Holder: Flatbush Delaware Holding LLC ; Description: Prepaid Real Property Tax** | **$1,881.87** |
| 8.131. | **Holder: Fordham Associates DE LLC; Description: Prepaid Real Property Tax** | **$7,571.81** |
| 8.132. | **Holder: Fr San Antonio Center LLC; Description: Prepaid Real Property Tax** | **$4,807.04** |
| 8.133. | **Holder: Fred Straus Inc; Description: Prepaid Real Property Tax** | **$3,993.13** |
| 8.134. | **Holder: Fsp South Flower Street Associates LLC; Description: Prepaid Real Property Tax** | **$5,142.59** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(If known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| 8.13 5. | **Holder: Fw Ca-Point Loma Plaza LLC; Description: Prepaid Real Property Tax** | **$27.06** |
| 8.13 6. | **Holder: Fw Ca-Rancho San Diego Village LLC; Description: Prepaid Real Property Tax** | **$457.61** |
| 8.13 7. | **Holder: G&I VIII Piedmont Plaza LLC; Description: Prepaid Real Property Tax** | **$13,536.90** |
| 8.13 8. | **Holder: General Security Indemnity Co. of AZ; Description: Prepaid Insurance** | **$1,808.17** |
| 8.13 9. | **Holder: Genovation, Inc.; Description: Prepaid IT Supplies in Breakfix warehouse** | **$703.63** |
| 8.14 0. | **Holder: Genovation; Description: Prepaid IT Supplies in Breakfix warehouse** | **$10,446.13** |
| 8.14 1. | **Holder: Giavista Investment LLC; Description: Prepaid Real Property Tax** | **$4,956.74** |
| 8.14 2. | **Holder: Global Industrial; Description: Prepaid IT Supplies in Breakfix warehouse** | **$522.20** |
| 8.14 3. | **Holder: Global Music Rights; Description: Prepaid License & Permits** | **$61,658.33** |
| 8.14 4. | **Holder: Golden Springs Development Co LLC; Description: Prepaid Real Property Tax** | **$4,028.14** |
| 8.14 5. | **Holder: Great American Ins. Co. of NY; Description: Prepaid Insurance** | **$9,571.07** |
| 8.14 6. | **Holder: Greenburgh, Receiver Of Taxes; Description: Prepaid Real Property Tax** | **$65,418.39** |
| 8.14 7. | **Holder: GridGain Systems; Description: Prepaid Maintenance/Support** | **$127,607.64** |
| 8.14 8. | **Holder: Griffin Farm At Midtown LLC; Description: Prepaid Real Property Tax** | **$92,480.79** |

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number *(If known)* **20-11561**
              Name

| | | |
|---|---|---|
| 8.149. | **Holder: GS Pacific ER LLC; Description: Prepaid Real Property Tax** | $3,466.68 |
| 8.150. | **Holder: H & A Properties LP; Description: Prepaid Real Property Tax** | $1,498.10 |
| 8.151. | **Holder: H2 Manager Expenses; Description: Deferred Costs** | $45,333.34 |
| 8.152. | **Holder: Hancock Fitness LP; Description: Prepaid Real Property Tax** | $9,543.00 |
| 8.153. | **Holder: Hanover 3201 Realty LLC; Description: Prepaid Real Property Tax** | $41,116.02 |
| 8.154. | **Holder: Hawaii Dental Service; Description: Prepaid Health Insurance** | $1,626.48 |
| 8.155. | **Holder: Hawaii Medical Service Association; Description: Prepaid Health Insurance** | $19,007.17 |
| 8.156. | **Holder: Hayward 880 LLC; Description: Prepaid Real Property Tax** | $6,856.99 |
| 8.157. | **Holder: Hgga Promenade LP; Description: Prepaid Real Property Tax** | $590.86 |
| 8.158. | **Holder: Highland Shopping Center LLC; Description: Prepaid Real Property Tax** | $3,227.83 |
| 8.159. | **Holder: Hilco Consulting and Advisory; Description: Prepaid Professional Fees** | $200,000.00 |
| 8.160. | **Holder: Hiscox Insurance Company Ltd.; Description: Prepaid Insurance** | $4,348.12 |
| 8.161. | **Holder: Hollywood Station Partners LLC; Description: Prepaid Real Property Tax** | $8,396.20 |
| 8.162. | **Holder: HREH LLC; Description: Prepaid Real Property Tax** | $3,531.24 |

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
                   Name

| | | |
|---|---|---|
| 8.163. | Holder: Huntington South Center LLC; Description: Prepaid Real Property Tax | $6,413.04 |
| 8.164. | Holder: Husite LP; Description: Prepaid Real Property Tax | $4,275.44 |
| 8.165. | Holder: Ia Cypress Cyfair; Description: Prepaid Real Property Tax | $1,423.98 |
| 8.166. | Holder: Ia League City Bay Colony; Description: Prepaid Real Property Tax | $69,004.45 |
| 8.167. | Holder: IDEMIA; Description: Prepaid IT Supplies in Breakfix warehouse | $38,375.71 |
| 8.168. | Holder: IGI19 FC VA LLC; Description: Prepaid Real Property Tax | $11,968.74 |
| 8.169. | Holder: IHRSA- Annual Membership; Description: Prepaid Dues & Subscriptions | $16,322.21 |
| 8.170. | Holder: Industry East Land Retail Ii LLC; Description: Prepaid Real Property Tax | $6,490.37 |
| 8.171. | Holder: Informatica; Description: Prepaid Maintenance/Support | $64,310.59 |
| 8.172. | Holder: Inland Iowa Property LLC; Description: Prepaid Real Property Tax | $11,760.47 |
| 8.173. | Holder: Iscm Great America Parkway LLC; Description: Prepaid Real Property Tax | $1,875.59 |
| 8.174. | Holder: JBC Santa Rosa LP; Description: Prepaid Real Property Tax | $454.73 |
| 8.175. | Holder: JBL Asset Management LLC; Description: Prepaid Real Property Tax | $48,206.45 |
| 8.176. | Holder: JCI; Description: Prepaid IT Supplies in Breakfix warehouse | $9,438.34 |

Debtor   **24 Hour Fitness USA, Inc.**                                  Case number *(If known)*  **20-11561**
         Name

| | |
|---|---|
| 8.17 7. | **Holder: JDN Real Estate - Freehold, LP (Club #608 - Freehold Super Sport); Description: Prepaid Landlord Asset** |

**$15,040.00**

| | |
|---|---|
| 8.17 8. | **Holder: JPM/Morgan Stanley Agency Fees; Description: Prepaid Professional Fees** |

**$4,541.67**

| | |
|---|---|
| 8.17 9. | **Holder: K & K Lumber Company; Description: Prepaid Real Property Tax** |

**$421.23**

| | |
|---|---|
| 8.18 0. | **Holder: KA&N Industries; Description: Prepaid Real Property Tax** |

**$10,392.85**

| | |
|---|---|
| 8.18 1. | **Holder: Kaiser Foundation Health; Description: Prepaid Health Insurance** |

**$332,007.39**

| | |
|---|---|
| 8.18 2. | **Holder: Kapolei Hawaii Property Company LLC; Description: Prepaid Real Property Tax** |

**$4,758.24**

| | |
|---|---|
| 8.18 3. | **Holder: Kawips Florida LLC ; Description: Prepaid Real Property Tax** |

**$32,169.98**

| | |
|---|---|
| 8.18 4. | **Holder: Kellan Systems Inc.; Description: Prepaid Maintenance/Support** |

**$16,117.60**

| | |
|---|---|
| 8.18 5. | **Holder: Kellan Systems; Description: Prepaid IT Supplies in Breakfix warehouse** |

**$11,920.19**

| | |
|---|---|
| 8.18 6. | **Holder: Kimco Lake Prairie Tc LP; Description: Prepaid Real Property Tax** |

**$19,354.49**

| | |
|---|---|
| 8.18 7. | **Holder: Koko Marina Shopping Center; Description: Prepaid Real Property Tax** |

**$1,179.91**

| | |
|---|---|
| 8.18 8. | **Holder: Kone; Description: Prepaid Maintenance/Support** |

**$2,594.91**

| | |
|---|---|
| 8.18 9. | **Holder: Kuk Chung; Description: Prepaid Real Property Tax** |

**$2,994.32**

| | |
|---|---|
| 8.19 0. | **Holder: La Costa Town Center LLC; Description: Prepaid Real Property Tax** |

**$9,377.79**

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(If known)* **20-11561**
          Name

| | | |
|---|---|---|
| 8.19 1. | **Holder: La Paz Shopping Center LP; Description: Prepaid Real Property Tax** | $15,939.56 |
| 8.19 2. | **Holder: LabelValue.com; Description: Prepaid IT Supplies in Breakfix warehouse** | $334.95 |
| 8.19 3. | **Holder: Lakha Kent Properties LLC; Description: Prepaid Real Property Tax** | $5,039.58 |
| 8.19 4. | **Holder: Lap Empire Avenue LLC; Description: Prepaid Real Property Tax** | $8,273.40 |
| 8.19 5. | **Holder: Lazard Freres & Co; Description: Deferred Costs - Retainer** | $80,000.00 |
| 8.19 6. | **Holder: LBG Hilltop LLC; Description: Prepaid Real Property Tax** | $38,675.18 |
| 8.19 7. | **Holder: Liberty Mutual Fire Insurance; Description: Prepaid Insurance** | $7,293.70 |
| 8.19 8. | **Holder: Lindley Terrace LLC; Description: Prepaid Real Property Tax** | $7,497.12 |
| 8.19 9. | **Holder: LinkedIn Corporation; Description: Prepaid Dues & Subscriptions** | $73,510.87 |
| 8.20 0. | **Holder: Lloyd's of London; Description: Prepaid Insurance** | $19,745.01 |
| 8.20 1. | **Holder: Lockton Companies, LLC; Description: Prepaid Insurance** | $104,424.95 |
| 8.20 2. | **Holder: Longview; Description: Prepaid Maintenance/Support** | $2,674.27 |
| 8.20 3. | **Holder: Los Altos School District; Description: Prepaid Real Property Tax** | $14,582.76 |
| 8.20 4. | **Holder: LRIC Lewisville LP; Description: Prepaid Real Property Tax** | $20,905.35 |

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number *(If known)*  **20-11561**
                Name

| | | |
|---|---|---|
| 8.20 5. | **Holder: LTG South Hills LLC; Description: Prepaid Real Property Tax** | **$1,349.40** |
| 8.20 6. | **Holder: Macerich Lakewood LLC; Description: Prepaid Real Property Tax** | **$6,773.45** |
| 8.20 7. | **Holder: Madison 3721 LLC; Description: Prepaid Real Property Tax** | **$5,219.48** |
| 8.20 8. | **Holder: MAGTEK; Description: Prepaid IT Supplies in Breakfix warehouse** | **$21,548.09** |
| 8.20 9. | **Holder: Maiochi Launderland 24Th Street Family; Description: Prepaid Real Property Tax** | **$246.41** |
| 8.21 0. | **Holder: Mani Anand Vjay Sawh LLC; Description: Prepaid Real Property Tax** | **$1,170.77** |
| 8.21 1. | **Holder: Marc Ittah; Description: Prepaid Real Property Tax** | **$9,115.81** |
| 8.21 2. | **Holder: Marin Country Mart LLC; Description: Prepaid Real Property Tax** | **$547.55** |
| 8.21 3. | **Holder: Mark Group No 6; Description: Prepaid Real Property Tax** | **$33,953.33** |
| 8.21 4. | **Holder: Markel Bermuda Limited; Description: Prepaid Insurance** | **$109,274.58** |
| 8.21 5. | **Holder: Masha Grupp Trust Two Dtd 2 78; Description: Prepaid Real Property Tax** | **$5,458.66** |
| 8.21 6. | **Holder: Mdc Coast 21 LLC; Description: Prepaid Real Property Tax** | **$6,225.10** |
| 8.21 7. | **Holder: Mept Westwood Village LLC; Description: Prepaid Real Property Tax** | **$8,836.74** |
| 8.21 8. | **Holder: Mesa Verde Associates; Description: Prepaid Real Property Tax** | **$1,121.96** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.219 | **Holder: Metlife; Description: Prepaid Health Insurance** | **$2,211.04** |
| 8.220 | **Holder: Metroplex Plaza LP; Description: Prepaid Real Property Tax** | **$6,596.43** |
| 8.221 | **Holder: Meyerland Retail Associates LLC; Description: Prepaid Real Property Tax** | **$60,975.79** |
| 8.222 | **Holder: Microsoft O365/Exchange; Description: Prepaid SaaS service fees** | **$147,329.54** |
| 8.223 | **Holder: MicroStrategy; Description: Prepaid Maintenance/Support** | **$4,437.73** |
| 8.224 | **Holder: Miramar Equity I LLC; Description: Prepaid Real Property Tax** | **$2,129.87** |
| 8.225 | **Holder: Mission Valley Shoppingtown LLC; Description: Prepaid Real Property Tax** | **$772.57** |
| 8.226 | **Holder: Mkd Great Petaluma Mill LLC; Description: Prepaid Real Property Tax** | **$2,136.80** |
| 8.227 | **Holder: Mm Pg Bayfair Properties LLC; Description: Prepaid Real Property Tax** | **$289.20** |
| 8.228 | **Holder: MonoPrice; Description: Prepaid IT Supplies in Breakfix warehouse** | **$10,655.19** |
| 8.229 | **Holder: Morpho; Description: Prepaid IT Supplies in Breakfix warehouse** | **$43,607.43** |
| 8.230 | **Holder: Motion Picture Licensing Corp (MPLC) ; Description: Prepaid License & Permits** | **$7,276.40** |
| 8.231 | **Holder: Murray Scholls LLC; Description: Prepaid Real Property Tax** | **$794.72** |
| 8.232 | **Holder: N/A (99000 - Projects Club #'s not assigned, Project ID:02638_01 San Antonio Stone Oak ); Description: Prepaid Landlord Asset** | **$8,153.00** |

Debtor  __24 Hour Fitness USA, Inc._____  Case number *(If known)* __20-11561__
  Name

| 8.23 3. | Holder: N/A (99000 - Projects Club #'s not assigned; Project ID: 02494_01 Houston Gulfgate Center); Description: Prepaid Landlord Asset | $12,603.00 |
|---|---|---|
| 8.23 4. | Holder: N/A (99000 - Projects Club #'s not assigned; Project ID: 02554_01 Deerfield Beach Deer Creek); Description: Prepaid Landlord Asset | $15,986.00 |
| 8.23 5. | Holder: N/A (99000 - Projects Club #'s not assigned; Project ID: 02621_01 Miami Kendale Lakes); Description: Prepaid Landlord Asset | $12,568.00 |
| 8.23 6. | Holder: N/A (99000 - Projects Club #'s not assigned; Project ID: 02636_01 Charlotte MoRa); Description: Prepaid Landlord Asset | $8,492.00 |
| 8.23 7. | Holder: N/A (99000 - Projects Club #'s not assigned; Project ID: 02639_01 Live Oak Town Center); Description: Prepaid Landlord Asset | $8,360.00 |
| 8.23 8. | Holder: National Fire & Marine Ins Co.; Description: Prepaid Insurance | $6,418.80 |
| 8.23 9. | Holder: Navex; Description: Prepaid Maintenance/Support | $2,888.89 |
| 8.24 0. | Holder: Navigators Insurance Co; Description: Prepaid Insurance | $110,863.81 |
| 8.24 1. | Holder: Network Hardware Resale; Description: Prepaid IT Supplies in Breakfix warehouse | $86.60 |
| 8.24 2. | Holder: Nevada Dept of Taxation; Description: Prepaid License & Permits | $52,640.60 |
| 8.24 3. | Holder: Newegg; Description: Prepaid IT Supplies in Breakfix warehouse | $60.01 |
| 8.24 4. | Holder: Newpark Mall LP; Description: Prepaid Real Property Tax | $34,904.55 |
| 8.24 5. | Holder: NFF Imperial LLC; Description: Prepaid Real Property Tax | $4,235.27 |
| 8.24 6. | Holder: Nibs Management Inc; Description: Prepaid Real Property Tax | $7,293.15 |

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(if known)*  **20-11561**
          Name

| | | |
|---|---|---|
| 8.24 7. | **Holder: Nickie Investments, Inc.; Description: Prepaid Real Property Tax** | **$106.33** |
| 8.24 8. | **Holder: Noho Meadowridge Retail Ix LLC; Description: Prepaid Real Property Tax** | **$13,348.58** |
| 8.24 9. | **Holder: Norman H Scheiner; Description: Prepaid Real Property Tax** | **$2,844.45** |
| 8.25 0. | **Holder: North Brand Property Owner LLC; Description: Prepaid Real Property Tax** | **$8,373.47** |
| 8.25 1. | **Holder: North Halstead Associates LLC; Description: Prepaid Real Property Tax** | **$5,286.97** |
| 8.25 2. | **Holder: North Natomas Town Center East, LLC (Club #948 - Sacramento Del Paso SS); Description: Prepaid Landlord Asset** | **$10,629.00** |
| 8.25 3. | **Holder: NTT (Dimension Data); Description: Prepaid SaaS service fees** | **$12,601.49** |
| 8.25 4. | **Holder: Ocean Ranch Ii LLC; Description: Prepaid Real Property Tax** | **$1,803.24** |
| 8.25 5. | **Holder: Oceanview 1 LLC; Description: Prepaid Real Property Tax** | **$14,478.63** |
| 8.25 6. | **Holder: Old Republic; Description: Prepaid Insurance** | **$258,551.30** |
| 8.25 7. | **Holder: Open Text; Description: Prepaid Maintenance/Support** | **$12,110.49** |
| 8.25 8. | **Holder: Orange Center Tower Owner LLC; Description: Prepaid Real Property Tax** | **$14,300.23** |
| 8.25 9. | **Holder: Orange County Tax Collector, CA; Description: Prepaid Personal Property Tax** | **$113,655.60** |
| 8.26 0. | **Holder: Oregon Metro LLC; Description: Prepaid Real Property Tax** | **$3,008.96** |

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(If known)* **20-11561**
          <u>Name</u>

| | | |
|---|---|---|
| 8.26 1. | **Holder: Oxford Spectrum Wilson LLC; Description: Prepaid Real Property Tax** | **$5,543.63** |
| 8.26 2. | **Holder: Pac Trust - Unit 72; Description: Prepaid Real Property Tax** | **$823.89** |
| 8.26 3. | **Holder: Pachulski Stang Ziehl & Jones; Description: Deferred Costs - Retainer** | **$90,000.00** |
| 8.26 4. | **Holder: Pacwal LLC; Description: Prepaid Real Property Tax** | **$8,399.15** |
| 8.26 5. | **Holder: Palomar Fitness Partner LP; Description: Prepaid Real Property Tax** | **$5,533.45** |
| 8.26 6. | **Holder: Palomar Fitness Partner LP; Description: Prepaid Real Property Tax** | **$7,903.75** |
| 8.26 7. | **Holder: Panorama Capital LP; Description: Prepaid Real Property Tax** | **$1,961.18** |
| 8.26 8. | **Holder: PCM/Sarcom; Description: Prepaid IT Supplies in Breakfix warehouse** | **$840,777.01** |
| 8.26 9. | **Holder: PCM-Cisco Smartnet; Description: Prepaid Maintenance/Support** | **$274,390.25** |
| 8.27 0. | **Holder: PCM-Comm Vault Premium Support; Description: Prepaid Maintenance/Support** | **$13,061.67** |
| 8.27 1. | **Holder: PCM-Firewall DC1; Description: Prepaid Maintenance/Support** | **$25,103.39** |
| 8.27 2. | **Holder: PCM-Firewall DC2; Description: Prepaid Maintenance/Support** | **$25,103.39** |
| 8.27 3. | **Holder: PCM-Fortinet Firewall SW/Maint; Description: Prepaid Maintenance/Support** | **$167,924.02** |
| 8.27 4. | **Holder: PCM-NetApp SupportEdge Premium; Description: Prepaid Maintenance/Support** | **$26,834.33** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(If known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.27 5. | Holder: PCM-Printer Tech Support; Description: Prepaid Maintenance/Support | $3,743.49 |
| 8.27 6. | Holder: Pcw Properties LLC; Description: Prepaid Real Property Tax | $10,127.38 |
| 8.27 7. | Holder: Peak Holdings LLC; Description: Prepaid Real Property Tax | $3,370.40 |
| 8.27 8. | Holder: Peninsula Retail Partners V, LLC (Club #935 - Victorville Super Sport); Description: Prepaid Landlord Asset | $36,768.00 |
| 8.27 9. | Holder: Percussion; Description: Prepaid Maintenance/Support | $1,177.78 |
| 8.28 0. | Holder: Pinecrest Diamond LLC; Description: Prepaid Real Property Tax | $7,435.79 |
| 8.28 1. | Holder: Pitney Bowes; Description: Prepaid SaaS service fees | $878.89 |
| 8.28 2. | Holder: PJT Partners; Description: Deferred Costs - Retainer | $155,000.00 |
| 8.28 3. | Holder: Platform Mansfield Mt LLC; Description: Prepaid Real Property Tax | $12,991.88 |
| 8.28 4. | Holder: Por LP; Description: Prepaid Real Property Tax | $41,799.02 |
| 8.28 5. | Holder: Post Road Plaza Leasehold LLC; Description: Prepaid Real Property Tax | $7,915.05 |
| 8.28 6. | Holder: Protea Pacific Beach LLC; Description: Prepaid Real Property Tax | $753.30 |
| 8.28 7. | Holder: Protection One Alarm Mon.; Description: Prepaid IT Supplies in Breakfix warehouse | $13,680.85 |
| 8.28 8. | Holder: QBE Insurance Corp; Description: Prepaid Insurance | $5,434.19 |

| Debtor | __24 Hour Fitness USA, Inc.__ | Case number _(If known)_ __20-11561__ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.289. | **Holder: Quest Software; Description: Prepaid Maintenance/Support** | $44,441.31 |
| 8.290. | **Holder: Realty Income Corporation; Description: Prepaid Real Property Tax** | $4,231.60 |
| 8.291. | **Holder: Revstream ; Description: Prepaid SaaS service fees** | $193,391.23 |
| 8.292. | **Holder: Rich Uncles Nnn Operating Partnership LP; Description: Prepaid Real Property Tax** | $2,025.98 |
| 8.293. | **Holder: Richards Layton & Finger; Description: Deferred Costs - Retainer** | $50,000.00 |
| 8.294. | **Holder: Riskonnect Subscription Fees; Description: Prepaid Insurance** | $49,839.53 |
| 8.295. | **Holder: RNB Partners LLC; Description: Prepaid Real Property Tax** | $14,396.98 |
| 8.296. | **Holder: Robert N Ruggles; Description: Prepaid Real Property Tax** | $1,896.30 |
| 8.297. | **Holder: Roic California LLC; Description: Prepaid Real Property Tax** | $15.38 |
| 8.298. | **Holder: Roic Oregon LLC; Description: Prepaid Real Property Tax** | $2,932.01 |
| 8.299. | **Holder: Rolling Hills Plaza LLC; Description: Prepaid Real Property Tax** | $2,166.86 |
| 8.300. | **Holder: Round Rock Fitness LP; Description: Prepaid Real Property Tax** | $10,704.24 |
| 8.301. | **Holder: S&P rating fee; Description: Prepaid Professional Fees** | $36,736.11 |
| 8.302. | **Holder: Salt Lake County Tax Collector, UT; Description: Prepaid Personal Property Tax** | $2,363.94 |

Debtor **24 Hour Fitness USA, Inc.**                    Case number *(If known)* **20-11561**
Name

| | | |
|---|---|---|
| 8.30 3. | Holder: Salt Lake County Tax Collector, UT; Description: Prepaid Personal Property Tax | $3,079.78 |
| 8.30 4. | Holder: Salt Lake County Tax Collector, UT; Description: Prepaid Personal Property Tax | $3,153.46 |
| 8.30 5. | Holder: Salt Lake County Tax Collector, UT; Description: Prepaid Personal Property Tax | $2,180.56 |
| 8.30 6. | Holder: Salvatore LLC; Description: Prepaid Real Property Tax | $32,564.67 |
| 8.30 7. | Holder: San Diego Grove LP; Description: Prepaid Real Property Tax | $4,139.84 |
| 8.30 8. | Holder: San Jose Central Travel Inc; Description: Prepaid Real Property Tax | $8,070.98 |
| 8.30 9. | Holder: Santa Susana Garp LLC; Description: Prepaid Real Property Tax | $1,658.94 |
| 8.31 0. | Holder: Saskaway Six LP; Description: Prepaid Real Property Tax | $533.72 |
| 8.31 1. | Holder: Scotti And Associates Inc; Description: Prepaid Real Property Tax | $2,951.29 |
| 8.31 2. | Holder: Second & Santa Monica Blvd Associates; Description: Prepaid Real Property Tax | $1,164.35 |
| 8.31 3. | Holder: Selv Enterprises LLC; Description: Prepaid Real Property Tax | $8,480.88 |
| 8.31 4. | Holder: Service Channel; Description: Prepaid SaaS service fees | $254,255.00 |
| 8.31 5. | Holder: SESAC Music License Fee; Description: Prepaid License & Permits | $40,201.23 |
| 8.31 6. | Holder: Seven Hills Properties 31 LLC; Description: Prepaid Real Property Tax | $8,053.09 |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.317. | **Holder: Sfp 24 Hour Taylorsville LLC; Description: Prepaid Real Property Tax** | **$359.27** |
| 8.318. | **Holder: Shapell Norcal Rental Properties LLC; Description: Prepaid Real Property Tax** | **$2,058.79** |
| 8.319. | **Holder: ShowMeCables; Description: Prepaid IT Supplies in Breakfix warehouse** | **$965.37** |
| 8.320. | **Holder: Sic-Lakeside Drive LLC; Description: Prepaid Real Property Tax** | **$17,652.33** |
| 8.321. | **Holder: Silverado Ranch Center Ii LLC; Description: Prepaid Real Property Tax** | **$1,626.29** |
| 8.322. | **Holder: Skolem Group LLC; Description: Prepaid Real Property Tax** | **$3,926.71** |
| 8.323. | **Holder: SmartBear; Description: Prepaid Maintenance/Support** | **$17,034.51** |
| 8.324. | **Holder: Smartsheet; Description: Prepaid SaaS service fees** | **$1,442.22** |
| 8.325. | **Holder: SMBP LLC; Description: Prepaid Real Property Tax** | **$31,068.12** |
| 8.326. | **Holder: So - Mckinley LLC; Description: Prepaid Real Property Tax** | **$15,945.17** |
| 8.327. | **Holder: Softchoice; Description: Prepaid Maintenance/Support** | **$15,993.86** |
| 8.328. | **Holder: Sompo America Insurance Co; Description: Prepaid Insurance** | **$26,079.93** |
| 8.329. | **Holder: Spirit Master Funding X LLC; Description: Prepaid Real Property Tax** | **$12,993.63** |
| 8.330. | **Holder: Sr19 Mark Ii Portfolio LLC; Description: Prepaid Real Property Tax** | **$4,648.72** |

Debtor    **24 Hour Fitness USA, Inc.**                                Case number *(If known)*  **20-11561**
          Name

| | | |
|---|---|---|
| 8.33 1. | Holder: Sss Highland Plaza LLC; Description: Prepaid Real Property Tax | $6,342.88 |
| 8.33 2. | Holder: Staples; Description: Prepaid IT Supplies in Breakfix warehouse | $190.52 |
| 8.33 3. | Holder: Staples; Description: Prepaid Maintenance/Support | $76,970.27 |
| 8.33 4. | Holder: Starboard Management Services LLC; Description: Prepaid Real Property Tax | $12,869.83 |
| 8.33 5. | Holder: Starr Indemnity & Liability Company; Description: Prepaid Insurance | $333,110.50 |
| 8.33 6. | Holder: Starr Indemnity & Liability Company; Description: Prepaid Insurance | $468,897.99 |
| 8.33 7. | Holder: Starr Surplus Lines Insurance Company; Description: Prepaid Insurance | $13,755.04 |
| 8.33 8. | Holder: Stc Gardenwalk LLC; Description: Prepaid Real Property Tax | $3,096.30 |
| 8.33 9. | Holder: Sunbrewer Partners LP; Description: Prepaid Real Property Tax | $322.60 |
| 8.34 0. | Holder: Sunnybrook Ridge Owners Care Of Doug; Description: Prepaid Real Property Tax | $5,715.83 |
| 8.34 1. | Holder: Sunnyvale Shopping Center; Description: Prepaid Real Property Tax | $6,341.39 |
| 8.34 2. | Holder: Sweetwater; Description: Prepaid IT Supplies in Breakfix warehouse | $142.53 |
| 8.34 3. | Holder: Tax Compliance, Inc.; Description: Prepaid Maintenance/Support | $15,405.47 |
| 8.34 4. | Holder: Tax Compliance; Description: Prepaid SaaS service fees | $12,522.20 |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(If known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.34 5. | **Holder: TecNec; Description: Prepaid IT Supplies in Breakfix warehouse** | $80,805.71 |
| 8.34 6. | **Holder: The Hagers LP; Description: Prepaid Real Property Tax** | $1,372.43 |
| 8.34 7. | **Holder: The Harry And Jeanette Weinberg; Description: Prepaid Real Property Tax** | $2,760.95 |
| 8.34 8. | **Holder: The Retail Property Trust; Description: Prepaid Real Property Tax** | $198,974.65 |
| 8.34 9. | **Holder: The Round Owner LLC; Description: Prepaid Real Property Tax** | $38,196.43 |
| 8.35 0. | **Holder: TKG Murrietta Plaza LLC; Description: Prepaid Real Property Tax** | $2,717.45 |
| 8.35 1. | **Holder: TKG Nordhoff-Tampa Plaza LLC; Description: Prepaid Real Property Tax** | $30,250.27 |
| 8.35 2. | **Holder: Topaz; Description: Prepaid IT Supplies in Breakfix warehouse** | $28,690.58 |
| 8.35 3. | **Holder: Tr Wateridge LLC; Description: Prepaid Real Property Tax** | $5,081.77 |
| 8.35 4. | **Holder: TRC; Description: Prepaid IT Supplies in Breakfix warehouse** | $780.44 |
| 8.35 5. | **Holder: Tri Cities Harriman LLC; Description: Prepaid Real Property Tax** | $22,808.90 |
| 8.35 6. | **Holder: Triangle 17 Center LLC; Description: Prepaid Real Property Tax** | $6,314.98 |
| 8.35 7. | **Holder: Triangle Center LLC; Description: Prepaid Real Property Tax** | $4,798.22 |
| 8.35 8. | **Holder: Trintech; Description: Prepaid Maintenance/Support** | $6,111.22 |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* **20-11561** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.35 9. | **Holder: Trop 2015 Holding LLC; Description: Prepaid Real Property Tax** | **$1,664.65** |
| 8.36 0. | **Holder: Tyco; Description: Prepaid IT Supplies in Breakfix warehouse** | **$16,716.03** |
| 8.36 1. | **Holder: Underwriters at Lloyd's London; Description: Prepaid Insurance** | **$593.19** |
| 8.36 2. | **Holder: Unum Life Insurance CO of America; Description: Prepaid Health Insurance** | **$48,566.66** |
| 8.36 3. | **Holder: US Global Net; Description: Prepaid SaaS service fees** | **$16,488.86** |
| 8.36 4. | **Holder: Vallejo Cc LLC; Description: Prepaid Real Property Tax** | **$4,555.87** |
| 8.36 5. | **Holder: Van Ness Post Center LLC; Description: Prepaid Real Property Tax** | **$7,916.22** |
| 8.36 6. | **Holder: VARP, LLC (Club #752 - Mallard Creek Super Sport); Description: Prepaid Landlord Asset** | **$57,621.00** |
| 8.36 7. | **Holder: Vereit Real Estate LP; Description: Prepaid Real Property Tax** | **$5,699.57** |
| 8.36 8. | **Holder: Vertex; Description: Prepaid SaaS service fees** | **$29,698.86** |
| 8.36 9. | **Holder: Vf4 Crystal Lake LLC; Description: Prepaid Real Property Tax** | **$56,088.98** |
| 8.37 0. | **Holder: Vision Service Plan - (Ca); Description: Prepaid Health Insurance** | **$936.88** |
| 8.37 1. | **Holder: W GI Ocean Avenue Lb Holdings Vii LLC; Description: Prepaid Real Property Tax** | **$44,988.02** |
| 8.37 2. | **Holder: WalkMe; Description: Prepaid SaaS service fees** | **$24,144.15** |

Debtor  __24 Hour Fitness USA, Inc.__  Case number *(If known)* __20-11561__
   Name

| | | |
|---|---|---|
| 8.37 3. | Holder: Walnut Creek Holdings Inc; Description: Prepaid Real Property Tax | $139.42 |
| 8.37 4. | Holder: Watumull Properties Corp.; Description: Prepaid Real Property Tax | $3,344.92 |
| 8.37 5. | Holder: WCSC LLC; Description: Prepaid Real Property Tax | $1,133.62 |
| 8.37 6. | Holder: Weil, Gotshals & Manges LLP ; Description: Deferred Costs - Retainer | $1,144,729.99 |
| 8.37 7. | Holder: Weingarten Nostat Inc; Description: Prepaid Real Property Tax | $1,414.61 |
| 8.37 8. | Holder: Weingarten Nostat Inc; Description: Prepaid Real Property Tax | $1,032.54 |
| 8.37 9. | Holder: Westchester Fire Insurance Co; Description: Prepaid Insurance | $55,189.10 |
| 8.38 0. | Holder: Westmar II LP; Description: Prepaid Real Property Tax | $11,561.27 |
| 8.38 1. | Holder: Wexer Licensing; Description: Prepaid License & Permits | $20,143.47 |
| 8.38 2. | Holder: Whittwood 1768 Inc; Description: Prepaid Real Property Tax | $9,918.27 |
| 8.38 3. | Holder: WKF, Inc.; Description: Prepaid Real Property Tax | $8,937.43 |
| 8.38 4. | Holder: Wmc Fund LLC; Description: Prepaid Real Property Tax | $24,516.70 |
| 8.38 5. | Holder: Wood Stone Iv Las Vegas LLC ; Description: Prepaid Real Property Tax | $6,905.15 |
| 8.38 6. | Holder: Woodbridge Avenel LLC; Description: Prepaid Real Property Tax | $7,296.65 |

Debtor   **24 Hour Fitness USA, Inc.**                              Case number *(If known)* **20-11561**
         <sub>Name</sub>

| | | |
|---|---|---|
| 8.38 7. | Holder: Woodmore Town Centre LLC; Description: Prepaid Real Property Tax | $9,457.18 |
| 8.38 8. | Holder: Wp-Sc  LLC ; Description: Prepaid Real Property Tax | $9,945.58 |
| 8.38 9. | Holder: Wri West Gate South LP; Description: Prepaid Real Property Tax | $1,800.69 |
| 8.39 0. | Holder: WRI West Gate South LP; Description: Prepaid Real Property Tax | $42.29 |
| 8.39 1. | Holder: XL Specialty Insurance America, Inc.; Description: Prepaid Insurance | $16,791.39 |
| 8.39 2. | Holder: XL Specialty; Description: Prepaid Insurance | $397,760.51 |
| 8.39 3. | Holder: XL Specialty; Description: Prepaid Insurance | $821,375.46 |
| 8.39 4. | Holder: Ygnacio Center Owner LLC; Description: Prepaid Real Property Tax | $19,189.45 |
| 8.39 5. | Holder: YIP Holdings Two LLC; Description: Prepaid Real Property Tax | $26,643.59 |
| 8.39 6. | Holder: Your Trainer; Description: Prepaid Maintenance/Support | $112,761.07 |
| 8.39 7. | Holder: Zoom; Description: Prepaid Telecom | $234,811.60 |
| 8.39 8. | Holder: Zuora; Description: Prepaid SaaS service fees | $1,139,576.47 |
| 8.39 9. | Holder: Zurich ; Description: Prepaid Insurance | $314,688.45 |

9.   **Total of Part 2.**                                                                          $38,919,384.50
      Add lines 7 through 8. Copy the total to line 81.

Debtor    **24 Hour Fitness USA, Inc.**
_____
Name

Case number *(if known)*  **20-11561**

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:        **2,102,117.98**  -        **70,813.05** = ....        **$2,031,304.93**
face amount                doubtful or uncollectible accounts

11b. Over 90 days old:        **4,171,515.29**  -        **1,397,921.05** =....        **$2,773,594.24**
face amount                doubtful or uncollectible accounts

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$4,804,899.17**

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **Finished goods - apparel - Clubs** | Q4 2019 | $139,812.89 | NBV Less Reserve | $49,998.41 |
| **Finished goods - apparel - UPS warehouse** | 10/23/2019 | $103,806.00 | NBV Less Reserve | $0.00 |
| **Finished goods - bars and snacks - Amazon warehouse** | N/A | $225.66 | Cost | $225.66 |
| **Finished goods - bars and snacks - Clubs** | Q4 2019 | $1,212,850.11 | NBV Less Reserve | $853,929.12 |
| **Finished goods - bars and snacks - UPS warehouse** | 10/23/2019 | $476,879.19 | NBV Less Reserve | $349,524.90 |

---

Debtor    **24 Hour Fitness USA, Inc.**                                        Case number *(If known)*  **20-11561**
          Name

| | | | | |
|---|---|---|---|---|
| **Finished goods - fitness accessories - Amazon warehouse** | N/A | $32.25 | Cost | $32.25 |
| **Finished goods - fitness accessories - Clubs** | Q4 2019 | $1,827,161.69 | NBV Less Reserve | $1,550,159.75 |
| **Finished goods - fitness accessories - UPS warehouse** | 10/23/2019 | $528,064.53 | NBV Less Reserve | $522,209.27 |
| **Finished goods - fitness drinks - Clubs** | Q4 2019 | $2,268,140.18 | NBV Less Reserve | $2,043,462.80 |
| **Finished goods - hydrations drinks - Clubs** | Q4 2019 | $559,235.15 | NBV Less Reserve | $559,235.15 |
| **Finished goods - pills and powders - Amazon warehouse** | N/A | $3,139.71 | Cost | $3,139.71 |
| **Finished goods - pills and powders - Clubs** | Q4 2019 | $2,864,979.30 | NBV Less Reserve | $2,437,740.29 |
| **Finished goods - pills and powders - UPS warehouse** | 10/23/2019 | $1,310,411.28 | NBV Less Reserve | $1,303,667.68 |
| **Other inventory - employee uniform shirts - Staples** | N/A | $144,726.52 | Replacement | $138,202.47 |
| **Other inventory - retail fixtures** | N/A | $384,578.32 | Replacement | $384,578.32 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                        | **$10,196,105.78** |

     Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No

| Debtor | __24 Hour Fitness USA, Inc.__ | Case number *(If known)* __20-11561__ |
|---|---|---|
| | Name | |

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See Question 41** | **$0.00** | | **$0.00** |
| 40. | **Office fixtures**<br>**See Question 41** | **$0.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Servers, Network Equipment, Signage, Office Furniture & Fixtures** | **$84,616,780.63** | **Net Book Value** | **$84,616,780.63** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$84,616,780.63** |
|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number *(If known)* **20-11561**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Exercise Equipment - Treamills, Cross Trainers, free weights, bikes**

| | | |
|---|---|---|
| $60,126,270.00 | Net Book Value | $60,126,270.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$60,126,270.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Ownership of building at 193 Chambers Brick Road, Brick, New Jersey** | **Property** | $398,161.00 | Cost | $398,161.00 |
| 55.2. **24 - Carlsbad Sport, 1265 Laurel Tree Lane, Suite 1, Carlsbad CA 92011-4221** | **Leasehold Improvements** | $771,170.65 | Net Book Value | $771,170.65 |
| 55.3. **43 - Alamo Express CLOSED, 140A Alamo Plaza, Alamo CA 94507-1518** | **Leasehold Improvements** | $654,143.89 | Net Book Value | $654,143.89 |

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(If known)* **20-11561**
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.4. | **48 - Fountain Valley CLOSED, 18305 Brookhurst Street, Fountain Valley CA 92708-6741** | Leasehold Improvements | $38,273.54 | Net Book Value | $38,273.54 |
| 55.5. | **53 - Ladera Ranch, 200 Corporate Drive, Ladera Ranch CA 92694-1275** | Leasehold Improvements | $77,423.80 | Net Book Value | $77,423.80 |
| 55.6. | **54 - Santa Barbara Super Sport, 820 State Street, Santa Barbara CA 93101-3256** | Leasehold Improvements | $73,345.37 | Net Book Value | $73,345.37 |
| 55.7. | **57 - College Grove, 6348 College Grove Way, Suite 19, San Diego CA 92115-8401** | Leasehold Improvements | $104,954.62 | Net Book Value | $104,954.62 |
| 55.8. | **58 - Puente Hills, 1600 S Azusa Avenue, 3, City of Industry CA 91748-1674** | Leasehold Improvements | $44,301.37 | Net Book Value | $44,301.37 |
| 55.9. | **60 - Rancho San Diego, 3633 Avocado Blvd., La Mesa CA 91941-7337** | Leasehold Improvements | $26,747.46 | Net Book Value | $26,747.46 |
| 55.10. | **62 - Altadena, 2180 Lincoln Avenue, Building #4, Altadena CA 91001-5456** | Leasehold Improvements | $6,023.09 | Net Book Value | $6,023.09 |
| 55.11. | **63 - Orange Sport, 3600 West Orangewood Avenue, Orange CA 92868-1607** | Leasehold Improvements | $481,489.95 | Net Book Value | $481,489.95 |
| 55.12. | **64 - Anaheim Gateway, 1430 North Lemon Street, Anaheim CA 92801-1200** | Leasehold Improvements | $148,015.60 | Net Book Value | $148,015.60 |
| 55.13. | **65 - Pacific Beach (San Diego), 909 Garnet Avenue, San Diego CA 92109-2729** | Leasehold Improvements | $155,890.70 | Net Book Value | $155,890.70 |

Debtor   **24 Hour Fitness USA, Inc.**                    Case number *(If known)* **20-11561**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.14 | **66 - Silverado (Las Vegas) CLOSED, 9875 S. Maryland Parkway, Las Vegas NV 89183-7145** | Leasehold Improvements | $146,235.21 | Net Book Value | $146,235.21 |
| 55.15 | **68 - The Promenade SS CLOSED, 1417 Second Street, Santa Monica CA 90401-2301** | Leasehold Improvements | $1,096.17 | Net Book Value | $1,096.17 |
| 55.16 | **69 - Santa Fe Springs, 13312 Imperial Highway, Santa Fe Springs CA 90670-4819** | Leasehold Improvements | $167,719.77 | Net Book Value | $167,719.77 |
| 55.17 | **70 - Sherman Oaks Galleria, 15301 Ventura Blvd., Sherman Oaks CA 91403-3102** | Leasehold Improvements | $303,452.82 | Net Book Value | $303,452.82 |
| 55.18 | **71 - Downtown Chula Vista Ac CLOSED, 320 Third Avenue, Chula Vista CA 91910-3911** | Leasehold Improvements | $545,042.90 | Net Book Value | $545,042.90 |
| 55.19 | **73 - Foothill Ranch, 26781 Rancho Parkway, Lake Forest CA 92630-8706** | Leasehold Improvements | $21,936.34 | Net Book Value | $21,936.34 |
| 55.20 | **74 - Tropicana Super Sport CLOSED, 5035 W. Tropicana Avenue, Las Vegas NV 89103-5079** | Leasehold Improvements | $261,170.20 | Net Book Value | $261,170.20 |
| 55.21 | **77 - La Mirada CLOSED, 13395 Beach Blvd., La Mirada CA 90638-3553** | Leasehold Improvements | $217,916.46 | Net Book Value | $217,916.46 |
| 55.22 | **78 - South Coast Metro Center SS, 589 Anton Blvd., Costa Mesa CA 92626-1912** | Leasehold Improvements | $106,903.91 | Net Book Value | $106,903.91 |

Debtor  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)* **20-11561**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.23. | **79 - Charleston (Las Vegas) CLOSED, 4480 E. Charleston Blvd., Las Vegas, Las Vegas NV 89104-5535** | **Leasehold Improvements** | $87,493.46 | **Net Book Value** | $87,493.46 |
| 55.24. | **80 - Oceanside, 4655 Frazee Blvd., Oceanside CA 92057-6100** | **Leasehold Improvements** | $42,828.25 | **Net Book Value** | $42,828.25 |
| 55.25. | **81 - West Covina, 1530 West Covina Parkway, West Covina CA 91790-2703** | **Leasehold Improvements** | $361,202.33 | **Net Book Value** | $361,202.33 |
| 55.26. | **84 - Bonita, 870 Amena Court, Chula Vista CA 91910-7802** | **Leasehold Improvements** | $76,043.55 | **Net Book Value** | $76,043.55 |
| 55.27. | **85 - Ocean Ranch, 32451 Golden Lantern, suite 100, Suite 1, Laguna Niguel CA 92677-5344** | **Leasehold Improvements** | $24,385.34 | **Net Book Value** | $24,385.34 |
| 55.28. | **88 - Hollywood CA Super Sport, 6380 W. Sunset Blvd, 4th Flr, Hollywood CA 90028-7233** | **Leasehold Improvements** | $405,081.08 | **Net Book Value** | $405,081.08 |
| 55.29. | **89 - Thousand Oaks, 2595 Thousand Oaks Blvd, Thousand Oaks CA 91362-3259** | **Leasehold Improvements** | $307,657.19 | **Net Book Value** | $307,657.19 |
| 55.30. | **94 - Miramar, 9550 Miramar Road, San Diego CA 92126-4533** | **Leasehold Improvements** | $203,542.96 | **Net Book Value** | $203,542.96 |
| 55.31. | **95 - Escondido La Terraza SS, 400 La Terraza Blvd, Escondido CA 92025-3838** | **Leasehold Improvements** | $14,957.32 | **Net Book Value** | $14,957.32 |

Debtor   **24 Hour Fitness USA, Inc.**                                Case number *(If known)* **20-11561**
          <sub>Name</sub>

| | | | | | |
|---|---|---|---|---|---|
| 55.32· | **97 - Hermosa Beach Super Sport, 1601 Pacific Coast Highway, Suite 1, Hermosa Beach CA 90254-3243** | **Leasehold Improvements** | **$194,371.72** | **Net Book Value** | **$194,371.72** |
| 55.33· | **98 - Camarillo CLOSED, 453 Carmen Drive, Camarillo CA 93010-6010** | **Leasehold Improvements** | **$503,257.23** | **Net Book Value** | **$503,257.23** |
| 55.34· | **99 - North Las Vegas CLOSED, 2106 W. Craig Road, North Las Vegas NV 89032-3017** | **Leasehold Improvements** | **$137,713.01** | **Net Book Value** | **$137,713.01** |
| 55.35· | **103 - Point Loma, 3675 Midway Drive, A1, San Diego CA 92110-5259** | **Leasehold Improvements** | **$578,248.09** | **Net Book Value** | **$578,248.09** |
| 55.36· | **104 - Santee, 9906 Mission Gorge Road, Santee CA 92071-3840** | **Leasehold Improvements** | **$12,997.40** | **Net Book Value** | **$12,997.40** |
| 55.37· | **105 - Huntington Beach, 5858 Warner Avenue, Huntington Beach CA 92649-4658** | **Leasehold Improvements** | **$148,992.92** | **Net Book Value** | **$148,992.92** |
| 55.38· | **109 - Stadium, 5885 Rancho Mission Road, San Diego CA 92108-2502** | **Leasehold Improvements** | **$144,764.38** | **Net Book Value** | **$144,764.38** |
| 55.39· | **111 - Cypress, 4951 Katella Avenue, Cypress CA 90720-2721** | **Leasehold Improvements** | **$250,534.55** | **Net Book Value** | **$250,534.55** |
| 55.40· | **113 - Glendale CLOSED, 240 North Brand Blvd, Glendale CA 91203-2610** | **Leasehold Improvements** | **$444,214.87** | **Net Book Value** | **$444,214.87** |
| 55.41· | **114 - Encinitas CLOSED, 455 Santa Fe Drive, Encinitas CA 92024-5134** | **Leasehold Improvements** | **$90,763.55** | **Net Book Value** | **$90,763.55** |

Debtor  **24 Hour Fitness USA, Inc.**                                  Case number *(If known)* **20-11561**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.42 · | **116 - Bakersfield Southwest CLOSED, 4302 Gosford Road, Bakersfield CA 93313-4806** | **Leasehold Improvements** | $25,963.97 | **Net Book Value** | $25,963.97 |
| 55.43 · | **117 - Palmdale West CLOSED, 1335 West Avenue P, Palmdale CA 93551-3182** | **Leasehold Improvements** | $21,613.65 | **Net Book Value** | $21,613.65 |
| 55.44 · | **118 - Mid Wilshire, 3699 Wilshire Blvd, Suite #110,  #11, Los Angeles CA 90010-2720** | **Leasehold Improvements** | $2,348,917.54 | **Net Book Value** | $2,348,917.54 |
| 55.45 · | **121 - Costa Mesa CLOSED, 1600 Adams Avenue, Costa Mesa CA 92626-4954** | **Leasehold Improvements** | $305,692.46 | **Net Book Value** | $305,692.46 |
| 55.46 · | **124 - Laguna Hills CLOSED, 25252 McIntyre Street, Suite A, Laguna Hills CA 92653-5448** | **Leasehold Improvements** | $43,176.43 | **Net Book Value** | $43,176.43 |
| 55.47 · | **127 - Orange, 3521 E. Chapman Avenue, Orange CA 92869-3814** | **Leasehold Improvements** | $155,724.66 | **Net Book Value** | $155,724.66 |
| 55.48 · | **128 - Bakersfield Northwest CLOSED, 3633 Rosedale Highway, Bakersfield CA 93308-6230** | **Leasehold Improvements** | $78,678.70 | **Net Book Value** | $78,678.70 |
| 55.49 · | **130 - Torrance-PV Super Sport, 2685 Pacific Coast Highway, Torrance CA 90505-7037** | **Leasehold Improvements** | $140,544.28 | **Net Book Value** | $140,544.28 |
| 55.50 · | **140 - Arvada, 8105 N. Sheridan Blvd., Arvada CO 80003-1911** | **Leasehold Improvements** | $117,380.89 | **Net Book Value** | $117,380.89 |

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.51. | **151 - Wigwam Sport, 2556 Wigwam Parkway, Henderson NV 89074-6226** | **Leasehold Improvements** | **$389,257.97** | **Net Book Value** | | **$389,257.97** |
| 55.52. | **156 - Garden Grove, 9561 Chapman Avenue, Garden Grove CA 92841-2704** | **Leasehold Improvements** | **$1,182,258.05** | **Net Book Value** | | **$1,182,258.05** |
| 55.53. | **157 - Mission Viejo, 23166 Los Alisos Blvd, #14, Mission Viejo CA 92691-2810** | **Leasehold Improvements** | **$19,865.50** | **Net Book Value** | | **$19,865.50** |
| 55.54. | **158 - Aliso Viejo, 27141 Aliso Creek Road, #1, Aliso Viejo CA 92656-3357** | **Leasehold Improvements** | **$39,219.66** | **Net Book Value** | | **$39,219.66** |
| 55.55. | **159 - Brea, 965 E. Birch Street, Brea CA 92821-5813** | **Leasehold Improvements** | **$14,115.53** | **Net Book Value** | | **$14,115.53** |
| 55.56. | **163 - Manhattan Beach Super Sport, 1500 Rosecrans Avenue, Manhattan Beach CA 90266-3763** | **Leasehold Improvements** | **$10,993.98** | **Net Book Value** | | **$10,993.98** |
| 55.57. | **165 - Upland Sport, 685 West Foothill Blvd., Upland CA 91786-3859** | **Leasehold Improvements** | **$143,850.12** | **Net Book Value** | | **$143,850.12** |
| 55.58. | **166 - Green Valley CLOSED, 2893 North Green Valley Parkway, Henderson NV 89014-0403** | **Leasehold Improvements** | **$40,234.87** | **Net Book Value** | | **$40,234.87** |
| 55.59. | **167 - La Jolla West CLOSED, 7680 Girard Avenue, Suite 2, La Jolla CA 92037-4420** | **Leasehold Improvements** | **$79,215.24** | **Net Book Value** | | **$79,215.24** |
| 55.60. | **168 - Victorville CLOSED, 16200 Bear Valley Road, Victorville CA 92395-8400** | **Leasehold Improvements** | **$55,322.29** | **Net Book Value** | | **$55,322.29** |

Debtor    **24 Hour Fitness USA, Inc.**    Case number *(If known)*  **20-11561**
          Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.61. | **170 - Monrovia, 715 E. Huntington Drive, Monrovia CA 91016-3613** | Leasehold Improvements | **$124,870.57** | Net Book Value | | **$124,870.57** |
| 55.62. | **171 - Rancho Santa Margarita, 22331 El Paseo, Rancho Santa Margarita CA 92688-2822** | Leasehold Improvements | **$79,228.06** | Net Book Value | | **$79,228.06** |
| 55.63. | **173 - Pasadena CLOSED, 465 North Halstead Street, Pasadena CA 91107-3144** | Leasehold Improvements | **$180,317.73** | Net Book Value | | **$180,317.73** |
| 55.64. | **174 - Solana Beach Active, 975 Lomas Santa Fe Drive, Solana Beach CA 92075-2125** | Leasehold Improvements | **$54,712.60** | Net Book Value | | **$54,712.60** |
| 55.65. | **179 - Pasadena Downtown, 525 Colorado Blvd., Pasadena CA 91101-5229** | Leasehold Improvements | **$366,225.54** | Net Book Value | | **$366,225.54** |
| 55.66. | **180 - Chino Hills Marketplace, 4200 Chino Hills Parkway, Suite 78, Chino Hills CA 91709-5839** | Leasehold Improvements | **$144,111.61** | Net Book Value | | **$144,111.61** |
| 55.67. | **183 - Santa Monica Super Sport, 2929 31st Street, Santa Monica CA 90405-3036** | Leasehold Improvements | **$639,375.57** | Net Book Value | | **$639,375.57** |
| 55.68. | **184 - West Hollywood Super Sport, 8612 Santa Monica Blvd, West Hollywood CA 90069-4110** | Leasehold Improvements | **$784,313.26** | Net Book Value | | **$784,313.26** |
| 55.69. | **185 - Costa Mesa Sport, 555 West 19th Street, Costa Mesa CA 92627-2753** | Leasehold Improvements | **$215,788.54** | Net Book Value | | **$215,788.54** |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.70 · | **186 - Long Beach Super Sport, 3030 Bellflower Blvd., Long Beach CA 90808-3701** | **Leasehold Improvements** | **$1,024,978.39** | **Net Book Value** | | **$1,024,978.39** |
| 55.71 · | **189 - Lakeshore Ultra Sport CLOSED, 18007 Von Karman Avenue, Irvine CA 92612-1003** | **Leasehold Improvements** | **$337,283.23** | **Net Book Value** | | **$337,283.23** |
| 55.72 · | **191 - Rancho Penasquitos, 10025 Carmel Mountain Road, San Diego CA 92129-3229** | **Leasehold Improvements** | **$455,052.89** | **Net Book Value** | | **$455,052.89** |
| 55.73 · | **192 - Carson, 945 E. Dominguez Street, Carson CA 90746-7260** | **Leasehold Improvements** | **$257,983.74** | **Net Book Value** | | **$257,983.74** |
| 55.74 · | **196 - Irvine Center Drive SuperSport, 8697 Irvine Center Drive, Irvine CA 92618-4219** | **Leasehold Improvements** | **$123,018.92** | **Net Book Value** | | **$123,018.92** |
| 55.75 · | **197 - Rancho Cucamonga Sport, 11787 Foothill Blvd., Rancho Cucamonga CA 91730-3907** | **Leasehold Improvements** | **$139,399.23** | **Net Book Value** | | **$139,399.23** |
| 55.76 · | **198 - Corona, 275 Teller Street, #1, Corona CA 92879-1894** | **Leasehold Improvements** | **$266,240.32** | **Net Book Value** | | **$266,240.32** |
| 55.77 · | **202 - Austin, 10616 Research Blvd., Austin TX 78759-5709** | **Leasehold Improvements** | **$168,079.13** | **Net Book Value** | | **$168,079.13** |
| 55.78 · | **208 - Sugarland Sport CLOSED, 14111 Southwest Freeway, Sugar Land TX 77478-3776** | **Leasehold Improvements** | **$20,883.91** | **Net Book Value** | | **$20,883.91** |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|
| | Name | | | |

| 55.79 · | **210 - Rainbow Super Sport CLOSED, 601 S. Rainbow Blvd., Las Vegas NV 89145-6243** | **Leasehold Improvements** | **$398,499.75** | **Net Book Value** | **$398,499.75** |
|---|---|---|---|---|---|
| 55.80 · | **211 - Mesquite Super Sport, 3600 Emporium Circle, Mesquite TX 75150-6508** | **Leasehold Improvements** | **$79,241.10** | **Net Book Value** | **$79,241.10** |
| 55.81 · | **212 - Plano Super Sport CLOSED, 4600 West Park Blvd., Plano TX 75093-2233** | **Leasehold Improvements** | **$132,704.13** | **Net Book Value** | **$132,704.13** |
| 55.82 · | **214 - Arlington Sport, 1131 W. Arbrook Blvd., Arlington TX 76015-4206** | **Leasehold Improvements** | **$330,160.14** | **Net Book Value** | **$330,160.14** |
| 55.83 · | **215 - Bedford Super Sport CLOSED, 2100 Plaza Parkway, Bedford TX 76021-7003** | **Leasehold Improvements** | **$78,053.67** | **Net Book Value** | **$78,053.67** |
| 55.84 · | **217 - Plantation, 700 South Pine Island Road, Plantation FL 33324-3130** | **Leasehold Improvements** | **$133,601.04** | **Net Book Value** | **$133,601.04** |
| 55.85 · | **218 - Fort Worth Hulen CLOSED, 5001 Overton Ridge Blvd., Fort Worth TX 76132-1917** | **Leasehold Improvements** | **$2,177.39** | **Net Book Value** | **$2,177.39** |
| 55.86 · | **219 - Glendale Super Sport, 450 N. Brand Blvd., Ste. 12, Glendale CA 91203-2347** | **Leasehold Improvements** | **$34,676.62** | **Net Book Value** | **$34,676.62** |
| 55.87 · | **228 - Summerlin Super Sport, 2090 Village Center Circle, Las Vegas NV 89134-6250** | **Leasehold Improvements** | **$214,732.65** | **Net Book Value** | **$214,732.65** |

Debtor    **24 Hour Fitness USA, Inc.**                          Case number *(If known)*  **20-11561**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.88 . | **229 - Las Vegas Moun Vista SS CLOSED, 4440 E. Tropicana Avenue, Las Vegas NV 89121** | **Leasehold Improvements** | **$3,490,593.80** | **Net Book Value** | **$3,490,593.80** |
| 55.89 . | **265 - Doral East Super Sport, 8700 NW 36th Street, #301, Doral FL 33166** | **Leasehold Improvements** | **$255,933.51** | **Net Book Value** | **$255,933.51** |
| 55.90 . | **266 - Royal Palm Beach Super Sport, 11001-11161 Southern Boulevard, Royal Palm Beach FL 33411-4240** | **Leasehold Improvements** | **$286,501.71** | **Net Book Value** | **$286,501.71** |
| 55.91 . | **267 - Doral West Super Sport, 1970 NW 117 PL, Miami FL 33182-1500** | **Leasehold Improvements** | **$4,214,130.18** | **Net Book Value** | **$4,214,130.18** |
| 55.92 . | **268 - Capitol Expressway Sport, 2920 Aborn Square Road, San Jose CA 95121** | **Leasehold Improvements** | **$208,290.90** | **Net Book Value** | **$208,290.90** |
| 55.93 . | **271 - Fremont Sport CLOSED, 35630 Fremont Boulevard, Fremont CA 94536** | **Leasehold Improvements** | **$13,386.57** | **Net Book Value** | **$13,386.57** |
| 55.94 . | **272 - Washington Sport, 567 Floresta Blvd, San Leandro CA 94578-4125** | **Leasehold Improvements** | **$55,120.75** | **Net Book Value** | **$55,120.75** |
| 55.95 . | **273 - Alemany Sport CLOSED, 3951 Alemany Blvd, San Francisco CA 94132** | **Leasehold Improvements** | **$65,124.70** | **Net Book Value** | **$65,124.70** |
| 55.96 . | **274 - Englewood Sport CLOSED, 3435 S. Inca Street, Englewood CO 80110** | **Leasehold Improvements** | **$56,171.05** | **Net Book Value** | **$56,171.05** |
| 55.97 . | **278 - Belmar Sport CLOSED, 360 South Teller Street, Lakewood CO 80226-7384** | **Leasehold Improvements** | **$1,184.02** | **Net Book Value** | **$1,184.02** |

Debtor   **24 Hour Fitness USA, Inc.**                     Case number *(If known)* **20-11561**
         Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.98. | **280 - Aurora City Place SS CLOSED, 1450 South Abilene Street, Aurora CO 80012-4627** | Leasehold Improvements | $835,315.61 | Net Book Value | | $835,315.61 |
| 55.99. | **283 - Saddle Brook Sport CLOSED, 189 US Highway 46, Saddle Brook NJ 07663-6215** | Leasehold Improvements | $73,435.04 | Net Book Value | | $73,435.04 |
| 55.100. | **285 - Jersey City Sport CLOSED, 918 Bergen Avenue, Jersey City NJ 07306-3002** | Leasehold Improvements | $38,741.75 | Net Book Value | | $38,741.75 |
| 55.101. | **289 - Kings Highway Sport CLOSED, 945 Kings Highway, Brooklyn NY 11223** | Leasehold Improvements | $83,796.55 | Net Book Value | | $83,796.55 |
| 55.102. | **290 - Kew Gardens Sport, 8002 Kew Gardens Road, Kew Gardens NY 11415-3600** | Leasehold Improvements | $178,493.49 | Net Book Value | | $178,493.49 |
| 55.103. | **291 - Fordham Road Sport CLOSED, 2503 Grand Concourse, Bronx NY 10468** | Leasehold Improvements | $6,245.71 | Net Book Value | | $6,245.71 |
| 55.104. | **293 - Bensonhurst Sport CLOSED, 1921 86th Street, Brooklyn NY 11214-3103** | Leasehold Improvements | $14,698.31 | Net Book Value | | $14,698.31 |
| 55.105. | **294 - Riverdale Sport CLOSED, 298 West 231st, Bronx NY 10463-3940** | Leasehold Improvements | $441,913.73 | Net Book Value | | $441,913.73 |
| 55.106. | **296 - Sheepshead Bay SS CLOSED, 1728 Sheepshead Bay Road, Brooklyn NY 11235-3605** | Leasehold Improvements | $289,536.77 | Net Book Value | | $289,536.77 |

Debtor     **24 Hour Fitness USA, Inc.**                                    Case number *(If known)*  **20-11561**
           <u>Name</u>

| | | | | | |
|---|---|---|---|---|---|
| 55.10 7. | **299 - Yonkers Sport CLOSED, 589 Tuckahoe Road, Yonkers NY 10710-5702** | **Leasehold Improvements** | **$228,719.48** | **Net Book Value** | **$228,719.48** |
| 55.10 8. | **301 - Gulf Freeway, 11528 Gulf Freeway, Houston TX 77034-3530** | **Leasehold Improvements** | **$72,560.09** | **Net Book Value** | **$72,560.09** |
| 55.10 9. | **305 - Richmond CLOSED, 5721 Westheimer Road, Houston TX 77057-5719** | **Leasehold Improvements** | **$23,604.09** | **Net Book Value** | **$23,604.09** |
| 55.11 0. | **307 - Coit CLOSED, 7622 Campbell Road, Dallas TX 75248-1704** | **Leasehold Improvements** | **$37,852.69** | **Net Book Value** | **$37,852.69** |
| 55.11 1. | **313 - Nasa, 1017 Bay Area Blvd., Houston TX 77058-2605** | **Leasehold Improvements** | **$18,165.10** | **Net Book Value** | **$18,165.10** |
| 55.11 2. | **319 - Katy CLOSED, 1550 S. Mason Road, Katy TX 77450-4558** | **Leasehold Improvements** | **$189,166.50** | **Net Book Value** | **$189,166.50** |
| 55.11 3. | **323 - Lewisville CLOSED, 724 West Main Street, #19, Lewisville TX 75067-3514** | **Leasehold Improvements** | **$92,045.35** | **Net Book Value** | **$92,045.35** |
| 55.11 4. | **324 - Colorado Springs, 3650 Austin Bluff Parkway, #197, Colorado Springs CO 80918-6684** | **Leasehold Improvements** | **$424,714.11** | **Net Book Value** | **$424,714.11** |
| 55.11 5. | **326 - Lakewood Sport, 12039 W. Alameda Parkway, #Z-3, Lakewood CO 80228-2701** | **Leasehold Improvements** | **$269,371.62** | **Net Book Value** | **$269,371.62** |
| 55.11 6. | **329 - Kipling Sport, 6044 South Kipling Parkway, Littleton CO 80127-2514** | **Leasehold Improvements** | **$538,485.03** | **Net Book Value** | **$538,485.03** |

Debtor    **24 Hour Fitness USA, Inc.**                          Case number *(If known)*  **20-11561**
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.11 7. | **332 - Jacinto City Sport, 11420 I-10 East Freeway, Ste 2, Jacinto City TX 77029-1935** | Leasehold Improvements | $654,497.05 | Net Book Value | $654,497.05 |
| 55.11 8. | **336 - Sandy CLOSED, 10365 South 1300 East, Sandy UT 84094-4681** | Leasehold Improvements | $22.16 | Net Book Value | $22.16 |
| 55.11 9. | **337 - Broomfield CLOSED, 4650 W 120th Avenue, Broomfield CO 80020-3327** | Leasehold Improvements | $193,420.01 | Net Book Value | $193,420.01 |
| 55.12 0. | **341 - Addison (Dallas) CLOSED, 5100 Belt Line Road, #6, Dallas TX 75254-7559** | Leasehold Improvements | $9,293.15 | Net Book Value | $9,293.15 |
| 55.12 1. | **344 - Irving (Metroplex Pla CLOSED, 2407 West Airport Freeway, Irving TX 75062-6016** | Leasehold Improvements | $200,114.84 | Net Book Value | $200,114.84 |
| 55.12 2. | **349 - Atascocita CLOSED, 7068 FM-1960 East, Humble TX 77346-2704** | Leasehold Improvements | $241,626.41 | Net Book Value | $241,626.41 |
| 55.12 3. | **350 - Meridian CLOSED, 11798 Oswego Street, Englewood CO 80112-7000** | Leasehold Improvements | $145,981.75 | Net Book Value | $145,981.75 |
| 55.12 4. | **351 - Alameda Ave (Denver), 4120 E. Alameda, Denver CO 80246-1069** | Leasehold Improvements | $29,916.52 | Net Book Value | $29,916.52 |
| 55.12 5. | **352 - Tiffany Plaza (Denver), 7400 E. Hampden Avenue, Denver CO 80231-4884** | Leasehold Improvements | $83,337.34 | Net Book Value | $83,337.34 |

Debtor  **24 Hour Fitness USA, Inc.**
Name

Case number *(If known)* **20-11561**

| | | | | | |
|---|---|---|---|---|---|
| 55.12 6. | **353 - Friendswood CLOSED, 130 West Parkwood Avenue, Friendswood TX 77546-5431** | **Leasehold Improvements** | **$207,884.14** | **Net Book Value** | **$207,884.14** |
| 55.12 7. | **355 - Highlands Ranch CLOSED, 333 Dad Clark Drive, Highlands Ranch CO 80126-2444** | **Leasehold Improvements** | **$528,157.31** | **Net Book Value** | **$528,157.31** |
| 55.12 8. | **356 - Highway 249 (Compaq) CLOSED, 21614 Tomball Parkway, Houston TX 77070-1646** | **Leasehold Improvements** | **$184,535.27** | **Net Book Value** | **$184,535.27** |
| 55.12 9. | **362 - Woodlands, 1800 Lake Woodlands Drive, The Woodlands TX 77380-1009** | **Leasehold Improvements** | **$301,222.84** | **Net Book Value** | **$301,222.84** |
| 55.13 0. | **365 - Central & Royal (Dallas), 11100 Central Expressway, Dallas TX 75243-6904** | **Leasehold Improvements** | **$177,606.76** | **Net Book Value** | **$177,606.76** |
| 55.13 1. | **366 - Meyerland Plaza CLOSED, 8650 Endicott Lane, Houston TX 77096-1501** | **Leasehold Improvements** | **$100,848.17** | **Net Book Value** | **$100,848.17** |
| 55.13 2. | **369 - Mockingbird (Dallas) CLOSED, 5706 E. Mockingbird Lane, #31, Dallas TX 75206-5460** | **Leasehold Improvements** | **$223,721.74** | **Net Book Value** | **$223,721.74** |
| 55.13 3. | **372 - Hancock Center, 1000 E. 41st Street, Suite 85, Austin TX 78751-4810** | **Leasehold Improvements** | **$179,775.18** | **Net Book Value** | **$179,775.18** |
| 55.13 4. | **375 - Southlake, 301 N. Nolen Drive, Southlake TX 76092-8025** | **Leasehold Improvements** | **$444,691.13** | **Net Book Value** | **$444,691.13** |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.13 5. | **377 - Lake Creek CLOSED, 13802 N Hwy 183, Austin TX 78750-1203** | **Leasehold Improvements** | **$5,534.04** | **Net Book Value** | **$5,534.04** |
| 55.13 6. | **384 - Castle Rock Super Sport, 5745 New Abbey Lane, Castle Rock CO 80108** | **Leasehold Improvements** | **$2,955,114.95** | **Net Book Value** | **$2,955,114.95** |
| 55.13 7. | **385 - Euless Rio Grande Super Sport, 2401 Rio Grande Blvd, Euless TX 76039** | **Leasehold Improvements** | **$2,613,467.06** | **Net Book Value** | **$2,613,467.06** |
| 55.13 8. | **386 - Arvada Super Sport, 12680 West 64th Avenue, Arvada CO 80004-3806** | **Leasehold Improvements** | **$4,915,386.06** | **Net Book Value** | **$4,915,386.06** |
| 55.13 9. | **387 - Rosenberg Super Sport CLOSED, 4112 FM 762, Rosenberg TX 77471-5877** | **Leasehold Improvements** | **$2,688,134.11** | **Net Book Value** | **$2,688,134.11** |
| 55.14 0. | **388 - McKinney Super Sport, 1601 N. Hardin Blvd., McKinney TX 75071** | **Leasehold Improvements** | **$3,464,501.98** | **Net Book Value** | **$3,464,501.98** |
| 55.14 1. | **389 - Fairview Super Sport, 361 Southwind Ln., Fairview TX 75069** | **Leasehold Improvements** | **$4,472,358.78** | **Net Book Value** | **$4,472,358.78** |
| 55.14 2. | **390 - East Plano Super Sport, 3300 N Central Expressway, Suite A, Plano TX 75074** | **Leasehold Improvements** | **$5,852,696.84** | **Net Book Value** | **$5,852,696.84** |
| 55.14 3. | **391 - Carrollton Woodlake SS CLOSED, 3050 Josey Lane, Carrollton TX 75006** | **Leasehold Improvements** | **$6,704,426.28** | **Net Book Value** | **$6,704,426.28** |
| 55.14 4. | **392 - Bingle CLOSED, 12708 Northwest Freeway, Houston TX 77092-2402** | **Leasehold Improvements** | **$45,652.05** | **Net Book Value** | **$45,652.05** |

Debtor **24 Hour Fitness USA, Inc.**   Case number *(If known)* **20-11561**
Name

| | | | | |
|---|---|---|---|---|
| 55.14 5. | **393 - Frisco Sport CLOSED, 3865 Preston Road, Frisco TX 75034-9458** | Leasehold Improvements | $113,068.58 | Net Book Value | $113,068.58 |
| 55.14 6. | **397 - Torrance Del Amo Super Sport, 21501 Torrance Blvd, Torrance CA 90503** | Leasehold Improvements | $3,961,972.54 | Net Book Value | $3,961,972.54 |
| 55.14 7. | **398 - Riverside Madison SS, 3490 Madison Street, Riverside CA 92504-3717** | Leasehold Improvements | $2,550,075.27 | Net Book Value | $2,550,075.27 |
| 55.14 8. | **402 - Lakewood Mall CLOSED, 5919 Lakewood Towne Center Blvd, Suite K, Suite K, Lakewood WA 98499-6513** | Leasehold Improvements | $30,950.74 | Net Book Value | $30,950.74 |
| 55.14 9. | **403 - Ballinger Village CLOSED, 20202 Ballinger Way NE, Space A-10, Space A-1, Seattle WA 98155-1144** | Leasehold Improvements | $29,445.64 | Net Book Value | $29,445.64 |
| 55.15 0. | **407 - West Seattle, 2500 SW Barton Street, Suite B-7, Suite B-7, Seattle WA 98126-3949** | Leasehold Improvements | $142,970.37 | Net Book Value | $142,970.37 |
| 55.15 1. | **411 - Columbia Tech Center, 800 S.E. Tech Center Drive, Vancouver WA 98683-5532** | Leasehold Improvements | $175,711.86 | Net Book Value | $175,711.86 |
| 55.15 2. | **412 - Downtown Seattle, 1827 Yale Avenue, Seattle WA 98101-1443** | Leasehold Improvements | $96,185.52 | Net Book Value | $96,185.52 |
| 55.15 3. | **413 - Downtown Portland, 1407 SW Fourth Avenue, Portland OR 97201-5507** | Leasehold Improvements | $228,285.28 | Net Book Value | $228,285.28 |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.15 4. | **415 - Murray Scholls, 11100 SW Murray Scholls Pl., Beaverton OR 97007-9703** | Leasehold Improvements | $89,235.35 | Net Book Value | $89,235.35 |
| 55.15 5. | **418 - Lynnwood, 18930 29th Avenue West, Lynwood WA 98036-4729** | Leasehold Improvements | $91,482.22 | Net Book Value | $91,482.22 |
| 55.15 6. | **423 - Mall 205 (Portland), 10052 SE Washington Street, Space E-1, Portland OR 97216-2424** | Leasehold Improvements | $85,568.92 | Net Book Value | $85,568.92 |
| 55.15 7. | **425 - Portland McLoughlin SuperSport, 4546 SE McLoughlin Blvd, Portland OR 97202-5041** | Leasehold Improvements | $652,846.90 | Net Book Value | $652,846.90 |
| 55.15 8. | **427 - Gladstone Super Sport, 465 W. Arlington Street, Gladstone OR 97027** | Leasehold Improvements | $2,543,026.49 | Net Book Value | $2,543,026.49 |
| 55.15 9. | **428 - Auburn CLOSED, 915 Auburn Way North, Auburn WA 98002-4117** | Leasehold Improvements | $1,056.01 | Net Book Value | $1,056.01 |
| 55.16 0. | **433 - 9th Street Sport CLOSED, 5684 South 900 East, Murray UT 84121-1034** | Leasehold Improvements | $23,217.69 | Net Book Value | $23,217.69 |
| 55.16 1. | **435 - Sutter-Montgomery, 45 Montgomery Street, San Francisco CA 94104-4522** | Leasehold Improvements | $17,125.98 | Net Book Value | $17,125.98 |
| 55.16 2. | **437 - North Aurora Chambers Sport, 512 S. Chambers Road, Aurora CO 80017-3606** | Leasehold Improvements | $612,001.85 | Net Book Value | $612,001.85 |

Debtor   **24 Hour Fitness USA, Inc.**                        Case number *(If known)* **20-11561**
         <span style="font-size:small">Name</span>

| | | | | |
|---|---|---|---|---|
| 55.16 3. | **438 - Southglenn Super Sport CLOSED, 6839 South Vine Street, Centennial CO 80122-3492** | **Leasehold Improvements** | **$964,510.98** | **Net Book Value** | **$964,510.98** |
| 55.16 4. | **439 - Issaquah Black Nugget Rd SS, 5712 East Lake Sammamish Parkway SE, Issaquah WA 98029-8914** | **Leasehold Improvements** | **$871,780.27** | **Net Book Value** | **$871,780.27** |
| 55.16 5. | **440 - Bothell Super Sport, 18006 120th Avenue, Bothell WA 98011-9478** | **Leasehold Improvements** | **$1,799,598.09** | **Net Book Value** | **$1,799,598.09** |
| 55.16 6. | **441 - Tacoma Super Sport, 111 South 38th Street, Tacoma WA 98418-7803** | **Leasehold Improvements** | **$3,774,467.95** | **Net Book Value** | **$3,774,467.95** |
| 55.16 7. | **442 - Gresham Super Sport, 1541 NE 181st Avenue, Portland OR 97230** | **Leasehold Improvements** | **$3,404,995.27** | **Net Book Value** | **$3,404,995.27** |
| 55.16 8. | **443 - Puyallup Super Sport CLOSED, 301 37th Avenue SE, Puyallup WA 98374** | **Leasehold Improvements** | **$4,436,944.65** | **Net Book Value** | **$4,436,944.65** |
| 55.16 9. | **448 - Fountain Valley Super Sport, 17200 Brookhurst St, Fountain Valley CA 92708** | **Leasehold Improvements** | **$3,583,513.21** | **Net Book Value** | **$3,583,513.21** |
| 55.17 0. | **449 - Encino Super Sport, 17017 Ventura Blvd, Encino CA 91316** | **Leasehold Improvements** | **$67,281.38** | **Net Book Value** | **$67,281.38** |
| 55.17 1. | **456 - Antioch Somersville SS, 2520 Somersville Road, Antioch CA 94509-4409** | **Leasehold Improvements** | **$3,070,727.65** | **Net Book Value** | **$3,070,727.65** |

| Debtor | **24 Hour Fitness USA, Inc.** | | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.17 2. | **457 - Brentwood Super Sport, Lone Treet & Jeffrey Way, Brentwood CA** | Leasehold Improvements | $2,876,942.43 | Net Book Value | $2,876,942.43 |
| 55.17 3. | **460 - South Parker Super Sport, 11481 S Twenty Mile Road, Parker CO 80134** | Leasehold Improvements | $4,464,713.78 | Net Book Value | $4,464,713.78 |
| 55.17 4. | **475 - Redwood City Super Sport, 1050 Broadway St, Redwood City CA 94063** | Leasehold Improvements | $1,871,238.52 | Net Book Value | $1,871,238.52 |
| 55.17 5. | **481 - San Marcos CLOSED, 641 South Rancho Santa Fe Road, San Marcos CA 92078-3973** | Leasehold Improvements | $925,766.09 | Net Book Value | $925,766.09 |
| 55.17 6. | **487 - Pacifica, 555 Oceana Blvd., Pacifica CA 94044-1902** | Leasehold Improvements | $47,976.86 | Net Book Value | $47,976.86 |
| 55.17 7. | **488 - Hayward Super Sport, 2480 Whipple Road, Hayward CA 94544-7808** | Leasehold Improvements | $2,003,635.75 | Net Book Value | $2,003,635.75 |
| 55.17 8. | **490 - La Cienega Sport, 5045 West Slauson Avenue, Los Angeles CA 90056-1651** | Leasehold Improvements | $3,478.94 | Net Book Value | $3,478.94 |
| 55.17 9. | **491 - Tualatin Super Sport, 17942 SW McEwan Road, Tigard OR 97224-7206** | Leasehold Improvements | $405,413.87 | Net Book Value | $405,413.87 |
| 55.18 0. | **492 - Redmond Super Sport, 7320 170th Ave NE, Redmond WA 98052-4457** | Leasehold Improvements | $1,829,086.02 | Net Book Value | $1,829,086.02 |
| 55.18 1. | **493 - Fremont Auto Mall Super Sport, 4500 Auto Mall Parkway, Fremont CA 94538-3185** | Leasehold Improvements | $2,310,356.96 | Net Book Value | $2,310,356.96 |

Debtor    **24 Hour Fitness USA, Inc.**                          Case number *(if known)* **20-11561**
           Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.18 2. | **494 - Richmond Sport, 2126 Hilltop Mall Road, Richmond CA 94806-1923** | **Leasehold Improvements** | **$134,768.55** | **Net Book Value** | | **$134,768.55** |
| 55.18 3. | **496 - Pearl City Super Sport, 1000 Kamehameha Highway, Pearl City HI 96782-2881** | **Leasehold Improvements** | **$1,766,975.29** | **Net Book Value** | | **$1,766,975.29** |
| 55.18 4. | **497 - Santa Teresa (San Jose), 6223 Santa Teresa Blvd, San Jose CA 95119-1436** | **Leasehold Improvements** | **$337,148.42** | **Net Book Value** | | **$337,148.42** |
| 55.18 5. | **498 - Antelope Marketplace, 7905 Walerga Road, Antelope CA 95843-5722** | **Leasehold Improvements** | **$143,839.14** | **Net Book Value** | | **$143,839.14** |
| 55.18 6. | **501 - San Leandro, 304 Bayfair Mall, San Leandro CA 94578-1900** | **Leasehold Improvements** | **$142,085.36** | **Net Book Value** | | **$142,085.36** |
| 55.18 7. | **502 - Van Ness, 1200 Van Ness Avenue, San Francisco CA 94109-5507** | **Leasehold Improvements** | **$79,652.12** | **Net Book Value** | | **$79,652.12** |
| 55.18 8. | **503 - San Mateo, 500 S. El Camino Real, San Mateo CA 94402-1707** | **Leasehold Improvements** | **$182,945.67** | **Net Book Value** | | **$182,945.67** |
| 55.18 9. | **504 - Hillsdale, 1825-A Hillsdale Avenue, San Jose CA 95124-3405** | **Leasehold Improvements** | **$59,883.91** | **Net Book Value** | | **$59,883.91** |
| 55.19 0. | **505 - Capitol & McKee CLOSED, 375A North Capitol Avenue, San Jose CA 95133-1900** | **Leasehold Improvements** | **$92,723.07** | **Net Book Value** | | **$92,723.07** |
| 55.19 1. | **506 - Sunnyvale, 150 E. Fremont Avenue, Sunnyvale CA 94087-3201** | **Leasehold Improvements** | **$172,561.43** | **Net Book Value** | | **$172,561.43** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 60

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|
| | <span style="font-size:small">Name</span> | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.19 2. | **507 - Daly City, 373 Gellert Blvd, Daly City CA 94015-2613** | **Leasehold Improvements** | **$157,484.86** | **Net Book Value** | **$157,484.86** |
| 55.19 3. | **510 - Santa Rosa Super Sport, 3550 Industrial Drive, Santa Rosa CA 95403-2058** | **Leasehold Improvements** | **$158,751.40** | **Net Book Value** | **$158,751.40** |
| 55.19 4. | **511 - Concord, 359 Sun Valley Mall Road, Concord CA 94520-5811** | **Leasehold Improvements** | **$105,935.83** | **Net Book Value** | **$105,935.83** |
| 55.19 5. | **512 - San Ramon Super Sport, 4450 Norris Canyon Road, San Ramon CA 94583-5415** | **Leasehold Improvements** | **$2,609,052.00** | **Net Book Value** | **$2,609,052.00** |
| 55.19 6. | **513 - Mountain View, 550 Showers Drive, Mountain View CA 94040-1431** | **Leasehold Improvements** | **$246,951.56** | **Net Book Value** | **$246,951.56** |
| 55.19 7. | **514 - Castro Valley, 3839 E. Castro Valley Blvd., Castro Valley CA 94552-4837** | **Leasehold Improvements** | **$184,238.91** | **Net Book Value** | **$184,238.91** |
| 55.19 8. | **515 - Vallejo CLOSED, 4300 Sonoma Blvd, #48, Vallejo CA 94589-2200** | **Leasehold Improvements** | **$101,479.68** | **Net Book Value** | **$101,479.68** |
| 55.19 9. | **516 - Walnut Creek Ygnacio Ce CLOSED, 2033 N. Main Street, Walnut Creek CA 94596-3772** | **Leasehold Improvements** | **$179,969.08** | **Net Book Value** | **$179,969.08** |
| 55.20 0. | **517 - Santa Cruz Super Sport, 1261 Soquel Avenue, Santa Cruz CA 95062-2107** | **Leasehold Improvements** | **$222,274.58** | **Net Book Value** | **$222,274.58** |
| 55.20 1. | **519 - North Point CLOSED, 350 Bay Street, San Francisco CA 94133-1966** | **Leasehold Improvements** | **$102,453.85** | **Net Book Value** | **$102,453.85** |

Debtor   **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.20 2. | **521 - California Street, 100 California Street, San Francisco CA 94111-4505** | **Leasehold Improvements** | **$721,091.52** | **Net Book Value** | **$721,091.52** |
| 55.20 3. | **523 - Citrus Heights, 6633 Auburn Boulevard, Citrus Heights CA 95621-4925** | **Leasehold Improvements** | **$54,877.52** | **Net Book Value** | **$54,877.52** |
| 55.20 4. | **528 - Rancho Cordova, 9574 Micron Avenue, Sacramento CA 95827-2622** | **Leasehold Improvements** | **$8,026.88** | **Net Book Value** | **$8,026.88** |
| 55.20 5. | **532 - Oakland, 2050 Webster Street, Oakland CA 94612-3512** | **Leasehold Improvements** | **$37,438.38** | **Net Book Value** | **$37,438.38** |
| 55.20 6. | **533 - Morgan Hill CLOSED, 850 Tennant Station, Morgan Hill CA 95037-5459** | **Leasehold Improvements** | **$51,191.88** | **Net Book Value** | **$51,191.88** |
| 55.20 7. | **535 - Manteca CLOSED, 1090 North Main Street, Manteca CA 95336-3745** | **Leasehold Improvements** | **$124,840.57** | **Net Book Value** | **$124,840.57** |
| 55.20 8. | **536 - Hayward, 24727 Amador Street, Hayward CA 94544-1801** | **Leasehold Improvements** | **$249,138.37** | **Net Book Value** | **$249,138.37** |
| 55.20 9. | **538 - Reno, 1595 Sky Mountain Drive, Reno NV 89523-9190** | **Leasehold Improvements** | **$176,574.39** | **Net Book Value** | **$176,574.39** |
| 55.21 0. | **539 - Ocean, 1850 Ocean Avenue, San Francisco CA 94112-1768** | **Leasehold Improvements** | **$224,039.59** | **Net Book Value** | **$224,039.59** |
| 55.21 1. | **540 - Honolulu Super Sport, 1680 Kapiolani Blvd., Honolulu HI 96814-3794** | **Leasehold Improvements** | **$492,435.21** | **Net Book Value** | **$492,435.21** |

Debtor   **24 Hour Fitness USA, Inc.**                                   Case number *(If known)*  **20-11561**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.21 2. | **543 - Paseo Padre, 39300 Paseo Padre Parkway, Fremont CA 94538-1629** | **Leasehold Improvements** | **$165,527.98** | **Net Book Value** | **$165,527.98** |
| 55.21 3. | **544 - Parkmoor, 1531 Parkmoor Avenue, San Jose CA 95128-2407** | **Leasehold Improvements** | **$496,786.16** | **Net Book Value** | **$496,786.16** |
| 55.21 4. | **545 - Potrero Sport, 1645 Bryant Street, San Francisco CA 94103-4851** | **Leasehold Improvements** | **$458,060.81** | **Net Book Value** | **$458,060.81** |
| 55.21 5. | **547 - Market Street CLOSED, 2145 Market Street, San Francisco CA 94114-1321** | **Leasehold Improvements** | **$174,557.15** | **Net Book Value** | **$174,557.15** |
| 55.21 6. | **548 - Mililani Super Sport, 95-221 Kipapa Drive, Mililani HI 96789-1147** | **Leasehold Improvements** | **$171,193.79** | **Net Book Value** | **$171,193.79** |
| 55.21 7. | **549 - Reno South CLOSED, 6155 Neil Road, Reno NV 89511-1134** | **Leasehold Improvements** | **$16,497.39** | **Net Book Value** | **$16,497.39** |
| 55.21 8. | **552 - Laguna, 8785 Center Parkway, Sacramento CA 95823-7697** | **Leasehold Improvements** | **$145,996.33** | **Net Book Value** | **$145,996.33** |
| 55.21 9. | **553 - Aurora CLOSED, 4100 South Parker Road, Aurora CO 80014-4132** | **Leasehold Improvements** | **$215,954.65** | **Net Book Value** | **$215,954.65** |
| 55.22 0. | **555 - Bishop, 1000 Bishop Street, Suite 11, Honolulu HI 96813-4202** | **Leasehold Improvements** | **$153,129.84** | **Net Book Value** | **$153,129.84** |
| 55.22 1. | **557 - Benjamin Holt Sport CLOSED, 3137 West Benjamin Holt Drive, Stockton CA 95219-3703** | **Leasehold Improvements** | **$102,707.42** | **Net Book Value** | **$102,707.42** |

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number *(If known)*  **20-11561**
           Name

| | | | | | |
|---|---|---|---|---|---|
| 55.22 2. | **558 - Maui CLOSED, 150 Hana Highway, Suite 18, Kahului HI 96732-2331** | Leasehold Improvements | $310,398.75 | Net Book Value | $310,398.75 |
| 55.22 3. | **559 - Windward City, 45-480 Kaneohe Bay Drive, Suite C-21, Suite C-21, Kaneohe HI 96744-2039** | Leasehold Improvements | $167,687.96 | Net Book Value | $167,687.96 |
| 55.22 4. | **560 - Riverlake, 7600 Greenhaven Drive, # 15, Sacramento CA 95831-5604** | Leasehold Improvements | $46,978.75 | Net Book Value | $46,978.75 |
| 55.22 5. | **561 - Beaverton CLOSED, 4145 SW Watson Ave, Beaverton OR 97005-2132** | Leasehold Improvements | $123,260.99 | Net Book Value | $123,260.99 |
| 55.22 6. | **562 - The Pearl, 1210 NW Johnson Street, Portland OR 97209-3011** | Leasehold Improvements | $414,880.75 | Net Book Value | $414,880.75 |
| 55.22 7. | **571 - Fulton & Hurley, 1314 Fulton Avenue, Sacramento CA 95825-3604** | Leasehold Improvements | $275,574.71 | Net Book Value | $275,574.71 |
| 55.22 8. | **572 - Lowry Sport, 7600 Academy Blvd, Denver CO 80230-7194** | Leasehold Improvements | $138,802.79 | Net Book Value | $138,802.79 |
| 55.22 9. | **573 - Salem CLOSED, 451 Lancaster Drive NE, Salem OR 97301-4784** | Leasehold Improvements | $81,440.66 | Net Book Value | $81,440.66 |
| 55.23 0. | **575 - Hillsboro, 6095 SE Tualatin Valley Hwy, Hillsboro OR 97123-8181** | Leasehold Improvements | $23,869.88 | Net Book Value | $23,869.88 |
| 55.23 1. | **577 - Petaluma, 6 Petaluma Blvd. North, Petaluma CA 94952-3050** | Leasehold Improvements | $65,531.05 | Net Book Value | $65,531.05 |

Debtor   **24 Hour Fitness USA, Inc.**
Name

Case number *(If known)*  **20-11561**

| | | | | | |
|---|---|---|---|---|---|
| 55.23 2. | **592 - Roseville, 336 N. Sunrise Avenue, Roseville CA 95661-3025** | **Leasehold Improvements** | **$901,740.74** | Net Book Value | **$901,740.74** |
| 55.23 3. | **593 - Hawaii Kai, 7120 Kalanianaole Hwy, Honolulu HI 96825-1932** | **Leasehold Improvements** | **$209,735.71** | Net Book Value | **$209,735.71** |
| 55.23 4. | **594 - East Arques, 1211 E. Arques Avenue, Sunnyvale CA 94085-4702** | **Leasehold Improvements** | **$7,441.86** | Net Book Value | **$7,441.86** |
| 55.23 5. | **598 - Downtown Sacramento SuperSport, 1020 7th Street, Sacramento CA 95814-3400** | **Leasehold Improvements** | **$1,266,497.77** | Net Book Value | **$1,266,497.77** |
| 55.23 6. | **601 - Milpitas Active CLOSED, 301 Jacklin Road, Milpitas CA 95035-3225** | **Leasehold Improvements** | **$100,556.83** | Net Book Value | **$100,556.83** |
| 55.23 7. | **602 - Milpitas Super Sport, 749 East Calaveras Blvd, Milpitas CA 95033-5435** | **Leasehold Improvements** | **$4,047,029.32** | Net Book Value | **$4,047,029.32** |
| 55.23 8. | **608 - Freehold Super Sport, 326 West Main Street, Freehold NJ 07728** | **Leasehold Improvements** | **$44,932.87** | Net Book Value | **$44,932.87** |
| 55.23 9. | **609 - Middletown Super Sport, 835 Highway 35, Middletown NJ 07748** | **Leasehold Improvements** | **$42,997.96** | Net Book Value | **$42,997.96** |
| 55.24 0. | **611 - Annapolis Riva Rd. SS CLOSED, 200 Harker Place, 23, Annapolis MD 21401-3680** | **Leasehold Improvements** | **$1,092,966.21** | Net Book Value | **$1,092,966.21** |
| 55.24 1. | **612 - Ledgewood Super Sport, 461 Route 10 Unit #01, Ledgewood NJ 07852** | **Leasehold Improvements** | **$162,866.91** | Net Book Value | **$162,866.91** |

Debtor    **24 Hour Fitness USA, Inc.**                    Case number *(If known)*  **20-11561**
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.24 2. | **613 - North Brunswick SS CLOSED, 1500 Livingston Ave, North Brunswick NJ 08816** | Leasehold Improvements | $2,214,865.85 | Net Book Value | $2,214,865.85 |
| 55.24 3. | **614 - Piscataway Super Sport CLOSED, 1327 Centennial Ave, Piscataway NJ 08854** | Leasehold Improvements | $6,439,691.13 | Net Book Value | $6,439,691.13 |
| 55.24 4. | **615 - Springfield Super Sport, 75 US Hwy 22, Springfield NJ 07081** | Leasehold Improvements | $5,301,945.07 | Net Book Value | $5,301,945.07 |
| 55.24 5. | **616 - Paramus Super Sport, 260 East Route-4, Paramus NJ 07652-5169** | Leasehold Improvements | $458,298.54 | Net Book Value | $458,298.54 |
| 55.24 6. | **617 - Pembroke Pines Super Sport, 16000 Pines Boulevard, Pembroke Pines FL 33082** | Leasehold Improvements | $193,443.72 | Net Book Value | $193,443.72 |
| 55.24 7. | **618 - Homestead Super Sport, 3314 NE 7th Street, Homestead FL 33033-4502** | Leasehold Improvements | $4,208,763.60 | Net Book Value | $4,208,763.60 |
| 55.24 8. | **619 - Orlando Park Square SS, 12187 E. Colonial Drive, Orlando FL 32826-4707** | Leasehold Improvements | $1,932,086.53 | Net Book Value | $1,932,086.53 |
| 55.24 9. | **621 - Coconut Grove CLOSED, 2982 Grand Avenue, Miami FL 33133-6040** | Leasehold Improvements | $8,115.87 | Net Book Value | $8,115.87 |
| 55.25 0. | **623 - Pembroke Pines Sport CLOSED, 8333 Pines Blvd., Pembroke Pines FL 33024-6607** | Leasehold Improvements | $351,188.63 | Net Book Value | $351,188.63 |

Debtor    **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.25 1. | **624 - Town & Country Sport CLOSED, 8400 Mills Drive, Miami FL 33183-4807** | **Leasehold Improvements** | **$857,272.03** | **Net Book Value** | **$857,272.03** |
| 55.25 2. | **627 - Greenacres Active CLOSED, 6846 Forest Hills Blvd., Greenacres FL 33413-3352** | **Leasehold Improvements** | **$81,241.01** | **Net Book Value** | **$81,241.01** |
| 55.25 3. | **628 - Miami Cutler Ridge Spo CLOSED, 20851 Dixie Drive Highway, Miami FL 33189-2217** | **Leasehold Improvements** | **$409,286.62** | **Net Book Value** | **$409,286.62** |
| 55.25 4. | **629 - Miramar Sport, 11645 Red Road, Space H-1, Miramar FL 33025-7810** | **Leasehold Improvements** | **$918,980.98** | **Net Book Value** | **$918,980.98** |
| 55.25 5. | **630 - Boynton Beach Super Sp CLOSED, 1775 North Congress Avenue, Boynton Beach FL 33426** | **Leasehold Improvements** | **$214,244.17** | **Net Book Value** | **$214,244.17** |
| 55.25 6. | **631 - Sunrise Florida Super Sport, 9919 West Oakland Park Blvd, Sunrise FL 33351-7009** | **Leasehold Improvements** | **$1,070,001.57** | **Net Book Value** | **$1,070,001.57** |
| 55.25 7. | **632 - Orlando Orange Super Sp CLOSED, 15 West Crystal Lake Street, Orlando FL 32806-4403** | **Leasehold Improvements** | **$155,432.97** | **Net Book Value** | **$155,432.97** |
| 55.25 8. | **633 - Lake Mary Super Sport, 236 Wheel House Lane, Lake Mary FL 32746-3410** | **Leasehold Improvements** | **$3,681,533.40** | **Net Book Value** | **$3,681,533.40** |
| 55.25 9. | **634 - Miami Gardens Super Sport, 19371 NW 27th Avenue, Miami Gardens FL 33056-2521** | **Leasehold Improvements** | **$3,823,910.58** | **Net Book Value** | **$3,823,910.58** |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.26 0. | **635 - Apopka Super Sport, 2360 E. Semoran Blvd, Apopka FL 32703** | **Leasehold Improvements** | $3,359,932.43 | Net Book Value | $3,359,932.43 |
| 55.26 1. | **636 - Kirkman Super Sport, 1101 Resource Avenue, Orlando FL 32811-2203** | **Leasehold Improvements** | $3,264,275.15 | Net Book Value | $3,264,275.15 |
| 55.26 2. | **637 - Tamarac Super Sport CLOSED, 4017 W. Commercial Blvd, Tamarac FL 33319** | **Leasehold Improvements** | $4,237,773.14 | Net Book Value | $4,237,773.14 |
| 55.26 3. | **638 - Winter Park Super Sport, 4270 Aloma Avenue, Suite 164, Suite 164, Winter Park FL 32792-9393** | **Leasehold Improvements** | $5,285,097.94 | Net Book Value | $5,285,097.94 |
| 55.26 4. | **639 - Kissimmee Super Sport, 850 W. Osceola Parkway, Kissimmee FL 34741** | **Leasehold Improvements** | $2,858,862.86 | Net Book Value | $2,858,862.86 |
| 55.26 5. | **640 - Pelham Manor Super Sport, 887 Pelham Parkway, Pelham Manor NY 10803** | **Leasehold Improvements** | $6,101,344.42 | Net Book Value | $6,101,344.42 |
| 55.26 6. | **641 - Ramsey Super Sport, 150 Triangle Plaza, Ramsey NJ 07446** | **Leasehold Improvements** | $4,907,438.85 | Net Book Value | $4,907,438.85 |
| 55.26 7. | **642 - Englewood Cliffs Super Sport, 150 Sylvan Avenue, Englewood Cliffs NJ 07632-2549** | **Leasehold Improvements** | $1,288,623.16 | Net Book Value | $1,288,623.16 |
| 55.26 8. | **643 - Wayne Towne Center SS CLOSED, 133 Route 23, Wayne NJ 07470** | **Leasehold Improvements** | $2,366,425.54 | Net Book Value | $2,366,425.54 |
| 55.26 9. | **644 - Woodbridge Township SS CLOSED, 1600 Saint Georges Avenue, Avenel NJ 07001-1044** | **Leasehold Improvements** | $5,390,115.06 | Net Book Value | $5,390,115.06 |

Debtor     **24 Hour Fitness USA, Inc.**                                    Case number *(If known)*  **20-11561**
           Name

| | | | | | |
|---|---|---|---|---|---|
| 55.27 0. | **645 - Whippany Super Sport CLOSED, 30 Sylvan Way, Parsippany NJ 07054** | **Leasehold Improvements** | **$4,663,742.41** | **Net Book Value** | **$4,663,742.41** |
| 55.27 1. | **647 - Aliana Super Sport, The Grand at Aliana, Richmond TX 77406-3657** | **Leasehold Improvements** | **$161,340.26** | **Net Book Value** | **$161,340.26** |
| 55.27 2. | **648 - Rowlett Super Sport, 5959 Sherry Ln. Ste. 1250, Dallas TX 75225** | **Leasehold Improvements** | **$531,200.82** | **Net Book Value** | **$531,200.82** |
| 55.27 3. | **651 - Rockwall, 405 East Interstate 30, Rockwall TX 75087-5406** | **Leasehold Improvements** | **$636,133.76** | **Net Book Value** | **$636,133.76** |
| 55.27 4. | **653 - Keller Super Sport CLOSED, 5901 Golden Triangle, Fort Worth TX 76244-4490** | **Leasehold Improvements** | **$758,405.37** | **Net Book Value** | **$758,405.37** |
| 55.27 5. | **654 - Hasbrouck Heights SS CLOSED, 459 Route 17, Hasbrouck Heights NJ 07604-3015** | **Leasehold Improvements** | **$1,216,750.86** | **Net Book Value** | **$1,216,750.86** |
| 55.27 6. | **656 - Murphy Super Sport, 229 East FM 544, Murphy TX 75094-4023** | **Leasehold Improvements** | **$794,398.10** | **Net Book Value** | **$794,398.10** |
| 55.27 7. | **657 - Fort Worth Horne, 2701 Halloran Street, Fort Worth TX 76107-4637** | **Leasehold Improvements** | **$575,094.11** | **Net Book Value** | **$575,094.11** |
| 55.27 8. | **658 - Pflugerville SS CLOSED, 1401 Town Center Drive, Pflugerville TX 78660-7599** | **Leasehold Improvements** | **$1,181,911.69** | **Net Book Value** | **$1,181,911.69** |
| 55.27 9. | **659 - Houston Rice Village SS, 2500 Dunstan Road, Houston TX 77005-2572** | **Leasehold Improvements** | **$2,091,953.19** | **Net Book Value** | **$2,091,953.19** |

Debtor   __**24 Hour Fitness USA, Inc.**_____   Case number *(If known)*  **20-11561**
         Name

| | | | | |
|---|---|---|---|---|
| 55.280. | **660 - Katy Bella Terra Super Sport, 5270 West Grand Parkway South, Richmond TX 77406-5822** | Leasehold Improvements | $1,351,078.30 | Net Book Value | $1,351,078.30 |
| 55.281. | **661 - Greeley Super Sport CLOSED, 3001 S. 23rd Avenue, Greeley CO 80631-8752** | Leasehold Improvements | $4,739,041.07 | Net Book Value | $4,739,041.07 |
| 55.282. | **662 - Fort Collins North SS CLOSED, 460 South College Avenue, Fort Collins CO 80524** | Leasehold Improvements | $4,516,923.72 | Net Book Value | $4,516,923.72 |
| 55.283. | **663 - Parker-Arapahoe Super Sport, 15900 E Briarwood Circle, Aurora CO 80016-1564** | Leasehold Improvements | $1,260,371.00 | Net Book Value | $1,260,371.00 |
| 55.284. | **664 - Littleton Belleview Sp CLOSED, 2650 W. Belleview Avenue, Suite #100, Littleton CO 80123-7196** | Leasehold Improvements | $416,612.26 | Net Book Value | $416,612.26 |
| 55.285. | **665 - Lake Worth Sport, 6000 Quebec Street, Fort Worth TX 76135-3609** | Leasehold Improvements | $473,284.98 | Net Book Value | $473,284.98 |
| 55.286. | **667 - Fort Collins Sport, 2208 E Harmony Road, Fort Collins CO 80528-3412** | Leasehold Improvements | $390,597.94 | Net Book Value | $390,597.94 |
| 55.287. | **668 - Boulder Iris Street SuperSport, 2900 Iris Street, Boulder CO 80301-1413** | Leasehold Improvements | $666,198.46 | Net Book Value | $666,198.46 |
| 55.288. | **669 - Lafayette Super Sport, 851 N. Hwy 287, Lafayette CO 80026** | Leasehold Improvements | $3,959,849.31 | Net Book Value | $3,959,849.31 |

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number *(If known)*  **20-11561**
          Name

| | | | | |
|---|---|---|---|---|
| 55.289. | **670 - Spring Energy Super Sport, 1000 Lake Plaza Dr., Spring TX 77389** | Leasehold Improvements | $4,264,571.33 | Net Book Value | $4,264,571.33 |
| 55.290. | **671 - Sienna Plantation SS CLOSED, 9026 Sienna Crossing Drive, Missouri City TX 77071** | Leasehold Improvements | $4,537,012.40 | Net Book Value | $4,537,012.40 |
| 55.291. | **672 - Houston Heights Super Sport, 1513 West 18th St, Store #14, Houston TX 77008** | Leasehold Improvements | $3,498,282.33 | Net Book Value | $3,498,282.33 |
| 55.292. | **673 - Firethorne Super Sport CLOSED, 1719 Spring Green Blvd, Katy TX 77494** | Leasehold Improvements | $2,599,364.82 | Net Book Value | $2,599,364.82 |
| 55.293. | **674 - Kessler Park Super Sport, 2300 Fort Worth Ave, Dallas TX 75211** | Leasehold Improvements | $4,053,727.00 | Net Book Value | $4,053,727.00 |
| 55.294. | **676 - William Cannon Sport CLOSED, 4625 West Williams Cannon Drive, Austin TX 78749-2318** | Leasehold Improvements | $283,998.43 | Net Book Value | $283,998.43 |
| 55.295. | **677 - Fry Road & Saums Rd CLOSED, 19734 Saums Road, Houston TX 77084-4734** | Leasehold Improvements | $167,969.13 | Net Book Value | $167,969.13 |
| 55.296. | **679 - Pearland Super Sport, 10011 Broadway Street, Suite 107, Suite 17, Pearland TX 77584-7873** | Leasehold Improvements | $1,425,483.24 | Net Book Value | $1,425,483.24 |
| 55.297. | **680 - Cedar Hill CLOSED, 213 North Highway 67,  #1B, Cedar Hill TX 75104-2168** | Leasehold Improvements | $330,085.59 | Net Book Value | $330,085.59 |

Debtor   **24 Hour Fitness USA, Inc.**
Name                                     Case number *(If known)*   **20-11561**

| | | | | | |
|---|---|---|---|---|---|
| 55.29 8. | **681 - North Richland Hills Sp CLOSED, 6601 Northeast Loop 820, North Richland Hills TX 76180-6040** | **Leasehold Improvements** | **$256,405.89** | **Net Book Value** | **$256,405.89** |
| 55.29 9. | **682 - Parmer Sport CLOSED, 12400 N IH-35 Svc. Road Southbound, Austin TX 78753-1331** | **Leasehold Improvements** | **$244,976.48** | **Net Book Value** | **$244,976.48** |
| 55.30 0. | **684 - Spring-Cypress CLOSED, 25632 Highway 290, Cypress TX 77429-1028** | **Leasehold Improvements** | **$103,147.51** | **Net Book Value** | **$103,147.51** |
| 55.30 1. | **685 - West Woodlands CLOSED, 10860 Kuykendahl Road, The Woodlands TX 77381-2662** | **Leasehold Improvements** | **$143,577.62** | **Net Book Value** | **$143,577.62** |
| 55.30 2. | **687 - Valley Ranch Sport, 2280 Market Place Drive, Irving TX 75063-8073** | **Leasehold Improvements** | **$466,816.69** | **Net Book Value** | **$466,816.69** |
| 55.30 3. | **688 - Fort Worth Western Center, 6500 Old Denton Road, Fort Worth TX 76131-2397** | **Leasehold Improvements** | **$291,683.58** | **Net Book Value** | **$291,683.58** |
| 55.30 4. | **689 - Pasadena East CLOSED, 5946 Fairmont Parkway, Pasadena TX 77505-3409** | **Leasehold Improvements** | **$281,319.35** | **Net Book Value** | **$281,319.35** |
| 55.30 5. | **690 - Houston FM 1960 CLOSED, 4425 FM 1960 West, Houston TX 77068-3409** | **Leasehold Improvements** | **$38,611.19** | **Net Book Value** | **$38,611.19** |
| 55.30 6. | **691 - Mansfield, 1101 N. Walnut Creek Drive, Mansfield TX 76063-2501** | **Leasehold Improvements** | **$492,474.50** | **Net Book Value** | **$492,474.50** |

Debtor   **24 Hour Fitness USA, Inc.**
Name

Case number *(If known)* **20-11561**

| | | | | |
|---|---|---|---|---|
| 55.307. | **692 - League City CLOSED, 2765 Gulf Freeway South, League City TX 77573-6769** | Leasehold Improvements | $388,964.32 | Net Book Value | $388,964.32 |
| 55.308. | **694 - Little Elm Crossing CLOSED, 2700 E. Eldorado Parkway, Ste. 3, Little Elm TX 75068-5999** | Leasehold Improvements | $711,640.81 | Net Book Value | $711,640.81 |
| 55.309. | **695 - Baytown Garth Road Sport, 3501 Garth Road, Baytown TX 77521-3865** | Leasehold Improvements | $321,450.84 | Net Book Value | $321,450.84 |
| 55.310. | **696 - Elgin & Louisiana Super Sport, 3201 Louisiana Street, Houston TX 77006-6644** | Leasehold Improvements | $756,689.43 | Net Book Value | $756,689.43 |
| 55.311. | **697 - Dairy Ashford Sport, 12553 Westheimer Road, Houston TX 77077-5807** | Leasehold Improvements | $948,955.49 | Net Book Value | $948,955.49 |
| 55.312. | **699 - Grand Prairie, 5208 South State Hwy 360, Grand Prairie TX 75052-8307** | Leasehold Improvements | $291,019.43 | Net Book Value | $291,019.43 |
| 55.313. | **701 - Noe Valley FitLite CLOSED, 3800 24th Street, Suite #2, San Francisco CA 94114-3875** | Leasehold Improvements | $1,530.47 | Net Book Value | $1,530.47 |
| 55.314. | **704 - Berkeley Solano AvFitLi CLOSED, 1775 Solano Avenue, Berkeley CA 94707-2209** | Leasehold Improvements | $362.90 | Net Book Value | $362.90 |
| 55.315. | **709 - Moreno Valley Fit Lite CLOSED, 23750 Alessandro Blvd, Moreno Valley CA 92553-8811** | Leasehold Improvements | $2,485.68 | Net Book Value | $2,485.68 |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** |
| --- | --- | --- | --- |
| | Name | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 55.316. | **710 - Oak Lawn Super Sport, SWC 95th & Pulaski, Oak Lawn IL 60453-3587** | Leasehold Improvements | $920,208.66 | Net Book Value | $920,208.66 |
| 55.317. | **711 - Schaumburg Super Sport CLOSED, 141 N Barrington Road, Schaumburg IL 60194-3860** | Leasehold Improvements | $5,600,856.48 | Net Book Value | $5,600,856.48 |
| 55.318. | **712 - Carol Stream SS CLOSED, 560 S. Schmale Road, Carol Stream IL 60188** | Leasehold Improvements | $6,637,603.95 | Net Book Value | $6,637,603.95 |
| 55.319. | **713 - Buffalo Grove Super Sport, 45 East Dundee Road, Buffalo Grove IL 60089** | Leasehold Improvements | $216,899.86 | Net Book Value | $216,899.86 |
| 55.320. | **714 - Chicago Super Sport, North Harlem, Chicago IL 60707-4303** | Leasehold Improvements | $39,345.04 | Net Book Value | $39,345.04 |
| 55.321. | **715 - Six Corners Super Sport, 4035 North Cicero Avenue, Chicago IL 60641-2794** | Leasehold Improvements | $18,542.73 | Net Book Value | $18,542.73 |
| 55.322. | **716 - Joliet Super Sport, 3340 Mall Loop Drive, Joliet IL 60431-1057** | Leasehold Improvements | $29,324.82 | Net Book Value | $29,324.82 |
| 55.323. | **717 - Orland Park Super Sport, 2 Orland Square Drive, Orland Park IL 60462-3286** | Leasehold Improvements | $35,162.19 | Net Book Value | $35,162.19 |
| 55.324. | **718 - Algonquin Super Sport, 1621 South Randall Road, Algonquin IL 60102-5923** | Leasehold Improvements | $437,929.40 | Net Book Value | $437,929.40 |

Debtor      **24 Hour Fitness USA, Inc.**                    Case number *(if known)* **20-11561**
                Name

| 55.325. | **719 - Mount Prospect Super Sport, 1480 S Elmhurst Road, Mount Prospect IL 60056** | Leasehold Improvements | $282,376.46 | Net Book Value | $282,376.46 |
|---|---|---|---|---|---|
| 55.326. | **727 - Madison Square Park US CLOSED, 225 Fifth Avenue, New York NY 10010-1102** | Leasehold Improvements | $61,487.79 | Net Book Value | $61,487.79 |
| 55.327. | **728 - Midtown Ultra Sport CLOSED, 153 East 53rd Street, New York NY 10022-4611** | Leasehold Improvements | $355,580.41 | Net Book Value | $355,580.41 |
| 55.328. | **729 - Nanuet Super Sport, 5205 Fashion Drive, Nanuet NY 10954-2751** | Leasehold Improvements | $2,581,017.91 | Net Book Value | $2,581,017.91 |
| 55.329. | **730 - Valley Stream Green Acres SS, 750 West Sunrise Hwy, Suite 100 Green Acres Commons, 1 Green Acres Commons, Valley Stream NY 11581-1007** | Leasehold Improvements | $4,351,458.53 | Net Book Value | $4,351,458.53 |
| 55.330. | **731 - Scarsdale Super Sport, 668 Central Park Ave, Scarsdale NY 10583-2512** | Leasehold Improvements | $5,437,435.51 | Net Book Value | $5,437,435.51 |
| 55.331. | **732 - Massapequa Super Sport CLOSED, 941 Carmans Road, Massapequa NY 11758-3504** | Leasehold Improvements | $5,444,967.39 | Net Book Value | $5,444,967.39 |
| 55.332. | **733 - Yorktown Heights Super Sport, 600 Lee Blvd., Suite 1180, Jefferson Valley Mall, Yorktown Heights NY 10598-1142** | Leasehold Improvements | $6,066,571.29 | Net Book Value | $6,066,571.29 |

Debtor  **24 Hour Fitness USA, Inc.**
          Name

Case number *(If known)* **20-11561**

| | | | | | |
|---|---|---|---|---|---|
| 55.33 3. | **734 - East Northport Super Sport, 4000 Jericho Turnpike, Suite 119, East Northport NY 11731** | Leasehold Improvements | $6,788,311.15 | Net Book Value | $6,788,311.15 |
| 55.33 4. | **735 - Hicksville Super Sport, 195 North Broadway, Hicksville NY 11801** | Leasehold Improvements | $77,025.38 | Net Book Value | $77,025.38 |
| 55.33 5. | **736 - East Setauket Super Sport, 4054 Nesconset Highway, East Setauket NY 11733** | Leasehold Improvements | $5,120,730.04 | Net Book Value | $5,120,730.04 |
| 55.33 6. | **737 - East Meadow Super Sport, 2000 Hempstead Turnpike, East Meadow NY 11554** | Leasehold Improvements | $404,293.28 | Net Book Value | $404,293.28 |
| 55.33 7. | **738 - Staten Island Richmond Ave SS, 2655 Richmond Ave, Staten Island NY 10314** | Leasehold Improvements | $94,754.42 | Net Book Value | $94,754.42 |
| 55.33 8. | **751 - Raleigh Midtown Super Sport, 601 E Six Forks Road, Raleigh NC 27609** | Leasehold Improvements | $166,196.41 | Net Book Value | $166,196.41 |
| 55.33 9. | **752 - Mallard Creek Super Sport, Village at Research Park, Charlotte NC 28262-2662** | Leasehold Improvements | $37,162.16 | Net Book Value | $37,162.16 |
| 55.34 0. | **760 - Cedar Park Super Sport, E. New Hope Dr., Cedar Park TX 78613-6299** | Leasehold Improvements | $123,184.57 | Net Book Value | $123,184.57 |
| 55.34 1. | **780 - Navajo Super Sport, 8876 Navajo Road, San Diego CA 92119** | Leasehold Improvements | $2,494,152.85 | Net Book Value | $2,494,152.85 |

Debtor    **24 Hour Fitness USA, Inc.**          Case number *(If known)* **20-11561**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.34 2. | **781 - Carmel Mountain Ranch SS, 14331 Penasquitos Drive, San Diego CA 92129** | **Leasehold Improvements** | **$4,567,758.62** | **Net Book Value** | **$4,567,758.62** |
| 55.34 3. | **782 - Mission Valley Super Sport, 1702 Camino Del Rio North, San Diego CA 92108-1515** | **Leasehold Improvements** | **$120,325.52** | **Net Book Value** | **$120,325.52** |
| 55.34 4. | **801 - Carmichael Active CLOSED, 5114 Arden Way, Carmichael CA 95608-6005** | **Leasehold Improvements** | **$26,624.65** | **Net Book Value** | **$26,624.65** |
| 55.34 5. | **802 - Oakland High Street, 3950 Alameda Avenue, Oakland CA 94601-3910** | **Leasehold Improvements** | **$451,544.84** | **Net Book Value** | **$451,544.84** |
| 55.34 6. | **803 - Solano Mall - Fairfield CLOSED, 1519 Gateway Blvd., Fairfield CA 94533-6902** | **Leasehold Improvements** | **$307,819.73** | **Net Book Value** | **$307,819.73** |
| 55.34 7. | **805 - Millbrae Super Sport, 979 Broadway, Millbrae CA 94030-1987** | **Leasehold Improvements** | **$275,878.41** | **Net Book Value** | **$275,878.41** |
| 55.34 8. | **806 - Florin Sport CLOSED, 6061 Florin Rd, Sacramento CA 95823-2304** | **Leasehold Improvements** | **$598,822.76** | **Net Book Value** | **$598,822.76** |
| 55.34 9. | **807 - Sunrise Sport CLOSED, 2280 Sunrise Blvd., Rancho Cordova CA 95670-4342** | **Leasehold Improvements** | **$836,717.20** | **Net Book Value** | **$836,717.20** |
| 55.35 0. | **808 - Elk Grove Calvine Active, 8461 Elk Grove Florin Road, Elk Grove CA 95624-9518** | **Leasehold Improvements** | **$215,184.98** | **Net Book Value** | **$215,184.98** |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|--------|-------------------------------|---|---|---|
| | Name | | | |

| 55.35 1. | **809 - Folsom Super Sport, 1006 Riley Street, Folsom CA 95630-3266** | **Leasehold Improvements** | **$964,430.81** | **Net Book Value** | **$964,430.81** |
|---|---|---|---|---|---|
| 55.35 2. | **810 - Willow Glen Super Sport, 2306 Almaden Road, Suite14, San Jose CA 95125-2168** | **Leasehold Improvements** | **$517,354.46** | **Net Book Value** | **$517,354.46** |
| 55.35 3. | **811 - San Jose Super Sport, 1610 Crane Court, San Jose CA 95112-4201** | **Leasehold Improvements** | **$1,460,994.03** | **Net Book Value** | **$1,460,994.03** |
| 55.35 4. | **812 - Moraga Super Sport, 351 Rheem Blvd, Moraga CA 94556-1541** | **Leasehold Improvements** | **$557,659.47** | **Net Book Value** | **$557,659.47** |
| 55.35 5. | **813 - San Mateo Super Sport, 93 Bovet Road, San Mateo CA 94402-3104** | **Leasehold Improvements** | **$609,091.23** | **Net Book Value** | **$609,091.23** |
| 55.35 6. | **814 - Mountain View Super Sport, 2535 California Street, Mountain View CA 94040-1301** | **Leasehold Improvements** | **$94,650.36** | **Net Book Value** | **$94,650.36** |
| 55.35 7. | **815 - Rohnert Park Super Sport, 6345 Commerce Blvd, Rohnert Park CA 94928-2403** | **Leasehold Improvements** | **$1,245,181.71** | **Net Book Value** | **$1,245,181.71** |
| 55.35 8. | **816 - Glenarden Super Sport CLOSED, 9450 Ruby Lockhart Blvd, Lanham MD 20706** | **Leasehold Improvements** | **$2,615,992.56** | **Net Book Value** | **$2,615,992.56** |
| 55.35 9. | **817 - Tysons Corner Super Sp CLOSED, 1500 Cornerside Blvd, Vienna VA 22182-2433** | **Leasehold Improvements** | **$1,438,644.73** | **Net Book Value** | **$1,438,644.73** |

Debtor     **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
           Name

| | | | | | |
|---|---|---|---|---|---|
| 55.36 0. | **818 - Falls Church Super Sport, 1000 East Broad Street, Falls Church VA 22042-2405** | **Leasehold Improvements** | **$3,127,856.64** | **Net Book Value** | **$3,127,856.64** |
| 55.36 1. | **819 - Fairfax Super Sport, 12300 Price Club Plaza, Fairfax VA 22030** | **Leasehold Improvements** | **$1,178,871.28** | **Net Book Value** | **$1,178,871.28** |
| 55.36 2. | **821 - East Side San Jose Super Sport, 2323 McKee Road, San Jose CA 95116** | **Leasehold Improvements** | **$4,907,252.53** | **Net Book Value** | **$4,907,252.53** |
| 55.36 3. | **823 - Santa Clara Super Sport, 3615 El Camino Real, Santa Clara CA 95051** | **Leasehold Improvements** | **$310,683.12** | **Net Book Value** | **$310,683.12** |
| 55.36 4. | **830 - Fort Totten Super Sport, Galloway St., Washington DC 20001** | **Leasehold Improvements** | **$1,831,069.82** | **Net Book Value** | **$1,831,069.82** |
| 55.36 5. | **836 - Pleasanton Super Sport, 4770 Willow Road, Pleasanton CA 94588-2762** | **Leasehold Improvements** | **$2,392,770.58** | **Net Book Value** | **$2,392,770.58** |
| 55.36 6. | **844 - Fullerton Super Sport, 130 Imperial Highway, Fullerton CA 92835-1019** | **Leasehold Improvements** | **$3,539,908.02** | **Net Book Value** | **$3,539,908.02** |
| 55.36 7. | **845 - San Clemente Super Sport, 110 Avenida La Pata, San Clemente CA 92673-6307** | **Leasehold Improvements** | **$2,038,906.56** | **Net Book Value** | **$2,038,906.56** |
| 55.36 8. | **846 - Ventura Super Sport, 3350 Telegraph Road, Ventura CA 93003** | **Leasehold Improvements** | **$6,497,648.22** | **Net Book Value** | **$6,497,648.22** |
| 55.36 9. | **847 - Renaissance Marketplace SS, 1335 W. Renaissance Parkway, Rialto CA 92376** | **Leasehold Improvements** | **$2,948,892.11** | **Net Book Value** | **$2,948,892.11** |

Debtor   **24 Hour Fitness USA, Inc.**                          Case number *(If known)*  **20-11561**
Name

| | | | | |
|---|---|---|---|---|
| 55.37 0. | **848 - Centennial Super Sport, 6830 E County Line Road, Highlands Ranch CO 80126-3906** | **Leasehold Improvements** | **$964,122.50** | **Net Book Value** | **$964,122.50** |
| 55.37 1. | **849 - Tanasbourne Super Sport, 1265 Waterhouse Avenue, Beaverton OR 97006** | **Leasehold Improvements** | **$1,003,106.28** | **Net Book Value** | **$1,003,106.28** |
| 55.37 2. | **851 - Huntington Beach Sport, 7887 Center Avenue, Huntington Beach CA 92647-3051** | **Leasehold Improvements** | **$350,054.30** | **Net Book Value** | **$350,054.30** |
| 55.37 3. | **853 - Temecula Sport CLOSED, 27520 Ynez Road, Anchor 8, Temecula CA 92591-4650** | **Leasehold Improvements** | **$225,889.80** | **Net Book Value** | **$225,889.80** |
| 55.37 4. | **855 - Buena Park Sport, 8430 On the Mall, Unit No. 25, Buena Park CA 90620-3218** | **Leasehold Improvements** | **$439,440.33** | **Net Book Value** | **$439,440.33** |
| 55.37 5. | **858 - Anaheim Garden Walk CLOSED, 400 W. Disney Way, Suite 94 , Anaheim CA 92802-3600** | **Leasehold Improvements** | **$390,072.68** | **Net Book Value** | **$390,072.68** |
| 55.37 6. | **860 - City of Industry Sport, 21560 Valley Blvd., City of industry CA 91789-5241** | **Leasehold Improvements** | **$493,622.84** | **Net Book Value** | **$493,622.84** |
| 55.37 7. | **862 - Laguna Niguel Super Sport, 27921 La Paz Road, Laguna Niguel CA 92677-3931** | **Leasehold Improvements** | **$841,986.19** | **Net Book Value** | **$841,986.19** |
| 55.37 8. | **863 - Irvine Spectrum Sport CLOSED, 517 Spectrum Center Drive, Irvine CA 92618-2940** | **Leasehold Improvements** | **$164,434.52** | **Net Book Value** | **$164,434.52** |

Debtor __24 Hour Fitness USA, Inc.__      Case number *(If known)* __20-11561__
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.379. | **864 - Westminster Active CLOSED, 6731 Westminster Blvd., Suite 113, Westminster CA 92683-3794** | Leasehold Improvements | $246,555.08 | Net Book Value | $246,555.08 |
| 55.380. | **866 - Northridge Super Sport, 19350 Nordhoff Street, Unit D, Northridge CA 91324-2498** | Leasehold Improvements | $986,178.48 | Net Book Value | $986,178.48 |
| 55.381. | **867 - Monterey Park Sport, 500 N. Atlantic Blvd., Suite A-12-1, Monterey Park CA 91754-1079** | Leasehold Improvements | $735,019.91 | Net Book Value | $735,019.91 |
| 55.382. | **868 - Vista Sport CLOSED, 324 Sycamore Avenue, Vista CA 92083-7702** | Leasehold Improvements | $625,232.91 | Net Book Value | $625,232.91 |
| 55.383. | **870 - Las Vegas Ann Road Super Sport, 5651 Centennial Center Blvd, Las Vegas NV 89149-7104** | Leasehold Improvements | $858,486.12 | Net Book Value | $858,486.12 |
| 55.384. | **871 - Apple Valley Super Sport, 18825 Bear Valley Road, Apple Valley CA 92308-2726** | Leasehold Improvements | $779,642.54 | Net Book Value | $779,642.54 |
| 55.385. | **872 - Imperial Marketplace Sport, 4345 Imperial Avenue, San Diego CA 92113-1962** | Leasehold Improvements | $747,065.88 | Net Book Value | $747,065.88 |
| 55.386. | **873 - Escondido North County Mall SS, 230 E. Via Rancho Parkway, Suite 210, Suite 21, Escondido CA 92025-8005** | Leasehold Improvements | $2,553,426.59 | Net Book Value | $2,553,426.59 |
| 55.387. | **874 - Mission Hills Super Sport, 10400 Sepulveda Blvd, Mission Hills CA 91345-2424** | Leasehold Improvements | $3,267,888.52 | Net Book Value | $3,267,888.52 |

Debtor    **24 Hour Fitness USA, Inc.**                          Case number *(If known)*  **20-11561**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.38 8. | **875 - Newark NewPark Mall SS, 6000 Newpark Mall, Newark CA 94560-5205** | Leasehold Improvements | $3,554,407.68 | Net Book Value | $3,554,407.68 |
| 55.38 9. | **876 - Santa Ana Edinger Super Sport, 1350 West Edinger Avenue, Santa Ana CA 92704** | Leasehold Improvements | $4,325,268.03 | Net Book Value | $4,325,268.03 |
| 55.39 0. | **877 - Downey Super Sport, 8810 Apollo Way, Downey CA 90242** | Leasehold Improvements | $2,567,137.08 | Net Book Value | $2,567,137.08 |
| 55.39 1. | **878 - Lancaster West Super Sport, 1220 West Avenue K, Lancaster CA 93534-5922** | Leasehold Improvements | $1,038,772.99 | Net Book Value | $1,038,772.99 |
| 55.39 2. | **880 - El Cajon Main St Super Sport, 198 West Main Street, El Cajon CA 92020-3399** | Leasehold Improvements | $846,458.18 | Net Book Value | $846,458.18 |
| 55.39 3. | **881 - Castle Hills Super Sport, 4866 State Hwy 121, Lewisville TX 75056-2915** | Leasehold Improvements | $750,748.89 | Net Book Value | $750,748.89 |
| 55.39 4. | **882 - Galleria Sport, 5070 Richmond Avenue, Houston TX 77056-7402** | Leasehold Improvements | $950,894.24 | Net Book Value | $950,894.24 |
| 55.39 5. | **883 - Burbank Empire Super Sport, 1903 W. Empire Avenue, Burbank CA 91504-3433** | Leasehold Improvements | $1,501,035.23 | Net Book Value | $1,501,035.23 |
| 55.39 6. | **884 - Irvine Marketplace Super Sport, 13752 Jamboree Road, Irvine CA 92602-1200** | Leasehold Improvements | $1,565,418.17 | Net Book Value | $1,565,418.17 |

Debtor   **24 Hour Fitness USA, Inc.**                                   Case number *(If known)* **20-11561**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.39 7. | **885 - Walnut Creek North Main SS, 2800 North Main Street, Walnut Creek CA 94597-2717** | **Leasehold Improvements** | **$1,724,485.44** | **Net Book Value** | **$1,724,485.44** |
| 55.39 8. | **886 - Northgate Fifth Ave SuperSport, 507 NE Northgate Way, Seattle WA 98125-6106** | **Leasehold Improvements** | **$1,192,166.77** | **Net Book Value** | **$1,192,166.77** |
| 55.39 9. | **887 - Sunnyvale Super Sport, 762 Sunnyvale Saratoga Road, Sunnyvale CA 94087-1462** | **Leasehold Improvements** | **$1,138,435.38** | **Net Book Value** | **$1,138,435.38** |
| 55.40 0. | **888 - UTC Super Sport, 4425 La Jolla Village Drive, San Diego CA 92122-1219** | **Leasehold Improvements** | **$1,688,912.94** | **Net Book Value** | **$1,688,912.94** |
| 55.40 1. | **889 - North Hollywood Super Sport, 5300 Lankershim Blvd, 1, North Hollywood CA 91601-3178** | **Leasehold Improvements** | **$1,609,143.62** | **Net Book Value** | **$1,609,143.62** |
| 55.40 2. | **890 - Lakewood Super Sport, 4821 Del Amo Blvd, Lakewood CA 90712-2504** | **Leasehold Improvements** | **$1,237,246.52** | **Net Book Value** | **$1,237,246.52** |
| 55.40 3. | **891 - Costa Mesa Newport Super Sport, 1870 Harbor Blvd, B4, Costa Mesa CA 92627-5022** | **Leasehold Improvements** | **$1,911,270.85** | **Net Book Value** | **$1,911,270.85** |
| 55.40 4. | **892 - Balboa Super Sport, 7715 Balboa Avenue, San Diego CA 92111-2229** | **Leasehold Improvements** | **$2,025,038.06** | **Net Book Value** | **$2,025,038.06** |
| 55.40 5. | **893 - Eastvale Super Sport, 12354 Limonite Avenue, Eastvale CA 91752-3671** | **Leasehold Improvements** | **$1,346,648.54** | **Net Book Value** | **$1,346,648.54** |

Debtor   **24 Hour Fitness USA, Inc.**                    Case number *(If known)*  **20-11561**
         Name

| | | | | |
|---|---|---|---|---|
| 55.40 6. | **894 - Carlsbad Super Sport, 2501 El Camino Real, Carlsbad CA 92008-1202** | **Leasehold Improvements** | **$1,987,743.74** | Net Book Value | **$1,987,743.74** |
| 55.40 7. | **895 - Livermore Super Sport, 2650 Kittyhawk Road, Livermore CA 94551-9418** | **Leasehold Improvements** | **$3,142,620.28** | Net Book Value | **$3,142,620.28** |
| 55.40 8. | **896 - Yorba Linda Super Sport, 4848 Valley View  Ave, Yorba Linda CA 92886-3642** | **Leasehold Improvements** | **$1,913,692.43** | Net Book Value | **$1,913,692.43** |
| 55.40 9. | **897 - Chino Super Sport, 12155 Central Ave, Chino CA 91710-2421** | **Leasehold Improvements** | **$2,139,304.60** | Net Book Value | **$2,139,304.60** |
| 55.41 0. | **898 - San Juan Capistrano SuperSport, 27124 Calle Arroyo, San Juan Capistrano CA 92675** | **Leasehold Improvements** | **$3,228,772.75** | Net Book Value | **$3,228,772.75** |
| 55.41 1. | **899 - Santa Ana Super Sport, 2800 North Main St, unit 3100, Santa Ana CA 92705** | **Leasehold Improvements** | **$2,486,502.59** | Net Book Value | **$2,486,502.59** |
| 55.41 2. | **901 - Montclair Active CLOSED, 9750 Central Avenue, Montclair CA 91763-2815** | **Leasehold Improvements** | **$47,441.02** | Net Book Value | **$47,441.02** |
| 55.41 3. | **902 - North Torrance Active Dry, 4240 Redondo Beach Blvd., Torrance CA 90504-1030** | **Leasehold Improvements** | **$233,535.85** | Net Book Value | **$233,535.85** |
| 55.41 4. | **903 - Simi Valley-Tapo Activ CLOSED, 2350 Tapo Street, Simi Valley CA 93063-3024** | **Leasehold Improvements** | **$125,385.46** | Net Book Value | **$125,385.46** |

Debtor  __24 Hour Fitness USA, Inc._____   Case number *(If known)* __20-11561__
        Name

| | | | | | |
|---|---|---|---|---|---|
| 55.415. | **904 - West Hills Super Sport, 6653 Fallbrook Avenue, West Hills CA 91307-3520** | Leasehold Improvements | $2,022,964.88 | Net Book Value | $2,022,964.88 |
| 55.416. | **905 - Downtown LA-6th Street CLOSED, 505 S. Flower Street, Level B, Los Angeles CA 90071-2022** | Leasehold Improvements | $283,456.90 | Net Book Value | $283,456.90 |
| 55.417. | **906 - Arcadia CA, 125 North 1st Avenue, Arcadia CA 91006-3213** | Leasehold Improvements | $337,994.36 | Net Book Value | $337,994.36 |
| 55.418. | **907 - Fontana North, 15310 Summit Avenue, Fontana CA 92336-0236** | Leasehold Improvements | $427,524.12 | Net Book Value | $427,524.12 |
| 55.419. | **910 - Glendora, 1357 E. Gladstone Avenue, Glendora CA 91740-5368** | Leasehold Improvements | $356,895.83 | Net Book Value | $356,895.83 |
| 55.420. | **912 - Murrieta CLOSED, 40396 Murrieta Hot Springs Road, Murrieta CA 92563-6408** | Leasehold Improvements | $42,451.74 | Net Book Value | $42,451.74 |
| 55.421. | **914 - Molasky Active CLOSED, 100 City Parkway, Suite 16, Las Vegas NV 89106-4610** | Leasehold Improvements | $288,156.31 | Net Book Value | $288,156.31 |
| 55.422. | **916 - Compton Sport, 110 Towne Center Drive, Compton CA 90220-6436** | Leasehold Improvements | $518,160.25 | Net Book Value | $518,160.25 |
| 55.423. | **917 - South Hills Plaza Act CLOSED, 1422 Azusa Avenue, West Covina CA 91791-4121** | Leasehold Improvements | $258,672.85 | Net Book Value | $258,672.85 |

Debtor   **24 Hour Fitness USA, Inc.**                    Case number *(If known)* **20-11561**
　　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 55.42 4. | **919 - Channel Islands Active, 1651 Victoria Avenue, Suite 160, Suite 16, Oxnard CA 93035-1592** | **Leasehold Improvements** | **$304,168.27** | **Net Book Value** | **$304,168.27** |
| 55.42 5. | **920 - Ontario Super Sport, 2580 S. Archibald Avenue, Ontario CA 91761-6503** | **Leasehold Improvements** | **$927,950.29** | **Net Book Value** | **$927,950.29** |
| 55.42 6. | **921 - Indio Jackson Center Sport, 42900 Jackson Street, Indio CA 92203-9754** | **Leasehold Improvements** | **$511,651.16** | **Net Book Value** | **$511,651.16** |
| 55.42 7. | **922 - Orange Super Sport, 2102 North Tustin Street, Orange CA 92865-3702** | **Leasehold Improvements** | **$1,732,196.68** | **Net Book Value** | **$1,732,196.68** |
| 55.42 8. | **923 - Fontana Super Sport, 17204 Slover Avenue, Fontana CA 92337-7536** | **Leasehold Improvements** | **$2,739,736.87** | **Net Book Value** | **$2,739,736.87** |
| 55.42 9. | **925 - Moreno Valley Super Sport, 12660 Day Street, Moreno Valley CA 92553-7521** | **Leasehold Improvements** | **$1,805,481.73** | **Net Book Value** | **$1,805,481.73** |
| 55.43 0. | **926 - Redlands Super Sport, 27621 San Bernardino Avenue, Redlands CA 92374** | **Leasehold Improvements** | **$1,798,568.96** | **Net Book Value** | **$1,798,568.96** |
| 55.43 1. | **927 - La Costa Super Sport, 3409 Via Montebello, Carlsbad CA 92009-8685** | **Leasehold Improvements** | **$1,985,649.94** | **Net Book Value** | **$1,985,649.94** |
| 55.43 2. | **928 - Oxnard Collection Super Sport, 400 Town Center Drive, Oxnard CA 93036-1145** | **Leasehold Improvements** | **$1,960,221.83** | **Net Book Value** | **$1,960,221.83** |
| 55.43 3. | **929 - Woodland Hills Super Sport, 6220 N Topanga Canyon Blvd, Ste 2410, 241, Woodland Hills CA 91367** | **Leasehold Improvements** | **$2,701,684.82** | **Net Book Value** | **$2,701,684.82** |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(If known)* **20-11561** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.43 4. | **930 - Eastridge Super Sport, 2200 Eastridge Loop, San Jose CA 95122** | Leasehold Improvements | $1,988,846.91 | Net Book Value | $1,988,846.91 |
| 55.43 5. | **931 - Cerritos Super Sport, 17970 Studebaker Road, Plaza 183, Cerritos CA 90703-2645** | Leasehold Improvements | $3,032,037.70 | Net Book Value | $3,032,037.70 |
| 55.43 6. | **932 - Huntington Beach Super Sport, 9051 Atlanta Avenue, Huntington Beach CA 92646** | Leasehold Improvements | $3,068,785.07 | Net Book Value | $3,068,785.07 |
| 55.43 7. | **933 - San Bernardino Super Sport, 897 East Harriman Place, San Bernardino CA 92408-3563** | Leasehold Improvements | $2,644,754.06 | Net Book Value | $2,644,754.06 |
| 55.43 8. | **934 - Walnut Super Sport, 18730 Amar Road, Walnut CA 91789-4166** | Leasehold Improvements | $3,676,161.20 | Net Book Value | $3,676,161.20 |
| 55.43 9. | **935 - Victorville Super Sport, 11896 Amargosa Rd, Victorville CA 92392-8133** | Leasehold Improvements | $84,080.81 | Net Book Value | $84,080.81 |
| 55.44 0. | **936 - Downtown Long Beach SS, 1 World Trade Center, Ste 110, Long Beach CA 90831** | Leasehold Improvements | $3,781,610.16 | Net Book Value | $3,781,610.16 |
| 55.44 1. | **937 - El Cerrito Super Sport, 10636 San Pablo Ave, El Cerrito CA 94530-2620** | Leasehold Improvements | $4,404,937.92 | Net Book Value | $4,404,937.92 |
| 55.44 2. | **938 - Laguna Hills Super Sport, 24155 Laguna Hills Mall, Laguna Hills CA 92653** | Leasehold Improvements | $276,946.01 | Net Book Value | $276,946.01 |

Debtor   **24 Hour Fitness USA, Inc.**                                 Case number *(If known)*  **20-11561**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.44 3. | **939 - Laurel Canyon Super Sport, 6140 Laurel Canyon Blvd, Ste 170, North Hollywood CA 91606** | **Leasehold Improvements** | **$2,846,044.53** | **Net Book Value** | **$2,846,044.53** |
| 55.44 4. | **940 - Hawaiian Gardens SS CLOSED, 12120 Carson Street, Hawaiian Gardens CA 90716** | **Leasehold Improvements** | **$4,473,180.24** | **Net Book Value** | **$4,473,180.24** |
| 55.44 5. | **941 - Pomona Super Sport, 55-65 Rancho Camino Drive, Pomona CA 91769** | **Leasehold Improvements** | **$61,422.77** | **Net Book Value** | **$61,422.77** |
| 55.44 6. | **948 - Sacramento Del Paso SS, 2631 Del Paso Road, Natomas CA 95835** | **Leasehold Improvements** | **$60,173.07** | **Net Book Value** | **$60,173.07** |
| 55.44 7. | **949 - West Roseville Super Sport, NW Corner of Painted Desert Drive & Roseville Parkway, Roseville CA 95747-5152** | **Leasehold Improvements** | **$81,571.34** | **Net Book Value** | **$81,571.34** |
| 55.44 8. | **951 - Colorado-Yale CLOSED, 2770 South Colorado Blvd, Denver CO 80222-6602** | **Leasehold Improvements** | **$83,570.73** | **Net Book Value** | **$83,570.73** |
| 55.44 9. | **952 - Renton Highlands Active CLOSED, 4110 NE 4th Street, Suite B, Renton WA 98059-5045** | **Leasehold Improvements** | **$25,949.73** | **Net Book Value** | **$25,949.73** |
| 55.45 0. | **954 - Clackamas Super Sport, 8720 SE Sunnybrook Blvd., Clackamas OR 97015-5731** | **Leasehold Improvements** | **$603,595.78** | **Net Book Value** | **$603,595.78** |
| 55.45 1. | **955 - Hollywood OR Super Sport, 4224 NE Halsey Street, Suite 1, Portland OR 97213-1539** | **Leasehold Improvements** | **$780,611.43** | **Net Book Value** | **$780,611.43** |

Debtor   **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
         Name

| | | | | |
|---|---|---|---|---|
| 55.45 2. | **956 - Highlands Garden, 4600 West 38th Avenue, Denver CO 80212-2047** | **Leasehold Improvements** | **$246,181.97** | **Net Book Value** | **$246,181.97** |
| 55.45 3. | **957 - Capital Mall CLOSED, 621 Black Lake Blvd., Olympia WA 98502-5051** | **Leasehold Improvements** | **$242,542.45** | **Net Book Value** | **$242,542.45** |
| 55.45 4. | **958 - Vancouver Andresen CLOSED, 2913 NE 72nd Drive, Vancouver WA 98661-7302** | **Leasehold Improvements** | **$456,330.85** | **Net Book Value** | **$456,330.85** |
| 55.45 5. | **959 - North Colorado SS CLOSED, 7720 N. Academy Blvd., Colorado Springs CO 80920-3258** | **Leasehold Improvements** | **$587,713.00** | **Net Book Value** | **$587,713.00** |
| 55.45 6. | **960 - Vancouver 131st Ave SuperSport, 13019 NE Fourth Plain Road, Vancouver WA 98682-5547** | **Leasehold Improvements** | **$551,800.25** | **Net Book Value** | **$551,800.25** |
| 55.45 7. | **961 - Kent Kangley SS CLOSED, 12922 SE Kent Kangley Road, Kent WA 98030-7940** | **Leasehold Improvements** | **$685,848.70** | **Net Book Value** | **$685,848.70** |
| 55.45 8. | **962 - Everett 19th Avenue SS CLOSED, 11014 19th Ave SE, Suite #4, Ste #4, Everett WA 98208-5121** | **Leasehold Improvements** | **$662,860.23** | **Net Book Value** | **$662,860.23** |
| 55.45 9. | **963 - Kapolei Parkway Super Sport, 91-5431 Kapolei Parkway, Suite 1700, Suite 17, Kapolei HI 96707** | **Leasehold Improvements** | **$3,320,028.81** | **Net Book Value** | **$3,320,028.81** |
| 55.46 0. | **970 - Panther Lake Super Sport, 20600 108th Avenue SE, Kent WA 98031** | **Leasehold Improvements** | **$4,277,096.74** | **Net Book Value** | **$4,277,096.74** |

Debtor    **24 Hour Fitness USA, Inc.**                                Case number *(If known)*  **20-11561**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.46 1. | **971 - Mountlake Terrace Super Sport, 6004 237th St. SW, Suite 100, Mountlake Terrace WA 98043** | **Leasehold Improvements** | **$373,913.57** | **Net Book Value** | **$373,913.57** |
| 55.46 2. | **11102 - Keizer CLOSED, 5045 River Road N, Keizer OR 97303-5398** | **Leasehold Improvements** | **$2,236.23** | **Net Book Value** | **$2,236.23** |
| 55.46 3. | **11103 - Gresham Town Fair CLOSED, 400 NW Eastman Parkway, Gresham OR 97030** | **Leasehold Improvements** | **$6,110.70** | **Net Book Value** | **$6,110.70** |
| 55.46 4. | **11104 - Tualatin CLOSED, 15575 SW Sequoia Pkwy, Suite 100, 1, Tigard OR 97224-6100** | **Leasehold Improvements** | **$1,595.06** | **Net Book Value** | **$1,595.06** |
| 55.46 5. | **11105 - Beaverton Raleigh Hills CLOSED, 8235 SW Apple Way, Portland OR 97225-1782** | **Leasehold Improvements** | **$2,814.22** | **Net Book Value** | **$2,814.22** |
| 55.46 6. | **11106 - Happy Valley CLOSED, 14800 SE Sunnyside Road, Happy Valley OR 97015-6403** | **Leasehold Improvements** | **$14,866.17** | **Net Book Value** | **$14,866.17** |
| 55.46 7. | **90280 - Bishop Ranch CORP, 12647 Alcosta Blvd, Suite 500, San Ramon CA 94583** | **Leasehold Improvements** | **$367,912.63** | **Net Book Value** | **$367,912.63** |
| 55.46 8. | **90281 - Office Facilities MSC, 1265 Laurel Tree Ln , Carlsbad CA 920011** | **Leasehold Improvements** | **$1,228,763.37** | **Net Book Value** | **$1,228,763.37** |
| 55.46 9. | **99000 - Projects Club #'s not assigned, No physical addresses** | **Leasehold Improvements** | **$791,785.16** | **Net Book Value** | **$791,785.16** |

56.    **Total of Part 9.**                                                                    **$498,926,289.23**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

Debtor    **24 Hour Fitness USA, Inc.**                                          Case number *(If known)*  **20-11561**
          Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** <br> **Trademarks** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** <br> **Internet domain names and websites** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** <br> **Licenses, franchises, and royalties** | **Unknown** | | **Unknown** |
| 63.  **Customer lists, mailing lists, or other compilations** <br> **Customer Lists** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** <br> **Intangibles, Other** | **Unknown** | | **Unknown** |
| 65.  **Goodwill** <br> **Goodwill** | **Unknown** | | **Unknown** |

66.    **Total of Part 10.**                                                                    **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number *(If known)*  **20-11561**
          <span style="font-size:smaller">Name</span>

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| **California Enterprise Zone Tax Credits** | Tax year **2008** | $600,580.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2009** | $609,925.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2010** | $1,069,909.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2011** | $1,729,971.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2012** | $1,745,187.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2013** | $1,724,138.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2014** | $1,428,355.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2015** | $546,349.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2016** | $219,347.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2017** | $78,053.00 |
| **California Enterprise Zone Tax Credits** | Tax year **2018** | $16,000.00 |
| **Maryland net operating loss** | Tax year **2020** | $1,388,615.26 |

Debtor    **24 Hour Fitness USA, Inc.**
          Name

Case number *(If known)*  **20-11561**

**New Jersey net operating loss**    Tax year  **2020**    **$4,344,331.04**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       **Deferred Sublease - Brick - NJ**    **$1,546.52**

       **Deferred Sublease - Kirkwood - MO**    **$34,047.25**

       **Deferred Sublease - Lee's Summit - MO**    **$86,046.22**

       **Deferred Sublease - Moore - OK**    **$101,579.62**

       **Net Intercompany Receivable**    **$22,578,169.90**

78.    **Total of Part 11.**    **$38,302,149.81**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **24 Hour Fitness USA, Inc.**                              Case number *(If known)*  **20-11561**
         Name

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,384,503.91** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$38,919,384.50** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$4,804,899.17** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$10,196,105.78** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$84,616,780.63** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$60,126,270.00** | |
| 88. **Real property.** *Copy line 56, Part 9..............................................................>* | | **$498,926,289.23** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+  $38,302,149.81** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$238,350,093.80** | + 91b.  **$498,926,289.23** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$737,276,383.03** |

**Fill in this information to identify the case:**

Debtor name    **24 Hour Fitness USA, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11561**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Morgan Stanley Senior Funding, Inc.**
Creditor's Name

**1300 Thames Street, 4th Floor**
**Thames Street Wharf**
**Baltimore, MD 21231**
Creditor's mailing address

**Agency.Borrowers@morganstanley.com**
Creditor's email address, if known

**Date debt was incurred**
**5/31/18**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Senior Credit Facility - Term Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$843,852,285.52**  Column B: **$0.00**

**2.2**

**Morgan Stanley Senior Funding, Inc.**
Creditor's Name

**1300 Thames Street, 4th Floor**
**Thames Street Wharf**
**Baltimore, MD 21231**
Creditor's mailing address

**Agency.Borrowers@morganstanley.com**
Creditor's email address, if known

**Date debt was incurred**
**5/31/18**
Last 4 digits of account number

Describe debtor's property that is subject to a lien

Describe the lien
**Senior Credit Facility - Revolver**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$96,053,935.73**  Column B: **$0.00**

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$939,906,221.25**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **24 Hour Fitness USA, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11561**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any priority unsecured claims have?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ADAMS COUNTY TREASURER**
**P.O. BOX 869**
**BRIGHTON, CO 80601-0869**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ALAMEDA COUNTY TAX COLLECTOR**
**224 W. WINTON AVE. RM.169**
**HAYWARD, CA 94544**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ANNE ARUNDEL COUNTY OFFICE OF FINANCE BILLING AND CUSTOMER SERVICE ANNAPOLIS, MD 21404-0427**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ARAPAHOE COUNTY TREASURER P.O. BOX 571 LITTLETON, CO 80160-0571**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29079 PHOENIX, AZ 85038-9079**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**AUSTIN POLICE DEPARTMENT PO BOX 689001 AUSTIN, TX 78768-9001**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**AUSTIN-TRAVIS COUNTY HEALTH ENVIRONMENTAL HEALTH SERVICES DIVISION AUSTIN, TX 78714**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BEDFORD FIRE DEPARTMENT 1816 BEDFORD ROAD BEDFORD, TX 76021**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BEDFORD POLICE DEPARTMENT 2121 L DON DODSON DR BEDFORD, TX 76021**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BOULDER COUNTY TREASURER P.O. BOX 471 BOULDER, CO 80306**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**2.11**

Priority creditor's name and mailing address

**BRAZORIA COUNTY TAX
ASSESSOR-COLLECTOR
RO'VIN GARRETT RTA
PO BOX 1586
LAKE JACKSON, TX 77566**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

**2.12**

Priority creditor's name and mailing address

**BRICK TOWNSHIP
401 CHAMBERSBRIDGE RD
BRICK, NJ 08723**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

**2.13**

Priority creditor's name and mailing address

**BROWARD COUNTY BOARD OF
COMMISSIONERS
1 NORTH UNIVERSITY DRIVE
PLANTATION, FL 33324**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

**2.14**

Priority creditor's name and mailing address

**BROWARD COUNTY REVENUE
COLLECTION
115 S ANDREWS AVENUE #A100
FT LAUDERDALE, FL 33301-1895**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**BUREAU OF CONVEYANCES**
**1151 PUNCHBOWL STREET**
**HONOLULU, HI 96813**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CALIFORNIA FRANCHISE TAX**
**BOARD**
**PO BOX 942857**
**SACRAMENTO, CA 94257-0631**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY & COUNTY OF DENVER**
**201 W. COLFAX AVE**
**DENVER, CO 80202**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY AND COUNTY OF DENVER**
**ALARMS**
**PO BOX 650781**
**DALLAS, TX 75265-0781**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**2.19** | Priority creditor's name and mailing address
**CITY AND COUNTY OF HONOLULU**
**HONOLULU HALE**
**ROOM 203**
**HONOLULU, HI 96813**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**CITY OF ALLEN**
**UTILITY DEPARTMENT**
**305 CENTURY PARKWAY**
**ALLEN, TX 75013**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**CITY OF ALLEN ALARM PROGRAM**
**305 CENTURY PARKWAY**
**ALLEN, TX 75013**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**CITY OF ANAHEIM**
**P.O. BOX 3069**
**ANAHEIM, CA 92803-3069**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
| | **CITY OF ANTIOCH** | Check all that apply. | | | |
| | **FINANCE DEPARTMENT** | ■ Contingent | | | |
| | **P.O. BOX 5008** | ■ Unliquidated | | | |
| | **ANTIOCH, CA 94531-5008** | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
| | **CITY OF APOPKA** | Check all that apply. | | | |
| | **120 E MAIN STREET** | ■ Contingent | | | |
| | **APOPKA, FL 32703** | ■ Unliquidated | | | |
| | | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
| | **CITY OF ARCADIA** | Check all that apply. | | | |
| | **PO BOX 60021** | ■ Contingent | | | |
| | **ARCADIA, CA 91066-6021** | ■ Unliquidated | | | |
| | | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
| | **CITY OF ARLINGTON** | Check all that apply. | | | |
| | **NEIGHBORHOOD SERVICES DEPT** | ■ Contingent | | | |
| | **ARLINGTON, TX 76004-0321** | ■ Unliquidated | | | |
| | | ☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address<br>**CITY OF ARVADA**<br>**8101 RALSTON ROAD**<br>**ARVADA, CO 80002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.28 | Priority creditor's name and mailing address<br>**CITY OF AUBURN**<br>**25 W MAIN STREET**<br>**AUBURN, WA 98001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.29 | Priority creditor's name and mailing address<br>**CITY OF AURORA**<br>**1470 S. HAVANA STREET**<br>**ROOM 120**<br>**AURORA, CO 80012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.30 | Priority creditor's name and mailing address<br>**CITY OF BAYTOWN**<br>**2401 MARKET ST.**<br>**BAYTOWN, TX 77520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.31**

Priority creditor's name and mailing address

**CITY OF BELLEVUE
P.O. BOX 34372
SEATTLE, WA 98124**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown        Unknown**

---

**2.32**

Priority creditor's name and mailing address

**CITY OF BERKELEY
DIVISION 2020 CENTER STREET
BERKELEY, CA 94704**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown        Unknown**

---

**2.33**

Priority creditor's name and mailing address

**CITY OF BOULDER
PLANNING AND DEVELOPMENT
SERVICES
PO BOX 791
BOULDER, CO 80306**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown        Unknown**

---

**2.34**

Priority creditor's name and mailing address

**CITY OF BOYNTON BEACH
PO BOX 31015
TAMPA, FL 33631-3015**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown        Unknown**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF BREA**
**1 CIVIC CENTER CIRCLE**
**BREA, CA 92821**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF BURBANK**
**PO BOX 6459**
**BURBANK, CA 91510-6459**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CAMARILLO**
**601 CARMEN DR #6034**
**CAMARILLO, CA 93010**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CARLSBAD**
**5950 EL CAMINO REAL**
**CARLSBAD, CA 92008**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address
**CITY OF CARSON**
**701 E CARSON STREET**
**CARSON, CA 90745**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**CITY OF CEDAR HILL**
**285 UPTOWN BLVD. BLDG 100**
**CEDAR HILL, TX 75104**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**CITY OF CENTENNIAL**
**PO BOX 17383**
**DENVER, CO 80217-0383**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**CITY OF CERRITOS**
**18125 BLOOMFIELD AVENUE**
**CERRITOS, CA 90703-3130**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address
**CITY OF CHINO HILLS**
**14000 CITY CENTER DRIVE**
**CHINO HILLS, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

**2.44** | Priority creditor's name and mailing address
**CITY OF CHULA VISTA**
**PO BOX 142588**
**IRVING, TX 75014-2588**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

**2.45** | Priority creditor's name and mailing address
**CITY OF CITRUS HEIGHTS**
**6360 FOUNTAIN SQUARE DRIVE**
**CITRUS HEIGHTS, CA 95621**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

**2.46** | Priority creditor's name and mailing address
**CITY OF COLORADO SPRINGS**
**SALES TAX DIVISION**
**PO BOX 2408**
**COLORADO SPRINGS, CO**
**80901-2408**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF COMPTON**
**205 S WILLOWBROOK AVE**
**COMPTON, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CONCORD**
**1950 PARKSIDE DR.**
**CONCORD, CA 94519**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF CORONA**
**400 S. VICENTIA AVE**
**CORONA, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF COSTA  MESA**
**77 FAIR DRIVE**
**COSTA MESA, CA 92628-1200**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address

**CITY OF CYPRESS**
**5275 ORANGE AVENUE**
**CYPRESS, CA 90360-0609**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address

**CITY OF DALLAS**
**1500 MARILLA STREET**
**DALLAS, TX 75201**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address

**CITY OF DALY CITY**
**333 - 90TH STREET**
**DALY CITY, CA 94015-1895**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address

**CITY OF DOWNEY**
**DEPT LA 23221**
**PASADENA, CA 91185-3221**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.55**

Priority creditor's name and mailing address
**CITY OF EL CAJON, CA**
**P.O. BOX 511378**
**LOS ANGELES, CA 90051-7933**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.56**

Priority creditor's name and mailing address
**CITY OF EL CERRITO**
**10890 SAN PABLO AVE**
**EL CERRITO, CA 94530-2392**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.57**

Priority creditor's name and mailing address
**CITY OF ELK GROVE**
**8401 LAGUNA PALMS WAY**
**ELK GROVE, CA 95758**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.58**

Priority creditor's name and mailing address
**CITY OF ENCINITAS**
**505 S. VULCAN AVE**
**ENCINITAS, CA 92024**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.59**

Priority creditor's name and mailing address

**CITY OF ENGLEWOOD**
**REVENUE DIVISION**
**1000 ENGLEWOOD PARKWAY**
**ENGLEWOOD, CO 80110**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.60**

Priority creditor's name and mailing address

**CITY OF ESCONDIDO**
**PO BOX 460009**
**ESCONDIDO, CA 92046**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.61**

Priority creditor's name and mailing address

**CITY OF EVERETT**
**2930 WETMORE AVENUE**
**EVERETT, WA 98201**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.62**

Priority creditor's name and mailing address

**CITY OF FAIRFIELD**
**1000 WEBSTER STREET**
**FAIRFIELD, CA 94533-4883**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
**CITY OF FALLS CHURCH**
**300 PARK AVENUE**
**FALLS CHURCH, VA 22046**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.64** | Priority creditor's name and mailing address
**CITY OF FONTANA - BUSINESS**
**LICENSE**
**8353 SIERRA AVENUE**
**FONTANA, CA 92335**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.65** | Priority creditor's name and mailing address
**CITY OF FORT COLLINS**
**215 N MASON ST 2ND FLOOR**
**FORT COLLINS, CO 80524**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.66** | Priority creditor's name and mailing address
**CITY OF FORT WORTH**
**P.O. BOX 99426**
**FORT WORTH, TX 76199-0426**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FREMONT**
**3300 CAPITOL AVE**
**FREMONT, CA 94538**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FREMONT POLICE**
**DEPARTMENT**
**PO BOX 5007**
**FREMONT, CA 94537-5007**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FRISCO**
**6101 FRISCO SQUARE**
**BOULEVARD**
**FRISCO, TX 75034**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF FULLERTON**
**303 W. COMMONWEALTH AVE.**
**FULLERTON, CA 92832**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GARDEN GROVE**
**11222 ACACIA PARKWAY**
**GARDEN GROVE, CA 92840**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GLADSTONE**
**ALARMS**
**GLADSTONE, OR 97027**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GLENARDEN**
**8600 GLENARDEN PARKWAY**
**GLENARDEN, MD 20706-1522**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF GLENDORA**
**8839 N CEDAR AVE**
**FRESNO, CA 93720**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**CITY OF GRAND PRAIRIE**
**300 WEST MAIN ST.**
**GRAND PRAIRIE, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.76 Priority creditor's name and mailing address
**CITY OF GREENACRES**
**5800 MELALEUCA LANE**
**GREENACRES, FL 33463**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.77 Priority creditor's name and mailing address
**CITY OF GRESHAM OREGON**
**1333 NW EASTMAN PARKWAY**
**GRESHAM, OR 97030**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.78 Priority creditor's name and mailing address
**CITY OF HAPPY VALLEY**
**16000 SE MISTY DRIVE**
**HAPPY VALLEY, OR 97086-6299**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address

**CITY OF HAWAIIAN GARDENS**
**ATTN: BLDG & SAFETY DIV.**
**21815 PIONEER BLVD**
**HAWAIIAN GARDENS, CA 90716**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address

**CITY OF HAWTHORNE**
**4455 W. 126TH STREET**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address

**CITY OF HAYWARD**
**777 B STREET HAYWARD**
**HAYWARD, CA 94541-5007**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address

**CITY OF HENDERSON**
**P.O. BOX 95050**
**HENDERSON, NV 89009-5050**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.83**

Priority creditor's name and mailing address
**CITY OF HERMOSA BEACH**
**1315 VALLEY DRIVE**
**HERMOSA BEACH, CA 90254**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.84**

Priority creditor's name and mailing address
**CITY OF HILLSBORO**
**150 E. MAIN STREET**
**HILLSBORO, OR 97213**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.85**

Priority creditor's name and mailing address
**CITY OF HOUSTON**
**P.O. BOX 300008**
**HOUSTON, TX 77230-0008**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.86**

Priority creditor's name and mailing address
**CITY OF HOUSTON FIRE**
**DEPARTMENT**
**901 BAGBY**
**HOUSTON, TX 77002**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|

Name

---

**2.87** | Priority creditor's name and mailing address
**CITY OF HOUSTON POLICE DEPARTMENT**
**PO BOX 741009**
**HOUSTON, TX 77274**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.88** | Priority creditor's name and mailing address
**CITY OF HUNTINGTON BEACH**
**2000 MAIN STREET**
**HUNTINGTON BEACH, CA 92648**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.89** | Priority creditor's name and mailing address
**CITY OF INDIO**
**100 CIVIC CENTER MALL**
**INDIO, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.90** | Priority creditor's name and mailing address
**CITY OF IRVINE**
**P.O. BOX 19575**
**IRVINE, CA 92623-9575**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address
**CITY OF IRVING**
**P.O. BOX 152288**
**IRVING, TX 75015-2288**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.92** | Priority creditor's name and mailing address
**CITY OF ISSAQUAH**
**PO BOX 1307**
**ISSAQUAH, WA 98027-1307**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.93** | Priority creditor's name and mailing address
**CITY OF JACINTO CITY**
**1301 MERCURY DRIVE**
**HOUSTON, TX 77029**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.94** | Priority creditor's name and mailing address
**CITY OF KENT**
**400 WEST GOWE**
**KENT, WA 98032**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address
**CITY OF KENT**
**220 FOURTH AVE. S.**
**KENT, WA 98032-5895**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**          **Unknown**

---

**2.96** | Priority creditor's name and mailing address
**CITY OF LA MIRADA**
**13700 LA MIRADA BOULEVARD**
**LA MIRADA, CA 90638**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**          **Unknown**

---

**2.97** | Priority creditor's name and mailing address
**CITY OF LAFAYETTE**
**REVENUE DIVISION**
**1290 S. PUBLIC RD**
**LAFAYETTE, CO 80026**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**          **Unknown**

---

**2.98** | Priority creditor's name and mailing address
**CITY OF LAKE MARY**
**911 WALLACE COURT**
**LAKE MARY, FL 32746**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**          **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LAKEWOOD**
**SALES/USE TAX RETURN**
**P.O. BOX 261450**
**LAKEWOOD, CO 80226-9450**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LANCASTER**
**8839 N CEDAR AVE #212**
**FRESNO, CA 93720**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LARKSPUR**
**438 EAST SHAW AVE**
**FRESNO, CA 93710**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LAS VEGAS**
**DEPT OF PLANNING BUSINESS**
**LICENSING**
**LOS ANGELES, CA 90074-8018**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LITTLETON**
**2255 W BERRY AVE**
**LITTLETON, CO 80165-0002**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LIVERMORE**
**1052 S. LIVERMORE AVE**
**LIVERMORE, CA 94550-4899**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LONG BEACH**
**411 W. OCEAN BLVD**
**LONG BEACH, CA 90802**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF LONG BEACH**
**333 W. OCEAN BOULEVARD**
**LONG BEACH, CA 90802**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.107** | Priority creditor's name and mailing address
**CITY OF LOS ANGELES**
**PO BOX 30749**
**LOS ANGELES, CA 90030-0749**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.108** | Priority creditor's name and mailing address
**CITY OF MANHATTAN BEACH**
**1400 HIGHLAND AVENUE**
**MANHATTAN BEACH, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.109** | Priority creditor's name and mailing address
**CITY OF MANTECA**
**1001 W. CENTER ST.**
**MANTECA, CA 95337**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.110** | Priority creditor's name and mailing address
**CITY OF MESQUITE**
**POLICE DEPARTMENT**
**PO BOX 850137**
**MESQUITE, TX 75185-0137**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.111** | Priority creditor's name and mailing address

**CITY OF MIAMI**
**444 SW 2ND AVE**
**MIAMI, FL 33130**

As of the petition filing date, the claim is:                                    **Unknown**        **Unknown**
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.112** | Priority creditor's name and mailing address

**CITY OF MILLBRAE**
**621 MAGNOLIA AVE**
**MILLBRAE, CA 94030**

As of the petition filing date, the claim is:                                    **Unknown**        **Unknown**
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.113** | Priority creditor's name and mailing address

**CITY OF MILPITAS**
**455 E. CALAVERAS BLVD.**
**MILPITAS, CA 95035**

As of the petition filing date, the claim is:                                    **Unknown**        **Unknown**
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.114** | Priority creditor's name and mailing address

**CITY OF MIRAMAR**
**14801 SW 27TH. STREET**
**MIAMI, FL 33027**

As of the petition filing date, the claim is:                                    **Unknown**        **Unknown**
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF MONROVIA**
**415 S. IVY AVE.**
**MONROVIA, CA 91016-2888**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF MONTCLAIR**
**5111 BENITO STREET**
**MONTCLAIR, CA 91763**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF MONTEREY PARK**
**320 WEST NEWMARK AVE.**
**MONTEREY PARK, CA 91754**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF MORENO VALLEY**
**PO BOX 88005**
**MORENO VALLEY, CA 92552-0805**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.119** | Priority creditor's name and mailing address

**CITY OF MORGAN HILL**
**17575 PEAK AVENUE**
**MORGAN HILL, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.120** | Priority creditor's name and mailing address

**CITY OF MOUNTAIN VIEW**
**P.O. BOX 60000**
**SAN FRANCSICO, CA 94160-3015**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.121** | Priority creditor's name and mailing address

**CITY OF MURPHY**
**206 N. MURPHY RD**
**MURPHY, TX 75094**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.122** | Priority creditor's name and mailing address

**CITY OF MURRIETA**
**24601 JEFFERSON AVE**
**MURRIETA, CA 92562**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF NEWARK**
**920 BROAD STREET**
**NEWARK, NJ 07102**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF NORTH LAS VEGAS**
**P.O. BOX 4146**
**NORTH LAS VEGAS, NV**
**89036-4146**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF NORTH RICHLAND HILLS**
**4301 CITY POINT DRIVE**
**NORTH RICHLAND HILLS, TX**
**76180**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**CITY OF OAKLAND**
**250 FRANK H OGAWA PLAZA,**
**SUITE 3341**
**OAKLAND, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|--------|-------------------------------|--------------------------|--------------|
| | Name | | |

---

**2.127** Priority creditor's name and mailing address

**CITY OF OCEANSIDE**
**300 NORTH COAST HWY**
**OCEANSIDE, CA 92054**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.128** Priority creditor's name and mailing address

**CITY OF OLYMPIA**
**PO BOX 2009**
**OLYMPIA, WA 98507**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.129** Priority creditor's name and mailing address

**CITY OF ONTARIO**
**303 EAST B STREET**
**ONTARIO, CA 91764**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.130** Priority creditor's name and mailing address

**CITY OF ORANGE**
**300 E. CHAPMAN AVE**
**ORANGE, CA 92866**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.131** | Priority creditor's name and mailing address

**CITY OF ORLANDO**
**400 SOUTH ORANGE AVE 1ST**
**FLOOR**
**ORLANDO, FL 32802-4990**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.132** | Priority creditor's name and mailing address

**CITY OF OXNARD**
**300 WEST 3RD ST.**
**OXNARD, CA 93030-5712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.133** | Priority creditor's name and mailing address

**CITY OF PACIFICA**
**FIRE PREVENTION BUREAU**
**DALY CITY, CA 94015**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.134** | Priority creditor's name and mailing address

**CITY OF PALMDALE**
**38300 SIERRA HIGHWAY**
**PALMDALE, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF PASADENA**
**100 NORTH GARFIELD AVE**
**PASADENA, CA 91109-7215**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF PEMBROKE PINES**
**4TH FLOOR LBTR DIV**
**PEMBROKE PINES, FL 33025**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF PETALUMA**
**11 ENGLISH ST**
**PETALUMA, CA 94952**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CITY OF PFLUGERVILLE**
**100 E. MAIN ST**
**PFLUGERVILLE, TX 78660**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address

**CITY OF PORTLAND**
**111 SW COLUMBIA ST., STE. 600**
**PORTLAND, OR 97201-5840**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address

**CITY OF RANCHO CORDOVA**
**2729 PROSPECT PARK DRIVE**
**RANCHO CORDOVA, CA 95670**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address

**CITY OF REDLANDS**
**35 CAJON ST. SUITE 15B**
**REDLANDS, CA 92373**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address

**CITY OF REDWOOD CITY**
**1017 MIDDLEFIELD ROAD**
**REDWOOD CITY, CA 94063**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.143** | Priority creditor's name and mailing address
**CITY OF RENO**
**1 E. FIRST STREET**
**PO BOX 1900**
**RENO, NV 89505**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.144** | Priority creditor's name and mailing address
**CITY OF RENTON**
**1055 SOUTH GRADY WAY**
**RENTON, WA 98055**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.145** | Priority creditor's name and mailing address
**CITY OF RIALTO**
**150 S. PALM AVENUE**
**RIALTO, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.146** | Priority creditor's name and mailing address
**CITY OF RICHARDSON HEALTH**
**DIST.**
**411 W. ARAPAHO RD**
**RICHARDSON, TX 75080-4551**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF RICHMOND**
**450 CIVIC CENTER PLAZA**
**RICHMOND, CA 94804**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF RIVERSIDE BLDG &**
**SAFETY**
**3900 MAIN ST**
**RIVERSIDE, CA 92522**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF ROCKWALL ALARM**
**PROGRAM**
**385 S. GOLIAD**
**ROCKWALL, TX 75087**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**CITY OF ROHNERT PARK**
**130 AVRAM AVENUE**
**ROHNERT PARK, CA 94928-1180**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SACRAMENTO**
**915 I STREET**
**SACRAMENTO, CA 95814**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN BERNARDINO**
**P.O. BOX 1318**
**SAN BERNARDINO, CA 92418**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN CARLOS**
**600 ELM STREET**
**SAN CARLOS, CA 94070**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF SAN CLEMENTE**
**SAN CLEMENTE CITY HALL**
**910 CALLE NEGOCIO**
**SAN CLEMENTE, CA 92673**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.155** | Priority creditor's name and mailing address
**CITY OF SAN DIEGO**
**BUSINESS TAX PROGRAM**
**SAN DIEGO, CA 92112-2289**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address
**CITY OF SAN JOSE TREASURER**
**FINANCE DEPARTMENT**
**200 E. SANTA CLARA ST.**
**SAN JOSE, CA 95113**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address
**CITY OF SAN LEANDRO**
**CIVIC CENTER, 835 E. 14TH**
**STREET**
**SAN LEANDRO, CA 94577**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address
**CITY OF SAN MARCOS**
**SAN MARCOS CITY HALL**
**1 CIVIC CENTER DRIVE**
**SAN MARCOS, CA 92069**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.159** | Priority creditor's name and mailing address

**CITY OF SAN MATEO**
**330 W. 20TH AVE.**
**SAN MATEO, CA 94403-1388**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address

**CITY OF SAN RAMON**
**7000 BOLLINGER CANYON RD**
**SAN RAMON, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address

**CITY OF SANTA ANA**
**20 CIVIC CENTER PLAZA**
**SANTA ANA, CA 92702-1964**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address

**CITY OF SANTA BARBARA**
**735 ANACAPA STREET**
**SANTA BARBARA, CA 93102**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**CITY OF SANTA CRUZ**
**FINANCE DEPARTMENT**
**809 CENTER STREET, ROOM 8**
**SANTA CRUZ, CA 95060**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**CITY OF SANTA FE SPRINGS**
**11710 TELEGRAPH ROAD**
**SANTA FE SPRINGS, CA**
**90670-3679**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**CITY OF SANTA MONICA**
**P O BOX 2200**
**SANTA MONICA, CA 90407-2200**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**CITY OF SANTA ROSA**
**2373 CIRCADIAN WAY**
**SANTA ROSA, CA 95407**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**2.167**

Priority creditor's name and mailing address

**CITY OF SANTEE**
**10601 MAGNOLIA AVE**
**SANTEE, CA 92071-1266**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown   Unknown

---

**2.168**

Priority creditor's name and mailing address

**CITY OF SEATTLE**
**P.O. BOX 34905**
**SEATTLE, WA 98124-1905**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown   Unknown

---

**2.169**

Priority creditor's name and mailing address

**CITY OF SHORELINE**
**17500 MIDVALE AVE N**
**SHORELINE, WA 98133**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown   Unknown

---

**2.170**

Priority creditor's name and mailing address

**CITY OF SIMI VALLEY**
**SIMI VALLEY CITY HALL**
**2929 TAPO CANYON ROAD**
**SIMI VALLEY, CA 93062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown   Unknown

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address

**CITY OF STOCKTON**
**425 N. EL DORADO ST**
**STOCKTON, CA 95201-9005**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

**2.172** | Priority creditor's name and mailing address

**CITY OF STOCKTON -  FINAR**
**P.O. BOX 2107**
**STOCKTON, CA 95201**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

**2.173** | Priority creditor's name and mailing address

**CITY OF SUNNYVALE**
**ATTN: CRIME PREVENTION UNIT**
**SUNNYVALE, CA 94088-3707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

**2.174** | Priority creditor's name and mailing address

**CITY OF SUNRISE**
**10770 WEST OAKLAND PARK**
**BOULEVARD**
**SUNRISE, FL 33631**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

Unknown          Unknown

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**2.175** | Priority creditor's name and mailing address

**CITY OF TACOMA WASHINGTON**
**747 MARKET ST**
**ROOM 246**
**TACOMA, WA 98402**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address

**CITY OF TAYLORSVILLE**
**2600 TAYLORSVILLE BLVD.**
**TAYLORSVILLE, UT 84118**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address

**CITY OF TEMECULA**
**41000 MAIN STREET**
**TEMECULA, CA 92589**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address

**CITY OF THORNTON**
**SALES TAX DIVISION**
**9500 CIVIC CENTER DR**
**THORNTON, CO 80229-4326**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

| 2.179 | Priority creditor's name and mailing address **CITY OF THOUSAND OAKS** **2100 THOUSAND OAKS BLVD** **THOUSAND OAKS, CA 91362-2903** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.180 | Priority creditor's name and mailing address **CITY OF TIGARD** **8777 SW BURNHAM STREET** **TIGARD, OR 97281** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.181 | Priority creditor's name and mailing address **CITY OF TORRANCE** **3031 TORRANCE BLVD** **TORRANCE, CA 90503** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.182 | Priority creditor's name and mailing address **CITY OF TUALATIN, OR** **18880 SW MARTINAZZI AVE** **TUALATIN, OR 97062-7099** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Tax** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF VALLEJO**
**555 SANTA CLARA STREET**
**VALLEJO, CA 94590-5934**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF VANCOUVER**
**2323 GENERAL ANDERSON**
**AVENUE**
**PO BOX 8875**
**VANCOUVER, WA 98666**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF VENTURA**
**PUBLIC COUNTER ROOM 117**
**VENTURA, CA 93002**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF VISTA**
**200 CIVIC CENTER DRIVE**
**VISTA, CA 92084**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF WALNUT
8839 N. CEDAR AVE.
FRESNO, CA 93720**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.188 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF WEST HOLLYWOOD
8300 SANTA MONICA BOULEVARD
WEST HOLLYWOOD, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.189 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF WESTMINSTER
FINANCE DEPT SALES TAX DIVISION
4800 WEST 92ND AVENUE
WESTMINISTER, CO 80031-6387**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.190 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CITY OF WHITTIER
13230 PENN STREET
WHITTIER, CA 90602**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.191** | Priority creditor's name and mailing address
**CITY OF YONKERS**
**CITY CLERK'S OFFICE**
**40 SOUTH BROADWAY**
**YONKERS, NY 10701**

As of the petition filing date, the claim is:       **Unknown**       **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.192** | Priority creditor's name and mailing address
**CITY OF YORBA LINDA**
**P.O. BOX 87014**
**YORBA LINDA, CA 92885-8714**

As of the petition filing date, the claim is:       **Unknown**       **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.193** | Priority creditor's name and mailing address
**CITY OFVICTORVILLE**
**14343 CIVIC DRIVE**
**PO BOX 5001**
**VICTORVILLE, CA 92392-2399**

As of the petition filing date, the claim is:       **Unknown**       **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.194** | Priority creditor's name and mailing address
**CITY TREASURER**
**1200 THIRD AVE., SUITE 100**
**SAN DIEGO, CA 92187**

As of the petition filing date, the claim is:       **Unknown**       **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CLACKAMAS COUNTY**
**2051 KAEN RD**
**OREGON CITY, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CLACKAMAS COUNTY SHERIFF**
**2223 S. KAEN ROAD**
**OREGON CITY, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CLACKAMAS COUNTY TAX**
**COLLECTOR**
**168 WARNER-MILNE ROAD**
**OREGON CITY, OR 97045-4098**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**CLARK COUNTY DEPT. OF**
**BUSINESS LICENSE**
**500 S GRAND CENTRAL PKWY**
**3RD FLOOR**
**LAS VEGAS, NV 89155-1810**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

**2.199**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **CLARK COUNTY HEALTH DEPT.** **1601 E FOURTH PLAIN BLVD., BLDG 17** **VANCOUVER, WA 98666-8825** | *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

**2.200**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **CLARK COUNTY TREASURER** **500 S. GRAND CENTRAL PKWY, 1ST FLR** **P.O. BOX 551220** **LAS VEGAS, NV 89155-1220** | *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

**2.201**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **CLARK COUNTY WATER RECLAMATION DISTRICT** **5857 E FLAMINGO ROAD** **LAS VEGAS, NV 89122** | *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

**2.202**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|
| **CLEAR LAKE CITY W.A.** **900 BAY AREA BLVD.** **HOUSTON, TX 77586** | *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.203** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COLORADO BOILER INSPECTION BRANCH**
**P.O. BOX 628**
**DENVER, CO 80201-0628**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.204** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COLORADO DEPARTMENT OF REVENUE**
**STATE OF COLORADO**
**DEPARTMENT OF REVENUE**
**DENVER, CO 80261-0013**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.205** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**MERRIFIELD, VA 22116-7607**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.206** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COMPTROLLER OF MARYLAND**
**PO BOX 17405**
**BALTIMORE, MD 21297-1405**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**CONTRA COSTA COUNTY**
**651 PINE STREET**
**MARTINEZ, CA 94553**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**CONTRA COSTA COUNTY FIRE**
**DISTRICT**
**PERMIT DIVISION**
**PLEASANT HILL, CA 94523**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**CONTRA COSTA COUNTY TAX**
**COLLECTOR**
**P.O. BOX 631**
**MARTINEZ, CA 94553**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**COUNTY OF ALAMEDA**
**ENVIRONMENTAL SERVICES**
**P.O. BOX N**
**ALAMEDA, CA 94501-0108**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF LOS ANGELES
PO BOX 54978
LOS ANGELES, CA 90054-0978**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF RIVERSIDE
P.O. BOX 1089
RIVERSIDE, CA 92502-3012**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF SACRAMENTO
10590 ARMSTRONG AVENUE
MATHER, CA 95655**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COUNTY OF SAN BERNARDINO
1ST FLOOR
SAN BERNARDINO, CA
92415-0187**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COUNTY OF SAN DIEGO**
**WEIGHTS & MEASURES**
**SAN DIEGO, CA 92123**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.216** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COUNTY OF SANTA BARBARA**
**2125 S. CENTERPOINTE**
**PARKWAY, STE 333**
**SANTA MARIA, CA 93455**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.217** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COUNTY OF SANTA CRUZ**
**701 OCEAN ST.RM. 312**
**SANTA CRUZ, CA 95060**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.218** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**COUNTY OF SONOMA**
**625 5TH STREET**
**SANTA ROSA, CA 95404**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

| 2.219 | Priority creditor's name and mailing address<br>**COUNTY OF VENTURA**<br>**800 S VICTORIA AVE**<br>**VENTURA, CA 93009-1730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address<br>**COUNTY ROAD PROPERTIES**<br><br>**0, CA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address<br>**DALLAS COUNTY TAX**<br>**COLLECTOR**<br>**P.O. BOX 139006**<br>**DALLAS, TX 75313-9066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address<br>**DENTON COUNTY**<br>**STEVE MOSSMAN**<br>**PO BOX 90223**<br>**DENTON, TX 76202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.223** | Priority creditor's name and mailing address
**DENVER FIRE DEPARTMENT**
**745 W. COLFAX AVE.**
**DENVER, CO 80204**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**          **Unknown**

---

**2.224** | Priority creditor's name and mailing address
**DEPARTMENT OF HEALTH**
**33 N CENTRAL AVENUE**
**RAMSEY, NJ 07446**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**          **Unknown**

---

**2.225** | Priority creditor's name and mailing address
**DEPARTMENT OF PUBLIC**
**HEALTH**
**1390 MARKET STREET**
**SUITE 210**
**SAN FRANCISCO, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**          **Unknown**

---

**2.226** | Priority creditor's name and mailing address
**DEPT. OF CONSUMER &**
**BUSINESS SERVICES**
**P.O. BOX 14610**
**SALEM, OR 97309-0445**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown**          **Unknown**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address

**DEPT. OF LABOR & INDUSTRIAL RELATIONS**
**830 PUNCHBOWL STREET, ROOM 423**
**HONOLULU, HI 96813**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address

**DOUGLAS COUNTY TREASURER**
**PO BOX 1208**
**100 THIRD STREE, SUITE 120**
**CASTLE ROCK, CO 90104**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

**EL PASO COUNTY**
**1675 W Garden of the Gods Road, Ste 2044**
**COLORADO SPRINGS, CO 80907**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address

**EL PASO COUNTY TREASURER**
**P.O. BOX 2018**
**COLORADO SPRINGS, CO 80901-2018**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FAIRFAX COUNTY**
**FALSE ALARM REDUCTION UNIT**
**4100 CHAIN BRIDGE ROAD**
**FAIRFAX, VA 22030**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FINANCE DEPARTMENT - SEATTLE**
**ATTN:  ACCOUNTS RECEIVABLE**
**SEATTLE, WA 98124-4996**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FLORIDA DEPARTMENT OF HEALTH**
**1001 EXECUTIVE CENTER DRIVE**
**ORLANDO, FL 32803**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**FLORIDA DEPARTMENT OF REVENUE**
**5050 W. TENNESSEE ST**
**TALLAHASSEE, FL 32399-0128**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address

**FLORIDA DEPT OF AGRICULTURE**
**& CONSUMER**
**PO BOX 6700**
**TALLAHASSEE, FL 32314-6700**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address

**FORT BEND COUNTY MUD # 161**
**12841 CAPRICORN STREET**
**STAFFORD, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address

**FORT BEND COUNTY MUD # 167**
**11500 NW FREEWAY**
**STE 465**
**HOUSTON, TX 77092**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address

**FORT BEND COUNTY TAX**
**ASSESSOR**
**TAX ASSESSOR-COLLECTOR**
**P.O. BOX 1028**
**SUGARLAND, TX 77487-1028**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.239** | Priority creditor's name and mailing address

**GALVESTON CO TAX COLLECTOR**
**P.O. BOX 4902**
**HOUSTON, TX 77210-4902**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.240** | Priority creditor's name and mailing address

**GALVESTON COUNTY HEALTH DISTRICT**
**9850-A EMMETT F LOWRY EXPY A108**
**TEXAS CITY, TX 77591**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.241** | Priority creditor's name and mailing address

**HARRIS COUNTY ALARM DETAIL**
**9418 JENSEN DR A**
**HOUSTON, TX 77093**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.242** | Priority creditor's name and mailing address

**HARRIS COUNTY MUD #132**
**11111 KATY FREEWAY, STE 725**
**HOUSTON, TX 77079-2197**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**2.243** Priority creditor's name and mailing address

**HARRIS COUNTY MUD #186**
**11111 KATY FWY #725**
**HOUSTON, TX 77079-2197**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.244** Priority creditor's name and mailing address

**HARRIS COUNTY MUD #275 TAX**
**P.O. BOX 73109**
**HOUSTON, TX 77273**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.245** Priority creditor's name and mailing address

**HARRIS COUNTY TAX**
**ASSESSOR-COLLECTOR**
**P.O. BOX 4622**
**HOUSTON, TX 77210-4622**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.246** Priority creditor's name and mailing address

**HARRIS COUNTY TREASURER**
**PO BOX 4049**
**HOUSTON, TX 77210-4049**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.247**

Priority creditor's name and mailing address

**HARRIS COUNTY WCID #145**
**11111 KATY FWY #725**
**HOUSTON, TX 77079-2197**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.248**

Priority creditor's name and mailing address

**HAWAII STATE TAX COLLECTOR**
**OAHU DISTRICT OFFICE**
**PO BOX 1425**
**HONOLULU, HI 96806-1425**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.249**

Priority creditor's name and mailing address

**HOUSTON DEPT OF HEALTH &**
**HUMAN SERVICES**
**P.O. BOX 300008**
**HOUSTON, TX 77230-0008**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.250**

Priority creditor's name and mailing address

**JEFFERSON COUNTY**
**TREASURER**
**100 JEFFERSON COUNTY PKWY.**
**P.O. BOX 4007**
**GOLDEN, CO 80401-0007**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.251** | Priority creditor's name and mailing address

**JERSEY CITY**
**DR MARTIN LUTHER KING JR**
**CITY HALL ANNEX**
**JERSEY CITY, NJ 07305**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.252** | Priority creditor's name and mailing address

**KANSAS SECRETARY OF STATE**
**120 SW 10TH AVENUE**
**TOPEKA, KS 66612-1240**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.253** | Priority creditor's name and mailing address

**KERN COUNTY**
**PAYMENT CENTER**
**PO BOX 541004**
**LOS ANGELES, CA 90054-1004**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.254** | Priority creditor's name and mailing address

**KERN, COUNTY OF**
**2700 M STREET, SUITE 300**
**BAKERSFIELD, CA 93301**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.255** | Priority creditor's name and mailing address
**KIMZAY OF FLORIDA INC**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.256** | Priority creditor's name and mailing address
**KING COUNTY TREASURY**
**500 4TH AVENUE, #600**
**SEATTLE, WA 98104-2340**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.257** | Priority creditor's name and mailing address
**L.A. COUNTY AGRIC.**
**P.O. BOX 512399**
**LOS ANGELES, CA 90051-0399**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.258** | Priority creditor's name and mailing address
**L.A. COUNTY TREASURER**
**KENNETH HAHN HALL OF**
**ADMINISTRATION**
**LOS ANGELES, CA 90054**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.259**

Priority creditor's name and mailing address

**LARIMER COUNTY TREASURER**
**200 W OAK STREET FLOOR #2**
**PO BOX 1250**
**FORT COLLINS, CO 80522**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.260**

Priority creditor's name and mailing address

**LOS ANGELES COUNTY FIRE**
**DEPARTMENT**
**1320 N EASTERN AVE**
**LOS ANGELES, CA 90063**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.261**

Priority creditor's name and mailing address

**LOS ANGELES COUNTY TAX**
**COLLECTOR**
**P.O. BOX 513191**
**LOS ANGELES, CA 90051-1191**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.262**

Priority creditor's name and mailing address

**MARIN COUNTY TAX COLLECTOR**
**P.O. BOX 4220**
**SAN RAFAEL, CA 94913-4220**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**2.263** | Priority creditor's name and mailing address
**MARION COUNTY**
**3180 CENTER STREET NE # 2274**
**SALEM, OR 97301**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.264** | Priority creditor's name and mailing address
**MARION COUNTY SHERIFF'S**
**OFFICE**
**P.O. BOX 14500**
**SALEM, OR 97309**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.265** | Priority creditor's name and mailing address
**MARION COUNTY TAX**
**COLLECTOR**
**P.O. BOX 3416**
**PORTLAND, OR 97208-3416**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.266** | Priority creditor's name and mailing address
**MARYLAND SECRETARY OF**
**STATE**
**16 FRANCIS STREET**
**ANNAPOLIS, MD 21401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address
**MIAMI DADE COUNTY**
**FINANCE UNIT BOILER SECTION**
**11805 SW 26TH STREET**
**MIAMI, FL 33175-2474**

As of the petition filing date, the claim is:        **Unknown**        **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address
**MONTGOMERY CO. TAX**
**COLLECTOR**
**P.O. BOX 4798**
**HOUSTON, TX 77210-4798**

As of the petition filing date, the claim is:        **Unknown**        **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address
**MONTGOMERY COUNTY ALARM**
**DETAIL**
**1ST FLOOR**
**CONROE, TX 77301**

As of the petition filing date, the claim is:        **Unknown**        **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address
**MONTGOMERY COUNTY MUD #60**
**PO BOX 4901**
**HOUSTON, TX 77210-4901**

As of the petition filing date, the claim is:        **Unknown**        **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.271**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**MORAGA ORINDA FIRE DISTRICT
1280 MORAGA WAY
MORAGA, CA 94556**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.272**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**MULTNOMAH COUNTY
847 NE 19TH AVE SUITE 350
PORTLAND, OR 97232**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.273**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**MULTNOMAH COUNTY TAX
COLLECTOR
PO BOX 2716
PORTLAND, OR 97208-2716**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.274**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**MURRAY CITY
4646  SOUTH 500 WEST
MURRAY, UT 84123**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.275** | Priority creditor's name and mailing address

**N.W. HARRIS COUNTY MUD #21**
**11111 KATY FREEWAY #725**
**HOUSTON, TX 77079-2197**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**        **Unknown**

---

**2.276** | Priority creditor's name and mailing address

**NASSAU COUNTY DEPARTMENT**
**OF HEALTH**
**200 COUNTY SEAT DR**
**MINEOLA, NY 11501**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**        **Unknown**

---

**2.277** | Priority creditor's name and mailing address

**NASSAU COUNTY TREASURER**
**1194 PROSPECT AVENUE**
**WESTBURY, NY 11590**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**        **Unknown**

---

**2.278** | Priority creditor's name and mailing address

**NEVADA DEPARTMENT OF**
**TAXATION**
**P.O. BOX 52609**
**PHOENIX, AZ 85072-2609**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**        **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**2.279**

Priority creditor's name and mailing address
**NEVADA STATE MARSHAL**
**107 JACOBSEN WAY**
**CARSON CITY, NV 89711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.280**

Priority creditor's name and mailing address
**NEW YORK CITY DEPARTMENT**
**OF HEALTH AND**
**PO BOX 4081**
**NEW YORK, NY 10261-4081**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.281**

Priority creditor's name and mailing address
**NEW YORK STATE**
**DEPT OF TAXATION AND**
**FINANCE**
**P.O. BOX 22076**
**ALBANY, NY 12201-2076**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.282**

Priority creditor's name and mailing address
**NEW YORK STATE SALES TAX**
**NYS SALES TAX PROCESSING**
**PO BOX 1205**
**NEW YORK, NY 10116-1205**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.283** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NORTH COUNTY FAIR LP**
**C/O NORTH COUNTY FAIR**
**PO BOX 55697**
**LOS ANGELES, CA 90074-5697**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.284** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NYC DEPARTMENT OF FINANCE**
**C/O FIRST DATA**
**1150 SOUTH AVENUE**
**STATEN ISLAND, NY 10314-3404**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.285** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NYC DEPT . OF BUILDING**
**280 BROADWAY**
**NEW YORK, NY 10007**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.286** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**NYC FIRE DEPARTMENT**
**9 METROTECH CENTER**
**BROOKLYN, NY 11201**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

**2.287** Priority creditor's name and mailing address

**NYS DEPARTMENT OF LAW**
**CHARITIES BUREAU**
**REGISTRATION SECTION**
**NEW YORK, NY 10005**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.288** Priority creditor's name and mailing address

**OFFICE OF THE SECRETARY OF**
**STATE**
**P.O. BOX 40234**
**OLYMPIA, WA 98504-0234**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.289** Priority creditor's name and mailing address

**ORANGE COUNTY FIRE**
**AUTHORITY**
**ACCOUNTS RECEIVABLE**
**PO BOX 51985**
**IRVINE, CA 92619**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.290** Priority creditor's name and mailing address

**ORANGE COUNTY TAX**
**COLLECTOR**
**625 N ROSS STREET**
**BLDG 11 RM G58**
**SANTA ANA, CA 92702-1438**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**   **Unknown**

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ORANGE COUNTY TREASURER**
**601 N ROSS ST**
**SANTA ANA, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ORANGE COUNTY, HEALTH CARE**
**AGENCY**
**405 W 5TH ST**
**SANTA ANA, CA 92701**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**OREGON DEPARTMENT OF**
**JUSTICE**
**100 SW MARKET STREET**
**PORTLAND, OR 97201-5702**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**OREGON DEPT. OF REVENUE**
**PO # 14725**
**SALEM, OR 97309-5018**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

2.295 | Priority creditor's name and mailing address
**OSCEOLA COUNTY TAX COLLECTOR**
**PO BOX 422105**
**KISSIMMEE, FL 34742**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.296 | Priority creditor's name and mailing address
**PALM BEACH COUNTY**
**ATTN: ALARM UNIT**
**WEST PALM BEACH, FL 33416-4681**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.297 | Priority creditor's name and mailing address
**PALM BEACH COUNTY HEALTH DEPARTMENT**
**800 CLEMATIS ST**
**WEST PALM BEACH, FL 33401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.298 | Priority creditor's name and mailing address
**PALM BEACH COUNTY TAX COLLECTOR**
**PO BOX 3353**
**WEST PALM BEACH, FL 33402-3353**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.299** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PASADENA INDEPENDENT
SCHOOL DISTRICT
PO BOX 1318
2223 STRAWBERRY
PASADENA, TX 77501-1318**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.300** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PIERCE COUNTY  BUDGET &
FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.301** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PISCATAWAY TOWNSHIP
455 HOES LANE
PISCATAWAY, NJ 08854**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.302** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**PLACER COUNTY
ENVIRONMENTAL HEALTH
3091 COUNTY CENTER DR # 180
AUBURN, CA 95603**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PLACER COUNTY TAX COLLECTOR**
**FINANCE ADMINISTRATION BLDG**
**2976 RICHARDSON DRIVE, 2ND FLOOR**
**AUBURN, CA 95603**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**POUDRE FIRE AUTHORITY**
**102 REMINGTON STREET**
**FORT COLLINS, CO 80524**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PRINCE GEORGES COUNTY**
**DEPT. OF PERMITTING AND HEALTH DEPT**
**9400 PEPPERCORN PLACE**
**LARGO, MD 20774**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**PRP COMMERCIAL REAL STATE SERVICES INC**
**MADISON**
**417 29TH STREET**
**NEWPORT BEACH, CA 92663**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.307**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**RENTON REGIONAL FIRE AUTHORITY**
**18002 108TH AVE SE**
**RENTON, WA 98055**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**2.308**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**RIVERSIDE COUNTY TREASURER**
**PO BOX 12005**
**RIVERSIDE, CA 92502-2205**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**2.309**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**ROCKLAND COUNTY DEPARTMENT OF HEALTH**
**50 SANATORIUM ROAD-BUILDING D**
**POMONA, NY 10970**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

**2.310**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|

**ROCKWALL CENTRAL APPRAISAL DISTRICT**
**841 JUSTIN ROAD**
**ROCKWALL, TX 75087**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ROSEVILLE FIRE DEPARTMENT**
**80 LINCOLN ST**
**ROSEVILLE, CA 95678**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SACRAMENTO COUNTY TAX**
**COLLECTOR**
**700 H STREET**
**ROOM 1710**
**SACRAMENTO, CA 95814-1205**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SALT LAKE CITY CORPORATION**
**1530 S W TEMPLE**
**SALT LAKE CITY, UT 84115**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SALT LAKE COUNTY ASSESSOR**
**2001 S STATE ST, SUITE N2300A**
**SALT LAKE CITY, UT 84190-1300**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SALT LAKE COUNTY TREASURER
2001 S. STATE STREET, N1200
SALT LAKE CITY, UT 84190-1250**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SALT LAKE VALLEY HEALTH DEPT
PO BOX 144575
SALT LAKE CITY, UT 84114-4575**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SAN BERNARDINO COUNTY TAX COLLECTOR
268 WEST HOSPITALITY LANE
SAN BERNARDINO, CA 92415-0360**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SAN DIEGO COUNTY TREASURER- TAX COLLECTOR
P.O.BOX 129009
SAN DIEGO, CA 92112**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.319** | Priority creditor's name and mailing address

**SAN FRANCISCO DEPT OF
PUBLIC HEALTH
101 GROVE ST
SAN FRANCISCO, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.320** | Priority creditor's name and mailing address

**SAN FRANCISCO TAX
COLLECTOR
TAX COLLECTOR'S OFFICE
P.O. BOX 7427
SAN FRANCISCO, CA 94120-7427**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.321** | Priority creditor's name and mailing address

**SAN JOAQUIN COUNTY PUBLIC
HEALTH
1868 E HAZELTON AVE
STOCKTON, CA 95205**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.322** | Priority creditor's name and mailing address

**SAN JOAQUIN COUNTY TAX
COLLECTOR
P.O. BOX 2169
STOCKTON, CA 95201-2169**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.323**

Priority creditor's name and mailing address

**SAN MATEO COUNTY ENVIRONMENTAL**
**2000 ALAMEDA DE LAS PULGAS STE 100**
**SAN MATEO, CA 94403-1269**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.324**

Priority creditor's name and mailing address

**SAN MATEO COUNTY TAX COLLECTOR**
**LEE BUFFINGTON, TAX COLLECTOR**
**555 COUNTY CENTER, 1ST FLOOR**
**REDWOOD CITY, CA 94063**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.325**

Priority creditor's name and mailing address

**SAN MIGUEL FIRE PROTECTION DISTRICT**
**2850 VIA ORANGE WAY**
**SPRING VALLEY, CA 91978**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.326**

Priority creditor's name and mailing address

**SANTA BARBARA COUNTY TAX COLLECTOR**
**P.O. BOX 579**
**SANTA BARBARA, CA 93102-0579**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Tax**

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.327** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SANTA CLARA COUNTY
TAX COLLECTOR
70 W. HEDDING ST., EAST WING
SAN JOSE, CA 95110-1767**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.328** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SANTA CRUZ COUNTY TAX
COLLECTOR
PO BOX 1817
SANTA CRUZ, CA 95061**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.329** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SEATTLE-KING COUNTY
401 FIFTH AVE SUITE 1100E
SEATTLE, WA 98104**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.330** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SECRETARY OF STATE -
SACRAMENTO
P.O. BOX 944230
SACRAMENTO, CA 94244-2300**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SECRETARY OF STATE - TEXAS**
**PO BOX 13550**
**AUSTIN, TX 78711-3550**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SEMINOLE COUNTY TAX**
**COLLECTOR**
**PO BOX 630**
**SANFORD, FL 32772-0630**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SNOHOMISH COUNTY**
**TREASURER**
**P.O. BOX 34171**
**SEATTLE, WA 98124-1171**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SNOHOMISH HEALTH DISTRICT**
**3020 RUCKER AVENUE, SUITE 104**
**EVERETT, WA 98201-3900**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SOLANO COUNTY**
**675 TEXAS STREET, SUITE 5500**
**FAIRFIELD, CA 94533**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SONOMA COUNTY**
**TREASURER / TAX COLLECTOR**
**585 FISCAL DRIVE, RM 100F**
**SANTA ROSA, CA 95403**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SOUTHERN NEVADA HEALTH**
**DISTRICT**
**280 S DECATUR BLVD**
**LAS VEGAS, NV 89107**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SOUTHLAKE DEPARTMENT OF**
**PUBLIC SAFETY**
**1400 MAIN STREET**
**SOUTHLAKE, TX 76092**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.339**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|
| **STATE BOARD OF EQUALIZATION**<br>**P.O. BOX 942879**<br>**SACRAMENTO, CA 94279-8064** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.340**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|
| **STATE OF DELAWARE**<br>**DEPARTMENT OF STATE**<br>**DIVISION OF CORPORATIONS**<br>**PO BOX 898**<br>**DOVER, DE 19903** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.341**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|
| **STATE OF FLORIDA DEPT. OF HEALTH**<br>**4052 BALD CYPRESS WAY**<br>**TALLAHASSEE, FL 32399** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.342**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|
| **STATE OF FLORIDA,**<br>**DEPARTMENT OF HEALTH**<br>**1725 NW 167 ST**<br>**MIAMI, FL 33056** | *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**STATE OF HAWAII SANITATION BRANCH**
**99-945 HALAWA VALLEY ST**
**AIEA, HI 96701**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**STATE OF MARYLAND**
**301 WEST PRESTON STREET**
**BALTIMORE, MD 21201-2395**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**STATE OF NEVADA**
**3360 W. SAHARA AVENUE**
**LAS VEGAS, NV 89102**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**STATE OF NEW JERSEY**
**DEPT. OF LABOR AND**
**WORKFORCE DEV.**
**BUREAU OF BOILER AND**
**PRESSURE VESSELS**
**TRENTON, NJ 08625-0392**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

**2.347** | Priority creditor's name and mailing address
**STATE OF UTAH**
**DIVISION OF CONSUMER**
**PROTECTION**
**SALT LAKE CITY, UT 84114-6704**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.348** | Priority creditor's name and mailing address
**STATE OF WASHINGTON**
**PO BOX 44410**
**OLYMPIA, WA 98504-4410**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.349** | Priority creditor's name and mailing address
**SUGAR LAND CITY HALL**
**2700 TOWN CENTER BLVD N**
**SUGAR LAND, TX 77479**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.350** | Priority creditor's name and mailing address
**TACOMA - PIERCE COUNTY**
**3629 SOUTH D. STREET**
**TACOMA, WA 98418-6813**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.351**

Priority creditor's name and mailing address
**TARRANT COUNTY HEALTH DEPARTMENT
SUITE 2300
FORT WORTH, TX 76104-4802**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.352**

Priority creditor's name and mailing address
**TARRANT COUNTY TAX COLLECTOR
P.O. BOX 961018
FORT WORTH, TX 76161-0018**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.353**

Priority creditor's name and mailing address
**TAX ASSESSOR-COLLECTOR, COLLIN COUNTY
2300 BLOOMDALE ROAD
STE 2324
MCKINNEY, TX 75071**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.354**

Priority creditor's name and mailing address
**TAX COLLECTOR - ALAMEDA COUNTY
1221 OAK STREET
SUITE 536
OAKLAND, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

2.355 | Priority creditor's name and mailing address

**TEXAS DEPARTMENT OF LICENSING**
**P.O. BOX 12157**
**AUSTIN, TX 78711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.356 | Priority creditor's name and mailing address

**TEXAS STATE CONTROLLER OF PUBLIC ACCTS.**
**REVENUE REFUNDS DIVISION**
**P.O. BOX 12019**
**AUSTIN, TX 78711-2019**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.357 | Priority creditor's name and mailing address

**THE CITY OF BUENA PARK**
**6640 BEACH BLVD**
**BUENA PARK, CA 90622**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.358 | Priority creditor's name and mailing address

**THE CITY OF HAWAIIAN GARDENS**
**21815 PIONEER BOULEVARD**
**HAWAIIAN GARDENS, CA 90716**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.359** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**THE COUNTY OF CONTRA COSTA**
**651 PINE STREET**
**MARTINEZ, CA 94553**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.360** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**THE COUNTY OF ORANGE**
**HALL OF ADMINISTRATION**
**333 W. SANTA ANA BLVD.**
**SANTA ANA, CA 92701**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.361** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**THURSTON COUNTY PUBLIC**
**HEALTH &**
**412 LILY ROAD NE**
**OLYMPIA, WA 98506-5132**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.362** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**THURSTON COUNTY TREASURER**
**2000 LAKERIDGE DRIVE SW**
**OLYMPIA, WA 98502-6080**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF ADDISON**
**5300 BELT LINE RD.**
**DALLAS, TX 75254**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF ADDISON**
**ENVIROMENTAL SERVICES**
**PO BOX 9010**
**ADDISON, TX 75001-9010**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF APPLE VALLEY**
**14955 DALE EVANS PKWY**
**APPLE VALLEY, CA 92307**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWN OF CLARKSTOWN**
**10 MAPLE AVE #5013**
**NEW CITY, NY 10956**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.367** | Priority creditor's name and mailing address

**TOWN OF HEMPSTEAD**
**1 WASHINGTON ST**
**HEMPSTEAD, NY 11550**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.368** | Priority creditor's name and mailing address

**TOWN OF LITTLE ELM**
**100 W. ELDORADO PARKWAY**
**LITTLE ELM, TX 75068**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.369** | Priority creditor's name and mailing address

**TOWN OF PARKER**
**20120 MAINSTREET**
**PARKER, CO 80138**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.370** | Priority creditor's name and mailing address

**TOWNSHIP OF CLARK**
**430 WESTFIELD AVENUE**
**CLARK, NJ 07066**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWNSHIP OF HANOVER**
**P.O. BOX 250**
**WHIPPANY, NJ 07981**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TOWNSHIP OF SADDLE BROOK**
**540 SADDLE RIVER RD**
**SADDLE BROOK, NJ 07663**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TRAVIS COUNTY TAX**
**COLLECTOR**
**P.O. BOX 149328**
**AUSTIN, TX 78714-9328**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**TREASURER OF VIRGINIA**
**101 N 14TH ST**
**RICHMOND, VA 23219**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.375** | Priority creditor's name and mailing address

**TREASURER, CITY & COUNTY OF DENVER**
**144 W. COLFAX**
**P.O. BOX 17420**
**DENVER, CO 80217-0420**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.376** | Priority creditor's name and mailing address

**TRI-COUNTY HEALTH DEPARTMENT**
**4201 E 72ND AVE SUITE D**
**COMMERCE CITY, CO 80022**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.377** | Priority creditor's name and mailing address

**UNITED FIRE AUTHORITY**
**3380 S. 900 W**
**SALT LAKE CITY, UT 84119**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.378** | Priority creditor's name and mailing address

**UNITED STATES TREASURY**
**P.O. BOX 145566**
**CINCINNATI, OH 45250-5566**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**
         Name

Case number (*if known*)   **20-11561**

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**UTAH STATE TAX COMMISSION
SALES TAX - M
210 N. 1950 W.
SALT LAKE CITY, UT 84134-0400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VENTURA COUNTY
TAX COLLECTOR
LAWRENCE L. MATHENEY
VENTURA, CA 93009-1290**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VIRGINIA DEPT OF TAXATION
VIRGINIA RETAIL SALES & USE
TAX
PO BOX 26626
RICHMOND, VA 23261-6626**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**WA STATE DEPT OF LABOR &
INDUSTRIES
7273 LINDERSON WAY SW
TUMWATER, WA 98501**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.383** | Priority creditor's name and mailing address

**WASHINGTON COUNTY PR0PERTY TAX PAYMENT CENTER PO BOX 3587 PORTLAND, OR 97208-3587**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.384** | Priority creditor's name and mailing address

**WASHINGTON COUNTY HEALTH 155 N FIRST AVENUE, MS-5 HILLSBORO, OR 97124-3072**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.385** | Priority creditor's name and mailing address

**WASHINGTON STATE DEPT OF REVENUE P.O. BOX 34053 SEATTLE, WA 98124-1053**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.386** | Priority creditor's name and mailing address

**WASHOE COUNTY HEALTH DEPARTMENT 1001 EAST NINTH STREET, BUILDING B RENO, NV 89512**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**2.387**

Priority creditor's name and mailing address
**WASHOE COUNTY TREASURER**
**P.O. BOX 30039**
**RENO, NV 89520-3039**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.388**

Priority creditor's name and mailing address
**WAYNE TOWNSHIP HEALTH**
**DEPARTMENT**
**475 VALLEY ROAD**
**WAYNE, NJ 07470**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.389**

Priority creditor's name and mailing address
**WEST COVINA FIRE**
**DEPARTMENT**
**1444 W. GARVEY AVE, ROOM 218**
**WEST COVINA, CA 91790**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.390**

Priority creditor's name and mailing address
**WESTCHESTER COUNTY HEALTH**
**DEPARTMENT**
**25 MOORE AVE**
**MOUNT KISCO, NY 10549**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**2.391** | Priority creditor's name and mailing address

**WILLIAMSON COUNTY TAX COLLECTOR**
**904 SOUTH MAIN STREET**
**GEORGETOWN, TX 78626-5829**

As of the petition filing date, the claim is: **Unknown**   **Unknown**
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.392** | Priority creditor's name and mailing address

**WOODBRIDGE TOWNSHIP**
**ONE MAIN STREET**
**WOODBRIDGE, NJ 07095**

As of the petition filing date, the claim is: **Unknown**   **Unknown**
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** | Nonpriority creditor's name and mailing address

**100 CALIFORNIA STREET LLC**
**29786 NETWORK PLACE**
**CHICAGO, IL 60673-1297**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$396,103.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**100 CALIFORNIA STREET LLC**
**29786 NETWORK PLACE**
**CHICAGO, IL 60673-1297**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$86,999.05**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**100 CALIFORNIA STREET LLC**
**29786 NETWORK PLACE**
**CHICAGO, IL 60673-1297**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$11,262.68**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                   Case number (*if known*)    **20-11561**
     Name

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,893.15** |
|---|---|---|---|

**1000BULBS.COM**
**ATTN: JUDY BARSOUM**
**2140 MERRITT DRIVE**
**GARLAND, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$223,020.98** |
|---|---|---|---|

**111 SUTTER STREET OWNER LP**
**ATTN: TAIRA HALL**
**1633 BROADWAY**
**SUITE 1801**
**NEW YORK, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,112.87** |
|---|---|---|---|

**111 SUTTER STREET OWNER LP**
**PO BOX 399176**
**SAN FRANCISCO, CA 94139-9176**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$121,890.41** |
|---|---|---|---|

**1211 E ARQUES LP**
**ATTN: JAMES LINDSEY**
**18 CYPRESS AVE**
**KENTFIELD, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,159.41** |
|---|---|---|---|

**1301 EAST GLADSTONE STREET**
**INVESTORS LLC**
**ATTN: JULIE FENNESSEY**
**C/O VESTAR PROPERTY MANAGEMENT**
**P.O. BOX 60051**
**CITY OF INDUSTRY, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,055.51** |
|---|---|---|---|

**1301 EAST GLADSTONE STREET**
**INVESTORS LLC**
**C/O VESTAR PROPERTY MANAGEMENT**
**P.O. BOX 60051**
**CITY OF INDUSTRY, CA 91716**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Real Property Tax**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$305,848.20** |
|---|---|---|---|

**13395 BEACH BLVD LLC**
**1100 SOUTH HOPE STREET**
**SUITE 809**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,299.69**

**13395 BEACH BLVD LLC**
**1100 SOUTH HOPE STREET**
**SUITE 809**
**LOS ANGELES, CA 90015**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172,562.33**

**147 METRO LLC**
**C/O METRO COMMERCIAL REALTY**
**CORPORATION**
**227 20TH STREET, SUITE 100**
**NEWPORT BEACH, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,416.97**

**147 METRO LLC**
**C/O METRO COMMERCIAL REALTY**
**CORPORATION**
**227 20TH STREET, SUITE 100**
**NEWPORT BEACH, CA 92663**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227,425.80**

**150 SYLVAN AVENUE LLC**
**C/O JOSEPH KLYDE**
**10 VAN WAGONER DRIVE**
**ENGLEWOOD CLIFFS, NJ 07632-2111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,561.81**

**150 SYLVAN AVENUE LLC**
**C/O JOSEPH KLYDE**
**10 VAN WAGONER DRIVE**
**ENGLEWOOD CLIFFS, NJ 07632-2111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405,661.70**

**1601 PCH LP**
**201 WILSHIRE BLVD., STE. A-28**
**SANTA MONICA, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,929.64**

**1601 PCH LP**
**201 WILSHIRE BLVD., STE. A-28**
**SANTA MONICA, CA 90401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address
**1680 KAPIOLANI LLC**
**3810 KATELLA AVENUE**
**LOS ALAMITOS, CA 94583**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$736,207.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**1680 KAPIOLANI LLC**
**3810 KATELLA AVENUE**
**LOS ALAMITOS, CA 94583**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$189,624.04**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**1680 KAPIOLANI LLC**
**3810 KATELLA AVENUE**
**LOS ALAMITOS, CA 94583**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$27,977.47**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**1680 KAPIOLANI LLC**
**3810 KATELLA AVENUE**
**LOS ALAMITOS, CA 94583**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$19,600.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Parking**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**1800 GOT JUNK COMMERCIAL SERVICES**
**LLC**
**DEPT 3419 PO BOX 123419,**
**DALLAS, TX 75312-3419**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$4,094.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**1830-1850 OCEAN AVENUE LLC**
**ONE TOWNE SQUARE**
**SUITE 1913**
**SOUTHFIELD, MI 48076**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$310,098.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**1830-1850 OCEAN AVENUE LLC**
**P.O. BOX 398273**
**SAN FRANCISCO, CA 94139-8273**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$1,857.02**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                 Case number (if known)    **20-11561**
          Name

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**21515 HAWTHORNE OWNER LLC**<br>**18881 VON KARMAN AVENUE**<br>**SUITE 400**<br>**IRVINE, CA 92612**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Related**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$345,930.27** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**21515 HAWTHORNE OWNER LLC**<br>**18881 VON KARMAN AVENUE**<br>**SUITE 400**<br>**IRVINE, CA 92612**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Real Property Tax**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$114,400.97** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**21614 TOMBALL LLC**<br>**832 SOUTHAMPTON DRIVE**<br>**PALO ALTO, CA 94303**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Related**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$188,173.98** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**225 5TH AVENUE NY LLC**<br>**4700 WILSHIRE BLVD.**<br>**LOS ANGELES, CA 90010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Related**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$753,344.19** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**225 5TH AVENUE NY LLC**<br>**4700 WILSHIRE BLVD.**<br>**LOS ANGELES, CA 90010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Real Property Tax**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$97,205.62** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**225 5TH AVENUE NY LLC**<br>**4700 WILSHIRE BLVD.**<br>**LOS ANGELES, CA 90010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$65,860.77** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**24 HOUR ARVADA LLLP**<br>**ATTN: LETICIA MURILLO**<br>**11300 W. OLYMPIC BLVD**<br>**# 620**<br>**LOS ANGELES, CA 90064**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Related**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$293,928.28** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address

**24 HOUR ARVADA LLLP**
**11300 W. OLYMPIC BLVD**
**# 620**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$63,987.66**

---

**3.33** | Nonpriority creditor's name and mailing address

**24 HOUR ARVADA LLLP**
**11300 W. OLYMPIC BLVD**
**# 620**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,067.25**

---

**3.34** | Nonpriority creditor's name and mailing address

**24 HOUR FITNESS HELPING HANDS**
**FOUNDATION**
**12647 ALCOSTA BLVD**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,250.13**

---

**3.35** | Nonpriority creditor's name and mailing address

**24 HOUR TROPICANA LLC**
**ATTN: STACY BLATTNER**
**C/O COMMUNITY VISION INC**
**6440 SKY COMMUNITY POINTE DR #140-104**
**LAS VEGAS, NV 89131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$189,123.92**

---

**3.36** | Nonpriority creditor's name and mailing address

**24 RETAIL HUNTER PLAZA LLC**
**4683 CHABOT DRIVE**
**SUITE 220**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$198,567.84**

---

**3.37** | Nonpriority creditor's name and mailing address

**24 RETAIL HUNTER PLAZA LLC**
**4683 CHABOT DRIVE**
**SUITE 220**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$72,047.66**

---

**3.38** | Nonpriority creditor's name and mailing address

**24 SALEM PARTNERS LLC**
**ATTN: TOM DALKE**
**54659 SILVER FOX DRIVE**
**SUNRIVER, OR 97707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$62,390.19**

---

Debtor  **24 Hour Fitness USA, Inc.**                          Case number (*if known*)  **20-11561**
        Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,080.85 |
|---|---|---|---|

**24 SALEM PARTNERS LLC**
**RUDY NODAR**
**11300 W OLYMPIC BLVD**
**LOS ANGELES, CA 90064**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,648.40 |
|---|---|---|---|

**24 SEVEN LLC**
**ATTN: ACCOUNTS RECEIVABLE**
**PO BOX 71305**
**PHILADELPHIA, PA 19176-1305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,443.07 |
|---|---|---|---|

**2500 DUNSTAN LLC**
**ATTN: KATHY HAMMAN**
**RICE VILLAGE MANAGEMENT OFFICE**
**5516 CHAUCER**
**HOUSTON, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333,085.83 |
|---|---|---|---|

**2500 DUNSTAN LLC**
**ATTN: KATHY HAMMAN**
**RICE VILLAGE MANAGEMENT OFFICE**
**5516 CHAUCER**
**HOUSTON, TX 77005**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,138.39 |
|---|---|---|---|

**2500 DUNSTAN LLC**
**ATTN: KATHY HAMMAN**
**RICE VILLAGE MANAGEMENT OFFICE**
**5516 CHAUCER**
**HOUSTON, TX 77005**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,341.03 |
|---|---|---|---|

**2ML ATASCOCITA LLC**
**ATTN: COLLIN TADLOCK**
**C/O 2ML REAL ESTATE INTERESTS INC**
**952 ECHO LANE SUITE 314**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,486.58** |
|---|---|---|---|

**2ML ATASCOCITA LLC**
**ATTN: COLLIN TADLOCK**
**C/O 2ML REAL ESTATE INTERESTS INC**
**952 ECHO LANE SUITE 314**
**HOUSTON, TX 77024**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$343,508.81** |
|---|---|---|---|

**3201 LOUISIANA LLC**
**ATTN: KRISTEN ZAKARIAN**
**20333 STATE HIGHWAY 249**
**SUITE 520**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222,415.88** |
|---|---|---|---|

**3201 LOUISIANA LP**
**C/O CROSSPOINT PROPERTIES**
**2101 SMITH STREET #200**
**HOUSTON, TX 77002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,682.00** |
|---|---|---|---|

**3201 LOUISIANA LP**
**C/O CROSSPOINT PROPERTIES**
**2101 SMITH STREET #200**
**HOUSTON, TX 77002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195,401.94** |
|---|---|---|---|

**33 JOURNAL SQUARE OWNER LLC**
**ATTN PROPERTY MANAGER**
**3 EAST 44TH ST  STE B-1**
**NEW YORK, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,290.67** |
|---|---|---|---|

**3501 E CHAPMAN LLC**
**C/O PLATINUM REALTY MANAGEMENT**
**201 WILSHIRE BLVD, SUITE A-28**
**SANTA MONICA, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,725.26** |
|---|---|---|---|

**3501 E CHAPMAN LLC**
**C/O PLATINUM REALTY MANAGEMENT**
**201 WILSHIRE BLVD, SUITE A-28**
**SANTA MONICA, CA 90401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.52**

**Nonpriority creditor's name and mailing address**
**3501 E CHAPMAN LLC**
**C/O PLATINUM REALTY MANAGEMENT**
**201 WILSHIRE BLVD, SUITE A-28**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$3,909.81**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**3699 WILSHIRE LLC**
**P.O. BOX 80560**
**CITY OF INDUSTRY, CA 91716-8560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$104,420.75**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**3699 WILSHIRE LLC**
**P.O. BOX 80560**
**CITY OF INDUSTRY, CA 91716-8560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$229.95**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**460 SOUTH COLLEGE AVENUE LLC**
**ATTN: BLAINE RAPPE**
**C/O LC REAL ESTATE GROUP**
**1712 TOPAZ DRIVE**
**LOVELAND, CO 80537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$211,447.38**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**5 POINTS PARTNERS LP**
**C/O COLLIERS INTERNATIONAL**
**301 UNIVERSITY AVE, SUITE 100**
**SACRAMENTO, CA 95825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$159,207.78**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**5 POINTS PARTNERS LP**
**C/O COLLIERS INTERNATIONAL**
**301 UNIVERSITY AVE, SUITE 100**
**SACRAMENTO, CA 95825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$3,501.01**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**507 NORTHGATE LLC**
**PO BOX 4184**
**BELLEVUE, WA 98009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$123,270.56**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,025.16**

**507 NORTHGATE LLC**
**PO BOX 4184**
**BELLEVUE, WA 98009**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,963.56**

**507 NORTHGATE LLC**
**PO BOX 4184**
**BELLEVUE, WA 98009**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214,694.80**

**5100 BELT LINE ROAD INVESTORS LLC**
**C/O UBS REALTY INVESTORS LLC**
**10 STATE HOUSE SQUARE**
**HARTFORD, CT 06103-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,646.89**

**5100 BELT LINE ROAD INVESTORS LLC**
**C/O VESTAR PROPERTY MANAGEMENT**
**P.O. BOX 60051**
**CITY OF INDUSTRY, CA 91716**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,596.14**

**525 COLORADO LLC**
**P.O. BOX 31001-2124**
**PASADENA, CA 91110-2124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,905.30**

**5307 SEPULVEDA BOULEVARD LLC**
**ATTN: SHUMAN YANG**
**9045 CORBIN AVENUE**
**SUITE 270**
**NORTHRIDGE, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,209.27**

**5307 SEPULVEDA BOULEVARD LLC**
**9045 CORBIN AVENUE**
**SUITE 270**
**NORTHRIDGE, CA 91324**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,851.00** |
|---|---|---|
| **6 PACK BAGS LLC** <br> **ATTN: KRIS CRAM** <br> **99 SOUTH 700 EAST** <br> **AMERICAN FORK, UT 84003** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,112,427.28** |
|---|---|---|
| **600 BROADWAY PARTNERS LLC** <br> **1412 BROADWAY** <br> **3RD FLOOR** <br> **NEW YORK, NY 10018** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **SoHo Lease Termination Fee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$166,941.36** |
|---|---|---|
| **80-02 LEASEHOLD COMPANY L P** <br> **80-02 KEW GARDENS ROAD** <br> **KEW GARDENS, NY 11415** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115,926.65** |
|---|---|---|
| **80-02 LEASEHOLD COMPANY L P** <br> **80-02 KEW GARDENS ROAD** <br> **KEW GARDENS, NY 11415** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,907.39** |
|---|---|---|
| **80-02 LEASEHOLD COMPANY L P** <br> **80-02 KEW GARDENS ROAD** <br> **KEW GARDENS, NY 11415** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Real Property Tax** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$472,572.21** |
|---|---|---|
| **93 BOVET LEASE PARTNERS LLC** <br> **ATTN: JULIA M. BAIGENT** <br> **C/O RABBIT'S FOOT INVESTOR I, LLC,** <br> **WOODSIDE, CA 94062** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228,139.35** |
|---|---|---|
| **93 BOVET LEASE PARTNERS LLC** <br> **ATTN: JULIA M. BAIGENT** <br> **C/O RABBIT'S FOOT INVESTOR I, LLC,** <br> **WOODSIDE, CA 94062** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Real Property Tax** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$314,633.59** |
|---|---|---|
| **A & J PROPERTIES LLC**<br>**ATTN: JOHN FERRANTI**<br>**2630 NATIONAL DRIVE**<br>**BROOKLYN, NY 11234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$846.42** |
|---|---|---|
| **A & J PROPERTIES LLC**<br>**ATTN: JOHN FERRANTI**<br>**2630 NATIONAL DRIVE**<br>**BROOKLYN, NY 11234** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Real Property Tax__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|
| **A ALLIANCE MOVING AND STORAGE**<br>**ATTN: DIANE GILLEY**<br>**4350 KEARNEY ST**<br>**UNIT A**<br>**DENVER, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|
| **A&Y MAINTENANCE SERVICE INC**<br>**ATTN: AL LOPEZ**<br>**31 PRAIRIE DRIVE**<br>**NORTH BABYLON, NY 11703** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Purchase of fixed assets__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,900.00** |
|---|---|---|
| **A&Y MAINTENANCE SERVICE INC**<br>**ATTN: AL LOPEZ**<br>**31 PRAIRIE DRIVE**<br>**NORTH BABYLON, NY 11703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158,111.17** |
|---|---|---|
| **A-S 108 FRIENDSWOOD CROSSING LP**<br>**8827 W SAM HOUSTON PKWY N**<br>**SUITE 200**<br>**HOUSTON, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,168.65** |
|---|---|---|
| **A-S 108 FRIENDSWOOD CROSSING LP**<br>**8827 W SAM HOUSTON PKWY N**<br>**SUITE 200**<br>**HOUSTON, TX 77040** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Real Property Tax__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,491.27** |

**A-S 117 SHOPS AT THE RESERVE LP**
**ATTN: THERESA VISCUSO**
**8827 W SAM HOUSTON PKWAY N**
**SUITE 200**
**HOUSTON, TX 77040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,115.92** |

**A-S 117 SHOPS AT THE RESERVE LP**
**ATTN: THERESA VISCUSO**
**8827 W SAM HOUSTON PKWAY N**
**SUITE 200**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,033.58** |

**A-S 117 SHOPS AT THE RESERVE LP**
**ATTN: THERESA VISCUSO**
**8827 W SAM HOUSTON PKWAY N**
**SUITE 200**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156,789.28** |

**A-S 76 HIGHWAY 290-BINGLE LP**
**C/O NEWQUEST PROPERTIES**
**8827 W SAM HOUSTON PARKWAY N**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,864.10** |

**A-S 76 HIGHWAY 290-BINGLE LP**
**C/O NEWQUEST PROPERTIES**
**8827 W SAM HOUSTON PARKWAY N**
**HOUSTON, TX 77040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135,178.92** |

**A-S 86 FM 1960-VETERANS MEMORIAL LP**
**C/O NEW QUEST PROPERTIES**
**8807 W. SAM HOUSTON PKWY. N. # 200**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,157.94** |

**A-S 86 FM 1960-VETERANS MEMORIAL LP**
**C/O NEW QUEST PROPERTIES**
**8807 W. SAM HOUSTON PKWY. N. # 200**
**HOUSTON, TX 77040**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.87**

**Nonpriority creditor's name and mailing address**
**A-S 86 FM 1960-VETERANS MEMORIAL LP**
**C/O NEW QUEST PROPERTIES**
**8807 W. SAM HOUSTON PKWY. N. # 200**
**HOUSTON, TX 77040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,420.05**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
**A-S 93 SH 130 - SH 45 LP**
**8827 W SAM HOUSTON PKWY N**
**SUITE 200**
**HOUSTON, TX 77040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$162,252.21**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
**A-S 93 SH 130 - SH 45 LP**
**8827 W SAM HOUSTON PKWY N**
**SUITE 200**
**HOUSTON, TX 77040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$110,626.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
**AAA PLUMBERS CORP.**
**ATTN: DEBRA REED**
**PO BOX 40291**
**HOUSTON, TX 77240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,766.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
**AAA STEAM & SAUNA INC.**
**ATTN: CAROL**
**8476 PEARL STREET**
**THORNTON, CO 80229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$19,006.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**
**AAA STEAM & SAUNA INC.**
**ATTN: CAROL**
**8476 PEARL STREET**
**THORNTON, CO 80229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$17,817.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**
**ABC LOCKSMITHS INC**
**9684 FOOTHILL BLVD**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$989.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |
|---|---|---|---|

**ABM ONSITE SERVICES- WEST INC**
**ATTN: SUSAN KIM**
**1150 S OLIVE STREET FLOOR 19**
**LOS ANGELES, CA 90015**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Parking__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,056.67** |
|---|---|---|---|

**ABM PARKING SERVICES**
**ATTN: SHAMELA DACOSTA**
**14201 FRANKLIN AVE**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,171.00** |
|---|---|---|---|

**ABM PARKING SERVICES**
**ATTN: SHAMELA DACOSTA**
**14201 FRANKLIN AVE**
**TUSTIN, CA 92780**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Parking__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,794.21** |
|---|---|---|---|

**ABORN SQUARE SHOPPING CENTER**
**C/O:PORTFOLIO REALTY MGMT**
**4020 MOORPARK AVENUE**
**SAN JOSE, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123,572.83** |
|---|---|---|---|

**ABORN SQUARE SHOPPING CENTER**
**C/O:PORTFOLIO REALTY MGMT**
**4020 MOORPARK AVENUE**
**SAN JOSE, CA 95117**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$524,024.84** |
|---|---|---|---|

**ABP PEARL HIGHLANDS LLC**
**ATTN: A/R INBOX**
**MSC 61428**
**P.O. BOX 1300**
**HONOLULU, HI 96807-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,764.00** |
|---|---|---|---|

**ABP PEARL HIGHLANDS LLC**
**MSC 61428**
**P.O. BOX 1300**
**HONOLULU, HI 96807-1300**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,421.54**

**ABP PEARL HIGHLANDS LLC**
**MSC 61428**
**P.O. BOX 1300**
**HONOLULU, HI 96807-1300**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475,316.05**

**ABS RM LEASE OWNER LLC**
**ATTN: TRISTA EATON**
**4834 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,272.04**

**ABS RM LEASE OWNER LLC**
**BANK OF AMERICA/LOCKBOX SERVICES**
**4834 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,539.67**

**ACADEMY GLASS COMPANY INC**
**5070 SO. ARVILLE, STE #10**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$998.35**

**ACCESS ABLE DESIGNS**
**ATTN: ALLEN GARRETT**
**1260 LEXINGTON SQ SW**
**VERO BEACH, FL 32962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,886.59**

**ACCESS LIFTS OF HAWAII**
**1525 YOUNG STREET**
**HONOLULU, HI 96826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,845.36**

**ACCOUNTEMPS**
**ATTN: GIRLIE FORTUNO**
**PO BOX 743295**
**LOS ANGELES, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261,960.69**

**ACD ENTERPRISES LLC**
**4633 OLD IRONSIDES DRIVE**
**SUITE 100**
**SANTA CLARA, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,560.47**

**ACD ENTERPRISES LLC**
**4633 OLD IRONSIDES DRIVE**
**SUITE 100**
**SANTA CLARA, CA 95054**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,120.50**

**ACE PARKING III LLC**
**ACE PARKING MANAGEMENT INC**
**ATTN: ZACH WILCOX**
**BELLEVUE, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,990.00**

**ACE PARKING INC.**
**ATTN: ASHLEY**
**645 ASH STREET**
**SAN DIEGO, CA 92101-3211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,673.19**

**ACI - SAN RAMON**
**610 ALADDIN AVENUE**
**SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,257.40**

**ACS SOLAR LLC**
**P.O. BOX 399179**
**SAN FRANCISCO, CA 94139-9179**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,577.39**

**ACTION CARTING**
**PO BOX 2698**
**NEWARK, NJ 07114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.115** | Nonpriority creditor's name and mailing address
**ACTION CARTING**
**PO BOX 2698**
**NEWARK, NJ 07114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$169.60**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address
**ACTION FIRE PROS**
**PO BOX 797**
**WAXAHACHIE, TX 75168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$15.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address
**ACTIVE DISPOSAL SERVICE INC**
**PO BOX 1115**
**SOMERVILLE, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,551.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address
**ADAM R VANDERYACHT**
**1889 MILL SPRINGS CMN**
**APT 111**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
**ADAMAX INC**
**ATTN: FEROUN KHAN**
**2360 ALVARADO STREET**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$3,391.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
**ADAMS COUNTY TREASURER**
**1879 MORRIS AVE**
**UNION, NJ 07083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$184,029.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
**ADAMS COUNTY TREASURER**
**P.O. BOX 869**
**BRIGHTON, CO 80601-0869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$10,770.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00**

**ADKINS NICHOLAS**
**4270 DUCK CREEK DR**
**BUILDING 13 APT 103**
**GARLAND, TX 75043**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260,774.67**

**ADOBE SYSTEMS INCORPORATED**
**ATTN: BECI HUNTING**
**75 REMITTANCE DRIVE**
**STE 1025**
**CHICAGO, IL 60675-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,047.26**

**ADOBE SYSTEMS INCORPORATED**
**ATTN: BECI HUNTING**
**75 REMITTANCE DRIVE**
**STE 1025**
**CHICAGO, IL 60675-1025**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,717,368.39**

**ADP CLIENT TRUST**
**PO BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CARES Act - FICA tax deferral**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$329,928.72**

**ADP CLIENT TRUST**
**ATTN: ADP SALES**
**PO BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,194.52**

**ADP CLIENT TRUST**
**PO BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,777.80**

**ADP CLIENT TRUST**
**PO BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2020 W-2 Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**                              Case number (if known)    **20-11561**
_____Name_____

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$51,893.50** |
|---|---|---|---|

**ADP SCREENING AND SELECTION
SERVICES INC
ATTN: KRISTYN MCQUEEN
301 REMINGTON STREET
FORT COLLINS, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,564.22** |
|---|---|---|---|

**ADPRO IMPRINT INC
ATTN: PETER DEMAREE
1206 RT 35 SOUTH
OCEAN, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,166.48** |
|---|---|---|---|

**ADSTREAM NORTH AMERICAN INC
ATTN: DANILO CAMPOS
PO BOX 74008348
CHICAGO, IL 60674-8348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28,897.00** |
|---|---|---|---|

**ADT SECURITY SERVICES
ACCOUNTS PAYABLE
PO BOX 371878
PITTSBURGH, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$18,884.33** |
|---|---|---|---|

**ADVANCE DISPLAYS
ATTN: CHAD LUCKING
139 E 3900 S
SALT LAKE CITY, UT 84107-1528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$576.48** |
|---|---|---|---|

**ADVANCED DISPOSAL
PO BOX 6484
CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$60.62** |
|---|---|---|---|

**ADVANCED DISPOSAL
PO BOX 6484
CAROL STREAM, IL 60197**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.136**

**Nonpriority creditor's name and mailing address**
ADVANCED FIRE AND SECURITY INC
2780 GATEWAY DRIVE
POMPANO BEACH, FL 33069

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$353.10

---

**3.137**

**Nonpriority creditor's name and mailing address**
AEA INVESTORS LP
666 FIFTH AVENUE
36TH FLOOR
NEW YORK, NY 10103

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

$33,500.00

---

**3.138**

**Nonpriority creditor's name and mailing address**
AG UPLAND LLC
9595 WILSHIRE BLVD
STE 700
BEVERLY HILLS, CA 90212

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$167,069.58

---

**3.139**

**Nonpriority creditor's name and mailing address**
AG UPLAND LLC
9595 WILSHIRE BLVD
STE 700
BEVERLY HILLS, CA 90212

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

$2,986.11

---

**3.140**

**Nonpriority creditor's name and mailing address**
AGGDATA
ATTN: AMY O'CONNOR
310 EAST SHORE ROAD
SUITE 302
GREAT NECK, NY 11023

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$297.00

---

**3.141**

**Nonpriority creditor's name and mailing address**
AGRE RIVER BRIDGE OWNER LLC
ATTN: CATHY YODER
C/O AGRE SPRINGS PLAZA OWNER LLC
PO BOX 865803
ORLANDO, FL 32886-5803

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$168,986.52

---

**3.142**

**Nonpriority creditor's name and mailing address**
AGREE LITTLETON CO LLC
70 EAST LONG LAKE ROAD
BLOOMFIELD HILLS, MI 48304

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$182,856.46

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,962.25**

AGREE LITTLETON CO LLC
70 EAST LONG LAKE ROAD
BLOOMFIELD HILLS, MI 48304

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,119.06**

AHERN RENTAL CENTERS INC.
PO BOX 271390
LAS VEGAS, NV 89127-1390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,131.64**

AIR PERFORMANCE HVAC INC
ATTN: RICHARD STRLE
38625 6TH STREET EAST
PALMDALE, CA 93550

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217,304.29**

AIR PERFORMANCE HVAC INC
ATTN: RICHARD STRLE
38625 6TH STREET EAST
PALMDALE, CA 93550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,441.40**

AIR PERFORMANCE HVAC INC
ATTN: RICHARD STRLE
38625 6TH STREET EAST
PALMDALE, CA 93550

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,661.20**

AKAMAI TECHNOLOGIES INC
ATTN: BILLING SUPPORT CENTER
PO BOX 26590
NEW YORK, NY 10087-6590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.17**

ALAMEDA COUNTY WATER DISTRICT
P.O. BOX 45676
SAN FRANCISCO, CA 94145-0676

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.67** |
|---|---|---|---|

**ALARMCO INC**
**2007 LAS VEGAS BLVD. SOUTH**
**LAS VEGAS, NV 89104-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,526.09** |
|---|---|---|---|

**ALBEE PROPERTIES LLC**
**ATTN: KEVIN SYMONS**
**CAPS PROPERTY SERVICES**
**26741 PORTOLA PKWY**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,167.75** |
|---|---|---|---|

**ALBEE PROPERTIES LLC**
**ATTN: KEVIN SYMONS**
**CAPS PROPERTY SERVICES**
**26741 PORTOLA PKWY**
**FOOTHILL RANCH, CA 92610**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Real Property Tax**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.29** |
|---|---|---|---|

**ALERT ALARM HAWAII**
**ATTN: GERRY WONDRASEK**
**2668 WAIWAI LOOP**
**HONOLULU, HI 96819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,464.79** |
|---|---|---|---|

**ALESSANDRO GROUP LLC**
**730 EL CAMINO WAY**
**SUITE 200**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,786.37** |
|---|---|---|---|

**ALESSANDRO GROUP LLC**
**3070 MYERS ST**
**RIVERSIDE, CA 92503**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Real Property Tax**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,069.63** |
|---|---|---|---|

**ALKITSA INVESTMENTS LIMITED INC**
**C/O PALICO INC**
**11811 NORTH FREEWAY**
**HOUSTON, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,873.58**

**ALKITSA INVESTMENTS LIMITED INC**
**C/O PALICO INC**
**11811 NORTH FREEWAY**
**HOUSTON, TX 77060**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,995.20**

**ALL CAL GLASS**
**ATTN: HEATHER LARA**
**PO BOX 1440**
**LINDEN, CA 95236**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.98**

**ALL STATES BUENA PARK SERVICES**
**C/O PROCESSING CENTER**
**PO BOX 900**
**NORTH SCITUATE, RI 02857**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.55**

**ALL STATES BUENA PARK SERVICES**
**C/O PROCESSING CENTER PO BOX 900,**
**NORTH SCITUATE, RI 02857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163,434.23**

**ALLEN FITNESS LP**
**C/O TITUS PROPERTIES**
**1748 W. KATELLA AVE. # 206**
**ORANGE, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,285.98**

**ALLEN FITNESS LP**
**C/O TITUS PROPERTIES**
**1748 W. KATELLA AVE. # 206**
**ORANGE, CA 92867**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unbilled CIP Increases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,635.24**

**ALLEN FITNESS LP**
**C/O TITUS PROPERTIES**
**1748 W. KATELLA AVE. # 206**
**ORANGE, CA 92867**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.164**

**Nonpriority creditor's name and mailing address**
**ALLEN,DONALD E**
**9437 DANBURY ST**
**CYPRESS, CA 90630**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,250.31**

---

**3.165**

**Nonpriority creditor's name and mailing address**
**ALLTEX GLASS CO. INC.**
**ATTN: DEE BOKEMEYER**
**15047 TALLSHADOWS DR**
**SUITE G**
**HOUSTON, TX 77032-2815**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$16,876.74**

---

**3.166**

**Nonpriority creditor's name and mailing address**
**ALLTEX GLASS CO. INC.**
**ATTN: DEE BOKEMEYER**
**15047 TALLSHADOWS DR**
**SUITE G**
**HOUSTON, TX 77032-2815**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$5,900.00**

---

**3.167**

**Nonpriority creditor's name and mailing address**
**ALMADEN**
**ATTN: ANDREAS QUVANG JPSON**
**2549 SCOTT BOULEVARD**
**SANTA CLARA, CA 95050**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,877.75**

---

**3.168**

**Nonpriority creditor's name and mailing address**
**ALMADEN FITNESS LP**
**C/O TITUS PROPERTIES LLC**
**1748 W KATELLA AVE SUITE 206**
**ORANGE, CA 92867**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$27,532.93**

---

**3.169**

**Nonpriority creditor's name and mailing address**
**ALORICA INC**
**ATTN: TOM SILZELL**
**5161 CALIFORNIA AVE**
**SUITE 100**
**IRVINE, CA 92617**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$275,292.84**

---

**3.170**

**Nonpriority creditor's name and mailing address**
**ALORICA INC**
**ATTN: TOM SILZELL**
**5161 CALIFORNIA AVE**
**SUITE 100**
**IRVINE, CA 92617**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$177,310.10**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$761.08**

**ALPHA GLASS AND MIRROR COMPANY INC**
**ATTN: MICKEY**
**8901 SOVEREIGN ROW**
**DALLAS, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,295.02**

**ALTADENA LINCOLN CROSSING LLC**
**210 S ORANGE GROVE BLVD**
**PASADENA, CA 91105**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,676.97**

**AMBIUS**
**PO BOX 14086**
**READING, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260,154.83**

**AMCAP AUSTIN BLUFFS LLC**
**ATTN: BRENDA SOPER**
**C/O AMCAP INC.**
**333 LUDLOW STREET 8TH FLOOR**
**STAMFORD, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166,915.38**

**AMCAP DENVER LIMITED PARTNERSHIP**
**JP MORGAN CHASE**
**ATTN: LBX ADLP-U&A LL #915072**
**DALLAS, TX 75391-5072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,767.75**

**AMCAP DENVER LIMITED PARTNERSHIP**
**JP MORGAN CHASE**
**ATTN: LBX ADLP-U&A LL #915072**
**DALLAS, TX 75391-5072**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,305.86**

**AMCAP DENVER LIMITED PARTNERSHIP**
**JP MORGAN CHASE**
**ATTN: LBX ADLP-U&A LL #915072**
**DALLAS, TX 75391-5072**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361,799.70**

**AMCAP TIFFANY LLC**
**950 SOUTH CHERRY STREET**
**SUITE 1120**
**DENVER, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,701.38**

**AMCAP TIFFANY LLC**
**950 SOUTH CHERRY STREET**
**SUITE 1120**
**DENVER, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,873.33**

**AMCAP TIFFANY LLC**
**950 SOUTH CHERRY STREET**
**SUITE 1120**
**DENVER, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154,310.40**

**AMERICAN DAWN, INC.**
**ATTN: ELSIE BEN**
**P.O. BOX 513295**
**LOS ANGELES, CA 90051-3295**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187,180.64**

**AMERICAN WHOLESALE LIGHTING, INC.**
**ATTN: DAISY QUESDA**
**1725 RUTAN DR.**
**LIVERMORE, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,432.88**

**AMERIT CONSULTING INC**
**4000 EXECUTIVE PARKWAY**
**SUITE 240**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AMIE M BORING**
**3308 BELLE LN**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,802.26** |
|---|---|---|---|

**AMP PRINTING INC**
**ATTN: CATHY ROBISON**
**P.O. BOX 8411**
**PASADENA, CA 91109-8411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,853.28** |
|---|---|---|---|

**AMPLITUDE INC**
**ATTN: HENRY LUO**
**631 HOWARD STREET**
**FLOOR 5**
**SAN FRANCISCO, CA 94105-3934**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AMY B WAGNER**
**833 YORK STREET APT 2**
**OAKLAND, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,971.00** |
|---|---|---|---|

**AN ALLIED UNIVERSAL COMPANY**
**ATTN: ANDREW TRINGALI**
**1731 TECHNOLOGY DRIVE**
**SUITE 800**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.00** |
|---|---|---|---|

**AN ALLIED UNIVERSAL COMPANY**
**ATTN: ANDREW TRINGALI**
**1731 TECHNOLOGY DRIVE**
**SUITE 800**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216,132.93** |
|---|---|---|---|

**ANAHEIM GATEWAY LLC**
**ATTN: LEAH KORNICKEY**
**C/O ROBERTSON PROPERTIES GROUP**
**120 N. ROBERTSON BLVD.**
**LOS ANGELES, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.191**

**Nonpriority creditor's name and mailing address**

ANAHEIM GATEWAY LLC
ATTN: LEAH KORNICKEY
C/O ROBERTSON PROPERTIES GROUP
120 N. ROBERTSON BLVD.
LOS ANGELES, CA 90048

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$2,359.55**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.192**

**Nonpriority creditor's name and mailing address**

ANAPLAN INC
50 HAWTHORNE ST
SAN FRANCISCO, CA 94105

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$69,000.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.193**

**Nonpriority creditor's name and mailing address**

ANDRAS P DALLOS
3112 CAMDON CT
PLEASANTON, CA 94588

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.194**

**Nonpriority creditor's name and mailing address**

ANDREW G DEWEY
4817 ALGONQUIN CT
SAN DIEGO, CA 92130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualified Deferred Compensation Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.195**

**Nonpriority creditor's name and mailing address**

ANG LI
4413 SHOREPOINTE WAY
SAN DIEGO, CA 92130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**

ANGULO DANIEL
3007 GEHLAR RD NW APT 1010
SALEM, OR 97304

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$46.37**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.197**

**Nonpriority creditor's name and mailing address**

ANKENY RYAN
79918 SWANSEA
INDIO, CA 92203

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$92.80**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.198**

**Nonpriority creditor's name and mailing address**
ANKURA CONSULTING GROUP LLC
ATTN: DONALD LEHMAN
P.O. BOX 74007073
CHICAGO, IL 60674-7043

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$467.50**

---

**3.199**

**Nonpriority creditor's name and mailing address**
ANNAPOLIS TOWNE CENTER AT PAROLE
LLC
PRLHCANNAPOLIS TWNCNTR PAROLE
162302
NEW YORK, NY 10087

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$649,343.56**

---

**3.200**

**Nonpriority creditor's name and mailing address**
ANTELLOPE VALLEY HOSPITAL
P.O. BOX 512869
LOS ANGELES, CA 90051

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,453.00**

---

**3.201**

**Nonpriority creditor's name and mailing address**
ANTELOPE MARKETPLACE STATION LLC
ATTN: KIMBERLY KINMAN
PO BOX 851314
MINNEAPOLIS, MN 55485-1314

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$196,562.66**

---

**3.202**

**Nonpriority creditor's name and mailing address**
ANTELOPE MARKETPLACE STATION LLC
PO BOX 851314
MINNEAPOLIS, MN 55485-1314

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$47,731.93**

---

**3.203**

**Nonpriority creditor's name and mailing address**
ANTELOPE VALLEY MALL LLC
ATTN: CARLA BOHN
222 N. SEPULVEDA BLVD
SUITE 2350
EL SEGUNDO, CA 90245

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,066.97**

---

**3.204**

**Nonpriority creditor's name and mailing address**
ANTHONY J UEBER
2207 HARTLAND ROAD
FRANKLIN, TN 37069

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **24 Hour Fitness USA, Inc.**                           Case number (if known)   **20-11561**

Name

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,469.66 |
|---|---|---|---|

**ANTHONY M FERNICOLA**
**C/O FERNICOLA DELEWARE, LLC**
**801 ARNOLD AVENUE**
**POINT PLEASANT BEACH, NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,487.77 |
|---|---|---|---|

**ANTHONY M FERNICOLA**
**C/O FERNICOLA DELEWARE, LLC**
**801 ARNOLD AVENUE**
**POINT PLEASANT BEACH, NJ 08742**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.27 |
|---|---|---|---|

**APPCAST INC**
**ATTN: ROSE BROWN**
**PO BOX 392472**
**PITTSBURGH, PA 15251-9472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,186.89 |
|---|---|---|---|

**APPLE VALLEY RANCHOS WATER**
**COMPANY**
**PO BOX 7005**
**APPLE VALLEY, CA 92307**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,904.68 |
|---|---|---|---|

**APRIVA LLC**
**ATTN: MARIA HARGRAVE**
**7600 N 16TH ST**
**STE 230**
**PHOENIX, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,426.03 |
|---|---|---|---|

**APRIVA LLC**
**7600 N 16TH ST**
**STE 230**
**PHOENIX, AZ 85020**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vending Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,332.30 |
|---|---|---|---|

**ARAPAHOE COUNTY TREASURER**
**ATTN: CHARLOTTE WELLS**
**P.O. BOX 571**
**LITTLETON, CO 80160-0571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.212**

**Nonpriority creditor's name and mailing address**
**ARAPAHOE COUNTY TREASURER**
**P.O. BOX 571**
**LITTLETON, CO 80160-0571**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,164.00**

---

**3.213**

**Nonpriority creditor's name and mailing address**
**ARC HRPWOTX001 LP**
**ATTN: TERESA HUFFAKER**
**ID: 065737**
**P O BOX 847390**
**DALLAS, TX 75284-7390**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$289,378.98**

---

**3.214**

**Nonpriority creditor's name and mailing address**
**ARC PTSCHIL001 LLC**
**38 WASHINGTON SQUARE**
**NEWPORT, RI 02840**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,981.35**

---

**3.215**

**Nonpriority creditor's name and mailing address**
**ARC PTSCHIL001 LLC**
**ATTN: KATIE DAVIS**
**38 WASHINGTON SQUARE**
**NEWPORT, RI 02840**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,067.86**

---

**3.216**

**Nonpriority creditor's name and mailing address**
**ARC PTSCHIL001 LLC**
**38 WASHINGTON SQUARE**
**NEWPORT, RI 02840**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Rent accrual**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,625.00**

---

**3.217**

**Nonpriority creditor's name and mailing address**
**ARC PTSCHIL001 LLC**
**38 WASHINGTON SQUARE**
**NEWPORT, RI 02840**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$206.22**

---

**3.218**

**Nonpriority creditor's name and mailing address**
**ARCADIA ROOFING COMPANY LLC**
**ATTN: PATTY HERNANDEZ**
**2632 CHALK HILL ROAD**
**DALLAS, TX 75212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$744.76**

---

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number (if known) **20-11561**

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |
|---|---|---|---|

**3.219** Nonpriority creditor's name and mailing address
**ARENS ELECTRIC INC.**
**ATTN: AMY ARENS**
**4735 SO. SANTA FE CR.**
**ENGLEWOOD, CO 80110-6468**

As of the petition filing date, the claim is: Check all that apply.  **$155.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address
**ARIAS LUGO JOHANNY**
**3618 IRWIN AVE**
**BRONX, NY 10463**

As of the petition filing date, the claim is: Check all that apply.  **$174.19**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** Nonpriority creditor's name and mailing address
**ARIZONA DEPARTMENT OF REVENUE**
**P.O. BOX 29079**
**PHOENIX, AZ 85038-9079**

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **State of Arizona Income Tax**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** Nonpriority creditor's name and mailing address
**ARK LOCK & KEY**
**ATTN: MICHAEL HURSH**
**PO BOX 4661**
**ANTIOCH, CA 94509**

As of the petition filing date, the claim is: Check all that apply.  **$1,349.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address
**ARLINGTON UTILITIES**
**P.O. BOX 90020**
**ARLINGTON, TX 76004-3020**

As of the petition filing date, the claim is: Check all that apply.  **$2,364.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address
**ARLINGTON UTILITIES**
**P.O. BOX 90020**
**ARLINGTON, TX 76004-3020**

As of the petition filing date, the claim is: Check all that apply.  **$772.50**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address
**ARNOLD SCHLESINGER**
**9595 WILSHIRE BLVD**
**SUITE 710**
**BEVERLY HILLS, CA 90212**

As of the petition filing date, the claim is: Check all that apply.  **$155,200.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,262.35** |
|---|---|---|---|

**ARROWHEAD MOUNTAIN SPRING WATER**
**375 PARAMOUNT DRIVE**
**RAYNHAM, MA 02767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Trade Related_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.00** |
|---|---|---|---|

**ARROYO PLUMBING AND DRAIN INC**
**ATTN: MATT PATRICK**
**650 LINCOLN AVE**
**SUITE D**
**SAN JOSE, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Trade Related_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.08** |
|---|---|---|---|

**ASAP SECURITY SERVICES**
**ATTN: JEFF ENLOW**
**8713 FALLBROOK DR.**
**HOUSTON, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Trade Related_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,611.00** |
|---|---|---|---|

**ASCAP**
**21678 NETWORK PLACE**
**CHICAGO, IL 60673-1216**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _License fee_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,523,776.60** |
|---|---|---|---|

**AT KEARNEY INC**
**ATTN: JOHN FIORENTINO**
**227 WEST MONROE STREET**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Trade Related_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,773.72** |
|---|---|---|---|

**AT&T**
**P.O. BOX 22111**
**TULSA, OK 74121-2111**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Telecom_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$890.99** |
|---|---|---|---|

**AT&T**
**P.O. BOX 22111**
**TULSA, OK 74121-2111**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** _Telecom_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.233** | **Nonpriority creditor's name and mailing address**
**AT&T SUMMARY**
**PAYMENT CENTER**
**SACRAMENTO, CA 95887-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$9,705.88**

---

**3.234** | **Nonpriority creditor's name and mailing address**
**AT&T WI FI SERVICES**
**PO BOX 5005**
**CAROL STREAM, IL 60197-5005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,125.76**

---

**3.235** | **Nonpriority creditor's name and mailing address**
**ATHENS SERVICES, CA**
**14048 VALLEY BLVD.**
**CITY OF INDUSTRY, CA 91716-0009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$11,615.52**

---

**3.236** | **Nonpriority creditor's name and mailing address**
**ATHENS SERVICES, CA**
**14048 VALLEY BLVD.**
**CITY OF INDUSTRY, CA 91716-0009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,095.97**

---

**3.237** | **Nonpriority creditor's name and mailing address**
**ATHENS SERVICES, CA**
**14048 VALLEY BLVD.**
**CITY OF INDUSTRY, CA 91716-0009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$474.52**

---

**3.238** | **Nonpriority creditor's name and mailing address**
**ATLANTIC TIMES SQUARE II LLC**
**ATTN: VICTORIA LAM**
**411 E. HUNTINGTON DRIVE**
**UNIT 305**
**ARCADIA, CA 91006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$235,778.19**

---

**3.239** | **Nonpriority creditor's name and mailing address**
**ATLANTIC TIMES SQUARE II LLC**
**ATTN: VICTORIA LAM**
**411 E. HUNTINGTON DRIVE**
**UNIT 305**
**ARCADIA, CA 91006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$32,807.51**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

**ATLAS CRANE INC**
**ATTN: ERIC LARIVIERE**
**3120 N NELLIS BLVD**
**LAS VEGAS, NV 89115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$420.00**

**ATLAS CRANE INC**
**ATTN: ERIC LARIVIERE**
**3120 N NELLIS BLVD**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,803.39**

**ATLASSIAN PTY LTD**
**32151 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,663.73**

**ATMOS ENERGY/78108**
**1820 E. SKYHARBOR CIRCLE S.**
**PHOENIX, AZ 85034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,436.86**

**ATMOS ENERGY/78108**
**1820 E. SKYHARBOR CIRCLE S.**
**PHOENIX, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.45**

**ATMOS ENERGY/78108**
**1820 E. SKYHARBOR CIRCLE S.**
**PHOENIX, AZ 85034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136,988.35**

**ATOMIC INVESTMENTS INC.**
**3200 B4-2 HIGHLAND AVENUE**
**NATIONAL CITY, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.247**

**Nonpriority creditor's name and mailing address**
**ATOMIC INVESTMENTS INC.**
**3200 B4-2 HIGHLAND AVENUE**
**NATIONAL CITY, CA 91950**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,305.33**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**AURORA WATER**
**15151 E. ALAMEDA PARKWAY**
**AURORA, CO 80012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,114.01**

---

**3.249**

**Nonpriority creditor's name and mailing address**
**AURORA WATER**
**P.O. BOX 719117**
**DENVER, CO 80271-9117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,744.79**

---

**3.250**

**Nonpriority creditor's name and mailing address**
**AUSTIN POLICE DEPARTMENT**
**P.O. BOX 684279**
**AUSTIN, TX 78768-4279**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

**3.251**

**Nonpriority creditor's name and mailing address**
**AUSTIN POLICE DEPARTMENT**
**P.O. BOX 684279**
**AUSTIN, TX 78768-4279**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.90**

---

**3.252**

**Nonpriority creditor's name and mailing address**
**AUSTIN-TRAVIS COUNTY HEALTH**
**HUMAN SERVICES DEPARTMENT**
**ENVIRONMENTAL HEALTH SERVICES**
**DIVISION**
**AUSTIN, TX 78714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$302.52**

---

**3.253**

**Nonpriority creditor's name and mailing address**
**AV NOW INC**
**ATTN: KEN LYON**
**100 PIONEER ST**
**SUITE B**
**SANTA CRUZ, CA 95060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$336,562.84**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,166.84** |
|---|---|---|---|

**AV NOW INC**
**100 PIONEER ST**
**SUITE B**
**SANTA CRUZ, CA 95060**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,344.04** |
|---|---|---|---|

**AVERTIUM LLC**
**ATTN: CAROLYN VASKO**
**P.O. BOX 45756**
**BALTIMORE, MD 21297-5756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196,762.72** |
|---|---|---|---|

**AVG - AUSTIN LP**
**9595 WILSHIRE BOULEVARD STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,172.64** |
|---|---|---|---|

**AVG - AUSTIN LP**
**9595 WILSHIRE BOULEVARD STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,198.50** |
|---|---|---|---|

**AVG CHULA VISTA LLC**
**9595 WILSHIRE BLVD #700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366,777.35** |
|---|---|---|---|

**AVG CYPRESS LP**
**ATTN: LAURA GAY**
**PO BOX 844088**
**LOS ANGELES, CA 90084-4088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,919.93** |
|---|---|---|---|

**AVG CYPRESS LP**
**9595 WILSHIRE BLVD**
**STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.261** | **Nonpriority creditor's name and mailing address**
**AVG LAGUNA LLC**
**9595 WILSHIRE BLVD**
**SUITE 700**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$82,471.96**

---

**3.262** | **Nonpriority creditor's name and mailing address**
**AVG OAKLAND LLC**
**9595 WILSHIRE BLVD #700**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$243,441.50**

---

**3.263** | **Nonpriority creditor's name and mailing address**
**AVG OAKLAND LLC**
**9595 WILSHIRE BLVD #700**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$57,813.45**

---

**3.264** | **Nonpriority creditor's name and mailing address**
**AVG PARTNERS**
**ATTN: ARNOLD SCHLESINGER**
**9595 WILSHIRE BLVD  #700**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$151,895.90**

---

**3.265** | **Nonpriority creditor's name and mailing address**
**AVG PARTNERS**
**9595 WILSHIRE BL. STE 710**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$151,494.45**

---

**3.266** | **Nonpriority creditor's name and mailing address**
**AVG PARTNERS**
**9595 WILSHIRE BL. STE 710**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,753.06**

---

**3.267** | **Nonpriority creditor's name and mailing address**
**AVG PARTNERS**
**9595 WILSHIRE BL. STE 710**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,593.52**

---

Debtor    **24 Hour Fitness USA, Inc.**                                        Case number (if known)    **20-11561**
          Name

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,065.57** |

**AVG PARTNERS**
**9595 WILSHIRE BL. STE 710**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$244,343.04** |

**AVG PARTNERS I LLC**
**9595 WILSHIRE BLVD**
**STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169,522.11** |

**AVG PARTNERS I LLC**
**ATTN: LAURA GAY**
**9595 WILSHIRE BLVD**
**STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,310.91** |

**AVG PARTNERS I LLC**
**9595 WILSHIRE BLVD**
**STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,650.21** |

**AVG PARTNERS I LLC**
**9595 WILSHIRE BLVD**
**STE 700**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97,567.67** |

**AVG PUYALLUP LLC**
**ATTN: LAMMIE HERTZ**
**9595 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,398.81** |

**AVG PUYALLUP LLC**
**9595 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **24 Hour Fitness USA, Inc.**    Case number (if known) **20-11561**
Name

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285,956.90 |

**3.275** | Nonpriority creditor's name and mailing address
AVI RESTORATION
ATTN: JERRY RODRIGUEZ
1439 W. CHAPMAN AVE
# 52
ORANGE, CA 92868

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$285,956.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address
AVI RESTORATION
1439 W. CHAPMAN AVE
# 52
ORANGE, CA 92868

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$54,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address
AVI RESTORATION
1439 W. CHAPMAN AVE
# 52
ORANGE, CA 92868

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$10,175.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address
AXIOM CONSTRUCTION COMPANY LLC
ATTN: BRIAN MELTON
1219 WUNSCHE LOOP
SPRING, TX 77373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$4,210,514.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address
AXIOM CONSTRUCTION COMPANY LLC
ATTN: BRIAN MELTON
1219 WUNSCHE LOOP
SPRING, TX 77373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$15,470.40**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address
AXIOM CONSTRUCTION COMPANY LLC
ATTN: BRIAN MELTON
1219 WUNSCHE LOOP
SPRING, TX 77373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$8,260.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address
AXIOM CONSTRUCTION COMPANY, LLC
1219 WUNSCHE LOOP
SPRING, TX 77373

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$1,146,011.40**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **24 Hour Fitness USA, Inc.**                                          Case number (*if known*)   **20-11561**
Name

| | | |
|---|---|---|
| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.282**

**Nonpriority creditor's name and mailing address**
**AYOOB AND PEERY PLUMBING CO., INC**
**ATTN: JOHN MCHUGH**
**975 INDIANA STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$2,384.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**
**BAI PARK PLACE LP**
**C/O BON AVIV INVESTMENTS LLC**
**720 E. PALISADE AVENUE**
**ENGLEWOOD CLIFFS, NJ 07632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$105,349.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**
**BAI PARK PLACE LP**
**PO BOX 713641**
**CINCINNATI, OH 45271**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$9,960.33**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**
**BALAZS FITNESS**
**ATTN: BRIAN DEMARIS**
**625 TODD ROAD**
**HONEY BROOK, PA 19344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$9,252.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**
**BALLY TOTAL FITNESS CORPORATION**
**8700 WEST BRYN  MAWR AVENUE**
**CHICAGO, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$756,669.29**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Bally's  Certificate of Occupancy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**
**BALLY TOTAL FITNESS CORPORATION**
**8700 WEST BRYN  MAWR AVENUE**
**CHICAGO, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$2,563.01**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288**

**Nonpriority creditor's name and mailing address**
**BALLYBRACK GROUP LLC**
**1050 RALSTON AVENUE**
**BELMONT, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$239,229.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,586.70**

**BALLYBRACK GROUP LLC**
**C/O WOODMONT REAL STATE SERVICES**
**1000 RALSTON AVE**
**BELMONT, CA 94002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$984.39**

**BALTIMORE GAS AND ELECTRIC**
**PO BOX 13070**
**C/O CONSTELLATION ENERGY GROUP**
**PHILADELPHIA, PA 19101-3070**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**BARTER HOUSE PRODUCTIONS INC**
**ATTN: NICOLE HAVRE**
**1026 E ELMWOOD AVE**
**BURBANK, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,118.84**

**BASSER KAUFMAN REAL ESTATE PTRS**
**LLC**
**151 IRVING PLACE**
**WOODMERE, NY 11598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,081.18**

**BASSER KAUFMAN REAL ESTATE PTRS**
**LLC**
**151 IRVING PLACE**
**WOODMERE, NY 11598**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.99**

**BASSER KAUFMAN REAL ESTATE PTRS**
**LLC**
**151 IRVING PLACE**
**WOODMERE, NY 11598**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,725.00**

**BAY AREA BIN SUPPORT**
**PO BOX 5593**
**SOUTH SAN FRANCISCO, CA 94083-5593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**                     Case number (*if known*)   **20-11561**
_____Name_____

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,026.33** |
|---|---|---|---|

**BAY WIDE GLASS, INC**
**ATTN: DANIEL BONVIC**
**P.O. BOX 2089**
**SAN RAMON, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**BEDFORD POLICE DEPARTMENT**
**RECORDS DIVISION**
**2121 L DON DODSON DR**
**BEDFORD, TX 76021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.08** |
|---|---|---|---|

**BEKHALO ALEXANDER**
**1271 BOYNTON ST**
**APT 12**
**GLENDALE, CA 91205**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Expense Reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,861.32** |
|---|---|---|---|

**BELLEVUE PACIFIC LLC**
**C/O JSH PROPERTIES INC**
**10655 NE 4TH STREET**
**BELLEVUE, WA 98004**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202,846.68** |
|---|---|---|---|

**BELMAR COMMERCIAL OWNER L P**
**ATTN: LARY HERKAL**
**LOCKBOX SERVICES 912904**
**MAC C7301-L25**
**DENVER, CO 80274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,318.08** |
|---|---|---|---|

**BELMAR COMMERCIAL OWNER L P**
**ATTN: LARY HERKAL**
**LOCKBOX SERVICES 912904**
**MAC C7301-L25**
**DENVER, CO 80274**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Real Property Tax**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$616.45** |
|---|---|---|---|

**BELMAR COMMERCIAL OWNER L P**
**ATTN: LARY HERKAL**
**LOCKBOX SERVICES 912904**
**MAC C7301-L25**
**DENVER, CO 80274**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BENJAMIN C RANDALL**
**3069 TAHOE PL**
**SAN RAMON, CA 94582**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Non-Qualifed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BENJAMIN J CAMPER**
**727 LONGFELLOW AVE**
**HERMOSA BEACH, CA 90254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Non-Qualifed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$268,514.65** |
|---|---|---|---|

**BERKADIA COMMERCIAL MORTGAGE LLC**
**521 FIFTH AVENUE**
**20TH FLOOR**
**NEW YORK, NY 10175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101,471.72** |
|---|---|---|---|

**BERKADIA COMMERCIAL MORTGAGE LLC**
**521 FIFTH AVENUE**
**20TH FLOOR**
**NEW YORK, NY 10175**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89,194.67** |
|---|---|---|---|

**BETTY JEAN LOUIE III LIMITED**
**PARTNERSHIP**
**667 GRANT AVE**
**SAN FRANCISCO, CA 94108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,430.70** |
|---|---|---|---|

**BHF A CALIFORNIA LIMITED PARTNERSHIP**
**C/O TITUS PROPERTIES, LLC**
**1748 W. KATELLA AVE., STE. 206**
**ORANGE, CA 92867**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,439.32** |
|---|---|---|---|

**BHF A CALIFORNIA LIMITED PARTNERSHIP**
**C/O TITUS PROPERTIES, LLC**
**1748 W. KATELLA AVE., STE. 206**
**ORANGE, CA 92867**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,606.88**

**BINSWANGER GLASS**
ATTN: JIMMY HANCZOR
PO BOX 679331
DALLAS, TX 75267-9331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,544.90**

**BIO-ENGINEERED SUPPLEMENTS &
NUTRITION**
ATTN: PAUL LISIECKI
PO BOX 934667
ATLANTA, GA 31193-4667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,336.00**

**BIONUTRITIONAL RESEARCH GROUP**
ATTN: JENNIFER PERA
6 MORGAN
SUITE 100
IRVINE, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,704.21**

**BLACK CHERRY LLC**
DEPT 101010-20560-210
P.O. BOX 532614
ATLANTA, GA 30353-2614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$422.71**

**BLACK HILLS ENERGY**
PO BOX 6001
RAPID CITY, SD 57709-6001

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**BLAISDELL CURTIS**
4209 BLACKTON DR
LA MESA, CA 91941

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.37**

**BLANCO SAMANTHA**
659 N HELIOTROPE DR #4
LOS ANGELES, CA 90004

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,746.66**

**BLUE SHIELD OF CALIFORNIA**
**P.O. BOX 272560**
**CHICO, CA 95927-2560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,938.92**

**BLUIP INC**
**410 S RAMPART BLVD**
**SUITE 460**
**LAS VEGAS, NV 89145**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Telecom**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,444.45**

**BMS REALTY COMPANY LLC**
**100 CEDAR AVE**
**HEWLETT BAY PARK, NY 11557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.89**

**BOARD OF WATER SUPPLY**
**CITY AND COUNTY OF HONOLULU**
**630 SOUTH BERETANIA STREET**
**HONOLULU, HI 96813**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**BOROUGH OF HASBROUCK HEIGHTS**
**ATTN: FIRE PREVENTION BUREAU**
**248 HAMILTON AVE**
**HASBROUCK HEIGHTS, NJ 07604**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,330.16**

**BOROWIDE RECYCLING**
**3 RAILROAD PLACE**
**MASPETH, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.56**

**BOSSANO DANIEL**
**2030 S OCEAN DR**
**APT 417**
**HALLANDALE BEACH, FL 33009-6606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.324**

**Nonpriority creditor's name and mailing address**
**BOULDER COUNTY TREASURER**
**P.O. BOX 471**
**BOULDER, CO 80306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$25,342.00**

---

**3.325**

**Nonpriority creditor's name and mailing address**
**BOULDER COUNTY TREASURER**
**P.O. BOX 471**
**BOULDER, CO 80306**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,483.82**

---

**3.326**

**Nonpriority creditor's name and mailing address**
**BOX 24 STUDIO**
**ATTN: DAN SPITZ**
**945 LAKE STREET**
**VENICE, CA 90291**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$18,000.00**

---

**3.327**

**Nonpriority creditor's name and mailing address**
**BP-CGCENTER I LLC**
**P.O.BOX 419003**
**BOSTON, MA 02241-9003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$647,686.35**

---

**3.328**

**Nonpriority creditor's name and mailing address**
**BP-CGCENTER I LLC**
**P.O.BOX 419003**
**BOSTON, MA 02241-9003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$70,907.03**

---

**3.329**

**Nonpriority creditor's name and mailing address**
**BPI SPORTS LLC**
**ATTN: CHRIS MACKENZIE**
**3149 SW 42ND ST**
**SUITE 200**
**HOLLYWOOD, FL 33312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$44,280.00**

---

**3.330**

**Nonpriority creditor's name and mailing address**
**BRACERO KRISTIAN**
**910 SPRING HARVEST CT**
**ORLANDO, FL 32828**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$16.10**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,405.68**

**BRADSHAW CORPORATE PLAZA**
**9857 HORN ROAD**
**SACRAMENTO, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,122.08**

**BRADSHAW CORPORATE PLAZA**
**9857 HORN ROAD**
**SACRAMENTO, CA 95827**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,354.00**

**BRAZORIA COUNTY TAX**
**ASSESSOR-COLLECTOR**
**RO'VIN GARRETT RTA**
**PO BOX 1586**
**LAKE JACKSON, TX 77566**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,455.42**

**BRAZOS TC SOUTH-PARTNERSHIP D LP**
**ATTN: CASSANDRA BODO**
**8827 W SAM HOUSTON PARKWAY N**
**SUITE 200**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,401.42**

**BRAZOS TC SOUTH-PARTNERSHIP D LP**
**ATTN: CASSANDRA BODO**
**8827 W SAM HOUSTON PARKWAY N**
**SUITE 200**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,228.76**

**BRAZOS TC SOUTH-PARTNERSHIP D LP**
**ATTN: CASSANDRA BODO**
**8827 W SAM HOUSTON PARKWAY N**
**SUITE 200**
**HOUSTON, TX 77040**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$555,940.35**

**BRE DDR BR CORNERSTAR CO LLC**
**DEPT # 342012 - 25125 - 57742**
**P.O. BOX 205387**
**DALLAS, TX 75320-5387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.338** | Nonpriority creditor's name and mailing address
**BRE DDR BR CORNERSTAR CO LLC**
DEPT # 342012 - 25125 - 57742
P.O. BOX 205387
DALLAS, TX 75320-5387

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,298.94**

---

**3.339** | Nonpriority creditor's name and mailing address
**BRE DDR CROCODILE FALCON RIDGE**
ATTN: DEBBIE FULTZ
TWO CENTER II LLC
DEPT. 101010 21453 58890
CLEVELAND, OH 44193

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$296,184.06**

---

**3.340** | Nonpriority creditor's name and mailing address
**BRE DDR CROCODILE FALCON RIDGE**
ATTN: DEBBIE FULTZ
TWO CENTER II LLC
DEPT. 101010 21453 58890
CLEVELAND, OH 44193

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,626.97**

---

**3.341** | Nonpriority creditor's name and mailing address
**BRE DDR FLATACRES MARKERPLACE LLC**
ATTN: ANTHONY SASSANO
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH 44122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$54,113.60**

---

**3.342** | Nonpriority creditor's name and mailing address
**BRE DDR FLATACRES MARKERPLACE LLC**
ATTN: ANTHONY SASSANO
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH 44122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$28,449.33**

---

**3.343** | Nonpriority creditor's name and mailing address
**BRE DDR FLATACRES MARKERPLACE LLC**
ATTN: ANTHONY SASSANO
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH 44122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,867.77**

---

**3.344** | Nonpriority creditor's name and mailing address
**BRE RETAIL RESIDUAL OWNER 1, LLC**
C/O BRIXMOR PROPERTY GROUP, INC.
3901 BELLAIRE BOULEVARD
HOUSTON, TX 77025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$41,748.91**

---

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number (*if known*) **20-11561**

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,957.72

**BRENTWOOD HOLDING COMPANY**
**180 SOUTH SPRUCE AVENUE, #160**
**SOUTH SAN FRANCISCO, CA 94080**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,392.17

**BRENTWOOD HOLDING COMPANY**
**180 SOUTH SPRUCE AVENUE, #160**
**SOUTH SAN FRANCISCO, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRIAN L LOW**
**19304 MT. LASSEN DR**
**CASTRO VALLEY, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $434.78

**BRICOR ANALYTICAL, INCORPORATED**
**P.O. BOX 7333**
**PETALUMA, CA 94955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.33

**BRIGHT HOUSE NETWORKS - PASADENA**
**3849 SOLUTIONS CENTER**
**PASADENA, CA 91109-7174**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.80

**BRIGHT TORREY**
**8815 CORBIN AVE**
**NORTHRIDGE, CA 91324-3310**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360,756.87

**BRIGHTVIEW ENTERPRISES SOLUTIONS**
**LLC**
**ATTN: JEN MURRAY**
**3849 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,516.61** |
|---|---|---|---|

**BRINKS INCORPORATED**
**ATTN: KIM MEUSHAW**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,298.17** |
|---|---|---|---|

**BRINKS INCORPORATED**
**ATTN: KIM MEUSHAW**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**BRIONES, JUSTIN**
**1589 ORCHARD AVE**
**SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Severance_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,320.80** |
|---|---|---|---|

**BRITE FUTURE PLUMBING INC**
**ATTN: CANDY CORDERO**
**2041 SW 70TH AVENUE #D15**
**DAVIE, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224,145.77** |
|---|---|---|---|

**BRIXMOR GA APOLLO III TX LP**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645341**
**CINCINNATI, OH 45264-5341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,219.92** |
|---|---|---|---|

**BRIXMOR GA APOLLO III TX LP**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645341**
**CINCINNATI, OH 45264-5341**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Real Property Tax_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,346.08** |
|---|---|---|---|

**BRIXMOR HOLDINGS 1 SPE LLC**
**ATTN: JENNIFER THURSTON**
**ONE FAYETTE STREET**
**SUITE 150**
**CONSHOHOCKEN, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,379.60** |
|---|---|---|---|

**BRIXMOR HOLDINGS 1 SPE LLC**
**ATTN: JENNIFER THURSTON**
**ONE FAYETTE STREET**
**SUITE 150**
**CONSHOHOCKEN, PA 19428**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,136.37** |
|---|---|---|---|

**BRIXMOR HOLDINGS 12 SPE LLC**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645341**
**CINCINNATI, OH 45264-5341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,354.67** |
|---|---|---|---|

**BRIXMOR HOLDINGS 12 SPE LLC**
**ATTN: STEVEN SIEGAL**
**ONE FAYETTE STREET**
**SUITE 150**
**CONSHOHOCKEN, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,843.90** |
|---|---|---|---|

**BRIXMOR HOLDINGS 12 SPE LLC**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645341**
**CINCINNATI, OH 45264-5341**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,087.24** |
|---|---|---|---|

**BRIXMOR SPE 2 LLC**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645341**
**CINCINNATI, OH 45264-5341**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,904.00** |
|---|---|---|---|

**BROADWAY MEDICAL CLINIC LLP**
**4212 NE BROADWAY**
**PORTLAND, OR 97213**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Parking**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,832.02** |
|---|---|---|---|

**BROOKLYN YARD RETAIL**
**C/O KIDDER MATHEWS -16170**
**PO BOX 34860 DEPARTMENT 16190**
**SEATTLE, WA 98124-1860**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.366** | **Nonpriority creditor's name and mailing address**
**BROOKLYN YARD WATUMULL LLC**
**C/O KIDDER MATHEWS - DEPT-16170**
**PO BOX 34860**
**SEATTLE, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$320,751.52

---

**3.367** | **Nonpriority creditor's name and mailing address**
**BROOKLYN YARD WATUMULL LLC**
**C/O KIDDER MATHEWS - DEPT-16170**
**PO BOX 34860**
**SEATTLE, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

$181,045.82

---

**3.368** | **Nonpriority creditor's name and mailing address**
**BROWARD COUNTY REVENUE**
**COLLECTION**
**115 S ANDREWS AVENUE #A100**
**FT LAUDERDALE, FL 33301-1895**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Personal Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

$32,298.00

---

**3.369** | **Nonpriority creditor's name and mailing address**
**BROWN LARRY**
**8022 DURHAM RUN LN**
**RICHMOND, TX 77407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

$1,069.50

---

**3.370** | **Nonpriority creditor's name and mailing address**
**BROWN SIMS PC**
**1177 WEST LOOP SOUTH, 10TH FLOOR**
**HOUSTON, TX 77027-9007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

$12,994.69

---

**3.371** | **Nonpriority creditor's name and mailing address**
**BRYAN BURKE**
**ATTN: BRYAN BURKE**
**6551 WARNER AVE**
**# 201**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.372** | **Nonpriority creditor's name and mailing address**
**BT CARROLLTON LP**
**ATTN: JENNIFER ENNIS**
**200 DRYDEN ROAD**
**SUITE 2000**
**DRESHER, PA 19025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

$46,945.14

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,184.62**

**BT CARROLLTON LP**
**ATTN: JENNIFER ENNIS**
**200 DRYDEN ROAD**
**SUITE 2000**
**DRESHER, PA 19025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,109.69**

**BT CARROLLTON LP**
**200 DRYDEN ROAD**
**SUITE 2000**
**DRESHER, PA 19025**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.93**

**BUEHLER KIMBERLY**
**2135 CROSSHAIR CIR**
**ORLANDO, FL 32837**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,767.32**

**BUILDERS ASSOCIATES**
**C/O AVG PARTNERS**
**9595 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215,833.33**

**BUILDERS ASSOCIATES 3**
**ATTN: CHARLENE ALVAREZ**
**ATTN: ARNOLD SCHLESINGER**
**9595 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,511.38**

**BUILDERS ASSOCIATES 3**
**ATTN: CHARLENE ALVAREZ**
**ATTN: ARNOLD SCHLESINGER**
**9595 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,603.90**

**BUILDING TECHNOLOGY SYSTEMS INC**
**ATTN: JACK LANN**
**P.O. BOX 29609**
**DENVER, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.380 | **Nonpriority creditor's name and mailing address**<br>**BUILDING TECHNOLOGY SYSTEMS INC**<br>**ATTN: JACK LANN**<br>**P.O. BOX 29609**<br>**DENVER, CO 80229**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Purchase of fixed assets**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,198.00** |

| | | | |
|---|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address**<br>**BUNCH,DAVE L**<br>**6252 POWELL ROAD**<br>**PARKER, CO 80134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Severance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,888.27** |

| | | | |
|---|---|---|---|
| 3.382 | **Nonpriority creditor's name and mailing address**<br>**BURBANK WATER AND POWER**<br>**PO BOX 631**<br>**BURBANK, CA 91503-0631**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,979.15** |

| | | | |
|---|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address**<br>**BURRTEC WASTE INDUSTRIES**<br>**15310 SUMMIT AVENUE**<br>**FONTANA, CA 92336**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Related**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,605.23** |

| | | | |
|---|---|---|---|
| 3.384 | **Nonpriority creditor's name and mailing address**<br>**BURRTEC WASTE INDUSTRIES**<br>**P.O. BOX 5550**<br>**BUENA PARK, CA 90622**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$521.86** |

| | | | |
|---|---|---|---|
| 3.385 | **Nonpriority creditor's name and mailing address**<br>**BURRTEC WASTE INDUSTRIES**<br>**15310 SUMMIT AVENUE**<br>**FONTANA, CA 92336**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$335.94** |

| | | | |
|---|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address**<br>**BURRTEC WASTE INDUSTRIES**<br>**P.O. BOX 5550**<br>**BUENA PARK, CA 90622**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$289.24** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.99**

**BURRTEC WASTE INDUSTRIES**
**P.O. BOX 5550**
**BUENA PARK, CA 90622**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$173.51**

**BURRTEC WASTE INDUSTRIES**
**P.O. BOX 5550**
**BUENA PARK, CA 90622**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.22**

**BURRTEC WASTE INDUSTRIES**
**P.O. BOX 5550**
**BUENA PARK, CA 90622**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,586.85**

**BYTE TECHNOLOGY**
**ATTN: MATTHEW BAUGHMAN**
**101 GLACIER POINT**
**SUITE A**
**SAN RAFAEL, CA 94901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$641.33**

**C.P. DELIVERY**
**ATTN: RON POTTER**
**3541 KINGS CANYON COURT**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,894.24**

**CAGWIN & DORWARD**
**ATTN: JUDY ADAME**
**PO BOX 1600**
**NOVATO, CA 94948**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,732,327.55**

**CAL SELECT BUILDERS, INC.**
**ATTN: GAIL NEWTON**
**23253 LA PALMA AVE**
**YORBA LINDA, CA 92887**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                  Case number (if known)    **20-11561**
_____
Name

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190,132.57** |

**CAL SELECT BUILDERS, INC.**
**ATTN: GAIL NEWTON**
**23253 LA PALMA AVE**
**YORBA LINDA, CA 92887**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Construction**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,685.00** |

**CAL SELECT BUILDERS, INC.**
**ATTN: GAIL NEWTON**
**23253 LA PALMA AVE**
**YORBA LINDA, CA 92887**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,799.90** |

**CALIFORNIA PLUMBING PARTS**
**ATTN: DAYANA PANTALEON**
**1912 N BATAVIA ST**
**STE F**
**ORANGE, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,525.32** |

**CALIFORNIA WATER SERVICE**
**P.O. BOX 940001**
**SAN JOSE, CA 95194-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$281.06** |

**CALIFORNIA WATER SERVICE**
**P.O. BOX 940001**
**SAN JOSE, CA 95194-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$157,300.95** |

**CALITHO**
**ATTN: GEORGE ARREOLA**
**P.O. BOX 5698**
**CONCORD, CA 94524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,344.74** |

**CALITHO**
**ATTN: GEORGE ARREOLA**
**P.O. BOX 5698**
**CONCORD, CA 94524**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Printing costs of Costco Certificates**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.401** | Nonpriority creditor's name and mailing address
**CAMINO VERDE ASSOCIATES**
**C/O DUCKETT-WILSON DEVELOPMENT CO**
**11150 SANTA MONICA BLVD., #760**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$177,918.98**

---

**3.402** | Nonpriority creditor's name and mailing address
**CAMINO VERDE ASSOCIATES**
**C/O DUCKETT-WILSON DEVELOPMENT CO**
**11150 SANTA MONICA BLVD., #760**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$35,105.54**

---

**3.403** | Nonpriority creditor's name and mailing address
**CAPISTRANO CRANE SERVICE**
**P O BOX 2265**
**CAPISTRANO BEACH, CA 92624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$4,395.00**

---

**3.404** | Nonpriority creditor's name and mailing address
**CAPISTRANO CRANE SERVICE**
**P O BOX 2265**
**CAPISTRANO BEACH, CA 92624**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Purchase of fixed assets__

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.405** | Nonpriority creditor's name and mailing address
**CAPITAL MALL LAND LLC**
**1 EAST WACKER DRIVE**
**SUITE 3600**
**CHICAGO, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$153,291.91**

---

**3.406** | Nonpriority creditor's name and mailing address
**CAPITAL MALL LAND LLC**
**1 EAST WACKER DRIVE**
**SUITE 3600**
**CHICAGO, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$91,642.87**

---

**3.407** | Nonpriority creditor's name and mailing address
**CAPLOW DENVER LLC**
**ATTN: YANINA ZAJDMAN**
**C/O E.M. CAPLOW & ASSOCIATES**
**9533 PICO BLVD 2ND FLOOR**
**LOS ANGELES, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$246,646.92**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,991.43**

**CAPLOW DENVER LLC**
**C/O E.M. CAPLOW & ASSOCIATES**
**9533 PICO BLVD 2ND FLOOR**
**LOS ANGELES, CA 90035**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.98**

**CARANDANG ANTHONY GLEN**
**1402 JOYERIN CT.**
**SAN JOSE, CA 95131**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374,634.77**

**CARBRIJAR LLC**
**ATTN: ROBERT ZELMAN**
**C/O GALAXY PROPERTY MANAGMENT**
**CORP**
**50 JACKSON AVENUE SUITE 301**
**SYOSSET, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CAROLINA Y MARZAGAO**
**241 JASMINE WAY**
**DANVILLE, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271,732.09**

**CARRIER CORPORATION**
**ATTN: PATTY SMITH**
**CARRIER PARKWAY, A & R BLDG.**
**P.O. BOX 4808**
**SYRACUSE, NY 13221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,386.12**

**CARRIER ENTERPRISE LLC**
**ATTN: NATASHA CEASER**
**1401 ERIE BOULEVARD EAST**
**SUITE 2**
**SYRACUSE, NY 13210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,688.19**

**CARRIER ENTERPRISE LLC**
**ATTN: NATASHA CEASER**
**1401 ERIE BOULEVARD EAST**
**SUITE 2**
**SYRACUSE, NY 13210**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Purchase of fixed assets__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61.74**

**CARTER JERRY**
**16369 SE DEER MEADOW LOOP**
**DAMASCUS, OR 97089**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Expense Reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**CASTER KEVIN**
**1257 VIA CONTESSA**
**SAN MARCOS, CA 92069**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Expense Reimbursement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**CASTILLO, JESUS**
**7821 ARTESIA BLVD**
**BUENA PARK, CA 90621**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Severance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$381,649.91**

**CATALINA SHOPPES FLA LLC**
**4 EAST 80TH ST**
**NEW YORK, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Related__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,735.00**

**CATALINA SHOPPES FLA LLC**
**4 EAST 80TH ST**
**NEW YORK, NY 10021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Real Property Tax__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CATHY L BENSON**
**7151 JOHNSTON RD**
**PLEASANTON, CA 94588-9465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Non-Qualififed Deferred Compensation Plan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**
<u>Name</u>                                                        Case number (*if known*)   **20-11561**

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$589.00** |

**CBF INC**
**ATTN: ERICK SONDENO**
**45 BROADWAY**
**SAN FRANCISCO, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Trade Related**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$866.50** |

**CCH INCORPORATED**
**2700 LAKE COOK ROAD**
**RIVERWOODS, IL 60015-3867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Trade Related**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197,193.39** |

**CDW COMPUTER CENTERS, INC.**
**200 N. MILWAUKEE AVENUE**
**VERNON HILLS, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Trade Related**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,071.24** |

**CDW COMPUTER CENTERS, INC.**
**200 N. MILWAUKEE AVENUE**
**VERNON HILLS, IL 60061**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Repairs & Maintenance**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,488.62** |

**CEDAR CARMANS LLC**
**ATTN: SUDEEP KAUR**
**C/O CEDAR REALTY TRUST PARTNERSHIP**
**LP**
**44 SOUTH BAYLES  AVE SUITE 304**
**PORT WASHINGTON, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Trade Related**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,012.58** |

**CEDAR CARMANS LLC**
**ATTN: SUDEEP KAUR**
**C/O CEDAR REALTY TRUST PARTNERSHIP**
**LP**
**44 SOUTH BAYLES  AVE SUITE 304**
**PORT WASHINGTON, NY 11050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Real Property Tax**__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,584.00** |

**CELERATIVE INC**
**655 MONTGOMERY ST**
**7TH FLOOR**
**SAN FRANCISCO, CA 94111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __**Professional Fees**__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**                          Case number (if known)   **20-11561**
         Name

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**CELIA SHATZMAN ENTERPRISE INC**
**ATTN: CELIA SHATZMAN**
**19 DIAMOND ST.**
**# 1**
**BROOKLYN, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,793.53 |
|---|---|---|---|

**CEN-CAL GLASS**
**PO BOX  925**
**LINDEN, CA 95236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,346.11 |
|---|---|---|---|

**CEN-CAL GLASS**
**PO BOX  925**
**LINDEN, CA 95236**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Purchase of fixed assets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169,155.42 |
|---|---|---|---|

**CENTENNIAL PROPERTIES INC**
**999 W RIVERSIDE AVE**
**SPOKANE, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,622.42 |
|---|---|---|---|

**CENTENNIAL PROPERTIES INC**
**999 W RIVERSIDE AVE**
**SPOKANE, WA 99201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,062.99 |
|---|---|---|---|

**CENTENNIAL SQUARE LLC**
**ATTN: MICAHEL GARTENBERG**
**820 MORRIS TURNPIKE**
**SHORT HILLS, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,823.72 |
|---|---|---|---|

**CENTENNIAL SQUARE LLC**
**820 MORRIS TURNPIKE**
**SHORT HILLS, NJ 07078**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **24 Hour Fitness USA, Inc.**
    Name

Case number (*if known*) **20-11561**

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,647.48** |

**CENTER POINT ENERGY SERVICES INC**
PO BOX 301149
DALLAS, TX 75303-1149

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$790.37** |

**CENTER POINT ENERGY SERVICES INC**
PO BOX 301149
DALLAS, TX 75303-1149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207,718.49** |

**CENTIMARK CORPORATION**
**ATTN: ROBERT WALKER**
PO BOX 536254
PITTSBURGH, PA 15253-5904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,045.80** |

**CENTURY PARK CENTER LLC**
**ATTN: BLDG ID : 24360**
P.O. BOX 209259
AUSTIN, TX 78720-9259

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.40** |

**CENTURYLINK SERVICES GROUP LLC**
P.O. BOX 2961
PHOENIX, AZ 85062-2961

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$197,246.74** |

**CEP INVESTORS XII LLC**
**ATTN: ATTN: JILL PASSMANN/111 SUTTER**
333 WEST WACKER DRIVE
CHICAGO, IL 60606

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230,979.22** |

**CERRITOS RETAIL CENTERCAL LLC**
**ATTN: GRETA WORTMAN**
1600 E. FRANKLIN AVENUE
EL SEGUNDO, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.442**

**Nonpriority creditor's name and mailing address**
CERRITOS RETAIL CENTERCAL LLC
ATTN: GRETA WORTMAN
1600 E. FRANKLIN AVENUE
EL SEGUNDO, CA 90245

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$124,280.13**

---

**3.443**

**Nonpriority creditor's name and mailing address**
CHAMBERS, TROY
1704 BRIARPATH LN.
ARLINGTON, TX 76018

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.444**

**Nonpriority creditor's name and mailing address**
CHANDLER SIGNS LLC
ATTN: CARMEN CHAPMAN
14201 SOVEREIGN RD
STE 101
FORT WORTH, TX 76155-2644

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,654.73**

---

**3.445**

**Nonpriority creditor's name and mailing address**
CHARLES T HUFF
802 CAMINO RAMON
APT 106
DANVILLE, CA 94526

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.446**

**Nonpriority creditor's name and mailing address**
CHARLES T ORTEZ
21 ROSEMARY COURT
ROSEVILLE, CA 95678

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.447**

**Nonpriority creditor's name and mailing address**
CHARLES W MORIN
40484 AMESBURY LANE
TEMECULA, CA 92591

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.448**

**Nonpriority creditor's name and mailing address**
CHARLESTON INVESTMENT GROUP
222 EAST PICO BLVD.
LOS ANGELES, CA 90015

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$9,135.81**

---

Debtor  **24 Hour Fitness USA, Inc.**
Name

Case number (if known)  **20-11561**

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,934.23** |
|---|---|---|---|

**CHARLIES PLUMBING INC**
**ATTN: CATERA CERVANTES**
**10114 THERMON STREET**
**HOUSTON, TX 77075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$642.47** |
|---|---|---|---|

**CHARTER COMMUNICATIONS**
**P.O. BOX 78154**
**PHOENIX, AZ 85062-8154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,812.66** |
|---|---|---|---|

**CHARTERWOOD MUD**
**11111 KATY FWY #725**
**HOUSTON, TX 77079-2197**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.35** |
|---|---|---|---|

**CHAU MARK**
**2040 OAK PARK BLVD**
**PLEASANT HILL, CA 94523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187,877.76** |
|---|---|---|---|

**CHE CHEN LIU & SHU FEN LIU**
**ATTN: ANDY LIU**
**4076 OAK MANOR COURT**
**HAYWARD, CA 94542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$710.06** |
|---|---|---|---|

**CHEM AQUA INC**
**2727 CHEMSEARCH BLVD**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,405.00** |
|---|---|---|---|

**CHEM DRY CORPORATE SERVICES**
**ATTN: MARK SIEGEL**
**124 12TH AVE SOUTH**
**SUITE # 300**
**NASHVILLE, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.456** | **Nonpriority creditor's name and mailing address**

**CHI CHIU LO TRUST**
**PO BOX 5161**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$59,230.26**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address**

**CHINO CENTRAL GROUP LLC**
**ATTN: AIMEE SANDEN**
**730 EL CAMINO WAY**
**SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$262,721.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address**

**CHINO CENTRAL GROUP LLC**
**730 EL CAMINO WAY**
**SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$23,233.70**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address**

**CHISHOLM BASS ROUND ROCK KC LTD**
**C/O CENCOR REALTY SERVICES**
**P.O. BOX 660394**
**DALLAS, TX 75266-0394**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$88,836.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address**

**CHLORINE GENIE INC**
**ATTN: KEN DELUNAS**
**1610 N REFUGIO RD**
**SANTA YNEZ, CA 94360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$705.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address**

**CHRISTOPHER P RIORDAN**
**6796 CORTE ADALINA**
**CARLSBAD, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address**

**CINEBODY**
**ATTN: GAVIN ANSTEY**
**3839 JACKSON STREET**
**DENVER, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$922.81**

**CINGULAR WIRELESS SUMMARY - 650553**
**P.O. BOX 650553**
**DALLAS, TX 75265-0553**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,896.27**

**CINTAS CORPORATION**
**P.O. BOX631025**
**CINCINNATI, OH 45263-1025**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,642.13**

**CINTAS CORPORATION NO 2**
**ATTN: LYNA NGUYEN**
**PO BOX 3086**
**COPPELL, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,619.96**

**CINTAS CORPORATION NO 2**
**ATTN: LYNA NGUYEN**
**PO BOX 3086**
**COPPELL, TX 75019**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**CINTAS CORPORATION NO 2**
**ATTN: LYNA NGUYEN**
**PO BOX 3086**
**COPPELL, TX 75019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,800.00**

**CIPHER SOLUTIONS INC**
**ATTN: PHILIP SUMAMPOW**
**1869 BALSAM WILLOW  TRL**
**ORLANDO, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,659.18**

**CIRCLE CITY ROOFING INC**
**ATTN: CINDY KLEPPE**
**454 SIXTH STREET**
**NORCO, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.470** | Nonpriority creditor's name and mailing address
**CITIZENS UTILITIES COMPANY**
**PO BOX 78357**
**PHOENIX, AZ 85062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$3,165.34

---

**3.471** | Nonpriority creditor's name and mailing address
**CITIZENS UTILITIES COMPANY**
**PO BOX 78357**
**PHOENIX, AZ 85062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$599.28

---

**3.472** | Nonpriority creditor's name and mailing address
**CITIZENS UTILITIES COMPANY**
**PO BOX 78357**
**PHOENIX, AZ 85062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$11.94

---

**3.473** | Nonpriority creditor's name and mailing address
**CITY OF ORANGE**
**FINANCE DEPARTMENT**
**P.O. BOX 11024**
**ORANGE, CA 92668-8124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$608.50

---

**3.474** | Nonpriority creditor's name and mailing address
**CITY & COUNTY OF DENVER**
**MANAGER OF FINANCE**
**201 W. COLFAX AVE**
**DENVER, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$76.71

---

**3.475** | Nonpriority creditor's name and mailing address
**CITY AND COUNTY OF DENVER, CO**
**P.O. BOX 17827**
**WASTE MANAGEMENT DIVISION**
**DENVER, CO 80217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$1,278.72

---

**3.476** | Nonpriority creditor's name and mailing address
**CITY OF LAKEWOOD**
**5050 CLARK AVE**
**LAKEWOOD, CA 90712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$921.19

---

Debtor    **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known)    **20-11561**
_____

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.59 |
|---|---|---|---|

**CITY OF LAKEWOOD**
**5050 CLARK AVE**
**LAKEWOOD, CA 90712**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,103.65 |
|---|---|---|---|

**CITY OF PLEASANTON**
**P.O.BOX 520**
**PLEASANTON, CA 94566-0802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,421.92 |
|---|---|---|---|

**CITY OF  SUNNYVALE**
**P.O. BOX 4000**
**SUNNYVALE, CA 94088**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,239.53 |
|---|---|---|---|

**CITY OF  SUNNYVALE**
**P.O. BOX 4000**
**SUNNYVALE, CA 94088**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,043.54 |
|---|---|---|---|

**CITY OF ALLEN**
**ATTN: BRIAN**
**UTILITY DEPARTMENT**
**305 CENTURY PARKWAY**
**ALLEN, TX 75013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.01 |
|---|---|---|---|

**CITY OF ALLEN**
**UTILITY DEPARTMENT**
**305 CENTURY PARKWAY**
**ALLEN, TX 75013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.67 |
|---|---|---|---|

**CITY OF ALLEN ALARM PROGRAM**
**PO BOX 141209**
**IRVING, TX 75014-1209**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **24 Hour Fitness USA, Inc.**                                  Case number *(if known)*   **20-11561**
_____
Name

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,895.21** |
|---|---|---|---|

**CITY OF ANAHEIM**
**BUSINESS LICENSE DIVISION**
**PO BOX 61042**
**ANAHEIM, CA 92803-6142**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,958.22** |
|---|---|---|---|

**CITY OF ANAHEIM**
**BUSINESS LICENSE DIVISION**
**PO BOX 61042**
**ANAHEIM, CA 92803-6142**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.83** |
|---|---|---|---|

**CITY OF ANTIOCH**
**FINANCE DEPARTMENT**
**P.O. BOX 5008**
**ANTIOCH, CA 94531-5008**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.60** |
|---|---|---|---|

**CITY OF APOPKA**
**120 E MAIN STREET**
**APOPKA, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.72** |
|---|---|---|---|

**CITY OF ARCADIA**
**BUSINESS LICENSE OFFICE**
**PO BOX 60021**
**ARCADIA, CA 91066-6021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253.28** |
|---|---|---|---|

**CITY OF ARLINGTON**
**MAIL STOP 63-0700**
**NEIGHBORHOOD SERVICES DEPT**
**ARLINGTON, TX 76004-0321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.95** |
|---|---|---|---|

**CITY OF ARVADA**
**8101 RALSTON ROAD**
**ARVADA, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$384.26**

**CITY OF AUBURN**
**25 W MAIN STREET**
**AUBURN, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.53**

**CITY OF AUBURN**
**25 WEST MAIN STREET**
**AUBURN, WA 98001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.71**

**CITY OF AURORA**
**1470 S. HAVANA STREET**
**ROOM 120**
**AURORA, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,217.14**

**CITY OF AUSTIN**
**721 BARTON SPRINGS**
**PLUGERVILLE, TX 78704-1145**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,109.98**

**CITY OF AUSTIN**
**721 BARTON SPRINGS**
**PLUGERVILLE, TX 78704-1145**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.92**

**CITY OF BAKERSFIELD**
**P.O. BOX 2057**
**BAKERSFIELD, CA 93303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00**

**CITY OF BAKERSFIELD**
**P.O. BOX 2057**
**BAKERSFIELD, CA 93303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CITY OF BAKERSFIELD**
**P.O. BOX 2057**
**BAKERSFIELD, CA 93303**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665.09**

**CITY OF BAYTOWN**
**2505 MARKET ST**
**BAYTOWN, TX 77520**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536.09**

**CITY OF BAYTOWN**
**2505 MARKET ST**
**BAYTOWN, TX 77520**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.41**

**CITY OF BAYTOWN**
**2505 MARKET ST**
**ATTN: PERMIT COUNTER**
**BAYTOWN, TX 77520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Related__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.502** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,859.96**

**CITY OF BEAVERTON**
**P.O. BOX 4755**
**BEAVERTON, OR 97076**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.503** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00**

**CITY OF BEAVERTON**
**P.O. BOX 4755**
**BEAVERTON, OR 97076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade Related__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.504** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.04**

**CITY OF BEAVERTON-BEAVERTON**
**CENTRAL PLAN**
**4755 SW GRIFFITH**
**BEAVERTON, OR 97005**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$973.80**

**CITY OF BEDFORD**
**P.O. BOX 327**
**BEDFORD, TX 76095-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$366.48**

**CITY OF BEDFORD**
**PUBLIC WORKS DEPARTMENT**
**1813 RELIANCE PARKWAY**
**BEDFORD, TX 76021**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.44**

**CITY OF BERKELEY**
**CUSTOMER SERVICE DIVISION DIVISION**
**2020 CENTER STREET**
**BERKELEY, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.12**

**CITY OF BERKELEY**
**CUSTOMER SERVICE DIVISION**
**DIVISION 2020 CENTER STREET**
**BERKELEY, CA 94704**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,366.00**

**CITY OF BOTHELL**
**ATTN: LIZ SCANLON**
**P.O. BOX 24927**
**SEATTLE, WA 98124-0927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,474.93**

**CITY OF BOTHELL**
**P.O. BOX 24927**
**SEATTLE, WA 98124-0927**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$208.69**

**CITY OF BOULDER**
**1777 BROADWAY**
**BOULDER, CO 80302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.512** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.87**

**CITY OF BOYNTON BEACH**
**ATTN: CASHIER / FIRE INSPECTION FEES**
**P.O. BOX 310**
**BOYNTON BEACH, FL 33425-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.18**

**CITY OF BREA**
**P.O. BOX 2237**
**BREA, CA 92822-2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,790.23**

**CITY OF BUENA PARK**
**FINANCE DEPARTMENT**
**P.O. BOX 5009**
**BUENA PARK, CA 90622-5009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.35**

**CITY OF CAMARILLO**
**601 CARMEN DRIVE**
**CAMARILLO, CA 93011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$296.90**

**CITY OF CAMARILLO**
**601 CARMEN DRIVE**
**CAMARILLO, CA 93011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,255.63**

**CITY OF CARLSBAD**
**MUNICIPAL WATER DISTRICT**
**5950 EL CAMINO REAL**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$754.84**

**CITY OF CARLSBAD**
**MUNICIPAL WATER DISTRICT**
**5950 EL CAMINO REAL**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.519** | Nonpriority creditor's name and mailing address

**CITY OF CARROLLTON**
**ENVIRONMENTAL SERVICE DEPARTMENT**
**1945 E. JACKSON ROAD**
**CARROLLTON, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$41.62**

---

**3.520** | Nonpriority creditor's name and mailing address

**CITY OF CEDAR HILL, TX**
**P.O. BOX 96**
**CEDAR HILL, TX 75104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$37.27**

---

**3.521** | Nonpriority creditor's name and mailing address

**CITY OF CERRITOS**
**CIVIC CENTER**
**18125 BLOOMFIELD AVENUE**
**CERRITOS, CA 90703-3130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$629.45**

---

**3.522** | Nonpriority creditor's name and mailing address

**CITY OF CHINO HILLS**
**14000 CITY CENTER DRIVE**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$274.75**

---

**3.523** | Nonpriority creditor's name and mailing address

**CITY OF CHINO HILLS**
**BUSINESS LICENSE DIVISION**
**14000 CITY CENTER DRIVE**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$254.75**

---

**3.524** | Nonpriority creditor's name and mailing address

**CITY OF CHINO HILLS**
**BUSINESS LICENSE DIVISION**
**14000 CITY CENTER DRIVE**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$73.27**

---

**3.525** | Nonpriority creditor's name and mailing address

**CITY OF CHULA VISTA**
**PLANNING & BUILDING DEPT.**
**ATTN:  MAUREEN CASPER**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$308.73**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.96**

**CITY OF CORONA**
**815 W 6TH ST**
**CORONA, CA 91720**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,272.47**

**CITY OF DALY CITY**
**UTILITY BILLING**
**PO BOX 840**
**DALY CITY, CA 94017-0840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$793.71**

**CITY OF DALY CITY**
**UTILITY BILLING DIVISION**
**333 - 90TH STREET**
**DALY CITY, CA 94015-1895**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.39**

**CITY OF DALY CITY**
**UTILITY BILLING DIVISION**
**333 - 90TH STREET**
**DALY CITY, CA 94015-1895**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.46**

**CITY OF DOWNEY**
**11111 BROOKSHIRE AVE**
**DOWNEY, CA 90241**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**CITY OF DURHAM**
**101 CITY HALL PLAZA**
**DURHAM, NC 27701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,869.42**

**CITY OF EL CAJON, CA**
**200 CIVIC CENTER WAY**
**EL CAJON, CA 92020-3916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.71** |
|---|---|---|---|

**CITY OF EL CAJON, CA**
**200 CIVIC CENTER WAY**
**EL CAJON, CA 92020-3916**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,616.59** |
|---|---|---|---|

**CITY OF ENGLEWOOD**
**REVENUE DIVISION**
**1000 ENGLEWOOD PARKWAY**
**ENGLEWOOD, CO 80110**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.50** |
|---|---|---|---|

**CITY OF ESCONDIDO**
**UTILITY BILLING**
**PO BOX 460009**
**ESCONDIDO, CA 92046**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.07** |
|---|---|---|---|

**CITY OF EULESS**
**PO BOX 1545**
**EULESS, TX 76039**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.76** |
|---|---|---|---|

**CITY OF FAIRVIEW**
**500 STATE HWY 5**
**FAIRVIEW, TX 75069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263.40** |
|---|---|---|---|

**CITY OF FAIRVIEW**
**500 STATE HWY 5**
**FAIRVIEW, TX 75069**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,810.76** |
|---|---|---|---|

**CITY OF FALLS CHURCH**
**300 PARK AVENUE**
**FALLS CHURCH, VA 22046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.540** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,418.00**

**CITY OF FALLS CHURCH**
**300 PARK AVENUE**
**FALLS CHURCH, VA 22046**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,927.87**

**CITY OF FOLSOM**
**P.O. BOX 2140**
**FOLSOM, CA 95763-2140**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,456.67**

**CITY OF FONTANA**
**8353 SIERRA AVENUE**
**FONTANA, CA 92335**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.25**

**CITY OF FONTANA - BUSINESS LICENSE**
**8353 SIERRA AVENUE**
**FONTANA, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$933.55**

**CITY OF FOUNTAIN VALLEY**
**10200 SLATER AVENUE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.39**

**CITY OF FOUNTAIN VALLEY**
**10200 SLATER AVENUE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.08**

**CITY OF FRISCO**
**6891 MAIN STREET**
**FRISCO, TX 75034**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (if known)    **20-11561**
Name

---

**3.547**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.                $2.20
**CITY OF FRISCO**
**6891 MAIN STREET**                                  ☐ Contingent
**FRISCO, TX 75034**                                  ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.548**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.             $1,135.57
**CITY OF FULLERTON**
**303 W. COMMONWEALTH AVE**                           ☐ Contingent
**FULLERTON, CA 92832**                               ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.549**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.               $841.23
**CITY OF FULLERTON**
**303 W. COMMONWEALTH AVE**                           ☐ Contingent
**FULLERTON, CA 92832**                               ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.550**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.               $395.60
**CITY OF GLADSTONE**
**525 PORTLAND AVENUE**                               ☐ Contingent
**GLADSTONE, OR 97027**                               ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.551**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.             $4,298.81
**CITY OF GLENDALE**
**141 NORTH GLENDALE AVENUE**                         ☐ Contingent
**ROOM 114**                                          ■ Unliquidated
**GLENDALE, CA 91206-4996**                           ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.552**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.             $3,834.69
**CITY OF GLENDALE**
**141 NORTH GLENDALE AVENUE**                         ☐ Contingent
**ROOM 114**                                          ■ Unliquidated
**GLENDALE, CA 91206-4996**                           ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.553**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is: Check all that apply.               $385.85
**CITY OF GLENDORA**
**116 EAST FOOTHILL BLVD.**                           ☐ Contingent
**GLENDORA, CA 91741**                                ■ Unliquidated
                                                      ☐ Disputed
Date(s) debt was incurred _
                                                      Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.554**

**Nonpriority creditor's name and mailing address**
**CITY OF GRAND PRAIRIE**
**317 COLLEGE ST**
**GRAND PRAIRIE, TX 75050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$148.42**

---

**3.555**

**Nonpriority creditor's name and mailing address**
**CITY OF GREELEY**
**1100 10TH STREET**
**SUITE 114**
**GREELEY, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$900.71**

---

**3.556**

**Nonpriority creditor's name and mailing address**
**CITY OF HAWTHORNE**
**4455 W. 126TH STREET**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$107.00**

---

**3.557**

**Nonpriority creditor's name and mailing address**
**CITY OF HENDERSON - UTILITY SERVICES**
**PO BOX 95011**
**HENDERSON, NV 89009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$256.86**

---

**3.558**

**Nonpriority creditor's name and mailing address**
**CITY OF HENDERSON - UTILITY SERVICES**
**PO BOX 95011**
**HENDERSON, NV 89009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$255.35**

---

**3.559**

**Nonpriority creditor's name and mailing address**
**CITY OF HILLSBORO**
**UTILITIES COMMISSION 123 W. MAIN ST,**
**HILLSBORO, OR 97123-3999**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,807.99**

---

**3.560**

**Nonpriority creditor's name and mailing address**
**CITY OF HILLSBORO**
**150 E. MAIN STREET**
**HILLSBORO, OR 97213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$489.91**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,370.41**

**CITY OF HOMESTEAD**
**DEVELOPMENT SERVICES DEPARTMENT**
**100 CIVIC COURT**
**HOMESTEAD, FL 33030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,683.97**

**CITY OF HOMESTEAD**
**DEVELOPMENT SERVICES DEPARTMENT**
**100 CIVIC COURT**
**HOMESTEAD, FL 33030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.80**

**CITY OF HOUSTON**
**SIGN ADMINISTRATION**
**PO BOX 61167**
**HOUSTON, TX 77208-1167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$605.05**

**CITY OF HOUSTON FIRE DEPARTMENT**
**PO BOX 3625**
**HOUSTON, TX 77253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.92**

**CITY OF HOUSTON FIRE DEPARTMENT**
**PO BOX 3625**
**HOUSTON, TX 77253**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,501.24**

**CITY OF HOUSTON, WATER DEPARTMENT**
**P.O. BOX 1560**
**HOUSTON, TX 77251**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.85**

**CITY OF HOUSTON, WATER DEPARTMENT**
**P.O. BOX 1560**
**HOUSTON, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.568**

**Nonpriority creditor's name and mailing address**

**CITY OF HUNTINGTON BEACH**
**CITY TREASURER'S OFFICE**
**PO BOX 711**
**HUNTINGTON BEACH, CA 92648-0711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,041.56**

---

**3.569**

**Nonpriority creditor's name and mailing address**

**CITY OF HUNTINGTON BEACH**
**2000 MAIN STREET**
**HUNTINGTON BEACH, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$609.59**

---

**3.570**

**Nonpriority creditor's name and mailing address**

**CITY OF HUNTINGTON BEACH**
**2000 MAIN STREET**
**HUNTINGTON BEACH, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$194.82**

---

**3.571**

**Nonpriority creditor's name and mailing address**

**CITY OF INDUSTRY**
**PO BOX 3366**
**CITY OF INDUSTRY, CA 91744-0366**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,077.26**

---

**3.572**

**Nonpriority creditor's name and mailing address**

**CITY OF INDUSTRY**
**PO BOX 3366**
**CITY OF INDUSTRY, CA 91744-0366**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$195.52**

---

**3.573**

**Nonpriority creditor's name and mailing address**

**CITY OF IRVING**
**REVENUE COLLECTIONS PO BOX 152288,**
**IRVING, TX 75015-2288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,467.55**

---

**3.574**

**Nonpriority creditor's name and mailing address**

**CITY OF IRVING**
**INSPECTIONS DEPARTMENT**
**P.O. BOX 152288**
**IRVING, TX 75015-2288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,166.16**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.575** **Nonpriority creditor's name and mailing address**
**CITY OF JACINTO CITY**
**1301 MERCURY DR**
**JACINTO CITY, TX 77029-2538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$43.86**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** **Nonpriority creditor's name and mailing address**
**CITY OF KATY**
**PO BOX 617**
**KATY, TX 77492-0617**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$308.93**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** **Nonpriority creditor's name and mailing address**
**CITY OF LAFAYETTE**
**1290 S. PUBLIC RD**
**LAFAYETTE, CO 80026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,146.03**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** **Nonpriority creditor's name and mailing address**
**CITY OF LAKEWOOD**
**SALES/USE TAX RETURN**
**P.O. BOX 261450**
**LAKEWOOD, CO 80226-9450**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$6.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** **Nonpriority creditor's name and mailing address**
**CITY OF LAS VEGAS ANNUAL SEWER**
**SERV FEES**
**DEPT. OF FINANCE & BUSINESS SERVICES**
**P.O. BOX 52794**
**PHOENIX, AZ 85072-2794**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** **Nonpriority creditor's name and mailing address**
**CITY OF LEAGUE CITY**
**330 WEST WALKER**
**LEAGUE CITY, TX 77573**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$47.05**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** **Nonpriority creditor's name and mailing address**
**CITY OF LEWISVILLE**
**PO BOX 299002**
**LEWISVILLE, TX 75029-9002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$383.94**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$588.35**

**CITY OF LIVERMORE**
**1052 S. LIVERMORE AVE**
**LIVERMORE, CA 94550-4899**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$584.38**

**CITY OF LIVERMORE**
**1052 S. LIVERMORE AVE**
**LIVERMORE, CA 94550-4899**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,207.87**

**CITY OF LONG BEACH**
**UTILITY BILLING DEPARTMENT**
**P.O. BOX 630**
**LONG BEACH, CA 90842-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$433.12**

**CITY OF LONG BEACH**
**UTILITY BILLING DEPARTMENT**
**P.O. BOX 630**
**LONG BEACH, CA 90842-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.32**

**CITY OF LONG BEACH**
**UTILITY BILLING DEPARTMENT**
**P.O. BOX 630**
**LONG BEACH, CA 90842-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.63**

**CITY OF LOS ANGELES**
**DEPT OF BUILDING & SAFETY**
**6262 VAN NUYS BLVD 2ND FLOOR ROON 251**
**VAN NUYS, CA 91401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,278.88**

**CITY OF LYNNWOOD**
**BUSINESS LICENSE/REGISTRATION**
**19100 44TH AVENUE WEST**
**LYNNWOOD, WA 98046-5008**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.589**

**Nonpriority creditor's name and mailing address**
**CITY OF MANSFIELD**
**1101 N WALNUT CREEK DR**
**MANSFIELD, TX 76063**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$258.92**

---

**3.590**

**Nonpriority creditor's name and mailing address**
**CITY OF MANTECA**
**1001 W. CENTER ST.**
**MANTECA, CA 95336**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$277.72**

---

**3.591**

**Nonpriority creditor's name and mailing address**
**CITY OF MANTECA**
**1001 W CENTER STREET**
**MANTECA, CA 95337-4390**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$21.35**

---

**3.592**

**Nonpriority creditor's name and mailing address**
**CITY OF MCKINNEY**
**PO BOX 8000**
**MCKINNEY, TX 75070-8000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.62**

---

**3.593**

**Nonpriority creditor's name and mailing address**
**CITY OF MESQUITE UTILITIES**
**ATTN: DELETA HATHAWAY**
**P.O. BOX 850287**
**MESQUITE, TX 75185-0287**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,353.30**

---

**3.594**

**Nonpriority creditor's name and mailing address**
**CITY OF MESQUITE UTILITIES**
**P.O. BOX 850287**
**MESQUITE, TX 75185-0287**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,588.63**

---

**3.595**

**Nonpriority creditor's name and mailing address**
**CITY OF MILPITAS, CA**
**455 EAST CALAVERAS BLVD.**
**MILPITAS, CA 95035**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$753.43**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,571.24** |
|---|---|---|---|

**CITY OF MIRAMAR,FL**
**2300 CIVIC CENTER PLACE**
**MIRAMAR, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$664.50** |
|---|---|---|---|

**CITY OF MIRAMAR,FL**
**2300 CIVIC CENTER PLACE**
**MIRAMAR, FL 33025**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.35** |
|---|---|---|---|

**CITY OF MONROVIA**
**PERMITS & LICENSE DEPT.**
**415 S. IVY AVE.**
**MONROVIA, CA 91016**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.33** |
|---|---|---|---|

**CITY OF MONTCLAIR**
**P.O. BOX 2308**
**MONTCLAIR, CA 91763**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.50** |
|---|---|---|---|

**CITY OF MONTEREY PARK**
**PO BOX 269110**
**SACRAMENTO, CA 95826-9110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.43** |
|---|---|---|---|

**CITY OF MONTEREY PARK CA**
**320 WEST MEWMARK AVE**
**MONTEREY PARK, CA 91754-2896**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$278.89** |
|---|---|---|---|

**CITY OF MORGAN HILL**
**495 ALKIRE AVENUE**
**MORGAN HILL, CA 95037-4129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*  **20-11561**
Name

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.15 |
|---|---|---|---|

**CITY OF MORGAN HILL**
**495 ALKIRE AVENUE**
**MORGAN HILL, CA 95037-4129**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $938.85 |
|---|---|---|---|

**CITY OF MOUNTAIN VIEW**
**FILE NO. 73015**
**P.O. BOX 60000**
**SAN FRANCSICO, CA 94160-3015**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $279.23 |
|---|---|---|---|

**CITY OF MURPHY**
**206 N MURPHY RD**
**MURPHY, TX 75094**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,807.93 |
|---|---|---|---|

**CITY OF NORTH LAS VEGAS**
**FINANCE DEPARTMENT**
**P.O. BOX 4146**
**NORTH LAS VEGAS, NV 89036-4146**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $364.86 |
|---|---|---|---|

**CITY OF NORTH MIAMI BEACH**
**P.O. BOX 600427**
**NORTH MIAMI BEACH, FL 33160-0427**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**CITY OF NORTH RICHLAND HILLS**
**P.O. BOX 820609**
**NORTH RICHLAND HILLS, TX 76182**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $901.15 |
|---|---|---|---|

**CITY OF OCEANSIDE**
**300 NORTH COAST HIGHWAY**
**OCEANSIDE, CA 92054**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

Debtor   **24 Hour Fitness USA, Inc.**
Name

Case number (*if known*)   **20-11561**

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.08 |

**CITY OF OLYMPIA, WA**
**621 BLACK LAKE BLVD SW**
**OLYMPIA, WA 98502**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,654.84 |

**CITY OF ONTARIO**
**ATTN: RUBEN CASTANEDA**
**303 EAST B STREET**
**ONTARIO, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,192.06 |

**CITY OF ONTARIO**
**303 EAST B STREET**
**ONTARIO, CA 91764**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,380.96 |

**CITY OF OXNARD**
**214 SOUTH C STREET**
**OXNARD, CA 93030-5712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,758.03 |

**CITY OF OXNARD**
**UTILITY BILLING**
**305 W. THIRD**
**OXNARD, CA 93030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.56 |

**CITY OF OXNARD**
**UTILITY BILLING**
**305 W. THIRD**
**OXNARD, CA 93030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |

**CITY OF PASADENA**
**ATTN: ALARM PERMIT**
**1149 ELLSWORTH ST**
**PASADENA, TX 77506**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,293.66** |

**CITY OF PASADENA - MUNICIPAL SERVICES**
**BUSINESS SERVICE SECTION**
**100 N. GARFIELD AVE RM 121**
**PASADENA, CA 91109-7220**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.59** |

**CITY OF PASADENA, TEXAS**
**WATER DEPARTMENT**
**P.O. BOX 1337**
**PASADENA, TX 77501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,964.34** |

**CITY OF PEARLAND, TX**
**3519 LIBERTY DRIVE**
**PEARLAND, TX 77581**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$422.37** |

**CITY OF PEARLAND, TX**
**3519 LIBERTY DRIVE**
**PEARLAND, TX 77581**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,887.73** |

**CITY OF PEMBROKE, FL**
**13975 PEMBROKE ROAD**
**PEMBROKE PINES, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,209.52** |

**CITY OF PEMBROKE, FL**
**13975 PEMBROKE ROAD**
**PEMBROKE PINES, FL 33027**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.55** |

**CITY OF PETALUMA**
**P.O. BOX 61**
**PETALUMA, CA 94953**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.624**

**Nonpriority creditor's name and mailing address**

**CITY OF PFLUGERVILLE**
**PO BOX 589**
**PFLUGERVILLE, TX 78691-0589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,190.75**

---

**3.625**

**Nonpriority creditor's name and mailing address**

**CITY OF PLANO**
**ENVIRONMENTAL HEALTH**
**1520 KAYE AVE., STE 210**
**PLANO, TX 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$787.13**

---

**3.626**

**Nonpriority creditor's name and mailing address**

**CITY OF PLANTATION**
**LICENSE & PERMIT RENEWAL**
**P.O. BOX 189044**
**PLANTATION, FL 33318-9044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$568.81**

---

**3.627**

**Nonpriority creditor's name and mailing address**

**CITY OF PORTLAND - WATER**
**BUREAU OF WATER WORKS**
**BUREAU OF ENVIRONMENTAL SERVICES**
**PORTLAND, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$786.04**

---

**3.628**

**Nonpriority creditor's name and mailing address**

**CITY OF PUYALLUP**
**333 S MERIDIAN**
**2ND FL.**
**PUYALLUP, WA 98371**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$628.31**

---

**3.629**

**Nonpriority creditor's name and mailing address**

**CITY OF REDLANDS**
**FINANCE - REVENUE DIVISION**
**35 CAJON ST. SUITE 15B**
**REDLANDS, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$68.51**

---

**3.630**

**Nonpriority creditor's name and mailing address**

**CITY OF REDMOND**
**BUSINESS LICENSES**
**PO BOX 3745**
**SEATTLE, WA 98124-3745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$245.98**

---

Debtor    **24 Hour Fitness USA, Inc.**                                         Case number (*if known*)    **20-11561**
_____
Name

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$864.06** |
|---|---|---|---|

**3.631**  **Nonpriority creditor's name and mailing address**
**CITY OF REDWOOD CITY**
**1017 MIDDLEFIELD RD**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$864.06**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.632**  **Nonpriority creditor's name and mailing address**
**CITY OF RENO**
**ALARM PROGRAM**
**PO BOX 142857**
**IRVING, TX 75014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$122.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.633**  **Nonpriority creditor's name and mailing address**
**CITY OF RENTON WA**
**1055 SOUTH GRADY WAY**
**RENTON, WA 98055**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$961.95**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634**  **Nonpriority creditor's name and mailing address**
**CITY OF RICHARDSON**
**411 W ARAPAHO RD**
**RICHARDSON, TX 75080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$666.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.635**  **Nonpriority creditor's name and mailing address**
**CITY OF RICHARDSON**
**PO BOX 831907**
**RICHARDSON, TX 75083**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$213.85**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636**  **Nonpriority creditor's name and mailing address**
**CITY OF ROCKTOWN**
**3885 SOUTH GOLIAD ST**
**ROCKWALL, TX 75087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$101.67**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637**  **Nonpriority creditor's name and mailing address**
**CITY OF ROHNERT PARK**
**CITY OF ROHNERT PARK**
**130 AVRAM AVENUE**
**ROHNERT PARK, CA 94928**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$28,203.59**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **24 Hour Fitness USA, Inc.**
_____
          Name                                    Case number (if known)   **20-11561**

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696.13** |
|---|---|---|---|

**CITY OF ROSENBERG**
**PO BOX 631**
**ROSENBERG, TX 77471-0631**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$972.67** |
|---|---|---|---|

**CITY OF ROSEVILLE**
**311 VERNON STREET**
**ROSEVILLE, CA 75678-2634**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.31** |
|---|---|---|---|

**CITY OF ROUND ROCK, TX**
**211 EAST MAIN**
**ROUND ROCK, TX 78664-5299**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$243.15** |
|---|---|---|---|

**CITY OF ROUND ROCK, TX**
**211 EAST MAIN**
**ROUND ROCK, TX 78664-5299**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$533.44** |
|---|---|---|---|

**CITY OF SALEM**
**PO BOX 555**
**SALEM, OR 97308**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,022.39** |
|---|---|---|---|

**CITY OF SAN BERNARDINO**
**CITY CLERK**
**P.O. BOX 1318**
**SAN BERNARDINO, CA 92418**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$712.13** |
|---|---|---|---|

**CITY OF SAN CLEMENTE**
**910 CALLE NEGOCIO**
**SAN CLEMENTE, CA 92673**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|--------|--------------------------------|-----------------------|--------------|
|        | Name                           |                       |              |

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.53**

**CITY OF SAN CLEMENTE**
**910 CALLE NEGOCIO**
**SAN CLEMENTE, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,621.04**

**CITY OF SAN JOSE**
**FIRE DEPARTMENT**
**BUREAU OF FIRE PREVENTION DEPT 34347**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,589.62**

**CITY OF SAN JOSE**
**P.O. BOX 80032**
**PRESCOTT, AZ 86304-8032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$321.48**

**CITY OF SAN JUAN CAPISTRANO**
**CUSTOMER SERVICE**
**PO BOX 7000**
**ARTESIA, CA 90702-7000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,034.04**

**CITY OF SANTA ANA**
**PLANNING AND BUILDING AGENCY**
**20 CIVIC CENTER PLAZA**
**SANTA ANA, CA 92702**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$804.00**

**CITY OF SANTA BARBARA**
**P.O. BOX 1990**
**SANTA BARBARA, CA 93102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.00**

**CITY OF SANTA FE SPRINGS**
**11710 TELEGRAPH ROAD**
**SANTA FE SPRINGS, CA 90670-3679**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.652**

**Nonpriority creditor's name and mailing address**
**CITY OF SANTA FE SPRINGS, CA**
**ATTN:  WATER UTILITY**
**11710 TELGRAPH RD.**
**SANTA FE, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$713.68**

---

**3.653**

**Nonpriority creditor's name and mailing address**
**CITY OF SANTA MONICA**
**UTILITIES DIVISION P O BOX 2200,**
**SANTA MONICA, CA 90407-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$665.17**

---

**3.654**

**Nonpriority creditor's name and mailing address**
**CITY OF SANTA MONICA**
**1685 MAIN ST.**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$484.22**

---

**3.655**

**Nonpriority creditor's name and mailing address**
**CITY OF SANTA MONICA**
**UTILITIES DIVISION**
**P O BOX 2200**
**SANTA MONICA, CA 90407-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$136.79**

---

**3.656**

**Nonpriority creditor's name and mailing address**
**CITY OF SEATTLE**
**DEPARTMENT OF FINANCE**
**P.O. BOX 34905**
**SEATTLE, WA 98124-1905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$11,340.72**

---

**3.657**

**Nonpriority creditor's name and mailing address**
**CITY OF SEATTLE**
**DEPARTMENT OF FINANCE**
**P.O. BOX 34905**
**SEATTLE, WA 98124-1905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$5,101.41**

---

**3.658**

**Nonpriority creditor's name and mailing address**
**CITY OF SIMI VALLEY**
**PO BOX 1680**
**SIMI VALLEY, CA 93062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$2,552.96**

---

Debtor  **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known)  **20-11561**

| | |
|---|---|
| 3.659 | **Nonpriority creditor's name and mailing address** |

**3.659**

**Nonpriority creditor's name and mailing address**
**CITY OF SOUTHLAKE, TX**
**1400 MAIN STREET, SUITE 200**
**SOUTHLAKE, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$244.88**

---

**3.660**

**Nonpriority creditor's name and mailing address**
**CITY OF STOCKTON**
**REVENUE SERVICES-BUSINESS LICENSE**
**P.O. BOX 1570**
**STOCKTON, CA 95201-1570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$781.36**

---

**3.661**

**Nonpriority creditor's name and mailing address**
**CITY OF STOCKTON**
**REVENUE SERVICES-BUSINESS LICENSE**
**P.O. BOX 1570**
**STOCKTON, CA 95201-1570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$16.48**

---

**3.662**

**Nonpriority creditor's name and mailing address**
**CITY OF SUGAR LAND**
**P.O. BOX 5029**
**SUGAR LAND, TX 77487-5029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$95.78**

---

**3.663**

**Nonpriority creditor's name and mailing address**
**CITY OF SUNRISE**
**PO BOX 31432**
**TAMPA, FL 33631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,107.73**

---

**3.664**

**Nonpriority creditor's name and mailing address**
**CITY OF SUNRISE**
**10770 W OAKLAND PARK BLVD**
**SUNRISE, FL 33351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,363.91**

---

**3.665**

**Nonpriority creditor's name and mailing address**
**CITY OF TAMARAC**
**P.O. BOX 24641**
**WEST PALM BEACH, FL 33416-4641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,099.77**

---

Debtor  **24 Hour Fitness USA, Inc.**                                   Case number (if known)   **20-11561**
      Name

| | |
|---|---|
| 3.666 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**CITY OF THOUSAND OAKS**
**ATTN: MAGGIE - COMM. DEV.**
**2100 THOUSAND OAKS BLVD**
**THOUSAND OAKS, CA 91362-2903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$3,167.79**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.667 | **Nonpriority creditor's name and mailing address** |

**CITY OF TORRANCE**
**3031 TORRANCE BLVD.**
**TORRANCE, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$198.64**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.668 | **Nonpriority creditor's name and mailing address** |

**CITY OF TUALATIN, OR**
**18880 SW MARTINAZZI AVENUE**
**TUALATIN, OR 97062-7099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$2,972.97**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.669 | **Nonpriority creditor's name and mailing address** |

**CITY OF UPLAND**
**PAYMENT PROCESSING CENTER P.O. BOX 5909,**
**BUENA PARK, CA 90622-5909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$2,294.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.670 | **Nonpriority creditor's name and mailing address** |

**CITY OF UPLAND, CA**
**685 W FOOTHILL BLVD**
**UPLAND, CA 91785**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$239.72**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.671 | **Nonpriority creditor's name and mailing address** |

**CITY OF UPLAND, CA**
**685 W FOOTHILL BLVD**
**UPLAND, CA 91785**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$144.38**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.672 | **Nonpriority creditor's name and mailing address** |

**CITY OF VANCOUVER**
**2323 GENERAL ANDERSON AVENUE**
**PO BOX 8875**
**VANCOUVER, WA 98666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$3,849.94**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.673**

**Nonpriority creditor's name and mailing address**
CITY OF VANCOUVER
2323 GENERAL ANDERSON AVENUE
PO BOX 8875
VANCOUVER, WA 98666

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$590.86**

---

**3.674**

**Nonpriority creditor's name and mailing address**
CITY OF WESTMINSTER
8200 WESTMINSTER BLVD
WESTMINSTER, CA 92683

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$8.48**

---

**3.675**

**Nonpriority creditor's name and mailing address**
CITY OF WESTMINSTER
FINANCE DEPT SALES TAX DIVISION
4800 WEST 92ND AVENUE
WESTMINISTER, CO 80031-6387

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$6.27**

---

**3.676**

**Nonpriority creditor's name and mailing address**
CITY OF YONKERS
CITY CLERK'S OFFICE
40 SOUTH BROADWAY
YONKERS, NY 10701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,447.59**

---

**3.677**

**Nonpriority creditor's name and mailing address**
CITY OF YONKERS
40 SOUTH BROADWAY
ROOM 210
YONKERS, NY 10701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,926.04**

---

**3.678**

**Nonpriority creditor's name and mailing address**
CITY TREASURER
P.O. BOX 11367
TACOMA, WA 98411-0367

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,385.53**

---

**3.679**

**Nonpriority creditor's name and mailing address**
CITY TREASURER
WATER UTILITIES DEPARTMENT
SAN DIEGO, CA 92187-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$321.45**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.680** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,585.95**

**CITY TREASURER - TACOMA**
**P.O. BOX 11010**
**TACOMA, WA 98411-1010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.38**

**CITY TREASURER - TACOMA**
**P.O. BOX 11010**
**TACOMA, WA 98411-1010**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045.24**

**CITY WASTE SERVICES OF NEW YORK INC**
**14727 175TH ST**
**STE 1A**
**JAMAICA, NY 11434-5462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$523.97**

**CITY WASTE SERVICES OF NEW YORK INC**
**167-33 PORTER ROAD**
**JAMAICA, NY 11434**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,501.14**

**CJ SEGERSTROMS & SONS**
**ATTN: KAMAL SINGH**
**TENANT #159002**
**FILE NUMBER 54859**
**LOS ANGELES, CA 90074-4859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$686.00**

**CKI LOCKER LLC**
**ATTN: CHERYL COVINGTON**
**DEPT # 10417**
**PO BOX 87618**
**CHICAGO, IL 60680-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,273.36**

**CLARK 1712 LLC**
**P.O. BOX 62045**
**ACCOUNT # 117120-007115**
**NEWARK, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known)  **20-11561**

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CLARK COUNTY SANITATION DISTRICT**
**P.O. BOX 98526**
**LAS VEGAS, NV 89193-8526**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,129.39** |
|---|---|---|---|

**CLARK COUNTY TREASURER**
**500 S. GRAND CENTRAL PKWY**
**LAS VEGAS, NV 89155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,744.00** |
|---|---|---|---|

**CLARK COUNTY TREASURER**
**P.O. BOX 9808**
**VANCOUVER, WA 98666-8808**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,252.56** |
|---|---|---|---|

**CLARK PUBLIC UTILITIES**
**PO BOX 8989**
**VANCOUVER, WA 98668**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$557.79** |
|---|---|---|---|

**CLARK PUBLIC UTILITIES**
**PO BOX 8989**
**VANCOUVER, WA 98668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.50** |
|---|---|---|---|

**CLASSIC PROTECTION SYSTEMS**
**ATTN: CATHY CARSEY**
**1648 W. SAM HOUSTON PARKWAY NORTH**
**HOUSTON, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,355.00** |
|---|---|---|---|

**CLASSIC VALET PARKING INC**
**ATTN: ERVIN MELENDEZ**
**92 NORTH AVE**
**# 200**
**NEW ROCHELLE, NY 10801-7413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.694**

**Nonpriority creditor's name and mailing address**
CLEANSCAPES
PO BOX 34260
SEATTLE, WA 98124-1260

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☐ No ☐ Yes

**$17,269.66**

---

**3.695**

**Nonpriority creditor's name and mailing address**
CLEANSCAPES
PO BOX 34260
SEATTLE, WA 98124-1260

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,251.73**

---

**3.696**

**Nonpriority creditor's name and mailing address**
CLEAR LAKE CITY WATER, TX
900 BAY AREA BLVD.
HOUSTON, TX 77058-2691

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

**$7.47**

---

**3.697**

**Nonpriority creditor's name and mailing address**
CLEAVER-BROOKS SALES AND SERVICES
INC
ATTN: KATHY EVANS
P.O. BOX 226865
DALLAS, TX 75212

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$269.10**

---

**3.698**

**Nonpriority creditor's name and mailing address**
CLPF GATEWAY TOWNE CENTER LP
ATTN: NICOLE FULTON
230 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10169

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$225,524.28**

---

**3.699**

**Nonpriority creditor's name and mailing address**
CLPF GATEWAY TOWNE CENTER LP
P.O. BOX 101909
PASADENA, CA 91189-1909

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$120,474.13**

---

**3.700**

**Nonpriority creditor's name and mailing address**
CLUB RESOURCE GROUP INC.
ATTN: JENNIFER
1875 N. MACARTHUR DRIVE
TRACY, CA 95376

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,554,250.47**

---

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number (if known) **20-11561**

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$244,148.01**

**CLUB RESOURCE GROUP INC.**
**1875 N. MACARTHUR DRIVE**
**TRACY, CA 95376**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,344.00**

**CLUB RESOURCE GROUP INC.**
**ATTN: JENNIFER**
**1875 N. MACARTHUR DRIVE**
**TRACY, CA 95376**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00**

**CLUBCOM LLC**
**ATTN: PAM PASKO**
**8 PENN CENTER WEST**
**STE 100**
**PITTSBURGH, PA 15276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,800.00**

**CLUBCOM LLC**
**8 PENN CENTER WEST**
**STE 100**
**PITTSBURGH, PA 15276**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Advertising services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**CLUBCOM LLC**
**ATTN: PAM PASKO**
**8 PENN CENTER WEST**
**STE 100**
**PITTSBURGH, PA 15276**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,388.00**

**CLUBCONNECT LLC**
**ATTN: MORGAN WILLIAMS, SHANA JOHNSON**
**P.O. BOX 74007662**
**CHICAGO, IL 60674-7662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309,377.80**

**CMF MP SOUTH LLC**
**ATTN: JONATHAN MAHER**
**P.O. BOX 101780**
**PASADENA, CA 91189-1780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.708**

**Nonpriority creditor's name and mailing address**
**CMF MP SOUTH LLC**
**ATTN: JONATHAN MAHER**
**P.O. BOX 101780**
**PASADENA, CA 91189-1780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$34,623.63**

---

**3.709**

**Nonpriority creditor's name and mailing address**
**CMJN AVT**
**ATTN: CHRIS BURBANO**
**1314 BALBOA WAY**
**LIVERMORE, CA 94550-5515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$494.12**

---

**3.710**

**Nonpriority creditor's name and mailing address**
**CMJN AVT**
**ATTN: CHRIS BURBANO**
**1314 BALBOA WAY**
**LIVERMORE, CA 94550-5515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.711**

**Nonpriority creditor's name and mailing address**
**COASTAL SERHOE**
**PO BOX 1393**
**YAKIMA, WA 98907-1393**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$159,459.54**

---

**3.712**

**Nonpriority creditor's name and mailing address**
**COASTAL SERHOE**
**PO BOX 1393**
**YAKIMA, WA 98907-1393**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$35,725.14**

---

**3.713**

**Nonpriority creditor's name and mailing address**
**COBALT LLP**
**1912 BONITA AVE**
**BERKELEY, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,235.00**

---

**3.714**

**Nonpriority creditor's name and mailing address**
**COBBLESTONE SYSTEMS CORP**
**ATTN: MARK NASTASI**
**428 S WHITE HORSE PIKE**
**LINDENWOLD, NJ 08021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$7,464.78**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.715**

**Nonpriority creditor's name and mailing address**
COFFREY, CHERYL
2010 N FUNSTON AVE
STOCKTON, CA 95205

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.716**

**Nonpriority creditor's name and mailing address**
COJAMA 2 LP
ATTN: JASON HAMMERMANN
1232 ROSE LANE
LAFAYETTE, CA 94549

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$306,406.87**

---

**3.717**

**Nonpriority creditor's name and mailing address**
COJAMA 2 LP
1232 ROSE LANE
LAFAYETTE, CA 94549

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No  ☐ Yes

**$10,476.35**

---

**3.718**

**Nonpriority creditor's name and mailing address**
COJAMA 2 LP
1232 ROSE LANE
LAFAYETTE, CA 94549

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$1,081.25**

---

**3.719**

**Nonpriority creditor's name and mailing address**
COLE 24 FORT WORTH TX LLC
C/O COLE REAL ESTATE INVESTMENTS
2325 EAST CAMELBACK ROAD
PHOENIX, AZ 85016

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No  ☐ Yes

**$40,545.16**

---

**3.720**

**Nonpriority creditor's name and mailing address**
COLE 24 ORLANDO FL LLC
ATTN: CLELIA ABRUZZI
DEPT#  880046/ID C10176
P.O. BOX 29650
PHOENIX, AZ 85038-9650

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$177,616.93**

---

**3.721**

**Nonpriority creditor's name and mailing address**
COLE 24 ORLANDO FL LLC
DEPT#  880046/ID C10176
P.O. BOX 29650
PHOENIX, AZ 85038-9650

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No  ☐ Yes

**$83,648.92**

---

Debtor  **24 Hour Fitness USA, Inc.**                         Case number (if known)  **20-11561**
_____Name

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165,240.83** |

**COLLIERS INTERNATIONAL**
**ATTN: BETH FARRELL**
**301 UNIVERSITY AVE #100**
**SACRAMENTO, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,796.32** |

**COLLIERS INTERNATIONAL**
**301 UNIVERSITY AVE #100**
**SACRAMENTO, CA 95825**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Professional Fees__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**COLORADO DEPARTMENT OF REVENUE**

**DENVER, CO 80261-0005**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __State of Colorado Income Tax__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**COLORADO DEPARTMENT OF REVENUE**
**STATE OF COLORADO**
**DEPARTMENT OF REVENUE**
**DENVER, CO 80261-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$861,768.00** |

**COLORADO POOL SYSTEMS**
**ATTN: PATRICK KITOWSKI**
**2801 YOUNGFIELD STREET**
**SUITE 260**
**GOLDEN, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,433.33** |

**COLORADO SPRINGS FITNESS LP**
**1748 W KATELLA AVE SUITE 206**
**ORANGE, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,848.22** |

**COLORADO SPRINGS FITNESS LP**
**1748 W KATELLA AVE SUITE 206**
**ORANGE, CA 92867**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                         Case number (if known)    **20-11561**
          Name

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,247.44 |

**COLORADO SPRINGS UTILITIES**
**P.O. BOX 1103**
**COLORADO SPRINGS, CO 80947-0010**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,010.97 |

**COLORADO SPRINGS UTILITIES**
**P.O. BOX 1103**
**COLORADO SPRINGS, CO 80947-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**COLSON MICHELE**
**40620 VIA RANCHITOS**
**FALLBROOK, CA 92028**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,467.67 |

**COLUMBIA TECH CENTER LLC**
**C/O PACTRUST**
**P.O. BOX 4800**
**PORTLAND, OR 97208-4800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.97 |

**COLUMBIA TECH CENTER LLC**
**C/O PACTRUST**
**P.O. BOX 4800**
**PORTLAND, OR 97208-4800**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299,591.47 |

**COLUMBUS AVENUE II LLC**
**ATTN: LELAND CHAN**
**5214-F DIAMOND HEIGHTS BLVD., STE. 828**
**SAN FRANCISCO, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,162.15 |

**COLUMBUS AVENUE II LLC**
**5214-F DIAMOND HEIGHTS BLVD., STE. 828**
**SAN FRANCISCO, CA 94131**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |

Name

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,467.92** |

**COMCAST**
**P.O. BOX 530098**
**ATLANTA, GA 30353-0098**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Telecom**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,285.28** |

**COMCAST CORPORATION**
**ONE COMCAST CENTER 32ND FLOOR,**
**PHILADELPHIA, PA 19103**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$936.56** |

**COMED**
**P.O. BOX 6111**
**CAROL STREAM, IL 60197-6111**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$314,940.64** |

**COMM-WORKS LLC**
**ATTN: DAVID TILLMAN**
**1405 XENIUM LANE N**
**SUITE 120**
**PLYMOUNTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126,612.13** |

**COMMERCIAL FACILITIES INC**
**ATTN: MICHELLE BURNS**
**10951 SORRENTO VALLEY RD**
**#2A**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,689.79** |

**COMMERCIAL FACILITIES INC**
**ATTN: MICHELLE BURNS**
**10951 SORRENTO VALLEY RD**
**#2A**
**SAN DIEGO, CA 92121**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,365.36** |

**COMMERCIAL WASTE SERVICES**
**PO BOX 820**
**MONTEBELLO, CA 90640-0820**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.743** | Nonpriority creditor's name and mailing address

**COMMUNITY WASTE DISPOSAL INC**
**ATTN: DAVID DALRYMPLE**
**2010 CALIFORNIA CROSSING**
**DALLAS, TX 75220-2310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$1,199.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address

**COMMUNITY WASTE DISPOSAL INC**
**2010 CALIFORNIA CROSSING**
**DALLAS, TX 75220-2310**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$79.56**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.745** | Nonpriority creditor's name and mailing address

**COMPTON MUNICIPAL WATER DEPT**
**205 SOUTH WILLOWBROOK AVENUE**
**COMPTON, CA 90051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$4,408.63**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address

**COMPTON MUNICIPAL WATER DEPT**
**205 SOUTH WILLOWBROOK AVENUE**
**COMPTON, CA 90051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$62.98**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.747** | Nonpriority creditor's name and mailing address

**COMPTROLLER OF MARYLAND**
**110 CARROLL STREET**
**ANNAPOLIS, MD 21411-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **State of Maryland Income Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address

**CON EDISON**
**COOPER STATION**
**P.O. BOX 138**
**NEW YORK, NY 10276-0138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$39,031.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address

**CON EDISON**
**4 IRVING PLACE RM 1875**
**NEW YORK, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$307.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,980.36** |
|---|---|---|---|

**CONCEPT2 INC**
**ATTN: CHRISTINE GLOVER**
**105A INDUSTRIAL PARK DRIVE**
**MORRISVILLE, VT 05661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.87** |
|---|---|---|---|

**CONNER WILLIAM**
**2905 COLUMBIA DR**
**OCEANSIDE, CA 92056**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,495.25** |
|---|---|---|---|

**CONSERVICE**
**507 NORTHGATE COMMERCIAL**
**507 NE NORTHGATE WAY**
**SEATTLE, WA 98125**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,970.29** |
|---|---|---|---|

**CONSTELLATION NEWENERGY GAS**
**DIVISION LLC**
**10 S DEARBORN STREET 51ST FLOOR**
**CHICAGO, IL 60603**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,534.45** |
|---|---|---|---|

**CONSTELLATION NEWENERGY GAS**
**DIVISION LLC**
**10 S DEARBORN STREET 51ST FLOOR**
**CHICAGO, IL 60603**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,914.66** |
|---|---|---|---|

**CONSTELLATION NEWENERGY GAS**
**DIVISION LLC**
**10 S DEARBORN STREET 51ST FLOOR**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240,792.36** |
|---|---|---|---|

**CONTINENTAL 1500 ROSECRANS LLC**
**ATTN: ADRIENNE ADELSPERGER**
**P.O. BOX 840964**
**LOS ANGELES, CA 90084-0964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,739.09** |
|---|---|---|---|

**CONTINENTAL 1500 ROSECRANS LLC**
**P.O. BOX 840964**
**LOS ANGELES, CA 90084-0964**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.40** |
|---|---|---|---|

**CONTRA COSTA COUNTY**
**651 PINE STREET**
**MARTINEZ, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217,174.53** |
|---|---|---|---|

**CONTRA COSTA COUNTY TAX COLLECTOR**
**P.O. BOX 631**
**MARTINEZ, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101.80** |
|---|---|---|---|

**CONTROLLED KEY SYSTEMS, INC**
**ATTN: PAUL**
**17248 RED HILL AVENUE**
**IRVINE, CA 92614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109.86** |
|---|---|---|---|

**COOK RONALD**
**2679 MICHELANGELO  CRT**
**SPARKS, NV 89434**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Expense Reimbursement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156,394.92** |
|---|---|---|---|

**COPPERWOOD SQUARE IA LLC**
**ATTN: STEPHANIE SODERBERG**
**PO BOX 3329**
**SEAL BEACH, CA 90740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,900.93** |
|---|---|---|---|

**COPPERWOOD SQUARE IA LLC**
**ATTN: STEPHANIE SODERBERG**
**PO BOX 3329**
**SEAL BEACH, CA 90740**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,114.75** |
|---|---|---|---|

**COPPERWOOD SQUARE IA LLC**
**ATTN: STEPHANIE SODERBERG**
**PO BOX 3329**
**SEAL BEACH, CA 90740**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Real Property Tax**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$628,745.16** |
|---|---|---|---|

**CORE HEALTH & FITNESS LLC**
**ATTN: DONNA SIX**
**4400 NE 77TH AVE**
**STE 300**
**VANCOUVER, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**CORE HEALTH & FITNESS LLC**
**P.O. BOX 31001-2177**
**PASADENA, CA 91110-2177**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Repairs & Maintenance**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,937.97** |
|---|---|---|---|

**CORODATA RECORDS MANAGEMENT INC**
**ATTN: PAOLA PASCUAL**
**PO BOX 842638**
**LOS ANGELES, CA 90084-2638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,871.36** |
|---|---|---|---|

**CORODATA SHREDDING INC**
**ATTN: BRIAN CHUTE**
**12375 KERRAN ST**
**POWAY, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$673.36** |
|---|---|---|---|

**CORODATA SHREDDING INC**
**ATTN: BRIAN CHUTE**
**12375 KERRAN ST**
**POWAY, CA 92064**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,338.01** |
|---|---|---|---|

**CORPORATE FURNITURE SOLUTIONS**
**ATTN: CAROL YANZ**
**2025 GATEWAY PL # 310**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __24 Hour Fitness USA, Inc.__      Case number (*if known*)    __20-11561__
     Name

---

**3.771** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,034.73**

**CORPORATE SERVICES CONSULTANTS LLC**
**PO BOX 1048**
**DANDRIDGE, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699.17**

**CORPORATE SERVICES CONSULTANTS LLC**
**PO BOX 1048**
**DANDRIDGE, TN 37725**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,297.27**

**CORPORATION SERVICE COMPANY**
**251 LITTLE FALLS DRIVE**
**WILMINGTON, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,220.65**

**COSERV**
**7701 SOUTH STEMMONS**
**CORINTH, TX 76210**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,992.81**

**COSERV**
**7701 SOUTH STEMMONS**
**CORINTH, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,848,604.89**

**COSTCO WHOLESALE**
**ATTN: REAL ESTATE ACCOUNTING**
**999 LAKE DRIVE**
**ISSAQUAH, WA 98027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __24 Hour two year limited term memberships sold to Costco that are sitting in Costco warehouse for sale to customers. Costco has right to return unsold certificates.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.67**

**COSTCO WHOLESALE**
**ATTN: REAL ESTATE ACCOUNTING**
**999 LAKE DRIVE**
**ISSAQUAH, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (*if known*)    **20-11561**
_____
Name

| | | |
|---|---|---|
| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.35** |

**3.778**
**Nonpriority creditor's name and mailing address**
**COTTONWOOD IMPROVEMENT DISTRICT**
**8620 HIGHLAND DRIVE**
**SANDY, UT 84093**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,210.35**

---

**3.779**
**Nonpriority creditor's name and mailing address**
**COUNTY OF ALAMEDA**
**ATTN: J. JACOBS**
**ENVIRONMENTAL SERVICES**
**P.O. BOX N**
**ALAMEDA, CA 94501-0108**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,616.00**

---

**3.780**
**Nonpriority creditor's name and mailing address**
**COUNTY OF RIVERSIDE**
**DIVISION OF WEIGHTS & MEASURES**
**P.O. BOX 1089**
**RIVERSIDE, CA 92502-3012**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.781**
**Nonpriority creditor's name and mailing address**
**COUNTY OF SACRAMENTO**
**ENVIRONMENTAL MANAGEMENT**
**DEPARTMENT**
**10590 ARMSTRONG AVENUE**
**MATHER, CA 95655**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,237.72**

---

**3.782**
**Nonpriority creditor's name and mailing address**
**COUNTY OF SAN BERNARDINO**
**385 N ARROWHEAD AVE**
**1ST FLOOR**
**SAN BERNARDINO, CA 92415-0187**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.783**
**Nonpriority creditor's name and mailing address**
**COUNTY OF SAN BERNARDINO**
**385 N ARROWHEAD AVE**
**1ST FLOOR**
**SAN BERNARDINO, CA 92415-0187**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.784**
**Nonpriority creditor's name and mailing address**
**COUNTY OF SAN DIEGO**
**AIR POLLUTION CONTROL DISTRICT**
**10124 OLD GROVE ROAD**
**SAN DIEGO, CA 92131**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$772.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$715.00** |
|---|---|---|---|

**COUNTY OF SAN DIEGO
DEPT. OF AGRICULTURE,
WEIGHTS & MEASURES
SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,637.99** |
|---|---|---|---|

**COUNTY ROAD PROPERTIES
975 HIGH STREET
PALO ALTO, CA 94301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,450.32** |
|---|---|---|---|

**COX BUSINESS
P.O. BOX 53280
PHOENIX, AZ 85072-3280**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,626.56** |
|---|---|---|---|

**COX,CASEY ANDREW
30211 THORSBY DRIVE
SPRING, TX 77386**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Severance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,466.34** |
|---|---|---|---|

**COYOTE LOGISTICS LLC
ATTN: JENNIFER AL-AMIN
PO BOX 535244
ATLANTA, GA 30353-5244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149,121.36** |
|---|---|---|---|

**CP BOOKS INC
PO BOX 222096
CARMEL, CA 93922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.50** |
|---|---|---|---|

**CP BOOKS INC
PO BOX 222096
CARMEL, CA 93922**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**    Case number (if known)    **20-11561**
          Name

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,387.92** |

**CR & R INC.**
**P.O. BOX 125**
**STANTON, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.84** |

**CR & R INC.**
**P.O. BOX 125**
**STANTON, CA 90680**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.92** |

**CR & R INC.**
**P.O. BOX 125**
**STANTON, CA 90680**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$614.91** |

**CR & R INC.**
**P.O. BOX 125**
**STANTON, CA 90680**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00** |

**CRACIUN PALMS LLC**
**9411 NE 25TH CT**
**VANCOUVER, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CRAIG HARDY**
**PO BOX 497**
**ALAMO, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$374,421.60** |

**CRANE COURT LLC**
**800 SOUTH B STREET**
**SUITE 100**
**SAN MATEO, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known)    **20-11561**
_____

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,068.78 |

**CRANE COURT LLC**
**800 SOUTH B STREET**
**SUITE 100**
**SAN MATEO, CA 94401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,051.26 |

**CRANE RENTAL DIVISION INC**
**ATTN: HERSCHEL CRONIN**
**5902 ALLISON RD**
**HOUSTON, TX 77048**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.50 |

**CREATIVE COVERS INC**
**7508 W 90TH STREET**
**BRIDGEVIEW, IL 68455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,739.15 |

**CREMER SPINA SHAUGHNESSY JANSEN &**
**ATTN: SURMA ROJAS**
**SIEGERT LLC**
**ONE NORTH FRANKLIN STREET, 10TH**
**FLOOR**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.00 |

**CREMER SPINA SHAUGHNESSY JANSEN &**
**ATTN: SURMA ROJAS**
**SIEGERT LLC**
**ONE NORTH FRANKLIN STREET, 10TH**
**FLOOR**
**CHICAGO, IL 60606**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,333.33 |

**CRICQ ARLINGTON TRUST**
**ATTN: PRISCILLA CERVANTES**
**200 N. WESTLAKE BLVD**
**STE 100**
**THOUSAND OAKS, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known) **20-11561**

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$73,967.01** |
|---|---|---|---|

**CRICQ ARLINGTON TRUST**
**ATTN: PRISCILLA CERVANTES**
**200 N. WESTLAKE BLVD**
**STE 100**
**THOUSAND OAKS, CA 91362**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$163,096.00** |
|---|---|---|---|

**CRICQ PLANO TRUST**
**ATTN: JACK HYSLIP**
**PO BOX 1169**
**CENTER HARBOR, NH 03226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90,896.24** |
|---|---|---|---|

**CRICQ PLANO TRUST**
**PO BOX 1169**
**CENTER HARBOR, NH 03226**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |
|---|---|---|---|

**CRIDDLE,BOSE H**
**21801 NORTHCREST BLVD. #335**
**SPRING, TX 77388**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$144,837.34** |
|---|---|---|---|

**CRIMSON 1031 PORTFOLIO LLC**
**ATTN: MIKE RISO**
**149 SOUTH BARRINGTON AVE**
**# 803**
**LOS ANGELES, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,669.45** |
|---|---|---|---|

**CRIMSON RELP SPRINGWOODS 24HFP LLC**
**ATTN: NATALIE BURNAMAN**
**1980 POST OAK BLVD**
**SUITE 1600**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53,607.46** |
|---|---|---|---|

**CRIMSON/RELP/SPRINGWOODS 24HFP,**
**LLC**
**1980 POST OAK BLVD**
**SUITE 1600**
**HOUSTON, TX 77056**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                              Case number (if known)    **20-11561**
_____
Name

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,006.00 |
|---|---|---|---|

**CROCKER CRANE**
**ATTN: AVERY MINYARD**
**P.O. BOX 141539**
**IRVING, TX 75014**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,773.10 |
|---|---|---|---|

**CROCKER CRANE**
**ATTN: AVERY MINYARD**
**P.O. BOX 141539**
**IRVING, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,626.37 |
|---|---|---|---|

**CROWDTWIST INC**
**ATTN: JOE MONTI**
**110 E 23RD ST**
**7TH FLR**
**NEW YORK, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,605.92 |
|---|---|---|---|

**CRP SANITATION INC**
**2 BAYVIEW RD**
**CORTLAND MANOR, NY 10567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.63 |
|---|---|---|---|

**CRP SANITATION INC**
**2 BAYVIEW RD**
**CORTLAND MANOR, NY 10567**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,408.78 |
|---|---|---|---|

**CRYSTAL LAKE SHOPPING CENTER LLC**
**18610 NW 87 AVENUE**
**SUITE 204**
**HIALEAH, FL 33015**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,450.81 |
|---|---|---|---|

**CSG INTERACTIVE MESSAGING INC**
**ATTN: KIM CHANDLER**
**9555 MAROON CIRCLE**
**ENGLEWOOD, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,010.50**

**CSG INTERACTIVE MESSAGING INC**
**9555 MAROON CIRCLE**
**ENGLEWOOD, CO 80112**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Collection Fees__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248,429.05**

**CSRA 5901 GOLDEN TRIANGLE MASTER**
**LESSEE**
**ATTN: JEFFREY A. GREGOR**
**C/O CAPITAL SQUARE REALTY ADVISORS,**
**LLC.**
**10900 NUCKOLS ROAD, SUITE 200**
**GLEN ALLEN, VA 23060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,656.12**

**CSRA 5901 GOLDEN TRIANGLE MASTER**
**LESSEE**
**ATTN: JEFFREY A. GREGOR**
**C/O CAPITAL SQUARE REALTY ADVISORS,**
**LLC.**
**10900 NUCKOLS ROAD, SUITE 200**
**GLEN ALLEN, VA 23060**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.41**

**CT CORPORATION**
**PO BOX 4349**
**CAROL STREAM, IL 60197-4349**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,258.95**

**CUB SQUARE CENTRE LLC**
**ATTN: JOHN CAHILL**
**C/O RRI MANAGEMENT LLC**
**6025 S QUEBEC ST. #250**
**CENTENNIAL, CO 80111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.824** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,442.78**

**CUB SQUARE CENTRE LLC**
**ATTN: JOHN CAHILL**
**C/O RRI MANAGEMENT LLC**
**6025 S QUEBEC ST. #250**
**CENTENNIAL, CO 80111**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                              Case number (if known)   **20-11561**
          Name

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.43** |
|---|---|---|---|

**CUCAMONGA COUNTY WATER DIST.**
**P.O. BOX 638**
**RANCHO CUCAMONGA, CA 91729**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$436.96** |
|---|---|---|---|

**CULLIGAN - NEVADA**
**50 EAST GREG ST. #106**
**SPARKS, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,867.14** |
|---|---|---|---|

**CULLIGAN / US FILTER - LAS VEGAS**
**4513 N. LAMB BLVD**
**STE 92**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,310.49** |
|---|---|---|---|

**CULLIGAN OF DFW AND HOUSTON**
**ATTN: KAMRAN VAHDANI**
**3201 PREMIER DR**
**STE 300**
**IRVING, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.72** |
|---|---|---|---|

**CULLIGAN OF SANTA ANA**
**502 S. LYON STREET**
**SANTA ANA, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$458.59** |
|---|---|---|---|

**CULLIGAN OF SYLMAR**
**ATTN: KAREN MCLEOD**
**15580 ROXFORD ST**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$144.80** |
|---|---|---|---|

**CULLIGAN OF SYLMAR**
**ATTN: KAREN MCLEOD**
**15580 ROXFORD ST**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Related**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

**3.832** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.00**

**CULLIGAN WATER CONDITIONING BAKERSFIELD**
**ATTN: CURTIS ROBINSON**
**116 BAKER STREET**
**BAKERSFIELD, CA 93305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.833** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648.95**

**CULLIGAN WATER CONDITIONING SANTA CLARA**
**1785  RUSSELL AVE**
**SANTA CLARA, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.834** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,439.64**

**CULLIGAN WATER CONDITIONING-SACTO**
**ATTN: DON FELTON**
**1200 ARDEN WAY**
**SACRAMENTO, CA 95815-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.835** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,125.00**

**CULTURE FOUNDRY LLC**
**ATTN: HANS BJORDAHI**
**600 N 36TH ST**
**# 200**
**SEATTLE, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.836** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,191,606.52**

**CUMMING CONSTRUCTION COMPANY INC**
**ATTN: ADAM LOPES**
**1483 EAST 3850 SOUTH**
**ST. GEORGE, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.837** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$539,526.32**

**CUMMING CONSTRUCTION COMPANY INC**
**1483 EAST 3850 SOUTH**
**ST. GEORGE, UT 84790**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,120.00**

**CUMMING CONSTRUCTION COMPANY INC**
**ATTN: ADAM LOPES**
**1483 EAST 3850 SOUTH**
**ST. GEORGE, UT 84790**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.17**

**CUNDIFF ALAN**
**3500 TANGLE BRUSH DR**
**APT 172**
**SPRING, TX 77381**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.92**

**CURRY SHYEE**
**43923 VINTAGE ST**
**LANCASTER, CA 93536**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,148.01**

**CURVATURE LLC**
**ATTN: ERIC JEPSEN**
**6500 HOLLISTER AVE**
**STE 210**
**SANTA BARBARA, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154,166.66**

**CUSTOM LOCATIONS LLC**
**ATTN: LLOYED PUTTER**
**200 NORTH OCEAN  BLVD**
**UNIT 4N**
**DELRAY BEACH, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,117.29**

**CUSTOM LOCATIONS LLC**
**ATTN: LLOYED PUTTER**
**200 NORTH OCEAN  BLVD**
**UNIT 4N**
**DELRAY BEACH, FL 33483**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,397.95**

**CUSTOM LOGOS INC**
**ATTN: RENE DEVITO**
**7889 CLAIREMONT MESA  BLVD**
**SAN DIEGO, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CYNTHIA A RUNGE**
**916 WEST STREET**
**OCEANSIDE, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Non-Qualififed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.846**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,630.00** |
|---|---|---|
| **CYNTHIA WHEELER**<br>**430 W. WEBSTER**<br>**UNIT A**<br>**CHICAGO, IL 60614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.847**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$511.71** |
|---|---|---|
| **D&D CARTING CO INC**<br>**107 8TH STREET**<br>**BROOKLYN NY, NY 11215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.848**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47.42** |
|---|---|---|
| **D&D CARTING CO INC**<br>**107 8TH STREET**<br>**BROOKLYN NY, NY 11215** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.849**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,524.24** |
|---|---|---|
| **D&D PLUMBING INC**<br>**ATTN: STACY RITTEL**<br>**1655 GREG ST**<br>**SPARKS, NV 89431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.850**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,025.39** |
|---|---|---|
| **DAIJOGO & PEDERSEN LLP**<br>**ATTN: MAKI DAIJOGO**<br>**21 TAMAL VISTA BLVD**<br>**SUITE 295**<br>**CORTE MADERA, CA 94925** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Legal Fees** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.851**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|
| **DAILY BURN INC**<br>**ATTN: LEE LEVITAN**<br>**30 WEST 26TH STREET**<br>**2ND FLOOR**<br>**NEW YORK, NY 10010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.852**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,456.50** |
|---|---|---|
| **DALLAS COUNTY TAX COLLECTOR**<br>**P.O. BOX 139006**<br>**DALLAS, TX 75313-9066** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Personal Property Tax** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,833.34 |
|---|---|---|---|

**DALLAS KESSLER PARK LTD**
**2000 MCKINNEY AVENUE**
**SUITE 1000**
**DALLAS, TX 75201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124,695.41 |
|---|---|---|---|

**DALLAS KESSLER PARK LTD**
**2000 MCKINNEY AVENUE**
**SUITE 1000**
**DALLAS, TX 75201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,730.00 |
|---|---|---|---|

**DALLAS KESSLER PARK LTD**
**2000 MCKINNEY AVENUE**
**SUITE 1000**
**DALLAS, TX 75201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.95 |
|---|---|---|---|

**DALLAS WATER UTILITIES**
**CITY HALL 1 AN**
**DALLAS, TX 75277**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,286.29 |
|---|---|---|---|

**DARBY GLASS LLC**
**ATTN: FRANK SPIZZIRRI**
**27 R WEST MONTAUK HWY**
**LINDENHURST, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,230.00 |
|---|---|---|---|

**DARBY GLASS LLC**
**ATTN: FRANK SPIZZIRRI**
**27 R WEST MONTAUK HWY**
**LINDENHURST, NY 11757**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**DAVENPORT WENDY**
**3840 KELTON DRIVE**
**OCEANSIDE, CA 92056**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (if known)    **20-11561**
          Name

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DAVID C ROTH**
**13 CALLE SALTAMONTES**
**SAN CLEMENTE, CA 92673-7004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DAVID D DURO**
**24616 MOONFIRE DR**
**DANA POINT, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DAVID SILVAS**
**13377 WYNGATE POINT**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,258.06** |

**DAWSON, BILL**
**1733 ELM STREET**
**LIVERMORE, CA 94551**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Severance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,768.89** |

**DB DIPPERT**
**ATTN: DUSTIN DIPPERT**
**8262 BEEHIVE CT**
**FAIR OAKS, CA 95628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,409.35** |

**DCC, INC**
**ATTN: JUSTIN MONROE**
**2929 STOREY LANE**
**DALLAS, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,907.89** |

**DDR MCH WEST LLC**
**DEPT 340218 21152 56847**
**P.O. BOX 931650**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (if known)    **20-11561**
　　　　　Name

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76.58** |
|---|---|---|---|

**DE LA CRUZ GEORDAN**
**2368 DAVIDSON AVE**
**APT 3**
**BRONX, NY 10468**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DE LAM**
**3601 LAKESHORE AVE**
**OAKLAND, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DEAN J MYATT**
**289 BIRCHWOOD DR**
**MORAGA, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151,000.00** |
|---|---|---|---|

**DELOITTE CONSULTING LLP**
**ATTN: LIZA BOBROW**
**4022 SELLIS DRIVE**
**HERMITAGE, TN 37076**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software development**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,666.67** |
|---|---|---|---|

**DELOITTE CONSULTING LLP**
**4022 SELLIS DRIVE**
**HERMITAGE, TN 37076**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,663.00** |
|---|---|---|---|

**DELOITTE TAX LLP**
**P.O BOX 844736**
**DALLAS, TX 75284-4736**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tax Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,175.60** |
|---|---|---|---|

**DELTA DENTAL PLAN**
**ATTN: RAYMOND MILES**
**P.O. BOX 44460**
**SAN FRANCISCO, CA 94142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **24 Hour Fitness USA, Inc.**
_____
Name

Case number (*if known*) **20-11561**

---

**3.874**

**Nonpriority creditor's name and mailing address**
**DENDAS,ANDREW C**
**517 28TH ST**
**SACRAMENTO, CA 95816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.875**

**Nonpriority creditor's name and mailing address**
**DENISE K BEDNAR**
**1339 SKY RIDGE CT.**
**SAN MARCOS, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.876**

**Nonpriority creditor's name and mailing address**
**DENTON BRADLEY**
**1969 LAVENDER AVE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$14.04**

---

**3.877**

**Nonpriority creditor's name and mailing address**
**DENTON COUNTY**
**DEPT OF EMERGENCY SERVICES**
**9060 TEASLEY LANE**
**DENTON, TX 76210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$35,705.00**

---

**3.878**

**Nonpriority creditor's name and mailing address**
**DENTON COUNTY FRESH WATER SUPPLY**
**2540 KING ARTHUR**
**STE 220**
**LEWISVILLE, TX 75056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$168.81**

---

**3.879**

**Nonpriority creditor's name and mailing address**
**DENVER GLASS INTERIORS INC**
**ATTN: M. SCHREIBER**
**1600 W. EVANS AVE**
**SUITE A**
**ENGLEWOOD, CO 80110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,085.02**

---

**3.880**

**Nonpriority creditor's name and mailing address**
**DENVER MANAGER OF FINANCE**
**TREASURY DIVISION**
**201 W. COLFAX AVENUE**
**DENVER, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$190,367.48**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.881** | Nonpriority creditor's name and mailing address
**DENVER WATER**
P.O. BOX 173343
DENVER, CO 80217-3343

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$659.30**

---

**3.882** | Nonpriority creditor's name and mailing address
**DEPARTMENT OF FINANCE**
P.O. BOX 5564
BINGHAMTON, NY 78714-9348

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __New York City Income Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.883** | Nonpriority creditor's name and mailing address
**DEPARTMENT OF TAXATION**
P.O. BOX 3559
HONOLULU, HI 96811-3559

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __State of Hawaii Income Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.884** | Nonpriority creditor's name and mailing address
**DEPARTMENT OF TAXATION**
P.O. BOX 1500
RICHMOND, VA 23218-1500

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __State of Virginia Income Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.885** | Nonpriority creditor's name and mailing address
**DEPARTMENT OF TAXATION AND FINANCE**
**NYS CORPORATION TAX**
P.O. BOX 15181
ALBANY, NY 12212-5181

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __State of New York Income Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.886** | Nonpriority creditor's name and mailing address
**DEPAUW SUSAN**
3800 LAKE COUNTRY DR
DENTON, TX 76210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ☑ No ☐ Yes

**$160.00**

---

**3.887** | Nonpriority creditor's name and mailing address
**DEREK BERES**
ATTN: DEREK BERES
3735 KEYSTONE AVE
# 302
LOS ANGELES, CA 90034

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,500.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.00** |
|---|---|---|---|

**DESCO INDUSTRIAL GROUP INC**
**ATTN: BOB BRIEDE**
**1327 SE TACOMA STREET, #308**
**PORTLAND, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,074.70** |
|---|---|---|---|

**DEX IMAGING LLC**
**P.O. BOX 17454**
**CLEARWATER, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,641,503.88** |
|---|---|---|---|

**DGC CAPITAL CONTRACTING**
**ATTN: MAUREEN MCFADDEN**
**506 SOUTH 9TH AVE**
**MOUNT VERNON, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,344,440.82** |
|---|---|---|---|

**DGC CAPITAL CONTRACTING**
**ATTN: MAUREEN MCFADDEN**
**506 SOUTH 9TH AVE**
**MOUNT VERNON, NY 10550**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Construction__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,218.80** |
|---|---|---|---|

**DGC CAPITAL CONTRACTING**
**ATTN: MAUREEN MCFADDEN**
**506 SOUTH 9TH AVE**
**MOUNT VERNON, NY 10550**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Purchase of fixed assets__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,231.00** |
|---|---|---|---|

**DGC CAPITAL CONTRACTING**
**506 SOUTH 9TH AVE**
**MOUNT VERNON, NY 10550**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Moving Costs__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,076.92** |
|---|---|---|---|

**DIAMOND FITNESS**
**ATTN: ANURAG CHAUDHARY**
**7600 BENBROOK PKWY, STE. 5/12**
**BENBROOK, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

3.895 **Nonpriority creditor's name and mailing address**

**DIAMOND FITNESS**
ATTN: ANURAG CHAUDHARY
7600 BENBROOK PKWY, STE. 5/12
BENBROOK, TX 76126

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase of fixed assets

Is the claim subject to offset? ■ No ☐ Yes

**$5,101.91**

---

3.896 **Nonpriority creditor's name and mailing address**

**DIGITAL ENVOY INC**
ATTN: JUSTIN SKOGEN
155 TECHNOLOGY PARKWAY SUIET 800
NORCROSS, GA 30092

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

3.897 **Nonpriority creditor's name and mailing address**

**DIJONNE MARCELINO**
ATTN: DIJONNE MARCELINO
9052 WINTHROP SPRINGS RD
LAS VEGAS, NV 89139

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

3.898 **Nonpriority creditor's name and mailing address**

**DIJONNE MARCELINO**
ATTN: DIJONNE MARCELINO
9052 WINTHROP SPRINGS RD
LAS VEGAS, NV 89139

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Public relations contractor

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

3.899 **Nonpriority creditor's name and mailing address**

**DIMENSION DATA NORTH AMERICA**
ATTN: MATTHEW TAYLOR
11006 RUSHMORE DRIVE
STE 300
CHARLOTTE, NC 28277

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Repairs & Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**$81,481.88**

---

3.900 **Nonpriority creditor's name and mailing address**

**DINA MICHELLE CHENEY**
ATTN: DINA CHENEY
76 COGNEWAUGH ROAD
COS COB, CT 06807

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$6,663.00**

---

3.901 **Nonpriority creditor's name and mailing address**

**DIRECT ENERGY BUSINESS**
P.O. BOX 905243
CHARLOTTE, NC 28290-5243

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$6,247.80**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.902** | Nonpriority creditor's name and mailing address
**DIRECT WASTE SERVICES INC**
P.O. BOX 384
EAST HANOVER, NJ 07936-0384

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,479.62**

---

**3.903** | Nonpriority creditor's name and mailing address
**DIRECT WASTE SERVICES INC**
P.O. BOX 384
EAST HANOVER, NJ 07936-0384

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$358.15**

---

**3.904** | Nonpriority creditor's name and mailing address
**DIRECTV LLC**
PO BOX 410347
CHARLOTTE, NC 28241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$66,939.32**

---

**3.905** | Nonpriority creditor's name and mailing address
**DIRECTV LLC**
PO BOX 410347
CHARLOTTE, NC 28241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$3,643.70**

---

**3.906** | Nonpriority creditor's name and mailing address
**DITOMASSO,ELIZABETH A**
306 LAKE AVENUE
APT 320
MAITLAND, FL 32751

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.907** | Nonpriority creditor's name and mailing address
**DIVISION OF ENVIRONMENTAL HEALTH**
3 HARRY S. TRUMAN PARKWAY
ANNAPOLIS, MD 21401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.908** | Nonpriority creditor's name and mailing address
**DIVISION OF TAXATION**
REVENUE PROCESS CENTER
P.O. BOX 666
TRENTON, NJ 08646-0666

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **State of New Jersey Income Tax**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.909** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.23**

**DIXIE SAFE & LOCK**
**7920 GULF FREEWAY**
**HOUSTON, TX 77017-3018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**DJH MECHANICAL CORP**
**ATTN: DAVID HARVEY**
**124 RYAN PLACE**
**STATEN ISLAND, NY 10312**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,781.27**

**DJH MECHANICAL CORP**
**ATTN: DAVID HARVEY**
**124 RYAN PLACE**
**STATEN ISLAND, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.04**

**DMX - ORANGE COUNTY O&O LLC**
**3152 RED HILL AVE #270**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413,476.24**

**DOME CENTER LLC**
**RPG - DOME CENTER**
**DEPT. 3151**
**LOS ANGELES, CA 90084-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,405.51**

**DOME CENTER LLC**
**RPG - DOME CENTER**
**DEPT. 3151**
**LOS ANGELES, CA 90084-3151**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00**

**DOME GARAGE**
**ATTN: REBECCA DORNIDON**
**1400 IVAR AVENUE**
**HOLLYWOOD, CA 90028**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Parking**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.916** | Nonpriority creditor's name and mailing address

**DOME GARAGE**
**ATTN: REBECCA DORNIDON**
**1400 IVAR AVENUE**
**HOLLYWOOD, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,459.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | Nonpriority creditor's name and mailing address

**DOMINION VIRGINIA POWER**
**PO BOX 26543**
**RICHMOND, VA 23290-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,971.87**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | Nonpriority creditor's name and mailing address

**DOONWOOD ENGINEERING INC**
**PO BOX 1267**
**KAILUA, HI 96734**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,091.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | Nonpriority creditor's name and mailing address

**DOOR-MAN INC.**
**ATTN: RAUL**
**910 HOOVER AVE**
**NATIONAL CITY, CA 91950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$932.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.920** | Nonpriority creditor's name and mailing address

**DOUGLAS COUNTY TREASURER**
**PO BOX 1208**
**100 THIRD STREE, SUITE 120**
**CASTLE ROCK, CO 90104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$525,863.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.921** | Nonpriority creditor's name and mailing address

**DOUGLAS COUNTY TREASURER**
**PO BOX 1208**
**100 THIRD STREE, SUITE 120**
**CASTLE ROCK, CO 90104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$66,718.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.922** | Nonpriority creditor's name and mailing address

**DOUGLAS EMMETT 2016 LLC**
**ATTN: JULIE UBER**
**808 WILSHIRE BOULEVARD**
**2ND FLOOR**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$514,276.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **24 Hour Fitness USA, Inc.**                                Case number *(if known)*  **20-11561**
Name

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,465.23** |

**DOUGLAS EMMETT 2016 LLC**
**15301 VENTURA BELVD BLDG B**
**SUITE 360**
**SHERMAN OAKS, CA 91403**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.91** |

**DRAINBUSTERS INC**
**P.O. BOX 455**
**GARFIELD, NJ 07026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,277.70** |

**DS FOUNTAIN VALLEY LP**
**ATTN: THOMAS SCHIRBER JR**
**FOUNTAIN VALLEY PROMENADE**
**PO BOX 6157**
**HICKSVILLE, NY 11802-6157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.62** |

**DS FOUNTAIN VALLEY LP**
**FOUNTAIN VALLEY PROMENADE**
**PO BOX 6157**
**HICKSVILLE, NY 11802-6157**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,817.74** |

**DS NATURALS LLC**
**ATTN: CHRIS HICKEY**
**PO BOX 173939**
**DENVER, CO 80217-3939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,893.76** |

**DS PROPERTIES 17 LP**
**200 E. BAKER STREET**
**SUITE 100**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,124.57** |

**DS PROPERTIES 17 LP**
**P.O. BOX 6157**
**HICKSVILLE, NY 11802**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.930** | **Nonpriority creditor's name and mailing address**
**DS PROPERTIES 17 LP**
**P.O. BOX 6157**
**HICKSVILLE, NY 11802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$387.63

---

**3.931** | **Nonpriority creditor's name and mailing address**
**DS PROPERTIES 17 LP**
**P.O. BOX 6157**
**HICKSVILLE, NY 11802**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

$48.14

---

**3.932** | **Nonpriority creditor's name and mailing address**
**DUFF CAMERON**
**110 1ST ST**
**14L**
**JERSEY CITY, NJ 07302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

$197.45

---

**3.933** | **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1004**
**CHARLOTTE, NC 28201-1004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$9,056.15

---

**3.934** | **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1004**
**CHARLOTTE, NC 28201-1004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$45.65

---

**3.935** | **Nonpriority creditor's name and mailing address**
**DUMPSTERS R US**
**131 NW 43RD ST**
**BOCA RATON, FL 33431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$6,966.35

---

**3.936** | **Nonpriority creditor's name and mailing address**
**DUPAGE COUNTY HEALTH DEPARTMENT**
**ENVIRONMENTAL HEALTH SERVICES**
**111 N. COUNTY FARM ROAD**
**WHEATON, IL 60187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$1,019.20

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,554.80 |
|---|---|---|---|

**DURHAM BUSINESS PROPERTIES LLC**
**ATTN: KRISTI EBERT**
**C/O WYSE INVESTMENT SERVICES CO.**
**810 SE BELMONT ST**
**PORTLAND, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,322.99 |
|---|---|---|---|

**DURHAM BUSINESS PROPERTIES LLC**
**ATTN: KRISTI EBERT**
**C/O WYSE INVESTMENT SERVICES CO.**
**810 SE BELMONT ST**
**PORTLAND, OR 97214**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,616.90 |
|---|---|---|---|

**DWF IV 465 HALSTEAD LLC**
**P.O. BOX 7673**
**SAN FRANCISCO, CA 94120-7673**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,899.86 |
|---|---|---|---|

**DWYER-CURLETT & CO**
**1880 CENTURY PARK EAST, SUITE 400**
**LOS ANGELES, CA 90067**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**DWYER-CURLETT & CO**
**1880 CENTURY PARK EAST, SUITE 400**
**LOS ANGELES, CA 90067**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Parking**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,270.00 |
|---|---|---|---|

**DYMATIZE ENTERPRISES LLC**
**ATTN: CHRIS RICCIO**
**111 LESLIE ST**
**DALLAS, TX 75207-7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,326.00 |
|---|---|---|---|

**DYNAMIX MUSIC**
**ATTN: MARK HOFFMAN**
**6400 FRANKFORD AVENUE**
**SUITE 26**
**BALTIMORE, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,482.00** |
|---|---|---|---|

**E. SAM JONES DISTRIBUTOR, INC.**
**601 S. STATE COLLEGE BLVD.**
**FULLERTON, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,016.29** |
|---|---|---|---|

**E.J. HARRISON & SONS, INC.**
**541 N POST OAK**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$503.14** |
|---|---|---|---|

**E.J. HARRISON & SONS, INC.**
**P.O. BOX 4009**
**VENTURA, CA 93007-4009**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,855.18** |
|---|---|---|---|

**EAST BAY MUNICIPAL UTILITY**
**EBMUND PAYMENT CENTER**
**PO BOX 1000**
**OAKLAND, CA 94649-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,867.40** |
|---|---|---|---|

**EAST BAY MUNICIPAL UTILITY**
**EBMUND PAYMENT CENTER**
**PO BOX 1000**
**OAKLAND, CA 94649-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,384.12** |
|---|---|---|---|

**EAST BAY MUNICIPAL UTILITY**
**EBMUND PAYMENT CENTER PO BOX 1000,**
**OAKLAND, CA 94649-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,902.52** |
|---|---|---|---|

**EAST BAY SANITARY CO**
**PO BOX 1316**
**EL CERRITO, CA 94530-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.951**

**Nonpriority creditor's name and mailing address**

**EAST BAY SANITARY CO**
**PO BOX 1316**
**EL CERRITO, CA 94530-1316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,027.80**

---

**3.952**

**Nonpriority creditor's name and mailing address**

**EAST BROAD STREET LLC**
**PO BOX 288**
**FALLS CHURCH, VA 22040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**$11,837.14**

---

**3.953**

**Nonpriority creditor's name and mailing address**

**EAST WEST BANK**
**ATTN: EZEQUIEL VAZQUEZ**
**C/O CHARLES DUNN REAL ESTATE**
**SERVICES**
**800  W. SIXTH STREET 6TH FLOOR**
**LOS ANGELES, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$220,032.54**

---

**3.954**

**Nonpriority creditor's name and mailing address**

**EASTERN MUNICIPAL WATER DIST.**
**P.O. BOX 8300**
**PERRIS, CA 92572-8300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,007.34**

---

**3.955**

**Nonpriority creditor's name and mailing address**

**EASTRIDGE WORKFORCE SOLUTIONS**
**ATTN: CJ INGARGIOLA**
**P.O. BOX 843209**
**LOS ANGELES, CA 90084-3209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$61,287.30**

---

**3.956**

**Nonpriority creditor's name and mailing address**

**EBIX INC**
**DEPT# 40346**
**PO BOX 2153**
**BIRMINGHAM, AL 35287-9394**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,250.00**

---

**3.957**

**Nonpriority creditor's name and mailing address**

**ECOFIT NETWORKS INC.**
**ATTN: DAVID JOHNSON**
**3375 WHITTIER AVE, UNIT 100**
**VICTORIA BC, V8Z 3R1 CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$36,882.00**

---

Debtor **24 Hour Fitness USA, Inc.**                    Case number (*if known*)    **20-11561**
　　　　Name

| | |
|---|---|
| 3.958 | **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　**As of the petition filing date, the claim is:** *Check all that apply.*　　**$30,513.46** |

**3.958** | **Nonpriority creditor's name and mailing address**

**ECOFIT NETWORKS INC.**
**UNIT 100**
**3375 WHITTIER AVE**
**VICTORIA BC, V8Z 3R1 CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$30,513.46**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Purchase of fixed assets__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address**

**ED BROWN DISTRIBUTORS**
**ATTN: PEGGY DAVID OR BRUCE**
**3236 IRVING BLVD**
**DALLAS, TX 75247**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$71.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address**

**EDCO DISPOSAL CORP.**
**P.O. BOX 6568**
**BUENA PARK, CA 90622-6568**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$11,052.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address**

**EDCO DISPOSAL CORP.**
**P.O. BOX 6568**
**BUENA PARK, CA 90622-6568**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$144.68**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address**

**EDCO DISPOSAL CORP.**
**P.O. BOX 6568**
**BUENA PARK, CA 90622-6568**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$133.39**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address**

**EDCO DISPOSAL CORP.**
**P.O. BOX 6568**
**BUENA PARK, CA 90622-6568**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$93.20**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address**

**EDCO WASTE & RECYCLING SERVICES, INC.**
**P.O. BOX 5488**
**BUENA PARK, CA 90622-5488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$523.58**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.965** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104.78**

**EDCO WASTE & RECYCLING SERVICES, INC.**
P.O. BOX 5488
BUENA PARK, CA 90622-5488

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$216.39**

**EDCO WASTE SERVICES**
6254 PARAMOUNT BLVD
BUENA PARK, CA 90620

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,782.18**

**EDELMAN**
ATTN: DAN WEBBER
C/O JP MORGAN CHASE, N.A.
21992 NETWORK PLACE
CHICAGO, IL 60673-1219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Related

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161,458.92**

**EDWARD F PLANT**
HARMAN ASSET MANAGEMENT, AMO
C/O EDWARD PLANT
LA JOLLA, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Related

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,820.10**

**EDWARD F PLANT**
HARMAN ASSET MANAGEMENT, AMO
C/O EDWARD PLANT
LA JOLLA, CA 92037

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Real Property Tax

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.05**

**EL AMIN BILAL**
5188 PICKFORD ST
APT 6
LOS ANGELES, CA 90019

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Expense Reimbursement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,738.46**

**EL PASEO VALET**
ATTN: IRENE ELIAS
5 MINGUS MOUNTAIN ROAD
SEDONA, AZ 86336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Related

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **24 Hour Fitness USA, Inc.**
　　　Name
Case number (*if known*) **20-11561**

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,375.00 |

**EL PASEO VALET**
**ATTN: IRENE ELIAS**
**5 MINGUS MOUNTAIN ROAD**
**SEDONA, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.00 |

**EL PASO COUNTY**
**PUBLIC HEALTH**
**1675 W. GARDEN OF THE GODS ROAD**
**SUITE 2044**
**COLORADO SPRINGS, CO 80907**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.08 |

**EL PASO COUNTY**
**PUBLIC HEALTH**
**1675 W. GARDEN OF THE GODS ROAD**
**SUITE 2044**
**COLORADO SPRINGS, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,318.86 |

**EL PASO COUNTY TREASURER**
**P.O. BOX 2018**
**COLORADO SPRINGS, CO 80901-2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,974.00 |

**EL PASO COUNTY TREASURER**
**P.O. BOX 2018**
**COLORADO SPRINGS, CO 80901-2018**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Personal Property Tax**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,687.58 |

**ELEIKO SPORT INC**
**ATTN: ALEX MURRAY**
**318 W GRAND AVE**
**301**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,734.10 |

**ELEIKO SPORT INC**
**ATTN: ALEX MURRAY**
**318 W GRAND AVE**
**301**
**CHICAGO, IL 60654**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of fixed assets**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,584.54** |
|---|---|---|---|

**ELITE MECHANICAL INC**
**ATTN: JENNIFER FUJIMOTO**
**98-055 KAMEHAMEHA HWY**
**C-6**
**AIEA, HI 96701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,603.86** |
|---|---|---|---|

**ELIVATE**
**ATTN: GREG RIEGSECKER**
**6333 HUDSON CROSSING PKWY**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.80** |
|---|---|---|---|

**ELIVATE**
**ATTN: GREG RIEGSECKER**
**6333 HUDSON CROSSING PKWY**
**HUDSON, OH 44236**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Purchase of fixed assets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.73** |
|---|---|---|---|

**ELIZABETHTOWN GAS**
**P.O. BOX 11611**
**NEWARK, NJ 07101-8111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utilities_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226,474.54** |
|---|---|---|---|

**ELLA PASEO LLC**
**428 POLI STREET**
**SUITE 2D**
**VENTURA, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,006.67** |
|---|---|---|---|

**ELLA PASEO LLC**
**428 POLI STREET**
**SUITE 2D**
**VENTURA, CA 93001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utilities_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01** |
|---|---|---|---|

**ELYTUS LTD**
**601 S. HIGH STREET**
**COLUMBUS, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number (*if known*)    **20-11561**

| | |
|---|---|
| 3.986 | **Nonpriority creditor's name and mailing address** |

**EMERGENCY RESTORATION & CLEANING INC**
**ATTN: MOLLY ANDERSON**
**3073 KILGORE ROAD**
**RANCHO CORDOVA, CA 95670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$39,540.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.987 | **Nonpriority creditor's name and mailing address** |

**ENGLEWOOD LOCK AND SAFE INC.**
**ATTN: MAGGIE LANDRY**
**PO BOX 1513**
**ENGLEWOOD, CO 80150-1513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$435.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.988 | **Nonpriority creditor's name and mailing address** |

**ENHANCING, MIND, BODY, AND SPIRIT, INC.**
**700 S. PINE ISLAND ROAD**
**PLANTATION, FL 33324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$2,000.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit from Sub-lessee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.989 | **Nonpriority creditor's name and mailing address** |

**ENI-JR286, INC**
**4000 REDONDO BEACH AVE**
**SUITE 101**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$6,666.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.990 | **Nonpriority creditor's name and mailing address** |

**ENTERGY GULF STATES, INC.**
**639 LOYOLA AVENUE**
**NEW ORLEANS, LA 70113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$2,712.54**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.991 | **Nonpriority creditor's name and mailing address** |

**ENTOUCH CONTROLS INC**
**ATTN: LINDA DRES**
**661 N. PLANO ROAD**
**STE 323**
**RICHARDSON, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$482,034.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.992 | **Nonpriority creditor's name and mailing address** |

**ENTOUCH CONTROLS INC**
**ATTN: LINDA DRES**
**661 N. PLANO ROAD**
**STE 323**
**RICHARDSON, TX 75081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$34,890.67**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.993**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|
| **ENVIRONMENTAL DATA RESOURCES, INC.**<br>**P.O. BOX 414176**<br>**BOSTON, MA 02241-4176** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Legal Fees** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.994**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139,288.99** |
|---|---|---|
| **EPR FITNESS LLC**<br>**ATTN: ALISON GRIFFIN**<br>**909 WALNUT STREET**<br>**SUITE 200**<br>**KANSAS CITY, MO 64106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.995**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,058.97** |
|---|---|---|
| **EPR FITNESS LLC**<br>**ATTN: ALISON GRIFFIN**<br>**909 WALNUT STREET**<br>**SUITE 200**<br>**KANSAS CITY, MO 64106** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Real Property Tax** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.996**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,654.27** |
|---|---|---|
| **EPS DOUBLET**<br>**ATTN: ARA JAGGER**<br>**4690 JOLIE ST**<br>**DENVER, CO 80239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.997**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,854,279.44** |
|---|---|---|
| **EPSILON AGENCY LLC**<br>**ATTN: SEKINAT FAKOYA**<br>**3787 MOMENTUM PLACE**<br>**CHICAGO, IL 60689-5337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.998**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$334,405.93** |
|---|---|---|
| **EPSILON AGENCY LLC**<br>**ATTN: SEKINAT FAKOYA**<br>**3787 MOMENTUM PLACE**<br>**CHICAGO, IL 60689-5337** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.999**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,500.00** |
|---|---|---|
| **EPSILON AGENCY LLC**<br>**ATTN: SEKINAT FAKOYA**<br>**3787 MOMENTUM PLACE**<br>**CHICAGO, IL 60689-5337** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Marketing retainer fee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **24 Hour Fitness USA, Inc.**
Name

Case number (if known)   **20-11561**

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,900.00 |

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,550.00 |

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,310.00 |

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,996.70 |

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,798.21 |

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,480.00 |

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

**3.100 6**

**Nonpriority creditor's name and mailing address**

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing services - new club opening**

Is the claim subject to offset? ☑ No  ☐ Yes

**$10,173.12**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**EPSILON AGENCY LLC**
**ATTN:  SEKINAT FAKOYA**
**3787 MOMENTUM PLACE**
**CHICAGO, IL 60689-5337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Marketing services - new club opening**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,108.60**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**EQYINVEST OWNER II LTD LLP**
**JP MORGAN CHASE BANK**
**P.O. BOX 730373**
**DALLAS, TX 75373-0373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No  ☐ Yes

**$112,446.88**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**EQYINVEST OWNER II LTD LLP**
**JP MORGAN CHASE BANK**
**P.O. BOX 730373**
**DALLAS, TX 75373-0373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☑ No  ☐ Yes

**$43,016.91**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**EQYINVEST OWNER II LTD LLP**
**JP MORGAN CHASE BANK**
**P.O. BOX 730373**
**DALLAS, TX 75373-0373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,104.67**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**ESCAPE FITNESS USA LLC**
**ATTN: JAIMESON ADAM**
**4434 MUHLHAUSER ROAD**
**WEST CHESTER, OH 45011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No  ☐ Yes

**$17,040.68**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**ESCONDIDO DISPOSAL INC.**
**1044 W WASHINGTON AVE PO BOX 1818,**
**ESCONDIDO, CA 92033-1818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No  ☐ Yes

**$694.11**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.101 3**

**Nonpriority creditor's name and mailing address**
**ESCONDIDO DISPOSAL INC.**
**1044 W WASHINGTON AVE**
**PO BOX 1818**
**ESCONDIDO, CA 92033-1818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$93.82**

---

**3.101 4**

**Nonpriority creditor's name and mailing address**
**ESKEDAR BEKELE**
**3437 RICH FIELD DR**
**CARLSBAD, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-Qualifed Deferred Compensation Plan__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**
**ESPEJEL MIGUEL**
**18215 AVENUE D**
**PERRIS, CA 92570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Expense Reimbursement__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,021.51**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**
**EVERETT WASHINGTON FITNESS LP**
**1748 W KATELLA AVE SUITE 206**
**ORANGE, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

**$97,433.33**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**
**EVERETT WASHINGTON FITNESS LP**
**1748 W KATELLA AVE SUITE 206**
**ORANGE, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,965.63**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
**EXCELLENT PARKING SOLUTIONS INC**
**ATTN: ABRAHAM SBEITI**
**13138 GEORGE TOWN DR**
**SUGAR LAND, TX 77478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Parking__

Is the claim subject to offset? ■ No  ☐ Yes

**$12,000.00**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
**EXPRESS PIPE & SUPPLY**
**ATTN: RENEE ABHOLD**
**1235 SOUTH LEWIS STREET**
**ANAHEIM, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,996.53**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.1020**

**Nonpriority creditor's name and mailing address**
**EXPRESS PIPE & SUPPLY CO LLC**
**ATTN: RENE ABHOLD**
**1235 SOUTH LEWIS STREET**
**ANAHEIM, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$2,552.78**

---

**3.1021**

**Nonpriority creditor's name and mailing address**
**EXTRACTOR CORPORATION**
**ATTN: JENNIFER HUNTER**
**PO BOX 99**
**SOUTH ELGIN, IL 60177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$35,698.40**

---

**3.1022**

**Nonpriority creditor's name and mailing address**
**EXTRACTOR CORPORATION**
**ATTN: JENNIFER HUNTER**
**PO BOX 99**
**SOUTH ELGIN, IL 60177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,695.00**

---

**3.1023**

**Nonpriority creditor's name and mailing address**
**EZZI SIGNS INC**
**ATTN: BATUL TYEBBHOY**
**16611 WEST LITTLE YORK RD**
**HOUSTON, TX 77084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$5,762.50**

---

**3.1024**

**Nonpriority creditor's name and mailing address**
**EZZI SIGNS INC**
**ATTN: BATUL TYEBBHOY**
**16611 WEST LITTLE YORK RD**
**HOUSTON, TX 77084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$5,480.00**

---

**3.1025**

**Nonpriority creditor's name and mailing address**
**FACCHINO LABARBERA TENNANT STATION LLC**
**873 BLOSSOM HILL ROAD**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$90,465.99**

---

**3.1026**

**Nonpriority creditor's name and mailing address**
**FACEBOOK INC**
**ATTN: KRISTAL BERRY**
**15161 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$698,493.64**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.102 7**

Nonpriority creditor's name and mailing address
**FACILITY SOLUTIONS GROUP**
**PO BOX 952143**
**DALLAS, TX 75395-2143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,489.00**

---

**3.102 8**

Nonpriority creditor's name and mailing address
**FACILITY SOLUTIONS GROUP**
**PO BOX 952143**
**DALLAS, TX 75395-2143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,233.59**

---

**3.102 9**

Nonpriority creditor's name and mailing address
**FACTOR ONE INC**
**ATTN: ANNE CAWOOD**
**P.O. BOX 1772**
**SAN LEANDRO, CA 94577-0177**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,028.97**

---

**3.103 0**

Nonpriority creditor's name and mailing address
**FAIRFAX COUNTY**
**FALSE ALARM REDUCTION UNIT**
**4100 CHAIN BRIDGE ROAD**
**FAIRFAX, VA 22030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,282.00**

---

**3.103 1**

Nonpriority creditor's name and mailing address
**FAIRFAX WATER**
**P.O. BOX 71076**
**CHARLOTTE, NC 28272-1076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,031.25**

---

**3.103 2**

Nonpriority creditor's name and mailing address
**FAIRFIELD MUNICIPAL UTILITIES**
**1000 WEBSTER STREET**
**FAIRFIELD, CA 94533-4883**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$551.73**

---

**3.103 3**

Nonpriority creditor's name and mailing address
**FALCIS TINO**
**38 CHICKADEE LN**
**ALISO VIEJO, CA 92656**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$80.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
**FALK AMY**
**2130 S. SANTA FE AVE #139**
**VISTA, CA 92084**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.103 5**

**Nonpriority creditor's name and mailing address**
**FARFAN ALISHA**
**356 VIA MIRAMONTE**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$13.34

---

**3.103 6**

**Nonpriority creditor's name and mailing address**
**FARMERS ELECTRIC COOPERATIVE,TX**
**2000 EAST I 30**
**GREENVILLE, TX 75403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$7,312.46

---

**3.103 7**

**Nonpriority creditor's name and mailing address**
**FARMERS ELECTRIC COOPERATIVE,TX**
**2000 EAST I 30**
**GREENVILLE, TX 75403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$2,161.24

---

**3.103 8**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS CORPORATION**
**ATTN: NEIL FRANCIS MAGTOTO**
**P.O. BOX 94515**
**PALATINE, IL 60094-4515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$40,277.88

---

**3.103 9**

**Nonpriority creditor's name and mailing address**
**FENN P HALL**
**308 IRON HORSE CT**
**ALAMO, CA 94507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.104 0**

**Nonpriority creditor's name and mailing address**
**FERGUSON FACILITIES SUPPLY**
**ATTN: SEREN ALTMANN**
**835 N. W.W. WHITE ROAD**
**SAN ANTONIO, TX 78219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$15,976.65

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.104**
**1**

**Nonpriority creditor's name and mailing address**
**FERGUSON FACILITIES SUPPLY**
**ATTN: SEREN ALTMANN**
**835 N. W.W. WHITE ROAD**
**SAN ANTONIO, TX 78219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,921.32**

---

**3.104**
**2**

**Nonpriority creditor's name and mailing address**
**FHR COMMUNITY CENTER LLC**
**ATTN: DONNA DARDON**
**C/O FAIRBOURNE PROPERTIES LLC**
**1 EAST WACKER DRIVE**
**CHICAGO, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$261,462.08**

---

**3.104**
**3**

**Nonpriority creditor's name and mailing address**
**FINLANDIA SAUNA - PORTLAND**
**ATTN: TERRI TARKIAINEN**
**14010-B S.W. 72ND AVENUE**
**PORTLAND, OR 97224-0088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$26,793.00**

---

**3.104**
**4**

**Nonpriority creditor's name and mailing address**
**FINLANDIA SAUNA - PORTLAND**
**ATTN: TERRI TARKIAINEN**
**14010-B S.W. 72ND AVENUE**
**PORTLAND, OR 97224-0088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$21,735.96**

---

**3.104**
**5**

**Nonpriority creditor's name and mailing address**
**FIRE COM NW LLC**
**ATTN: JEFFREY M. DUNLAP**
**PO BOX 23700**
**FEDERAL WAY, WA 98093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$271.17**

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**
**FIRE KING COMMERCIAL SERVICES LLC**
**ATTN: MELLISA KING**
**2789 SOLUTION CENTER**
**CHICAGO, IL 60677-2007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$955.66**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.104
7**

**Nonpriority creditor's name and mailing address**
**FIRE SAFE PROTECTION SERVICES LP**
**P.O. BOX 1759 DEPT 620**
**HOUSTON, TX 77251**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

**Is the claim subject to offset?** ■ No ☐ Yes

$20,321.77

---

**3.104
8**

**Nonpriority creditor's name and mailing address**
**FIRE SAFE PROTECTION SERVICES LP**
**P.O. BOX 1759 DEPT 620**
**HOUSTON, TX 77251**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

**Is the claim subject to offset?** ■ No ☐ Yes

$8,804.00

---

**3.104
9**

**Nonpriority creditor's name and mailing address**
**FIRE SYSTEMS WEST, INC.**
**ATTN: LORI SANDOR**
**206 FRONTAGE ROAD NORTH SUITE C**
**PACIFIC, WA 98047**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

**Is the claim subject to offset?** ■ No ☐ Yes

$780.85

---

**3.105
0**

**Nonpriority creditor's name and mailing address**
**FIRETROL PROTECTION SYSTEMS**
**4360 W. CHANDLER BLVD**
**SUITE 1**
**CHANDLER, AZ 85226**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

**Is the claim subject to offset?** ■ No ☐ Yes

$80.85

---

**3.105
1**

**Nonpriority creditor's name and mailing address**
**FIRST CHOICE COFFEE SERVICE**
**ATTN: DEBBIE**
**313 SE YAMHILL ST**
**PORTLAND, OR 97214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Related__

**Is the claim subject to offset?** ■ No ☐ Yes

$49.00

---

**3.105
2**

**Nonpriority creditor's name and mailing address**
**FIRST CHOICE SERVICES INC**
**ATTN: DANIELLE PEGGY DARLING**
**LINA RAMIREZ**
**4471 E SANTA ANA ST #A**
**ONTARIO, CA 91761**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

**Is the claim subject to offset?** ■ No ☐ Yes

$7,046.41

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**FIRST SERVICE**
**ATTN: DAN GOLDBLATT**
**737 SOUTHPOINT BLVD., STE. D**
**PETALUMA, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$102,909.14**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**FIRST SERVICE**
**737 SOUTHPOINT BLVD., STE. D**
**PETALUMA, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$10,576.77**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**FIRST SERVICE**
**737 SOUTHPOINT BLVD., STE. D**
**PETALUMA, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$730.00**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**FIT FOR LIFE LLC**
**ATTN: AUDRA ASHU**
**75 REMITTANCE DRIVE**
**DEPT 6154**
**CHICAGO, IL 60675-6154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$115,104.78**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**FIT TX LP**
**ATTN: CAMILE LEVY**
**50 ROCKEFELLER PLAZA**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$168,108.98**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**FIT TX LP**
**ATTN: CAMILE LEVY**
**50 ROCKEFELLER PLAZA**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$132,131.46**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

**3.105 9**

**Nonpriority creditor's name and mailing address**
**FITNESS ANYWHERE LLC**
**ATTN: MARTHA CARR**
**DEPT LA 24914**
**PASADENA, CA 91185-4914**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$38,699.70**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**
**FITNESS FIRST LLC**
**608 ELYSIAN FIELDS**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,447.70**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**
**FIVE STAR TRANSPORT**
**ATTN: DAN LAPP**
**18530 DAMON DRIVE**
**HESPERIA, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Moving Costs**

Is the claim subject to offset? ■ No ☐ Yes

**$21,597.03**

---

**3.106 2**

**Nonpriority creditor's name and mailing address**
**FIVE STAR TRANSPORT**
**ATTN: DAN LAPP**
**18530 DAMON DRIVE**
**HESPERIA, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$7,133.60**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**
**FIVE STAR TRANSPORT**
**ATTN: DAN LAPP**
**18530 DAMON DRIVE**
**HESPERIA, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$4,150.00**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**FL-1 MEDICAL SERVICES LLC**
**P.O. BOX 80169**
**PHILADELPHIA, PA 19101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,453.00**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**FLATBUSH DELAWARE HOLDING LLC**
**C/O ACHS MANAGEMENT CORP**
**1412 BROADWAY, 3RD FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$145,136.67**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.106
6**

**Nonpriority creditor's name and mailing address**
**FLATBUSH DELAWARE HOLDING LLC**
**C/O ACHS MANAGEMENT CORP**
**1412 BROADWAY, 3RD FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$338.58

---

**3.106
7**

**Nonpriority creditor's name and mailing address**
**FLEMATE RAUDEL**
**448 E FIFTH ST**
**SAN JACINTO, CA 92583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

$53.33

---

**3.106
8**

**Nonpriority creditor's name and mailing address**
**FLORIDA CITY GAS/1559**
**12 W JERSEY**
**ELIZABETH, NJ 07201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$188.26

---

**3.106
9**

**Nonpriority creditor's name and mailing address**
**FLORIDA DEPARTMENT OF FINANCIAL**
**SERVICES**
**UNCLAIMED PROPERTY SECTION**
**P.O. BOX 1990**
**TALLAHASSEE, FL 32302-1990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$15,229.20

---

**3.107
0**

**Nonpriority creditor's name and mailing address**
**FLORIDA DEPARTMENT OF REVENUE**
**5050 W. TENNESSEE ST**
**TALLAHASSEE, FL 32399-0128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **State of Florida Income Tax**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.107
1**

**Nonpriority creditor's name and mailing address**
**FLORIDA DEPARTMENT OF REVENUE**
**5050 W. TENNESSEE ST**
**TALLAHASSEE, FL 32399-0128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$161.55

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.107 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FLORIDA FIRE SAFETY INC**
**13605 SW 149 AVE**
**SUITE #10**
**MIAMI, FL 33196**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,551.50**

---

| 3.107 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FLORIDA POWER & LIGHT CO**
**P.O. BOX 025576**
**MIAMI, FL 33102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$19,884.23**

---

| 3.107 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FLORIDA PUBLIC UTILITIES CO WEST**
**PALM B**
**401 S. DIXIE HWY**
**WEST PALM BEACH, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$449.73**

---

| 3.107 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FLOWATER INCORPORATED**
**4045 PECOS ST STE 160**
**DENVER, CO 80211-2562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$63,544.24**

---

| 3.107 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FLOWATER INCORPORATED**
**1415 PARK AVE W**
**DENVER, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Commission**

Is the claim subject to offset? ■ No ☐ Yes

**$218.00**

---

| 3.107 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FOLEY & LARDNER LLC**
**777 EAST WISCONSIN AVE**
**MILWAUKEE, WI 53202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$413.00**

---

| 3.107 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FONTANA WATER COMPANY**
**PO BOX 5970**
**EL MONTE, CA 91734-1970**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$38.04**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.107**
**9**

**Nonpriority creditor's name and mailing address**

**FOOTHILL FIRE PROTECTION INC**
**ATTN: BILLY STRONG**
**5948 KING RD.**
**LOOMIS, CA 95650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.108**
**0**

**Nonpriority creditor's name and mailing address**

**FORCHELLI DEEGAN TERRANA LLP**
**ATTN: MELISSA COHEN**
**333 EARLE OVINGTON BLVD**
**SUITE 1010**
**UNIONDALE, NY 11553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal Fees__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,868.00**

---

**3.108**
**1**

**Nonpriority creditor's name and mailing address**

**FORDHAM ASSOCIATES DE LLC**
**C/O JJ OPERATING INC**
**112 WEST 34TH STREET**
**NEW YORK, NY 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$148,616.67**

---

**3.108**
**2**

**Nonpriority creditor's name and mailing address**

**FORDHAM ASSOCIATES DE LLC**
**C/O JJ OPERATING INC**
**112 WEST 34TH STREET**
**NEW YORK, NY 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

**$19,475.20**

---

**3.108**
**3**

**Nonpriority creditor's name and mailing address**

**FORENSIC ANALYTICAL CONSULTING**
**ATTN: ROBERT MCNEELY**
**SERVICES INC**
**ATTN: ACCOUNTS RECEIVABLE**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,492.95**

---

**3.108**
**4**

**Nonpriority creditor's name and mailing address**

**FORT BEND COUNTY MUD # 161**
**12841 CAPRICORN STREET**
**STAFFORD, TX 77477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Personal Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$17,904.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
**FORT BEND COUNTY MUD # 167**
**11500 NW FREEWAY**
**STE 465**
**HOUSTON, TX 77092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$18,372.00**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
**FORT BEND COUNTY TAX ASSESSOR**
**TAX ASSESSOR-COLLECTOR**
**P.O. BOX 1028**
**SUGARLAND, TX 77487-1028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$15,594.00**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**
**FORT COLLINS UTILITIES**
**330 SOUTH COLLEGE**
**FORT COLLINS, CO 80522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,426.08**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
**FORT WORTH WATER DEPARTMENT**
**PO BOX 961003**
**FORTWORTH, TX 76161-0003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,653.55**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
**FORT WORTH WATER DEPARTMENT**
**PO BOX 961003**
**FORTWORTH, TX 76161-0003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,040.79**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**
**FOURTH PLAIN PORTLAND**
**ATTN: DARLENE ELIAS**
**SHOPPING CENTER LLC**
**C/O ARCADIA MANAGEMENT GROUP INC**
**SCOTTSDALE, AZ 85252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$196,522.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.109**
**1**

**Nonpriority creditor's name and mailing address**

**FOURTH PLAIN PORTLAND**
**ATTN: DARLENE ELIAS**
**SHOPPING CENTER LLC**
**C/O ARCADIA MANAGEMENT GROUP INC**
**SCOTTSDALE, AZ 85252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$25,242.99**

---

**3.109**
**2**

**Nonpriority creditor's name and mailing address**

**FR SAN ANTONIO CENTER LLC**
**1626 EAST JEFFERSON STREET**
**ROCKVILLE, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$140,029.00**

---

**3.109**
**3**

**Nonpriority creditor's name and mailing address**

**FR SAN ANTONIO CENTER LLC**
**1626 EAST JEFFERSON STREET**
**ROCKVILLE, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$53.65**

---

**3.109**
**4**

**Nonpriority creditor's name and mailing address**

**FRANCHISE TAX BOARD**
**P.O. BOX 942857**
**SACRAMENTO, CA 94257-0501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **State of California Income Tax**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**5**

**Nonpriority creditor's name and mailing address**

**FRANCINE G LOUDON**
**37682 GLENMOOR DR**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**6**

**Nonpriority creditor's name and mailing address**

**FRANK BAVARO**
**10656 BRIARLAKE WOODS DR**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**7**

**Nonpriority creditor's name and mailing address**

**FRANK NAPOLITANO**
**920 CAMILLE LANE**
**ALAMO, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.1098** | Nonpriority creditor's name and mailing address
**FRED STRAUS INC**
P.O. BOX 656
YONKERS, NY 10702-0656

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$106,169.45**

---

**3.1099** | Nonpriority creditor's name and mailing address
**FREEMOTION FITNESS**
ATTN: DIANA SIDWELL
1096 ELKTON DRIVE #600
COLORADO SPRINGS, CO 80907

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$144,443.45**

---

**3.1100** | Nonpriority creditor's name and mailing address
**FREMONT PROPERTY LLC**
3808 GRAND AVE
SUITE B
CHINO, CA 91710-5496

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$66,238.57**

---

**3.1101** | Nonpriority creditor's name and mailing address
**FREMONT PROPERTY LLC**
3808 GRAND AVE
SUITE B
CHINO, CA 91710-5496

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$408.48**

---

**3.1102** | Nonpriority creditor's name and mailing address
**FRISCO FITNESS LP**
ATTN: KEVIN KELLEY
C/O TITUS PROPERTIES, LLC
1748 W KATELLA AVE  STE 206
ORANGE, CA 92867

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$194,790.25**

---

**3.1103** | Nonpriority creditor's name and mailing address
**FRISCO FITNESS LP**
C/O TITUS PROPERTIES, LLC
1748 W KATELLA AVE  STE 206
ORANGE, CA 92867

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$71,458.19**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**FRONTIER**
**P.O. BOX 79146**
**PHOENIX, AZ 85062-9146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Telecom**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,955.23**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**FRONTIER**
**P.O. BOX 79146**
**PHOENIX, AZ 85062-9146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$615.22**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**FRUITLAND MUTUAL WATER CO**
**P.O. BOX 73759**
**PUYALLUP, WA 98373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$179.55**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**FSP SOUTH FLOWER STREET ASSOCIATES LLC**
**PO BOX 844689**
**LOS ANGELES, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$234,792.62**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**FSP SOUTH FLOWER STREET ASSOCIATES LLC**
**PO BOX 844689**
**LOS ANGELES, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,787.70**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**FSP SOUTH FLOWER STREET ASSOCIATES LLC**
**PO BOX 844689**
**LOS ANGELES, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Parking**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,091.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**FUSION WASTE AND RECYCLING**
**13601 PRESTON ROAD**
**SUITE E470**
**DALLAS, TX 75240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,031.41**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.111**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255,564.53 |
|---|---|---|

**FW CA-BREA MARKETPLACE LLC**
**DBA BREA MARKETPLACE**
**P.O. BOX 31001-1054**
**PASADENA, CA 91110-1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,411.12 |
|---|---|---|

**FW CA-BREA MARKETPLACE LLC**
**DBA BREA MARKETPLACE**
**P.O. BOX 31001-1054**
**PASADENA, CA 91110-1054**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,919.34 |
|---|---|---|

**FW CA-POINT LOMA PLAZA LLC**
**DBA POINT LOMA PLAZA**
**P.O. BOX 31001-1087**
**PASADENA, CA 91110-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,829.57 |
|---|---|---|

**FW CA-POINT LOMA PLAZA LLC**
**DBA POINT LOMA PLAZA**
**P.O. BOX 31001-1087**
**PASADENA, CA 91110-1087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,686.33 |
|---|---|---|

**FW CA-POINT LOMA PLAZA LLC**
**DBA POINT LOMA PLAZA**
**P.O. BOX 31001-1087**
**PASADENA, CA 91110-1087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,959.66 |
|---|---|---|

**FW CA-RANCHO SAN DIEGO VILLAGE LLC**
**DBA RANCHO SAN DIEGO VILLAGE**
**P.O. BOX 31001-1090**
**PASADENA, CA 91110-1090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.18 |
|---|---|---|

**FW CA-RANCHO SAN DIEGO VILLAGE LLC**
**DBA RANCHO SAN DIEGO VILLAGE**
**P.O. BOX 31001-1090**
**PASADENA, CA 91110-1090**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.111 8**

Nonpriority creditor's name and mailing address

**G&I VIII PIEDMONT PLAZA LLC**
**ATTN: TRACY AMSTERDAM**
**C/O DRA ADVISORS LLC**
**220 EAST 42ND STREET**
**NEW YORK, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No  ☐ Yes

$185,147.48

---

**3.111 9**

Nonpriority creditor's name and mailing address

**G&I VIII PIEDMONT PLAZA LLC**
**C/O DRA ADVISORS LLC**
**220 EAST 42ND STREET**
**NEW YORK, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

$3,452.53

---

**3.112 0**

Nonpriority creditor's name and mailing address

**G&I VIII PIEDMONT PLAZA LLC**
**C/O DRA ADVISORS LLC**
**220 EAST 42ND STREET**
**NEW YORK, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$1,801.41

---

**3.112 1**

Nonpriority creditor's name and mailing address

**GAETA INTERIOR DEMO**
**25 VAN STREET**
**STATEN ISLAND, NY 10310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No  ☐ Yes

$506.25

---

**3.112 2**

Nonpriority creditor's name and mailing address

**GAETA INTERIOR DEMO**
**25 VAN STREET**
**STATEN ISLAND, NY 10310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

$399.74

---

**3.112 3**

Nonpriority creditor's name and mailing address

**GAGNON,DANIEL T**
**868 MORTON WAY**
**FOLSOM, CA 95630**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No  ☐ Yes

$7,460.28

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.112**
**4**

**Nonpriority creditor's name and mailing address**
**GAHRAHMAT FAMILY LTD PARTNERSHIP II LP**
**ATTN: SHERIN GAHRAHMAT**
**3476 EDWARD AVENUE**
**ATTN: PATTI LEVONYAK**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

$179,169.27

---

**3.112**
**5**

**Nonpriority creditor's name and mailing address**
**GAHRAHMAT FAMILY LTD PARTNERSHIP II LP**
**ATTN: SHERIN GAHRAHMAT**
**3476 EDWARD AVENUE**
**ATTN: PATTI LEVONYAK**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Real Property Tax_

Is the claim subject to offset? ☐ No ☐ Yes

$28,733.45

---

**3.112**
**6**

**Nonpriority creditor's name and mailing address**
**GAIL M PERRY**
**3822 CORNELL DR**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Non-Qualififed Deferred Compensation Plan_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.112**
**7**

**Nonpriority creditor's name and mailing address**
**GALAN,GABRIEL G**
**475 DOVER WAY #1**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Severance_

Is the claim subject to offset? ■ No ☐ Yes

$6,164.41

---

**3.112**
**8**

**Nonpriority creditor's name and mailing address**
**GALLAGHER BASSETT SERVICES, INC.**
**15763 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

$4,053.47

---

**3.112**
**9**

**Nonpriority creditor's name and mailing address**
**GALLEGOS MICHEAL**
**3530 AFTON FOREST LANE**
**KATY, TX 77449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Expense Reimbursement_

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.113 0**

**Nonpriority creditor's name and mailing address**
**GALLEGOS SANITATION INC**
**P.O. BOX 1986**
**FORT COLLINS, CO 80522**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,052.00**

---

**3.113 1**

**Nonpriority creditor's name and mailing address**
**GALLEGOS SANITATION INC**
**P.O. BOX 1986**
**FORT COLLINS, CO 80522**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$102.85**

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
**GALLUP INC**
**ATTN: ALEX POWER**
**P.O. BOX 310284**
**DES MOINES, IA 50331-0284**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$32,319.94**

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
**GALVESTON CO TAX COLLECTOR**
**P.O. BOX 4902**
**HOUSTON, TX 77210-4902**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$12,342.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
**GAMBOA JESUS**
**13380 WENTWORTH ST**
**ARLETA, CA 91331**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$42.71**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
**GANNON JENNIFER**
**743 ARMONK RD**
**MOUNT KISCO, NY 10549-4608**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$211.60**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
**GARDEN GROVE, CITY OF**
**PO BOX 3070**
**GARDEN GROVE, CA 92842-3070**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$937.28**

---

Debtor   **24 Hour Fitness USA, Inc.**
Name

Case number (*if known*)   **20-11561**

---

| | |
|---|---|
| 3.113 7 | **Nonpriority creditor's name and mailing address** |

**GARDEN STATE LABORATORIES, INC**
**ATTN: JORDAN KLEIN**
**410 HILLSIDE AVE**
**HILLSIDE, NJ 07205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

| | |
|---|---|
| 3.113 8 | **Nonpriority creditor's name and mailing address** |

**GAT SPORT**
**ATTN: JAY KLEIN**
**578 PEPPER STREET**
**MONROE, CT 06468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$95,076.00**

---

| | |
|---|---|
| 3.113 9 | **Nonpriority creditor's name and mailing address** |

**GATEWAY COMPANY LLC**
**3425 VIA LIDO**
**SUITE 250**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☐ No ☐ Yes

**$88,425.42**

---

| | |
|---|---|
| 3.114 0 | **Nonpriority creditor's name and mailing address** |

**GATEWAY COMPANY LLC**
**ATTN: MATT FREDERICKSON**
**3425 VIA LIDO**
**SUITE 250**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$9,042.34**

---

| | |
|---|---|
| 3.114 1 | **Nonpriority creditor's name and mailing address** |

**GENERAL CLOSED CLUB RESERVE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☐ No ☐ Yes

**$95,492.26**

---

| | |
|---|---|
| 3.114 2 | **Nonpriority creditor's name and mailing address** |

**GENEVA CROSSING CAROL STREAM IL LLC**
**ATTN: PAULA DETIENNE**
**1551 SOUTH WASHINGTON AVENUE**
**SUITE 402A**
**PISCATAWAY, NJ 08854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$136,134.95**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.114**
**3**

**Nonpriority creditor's name and mailing address**

**GENEVA CROSSING CAROL STREAM IL LLC**
**1551 SOUTH WASHINGTON AVENUE**
**SUITE 402A**
**PISCATAWAY, NJ 08854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$25,972.91**

---

**3.114**
**4**

**Nonpriority creditor's name and mailing address**

**GI INDUSTRIES**
**195 W LOS ANGELES AVE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$452.15**

---

**3.114**
**5**

**Nonpriority creditor's name and mailing address**

**GIAVISTA INVESTMENT LLC**
**8 GONDLOIERS BLUFF**
**NEWPORT BEACH, CA 92657**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$220,017.91**

---

**3.114**
**6**

**Nonpriority creditor's name and mailing address**

**GIAVISTA INVESTMENT LLC**
**8 GONDLOIERS BLUFF**
**NEWPORT BEACH, CA 92657**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,902.29**

---

**3.114**
**7**

**Nonpriority creditor's name and mailing address**

**GIL,MICHAEL R**
**1207 N. ORANGE DR. APT. 109**
**N/A**
**LOS ANGELES, CA 90038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.114**
**8**

**Nonpriority creditor's name and mailing address**

**GILDAN USA INC.**
**ATTN: CORY WACHTEL**
**1980 CLEMENTS FERRY ROAD**
**CHARLESTON, SC 29492**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,702.08**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

**3.1149**

**Nonpriority creditor's name and mailing address**

**GILLIAM CAITLIN**
**5721 WEST LAS POSITAS BLVD**
**#323**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.1150**

**Nonpriority creditor's name and mailing address**

**GLADE INLINE 2 LLC**
**ATTN: KIM WINKLER**
**P.O. BOX 841597**
**DALLAS, TX 75284-1567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$161,637.77**

---

**3.1151**

**Nonpriority creditor's name and mailing address**

**GLADE INLINE 2 LLC**
**ATTN: KIM WINKLER**
**P.O. BOX 841597**
**DALLAS, TX 75284-1567**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$84,166.17**

---

**3.1152**

**Nonpriority creditor's name and mailing address**

**GLADSTONE DISPOSAL CO**
**PO BOX 1838**
**OREGON CITY, OR 97045-0838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,263.68**

---

**3.1153**

**Nonpriority creditor's name and mailing address**

**GLADSTONE DISPOSAL CO**
**PO BOX 1838**
**OREGON CITY, OR 97045-0838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$144.37**

---

**3.1154**

**Nonpriority creditor's name and mailing address**

**GLAZING CONCEPTS**
**ATTN: PAMELA CARRERA**
**158 BUSINESS CENTER DRIVE**
**CORONA, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,020.00**

---

**3.1155**

**Nonpriority creditor's name and mailing address**

**GLAZING CONCEPTS**
**ATTN: PAMELA CARRERA**
**158 BUSINESS CENTER DRIVE**
**CORONA, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$1,464.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.115 6**

**Nonpriority creditor's name and mailing address**
**GLIDE FITNESS PRODUCTS**
**1609 E. MCFADDEN AVE #F**
**SANTA ANA, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,406.44**

---

**3.115 7**

**Nonpriority creditor's name and mailing address**
**GLOBAL GEO-ENGINEERING INC**
**ATTN: ALLAN KAZEM**
**3 CORPORATE PARK, SUITE 270**
**IRVINE, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$8,022.20**

---

**3.115 8**

**Nonpriority creditor's name and mailing address**
**GLOBAL LEISURE CAPITAL PARTNERS LLC**
**REGUS BUSINESS CENTER**
**2054 VISTA PARKWAY**
**WEST PALM BEACH, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$360.33**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**
**GOLDEN SPRINGS DEVELOPMENT CO LLC**
**C/O FREDRIC ROLLMAN, DONFELD,**
**KELLY & ROLLMAN**
**SANTA FE SPRINGS, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$189,402.19**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**
**GONZALES,NATHANIEL JESSE**
**4894 S BOUNTIFUL TRAIL**
**ONTARIO, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**
**GOOGLE LLC**
**ATTN: DERIC DEBENEDITTI**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$366,973.10**

---

Debtor **24 Hour Fitness USA, Inc.**                          Case number (if known) **20-11561**
_____Name_____

| 3.116 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,377.78** |
|---|---|---|---|

**GOOGLE LLC**
**ATTN: DERIC DEBENEDITTI**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Repairs & Maintenance_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$311,805.51** |
|---|---|---|---|

**GRAINGER INC**
**ATTN: RICHARD PEREIRA**
**DEPT. 864990080**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,066.77** |
|---|---|---|---|

**GRAINGER INC**
**ATTN: RICHARD PEREIRA**
**DEPT. 864990080**
**PALATINE, IL 60038-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Purchase of fixed assets_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358,183.26** |
|---|---|---|---|

**GRANDWAY CAPITAL HOLDINGS III LLC**
**55 S. LAKE AVENUE**
**SUITE 600**
**PASADENA, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,502.74** |
|---|---|---|---|

**GRANDWAY CAPITAL HOLDINGS III LLC**
**55 S. LAKE AVENUE**
**SUITE 600**
**PASADENA, CA 91101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Real Property Tax_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.49** |
|---|---|---|---|

**GRANT BEN**
**8030 WOODSTONE CT.**
**SEBASTOPOL, CA 95472**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Expense Reimbursement_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,450.00** |
|---|---|---|---|

**GRAPHETAL BRANDING DESIGN**
**ATTN: BRYAN SKITT**
**11462 MADERA ROSA WAY**
**SAN DIEGO, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Related_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
**GREAT OAKS WATER CO**
**PO BOX 23490**
**SAN JOSE, CA 95153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$201.94**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
**GREEN ACRES ADJACENT LLC**
**ATTN: REBECA LUGO**
**401 WILSHIRE BLVD**
**SUITE 700**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$378,689.50**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**
**GREEN BANKER LLC**
**STANLEY LO**
**398 PRIMROSE RD**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$280,181.57**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**
**GREEN BANKER LLC**
**STANLEY LO**
**398 PRIMROSE RD**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$65,812.76**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
**GREEN BANKER LLC**
**STANLEY LO**
**398 PRIMROSE RD**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$33,469.95**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
**GREENBURGH RECEIVER OF TAXES**
**177 HILLSIDE AVE**
**GREENBURGH, NY 10607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$109,456.41**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**GREENE SCOTT**
**5891 ARBOLES ST**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$38.48**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**GREENLAWN WATER DISTRICT**
**45 RAILROAD STREET**
**GREENLAWN, NY 11740-1297**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$468.54**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**GRI  WOODLANDS CROSSING LLC**
**P.O. BOX 664001**
**SUITE 400**
**DALLAS, TX 75266**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$279,902.23**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**GRI  WOODLANDS CROSSING LLC**
**P.O. BOX 664001**
**SUITE 400**
**DALLAS, TX 75266**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$55,290.58**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**GRIFFIN FARM AT MIDTOWN LLC**
**ATTN: KAREN ROMING**
**7940 VIA DELLAGIO WAY**
**SUITE 200**
**ORLANDO, FL 32819**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$209,895.00**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**GRIFFIN FARM AT MIDTOWN LLC**
**ATTN: KAREN ROMING**
**7940 VIA DELLAGIO WAY**
**SUITE 200**
**ORLANDO, FL 32819**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,733.57**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.118<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,624.64** |
|---|---|---|---|

**GRIMMER AUTO MALL ASSOCIATION**
**ATTN: JENNIFER OLEDO**
**C/O KOCAL PROPERTIES**
**P.O.BOX 6718**
**FOLSON, CA 95763**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,414.51** |
|---|---|---|---|

**GRIMMER AUTO MALL ASSOCIATION**
**ATTN: JENNIFER OLEDO**
**C/O KOCAL PROPERTIES**
**P.O.BOX 6718**
**FOLSON, CA 95763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,536.13** |
|---|---|---|---|

**GROOS IV,GUS J**
**2294 FOX CROSSING LN**
**FRISCO, TX 75036**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Severance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,665.15** |
|---|---|---|---|

**GROVE AT WINTER PARK PROPERTY LLC**
**ATTN: WENDY M WILLIFORD**
**PO BOX 865800**
**ORLANDO, FL 32886-5800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,158.24** |
|---|---|---|---|

**GROVE AT WINTER PARK PROPERTY LLC**
**ATTN: WENDY M WILLIFORD**
**PO BOX 865800**
**ORLANDO, FL 32886-5800**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272,278.12** |
|---|---|---|---|

**GS PACIFIC ER LLC**
**ATTN: JOHN PETERSEN**
**100 N SEPULVEDA BOULEVARD**
**#1925**
**EL SEGUNDO, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**
_____
Name

Case number *(if known)*   **20-11561**

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,905.82** |

**GS PACIFIC ER LLC**
**444 S. FLOWER STREET**
**39TH FLOOR**
**LOS ANGELES, CA 90071**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,447.88** |

**GS PACIFIC ER LLC**
**444 S. FLOWER STREET**
**39TH FLOOR**
**LOS ANGELES, CA 90071**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |

**GUERRA JEANETTE**
**1876 HILDING AVE**
**SAN LEANDRO, CA 94577**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,201.51** |

**H & A PROPERTIES LP**
**2603 MAIN STREET**
**SUITE 210**
**IRVINE, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,420.01** |

**HACIENDA BUSINESS PARK OWNERS**
**4305 HACIENDA DRIVE**
**SUITE 330**
**PLEASANTON, CA 94588-2738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168,954.26** |

**HAI MURRAY GYM LLC**
**PO BOX 3309**
**LOGAN, UT 84323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,331.21** |

**HAI MURRAY GYM LLC**
**PO BOX 3309**
**LOGAN, UT 84323**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **24 Hour Fitness USA, Inc.**                     Case number (if known)   **20-11561**
         Name

---

**3.119 4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$196.68**

**HAMILTON DETROY**                 ☐ Contingent
**2667 PILLSBURY CT**               ■ Unliquidated
**LIVERMORE, CA 94550**             ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$109.93**

**HAMLET ODONNELL**                 ☐ Contingent
**25-75 33RD STREET**               ■ Unliquidated
**APT C1**                          ☐ Disputed
**ASTORIA, NY 11102**

Date(s) debt was incurred _          Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$9,374.12**

**HAMLIN,TIFFANY**                  ☐ Contingent
**435 HAWTHORNE STREET**            ■ Unliquidated
**APT 203**                         ☐ Disputed
**GLENDALE, CA 91204**

Date(s) debt was incurred _          Basis for the claim:  **Severance**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$63,775.25**

**HAMPTON FITNESS PRODUCTS LTD**    ☐ Contingent
**ATTN: PHIL LOPIANO**              ☐ Unliquidated
**1913 PORTOLA ROAD**               ☐ Disputed
**VENTURA, CA 93003**

Date(s) debt was incurred _          Basis for the claim:  **Trade Related**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$175,079.66**

**HANCOCK CENTER**                  ☐ Contingent
**DBA HANCOCK CENTER**              ☐ Unliquidated
**P.O. BOX 676473**                 ☐ Disputed
**DALLAS, TX 75267-6473**

Date(s) debt was incurred _          Basis for the claim:  **Trade Related**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$14,332.43**

**HANCOCK CENTER**                  ☐ Contingent
**DBA HANCOCK CENTER**              ■ Unliquidated
**P.O. BOX 676473**                 ☐ Disputed
**DALLAS, TX 75267-6473**

Date(s) debt was incurred _          Basis for the claim:  **Utilities**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$66,032.67**

**HANCOCK FITNESS LP**              ☐ Contingent
**C/O TITUS PROPERTIES**            ☐ Unliquidated
**1748 W. KATELLA AVENUE, #206**    ☐ Disputed
**ORANGE, CA 92867**

Date(s) debt was incurred _          Basis for the claim:  **Trade Related**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor**  24 Hour Fitness USA, Inc.
           Name

**Case number** (*if known*)  **20-11561**

---

**3.120**
**1**

**Nonpriority creditor's name and mailing address**
**HANOVER 3201 REALTY LLC**
**ATTN: ISABEL SAFFOLD**
**101 HUDSON STREET**
**SUITE 200**
**JERSEY CITY, NJ 07302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset?  ■ No  ☐ Yes

**$278,090.96**

---

**3.120**
**2**

**Nonpriority creditor's name and mailing address**
**HANSEN PEST CONTROL LLC**
**ATTN: DENNIS HANSEN**
**P.O. BOX 1075**
**LITTLE ELM, TX 75068**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset?  ■ No  ☐ Yes

**$307.43**

---

**3.120**
**3**

**Nonpriority creditor's name and mailing address**
**HAPPY SWIMMERS**
**ATTN: JENN TYLER**
**139 ROYAL DRIVE**
**KAPAA, HI 96746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset?  ■ No  ☐ Yes

**$7,581.03**

---

**3.120**
**4**

**Nonpriority creditor's name and mailing address**
**HARA BRYCE**
**10 CAMPANERO E**
**IRVINE, CA 92620**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

Is the claim subject to offset?  ■ No  ☐ Yes

**$39.45**

---

**3.120**
**5**

**Nonpriority creditor's name and mailing address**
**HAROLD LEMAY ENTERPRISES**
**A WASTE CONNECTIONS COMPANY**
**PO BOX 60248**
**LOS ANGELES, CA 90060-0248**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No  ☐ Yes

**$528.96**

---

**3.120**
**6**

**Nonpriority creditor's name and mailing address**
**HARRIS COUNTY MUD #132**
**11111 KATY FREEWAY, STE 725**
**HOUSTON, TX 77079-2197**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No  ☐ Yes

**$15.74**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.120
7**

**Nonpriority creditor's name and mailing address**

**HARRIS COUNTY MUD #275
ECO-RESOURCES INC ATTN: RENEE,
SUGARLAND, TX 77478**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$28.00

---

**3.120
8**

**Nonpriority creditor's name and mailing address**

**HARRIS COUNTY MUD #275
ECO-RESOURCES INC
ATTN: RENEE
SUGARLAND, TX 77478**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$18.67

---

**3.120
9**

**Nonpriority creditor's name and mailing address**

**HARRIS COUNTY TAX
ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TX 77210-4622**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$182,514.00

---

**3.121
0**

**Nonpriority creditor's name and mailing address**

**HARRIS WATER CONDITIONING, INC.
ATTN: KATHLEEN MANSELL
1025 S. ROSE AVE
OXNARD, CA 93030-5180**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$154.06

---

**3.121
1**

**Nonpriority creditor's name and mailing address**

**HARWOOD QUINN
2317 BILLY PAT RD
LEANDER, TX 78641**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.121
2**

**Nonpriority creditor's name and mailing address**

**HAUL AWAY RUBBISH SERVICE CO INC
1205 DATE ST
MONTEBELLO, CA 90640-6394**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$2,161.68

---

**3.121
3**

**Nonpriority creditor's name and mailing address**

**HAULAWAY STORAGE CONTAINERS INC
11292 WESTERN AVENUE
STANTON, CA 90680**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$487.00

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
**HAULAWAY STORAGE CONTAINERS INC**
**PO BOX 7183**
**PASADENA, CA 91109-7183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$79.03

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
**HAWAII STATE TAX COLLECTOR**
**OAHU DISTRICT OFFICE**
**PO BOX 1425**
**HONOLULU, HI 96806-1425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$7.77

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
**HAWAIIAN ELECTRIC CO INC**
**PO BOX 3978**
**900 RICHARDS STREET**
**HONOLULU, HI 96812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$27,238.55

---

**3.121 7**

**Nonpriority creditor's name and mailing address**
**HAWAIIAN GARDENS LAKEWOOD RETAIL**
**LLC**
**C/O ATHENA PROPERTY MANAGEMENT**
**730 EL CAMINO WAY**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$259,599.72

---

**3.121 8**

**Nonpriority creditor's name and mailing address**
**HAWAIIAN GARDENS LAKEWOOD RETAIL**
**LLC**
**C/O ATHENA PROPERTY MANAGEMENT**
**730 EL CAMINO WAY**
**TUSTIN, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$3,134.18

---

**3.121 9**

**Nonpriority creditor's name and mailing address**
**HAWAIIAN TELECOM**
**P.O. BOX 9688**
**MISSION HILLS, CA 91346-9688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$46.81

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.122
0**

**Nonpriority creditor's name and mailing address**
**HAWTHORNE X LLC**
**2973 HARBOR BLVD**
**#150**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$257,220.03**

---

**3.122
1**

**Nonpriority creditor's name and mailing address**
**HAWTHORNE X LLC**
**2973 HARBOR BLVD**
**#150**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$103,075.61**

---

**3.122
2**

**Nonpriority creditor's name and mailing address**
**HAYWARD 880 LLC**
**C/O GS MANAGEMENT**
**5674 SONOMA DRIVE**
**PLEASANTION, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$215,522.33**

---

**3.122
3**

**Nonpriority creditor's name and mailing address**
**HAYWARD 880 LLC**
**C/O GS MANAGEMENT**
**5674 SONOMA DRIVE**
**PLEASANTION, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$1,177.59**

---

**3.122
4**

**Nonpriority creditor's name and mailing address**
**HAYWARD WATER SYSTEM**
**P.O. BOX 6004**
**HAYWARD, CA 94540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$5,699.76**

---

**3.122
5**

**Nonpriority creditor's name and mailing address**
**HEALTH EQUITY INC**
**ATTN: LANCE PARR**
**15 WEST SCENIC POINTE DR SUITE 400**
**DRAPER, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$11,882.59**

---

**3.122
6**

**Nonpriority creditor's name and mailing address**
**HEIGHTS PLAZA LLC**
**PO BOX 326**
**PLAINFIELD, NJ 07061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$538,125.99**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,817.16** |
|---|---|---|---|

**HEIGHTS PLAZA LLC**
**PO BOX 326**
**PLAINFIELD, NJ 07061**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,666.00** |
|---|---|---|---|

**HELIX COMPANY**
**ATTN: BRIAN SWARTZ**
**572 FREEPORT STREET, UNIT A**
**BOSTON, MA 02122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.52** |
|---|---|---|---|

**HELIX WATER DISTRICT**
**7811 UNIVERSITY AVENUE**
**LA MESA, CA 91941-4927**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Utilities

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**HENCZ, CSABA**
**6259 FOREST AVE APT. 1A**
**RIDGEWOOD, NY 11385**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Severance

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108,405.29** |
|---|---|---|---|

**HERMAN-STEWART CONSTRUCTION INC**
**4550 FORBES BLVD SUITE 200**
**LANHAM, MD 20706**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Construction

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,801.72** |
|---|---|---|---|

**HERNANDEZ CRISOFORO**
**4004 MCLAUGHLIN AV**
**SAN JOSE, CA 95121**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Expense Reimbursement

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**HERNANDEZ DANNY**
**6808 NW 179TH ST APT 304**
**HIALEAH, FL 33015**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Expense Reimbursement

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.123 4**

**Nonpriority creditor's name and mailing address**
**HETTRICK LON**
**4968 SNOW DR**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$61.42

---

**3.123 5**

**Nonpriority creditor's name and mailing address**
**HGGA PROMENADE LP**
**POST OFFICE BOX 8700**
**NEWPORT BEACH, CA 92658-8700**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$184,959.47

---

**3.123 6**

**Nonpriority creditor's name and mailing address**
**HGV COMMERCIAL LLC**
**ATTN: RACHELLE KALKOFEN**
**4500 W. 38TH AVE**
**SUITE 210**
**DENVER, CO 80212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$208,437.85

---

**3.123 7**

**Nonpriority creditor's name and mailing address**
**HGV COMMERCIAL LLC**
**ATTN: RACHELLE KALKOFEN**
**4500 W. 38TH AVE**
**SUITE 210**
**DENVER, CO 80212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$58,071.63

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**HI TECH TILE & MARBLE**
**ATTN: GRAHAM**
**7315 CANOGA AVENUE**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$525,444.36

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**HI TECH TILE & MARBLE**
**ATTN: GRAHAM**
**7315 CANOGA AVENUE**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

$56,753.76

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
**HICKS AUSTIN**
**708 WOODVIEW DR**
**APOPKA, FL 32712**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$14.95**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
**HIGHLAND FITNESS LTD**
**C/O TITUS PROPERTIES**
**1478 W. KATELLA AVE., # 206**
**ORANGE, CA 92867**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$172,666.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
**HIGHLAND FITNESS LTD**
**C/O TITUS PROPERTIES**
**1478 W. KATELLA AVE., # 206**
**ORANGE, CA 92867**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$44,047.12**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
**HIGHLAND SHOPPING CENTER LLC**
**ATTN: JAMES HAMM**
**C/O COMMERCIAL DEVELOPMENT &**
**CONSULTING**
**4957 LAKEMONT BLVD SE**
**BELLEVUE, WA 98006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$142,077.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
**HIGHLAND SHOPPING CENTER LLC**
**C/O COMMERCIAL DEVELOPMENT &**
**CONSULTING**
**4957 LAKEMONT BLVD SE**
**BELLEVUE, WA 98006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,192.35**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
**HIGHLAND SHOPPING CENTER LLC**
**C/O COMMERCIAL DEVELOPMENT &**
**CONSULTING**
**4957 LAKEMONT BLVD SE**
**BELLEVUE, WA 98006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,661.61**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.124**
**6**

**Nonpriority creditor's name and mailing address**

**HIGHLANDS RANCH METRO DISTRICTS**
**62 WEST PLAZA DRIVE**
**HIGHLANDS RANCH, CO 80129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

$486.38

---

**3.124**
**7**

**Nonpriority creditor's name and mailing address**

**HILL AMANDA**
**4701 PRESTON PARK BLVD**
**APT 1222**
**PLANO, TX 75093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Expense Reimbursement__

Is the claim subject to offset? ☑ No  ☐ Yes

$75.00

---

**3.124**
**8**

**Nonpriority creditor's name and mailing address**

**HILL AND KNOWLTON STRATEGIES**
**P.O. BOX 101264**
**ATLANTA, GA 30392-1264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Professional Fees__

Is the claim subject to offset? ☑ No  ☐ Yes

$20,000.00

---

**3.124**
**9**

**Nonpriority creditor's name and mailing address**

**HILL AND KNOWLTON STRATEGIES**
**P.O. BOX 101264**
**ATLANTA, GA 30392-1264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ☑ No  ☐ Yes

$20,000.00

---

**3.125**
**0**

**Nonpriority creditor's name and mailing address**

**HIRSCHFELD KRAEMER LLP**
**505 MONTGOMERY STREET**
**13TH FLOOR**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Legal Fees__

Is the claim subject to offset? ☑ No  ☐ Yes

$6,660.00

---

**3.125**
**1**

**Nonpriority creditor's name and mailing address**

**HIRSCHFELD KRAEMER LLP**
**505 MONTGOMERY STREET**
**13TH FLOOR**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ☑ No  ☐ Yes

$1,080.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.125.2**

**Nonpriority creditor's name and mailing address**
HMC LEWISVILLE TC LLC
ATTN: LISA MCKIEL
2100 THIRD AVENUE NORTH
SUITE 600
BIRMINGHAM, AL 35203

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$101,092.94**

---

**3.125.3**

**Nonpriority creditor's name and mailing address**
HMC LEWISVILLE TC LLC
ATTN: LISA MCKIEL
2100 THIRD AVENUE NORTH
SUITE 600
BIRMINGHAM, AL 35203

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$81,358.75**

---

**3.125.4**

**Nonpriority creditor's name and mailing address**
HOIST FITNESS SYSTEMS
ATTN: JASON EVENSKAAS
11900 COMMUNITY ROAD
POWAY, CA 92064

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$749,820.01**

---

**3.125.5**

**Nonpriority creditor's name and mailing address**
HOIST FITNESS SYSTEMS
ATTN: JASON EVENSKAAS
11900 COMMUNITY ROAD
POWAY, CA 92064

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Purchase of fixed assets__

Is the claim subject to offset? ■ No ☐ Yes

**$22,955.53**

---

**3.125.6**

**Nonpriority creditor's name and mailing address**
HOLLYWOOD STATION PARTNERS LLC
ATTN: GIL FITZPATRICK
2114 PICO BLVD
SANTA MONICA, CA 90405

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$359,273.53**

---

**3.125.7**

**Nonpriority creditor's name and mailing address**
HOME DEPOT USA, INC.
ATTN: LOCKBOX 7491
400 WHITE CLAY CENTER DRIVE
NEWARK, DE 19711

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$306,362.83**

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (if known)    **20-11561**
          Name

| | |
|---|---|
| 3.125 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**HOME DEPOT USA, INC.**
**ATTN: LOCKBOX 7491**
**400 WHITE CLAY CENTER DRIVE**
**NEWARK, DE 19711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$33,306.14**

---

**3.125 9**
**Nonpriority creditor's name and mailing address**
**HOUSE OF MARLEY LLC**
**ATTN: RACHEL KAMINSKI**
**3000 PONTIAC TRAIL**
**COMMERCE TOWNSHIP, MI 48390**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$8,462.40**

---

**3.126 0**
**Nonpriority creditor's name and mailing address**
**HREH LLC**
**6840 ORANGETHORPE AVE**
**STE G**
**BUENA PARK, CA 90620-1368**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$80,721.67**

---

**3.126 1**
**Nonpriority creditor's name and mailing address**
**HSC LAFAYETTE LLC**
**ATTN: ANGELA LEFTIS**
**PO BOX 130**
**DAPHNE, AL 36526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$88,875.29**

---

**3.126 2**
**Nonpriority creditor's name and mailing address**
**HSC LAFAYETTE LLC**
**ATTN: ANGELA LEFTIS**
**PO BOX 130**
**DAPHNE, AL 36526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$87,216.24**

---

**3.126 3**
**Nonpriority creditor's name and mailing address**
**HUDSON & CALLEJA LLC**
**8603 SOUTH DIXIE HIGHWAY**
**SUITE 315**
**MIAMI, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$1,997.75**

---

**3.126 4**
**Nonpriority creditor's name and mailing address**
**HUDSON MET PARK NORTH LLC**
**PO BOX 45216**
**SAN FRANCISCO, CA 94145-5216**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$378,070.54**

---

Debtor  **24 Hour Fitness USA, Inc.**                              Case number (if known)  **20-11561**
        _Name_

| | |
|---|---|
| 3.126 5 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$28,792.36**
**HUDSON MET PARK NORTH LLC**
**PO BOX 45216**                                                    ☐ Contingent
**SAN FRANCISCO, CA 94145-5216**                                    ☑ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Real Property Tax**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.126 6 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$5,734.21**
**HUDSON MET PARK NORTH LLC**
**PO BOX 45216**                                                    ☐ Contingent
**SAN FRANCISCO, CA 94145-5216**                                    ☑ Unliquidated
                                                                    ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Utilities**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.126 7 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$168,695.90**
**HUH DI OCP CINQUE TERRE LLC**
**ATTN: LYNN C RIFF**                                               ☐ Contingent
**22 MAPLE AVENUE**                                                 ☐ Unliquidated
**MORRISTOWN, NJ 07960**                                            ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Trade Related**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.126 8 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$41,589.14**
**HUH DI OCP CINQUE TERRE LLC**
**ATTN: LYNN C RIFF**                                               ☐ Contingent
**22 MAPLE AVENUE**                                                 ☑ Unliquidated
**MORRISTOWN, NJ 07960**                                            ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Real Property Tax**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.126 9 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$164,603.76**
**HUNTINGTON SOUTH CENTER LLC**
**ATTN: JOSEPH GOUDLOCK**                                           ☐ Contingent
**151 S. EL CAMINO DRIVE**                                          ☐ Unliquidated
**BEVERLY HILLS, CA 90212**                                         ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Trade Related**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.127 0 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$318,667.21**
**HUSITE LP**
**C/O BROWN ASSOCIATES, LLC**                                       ☐ Contingent
**P.O. BOX 8287**                                                   ☐ Unliquidated
**NEWPORT BEACH, CA 92658**                                         ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Trade Related**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| 3.127 1 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: _Check all that apply._            **$66,602.48**
**HYDRO FLASK**
**ATTN: LAURA ACOSTA**                                              ☐ Contingent
**PO BOX 741037**                                                   ☐ Unliquidated
**LOS ANGELES, CA 90074-1037**                                      ☐ Disputed
Date(s) debt was incurred _
                                                                    Basis for the claim:  **Trade Related**
Last 4 digits of account number _
                                                                    Is the claim subject to offset? ☑ No ☐ Yes

standard

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**HYDRO FLASK**
**PO BOX 741037**
**LOS ANGELES, CA 90074-1037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retail Inventory products**

Is the claim subject to offset? ■ No ☐ Yes

**$1,159.20**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
**HYLAND LLC**
**ATTN: MARK BLANCHARD**
**8900 RENNER BOULEVARD**
**LENEXA, KS 66219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,432.94**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
**HYPERICE INC**
**ATTN: JOE CANNON**
**15440 LAGUNA CANYON RD**
**STE 230**
**IRVINE, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$505,082.50**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
**HYPERICE INC**
**15440 LAGUNA CANYON RD**
**15440 LAGUNA CANYON RD**
**STE 230**
**IRVINE, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retail Inventory products**

Is the claim subject to offset? ■ No ☐ Yes

**$41,850.00**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
**HYPERICE INC**
**ATTN: JOE CANNON**
**15440 LAGUNA CANYON RD**
**STE 230**
**IRVINE, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Hypervolt product for Spartan race**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**
**I & G BELLEVUE LLC**
**C/O UNICO PROPERTIES LLC**
**PO BOX 84058**
**SEATTLE, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$14,254.13**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.127
8**

**Nonpriority creditor's name and mailing address**

**IA CYPRESS CYFAIR
LIMITED PARTNERSHIP
DEPT. 40107
CHICAGO, IL 60693-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$145,314.54**

---

**3.127
9**

**Nonpriority creditor's name and mailing address**

**IA CYPRESS CYFAIR
LIMITED PARTNERSHIP
DEPT. 40107
CHICAGO, IL 60693-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$9,753.88**

---

**3.128
0**

**Nonpriority creditor's name and mailing address**

**IA LEAGUE CITY BAY COLONY
ATTN: JESSI RICHARDS
LIMITED PARTNERSHIP
DEPT 40106
CHICAGO, IL 60693-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$224,667.94**

---

**3.128
1**

**Nonpriority creditor's name and mailing address**

**ICON OWNER POOL 1 WEST SOUTHWEST
LLC
2 NORTH RIVERSIDE PLAZA #2350
CHICAGO, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$25,763.04**

---

**3.128
2**

**Nonpriority creditor's name and mailing address**

**ICON OWNER POOL 1 WEST SOUTHWEST
LLC
ATTN: CRAIG HANSEN
PO BOX 843944
LOS ANGELES, CA 90084-3944**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,398.29**

---

**3.128
3**

**Nonpriority creditor's name and mailing address**

**ICON OWNER POOL 1 WEST SOUTHWEST
LLC
BRE JUPITER WESTERN
B WEST AZ/CA LLC
DALLAS, TX 75320-8241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$1,978.38**

---

Debtor **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known) **20-11561**

| 3.128 4 | **Nonpriority creditor's name and mailing address**<br>**ID ASSOCIATES**<br>**ATTN: ROSALYN HOLDERFIELD**<br>**PO BOX 8068**<br>**DOTHAN, AL 36304**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Related__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$452,438.49** |
|---|---|---|---|

| 3.128 5 | **Nonpriority creditor's name and mailing address**<br>**ID ASSOCIATES**<br>**ATTN: ROSALYN HOLDERFIELD**<br>**PO BOX 8068**<br>**DOTHAN, AL 36304**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Purchase of fixed assets__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,592.40** |

| 3.128 6 | **Nonpriority creditor's name and mailing address**<br>**ID ASSOCIATES**<br>**ATTN: ROSALYN HOLDERFIELD**<br>**PO BOX 8068**<br>**DOTHAN, AL 36304**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Repairs & Maintenance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,745.00** |

| 3.128 7 | **Nonpriority creditor's name and mailing address**<br>**IDEMIA IDENTIY & SECURITY USA LLC**<br>**ATTN: DEVANGI STRATMA**<br>**ACCOUNTS RECEIVABLE**<br>**5515 EAST LA PALMA AVE**<br>**ANAHEIM, CA 92807**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Related__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32,918.34** |

| 3.128 8 | **Nonpriority creditor's name and mailing address**<br>**IGI19 FC VA LLC**<br>**ATTN: STEVEN GREATHOUSE**<br>**1140 N. WILLIAMSON BLVD**<br>**SUITE 140**<br>**DAYTONA BEACH, FL 32114**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Related__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$319,124.68** |

| 3.128 9 | **Nonpriority creditor's name and mailing address**<br>**IGS ENERGY**<br>**6100 EMERALD PAKWAY**<br>**DUBLIN, OH 43016**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,956.49** |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.129 0**

**Nonpriority creditor's name and mailing address**
**IGS ENERGY**
**6100 EMERALD PAKWAY**
**DUBLIN, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$578.99**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**
**ILLINOIS DEPARTMENT OF PUBLIC HEALTH**
**DIVISION OF ENVIRONMENTAL HEALTH**
**525 WEST JEFFERSON STREET**
**SPRINGFIELD, IL 62761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**
**ILLINOIS DEPARTMENT OF REVENUE**
**P.O. BOX 19048**
**SPRINGFIELD, IL 62794-9048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _State of Illinois Income Tax_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 3**

**Nonpriority creditor's name and mailing address**
**ILLINOIS DEPT OF REVENUE**
**JAMES R. THOMPSON CENTER - 7TH FLOOR**
**100 WEST RANDOLPH STREET**
**CHICAGO, IL 60601-3274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.129 4**

**Nonpriority creditor's name and mailing address**
**ILLINOIS OFFICE OF THE STATE TREASURER**
**UNCLAIMED PROPERTY DIVISION**
**P.O. BOX 19496**
**SPRINGFIELD, IL 62794-9496**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$96.06**

---

**3.129 5**

**Nonpriority creditor's name and mailing address**
**IMG TECHNOLOGIES INC**
**ATTN: JENNIFER MUHLBACH**
**PO BOX 206734**
**DALLAS, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$3,538.73**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.1296**

**Nonpriority creditor's name and mailing address**
**IMPERIAL IRRIGATION DISTRICT, CA**
**333 EAST BARIONI BLVD**
**IMPERIAL, CA 92251**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,703.28**

---

**3.1297**

**Nonpriority creditor's name and mailing address**
**IMPERIAL PARKING**
**DEPT CH 19118**
**PALATINE, IL 60055-9118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$30,727.20**

---

**3.1298**

**Nonpriority creditor's name and mailing address**
**IMPERIAL PARKING**
**DEPT CH 19118**
**PALATINE, IL 60055-9118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Parking**

Is the claim subject to offset? ■ No ☐ Yes

**$15,959.00**

---

**3.1299**

**Nonpriority creditor's name and mailing address**
**IMPLUS FOOTCARE LLC**
**ATTN: AMANDA JOHNSON**
**2001 T W ALEXANDER DRIVE**
**BOX 13925**
**DURHAM, NC 27709**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$61,388.40**

---

**3.1300**

**Nonpriority creditor's name and mailing address**
**INDIO WATER AUTHORITY**
**83101 AVENUE 45**
**INDIO, CA 99201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$263.12**

---

**3.1301**

**Nonpriority creditor's name and mailing address**
**INDIO WATER AUTHORITY**
**83101 AVENUE 45**
**INDIO, CA 99201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$118.40**

---

**3.1302**

**Nonpriority creditor's name and mailing address**
**INDUSTRY EAST LAND RETAIL II LLC**
**13191 CROSSROADS PKWY NORTH 6TH**
**FLOOR**
**CITY OF INDUSTRY, CA 91746-3497**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$301,110.62**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
**INDUSTRY EAST LAND RETAIL II LLC**
**13191 CROSSROADS PKWY NORTH 6TH**
**FLOOR**
**CITY OF INDUSTRY, CA 91746-3497**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☒ No ☐ Yes

$6,419.12

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
**INDUSTRY INVESTMENT COMPANY LLC**
**ATTN: KEVIN HAYES**
**1306 CAMBRIDGE LANE**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

$283,286.06

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
**INDUSTRY INVESTMENT COMPANY LLC**
**ATTN: KEVIN HAYES**
**1306 CAMBRIDGE LANE**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☒ No ☐ Yes

$86,956.34

---

**3.130 6**

**Nonpriority creditor's name and mailing address**
**INDUSTRY PUBLIC UTILITY COMMISSION**
**380 N. SAN JACINTO ST #202 ,**
**HEMET, CA 92545**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

$7,851.75

---

**3.130 7**

**Nonpriority creditor's name and mailing address**
**INDUSTRY PUBLIC UTILITY COMMISSION**
**380 N. SAN JACINTO ST #202 ,**
**HEMET, CA 92545**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

$1,616.85

---

**3.130 8**

**Nonpriority creditor's name and mailing address**
**INFORMATICA LLC**
**ATTN: MIKE SHERMAN**
**PO BOX 741089**
**LOS ANGELES, CA 90074-1089**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

$24,294.00

---

**3.130 9**

**Nonpriority creditor's name and mailing address**
**INFORMATION RESOURCES INC**
**ATTN: ALYSSA FOSS**
**150 N. CLINTON STREET**
**CHICAGO, IL 60661**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

$8,764.08

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1310**

Nonpriority creditor's name and mailing address
**INLAND IOWA PROPERTY LLC**
**ATTN: WENDY WONG**
**2654 GREENWICH STREET**
**SAN FRANCISCO, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$276,907.28

---

**3.1311**

Nonpriority creditor's name and mailing address
**INLAND IOWA PROPERTY LLC**
**2654 GREENWICH STREET**
**SAN FRANCISCO, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☐ No  ☐ Yes

$11,782.66

---

**3.1312**

Nonpriority creditor's name and mailing address
**INNOVATIVE COOLING TECHNOLOGIES LLC**
**ATTN: ERNESTO JUAREZ**
**2825 SW 113TH CT**
**FORT LAUDERDALE, FL 33312-2911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$29,583.84

---

**3.1313**

Nonpriority creditor's name and mailing address
**INNOVATIVE COOLING TECHNOLOGIES LLC**
**ATTN: ERNESTO JUAREZ**
**2825 SW 113TH CT**
**FORT LAUDERDALE, FL 33312-2911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

$3,559.00

---

**3.1314**

Nonpriority creditor's name and mailing address
**INNOVATIVE MERCHANDISING SERVICES INC**
**ATTN: JUDY BOMMARITO**
**PO BOX 609**
**IMS**
**WILDOMAR, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$5,889.93

---

**3.1315**

Nonpriority creditor's name and mailing address
**INSIGHT GLOBAL LLC**
**ATTN: GRACE PUKSTA**
**PO BOX 198226**
**ATLANTA, GA 30384-8226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$18,640.00

---

Debtor    **24 Hour Fitness USA, Inc.**                                Case number (*if known*)    **20-11561**
_____Name_____

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,177.71** |

**INSIGHT GLOBAL LLC**
**PO BOX 198226**
**ATLANTA, GA 30384-8226**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,087.22** |

**INSTAKEY**
**7456 WEST 5TH AVENUE**
**LAKEWOOD, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**INSTITUTE OF MOTION**
**ATTN: MICHOL DALCOURT**
**827 DEL MAR**
**DOWNS RD # B**
**SOLANA BEACH, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.63** |

**INTEGRA**
**P.O. BOX 2966**
**MILWAUKEE, WI 53201-2966**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.71** |

**INTERCONN**
**PO BOX 54158**
**NEW ORLEANS, LA 70154**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,412.53** |

**INTERIOR PLANT DESIGN**
**ATTN: PAUL SCHMIDT**
**1950 MONTEREY RD**
**SAN JOSE, CA 95112-6118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**INTERMOUNTAIN RURAL ELECTRIC ASSOCIATION**
**P.O. DRAWER A**
**SEDALIA, CO 80135**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$2,890.00**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**INTERNAL REVENUE SERVICE**
**DEPARTMENT OF TREASURY**
**OGDEN, UT 84201-0012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Federal Income Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**INTERNATIONAL ENVIRONMENTAL MGMT INC.**
**MANAGEMENT, INC.**
**P.O. BOX 101398**
**ATLANTA, GA 30392**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$10,075.64**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**INTERNATIONAL ENVIRONMENTAL MGMT INC.**
**MANAGEMENT, INC. P.O. BOX 101398,**
**ATLANTA, GA 30392**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$487.31**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**INTERNATIONAL PARKING MANAGEMENT**
**505 5TH AVE SOUTH**
**STE PI**
**SEATTLE, WA 98104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$19,584.00**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**INTERSTATE WASTE SERVICES OF NEW JERSEY**
**PO BOX 554046**
**DETROIT, MI 48255**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,150.15**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.13** |
|---|---|---|---|

**INTERSTATE WASTE SERVICES OF NEW JERSEY**
**PO BOX 554046**
**DETROIT, MI 48255**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,803.00** |
|---|---|---|---|

**INTRALINKS**
**PO BOX 392134**
**PITTSBURGH, PA 15251-9134**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Special projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IRINA AMINOVA**
**1162 ERIN DRIVE**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312,793.03** |
|---|---|---|---|

**IRON GRIP BARBELL COMPANY**
**ATTN: DEBBIE PIETROCK**
**4012 W. GARRY AVENUE**
**SANTA ANA, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,510.49** |
|---|---|---|---|

**IRON MOUNTAIN**
**P.O. BOX 911862**
**DALLAS, TX 75391-1892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.00** |
|---|---|---|---|

**IRVINE RANCH WATER DISTRICT**
**P.O. BOX 57500**
**IRVINE, CA 92719-7500**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.133
4**

**Nonpriority creditor's name and mailing address**

**IRVINE RETAIL PROPERTIES CO
RETAIL CENTER
THE COMMONS @ IRVINE
SPECTRUM1-000013
P.O. BOX 840977
LOS ANGELES, CA 90084-0977**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$283,344.74**

---

**3.133
5**

**Nonpriority creditor's name and mailing address**

**IRVINE RETAIL PROPERTIES CO
RETAIL CENTER
THE COMMONS @ IRVINE
SPECTRUM1-000013
P.O. BOX 840977
LOS ANGELES, CA 90084-0977**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ☐ No ☐ Yes

**$14,140.12**

---

**3.133
6**

**Nonpriority creditor's name and mailing address**

**IRVINE RETAIL PROPERTIES CO.
RETAIL CENTER: CULVER PLAZA - 000008
P.O. BOX 840361
LOS ANGELES, CA 90084-0361**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$229,902.97**

---

**3.133
7**

**Nonpriority creditor's name and mailing address**

**IRVINE RETAIL PROPERTIES CO.
RETAIL CENTER: CULVER PLAZA - 000008
P.O. BOX 840361
LOS ANGELES, CA 90084-0361**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$11,402.91**

---

**3.133
8**

**Nonpriority creditor's name and mailing address**

**IRVINE SPECTRUM CENTER
PO BOX 840368
RETAIL CENTER ISC-010003
LOS ANGELES, CA 90084-0368**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$420,874.67**

---

**3.133
9**

**Nonpriority creditor's name and mailing address**

**IRVINE SPECTRUM CENTER
PO BOX 840368
RETAIL CENTER ISC-010003
LOS ANGELES, CA 90084-0368**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,082.07**

---

Debtor    **24 Hour Fitness USA, Inc.**                           Case number (if known)    **20-11561**
_____
Name

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,625.55** |
|---|---|---|---|

**IRVINE VALLEY AIR CONDITIONING, INC**
**ATTN: BILL RICIGLIANO**
**2961 EAST CORONADO STREET**
**ANAHEIM, CA 92806**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of fixed assets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ISAAC KIM**
**105 WANDERER**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201,404.27** |
|---|---|---|---|

**ISCM GREAT AMERICA PARKWAY LLC**
**ATTN: CHERYL DEEGAN**
**C/O IMWALLE PROPERTIES**
**365 E. CAMPBELL AVENUE**
**CAMPBELL, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,550.00** |
|---|---|---|---|

**ISTRA ELECTRICAL CONTRACTORS CORP**
**ATTN: MARY RUNKO**
**197-30 JAMAICA AVE**
**HOLLIS, NY 11423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,470.00** |
|---|---|---|---|

**JACK JAFFA & ASSOCIATES CORP**
**ATTN: LUCY HOLMES**
**147 PRINCE STREET**
**BROOKLYN, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322.60** |
|---|---|---|---|

**JACK NADEL INTERNATIONAL**
**ATTN: KATI DICKHOLTZ**
**8701 BELLANCA AVE**
**LOS ANGELES, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**JACK'S DISPOSAL SERVICE**
**PAYMENT PROCESSING CENTER**
**P.O.BOX 5910**
**BUENA PARK, CA 90622-5910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$470.77**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**JACKSON LEWIS PC**
**P.O. BOX 416019**
**BOSTON, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,817.70**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**JACKSON LEWIS PC**
**P.O. BOX 416019**
**BOSTON, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$207.00**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**JACKSON,CHRISTOPHER LEON**
**1235 S. SPRINGWOOD DR.**
**ANAHEIM, CA 92808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Severance**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**JAMES ALLYN PRINTING**
**ATTN: CINDY ESZLINGER**
**6575-B TRINITY COURT**
**DUBLIN, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$71,949.87**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**JAMES LINDSAY**
**18 CYPRESS AVE**
**KENTFIELD, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,887.88**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**JAMES WILEY**
**1044 BLUE BIRD LN**
**BRENTWOOD, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.135
3**

**Nonpriority creditor's name and mailing address**

**JAMIE N TAJII
5549 BALDWIN WAY
PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
4**

**Nonpriority creditor's name and mailing address**

**JAWS SUGARLAND LLC
ATTN: BRYAN GROSSMAN
315 NORTH FEDERAL HIGHWAY
HOLLYWOOD, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$138,206.82**

---

**3.135
5**

**Nonpriority creditor's name and mailing address**

**JBC SANTA ROSA LP
ATTN: GARY MIRANDA
88 KEARNY STREET
SUITE 1400
SAN FRANCISCO, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$134,877.08**

---

**3.135
6**

**Nonpriority creditor's name and mailing address**

**JBL ASSET MANAGEMENT LLC
2028 HARRISON STREET
SUITE 202
HOLLYWOOD, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$95,051.84**

---

**3.135
7**

**Nonpriority creditor's name and mailing address**

**JBL ASSET MANAGEMENT LLC
2028 HARRISON STREET
SUITE 202
HOLLYWOOD, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$80,434.80**

---

**3.135
8**

**Nonpriority creditor's name and mailing address**

**JEFFER MANGELS BUTLER & MITCHELL
LLP
TWO EMBARCADERO CENTER 5TH FLOOR
SAN FRANCISCO, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$5,829.87**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number *(if known)* | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**JEFFERSON COUNTY TREASURER**
**100 JEFFERSON COUNTY PKWY.**
**P.O. BOX 4007**
**GOLDEN, CO 80401-0007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$365,061.24**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**JEFFERSON COUNTY TREASURER**
**100 JEFFERSON COUNTY PKWY.**
**P.O. BOX 4007**
**GOLDEN, CO 80401-0007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$43,764.00**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**JEN VAL ELECTRIC INC**
**ATTN: BOB ROSEN**
**PO BOX 3658**
**WAYNE, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**JENISSE LEISURE PRODUCTS INC**
**ATTN: RICHARD DEHART**
**5 VAN DUYNE CT**
**TOWACO, NJ 07082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$948.97**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**JENNIFER GALARDI**
**ATTN: JENNIFER GALARDI**
**1036 FERNWOOD PACIFIC DRIVE**
**TOPANGA, CA 90290**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$820.00**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**JENNIFER GARRETT**
**6765 MALLEE ST.**
**CARLSBAD, CA 92011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**JEREMY L GOTTLIEB**
**309 CAMARITAS WAY**
**DANVILLE, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**JEREMY S FRANKE**
**2311 CARINGA WAY**
**UNIT 44**
**CARLSBAD, CA 92009**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**JERSEY CENTRAL POWER & LIGHT**
**PO BOX 16001**
**READING, PA 19612-6001**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**$2,815.37**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

**JESS RANCH BREA RETAIL XVI LLC**
**ATTN: EMILY FRANKLIN**
**C/O ATHENA MANAGEMENT INC**
**730 EL CAMINO WAY SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**$302,930.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

**JESS RANCH BREA RETAIL XVI LLC**
**ATTN: EMILY FRANKLIN**
**C/O ATHENA MANAGEMENT INC**
**730 EL CAMINO WAY SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**$88,157.61**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**JESS RANCH BREA RETAIL XVI LLC**
**ATTN: EMILY FRANKLIN**
**C/O ATHENA MANAGEMENT INC**
**730 EL CAMINO WAY SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**$9,598.75**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**JESS RANCH BREA RETAIL XVI LLC**
**ATTN: EMILY FRANKLIN**
**C/O ATHENA MANAGEMENT INC**
**730 EL CAMINO WAY SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

**$8,770.88**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.137
2**

**Nonpriority creditor's name and mailing address**
**JET SANITATION SERVICE CORP.**
**228 BLYDENBURGH ROAD**
**ISLANDIA, NY 11749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,488.48**

---

**3.137
3**

**Nonpriority creditor's name and mailing address**
**JET SANITATION SERVICE CORP.**
**228 BLYDENBURGH ROAD**
**ISLANDIA, NY 11749**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$131.33**

---

**3.137
4**

**Nonpriority creditor's name and mailing address**
**JET SERVICES INC.**
**ATTN: CONNIE DOUGLAS**
**1553 HYMER AVE.**
**SPARKS, NV 89431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$5,786.11**

---

**3.137
5**

**Nonpriority creditor's name and mailing address**
**JEWETT ROBERT**
**4609 FIR AVE**
**SEAL BEACH, CA 90740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$35.84**

---

**3.137
6**

**Nonpriority creditor's name and mailing address**
**JG SERVICE COMPANY**
**ATTN: GORDON BAKER**
**15632 EL PRADO ROAD**
**CHINO, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,932.89**

---

**3.137
7**

**Nonpriority creditor's name and mailing address**
**JGA TEXAS LEGACY PARTNERS LLC**
**9923 N UNITA DR**
**KAMAS, UT 84036-5009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$227,924.32**

---

**3.137
8**

**Nonpriority creditor's name and mailing address**
**JGA TEXAS LEGACY PARTNERS LLC**
**9923 N UNITA DR**
**KAMAS, UT 84036-5009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$94,481.55**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.137 9**

**Nonpriority creditor's name and mailing address**
**JJJ ENTERPRISES**
**533 SOUTH VINEWOOD STREET**
**ESCONDIDO, CA 92029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$108.44

---

**3.138 0**

**Nonpriority creditor's name and mailing address**
**JK SPA STEAM AND SAUNA**
**ATTN: HOLLY WALLS**
**PO BOX 483**
**LOS GATOS, CA 95031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$146,185.04

---

**3.138 1**

**Nonpriority creditor's name and mailing address**
**JK SPA STEAM AND SAUNA**
**ATTN: HOLLY WALLS**
**PO BOX 483**
**LOS GATOS, CA 95031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

$704.98

---

**3.138 2**

**Nonpriority creditor's name and mailing address**
**JLAB AUDIO**
**ATTN: JACKIE TAYLOR**
**17950 PRESTON RD**
**SUITE 360**
**DALLAS, TX 75252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$85,063.00

---

**3.138 3**

**Nonpriority creditor's name and mailing address**
**JOHN D SELF**
**9154 DRUMCLIFFE**
**DALLAS, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.138 4**

**Nonpriority creditor's name and mailing address**
**JOHN D ZAGARELLA**
**2941 UNICORNIO ST**
**UNIT D**
**CARLSBAD, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.138 5**

**Nonpriority creditor's name and mailing address**
**JOHN M SCHERFF**
**4713 EDINBURGH DRIVE**
**CARLSBAD, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.138 6**

**Nonpriority creditor's name and mailing address**
**JOHN S OWEN**
**25526 LEEWARD DR**
**DANA POINT, CA 92629**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-Qualifed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS FIRE PROTECTION LP**
**ATTN: CHRIS GATES**
**DEPT. CH 10320**
**PALATINE, IL 60055-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$356,621.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 8**

**Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS FIRE PROTECTION LP**
**DEPT. CH 10320**
**PALATINE, IL 60055-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$53,406.96**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Repairs & Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 9**

**Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS SECURITY SOLUTIONS**
**ATTN: AMANDA GRISCHOTT**
**P.O. BOX 371967**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$531,807.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 0**

**Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS SECURITY SOLUTIONS**
**ATTN: AMANDA GRISCHOTT**
**P.O. BOX 371967**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$63,261.16**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Purchase of fixed assets

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139 1**

**Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS SECURITY SOLUTIONS**
**P.O. BOX 371994**
**PITTSBURGH, PA 15250-7994**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$16,788.77**
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Repairs & Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.139 2**

**Nonpriority creditor's name and mailing address**
**JOHNSON HEALTH TECH NORTH AMERICA**
**ATTN: JENNIFER KNUDTSON**
**1600 LANDMARK DRIVE**
**COTTAGE GROVE, WI 53527**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$121,721.84**

---

**3.139 3**

**Nonpriority creditor's name and mailing address**
**JOHNSON MEGAN**
**15869 PASEO LARGAVISTA**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.139 4**

**Nonpriority creditor's name and mailing address**
**JONES, RICKY**
**903 6TH STREET**
**OREGON CITY, OR 97045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.139 5**

**Nonpriority creditor's name and mailing address**
**JONNIE VEACH**
**11160 BROOK DRIVE**
**# 40413**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$413.61**

---

**3.139 6**

**Nonpriority creditor's name and mailing address**
**JOSE EDUARDO PADILLA**
**AV. PROVIDENCIA #208 FRACC.**
**RANCHO SANTA MONICA INT.**
**AGUASCALIENTES, AGS 20286-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$1,194.67**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**
**JRM CARLSBAD I  LLC**
**330 ENCINITAS BLVD**
**SUITE 201**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$16,500.00**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**
**JSW GREELEY LLC**
**17277 VENTURA BLVD**
**STE 205**
**ENCINO, CA 91316-5030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Rent accrual**

Is the claim subject to offset? ■ No ☐ Yes

**$20,872.21**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

**JUDITH R WEINSTEIN**
**ATTN: JUDY WEINSTEIN**
**14029 OTSEGO STREET**
**JUDY@JRWCOMP.COM**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

**JULIE MICHELLE HOLOP**
**ATTN: JULIE HOLOP**
**742 LOMA VISTA STREET**
**EL SEGUNDO, CA 90245-2107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$4,350.00**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

**JUNK KING FRANCHISE SYSTEMS**
**389 OYSTER POINT BLVD**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

**JURUPA COMMUNITY SERVICES DISTRICT**
**11201 HARREL ST**
**MIRA LOMA, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$606.85**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**JUVENTINO FALCIS**
**38 CHICKADEE LN**
**ALISO VIEJO, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Non-Qualififed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**JVCKENWOOD USA CORPORATION**
**ATTN: DEBBIE JOHNSON**
**P.O. BOX 740524**
**LOS ANGELES, CA 90074-0524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$67,457.25**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**JW QUALITY CONSTRUCTION INC**
**ATTN: VOYTEK JANDA**
**3109 CAMDON CT**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$38,279.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.140 6**

**Nonpriority creditor's name and mailing address**
**JW QUALITY CONSTRUCTION INC**
**ATTN: VOYTEK JANDA**
**3109 CAMDON CT**
**PLEASANTON, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,300.00**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**
**K & B ENTERPRISE CORPORATION**
**ATTN: KAYE DAVIS**
**1410 33RD AVENUE**
**VERO BEACH, FL 32960**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,520.00**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
**K & K LUMBER COMPANY**
**C/O CHARLES DUNN**
**REAL ESTATE SERVICES INC.**
**8222 MELROSE AVENUE, STE. 200**
**LOS ANGELES, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,470.77**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
**K & K LUMBER COMPANY**
**C/O CHARLES DUNN**
**REAL ESTATE SERVICES INC.**
**8222 MELROSE AVENUE, STE. 200**
**LOS ANGELES, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$440.44**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
**K & K LUMBER COMPANY**
**C/O CHARLES DUNN**
**REAL ESTATE SERVICES INC.**
**8222 MELROSE AVENUE, STE. 200**
**LOS ANGELES, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$416.64**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
**K5 SIGNS AND GRAPHICS, INC**
**ATTN: MIKE KEOUGH**
**4590 QANTAS LANE**
**SUITE A4**
**STOCKTON, CA 95206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$424,583.68**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.141
2**

**Nonpriority creditor's name and mailing address**
**K5 SIGNS AND GRAPHICS, INC**
**4590 QANTAS LANE**
**SUITE A4**
**STOCKTON, CA 95206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Moving Costs**

Is the claim subject to offset? ■ No ☐ Yes

**$56,260.00**

---

**3.141
3**

**Nonpriority creditor's name and mailing address**
**K5 SIGNS AND GRAPHICS, INC**
**4590 QANTAS LANE**
**SUITE A4**
**STOCKTON, CA 95206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$22,278.23**

---

**3.141
4**

**Nonpriority creditor's name and mailing address**
**KA&N INDUSTRIES**
**35 BAYWOOD TERRACE**
**SAN RAFEL, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$82,310.67**

---

**3.141
5**

**Nonpriority creditor's name and mailing address**
**KA&N INDUSTRIES**
**35 BAYWOOD TERRACE**
**SAN RAFEL, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$150.92**

---

**3.141
6**

**Nonpriority creditor's name and mailing address**
**KAGED MUSCLE LLC**
**ATTN: JENNIFER HENNESSEY**
**101 MAIN STREET**
**SUITE 360**
**HUNTINGTON BEACH, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,507.40**

---

**3.141
7**

**Nonpriority creditor's name and mailing address**
**KAMPARTS INC**
**ATTN: LAUREN**
**5445 SCHAEFER AVE**
**CHINO, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,058.43**

---

Debtor    **24 Hour Fitness USA, Inc.**                                     Case number (if known)    **20-11561**
_____
Name

| | |
|---|---|
| **3.141 8** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**KANSAS DEPARTMENT OF REVENUE**                ☑ Contingent
**P.O. BOX 750260**
**TOPEKA, KS 66699-0260**                                    ☑ Unliquidated

                                                             ☑ Disputed

Date(s) debt was incurred _                                  Basis for the claim:  **State of Kansas Income Tax**

Last 4 digits of account number _                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.141 9** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$202,975.30**

**KAPOLEI HAWAII PROPERTY COMPANY**
**LLC**                                                       ☐ Contingent
**C/O KAPOLEI HAWAII MEZZ LLC**                               ☐ Unliquidated
**PO BOX 865443**                                            ☐ Disputed
**ORLANDO, FL 32886-5443**

Date(s) debt was incurred _                                  Basis for the claim:  **Trade Related**

Last 4 digits of account number _                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.142 0** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$4,706.27**

**KAPOLEI HAWAII PROPERTY COMPANY**
**LLC**                                                       ☐ Contingent
**C/O KAPOLEI HAWAII MEZZ LLC**                               ☑ Unliquidated
**PO BOX 865443**                                            ☐ Disputed
**ORLANDO, FL 32886-5443**

Date(s) debt was incurred _                                  Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.142 1** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**KATHERYN J HEALON**                                         ☐ Contingent
**1677 GREEN BRIAR LN**                                       ☐ Unliquidated
**FALLBROOK, CA 92028**                                       ☐ Disputed

Date(s) debt was incurred _                                  Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.142 2** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$3,565.93**

**KATIE NASH BEAUTY**                                         ☐ Contingent
**ATTN: KATIE NASH**                                          ☐ Unliquidated
**1694 PAGE ST.**                                             ☐ Disputed
**SAN FRANCISCO, CA 94117**

Date(s) debt was incurred _                                  Basis for the claim:  **Trade Related**

Last 4 digits of account number _                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.142 3** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$46.75**

**KAWAMOTO TRICIA**                                           ☐ Contingent
**52374 HAWTHORN COURT**                                      ☑ Unliquidated
**LA QUINTA, CA 92253**                                       ☐ Disputed

Date(s) debt was incurred _                                  Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number _                            Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

**KEEMER PLUMBING LLC**
**ATTN: PATRICK CLARK**
**2964 W 4700 S**
**STE 117**
**TAYLORSVILLE, UT 84129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$32,414.35**

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

**KEITA PAKAWONGSE**
**1823 CARLETON ST**
**BERKELEY, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-Qualifified Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**KELLERMEYER BERGENSONS SERVICES**
**ATTN: ELVA DE LA TORRE**
**1575 HENTHORNE DRIVE**
**MAUMEE, OH 43537**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$8,822,197.76**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**KELLERMEYER BERGENSONS SERVICES**
**LLC**
**ATTN: AMY GARCIA**
**25049 NETWORK PLACE**
**CHICAGO, IL 60673-1250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$22,543.66**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**KENNEDY & COUVILLIER PLLC**
**ATTN: MAX COUVILLIER**
**3271 E. WARM SPRINGS RD**
**LAS VEGAS, NV 89120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Fees

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**KENNEDY CHRISTOPHER**
**1033 MEADOW BRIDGE DR**
**FOLSOM, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$380.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.143
0**

**Nonpriority creditor's name and mailing address**

**KENNEDYS CMK LLP
120 MOUNTAIN VIEW BOULEVARD
PO BOX 650
BASKING RIDGE, NJ 07920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,387.00**

---

**3.143
1**

**Nonpriority creditor's name and mailing address**

**KENNETH A RAINES
1324 LORENZO DR
FALLBROOK, CA 92028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.143
2**

**Nonpriority creditor's name and mailing address**

**KEONO
ATTN: ERIKA DOBROTKA
205 E. BUTTERFIELD RD
# 166
ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,128,907.29**

---

**3.143
3**

**Nonpriority creditor's name and mailing address**

**KEONO
ATTN: ERIKA DOBROTKA
205 E. BUTTERFIELD RD
# 166
ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Email marketing services**

Is the claim subject to offset? ■ No  ☐ Yes

**$143,050.00**

---

**3.143
4**

**Nonpriority creditor's name and mailing address**

**KEONO
ATTN: ERIKA DOBROTKA
205 E. BUTTERFIELD RD
# 166
ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,800.00**

---

**3.143
5**

**Nonpriority creditor's name and mailing address**

**KEONO
ATTN: ERIKA DOBROTKA
205 E. BUTTERFIELD RD
# 166
ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Email marketing services**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,550.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.143**
**6**

**Nonpriority creditor's name and mailing address**
**KEONO**
**ATTN: ERIKA DOBROTKA**
**205 E. BUTTERFIELD RD**
**# 166**
**ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Email marketing services__

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.143**
**7**

**Nonpriority creditor's name and mailing address**
**KEONO**
**ATTN: ERIKA DOBROTKA**
**205 E. BUTTERFIELD RD**
**# 166**
**ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Email marketing services__

Is the claim subject to offset? ■ No ☐ Yes

$2,750.00

---

**3.143**
**8**

**Nonpriority creditor's name and mailing address**
**KETER ENVIRONMENTAL SERVICES, INC.**
**P.O. BOX 417468**
**BOSTON, MA 02241-7468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$47,716.18

---

**3.143**
**9**

**Nonpriority creditor's name and mailing address**
**KETER ENVIRONMENTAL SERVICES, INC.**
**P.O. BOX 417468**
**BOSTON, MA 02241-7468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$3,193.92

---

**3.144**
**0**

**Nonpriority creditor's name and mailing address**
**KETER ENVIRONMENTAL SERVICES, INC.**
**P.O. BOX 417468**
**BOSTON, MA 02241-7468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$520.69

---

**3.144**
**1**

**Nonpriority creditor's name and mailing address**
**KEVIN BRADSHAW**
**28004 WHITESTONE COURT**
**HAYWARD, CA 94542**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-Qualififed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
**KEVIN D CASTER**
**1257 VIA CONTESSA**
**SAN MARCOS, CA 92069**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-Qualifed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
**KIDZPACE INTERACTIVE, INC.**
**ATTN: CHUCK PETERSEN**
**BOX 550**
**COLLINGWOOD, ON L9Y 4B2 CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$163.50**

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
**KILROY REALTY 303 LLC**
**12200 W. OLYMPIC BLVD**
**SUITE 200**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$30,068.20**

---

**3.144 5**

**Nonpriority creditor's name and mailing address**
**KILROY REALTY 303 LLC**
**12200 W. OLYMPIC BLVD**
**SUITE 200**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$6,184.16**

---

**3.144 6**

**Nonpriority creditor's name and mailing address**
**KIM KIP**
**11540 MOORPARK ST**
**UNIT 102**
**STUDIO CITY, CA 91602**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$6.95**

---

**3.144 7**

**Nonpriority creditor's name and mailing address**
**KIMBERLY D GRIFFIN**
**2569 PARK BLVD**
**APT T105**
**PALO ALTO, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-Qualifed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144 8**

**Nonpriority creditor's name and mailing address**
**KIMCO EAST BANK 689 INC**
**ATTN: MICHELLE FISHER**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$110,024.26**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.1449**

**Nonpriority creditor's name and mailing address**

**KIMCO EAST BANK 689 INC**
**ATTN: MICHELLE FISHER**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$101,708.10**

---

**3.1450**

**Nonpriority creditor's name and mailing address**

**KIMCO LAKE PRAIRIE TC LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$232,663.95**

---

**3.1451**

**Nonpriority creditor's name and mailing address**

**KIMCO LAKE PRAIRIE TC LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$124,028.12**

---

**3.1452**

**Nonpriority creditor's name and mailing address**

**KIMRIDGE DEVELOPMENT LLC**
**ATTN: JORDAN SHALOM**
**2934 N. BEVERLY GLEN CIRCLE**
**# 357**
**LOS ANGELES, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$99,658.85**

---

**3.1453**

**Nonpriority creditor's name and mailing address**

**KIMRIDGE DEVELOPMENT LLC**
**ATTN: JORDAN SHALOM**
**2934 N. BEVERLY GLEN CIRCLE**
**# 357**
**LOS ANGELES, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$66,024.82**

---

**3.1454**

**Nonpriority creditor's name and mailing address**

**KIMZAY OF FLORIDA INC**
**ATTN: MOLLY SIEGEL**
**P.O. BOX 62045**
**NEWARK, NY 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$465,191.17**

---

Debtor   **24 Hour Fitness USA, Inc.**                            Case number (if known)   **20-11561**
_____Name_____

| | |
|---|---|

**3.145** **5**

**Nonpriority creditor's name and mailing address**
**KIMZAY OF FLORIDA INC**
**P.O. BOX 62045**
**NEWARK, NY 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$49,787.72**

---

**3.145** **6**

**Nonpriority creditor's name and mailing address**
**KIMZAY OF FLORIDA INC**
**P.O. BOX 62045**
**NEWARK, NY 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,245.57**

---

**3.145** **7**

**Nonpriority creditor's name and mailing address**
**KING COUNTY TREASURY**
**500 4TH AVENUE, #600**
**SEATTLE, WA 98104-2340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$61,886.00**

---

**3.145** **8**

**Nonpriority creditor's name and mailing address**
**KING COUNTY TREASURY**
**500 4TH AVENUE, #600**
**SEATTLE, WA 98104-2340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$57,243.36**

---

**3.145** **9**

**Nonpriority creditor's name and mailing address**
**KIR FAIRFAX LP**
**P.O.BOX 6208**
**HICKSVILLE, NY 11802-6208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$371,040.11**

---

**3.146** **0**

**Nonpriority creditor's name and mailing address**
**KIR FAIRFAX LP**
**P.O.BOX 6208**
**HICKSVILLE, NY 11802-6208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$63,569.57**

---

**3.146** **1**

**Nonpriority creditor's name and mailing address**
**KIR VISTA BALBOA LP**
**3333 NEW HYDE PARK ROAD, SUITE 100**
**NEW HYDE PARK, NY 11042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$297,097.32**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.146 2**

**Nonpriority creditor's name and mailing address**
**KIR VISTA BALBOA LP**
P.O. BOX 62045
NEWARK, NJ 07101

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$83,310.91**

---

**3.146 3**

**Nonpriority creditor's name and mailing address**
**KISSIMMEE UTILITY AUTHORITY**
PO BOX 423219
KISSIMMEE, FL 34742-3219

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,929.01**

---

**3.146 4**

**Nonpriority creditor's name and mailing address**
**KNECHT, KRIS**
60 LEXINGTON CT
BRENTWOOD, CA 94513

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.146 5**

**Nonpriority creditor's name and mailing address**
**KOH BRIAN**
231 N ISABEL ST
APT 2
GLENDALE, CA 91206

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.146 6**

**Nonpriority creditor's name and mailing address**
**KOKO MARINA SHOPPING CENTER**
C/O SOFOS REALTY CORPORATION
600 KAPIOLANI BLVD., SUITE 200
HONOLULU, HI 96813

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$115,021.54**

---

**3.146 7**

**Nonpriority creditor's name and mailing address**
**KOKO MARINA SHOPPING CENTER**
C/O SOFOS REALTY CORPORATION
600 KAPIOLANI BLVD., SUITE 200
HONOLULU, HI 96813

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$1,858.56**

---

**3.146 8**

**Nonpriority creditor's name and mailing address**
**KONE INC**
ATTN: TREBIE SOLINA
12150 TECH CENTER DRIVE
POWAY, CA 92064

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$64,572.92**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.1469**

**Nonpriority creditor's name and mailing address**
KONE INC
PO BOX 894156
LOS ANGELES, CA 90189-4156

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Repairs & Maintenance

Is the claim subject to offset? ■ No ☐ Yes

**$7,340.67**

---

**3.1470**

**Nonpriority creditor's name and mailing address**
KORN FERRY US
ATTN: CASSANDRA MOORE
1900 AVENUE OF THE STARS
STE. 2600
LOS ANGELES, CA 90067

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$10,299.97**

---

**3.1471**

**Nonpriority creditor's name and mailing address**
KOTOWSKI LAW FIRM
ATTN: CHRISTINA KOTOWSKI
2601 BLANDING AVE
#C386
ALAMEDA, CA 94501

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Fees

Is the claim subject to offset? ■ No ☐ Yes

**$112.50**

---

**3.1472**

**Nonpriority creditor's name and mailing address**
KRG LAS VEGAS CENTENNIAL GATEWAY
LLC
30 S. MERIDIAN STREET
SUITE 1100
INDIANAPOLOLIS, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$271,336.99**

---

**3.1473**

**Nonpriority creditor's name and mailing address**
KRG LAS VEGAS CENTENNIAL GATEWAY
LLC
30 S. MERIDIAN STREET
SUITE 1100
INDIANAPOLOLIS, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

**$59,639.74**

---

**3.1474**

**Nonpriority creditor's name and mailing address**
KRG LAS VEGAS CENTENNIAL GATEWAY
LLC
30 S. MERIDIAN STREET
SUITE 1100
INDIANAPOLOLIS, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$5,332.18**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.147 5**

**Nonpriority creditor's name and mailing address**
**KRISTI ELISE COALE**
**ATTN: KRISTI E. COALE**
**16 DELMAR STREET**
**SAN FRANCISCO, CA 94117-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
**KRISTINA L STEBBINS**
**1227 HOLMGROVE DR**
**SAN MARCOS, CA 92078**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**
**KRYUCHKOVA EVGENIA**
**7664 DUNEIDEN LN**
**MANASSAS, VA 20109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$104.08**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**
**KUK CHUNG**
**1133 LITTLEOAK CIRCLE**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$112,507.81**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**
**KUK CHUNG**
**1133 LITTLEOAK CIRCLE**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,961.33**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**
**KW FUND V BRAND LLC**
**ATTN: JASIBY EVAN**
**C/O CUSHMAN & WAKEFIELD OF CA INC**
**400 N. BRAND BOULEVARD**
**GLENDALE, CA 91203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$136,701.45**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**
**KW FUND V BRAND LLC**
**C/O CUSHMAN & WAKEFIELD OF CA INC**
**400 N. BRAND BOULEVARD**
**GLENDALE, CA 91203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$65,097.77**

---

Debtor    **24 Hour Fitness USA, Inc.**                                   Case number (if known)    **20-11561**
        Name

| | |
|---|---|
| **3.148<br>2** | |

**Nonpriority creditor's name and mailing address**
**KW FUND V BRAND LLC**
**C/O CUSHMAN & WAKEFIELD OF CA INC**
**400 N. BRAND BOULEVARD**
**GLENDALE, CA 91203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$26,734.15

---

| | |
|---|---|
| **3.148<br>3** | |

**Nonpriority creditor's name and mailing address**
**KW FUND V BRAND LLC**
**151 S. EL CAMINO DRIVE**
**BEVERLY HILLS, CA 90212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Parking**

Is the claim subject to offset? ■ No ☐ Yes

$3,248.00

---

| | |
|---|---|
| **3.148<br>4** | |

**Nonpriority creditor's name and mailing address**
**L.A. MUNICIPAL SERVICES**
**P O BOX 10324**
**VAN NUYS, CA 91410-0324**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$35,290.09

---

| | |
|---|---|
| **3.148<br>5** | |

**Nonpriority creditor's name and mailing address**
**L.A. MUNICIPAL SERVICES**
**P O BOX 10324**
**VAN NUYS, CA 91410-0324**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$12,243.95

---

| | |
|---|---|
| **3.148<br>6** | |

**Nonpriority creditor's name and mailing address**
**LA COSTA TOWN CENTER LLC**
**4695 MACARTHUR COURT**
**SUITE 700**
**NEWPORT BEACH, CA 92660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$420,034.49

---

| | |
|---|---|
| **3.148<br>7** | |

**Nonpriority creditor's name and mailing address**
**LA COSTA TOWN CENTER LLC**
**4695 MACARTHUR COURT**
**SUITE 700**
**NEWPORT BEACH, CA 92660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$133,635.71

---

| | |
|---|---|
| **3.148<br>8** | |

**Nonpriority creditor's name and mailing address**
**LA COSTA TOWN CENTER LLC**
**PO BOX 848430**
**LOS ANGELES, CA 90084-8430**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$11,748.19

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.1489**

**Nonpriority creditor's name and mailing address**

**LA COSTA TOWN CENTER LLC**
**PO BOX 848430**
**LOS ANGELES, CA 90084-8430**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ☑ No ☐ Yes

$2,714.84

---

**3.1490**

**Nonpriority creditor's name and mailing address**

**LA PAZ SHOPPING CENTER LLC**
**ATTN: KAREN SEARS**
**C/O TIARNA REAL ESTATE SERVICES**
**2603 MAIN STREET**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ☑ No ☐ Yes

$4,575.13

---

**3.1491**

**Nonpriority creditor's name and mailing address**

**LA PAZ SHOPPING CENTER LP**
**2603 MAIN STREET**
**SUITE 210**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ☑ No ☐ Yes

$149,482.26

---

**3.1492**

**Nonpriority creditor's name and mailing address**

**LA PAZ SHOPPING CENTER LP**
**2603 MAIN STREET**
**SUITE 210**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Tax

Is the claim subject to offset? ☑ No ☐ Yes

$2,869.13

---

**3.1493**

**Nonpriority creditor's name and mailing address**

**LABRADA BODYBUILDING NUTRITION**
**PO BOX 4356**
**DEPT 1930**
**HOUSTON, TX 77210-4356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ☑ No ☐ Yes

$8,400.00

---

**3.1494**

**Nonpriority creditor's name and mailing address**

**LAGUNA VILLAGE INVESTORS LLC**
**C/O HALL EQUITIES GROUP**
**1855 OLYMPIC  BOULEVARD**
**WALNUT CREEK, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Tax

Is the claim subject to offset? ☑ No ☐ Yes

$2,457.62

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (if known)    **20-11561**
              Name

| 3.149 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187,552.19 |

**LAKELINE AUSTIN FITNESS LP**
**C/O TITUS PROPERTIES**
**1748 W. KATELLA AVENUE SUITE 206**
**ORANGE, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,413.50 |

**LAKELINE AUSTIN FITNESS LP**
**C/O TITUS PROPERTIES**
**1748 W. KATELLA AVENUE SUITE 206**
**ORANGE, CA 92867**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $540,154.25 |

**LAKESHORE LAND LESSEE PT LLC**
**ATTN: PAMELA GONZALES**
**18101 VON KARMAN AVENUE**
**SUITE 1220**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,430.75 |

**LAKESHORE LEARNING MATERIALS**
**ATTN: JON BELL**
**2695 EAST DOMINGUEZ STREET**
**CARSON, CA 90895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,889.62 |

**LAKESHORE TOWERS LTD PARTNERSHIP**
**PH III**
**18101 VON KARMAN AVENUE #1220**
**IRVINE, CA 92612**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,086.91 |

**LAKESHORE TOWERS LTD PARTNERSHIP**
**PH III**
**18101 VON KARMAN AVENUE #1220**
**IRVINE, CA 92612**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.150**
**1**

**Nonpriority creditor's name and mailing address**
**LAKEWOOD WATER DISTRICT**
**P.O. BOX 99729**
**LAKEWOOD, WA 98499**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$59.69**

---

**3.150**
**2**

**Nonpriority creditor's name and mailing address**
**LAKHA KENT PROPERTIES LLC**
**C/O PREMIER CENTERS MANAGEMENT**
**P.O. BOX 52668**
**BELLEVUE, WA 98015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$344,304.78**

---

**3.150**
**3**

**Nonpriority creditor's name and mailing address**
**LAKHA KENT PROPERTIES LLC**
**C/O PREMIER CENTERS MANAGEMENT**
**P.O. BOX 52668**
**BELLEVUE, WA 98015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$16,261.72**

---

**3.150**
**4**

**Nonpriority creditor's name and mailing address**
**LAKHA KENT PROPERTIES LLC**
**C/O PREMIER CENTERS MANAGEMENT**
**P.O. BOX 52668**
**BELLEVUE, WA 98015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,984.20**

---

**3.150**
**5**

**Nonpriority creditor's name and mailing address**
**LANDEROS, JAVIER**
**13124 MONTFORD ST.**
**PACOIMA, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.150**
**6**

**Nonpriority creditor's name and mailing address**
**LAP EMPIRE AVENUE LLC**
**141 SOUTH LINDEN DRIVE**
**# 305**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$380,379.87**

---

**3.150**
**7**

**Nonpriority creditor's name and mailing address**
**LAP EMPIRE AVENUE LLC**
**141 SOUTH LINDEN DRIVE**
**# 305**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$8,182.60**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.150 8**

**Nonpriority creditor's name and mailing address**
**LAPCEVIC, TOM**
**363 GOLDEN GRASS DRIVE**
**ALAMO, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance

Is the claim subject to offset? ■ No ☐ Yes

$140,859.95

---

**3.150 9**

**Nonpriority creditor's name and mailing address**
**LARIMER COUNTY TREASURER**
**200 W OAK STREET FLOOR #2**
**PO BOX 1250**
**FORT COLLINS, CO 80522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$127,856.96

---

**3.151 0**

**Nonpriority creditor's name and mailing address**
**LARIMER COUNTY TREASURER**
**200 W OAK STREET FLOOR #2**
**PO BOX 1250**
**FORT COLLINS, CO 80522**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Personal Property Tax

Is the claim subject to offset? ■ No ☐ Yes

$30,642.50

---

**3.151 1**

**Nonpriority creditor's name and mailing address**
**LAS VEGAS VALLEY**
**WATER DISTRICT**
**1001 SOUTH VALLEY VIEW BLVD.**
**LAS VEGAS, NV 89153-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

$7,279.12

---

**3.151 2**

**Nonpriority creditor's name and mailing address**
**LATERRIAL A ORTIZ**
**4256 ALTA VISTA COURT**
**OCEANSIDE, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-Qualififed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.151 3**

**Nonpriority creditor's name and mailing address**
**LATHAM & WATKINS LLP**
**555 WEST FIFTH STREET**
**SUITE 800**
**LOS ANGELES, CA 90013-1010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Fees

Is the claim subject to offset? ■ No ☐ Yes

$45,006.28

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

| 3.151 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$4,058.12** |
| **LATHAM & WATKINS LLP** | ☐ Contingent | | |
| **ATTN: AGNES LOPEZ** | ☐ Unliquidated | | |
| **555 WEST FIFTH STREET** | ☐ Disputed | | |
| **SUITE 800** | | | |
| **LOS ANGELES, CA 90013-1010** | **Basis for the claim:** _Trade Related_ | | |
| **Date(s) debt was incurred** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.151 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$11,150.00** |
| **LAUREN BONNEY** | ☐ Contingent | | |
| **ATTN: LAUREN BONNEY** | ☐ Unliquidated | | |
| **985 IROQUOIS DRIVE** | ☐ Disputed | | |
| **PLEASANT HILL, CA 94523** | **Basis for the claim:** _Trade Related_ | | |
| **Date(s) debt was incurred** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.151 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$385.38** |
| **LAWTON COMMERCIAL SERVICES LP** | ☐ Contingent | | |
| **ATTN: LAURA SMITH** | ☐ Unliquidated | | |
| **P.O. BOX 1179** | ☐ Disputed | | |
| **MCKINNEY, TX 75070** | **Basis for the claim:** _Trade Related_ | | |
| **Date(s) debt was incurred** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.151 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$25,404.92** |
| **LAZ PARKING CALIFORNIA LLC** | ☐ Contingent | | |
| **ATTN: MING ZHANG** | ☐ Unliquidated | | |
| **P.O. BOX 847370** | ☐ Disputed | | |
| **LOS ANGELES, CA 90084** | **Basis for the claim:** _Trade Related_ | | |
| **Date(s) debt was incurred** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.151 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$9,893.00** |
| **LAZ PARKING CALIFORNIA LLC** | ☐ Contingent | | |
| **ATTN: MING ZHANG** | ■ Unliquidated | | |
| **P.O. BOX 847370** | ☐ Disputed | | |
| **LOS ANGELES, CA 90084** | **Basis for the claim:** _Parking_ | | |
| **Date(s) debt was incurred** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.151 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$190,546.54** |
| **LBG HILLTOP LLC** | ☐ Contingent | | |
| **C/O LBG MANAGEMENT COMPANY, INC.** | ☐ Unliquidated | | |
| **2200 HILLTOP MALL RD.** | ☐ Disputed | | |
| **RICHMOND, CA 94806** | **Basis for the claim:** _Trade Related_ | | |
| **Date(s) debt was incurred** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.152 0**

**Nonpriority creditor's name and mailing address**
**LBG HILLTOP LLC**
**C/O LBG MANAGEMENT COMPANY, INC.**
**2200 HILLTOP MALL RD.**
**RICHMOND, CA 94806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$21,062.24**

---

**3.152 1**

**Nonpriority creditor's name and mailing address**
**LEAVY KENDALL**
**1151 VERAMAR CT UNIT 103**
**CORONA, CA 92882-6423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$77.72**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**
**LECHELER NICOLE**
**114 KENBROOK CIRCLE**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$18.40**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**
**LEGACY MECHANICAL AND ENERGY**
**SERVICES**
**ATTN: SEAN LARKIN**
**3130 CROW CANYON PLACE, SUITE 410**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$970.86**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**
**LEGACY PARTNERS I LB OCEANGATE LLC**
**OCEANGATE - BU 29462**
**PO BOX 100311**
**PASADENA, CA 91189**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,588.26**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**
**LEGACY RETAIL LLC**
**ATTN: ALEXIS HARLAN**
**C/O ODYSSEY REALTY**
**PO BOX 34976**
**LAS VEGAS, NV 89133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$145,339.58**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.152 6**

**Nonpriority creditor's name and mailing address**
**LEGACY RETAIL LLC**
**C/O ODYSSEY REALTY**
**PO BOX 34976**
**LAS VEGAS, NV 89133**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax 

Is the claim subject to offset? ■ No ☐ Yes

**$30,211.28**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**
**LENAIN,HARMONY RENEE**
**11718 MILANO DR**
**RANCHO CUCAMONGA, CA 91701**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance 

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**
**LENNOX NATIONAL ACCOUNT SERVICES**
**ATTN: ROBERT A BARNARD**
**P.O. BOX 731627**
**DALLAS, TX 75373-1627**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related 

Is the claim subject to offset? ■ No ☐ Yes

**$27,873.90**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**
**LENNOX NATIONAL ACCOUNT SERVICES**
**ATTN: ROBERT A BARNARD**
**P.O. BOX 731627**
**DALLAS, TX 75373-1627**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase of fixed assets 

Is the claim subject to offset? ■ No ☐ Yes

**$2,423.39**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**
**LENNY & LARRYS INC**
**ATTN: BARRY TURNER**
**14300 ARMINTA ST**
**PANORAMA CITY, CA 91402**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related 

Is the claim subject to offset? ■ No ☐ Yes

**$72,451.50**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**
**LES MILLS INTERNATIONAL LIMITED**
**22 CENTRE STREET**
**AUCKLAND   01010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Fees 

Is the claim subject to offset? ■ No ☐ Yes

**$11,980.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.153 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495,624.07** |

**LES MILLS UNITED STATES TRADING INC**
**ATTN: ERIN KELLY**
**363 W ERIE ST**
**SUITE 200**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210,158.76** |

**LETC DUNHILL LLC**
**P.O. BOX 204837**
**DALLAS, TX 75320-4837**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**LEWIS, SETH**
**7726 CAROLYN LN**
**SANTA FE, TX 77517**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Severance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,729.92** |

**LHR RENAISSANCE MARKETPLACE SOUTH**
**LLC**
**ATTN: GINNY FAWCETT**
**P.O. BOX 670**
**UPLAND, CA 91785-0670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**LIANGGUI CHEN**
**4267 CORTE LANGOSTINO**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.69** |

**LIBERTY ASHES INC**
**94-02 150TH STREET**
**JAMAICA, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Related**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **24 Hour Fitness USA, Inc.**                              Case number (if known)  **20-11561**
　　　　　Name

| 3.153<br>8 | **Nonpriority creditor's name and mailing address**<br>**LIBERTY MUTUAL INSURANCE GROUP**<br>**PO BOX 91012**<br>**CHICAGO, IL 60680-1110** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$262.06** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153<br>9 | **Nonpriority creditor's name and mailing address**<br>**LIFE FITNESS - CHICAGO**<br>**ATTN: SIMON LEE**<br>**10601 W. BELMONT AVENUE**<br>**FRANKLIN PARK, IL 60131** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$133,084.43** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154<br>0 | **Nonpriority creditor's name and mailing address**<br>**LILVAL PROPERTIES, LTD**<br>**C/O THE MARIPOSA COMPANY**<br>**3255 W MARCH LANE**<br>**STOCKTON, CA 95219** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$493.33** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154<br>1 | **Nonpriority creditor's name and mailing address**<br>**LINDA CHILDERS**<br>**ATTN: LINDA CHILDERS**<br>**2516 FERN LEAF LN**<br>**MARTINEZ, CA 94553** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,250.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154<br>2 | **Nonpriority creditor's name and mailing address**<br>**LINDA LEE**<br>**ATTN: LINDA LEE**<br>**9717 NE 106TH WAY**<br>**VANCOUVER, WA 98662** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,335.00** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154<br>3 | **Nonpriority creditor's name and mailing address**<br>**LINDLEY TERRACE LLC**<br>**600 SPRING ROAD (RENTAL OFFICE)**<br>**MOORPARK, CA 93021** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$248,334.55** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154<br>4 | **Nonpriority creditor's name and mailing address**<br>**LINDLEY TERRACE LLC**<br>**600 SPRING ROAD (RENTAL OFFICE)**<br>**MOORPARK, CA 93021** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$84,342.16** |

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.154**
**5**

**Nonpriority creditor's name and mailing address**
**LINGAO KRISTINA**
**4654 FLATLICK BRANCH DRIVE**
**CHANTILLY, VA 20151**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$34.68

---

**3.154**
**6**

**Nonpriority creditor's name and mailing address**
**LINKEDIN**
**ATTN: FRANK SHERFEY**
**2029 STIERLIN CT**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$4,747.40

---

**3.154**
**7**

**Nonpriority creditor's name and mailing address**
**LISA M GALLIANI**
**1513 MORAGA WAY**
**MORAGA, CA 94556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.154**
**8**

**Nonpriority creditor's name and mailing address**
**LITTLE NECK COMMONS LLC**
**48 EAST OLD COUNTRY ROAD SUITE # 201,**
**MINEOLA, NY 11501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$61,437.59

---

**3.154**
**9**

**Nonpriority creditor's name and mailing address**
**LITTLER MENDELSON**
**PO BOX 207137**
**DALLAS, TX 75320-7137**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

$79.00

---

**3.155**
**0**

**Nonpriority creditor's name and mailing address**
**LIVERMORE SANITATION INC**
**7000 NATIONAL DR**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$10,425.20

---

**3.155**
**1**

**Nonpriority creditor's name and mailing address**
**LIVERMORE SANITATION INC**
**7000 NATIONAL DR**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$1,216.27

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.155 2**

**Nonpriority creditor's name and mailing address**
**LOCK DOC**
**P.O. BOX 550501**
**FT. LAUDERDALE, FL 33355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,128.85**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**
**LOCKNER,LISA M**
**32622 NW PEKIN FERRY RD**
**RIDGEFIELD, WA 98642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,956.68**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**
**LOCKTON COMPANIES**
**ATTN: LISA BEAM**
**SOUTHEAST SERIES OF LOCKTON CO. LLC**
**C/O BANK OF AMERICA**
**ATLANTA, GA 30374-1732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,635.00**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**
**LOERA GABRIELA**
**16439 HARVEY DR**
**FONTANA, CA 92336-2553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.18**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**
**LOMELI'S & ASSOCIATES, INC.**
**ATTN: JAFET LOMELI**
**26162 COTTONWOOD STREET**
**MURRIETA, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$106,218.50**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**
**LONDON BBD**
**ATTN: GABOR ZSAMBOKY**
**92 GALES DR # 4**
**NEW PROVIDENCE, NJ 07974**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,180.47**

---

Debtor  **24 Hour Fitness USA, Inc.**
         Name                                                    Case number (if known)  **20-11561**

---

| 3.155 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,480.00** |

**LONDON BBD**
**ATTN: GABOR ZSAMBOKY**
**92 GALES DR # 4**
**NEW PROVIDENCE, NJ 07974**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,125.82** |

**LONE STAR BADGE & SIGN INC.**
**PO BOX 387**
**MARTINDALE, TX 78655-0387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,190.70** |

**LOOMIS ARMORED**
**PO BOX 1300**
**HONOLULU, HI 96807-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |

**LOPEZ MICHAEL**
**845 AMELIA AVE**
**GLENDORA, CA 91740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LORI M VALENZUELA**
**797 HOLLOWBROOK CT**
**SAN MARCOS, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$215,833.98** |

**LOS ALTOS SCHOOL DISTRICT**
**201 COVINGTON ROAD**
**LOS ALTOS, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$533,369.21** |

**LOS ANGELES COUNTY TAX COLLECTOR**
**P.O. BOX 513191**
**LOS ANGELES, CA 90051-1191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number *(if known)* | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
LOS ANGELES COUNTY TREASURER
DEPT. OF PUBLIC WORKS
P.O. BOX 512150
LOS ANGELES, CA 90051-0150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$829.67**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
LOUIS UPHOLSTERY SHOP
ATTN: LARRY DARNELL
1570 KAREN DRIVE
ARGYLE, TX 76226

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

**$27,716.25**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**
LOVE ROY
3326 SPRINDELTREE
GRAPEVINE, TX 76051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Expense Reimbursement__

Is the claim subject to offset? ■ No  ☐ Yes

**$269.69**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
LOWRY DENVER FITNESS LP
C/O TITUS PROPERTIES, LLC
1748 W. KATELLA AVENUE, SUITE 206
ORANGE, CA 92867

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

**$173,148.58**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
LOWRY DENVER FITNESS LP
C/O TITUS PROPERTIES, LLC
1748 W. KATELLA AVENUE, SUITE 206
ORANGE, CA 92867

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ■ No  ☐ Yes

**$79,981.60**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
LRIC LEWISVILLE LP
ATTN: MELANIE CORSARO
C/O WEITZMAN AT
3102 MAPLE AVENUE SUITE 350
DALLAS, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

**$201,259.01**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.157 1**

**Nonpriority creditor's name and mailing address**
**LTG SOUTH HILLS LLC**
**ATTN: MICHELLE LIN**
**C/O LT MANAGEMENT GROUP**
**1414 S. AZUSA AVENUE**
**WEST COVINA, CA 91791**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No  ☐ Yes

$162,124.35

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**LTG SOUTH HILLS LLC**
**ATTN: MICHELLE LIN**
**C/O LT MANAGEMENT GROUP**
**1414 S. AZUSA AVENUE**
**WEST COVINA, CA 91791**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☐ No  ☐ Yes

$31,750.66

---

**3.157 3**

**Nonpriority creditor's name and mailing address**
**LV SOLUTIONS INC**
**ATTN: BARBARA VAZQUEZ**
**781 BIG TREE DRIVE**
**LONGWOOD, FL 32750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No  ☐ Yes

$170.00

---

**3.157 4**

**Nonpriority creditor's name and mailing address**
**LYONS MARKET STREET LLC**
**850 MONTGOMERY STREET**
**SUITE 100**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$190,227.96

---

**3.157 5**

**Nonpriority creditor's name and mailing address**
**LYONS MARKET STREET LLC**
**850 MONTGOMERY STREET**
**SUITE 100**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

$52,248.06

---

**3.157 6**

**Nonpriority creditor's name and mailing address**
**M&M GLASS COMPANY**
**ATTN: MAYOLA CUPA**
**7327 WHITTIER AVE**
**WHITTIER, CA 90602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No  ☐ Yes

$11,211.37

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.157 7**

**Nonpriority creditor's name and mailing address**
**M&M GLASS COMPANY**
**ATTN: MAYOLA CUPA**
**7327 WHITTIER AVE**
**WHITTIER, CA 90602**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$6,207.73

---

**3.157 8**

**Nonpriority creditor's name and mailing address**
**M-4 LLC**
**C/O GVA KIDDER MATHEWS**
**P.O. BOX 34860**
**SEATTLE, WA 98124-1860**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$136,931.11

---

**3.157 9**

**Nonpriority creditor's name and mailing address**
**M-4 LLC**
**C/O GVA KIDDER MATHEWS**
**P.O. BOX 34860**
**SEATTLE, WA 98124-1860**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ☐ No ☐ Yes

$33,896.56

---

**3.158 0**

**Nonpriority creditor's name and mailing address**
**MACERICH BUENAVENTURA LP**
**ATTN: JENNIFER GRIFFIN**
**401 WILSHIRE BLVD**
**STE 700**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$232,599.27

---

**3.158 1**

**Nonpriority creditor's name and mailing address**
**MACERICH LAKEWOOD LLC**
**401 WILSHIRE BLVD, STE. 700**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$309,218.25

---

**3.158 2**

**Nonpriority creditor's name and mailing address**
**MACERICH LAKEWOOD LLC**
**401 WILSHIRE BLVD, STE. 700**
**SANTA MONICA, CA 90401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ☐ No ☐ Yes

$6,698.94

---

**3.158 3**

**Nonpriority creditor's name and mailing address**
**MACKENZIE**
**0690 SW BANCROFT STREET**
**PORTLAND, OR 97239**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$140,563.37

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.158 4**

**Nonpriority creditor's name and mailing address**
**MACVOLKS**
**1381 FRANQUETTE AVENUE**
**SUITE D7**
**CONCORD, CA 94520-5201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,655.16**

---

**3.158 5**

**Nonpriority creditor's name and mailing address**
**MADISON 3721 LLC**
**ATTN: DEVON THOMAS**
**4340 VON KARMAN AVE**
**STE 350**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$187,466.67**

---

**3.158 6**

**Nonpriority creditor's name and mailing address**
**MADISON 3721 LLC**
**ATTN: DEVON THOMAS**
**4340 VON KARMAN AVE**
**STE 350**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$86,785.96**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**
**MAGANA, STEPHEN**
**752 FOREST PARK BLVD APT J208**
**APT# J208**
**OXNARD, CA 93036-5365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**
**MAGNA INVESTMENTS & DEVELOPMENT LTD**
**PO BOX 65827**
**SALT LAKE CITY, UT 84165-0827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$88,832.02**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**
**MAGNA INVESTMENTS & DEVELOPMENT LTD**
**PO BOX 65827**
**SALT LAKE CITY, UT 84165-0827**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$26,096.66**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**MAGTEK INC**
**ATTN: TRACI MCNAMEE**
**1710 APOLLO COURT**
**SEAL BEACH, CA 90740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$21,596.15**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**MAIOCHI LAUNDERLAND 24TH STREET**
**FAMILY**
**PARTNERSHIP, LP**
**250 AVILA ST**
**SAN FRANCISCO, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$30,875.08**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**MAIOCHI LAUNDERLAND 24TH STREET**
**FAMILY**
**PARTNERSHIP, LP**
**250 AVILA ST**
**SAN FRANCISCO, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

**$5,417.59**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**MAJ COMMERCIAL REAL ESTATE**
**PROPERTY MANAGEMENT DIVISION**
**300 W 15TH STREET SUITE 201**
**VANCOUVER, WA 98660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$2,490.96**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**MALCOLM PEREY**
**6957 TANGLEWOOD RD**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-Qualifed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**MALDONADO MARIA LOLITA**
**432 EDGEHILL LANE**
**UNIT 47**
**OCEANSIDE, CA 92054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Expense Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

**$68.48**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**MALL 205 GARP LLC**
**P.O. BOX 843705**
**REFERENCE # 613**
**LOS ANGELES, CA 90084-3705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$199,004.03**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**MALL 205 GARP LLC**
**P.O. BOX 843705**
**REFERENCE # 613**
**LOS ANGELES, CA 90084-3705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$27,264.38**

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**MALL 205 GARP LLC**
**P.O. BOX 843705**
**REFERENCE # 613**
**LOS ANGELES, CA 90084-3705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,203.59**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**MALL AT JEFFERSON VALLEY LLC**
**ATTN: MICHAEL FLOHN**
**650 LEE BLVD**
**ATTN: MALL MANAGEMENT OFFICE**
**YORKTOWN HEIGHTS, NY 10598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$21,288.82**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**MALLORY ALEXANDER INTERNATIONAL**
**ATTN: LYDIA HOLLAND**
**4294 SWINNER ROAD**
**MEMPHIS, TN 38118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$7,324.36**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**MANAGER OF FINANCE**
**CITY & COUNTY OF DENVER**
**TREASURY DIVISION**
**DENVER, CO 80217-0430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**MANI ANAND VJAY SAWH LLC**
**ATTN: ANAND SAWH**
**15565 SLEEPY CREEK ROAD**
**EL CAJON, CA 92021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$70,558.58**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**MANN ENTERPRISES INC**
**BANK OF AMERICA LOCKBOX**
**FILE 56692**
**LOS ANGELES, CA 90074-6692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$337,273.53**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

**MAO WEI MING**
**8949 DONAKER STR.**
**SAN DIEGO, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

**$80.00**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**MAPLELEAF INVESTMENTS LLC**
**1155 REDMOND AVE**
**SAN JOSE, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$115,521.74**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**MAPLELEAF INVESTMENTS LLC**
**1155 REDMOND AVE**
**SAN JOSE, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$1,989.77**

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

**MARC ITTAH**
**ATTN: MICHAEL FAZE**
**9538 BRIGHTON WAY**
**# 314**
**BEVERLY HILLS, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$315,809.44**

---

Debtor    **24 Hour Fitness USA, Inc.**                    Case number (if known)    **20-11561**
_____
Name

---

| 3.160 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,015.66** |

**MARC ITTAH**
**9538 BRIGHTON WAY**
**# 314**
**BEVERLY HILLS, CA 90210**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.63** |

**MARCUS ESTRADA III**
**4870 TRENT DRIVE**
**SAN JOSE, CA 95124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **NQDC Penalty due to administrative error**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MARGARET A WAYNICK**
**382 APOLLO DR**
**VISTA, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Non-Qualifed Deferred Compensation Plan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269,698.04** |

**MARIN COUNTRY MART LLC**
**ATTN: PAUL C. RICHARDS**
**FILE 1287**
**1801 W. OLYMPIC BLVD**
**PASADENA, CA 91199-1287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.23** |

**MARIN COUNTRY MART LLC**
**FILE 1287**
**1801 W. OLYMPIC BLVD**
**PASADENA, CA 91199-1287**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.70** |

**MARIN FRANCISCO**
**3545 W 147TH ST**
**HAWTHORNE, CA 90250**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

**MARIN H2O CULLIGAN**
**ATTN: RICK WILLIAMS**
**40 PAUL DRIVE**
**SAN RAFAEL, CA 94903**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$3,501.00**

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**MARIN H2O CULLIGAN**
**ATTN: RICK WILLIAMS**
**40 PAUL DRIVE**
**SAN RAFAEL, CA 94903**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

**MARJORIE L DICKINSON**
**3049 PALM HILL DR**
**VISTA, CA 92084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-Qualififed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

**MARK GROUP NO 6**
**UNIT 120**
**P.O. BOX 97208**
**PORTLAND, OR 97208-4500**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$160,977.03**

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**MARK GROUP NO 6**
**UNIT 120**
**P.O. BOX 97208**
**PORTLAND, OR 97208-4500**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$17,216.63**

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**MARK GROUP NO 6**
**UNIT 120**
**P.O. BOX 97208**
**PORTLAND, OR 97208-4500**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$2,454.02**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**MARK KURODA**
**ATTN: MARK KURODA**
**HOME OFFICE**
**110 6TH AVENUE**
**SAN FRANCISCO, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,599.65**

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**MARPO KINETICS INC**
**ATTN: TETSU OKANO**
**258 LINDBERGH AVENUE**
**LIVERMORE, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$70,230.71**

---

**3.162 2**

**Nonpriority creditor's name and mailing address**

**MARTINEZ NICHOLAS**
**19 VIA PERICO**
**RANCHO SANTA MARGARITA, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$65.06**

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

**MARTINEZ, ANTONIO TORRES**
**501 ANITA ST SPC 164**
**CHULA VISTA, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**MARY SMITS**
**37683 N BOULDER VIEW DR**
**SCOTTSDALE, AZ 85262-3929**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**MASHA GRUPP TRUST TWO DTD 2 78**
**ATTN: JULIE BRENNER**
**P.O. BOX 7824**
**MENLO PARK, CA 94026-7824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$132,418.39**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number *(if known)* | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.162 6**

**Nonpriority creditor's name and mailing address**
**MASHA GRUPP TRUST TWO DTD 2 78**
**ATTN: JULIE BRENNER**
**P.O. BOX 7824**
**MENLO PARK, CA 94026-7824**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$11,070.30**

---

**3.162 7**

**Nonpriority creditor's name and mailing address**
**MASTROGIUSEPPE RAMON**
**422 CENTER ST N**
**VIENNA, VA 22180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$155.26**

---

**3.162 8**

**Nonpriority creditor's name and mailing address**
**MASUE LLC**
**ATTN: JENNIFER FOSTER**
**185 NW SPANISH RIVER BLVD**
**SUITE 100**
**BOCA RATON, FL 33431-4230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$67,068.00**

---

**3.162 9**

**Nonpriority creditor's name and mailing address**
**MAUI ELECTRIC CO. LTD.**
**PO BOX 398**
**KAHULUI, HI 96733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$6,463.30**

---

**3.163 0**

**Nonpriority creditor's name and mailing address**
**MAUI ELECTRIC CO. LTD.**
**PO BOX 398**
**KAHULUI, HI 96733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$598.69**

---

**3.163 1**

**Nonpriority creditor's name and mailing address**
**MAXAIR HEATING AND AC INC**
**ATTN: JESSICA HUTT**
**325 ROESLER RD**
**GLEN BURNIE, MD 21060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$219.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.163 2**

**Nonpriority creditor's name and mailing address**
**MAY JIMMY**
**12410 W. LITTLE YORK RD**
**#1035**
**HOUSTON, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$64.24**

---

**3.163 3**

**Nonpriority creditor's name and mailing address**
**MCCAINE RUSSELL**
**1105 HERRING AVE**
**WEST COVINA, CA 91790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$495.09**

---

**3.163 4**

**Nonpriority creditor's name and mailing address**
**MCDOWELL RICE SMITH & BUCHANAN**
**ATTN: LISA STOCKLEIN**
**A PROFESSIONAL CORPORATION**
**605 W. 47TH STREET**
**KANSAS CITY, MO 64112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,187.50**

---

**3.163 5**

**Nonpriority creditor's name and mailing address**
**MCI WORLDCOM**
**P.O. BOX 371392**
**PITTSBURGH, PA 15250-7392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,861.70**

---

**3.163 6**

**Nonpriority creditor's name and mailing address**
**MCKINLEY ELEVATOR CORPORATION**
**ATTN: JIM MARTINEZ**
**17611 ARMSTRONG AVE**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,080.00**

---

**3.163 7**

**Nonpriority creditor's name and mailing address**
**MCKINNEY SH I LTD**
**ATTN: ERIC SEITZ**
**1110 COWAN ROAD**
**CELINA, TX 75009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$142,758.32**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.163
8**

**Nonpriority creditor's name and mailing address**
**MCKINNEY SH I LTD**
**1110 COWAN ROAD**
**CELINA, TX 75009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$67,422.20**

---

**3.163
9**

**Nonpriority creditor's name and mailing address**
**MCMASTER-CARR SUPPLY COMPANY**
**P.O. BOX 7690**
**CHICAGO, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,328.19**

---

**3.164
0**

**Nonpriority creditor's name and mailing address**
**MCWILLIAMS,AIMEE EVANGELINE**
**25252 TURF AVE.**
**MISSION VIEJO, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$6,291.16**

---

**3.164
1**

**Nonpriority creditor's name and mailing address**
**MDC COAST 21 LLC**
**ATTN: KELSEY RODRIGUES**
**11995 EL CAMINO REAL**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$317,187.75**

---

**3.164
2**

**Nonpriority creditor's name and mailing address**
**MEAGAN MCCRARY**
**ATTN: MEAGAN MCCRARY**
**721 BUENA TIERRA WAY**
**# 189**
**OCEANSIDE, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$9,895.00**

---

**3.164
3**

**Nonpriority creditor's name and mailing address**
**MEDINA BRANDON**
**1084 REGINA WAY**
**CORONA, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

**$266.23**

---

**3.164
4**

**Nonpriority creditor's name and mailing address**
**MEDINA RICHARD**
**2304 ONONDAGA AVE**
**PLACENTIA, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

**$92.66**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.164 5**

**Nonpriority creditor's name and mailing address**
**MELANI,ROBERTO ENRICO**
**900 CAMBRIDGE DR**
**UNIT 133**
**BENICIA, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**
**MELINDA A FULMER**
**ATTN: MELINDA FULMER**
**1105 FAIRVIEW DR**
**LA CA ADA FLINTRIDGE, CA 91011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$7,777.00**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**
**MEMBER REFUNDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**
**MEMBER REFUNDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**
**MEMPIN,CEDRIC**
**2884 JOSEPHINE DR**
**HENDERSON, NV 89044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$15,557.86**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**
**MEPT WESTWOOD VILLAGE LLC**
**NW 584318**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-6231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$123,116.29**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.165**
**1**

**Nonpriority creditor's name and mailing address**

MERCURY TIC LLC
ATTN: THONG VAN
13 SIERRA GATE PLAZA
SUITE B
ROSEVILLE, CA 95678

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$261,552.64

---

**3.165**
**2**

**Nonpriority creditor's name and mailing address**

MERCURY TIC LLC
ATTN: THONG VAN
13 SIERRA GATE PLAZA
SUITE B
ROSEVILLE, CA 95678

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$101,478.55

---

**3.165**
**3**

**Nonpriority creditor's name and mailing address**

MERIDIAN METROPOLITAN DISTRICT, CO
6399 SOUTH FIDDLER'S GREEN CIRCLE
SUITE 10
GREENWOOD VILLAGE, CO 80111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$23,206.02

---

**3.165**
**4**

**Nonpriority creditor's name and mailing address**

MESA CONSOLIDATED WATER DISTRICT
P.O. BOX 5019
COSTA MESA, CA 92628

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$3,894.94

---

**3.165**
**5**

**Nonpriority creditor's name and mailing address**

MESA VERDE ASSOCIATES
3315 FAIRVIEW ROAD
COSTA MESA, CA 92626

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$110,408.42

---

**3.165**
**6**

**Nonpriority creditor's name and mailing address**

MESA VERDE ASSOCIATES
3315 FAIRVIEW ROAD
COSTA MESA, CA 92626

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$1,054.17

---

Debtor   **24 Hour Fitness USA, Inc.**                     Case number (if known)   **20-11561**
         Name

---

| 3.165 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,320.00** |

**MESQUITE TAX FUND**
**PO BOX 850267**
**MESQUITE, TX 75185-0627**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,480.94** |

**METLIFE**
**PO BOX 8500-3895**
**PHILADELPHIA, PA 19178-3895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290,253.99** |

**METRO ALP LLC**
**227 20TH STREET SUITE 100**
**NEWPORT BEACH, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,896.22** |

**METRO ALP LLC**
**227 20TH STREET SUITE 100**
**NEWPORT BEACH, CA 92663**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,677.22** |

**METRO FIRE & COMMUNICATIONS**
**SYSTEMS**
**ATTN: DENNIS DECARLO**
**430 BROAD STREET**
**BLOOMFIELD, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |

**METRO LOCKSMITHS INC**
**2045 DIVISADERO ST.**
**SAN FRANCISCO, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.166
3**

**Nonpriority creditor's name and mailing address**

**METROPLEX PLAZA LP
C/O CNA ENTERPRISES, INC.
ATTN: ASSET MANAGEMENT
1901 AVENUE OF THE STARS, SUITE 855
LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$203,528.78**

---

**3.166
4**

**Nonpriority creditor's name and mailing address**

**METROPLEX PLAZA LP
C/O CNA ENTERPRISES, INC.
ATTN: ASSET MANAGEMENT
1901 AVENUE OF THE STARS, SUITE 855
LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$21,100.05**

---

**3.166
5**

**Nonpriority creditor's name and mailing address**

**METTEL
55 WATER STREET
NEW YORK, NY 10041-3299**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$21,346.57**

---

**3.166
6**

**Nonpriority creditor's name and mailing address**

**METTEL
P.O. BOX 9660
MANCHESTER, NH 03108-9660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Telecom**

Is the claim subject to offset? ■ No ☐ Yes

**$108.54**

---

**3.166
7**

**Nonpriority creditor's name and mailing address**

**MEYERLAND RETAIL ASSOCIATES LLC
C/O FIDELIS REALTY PARTNERS
DEPT. C0501A
HOUSTON, TX 77251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$193,250.96**

---

**3.166
8**

**Nonpriority creditor's name and mailing address**

**MGP XI BALLINGER LLC
ATTN: PATRICK HURLEY
C/O MERLONE GEIER MANAGEMENT LLC
425 CALIFORNIA STREET 10TH FLOOR
SAN FRANCISCO, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$38,327.30**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.166 9**

**Nonpriority creditor's name and mailing address**
**MGP XI BALLINGER LLC**
**ATTN: PATRICK HURLEY**
**C/O MERLONE GEIER MANAGEMENT LLC**
**425 CALIFORNIA STREET 10TH FLOOR**
**SAN FRANCISCO, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$487.56**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**
**MI9 INC**
**ATTN: HANK KLOOTS**
**PO BOX 645820**
**PITTSBURGH, PA 33181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$35,023.02**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**
**MI9 INC**
**ATTN: HANK KLOOTS**
**PO BOX 645820**
**PITTSBURGH, PA 33181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$7,863.75**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**
**MIAMI DADE COUNTY**
**FINANCE UNIT BOILER SECTION**
**11805 SW 26TH STREET**
**MIAMI, FL 33175-2474**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$36,658.00**

---

**3.167 3**

**Nonpriority creditor's name and mailing address**
**MIAMI-DADE WATER AND SEWER DEPT**
**3071 SW 38TH AVE**
**MIAMI, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,901.74**

---

**3.167 4**

**Nonpriority creditor's name and mailing address**
**MIAMI-DADE WATER AND SEWER DEPT**
**3071 SW 38TH AVE**
**MIAMI, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,673.19**

---

**3.167 5**

**Nonpriority creditor's name and mailing address**
**MICHAEL TEESE**
**11879 HICKORY LOOP**
**THORNTON, TX 76687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualified Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.167 6**

**Nonpriority creditor's name and mailing address**
**MICKI D STARY**
**101 E BOZEMAN RD**
**FORT WORTH, TX 76108-9662**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 7**

**Nonpriority creditor's name and mailing address**
**MICROSOFT CORPORATION**
**ATTN: WW CREDIT SERVICES**
**6100 NEIL ROAD**
**RENO, NV 89511-1137**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$94,099.00**

---

**3.167 8**

**Nonpriority creditor's name and mailing address**
**MICROSOFT CORPORATION**
**1950 N. STEMMONS FWY**
**STE 5010**
**DALLAS, TX 75207**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,527.43**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**
**MILE HIGH DRAIN CLEANING, INC.**
**ATTN: CHRIS EDDY**
**P.O. BOX 430**
**LITTLETON, CO 80160-0430**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$39,773.60**

---

**3.168 0**

**Nonpriority creditor's name and mailing address**
**MILILANI SHOPPING CENTER LLC**
**P.O. BOX 741483**
**LOS ANGELES, CA 90074-1483**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$254,618.86**

---

**3.168 1**

**Nonpriority creditor's name and mailing address**
**MILILANI SHOPPING CENTER LLC**
**P.O. BOX 741483**
**LOS ANGELES, CA 90074-1483**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,527.79**

---

**3.168 2**

**Nonpriority creditor's name and mailing address**
**MILILANI SHOPPING CENTER LLC**
**P.O. BOX 741483**
**LOS ANGELES, CA 90074-1483**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$182.40**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

**MILPITAS SANITATION**
**1080 WALSH AVENUE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$1,203.68**

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**MILPITAS SANITATION**
**1080 WALSH AVENUE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$995.04**

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**MIRACLE MILE PROPERTIES LP**
**4221 WILSHIRE BLVD**
**SUITE 480**
**LOS ANGELES, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$214,462.18**

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**MIRACLE MILE PROPERTIES LP**
**4221 WILSHIRE BLVD**
**SUITE 480**
**LOS ANGELES, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$188,980.32**

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**MIRAMAR EQUITY I LLC**
**ATTN: RIGO RUIZ**
**696 N.E. 125TH STREET**
**NORTH MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$288,567.71**

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**MIRAMAR EQUITY I LLC**
**696 N.E. 125TH STREET**
**NORTH MIAMI, FL 33161**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$53,316.95**

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**MISSION ELECTRIC COMPANY INC.**
**ATTN: KEN WILLIAMS**
**5700 BOSCELL COMMON**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Purchase of fixed assets__

Is the claim subject to offset? ■ No ☐ Yes

**$11,959.11**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.169 0**

**Nonpriority creditor's name and mailing address**
**MISSION ELECTRIC COMPANY INC.**
**ATTN: KEN WILLIAMS**
**5700 BOSCELL COMMON**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$6,305.74**

---

**3.169 1**

**Nonpriority creditor's name and mailing address**
**MISSION VALLEY SHOPPINGTOWN LLC**
**ATTN: MICHAEL TABANYI**
**2049 CENTURY PARK EAST**
**41ST FLOOR**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$145,107.64**

---

**3.169 2**

**Nonpriority creditor's name and mailing address**
**MISSION VALLEY SHOPPINGTOWN LLC**
**2049 CENTURY PARK EAST**
**41ST FLOOR**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Real Property Tax_

Is the claim subject to offset? ■ No ☐ Yes

**$23,613.39**

---

**3.169 3**

**Nonpriority creditor's name and mailing address**
**MISSION VALLEY SHOPPINGTOWN LLC**
**2049 CENTURY PARK EAST**
**41ST FLOOR**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

**$4,692.65**

---

**3.169 4**

**Nonpriority creditor's name and mailing address**
**MISSION VALLEY SHOPPINGTOWN, LLC**
**C/O WESTFIELD CORPORATION, INC**
**11601 WILSHIRE BOULEVARD, 12TH FLOOR**
**LOS ANGELES, CA 90025-1748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unbilled CIP Increases_

Is the claim subject to offset? ■ No ☐ Yes

**$169,756.00**

---

**3.169 5**

**Nonpriority creditor's name and mailing address**
**MISSOURI DEPARTMENT OF REVENUE**
**P.O. BOX 700**
**JEFFERSON CITY, MO 65105-0700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _State of Missouri Income Tax_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **24 Hour Fitness USA, Inc.**
Name                                    Case number (if known)  **20-11561**

---

| 3.169 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154,266.98** |
| **MKD GREAT PETALUMA MILL LLC** | ☐ Contingent | |
| **C/O VERITAS PROPERTY MANAGEMENT** | ☐ Unliquidated | |
| **1001 CANAL BOULEVARD** | ☐ Disputed | |
| **RICHMOND, CA 94804** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,696.02** |
| **MKD GREAT PETALUMA MILL LLC** | ☐ Contingent | |
| **C/O VERITAS PROPERTY MANAGEMENT** | ■ Unliquidated | |
| **1001 CANAL BOULEVARD** | ☐ Disputed | |
| **RICHMOND, CA 94804** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Real Property Tax** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459,843.44** |
| **MM PG BAYFAIR PROPERTIES LLC** | ☐ Contingent | |
| **C/O WELLS FARGO BANK N.A.** | ■ Unliquidated | |
| **NW 5849** | ☐ Disputed | |
| **MINNEAPOLIS, MN 55485-4305** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Rent accrual** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.169 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163,778.39** |
| **MM PG BAYFAIR PROPERTIES LLC** | ☐ Contingent | |
| **ATTN: DARREN HEDGES** | ■ Unliquidated | |
| **C/O WELLS FARGO BANK N.A.** | ☐ Disputed | |
| **NW 5849** | | |
| **MINNEAPOLIS, MN 55485-4305** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,150.04** |
| **MM PG BAYFAIR PROPERTIES LLC** | ☐ Contingent | |
| **ATTN: DARREN HEDGES** | ■ Unliquidated | |
| **C/O WELLS FARGO BANK N.A.** | ☐ Disputed | |
| **NW 5849** | | |
| **MINNEAPOLIS, MN 55485-4305** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Real Property Tax** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.170 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,575.00** |
| **MOBILE REPAIR SERVICES** | ☐ Contingent | |
| **ATTN: TOMMY MEKERES** | ☐ Unliquidated | |
| **5930 RUNNING HILLS AVENUE** | ☐ Disputed | |
| **LIVERMORE, CA 94551** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.170 2**

**Nonpriority creditor's name and mailing address**

**MOCKINGBIRD PARK LTD**
**C/O HARKINSON INVESTMENT**
**CORPORATION**
**4560 BELTLINE ROAD**
**ADDISON, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$124,414.88**

---

**3.170 3**

**Nonpriority creditor's name and mailing address**

**MOCKINGBIRD PARK LTD**
**C/O HARKINSON INVESTMENT**
**CORPORATION**
**4560 BELTLINE ROAD**
**ADDISON, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

**$60,514.35**

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

**MOCKINGBIRD PARK LTD**
**C/O HARKINSON INVESTMENT**
**CORPORATION**
**4560 BELTLINE ROAD**
**ADDISON, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$7,083.22**

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

**MOFFETT DIANE**
**5846 ZILEMAN COURT**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

**$78.00**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**MONROVIA LANDING LLC**
**ATTN: CHELSEA STEVENS**
**PO BOX 754**
**MONTROSE, CA 91021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,299.15**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**MONROVIA LANDING LLC**
**PO BOX 754**
**MONTROSE, CA 91021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$3,492.46**

---

Debtor  **24 Hour Fitness USA, Inc.**
_____
Name

Case number _(if known)_  **20-11561**

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$157.43** |

**MONTA VISTA WATER DISTRICT**
**ACCOUNT #9750 CENTRAL AVENUE**
**P.O. BOX 71**
**MONTCLAIR, CA 91763**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$276,813.82** |

**MONTEREY PROPERTY ASSOCIATES**
**ANAHEIM LLC**
**ATTN: HOLLY LEONHARD**
**C/O ATHENA PROPERTY MANAGEMENT**
**730 EL CAMINO WAY**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,541.82** |

**MONTEREY PROPERTY ASSOCIATES**
**ANAHEIM LLC**
**C/O ATHENA PROPERTY MANAGEMENT**
**730 EL CAMINO WAY**
**TUSTIN, CA 92780**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,996.00** |

**MONTGOMERY CO. TAX COLLECTOR**
**P.O. BOX 4798**
**HOUSTON, TX 77210-4798**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Personal Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$404.51** |

**MOODY OWEN**
**2822 NW LACAMAS DR**
**CAMAS, WA 98607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$14,667.00** |

**MOODYS INVESTORS SERVICE**
**P.O. BOX 102597**
**ATLANTA, GA 30368-0597**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Annual fee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.171**
**4**

**Nonpriority creditor's name and mailing address**
**MOORE, ZACHARY**
**533 W WILSON ST**
**APT 66**
**COSTA MESA, CA 92627**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.171**
**5**

**Nonpriority creditor's name and mailing address**
**MOORE,SHELLEY A**
**47 411 HUI IWA ST**
**APT 3**
**KANEOHE, HI 96744**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$6,040.16**

---

**3.171**
**6**

**Nonpriority creditor's name and mailing address**
**MORGAN LEWIS & BOCKIUS LLP**
**ATTN: DEBORAH KRAVETZ**
**1701 MARKET STREET**
**PHILADELPHIA, PA 19103-2921**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$5,114.75**

---

**3.171**
**7**

**Nonpriority creditor's name and mailing address**
**MORRISON & FOERSTER LLP**
**425 MARKET STREET, 2ND FLOOR**
**SAN FRANCISCO, CA 94105-5819**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$9,584.10**

---

**3.171**
**8**

**Nonpriority creditor's name and mailing address**
**MOULTAN NIGEL WATER**
**23954 ALISO CREEK RD**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$200.14**

---

**3.171**
**9**

**Nonpriority creditor's name and mailing address**
**MOUNTAIN GROVE PARTNERS LLC**
**ATTN: SARA BOMBARDIER**
**C/O MAJESTIC REALTY CO**
**13191 CROSSROADS PARKWAY NORTH**
**CITY OF INDUSTRY, CA 91746**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$253,037.18**

---

| Debtor | __24 Hour Fitness USA, Inc.__ | Case number (if known) | __20-11561__ |
|---|---|---|---|
| | Name | | |

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**MOUNTAIN GROVE PARTNERS LLC**
**ATTN: SARA BOMBARDIER**
**C/O MAJESTIC REALTY CO**
**13191 CROSSROADS PARKWAY NORTH**
**CITY OF INDUSTRY, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$188.81**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**MP PLUMBING CO.**
**15330 SE 82ND DRIVE**
**CLACKAMAS, OR 97015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$25,038.76**

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

**MRE COMMERCIAL REAL ESTATE**
**6001 SHELLMOUND STREET, SUITE 825**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$30,927.15**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

**MRE COMMERCIAL REAL ESTATE**
**6001 SHELLMOUND STREET, SUITE 825**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$19,674.65**

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

**MS SHOPPING CENTER  LLC**
**845 NE 79TH STREET**
**MIAMI, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$212,321.44**

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

**MS SHOPPING CENTER  LLC**
**845 NE 79TH STREET**
**MIAMI, FL 33138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$158,696.11**

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

**MSKP RIVERBRIDGE LLC**
**4500 PGA BLVD**
**STE 400**
**PALM BEACH GARDENS, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$3,186.20**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.172.7**

**Nonpriority creditor's name and mailing address**
**MUD #60**
**PO BOX 7580**
**THE WOODLANDS, TX 77387-7580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$556.93

---

**3.172.8**

**Nonpriority creditor's name and mailing address**
**MUIR, STEVE**
**7036 VAN MAREN LANE**
**CITRUS HEIGHTS, CA 95621**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.172.9**

**Nonpriority creditor's name and mailing address**
**MULTNOMAH HEATING INC.**
**ATTN: JOE INNOCENTI**
**PO BOX 1830**
**GRESHAM, OR 97030**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$893.48

---

**3.173.0**

**Nonpriority creditor's name and mailing address**
**MURPHY MARKETPLACE STATION LLC**
**ATTN: KERY CLAY**
**PO BOX 645414**
**PITTSBURGH, PA 15264-5414**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$254,071.08

---

**3.173.1**

**Nonpriority creditor's name and mailing address**
**MURPHY MARKETPLACE STATION LLC**
**PO BOX 645414**
**PITTSBURGH, PA 15264-5414**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$47,173.05

---

**3.173.2**

**Nonpriority creditor's name and mailing address**
**MURRAY CITY UTILITIES, UT**
**P.O. BOX 57919/UTILITY BILLING**
**MURRAY, UT 84157-0919**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$3,724.53

---

**3.173.3**

**Nonpriority creditor's name and mailing address**
**MURRAY SCHOLLS LLC**
**UNIT 1177**
**P.O. BOX 2369**
**PORTLAND, OR 97208-2369**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$189,271.13

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
| --- | --- | --- | --- |
| | Name | | |

| 3.173 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,431,967.41** |
| --- | --- | --- | --- |

**MUSCLE FOODS USA**
**ATTN: MIKE BANISCH**
**P.O. BOX 791126**
**BALTIMORE, MD 21279-1126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,170.70** |
| --- | --- | --- | --- |

**MUSCLE PHARM**
**ATTN: DEBBIE ADAMS**
**3005 PARKFIELD LOOP SOUTH**
**SPING HILL, TN 37174-2879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.90** |
| --- | --- | --- | --- |

**MYERS ERIC**
**370 W BROADWAY**
**APT 4T**
**LONG BEACH, NY 11561**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.173 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
| --- | --- | --- | --- |

**NA JEFF**
**710 N GUADALUPE AVE**
**UNIT 1**
**REDONDO BEACH, CA 90277**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.173 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,991.24** |
| --- | --- | --- | --- |

**NATIONAL ELEVATOR INSPECTION SERV**
**INC**
**PO BOX 503067**
**ST LOUIS, MO 63150-3067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,706.00** |
| --- | --- | --- | --- |

**NATIONAL GLASS & MIRROR**
**ATTN: CHARLIE SCHLEIGER**
**5715 KEARNY VILLA ROAD**
**STE 116**
**SAN DIEGO, CA 92123-1167**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.174 0**

**Nonpriority creditor's name and mailing address**
NATIONAL GLASS & MIRROR
ATTN: CHARLIE SCHLEIGER
5715 KEARNY VILLA ROAD
STE 116
SAN DIEGO, CA 92123-1167

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase of fixed assets

Is the claim subject to offset? ☒ No ☐ Yes

**$25,837.00**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID
PO BOX 11791
NEWARK, NJ 07101-4791

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ☒ No ☐ Yes

**$1,586.32**

---

**3.174 2**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID
PO BOX 11791
NEWARK, NJ 07101-4791

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ☒ No ☐ Yes

**$1,547.80**

---

**3.174 3**

**Nonpriority creditor's name and mailing address**
NATIONAL GYM SUPPLY, INC.
ATTN: JON WEBSTER
PO BOX 748735
LOS ANGELES, CA 90074-8735

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$70,979.90**

---

**3.174 4**

**Nonpriority creditor's name and mailing address**
NAVEX GLOBAL INC
ATTN: KIMBERLY FAUS
P.O. BOX 60941
CHARLOTTE, NC 28260-0941

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$10,908.82**

---

**3.174 5**

**Nonpriority creditor's name and mailing address**
NAZARETH RETAIL HOLDINGS LLC
ATTN: MICHAEL OHAYON
800 S. B STREET
SUITE 100
SAN MATEO, CA 94401

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$351,787.39**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**NAZARETH RETAIL HOLDINGS LLC**
**800 S. B STREET**
**SUITE 100**
**SAN MATEO, CA 94401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$221,463.73**

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**NBC PARTNERS LLC**
**101 LARKSPUR LANDING CIRCLE**
**# 120**
**LARKSPUR, CA 94939**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$277,316.09**

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**NBC PARTNERS LLC**
**101 LARKSPUR LANDING CIRCLE**
**# 120**
**LARKSPUR, CA 94939**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$30,685.36**

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**NEBRASKA DEPARTMENT OF REVENUE**
**PO BOX 94818**
**LINCOLN, NE 68509-4818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **State of Nebraska Income Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**NEI GLOBAL RELOCATION**
**ATTN: TIM RODDY**
**PO BOX 241886**
**OMAHA, NE 68124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$76,425.51**

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**NEI GLOBAL RELOCATION**
**PO BOX 241886**
**OMAHA, NE 68124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Relocating Employees**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,232.20**

---

**3.175 2**

**Nonpriority creditor's name and mailing address**

**NEISWENTER ERIC**
**1600 TEA LEAF DR**
**PFLUGERVILLE, TX 78660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

**$107.67**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.175
3**

**Nonpriority creditor's name and mailing address**
**NELSON WILLIAMS IV**
**3066 HOLYROOD DRIVE**
**OAKLAND, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.175
4**

**Nonpriority creditor's name and mailing address**
**NEVADA DEPARTMENT OF TAXATION**
**P.O. BOX 52609**
**PHOENIX, AZ 85072-2609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

**$104.69**

---

**3.175
5**

**Nonpriority creditor's name and mailing address**
**NEVADA POWER COMPANY**
**P.O. BOX 98855**
**LAS VEGAS, NV 89193-8855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$20,054.44**

---

**3.175
6**

**Nonpriority creditor's name and mailing address**
**NEVADA POWER COMPANY**
**P.O. BOX 98855**
**LAS VEGAS, NV 89193-8855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,146.66**

---

**3.175
7**

**Nonpriority creditor's name and mailing address**
**NEW HAVEN WG LLC**
**P.O. BOX 24169**
**OMAHA, NE 68124-0169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

**$168,267.73**

---

**3.175
8**

**Nonpriority creditor's name and mailing address**
**NEW HAVEN WG LLC**
**P.O. BOX 24169**
**OMAHA, NE 68124-0169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☒ No ☐ Yes

**$60,754.33**

---

**3.175
9**

**Nonpriority creditor's name and mailing address**
**NEW JERSEY AMERICAN WATER**
**BOX 371331**
**PITTSBURGH, PA 15250-7331**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$645.74**

---

Debtor   **24 Hour Fitness USA, Inc.**
_____
Name

Case number (*if known*)   **20-11561**

| | |
|---|---|
| **3.176 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.42** |

**3.176 0**

**Nonpriority creditor's name and mailing address**
**NEW YORK AMERICAN WATER**
PO BOX 371332
PITTSBURGH, PA 15250-7332

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$59.42**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**
**NEW YORK AMERICAN WATER**
PO BOX 371332
PITTSBURGH, PA 15250-7332

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$17.21**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**
**NEWAGE PHM LLC**
411 E. HUNTINGTON DRIVE
UNIT 305
ARCADIA, CA 91006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$331,042.31**

---

**3.176 3**

**Nonpriority creditor's name and mailing address**
**NEWAGE PHM LLC**
411 E. HUNTINGTON DRIVE
UNIT 305
ARCADIA, CA 91006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$161,097.72**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**
**NEWAGE PHM LLC**
411 E. HUNTINGTON DRIVE
UNIT 305
ARCADIA, CA 91006

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,151.05**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**
**NEWKOA LLC**
ATTN: JANICE SCOTT
P.O. BOX 601328
LOS ANGELES, CA 90060

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$164,366.44**

---

**3.176 6**

**Nonpriority creditor's name and mailing address**
**NEWPARK MALL LP**
ATTN: EMILY MARTIN
PO BOX 639702
CINCINNATI, OH 45263-9702

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$299,537.35**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.176 7**

**Nonpriority creditor's name and mailing address**
**NEWPARK MALL LP**
**PO BOX 639702**
**CINCINNATI, OH 45263-9702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$59,446.87**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**
**NEXT LEVEL RESOURCES INC**
**ATTN: PAUL GOULD**
**3146 TIGER RUN COURT STE. 108**
**CARLSBAD, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$17,000.00**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**
**NEXTCARE URGENT CARE**
**P.O. BOX 952271**
**DALLAS, TX 75395-2271**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**
**NFF IMPERIAL LLC**
**C/O TIARNA REAL ESTATE SERVICES INC**
**2603 MAIN STREET**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$296,662.98**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**
**NFF IMPERIAL LLC**
**C/O TIARNA REAL ESTATE SERVICES INC**
**2603 MAIN STREET**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,188.84**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**
**NIBS MANAGEMENT INC**
**14310 VENTURA BLVD #300**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$164,979.89**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**NIBS MANAGEMENT INC**
**14310 VENTURA BLVD #300**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$7,212.93**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.177
4**

**Nonpriority creditor's name and mailing address**
**NICHOLAS FIRCHAU**
**ATTN: NICHILAS FIRCHAU**
**750 8TH AVE**
**LONGMONT, CO 80501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.177
5**

**Nonpriority creditor's name and mailing address**
**NICKIE INVESTMENTS, INC.**
**C/O PARKSTONE COMPANIES**
**PO BOX 503934**
**SAN DIEGO, CA 92150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$92,468.30**

---

**3.177
6**

**Nonpriority creditor's name and mailing address**
**NICKIE INVESTMENTS, INC.**
**C/O PARKSTONE COMPANIES**
**PO BOX 503934**
**SAN DIEGO, CA 92150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$332.18**

---

**3.177
7**

**Nonpriority creditor's name and mailing address**
**NICOLAS DROHOJOWSKI**
**ATTN: NICOLAS DROHOJOWSKI**
**115 WEST 73RD ST APR 8A**
**NEW YORK, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177
8**

**Nonpriority creditor's name and mailing address**
**NICOLE GANJANI**
**5157 STEINBECK CT**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177
9**

**Nonpriority creditor's name and mailing address**
**NICOR GAS**
**PO BOX 5407**
**CAROL STREAM, IL 60197-5407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$484.34**

---

**3.178
0**

**Nonpriority creditor's name and mailing address**
**NIKE USA, INC**
**ATTN: ALLISON BROCK**
**ONE BOWERMAN DRIVE**
**BEAVERTON, OR 97005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$46,137.90**

---

Debtor  **24 Hour Fitness USA, Inc.**                              Case number (if known)  **20-11561**
_____
Name

---

**3.178**
**1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,000.00**

**NIKOL ELAINE**
**ATTN: NIKOL ELAINE**
**621 E. 21ST ST.**
**UNIT 4**
**OAKLAND, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _          Is the claim subject to offset? ☐ No ☐ Yes

---

**3.178**
**2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$383,669.97**

**NOHO MEADOWRIDGE RETAIL IX LLC**
**ATTN: ASHLEY OLSON**
**C/O ATHENA PROPERTY MANAGEMENT**
**ATTN: ASHLEY OLSON**
**TUSTIN, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _          Is the claim subject to offset? ☐ No ☐ Yes

---

**3.178**
**3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$13,201.87**

**NOHO MEADOWRIDGE RETAIL IX LLC**
**ATTN: ASHLEY OLSON**
**C/O ATHENA PROPERTY MANAGEMENT**
**ATTN: ASHLEY OLSON**
**TUSTIN, CA 92780**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Date(s) debt was incurred _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.178**
**4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$4,531.86**

**NOHO MEADOWRIDGE RETAIL IX LLC**
**ATTN: ASHLEY OLSON**
**C/O ATHENA PROPERTY MANAGEMENT**
**ATTN: ASHLEY OLSON**
**TUSTIN, CA 92780**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Date(s) debt was incurred _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.178**
**5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**NOLY L ABLAO**
**1397 OLD JANAL RANCH RD.**
**CHULA VISTA, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Non-Qualifed Deferred Compensation Plan__

Date(s) debt was incurred _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.178**
**6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,214.00**

**NOR-CAL MOVING SERVICES**
**3129 CORPORATE PLACE**
**HAYWARD, CA 94545-3915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Date(s) debt was incurred _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 365 of 524

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.1787**

**Nonpriority creditor's name and mailing address**
NORMAN H SCHEINER
CITIBANK  (WEST) FSB
ATTN:  BANK BY MAIL PROCESSING
SAN FRANCISCO, CA 94126-6901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$124,209.57**

---

**3.1788**

**Nonpriority creditor's name and mailing address**
NORMAN H SCHEINER
CITIBANK  (WEST) FSB
ATTN:  BANK BY MAIL PROCESSING
SAN FRANCISCO, CA 94126-6901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,813.21**

---

**3.1789**

**Nonpriority creditor's name and mailing address**
NORTH COAST COUNTY WATER DISTRICT
2400 FRANCISCO BLVD
PACIFICA, CA 94044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$530.17**

---

**3.1790**

**Nonpriority creditor's name and mailing address**
NORTH COAST ELECTRIC COMPANY
ATTN: MARISA HOWARD
2450 8TH AVE SOUTH #200
SEATTLE, WA 98134-2005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$34,146.34**

---

**3.1791**

**Nonpriority creditor's name and mailing address**
NORTH COUNTY FAIR LP
ATTN: JENNIFERMULL
C/O NORTH COUNTY FAIR
PO BOX 55697
LOS ANGELES, CA 90074-5697

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$236,374.26**

---

**3.1792**

**Nonpriority creditor's name and mailing address**
NORTH COUNTY FAIR LP
C/O NORTH COUNTY FAIR
PO BOX 55697
LOS ANGELES, CA 90074-5697

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$151,487.13**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.179 3**

**Nonpriority creditor's name and mailing address**
**NORTH COUNTY FAIR LP**
**C/O NORTH COUNTY FAIR**
**PO BOX 55697**
**LOS ANGELES, CA 90074-5697**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$3,606.35**

---

**3.179 4**

**Nonpriority creditor's name and mailing address**
**NORTH HALSTEAD ASSOCIATES LLC**
**ATTN: SHELDON BEVERLY**
**C/O EVER WEST REAL STATE PARTNERS LLC**
**1099 18TH STREET**
**DENVER, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$161,688.73**

---

**3.179 5**

**Nonpriority creditor's name and mailing address**
**NORTH HALSTEAD ASSOCIATES LLC**
**ATTN: SHELDON BEVERLY**
**C/O EVER WEST REAL STATE PARTNERS LLC**
**1099 18TH STREET**
**DENVER, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$13,867.21**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**
**NORTH HALSTEAD ASSOCIATES LLC**
**ATTN: SHELDON BEVERLY**
**C/O EVER WEST REAL STATE PARTNERS LLC**
**1099 18TH STREET**
**DENVER, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Security Services__

Is the claim subject to offset? ■ No ☐ Yes

**$8,747.00**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**
**NORTH HALSTEAD ASSOCIATES LLC**
**ATTN: SHELDON BEVERLY**
**C/O EVER WEST REAL STATE PARTNERS LLC**
**1099 18TH STREET**
**DENVER, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$3,383.19**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**
**NORTH RICHLAND FITNESS LP**
**C/O TITUS PROPERTIES, LLC**
**1748 W. KATELLA AVENUE, SUITE 206**
**ORANGE, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$162,891.71**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number *(if known)* | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.1799**

**Nonpriority creditor's name and mailing address**
NORTH RICHLAND FITNESS LP
C/O TITUS PROPERTIES, LLC
1748 W. KATELLA AVENUE, SUITE 206
ORANGE, CA 92867

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

**$68,862.89**

---

**3.1800**

**Nonpriority creditor's name and mailing address**
NORTH RICHLAND HILLS UTILITY
P.O. BOX 961092
FORT WORTH, TX 76161-1092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$896.40**

---

**3.1801**

**Nonpriority creditor's name and mailing address**
NORTH RICHLAND HILLS UTILITY
P.O. BOX 961092
FORT WORTH, TX 76161-1092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$184.93**

---

**3.1802**

**Nonpriority creditor's name and mailing address**
NORTH RICHLAND HILLS UTILITY
P.O. BOX 961092
FORT WORTH, TX 76161-1092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$110.20**

---

**3.1803**

**Nonpriority creditor's name and mailing address**
NORTHEAST FITNESS SOLUTIONS INC
ATTN: MONIQUE BOYER
1370 WELSH ROAD
NORTH WALES, PA 19454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$394,756.10**

---

**3.1804**

**Nonpriority creditor's name and mailing address**
NORTHEAST FITNESS SOLUTIONS INC
ATTN: MONIQUE BOYER
1370 WELSH ROAD
NORTH WALES, PA 19454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Purchase of fixed assets

Is the claim subject to offset? ■ No ☐ Yes

**$7,996.88**

---

**3.1805**

**Nonpriority creditor's name and mailing address**
NORTHGATE MALL PARTNERSHIP
401 NE NORTHGATE WAY
SUITE 210
SEATTLE, WA 98125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$15,231.67**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**NORTHPOINT INVESTORS**
**ATTN: ALINE ESTOUTNES**
**C/O NPA LEASING OFFICE**
**2211 STOCKTON STREET**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No  ☐ Yes

**$257,000.83**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**NORTHPOINT INVESTORS**
**ATTN: ALINE ESTOUTNES**
**C/O NPA LEASING OFFICE**
**2211 STOCKTON STREET**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No  ☐ Yes

**$20,121.88**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**NORTHPOINT INVESTORS**
**ATTN: ALINE ESTOUTNES**
**C/O NPA LEASING OFFICE**
**2211 STOCKTON STREET**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,589.16**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**NORTHPOINT INVESTORS**
**ATTN: ALINE ESTOUTNES**
**C/O NPA LEASING OFFICE**
**2211 STOCKTON STREET**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,227.40**

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**NORTHWEST REFRIGERATION**
**ATTN: VAUGHN MURPHIE**
**6111 ESTHER STREET SW**
**TUMWATER, WA 98501-5221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,293.68**

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**NTCONSULT US INC**
**ATTN: DENISE KIRCHOF**
**9920 PACIFIC HEIGHTS BLVD**
**SUITE 150**
**SAN DIEGO, CA 92121-4361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$81,104.18**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.181 2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.01** |
|---|---|---|
| **NUNEZ CHELSEA** | ☐ Contingent | |
| **12254 WEST EXPOSITION DRIVE** | ☒ Unliquidated | |
| **LAKEWOOD, CO 80228** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Expense Reimbursement** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.181 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196,438.00** |
|---|---|---|
| **NUTRABOLT NUTRITIONAL LIFE SCIENCES** | ☐ Contingent | |
| **ATTN: CHRIS EVERS** | ☐ Unliquidated | |
| **715 NORTH MAIN STREET** | ☐ Disputed | |
| **BRYAN, TX 77803** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.181 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,497.90** |
|---|---|---|
| **NW NATURAL** | ☐ Contingent | |
| **P.O. BOX 8905** | ☒ Unliquidated | |
| **PORTLAND, OR 97255-0001** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.181 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,154.75** |
|---|---|---|
| **NYC WATER BOARD** | ☐ Contingent | |
| **PO BOX 11863** | ☒ Unliquidated | |
| **NEWARK, NJ 07101-8163** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.181 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340,683.40** |
|---|---|---|
| **OB FRANK PROPERTIES LLC** | ☐ Contingent | |
| **C/O HANSEN REAL ESTATE, LLC** | ☐ Unliquidated | |
| **5712 E. LK SAMMAMISH PKWY SE, #100** | ☐ Disputed | |
| **ISSAQUAH, WA 98029** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.181 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,087.64** |
|---|---|---|
| **OB FRANK PROPERTIES LLC** | ☐ Contingent | |
| **C/O HANSEN REAL ESTATE, LLC** | ☒ Unliquidated | |
| **5712 E. LK SAMMAMISH PKWY SE, #100** | ☐ Disputed | |
| **ISSAQUAH, WA 98029** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Real Property Tax** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.181 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.42** |
|---|---|---|
| **OCEAN ICE PALACE** | ☐ Contingent | |
| **197 CHAMBERS BRIDGE RD** | ☐ Unliquidated | |
| **BRICK, NJ 08723-3492** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.181 9**

**Nonpriority creditor's name and mailing address**
**OCEAN ICE PALACE**
**197 CHAMBERS BRIDGE RD**
**BRICK, NJ 08723-3492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$266.59

---

**3.182 0**

**Nonpriority creditor's name and mailing address**
**OCEAN RANCH II LLC**
**OCEAN RANCH II OFFICE**
**DEPT LA 23736**
**PASADENA, CA 91185-3736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$137,785.57

---

**3.182 1**

**Nonpriority creditor's name and mailing address**
**OCEAN RANCH II LLC**
**OCEAN RANCH II OFFICE**
**DEPT LA 23736**
**PASADENA, CA 91185-3736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$1,783.47

---

**3.182 2**

**Nonpriority creditor's name and mailing address**
**OCEAN RANCH II LLC**
**OCEAN RANCH II OFFICE**
**DEPT LA 23736**
**PASADENA, CA 91185-3736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$1,296.22

---

**3.182 3**

**Nonpriority creditor's name and mailing address**
**OCEANVIEW 1 LLC**
**ATTN: JENNIFER ASKELAND**
**252 CLAYTON STREET**
**DENVER, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$247,202.25

---

**3.182 4**

**Nonpriority creditor's name and mailing address**
**OCEANVIEW 1 LLC**
**ATTN: JENNIFER ASKELAND**
**252 CLAYTON STREET**
**DENVER, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$21,183.85

---

**3.182 5**

**Nonpriority creditor's name and mailing address**
**OCEANVIEW 1 LLC**
**ATTN: JENNIFER ASKELAND**
**252 CLAYTON STREET**
**DENVER, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$3,868.47

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.182 6**

**Nonpriority creditor's name and mailing address**
**OCEANVIEW 1 LLC**
**ATTN: JENNIFER ASKELAND**
**252 CLAYTON STREET**
**DENVER, CO 80206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,808.72**

---

**3.182 7**

**Nonpriority creditor's name and mailing address**
**OCHOYUNO INVESTMENT COMPANY**
**C/O DUCKETT-WILSON DEVELOPEMENT**
**11150 SANTA MONICA BLVD., STE. 760**
**LOS ANGELES, CA 90025-3392**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$216,059.50**

---

**3.182 8**

**Nonpriority creditor's name and mailing address**
**OCHOYUNO INVESTMENT COMPANY**
**C/O DUCKETT-WILSON DEVELOPEMENT**
**11150 SANTA MONICA BLVD., STE. 760**
**LOS ANGELES, CA 90025-3392**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,421.93**

---

**3.182 9**

**Nonpriority creditor's name and mailing address**
**OCTANE FITNESS**
**ATTN: DAVE ZACHRY**
**P.O. BOX 101830**
**PASADENA, CA 91189-1830**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$76,890.32**

---

**3.183 0**

**Nonpriority creditor's name and mailing address**
**ODONALD CRAIG**
**5382 FELICIA ST**
**CAMARILLO, CA 93012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$400.62**

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
**OFFICE OF MANAGEMENT & FINANCE - REV**
**111 SW COLUMBIA STREET, # 600**
**PORTLAND, OR 97201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Portland/Multnomah City and County Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.183 2**

**Nonpriority creditor's name and mailing address**
**OFFICETEAM**
**P.O. BOX 743295**
**LOS ANGELES, CA 90074-3295**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,661.78**

---

Debtor **24 Hour Fitness USA, Inc.**
Name

Case number (if known) **20-11561**

| 3.183 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,195.48 |

**OGLETREE DEAKINS NASH SMOAK & STEWART**
P.O. BOX 89
COLUMBIA, SC 29202

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal Fees__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,636.26 |

**OGORGEOUS INC**
ATTN: CHARLIE HO
3125 OSGOOD CT
FREMONT, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,601.60 |

**OLIVE DRIVE PARTNERS**
3939 BERNARD ST.,SUITE 1
BAKERSFIELD, CA 93306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,407.43 |

**OLIVE DRIVE PARTNERS**
3939 BERNARD ST.,SUITE 1
BAKERSFIELD, CA 93306

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,806.26 |

**OLIVE DRIVE PARTNERS**
3939 BERNARD ST.,SUITE 1
BAKERSFIELD, CA 93306

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,262.72 |

**ONE BRANDS LLC**
ATTN: TINA TAYLOR
P.O. BOX 744687
ATLANTA, GA 30384-4687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.183 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,474.45 |

**ONE RING NETWORKS INC**
P.O. BOX 1360
ATHENS, TX 75751

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**
_____
Name

Case number (*if known*)    **20-11561**

---

| 3.184 0 | **Nonpriority creditor's name and mailing address**<br>**ONSITE GENERAL ENGINEERING INC**<br>**ATTN: ALLIE MCEWEN**<br>**699 ENTERPRISE COURT**<br>**LIVERMORE, CA 94550** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,881.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | **Nonpriority creditor's name and mailing address**<br>**ONTARIO RETAIL PARTNERS**<br>**227 20TH ST #100**<br>**NEWPORT BEACH, CA 92663** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$368,045.85** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | **Nonpriority creditor's name and mailing address**<br>**ONTARIO RETAIL PARTNERS**<br>**227 20TH ST #100**<br>**NEWPORT BEACH, CA 92663** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$63,516.17** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address**<br>**ONTARIO TEACHERS PENSION PLAN**<br>**5650 YONGE STREET**<br>**TORONTO, ON M2M 4H5 CANADA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$4,500.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | **Nonpriority creditor's name and mailing address**<br>**ONTARIO TEACHERS PENSION PLAN**<br>**5650 YONGE STREET**<br>**TORONTO, ON M2M 4H5 CANADA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,227.43** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | **Nonpriority creditor's name and mailing address**<br>**OPPEDISANO,GERALD R**<br>**29 N 2ND STREET**<br>**CORTLANDT MANOR, NY 10567** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,500.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address**<br>**OPTIMUM NUTRITION INC**<br>**ATTN: YUKI PHIPPS**<br>**BUSINESS SERVICES INC DEPT 3331**<br>**CAROL STREAM, IL 60132-3331** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$436,970.18** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.1847**

**Nonpriority creditor's name and mailing address**
**ORACLE AMERICA INC**
**ATTN: JEFFREY BROWN**
**500 ORACLE PARKWAY**
**REDWOOD SHORES, CA 94065**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$526,114.96**

---

**3.1848**

**Nonpriority creditor's name and mailing address**
**ORACLE AMERICA INC**
**ATTN: JEFFREY BROWN**
**500 ORACLE PARKWAY**
**REDWOOD SHORES, CA 94065**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$58,442.72**

---

**3.1849**

**Nonpriority creditor's name and mailing address**
**ORANGE & ROCKLAND**
**390 WEST ROUTE 59**
**SPRING VALLEY, NY 10977-5300**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,464.42**

---

**3.1850**

**Nonpriority creditor's name and mailing address**
**ORANGE CENTER TOWER OWNER LLC**
**ATTN: RACHEL WALTON**
**C/O LPC WEST INC**
**500 N STATE COLLEGE BLVD**
**ORANGE, CA 92868**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$281,308.09**

---

**3.1851**

**Nonpriority creditor's name and mailing address**
**ORANGE CENTER TOWER OWNER LLC**
**C/O LPC WEST INC**
**500 N STATE COLLEGE BLVD**
**ORANGE, CA 92868**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$8,679.88**

---

**3.1852**

**Nonpriority creditor's name and mailing address**
**ORANGE COUNTY TAX COLLECTOR**
**312 SOUTHWEST 76 TERRACE**
**NORTH LAUDERDALE, FL 33068**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$185,080.75**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.185 3**

**Nonpriority creditor's name and mailing address**
**ORANGE COUNTY TAX COLLECTOR**
**312 SOUTHWEST 76 TERRACE**
**NORTH LAUDERDALE, FL 33068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$45,075.48**

---

**3.185 4**

**Nonpriority creditor's name and mailing address**
**ORANGE COUNTY TAX COLLECTOR**
**PO BOX 545100**
**ORLANDO, FL 32854-5100**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Personal Property Tax

Is the claim subject to offset? ☒ No ☐ Yes

**$44,666.00**

---

**3.185 5**

**Nonpriority creditor's name and mailing address**
**ORANGE COUNTY, HEALTH CARE AGENCY**
**1241 EAST DYER ROAD, SUITE 120**
**SANTA ANA, CA 92705-5611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$646.75**

---

**3.185 6**

**Nonpriority creditor's name and mailing address**
**ORANGE COUNTY, HEALTH CARE AGENCY**
**1241 EAST DYER ROAD, SUITE 120**
**SANTA ANA, CA 92705-5611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$133.00**

---

**3.185 7**

**Nonpriority creditor's name and mailing address**
**OREGON DEPT. OF REVENUE**
**P.O. BOX 14790**
**SALEM, OR 97309-0470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  State of Oregon Income Tax

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.185 8**

**Nonpriority creditor's name and mailing address**
**OREGON METRO LLC**
**ATTN: BILL TOMPKINS**
**227 20TH STREET**
**SUITE 100**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☒ No ☐ Yes

**$548,659.26**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

**3.185 9**

**Nonpriority creditor's name and mailing address**
**OREGON METRO LLC**
**ATTN: BILL TOMPKINS**
**227 20TH STREET**
**SUITE 100**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$118,081.55**

---

**3.186 0**

**Nonpriority creditor's name and mailing address**
**ORINA ALEX**
**8538 THUNDERBIRD DR.**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.186 1**

**Nonpriority creditor's name and mailing address**
**ORLANDO UTILITIES COMMISSION**
**44 WEST JEFFERSON ST**
**ORLANDO, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,526.08**

---

**3.186 2**

**Nonpriority creditor's name and mailing address**
**ORLANDO WASTE PAPER CO IN**
**PO BOX 547874**
**ORLANDO, FL 32854-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$876.64**

---

**3.186 3**

**Nonpriority creditor's name and mailing address**
**ORLANDO WASTE PAPER CO IN**
**PO BOX 547874**
**ORLANDO, FL 32854-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$102.53**

---

**3.186 4**

**Nonpriority creditor's name and mailing address**
**ORRIS FAMILY LLC**
**ATTN: JASON ORRIS**
**6295 GREENWOOD PLAZA BLVD**
**SUITE 120**
**GREENWOOD VILLAGE, CO 80111-4979**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$267,861.70**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.186 5**

**Nonpriority creditor's name and mailing address**
**ORRIS FAMILY LLC**
**6295 GREENWOOD PLAZA BLVD**
**SUITE 120**
**GREENWOOD VILLAGE, CO 80111-4979**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$23,840.08**

---

**3.186 6**

**Nonpriority creditor's name and mailing address**
**OSCEOLA COUNTY TAX COLLECTOR**
**PO BOX 422105**
**KISSIMMEE, FL 34742**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$8,106.00**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**
**OTAY WATER DISTRICT**
**2554 SWEETWATER SPRINGS BLVD.**
**SPRING VALLEY, CA 91977-7299**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,194.87**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**
**OTIS ELEVATOR COMPANY**
**PO BOX 13898**
**NEWARK, NJ 07188-0898**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**
**OTR - ANAHEIM HILLS FESTIVAL**
**ATTN: KIM WAIPA**
**P.O. BOX 633276**
**CINCINNATI, OH 45263-3276**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$227,438.19**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**
**OTR - ANAHEIM HILLS FESTIVAL**
**ATTN: KIM WAIPA**
**P.O. BOX 633276**
**CINCINNATI, OH 45263-3276**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,419.44**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.187 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$296,045.10** |
|---|---|---|---|

**OUTERSTUFF LTD**
**ATTN: CARMELA M**
**WELLS FARGO BANK # 168803**
**PO BOX 403058**
**ATLANTA, GA 30384-3058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Related__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,376.00** |
|---|---|---|---|

**OXFORD PLUMBING LLC**
**ATTN: FRANCO BERLINGERIO**
**171 DWIGHT STREET**
**BROOKLYN, NY 11231**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Repairs & Maintenance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,119.05** |
|---|---|---|---|

**OXFORD PLUMBING LLC**
**ATTN: FRANCO BERLINGERIO**
**171 DWIGHT STREET**
**BROOKLYN, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Related__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,165.00** |
|---|---|---|---|

**OXFORD PLUMBING LLC**
**ATTN: FRANCO BERLINGERIO**
**171 DWIGHT STREET**
**BROOKLYN, NY 11231**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Purchase of fixed assets__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,595.74** |
|---|---|---|---|

**OXFORD SPECTRUM WILSON LLC**
**ATTN: KARLA FOX**
**ATTN LEANN LUU**
**18012 SKY PARK CIRCLE**
**IRVINE, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Trade Related__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,724.64** |
|---|---|---|---|

**OXFORD SPECTRUM WILSON LLC**
**ATTN: KARLA FOX**
**ATTN LEANN LUU**
**18012 SKY PARK CIRCLE**
**IRVINE, CA 92614**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Utilities__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.187 7**

**Nonpriority creditor's name and mailing address**
**OXFORD SPECTRUM WILSON LLC**
**ATTN: KARLA FOX**
**ATTN LEANN LUU**
**18012 SKY PARK CIRCLE**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$232.26**

---

**3.187 8**

**Nonpriority creditor's name and mailing address**
**P.U.D. NO. 1 OF SNOHOMISH COUNTY**
**P.O. BOX 1100**
**EVERETT, WA 98206-1100**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,940.04**

---

**3.187 9**

**Nonpriority creditor's name and mailing address**
**PAC TRUST - UNIT 72**
**1480 9TH AVENUE**
**SAN FRANCISCO, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$71,537.55**

---

**3.188 0**

**Nonpriority creditor's name and mailing address**
**PAC TRUST - UNIT 72**
**UNIT 98**
**P.O. BOX 4500**
**PORTLAND, OR 97208-4500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$814.88**

---

**3.188 1**

**Nonpriority creditor's name and mailing address**
**PACIFIC GAS & ELECTRIC**
**885 EMBARCADERO DR**
**WEST SACRAMENTO, CA 95605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$95,095.32**

---

**3.188 2**

**Nonpriority creditor's name and mailing address**
**PACIFIC GAS & ELECTRIC**
**885 EMBARCADERO DR**
**WEST SACRAMENTO, CA 95605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$9,523.69**

---

**3.188 3**

**Nonpriority creditor's name and mailing address**
**PACIFIC GAS & ELECTRIC**
**885 EMBARCADERO DR**
**WEST SACRAMENTO, CA 95605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$8,068.99**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.188.4**

**Nonpriority creditor's name and mailing address**

**PACIFIC POWER**
**1033 NE 6TH AVE**
**PORTLAND, OR 97256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,988.17**

---

**3.188.5**

**Nonpriority creditor's name and mailing address**

**PACIFIC POWER**
**1033 NE 6TH AVE**
**PORTLAND, OR 97256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,585.92**

---

**3.188.6**

**Nonpriority creditor's name and mailing address**

**PACIFIC SOLANA BEACH HOLDINGS LLC**
**11455 EL CAMINO REAL, STE. 200**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$59,094.19**

---

**3.188.7**

**Nonpriority creditor's name and mailing address**

**PACIFIC SOLANA BEACH HOLDINGS LLC**
**11455 EL CAMINO REAL, STE. 200**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$17,949.31**

---

**3.188.8**

**Nonpriority creditor's name and mailing address**

**PACWAL LLC**
**ATTN: GABRIELLE BOUTON**
**12100 WILSHIRE BOULEVARD**
**1025**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$388,514.97**

---

**3.188.9**

**Nonpriority creditor's name and mailing address**

**PACWAL LLC**
**ATTN: GABRIELLE BOUTON**
**12100 WILSHIRE BOULEVARD**
**1025**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$47,019.92**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.189 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,502.01** |
|---|---|---|---|

**PADRE DAM MUNICIPAL
WATER DISTRICT
P.O. BOX 719003
SANTEE, CA 92072-9003**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |
|---|---|---|---|

**PALM BEACH COUNTY HEALTH
DEPARTMENT
800 CLEMATIS ST
WEST PALM BEACH, FL 33401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00** |
|---|---|---|---|

**PALM BEACH COUNTY TAX COLLECTOR
PO BOX 3353
WEST PALM BEACH, FL 33402-3353**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Personal Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.28** |
|---|---|---|---|

**PALM BEACH COUNTY WATER UTILITIES
DEPT
9045 JOG RD
WEST PALM BEACH, FL 33416-4740**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$673,229.24** |
|---|---|---|---|

**PALOMAR FITNESS PARTNER LP
ATTN: JANET TANASUGARN
11601 WILSHIRE BLVD.
SUITE 2110
LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**PALOMAR FITNESS PARTNER LP
C/O TIARNA REAL ESTATE SERVICES INC
2603 MAIN STREET
IRVINE, CA 92614**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Rent accrual**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **24 Hour Fitness USA, Inc.**                                   Case number *(if known)*   **20-11561**
_____
Name

| | |
|---|---|
| **3.189 6** | **$7,816.88** |

**Nonpriority creditor's name and mailing address**
**PALOMAR FITNESS PARTNER LP**
**C/O TIARNA REAL ESTATE SERVICES INC**
**2603 MAIN STREET**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.189 7** | **$5,472.60** |

**Nonpriority creditor's name and mailing address**
**PALOMAR FITNESS PARTNER LP**
**C/O TIARNA REAL ESTATE SERVICES INC**
**2603 MAIN STREET**
**IRVINE, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.189 8** | **$103,015.61** |

**Nonpriority creditor's name and mailing address**
**PANORAMA CAPITAL LP**
**C/O SAFECO CAPITAL CORP.**
**1850 SEPULVEDA BLVD., #200**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.189 9** | **$575.00** |

**Nonpriority creditor's name and mailing address**
**PANZARELLA WASTE**
**4581 WESTON RD # 314,**
**WESTON, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.190 0** | **$51.94** |

**Nonpriority creditor's name and mailing address**
**PANZARELLA WASTE**
**4581 WESTON RD**
**# 314**
**WESTON, FL 33331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.190 1** | **$3,476.25** |

**Nonpriority creditor's name and mailing address**
**PARADISE PARKING SYSTEMS LLC**
**ATTN: ANDREW FALSETTO**
**1717 N. BAYSHORE DRIVE**
**STE 250**
**MIAMI, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.190
2**

**Nonpriority creditor's name and mailing address**

**PARK SQUARE UCF LLC**
**ATTN: ROBERT MICK**
**5200 VINELAND ROAD**
**SUITE 200**
**ORLANDO, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$35,273.33**

---

**3.190
3**

**Nonpriority creditor's name and mailing address**

**PARK SQUARE UCF LLC**
**ATTN: ROBERT MICK**
**5200 VINELAND ROAD**
**SUITE 200**
**ORLANDO, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$24,926.47**

---

**3.190
4**

**Nonpriority creditor's name and mailing address**

**PARK SQUARE UCF LLC**
**ATTN: ROBERT MICK**
**5200 VINELAND ROAD**
**SUITE 200**
**ORLANDO, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$11,254.86**

---

**3.190
5**

**Nonpriority creditor's name and mailing address**

**PARK SQUARE UCF, LLC**
**5200 VINELAND ROAD**
**SUITE 200**
**ORLANDO, FL 32811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent accrual__

Is the claim subject to offset? ■ No ☐ Yes

**$15,317.20**

---

**3.190
6**

**Nonpriority creditor's name and mailing address**

**PARKER CENTRAL PLAZA LTD**
**ATTN: SUSAN BRADLEY**
**2001 PRESTON ROAD**
**PLANO, TX 75093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$117,673.79**

---

**3.190
7**

**Nonpriority creditor's name and mailing address**

**PARKER CENTRAL PLAZA LTD**
**ATTN: SUSAN BRADLEY**
**2001 PRESTON ROAD**
**PLANO, TX 75093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$48,988.86**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**PARKER JEREMY**
**108 DIGGINS DR**
**FOLSOM, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$26.90

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

**PARKING CONCEPTS, INC.**
**ATTN: JANNETTE SOTELO**
**1400 IVAR AVE**
**HOLLYWOOD, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$80,609.67

---

**3.191 0**

**Nonpriority creditor's name and mailing address**

**PARKING NETWORK INC**
**ATTN: EVA ORTIZ**
**330 N BRAND BLVD**
**SUITE 450**
**GLENDALE, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Parking**

Is the claim subject to offset? ■ No ☐ Yes

$7,713.00

---

**3.191 1**

**Nonpriority creditor's name and mailing address**

**PARKING NETWORK INC**
**ATTN: EVA ORTIZ**
**330 N BRAND BLVD**
**SUITE 450**
**GLENDALE, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$4,275.00

---

**3.191 2**

**Nonpriority creditor's name and mailing address**

**PARKS GLENN**
**28375 HWY 1**
**TOMALES, CA 94971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$164.45

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

**PARKWAY CENTER LLC**
**100 N. CITY PARKWAY**
**SUITE 140**
**LAS VEGAS, NV 89106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$114,056.55

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.191 4**

**Nonpriority creditor's name and mailing address**
**PARKWAY CENTER LLC**
**100 N. CITY PARKWAY**
**SUITE 140**
**LAS VEGAS, NV 89106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Parking**

Is the claim subject to offset? ■ No ☐ Yes

**$57,875.00**

---

**3.191 5**

**Nonpriority creditor's name and mailing address**
**PARKWAY CENTER LLC**
**100 N. CITY PARKWAY**
**SUITE 140**
**LAS VEGAS, NV 89106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,182.90**

---

**3.191 6**

**Nonpriority creditor's name and mailing address**
**PAROLE HOLDING LLC**
**C/O ANNAPOLIS TOWNE CENTRE AT**
**PAROLE LLC**
**10096 RED RUN BROADWAY SUITE 100**
**OWINGS MILLS, MD 21117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$32,381.35**

---

**3.191 7**

**Nonpriority creditor's name and mailing address**
**PATEL NEEL**
**2685 JOHN F KENNEDY BLVD**
**APT 2E**
**JERSEY CITY, NJ 07306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$281.89**

---

**3.191 8**

**Nonpriority creditor's name and mailing address**
**PATROL SPECIAL POLICE INC**
**ATTN: CODY CLEMENTS**
**584 CASTRO # 606**
**SAN FRANCISCO, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,233.33**

---

**3.191 9**

**Nonpriority creditor's name and mailing address**
**PATTON,KRISTEN**
**85 S AMHERST ST**
**CASTLE ROCK, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.192 0**

**Nonpriority creditor's name and mailing address**
**PAVECON, LTD.**
**ATTN: ROBERT HARRIS**
**P.O. BOX 535457**
**GRAND PRAIRIE, TX 75053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade Related___

Is the claim subject to offset? ■ No ☐ Yes

**$5,297.82**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**
**PAVILLION WEST LTD**
**1221 WEST CAMPBELL ROAD**
**SUITE 221**
**RICHARDSON, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade Related___

Is the claim subject to offset? ■ No ☐ Yes

**$162,738.20**

---

**3.192 2**

**Nonpriority creditor's name and mailing address**
**PAVILLION WEST LTD**
**1221 WEST CAMPBELL ROAD**
**SUITE 221**
**RICHARDSON, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** ___Real Property Tax___

Is the claim subject to offset? ☐ No ☐ Yes

**$33,899.95**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**
**PAYSCALE INC**
**ATTN: CAROL SPENCER**
**75 REMITTANCE DR.**
**DEPT 1343**
**CHICAGO, IL 60675-1343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade Related___

Is the claim subject to offset? ■ No ☐ Yes

**$8,574.93**

---

**3.192 4**

**Nonpriority creditor's name and mailing address**
**PCM SALES INC**
**ATTN: HILLARIE RUBIN**
**4995 MURPHY CANYON RD., STE. 300**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade Related___

Is the claim subject to offset? ■ No ☐ Yes

**$1,124,519.39**

---

**3.192 5**

**Nonpriority creditor's name and mailing address**
**PCM SALES INC**
**ATTN: HILLARIE RUBIN**
**4995 MURPHY CANYON RD., STE. 300**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** ___Repairs & Maintenance___

Is the claim subject to offset? ■ No ☐ Yes

**$6,615.89**

---

Debtor   **24 Hour Fitness USA, Inc.**
Name

Case number (*if known*)   **20-11561**

---

| 3.192 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,264.92 |
|---|---|---|---|

**PCM SALES INC**
**FILE 55327**
**LOS ANGELES, CA 90074-5327**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331,608.36 |
|---|---|---|---|

**PCW PROPERTIES LLC**
**P.O. BOX 511487**
**LOS ANGELES, CA 90051-8042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,016.09 |
|---|---|---|---|

**PCW PROPERTIES LLC**
**P.O. BOX 511487**
**LOS ANGELES, CA 90051-8042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,040.33 |
|---|---|---|---|

**PDO VENTURE LLC**
**2122 SHADE CREST DRIVE**
**RICHMOND, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208,941.86 |
|---|---|---|---|

**PEAK HOLDINGS LLC**
**8383 WILSHIRE BLVD., STE. 724**
**BEVERLY HILLS, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,263.09 |
|---|---|---|---|

**PEARL CITY GLASS SHOP, INC.**
**ATTN: DEAN**
**659 KAMEHAMEHA HIGHWAY**
**PEARL CITY, HI 96782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,869.31 |
|---|---|---|---|

**PEARL CITY GLASS SHOP, INC.**
**ATTN: DEAN**
**659 KAMEHAMEHA HIGHWAY**
**PEARL CITY, HI 96782**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.193 3**

**Nonpriority creditor's name and mailing address**
**PEMBROKE MIAMI FITNESS LTD**
**1748 W. KATELLA AVE., STE.206**
**ORANGE, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$79,458.88**

---

**3.193 4**

**Nonpriority creditor's name and mailing address**
**PENNER MEDIA INC**
**ATTN: LAURA ELLE PENNER**
**3483 NW DENALI LANE**
**BEND, OR 97703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**
**PENNSYLVANIA DEPARTMENT OF TREASURY**
**129 FINANCE BUILDING**
**HARRISBURG, PA 17120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,344.80**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**
**PEPCO**
**PO BOX 13608**
**PHILADELPHIA, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$703.79**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**
**PEPSI BEVERAGES COMPANY**
**ATTN: GREG COPELAND**
**75 REMITTANCE DRIVE**
**SUITE 1884**
**CHICAGO, IL 60675-1884**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$395,277.79**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**
**PEREION SOLUTIONS LLC**
**ATTN: STEVEN PERRY**
**40 BEAVER ROAD**
**READING, MA 01867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**PEREION SOLUTIONS LLC**
**ATTN: STEVEN PERRY**
**40 BEAVER ROAD**
**READING, MA 01867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**PEREZ,JANELL L**
**2108 GRAND AVE.**
**EVERETT, WA 98201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**PERFECTSHAKER INC**
**ATTN: TRACY DESJARLAIS**
**2-505 IROQUOIS SHORE ROAD**
**OAKVILLE, ON L6H 2R3 CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$920.16**

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**PERFORMIX LLC**
**ATTN: DIANNA GALLEGOS**
**2255 SHERIDAN BLVD**
**UNIT C-#108**
**EDGEWATER, CO 80214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$9,034.30**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

**PERFORMIX LLC**
**2255 SHERIDAN BLVD**
**UNIT C-#108**
**EDGEWATER, CO 80214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retail Inventory products**

Is the claim subject to offset? ☐ No ■ Yes

**$2,058.06**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**PERKINS GLASS & MIRROR CO, INC**
**ATTN: L PHILIP PERKINS**
**1420 BROADWAY**
**SEATTLE, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$677.12**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**PERKVILLE INC**
**ATTN: ELIZABETH NUSON**
**344 THOMAS L. BERKLEY WAY**
**C/O PORT**
**OAKLAND, CA 94612-3577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$42,735.00**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**PERRY GAIL**
**3822 CORNELL DR**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$880.00**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**PERVINE FOODS LLC**
**ATTN: MATT CRUNY**
**3900 VETERANS MEMORIAL HWY**
**SUITE 371**
**BOHEMIA, NY 11716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$75,270.60**

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**PETALUMA REFUSE AND RECYCLING INC**
**PO BOX 1300**
**SUISUN, CA 94585**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,181.16**

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

**PHILYAW ROBERT**
**92-1524 ALIINUI DR #1**
**KAPOLEI, HI 96707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$96.31**

---

**3.195 0**

**Nonpriority creditor's name and mailing address**

**PICKETT SCOTT**
**7813 COSTIGAN AVE**
**FORT COLLINS, CO 80525-4252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.195 1**

**Nonpriority creditor's name and mailing address**
**PIERCE COUNTY**
**P.O. BOX 11620**
**TACOMA, WA 98411-6620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$451.94**

---

**3.195 2**

**Nonpriority creditor's name and mailing address**
**PIERCE COUNTY  BUDGET & FINANCE**
**P.O. BOX 11621**
**TACOMA, WA 98411-6621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$20,431.59**

---

**3.195 3**

**Nonpriority creditor's name and mailing address**
**PIERCE COUNTY  BUDGET & FINANCE**
**P.O. BOX 11621**
**TACOMA, WA 98411-6621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$15,134.00**

---

**3.195 4**

**Nonpriority creditor's name and mailing address**
**PIERCE COUNTY REFUSE A WASTE**
**CONNECTIONS**
**4111 192ND ST EAST**
**TACOMA, WA 98446-2745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,335.09**

---

**3.195 5**

**Nonpriority creditor's name and mailing address**
**PINE CASTLE NV**
**ATTN: SARAH DIAZ**
**72 BEVERLY PARK**
**BEVERLY HILLS, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$345,333.33**

---

**3.195 6**

**Nonpriority creditor's name and mailing address**
**PINE CASTLE NV**
**ATTN: SARAH DIAZ**
**72 BEVERLY PARK**
**BEVERLY HILLS, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$81,155.99**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**
**PINECREST DIAMOND LLC**
**ATTN : DAVID CHANG**
**1440 N. HARBOR BLVD**
**FULLERTON, CA 92835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$301,001.97**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

**PINECREST DIAMOND LLC**
**ATTN : DAVID CHANG**
**1440 N. HARBOR BLVD**
**FULLERTON, CA 92835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$7,354.11**

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

**PIRANHA INDUSTRIES**
**ATTN: GAIL SPENCER**
**2801 YOUNGFIELD ST**
**SUITE 260**
**GOLDEN, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$833,395.59**

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

**PIRANHA INDUSTRIES**
**ATTN: GAIL SPENCER**
**2801 YOUNGFIELD ST**
**SUITE 260**
**GOLDEN, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$27,280.95**

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

**PIRANHA INDUSTRIES**
**ATTN: GAIL SPENCER**
**2801 YOUNGFIELD ST**
**SUITE 260**
**GOLDEN, CO 80401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$162.97**

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**PITNEY BOWES SOFTWARE INC**
**PO BOX 911304**
**DALLAS, TX 75391-1304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$31,721.31**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

**PK I BELAIR VILLAGE II LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$114,735.81**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.196
4**

**Nonpriority creditor's name and mailing address**
**PK I BELAIR VILLAGE II LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$23,670.40**

---

**3.196
5**

**Nonpriority creditor's name and mailing address**
**PKII BROOKVALE SC LP**
**ATTN: SHARON DAVIS**
**333 NEW HYDE PARK ROAD**
**SUITE 100**
**NEW HYDE PARK, NY 11042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$134,151.97**

---

**3.196
6**

**Nonpriority creditor's name and mailing address**
**PKII BROOKVALE SC LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$877.89**

---

**3.196
7**

**Nonpriority creditor's name and mailing address**
**PLACER COUNTY TAX COLLECTOR**
**FINANCE ADMINISTRATION BLDG**
**2976 RICHARDSON DRIVE, 2ND FLOOR**
**AUBURN, CA 95603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$42,112.21**

---

**3.196
8**

**Nonpriority creditor's name and mailing address**
**PLATFORM CEDAR MT LLC**
**ATTN: KYLE SINER**
**4220 SHAWNEE MISSION PARKWAY**
**SUITE 200-B**
**FAIRWAY, KS 66205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$124,515.14**

---

**3.196
9**

**Nonpriority creditor's name and mailing address**
**PLATFORM CEDAR MT LLC**
**ATTN: KYLE SINER**
**4220 SHAWNEE MISSION PARKWAY**
**SUITE 200-B**
**FAIRWAY, KS 66205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$76,806.23**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.197 0**

**Nonpriority creditor's name and mailing address**
**PLATFORM MANSFIELD MT LLC**
**ATTN: BRUCE PARRISH**
**4220 SHAWNEE MISSION PARKWAY**
**SUITE 200 B**
**FAIRWAY, KS 66205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$225,624.42

---

**3.197 1**

**Nonpriority creditor's name and mailing address**
**PLATFORM MANSFIELD MT LLC**
**ATTN: BRUCE PARRISH**
**4220 SHAWNEE MISSION PARKWAY**
**SUITE 200 B**
**FAIRWAY, KS 66205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$12,341.50

---

**3.197 2**

**Nonpriority creditor's name and mailing address**
**PLAZA EDINGER LLC**
**ATTN: AARON KIN**
**336 N ALTA VISTA BLVD**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$185,000.00

---

**3.197 3**

**Nonpriority creditor's name and mailing address**
**PLAZA EDINGER LLC**
**336 N ALTA VISTA BLVD**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$171,964.55

---

**3.197 4**

**Nonpriority creditor's name and mailing address**
**PLEASANTON GARBAGE SERVICE**
**PO BOX 399**
**PLEASANTON, CA 94566-0399**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$17,826.24

---

**3.197 5**

**Nonpriority creditor's name and mailing address**
**PLEASANTON GARBAGE SERVICE**
**PO BOX 399**
**PLEASANTON, CA 94566-0399**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$651.31

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

| 3.197 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **PMC FITNESS SOLUTIONS LLC** | ☐ Contingent | |
| | **ATTN: PETER MCCALL** | ☐ Unliquidated | |
| | **3475 CALLE CANCUNA** | ☐ Disputed | |
| | **CARLSBAD, CA 92009** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Related** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,190.58** |
|---|---|---|---|
| | **POOLS N MORE FACTORY OUTLET** | ☐ Contingent | |
| | **ATTN: SCOTT CIELO** | ☐ Unliquidated | |
| | **4408 PETERS RD** | ☐ Disputed | |
| | **PLANTATION, FL 33317** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Related** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,595.00** |
|---|---|---|---|
| | **POOLS N MORE FACTORY OUTLET** | ☐ Contingent | |
| | **ATTN: SCOTT CIELO** | ■ Unliquidated | |
| | **4408 PETERS RD** | ☐ Disputed | |
| | **PLANTATION, FL 33317** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Purchase of fixed assets** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
|---|---|---|---|
| | **POOLS N MORE FACTORY OUTLET** | ☐ Contingent | |
| | **ATTN: SCOTT CIELO** | ■ Unliquidated | |
| | **4408 PETERS RD** | ☐ Disputed | |
| | **PLANTATION, FL 33317** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Repairs & Maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|
| | **POPPULO INC** | ☐ Contingent | |
| | **ATTN: MATT LANGLOIS** | ☐ Unliquidated | |
| | **RESERVOIR PLACE** | ☐ Disputed | |
| | **1601 TRAPELO ROAD** | | |
| | **WALTHAM, MA 02451** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Related** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337,833.06** |
|---|---|---|---|
| | **POR LP** | ☐ Contingent | |
| | **5177 RICHMOND AVE.** | ☐ Unliquidated | |
| | **SUITE 610** | ☐ Disputed | |
| | **HOUSTON, TX 77056** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Related** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **24 Hour Fitness USA, Inc.**                                   Case number (if known)   **20-11561**
_____
Name

---

| 3.198 2 | **Nonpriority creditor's name and mailing address**<br>**POR LP**<br>**5177 RICHMOND AVE.**<br>**SUITE 610**<br>**HOUSTON, TX 77056** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$7,465.30** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | **Nonpriority creditor's name and mailing address**<br>**PORTLAND GENERAL ELECTRIC**<br>**PO. BOX 4438**<br>**PORTLAND, OR 97208** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$10,528.81** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address**<br>**POST ROAD PLAZA LEASEHOLD LLC**<br>**ATTN: JOHN VESSIE**<br>**P.O. BOX 326**<br>**PLAINFIELD, NJ 07061-0326** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$267,571.74** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | **Nonpriority creditor's name and mailing address**<br>**POST ROAD PLAZA LEASEHOLD LLC**<br>**P.O. BOX 326**<br>**PLAINFIELD, NJ 07061-0326** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$95,224.93** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 6 | **Nonpriority creditor's name and mailing address**<br>**POST ROAD PLAZA LEASEHOLD LLC**<br>**P.O. BOX 326**<br>**PLAINFIELD, NJ 07061-0326** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,683.99** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | **Nonpriority creditor's name and mailing address**<br>**PR II MCC SOUTH COAST PROPERTY**<br>**OWNER LLC**<br>**ATTN: SANDRA BAKER**<br>**P.O. BOX 51731**<br>**LOS ANGELES, CA 90051-0060** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$309,549.58** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.198 8**

**Nonpriority creditor's name and mailing address**
PR II MCC SOUTH COAST PROPERTY
OWNER LLC
ATTN: SANDRA BAKER
P.O. BOX 51731
LOS ANGELES, CA 90051-0060

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$17,040.22**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**
PRECOR INC.
ATTN: JANINE
20031 142ND AVE. NE
WOODINVILLE, WA 98072-4002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,084,902.90**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**
PRECOR INC.
ATTN: JANINE
20031 142ND AVE. NE
WOODINVILLE, WA 98072-4002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**
PREFERRED PLUMBING AND DRAIN
48890 MILMONT DR
STE 105D
FREMONT, CA 94538-7362

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$4,620.58**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**
PRESTON PARK SOUTH POA
4975 PRESTON PARK BLVD STE #15
PLANO, TX 75093

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,872.12**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**
PRICEMANAGER
300 FRANK W. BURR BLVD
SUITE 40
TEANECK, NJ 07666

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,785.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.199
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,237.50 |
|---|---|---|
| **PRIDE DISPOSAL COMPANY**<br>**ATTN: CUSTOMER SERVICE**<br>**PO BOX 820**<br>**SHERWOOD, OR 97140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377,621.46 |
|---|---|---|
| **PRIME FRIT MISSION HILLS LLC**<br>**ATTN: MICHELLE BECKWITH**<br>**1626 EAST JEFFERSON STREET**<br>**ROCKVILLE, MD 20852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,033.99 |
|---|---|---|
| **PRIME FRIT MISSION HILLS LLC**<br>**ATTN: MICHELLE BECKWITH**<br>**1626 EAST JEFFERSON STREET**<br>**ROCKVILLE, MD 20852** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Real Property Tax__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221,040.28 |
|---|---|---|
| **PRINCE DEL REY PARTNERS**<br>**ATTN:  JERRY PRINCE**<br>**3450 BONITA ROAD, STE. 110**<br>**CHULA VISTA, CA 91910-3249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Trade Related__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,492.11 |
|---|---|---|
| **PRINCE DEL REY PARTNERS**<br>**ATTN:  JERRY PRINCE**<br>**3450 BONITA ROAD, STE. 110**<br>**CHULA VISTA, CA 91910-3249** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Real Property Tax__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,112.00 |
|---|---|---|
| **PRINCE GEORGES COUNTY**<br>**DEPT. OF PERMITTING AND HEALTH DEPT**<br>**9400 PEPPERCORN PLACE**<br>**LARGO, MD 20774** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  __Personal Property Tax__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.200 0**

**Nonpriority creditor's name and mailing address**
**PRINDLE GOETZ BARNES & REINHOLTZ LLP**
**ATTN: ARMANDO SANDOVAL**
**310 GOLDEN SHORE**
**4TH FLOOR**
**LONG BEACH, CA 90802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$1,480.40**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**
**PRISM ELECTRIC**
**ATTN: CAROLINE GUERRERO**
**2985 MARKET STREET**
**GARLAND, TX 75041**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$37,309.29**

---

**3.200 2**

**Nonpriority creditor's name and mailing address**
**PRISM ELECTRIC**
**ATTN: CAROLINE GUERRERO**
**2985 MARKET STREET**
**GARLAND, TX 75041**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Purchase of fixed assets__

Is the claim subject to offset? ■ No ☐ Yes

**$6,601.29**

---

**3.200 3**

**Nonpriority creditor's name and mailing address**
**PROAVCOMM INC**
**ATTN: RACHEL BAILEY**
**130 MCCORMICK AVENUE**
**SUITE 109**
**COSTA MESA, CA 92626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$496,188.67**

---

**3.200 4**

**Nonpriority creditor's name and mailing address**
**PROAVCOMM INC**
**ATTN: RACHEL BAILEY**
**130 MCCORMICK AVENUE**
**SUITE 109**
**COSTA MESA, CA 92626**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Purchase of fixed assets__

Is the claim subject to offset? ■ No ☐ Yes

**$14,318.93**

---

**3.200 5**

**Nonpriority creditor's name and mailing address**
**PROCAM SERVICES**
**ATTN: LOUIE CAMPOS**
**16049 E BERRY DR**
**CENTENNIAL, CO 80015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.200**
**6**

**Nonpriority creditor's name and mailing address**
**PRODIGY PROMOS**
**123 SOUTH 1380 WEST**
**LINDON, UT 84042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$4,561.25**

---

**3.200**
**7**

**Nonpriority creditor's name and mailing address**
**PROGRESSIVE WASTE SOLUTIONS OF TX INC**
**PO BOX 660036**
**DALLAS, TX 75266-0036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$54.40**

---

**3.200**
**8**

**Nonpriority creditor's name and mailing address**
**PRONTO DELIVERY SERVICE LLC**
**ATTN: KENNY MEALY**
**7420 S COOPER ST**
**ARLINGTON, TX 76001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,695.13**

---

**3.200**
**9**

**Nonpriority creditor's name and mailing address**
**PROPERTY TAX SOLUTIONS LLC**
**1620 S FRIENDSWOOD DRIVE**
**SUITE 183**
**FRIENDSWOOD, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$16,910.95**

---

**3.201**
**0**

**Nonpriority creditor's name and mailing address**
**PROSUPPS USA LLC**
**ATTN: BRANDYN  ALEJOS**
**2801 EAST PLANO PARKWAY**
**PLANO, TX 75074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$68,352.00**

---

**3.201**
**1**

**Nonpriority creditor's name and mailing address**
**PROTEA PACIFIC BEACH LLC**
**3262 HOLIDAY COURT**
**SUITE 100**
**LA JOLLA, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$136,832.57**

---

**3.201**
**2**

**Nonpriority creditor's name and mailing address**
**PROTEA PACIFIC BEACH LLC**
**3262 HOLIDAY COURT**
**SUITE 100**
**LA JOLLA, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$2,146.24**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.201
3**

**Nonpriority creditor's name and mailing address**

**PROTECTION ONE ALARM MONITORING, INC**
**ATTN: TRACI TORRES**
**PO BOX 5714**
**CAROL STREAM, IL 60197-5714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,014.33**

---

**3.201
4**

**Nonpriority creditor's name and mailing address**

**PRP COMMERCIAL REAL STATE SERVICES INC**
**ATTN: DEVON THOMAS**
**MADISON**
**417 29TH STREET**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$31,550.76**

---

**3.201
5**

**Nonpriority creditor's name and mailing address**

**PSE&G**
**PO BOX 14444**
**NEW BRUNSWICK, NJ 08906-4444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$6,532.82**

---

**3.201
6**

**Nonpriority creditor's name and mailing address**

**PSE&G**
**P.O. BOX 888**
**HICKSVILLE, NY 11802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,554.52**

---

**3.201
7**

**Nonpriority creditor's name and mailing address**

**PSE&G**
**PO BOX 14444**
**NEW BRUNSWICK, NJ 08906-4444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$273.36**

---

**3.201
8**

**Nonpriority creditor's name and mailing address**

**PSEGLI**
**PO BOX 9039**
**HICKSVILLE, NY 11802-9039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$7,589.91**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.201 9**

Nonpriority creditor's name and mailing address
**PSEGLI**
**PO BOX 9039**
**HICKSVILLE, NY 11802-9039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,840.55**

---

**3.202 0**

Nonpriority creditor's name and mailing address
**PTA GLOBAL**
**ATTN: BETH MCHENRY**
**32107 LINDERO CANYON ROAD**
**SUITE 233**
**WESTLAKE VILLAGE, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,304.00**

---

**3.202 1**

Nonpriority creditor's name and mailing address
**PUGET SOUND ENERGY**
**PAYMENT PROCESSNG, GEN-02W**
**PO BOX 91269**
**BELLEVUE, WA 98009-9269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,919.63**

---

**3.202 2**

Nonpriority creditor's name and mailing address
**PUGET SOUND ENERGY**
**355  110TH AVENUE NE**
**BELLEVUE, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,941.43**

---

**3.202 3**

Nonpriority creditor's name and mailing address
**PUMA UNITED NORTH AMERICA LLC**
**PO BOX 842674**
**BOSTON, MA 02284-2674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,216.80**

---

**3.202 4**

Nonpriority creditor's name and mailing address
**PUMPMAN  LLC**
**5020 BLEECKER STREET**
**BALDWIN PARK, CA 91706-1706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,241.18**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.202
5**

**Nonpriority creditor's name and mailing address**

**PUR WATER LLC
ATTN: JESSE KERR
PMB 389 5055 BUSINESS CENTER DR.
STE 108
FAIRFIELD, CA 94534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$2,328.38

---

**3.202
6**

**Nonpriority creditor's name and mailing address**

**PUROSERVE WATER OF LA COUNTY
ATTN: DORA ROJAS
6953 CANOGA AVE
CANOGA PARK, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$1,586.44

---

**3.202
7**

**Nonpriority creditor's name and mailing address**

**PWR17- 691 W HAMPDEN AVE LLC
ATTN: VAL FURSOVA
C/O MDC REALTY ADVISORS
1700 BROADWAY SUITE 650
DENVER, CO 80290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$83,896.27

---

**3.202
8**

**Nonpriority creditor's name and mailing address**

**PWR17- 691 W HAMPDEN AVE LLC
ATTN: VAL FURSOVA
C/O MDC REALTY ADVISORS
1700 BROADWAY SUITE 650
DENVER, CO 80290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$77,917.45

---

**3.202
9**

**Nonpriority creditor's name and mailing address**

**PWRP KENT LLC
ATTN: BRITTANY SNYDER
5743 CORSA AVE
# 200
WESTLAKE VILLAGE, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$142,493.87

---

**3.203
0**

**Nonpriority creditor's name and mailing address**

**QUADIENT INC
478 WHEELERS FARMS RD
MILFORD, CT 06461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$183.58

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.203
1**

**Nonpriority creditor's name and mailing address**

**QUAKER SALES & DISTRIBUTION INC
ATTN: LANELL TILLEY
PNC BANK C/O PEPSICO INC.
QUAKER FOODS & BEVERAGE
PITTSBURGH, PA 15264-4926**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No ☐ Yes

**$24,897.72**

---

**3.203
2**

**Nonpriority creditor's name and mailing address**

**QUEST NUTRITION LLC
ATTN: HARUN SIMBIRDI
777 SOUTH AVIATION BLVD
SUITE 100
EL SEGUNDO, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No ☐ Yes

**$275,329.01**

---

**3.203
3**

**Nonpriority creditor's name and mailing address**

**QUEST SOFTWARE INC
4 POLARIS WAY
ALISO VIEJO, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☐ No ☐ Yes

**$14,836.50**

---

**3.203
4**

**Nonpriority creditor's name and mailing address**

**QUESTAR GAS
PO BOX 45841
SALT LAKE CITY, UT 84139-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$434.03**

---

**3.203
5**

**Nonpriority creditor's name and mailing address**

**QWEST
P.O. BOX 12480
SEATTLE, WA 98111-4480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$257.20**

---

**3.203
6**

**Nonpriority creditor's name and mailing address**

**QWEST
P.O. BOX 12480
SEATTLE, WA 98111-4480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Telecom**

Is the claim subject to offset? ☑ No ☐ Yes

**$20.78**

---

Debtor  **24 Hour Fitness USA, Inc.**                          Case number *(if known)*  **20-11561**
_____ Name

| | |
|---|---|
| 3.203<br>7 | **Nonpriority creditor's name and mailing address** |

**RADIUS GLOBAL SOLUTIONS LLC**
**ATTN: ERICA DOSHI**
**7831 GLENROY RD**
**EDINA, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$848,149.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.203<br>8 | **Nonpriority creditor's name and mailing address** |

**RADIUS GLOBAL SOLUTIONS LLC**
**PO BOX 56704**
**PHILADELPHIA, PA 19111-6704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$37,103.28**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.203<br>9 | **Nonpriority creditor's name and mailing address** |

**RAINBOW DISPOSAL CO. INC.**
**P.O. BOX 1026**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,262.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.204<br>0 | **Nonpriority creditor's name and mailing address** |

**RAINBOW INVESTMENT CO**
**PROPERTY ID # FWS001**
**P.O. BOX 82551**
**GOLETA, CA 93118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$8,124.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.204<br>1 | **Nonpriority creditor's name and mailing address** |

**RAINIER PACIFIC EQUITY LLC**
**WELLS FARGO, NATIONAL ASSOCIATION**
**ATTN: CMS CASH MANAGEMENT**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$278,607.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.204<br>2 | **Nonpriority creditor's name and mailing address** |

**RAINIER PACIFIC EQUITY LLC**
**WELLS FARGO, NATIONAL ASSOCIATION**
**ATTN: CMS CASH MANAGEMENT**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$55,265.81**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.204<br>3 | **Nonpriority creditor's name and mailing address** |

**RAINIER PACIFIC EQUITY LLC**
**WELLS FARGO, NATIONAL ASSOCIATION**
**ATTN: CMS CASH MANAGEMENT**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,377.05**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.204 4**

**Nonpriority creditor's name and mailing address**
**RAJEEV YEDDANAPUDI**
**12081 WORLD TRADE DR**
**UNIT 3**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204 5**

**Nonpriority creditor's name and mailing address**
**RALPHS GROCERY COMPANY**
**P.O. BOX 842283**
**BOSTON, MA 02284-2283**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$117,264.86**

---

**3.204 6**

**Nonpriority creditor's name and mailing address**
**RALPHS GROCERY COMPANY**
**P.O. BOX 842283**
**BOSTON, MA 02284-2283**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$32,101.74**

---

**3.204 7**

**Nonpriority creditor's name and mailing address**
**RAMSEY BOARD OF PUBLIC WORKS**
**WATER AND SEWER DEPARTMENT**
**33 NORTH CENTRAL AVENUE**
**RAMSEY, NJ 07446**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,392.00**

---

**3.204 8**

**Nonpriority creditor's name and mailing address**
**RANCHO COURIER SERVICE**
**1901 S. DITMAR**
**OCEANSIDE, CA 92054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$986.67**

---

**3.204 9**

**Nonpriority creditor's name and mailing address**
**RAND INDUSTRIES INC**
**C/O ROSS REALTY INVESTMENSTS, INC.**
**3325 SOUTH UNIVERSITY DRIVE, STE. 210**
**DAVIE, FL 33328-2020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$195,106.89**

---

**3.205 0**

**Nonpriority creditor's name and mailing address**
**RAND INDUSTRIES INC**
**C/O ROSS REALTY INVESTMENSTS, INC.**
**3325 SOUTH UNIVERSITY DRIVE, STE. 210**
**DAVIE, FL 33328-2020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$7,698.32**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

**3.205
1**

**Nonpriority creditor's name and mailing address**
**RAPID TECHNOLOGIES INC**
**ATTN: BILL MELL**
**9362 TEDDY LN**
**STE 203**
**LONE TREE, CO 80124-2871**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$15,973.30**

---

**3.205
2**

**Nonpriority creditor's name and mailing address**
**RAW DATA INC**
**ATTN: SUDA MILLER**
**400 37TH AVE**
**SAN MATEO, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.205
3**

**Nonpriority creditor's name and mailing address**
**RAWSON, JEREMY**
**40 EL PASO BLVD**
**MANITOU SPRINGS, CO 80829**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.205
4**

**Nonpriority creditor's name and mailing address**
**RAYMOND CONSTRUCTION INC.**
**ATTN: DAWN QUIN**
**4407 N. BELTWOOD PARKWAY # 106**
**DALLAS, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$2,756,803.78**

---

**3.205
5**

**Nonpriority creditor's name and mailing address**
**RAYMOND CONSTRUCTION INC.**
**4407 N. BELTWOOD PARKWAY # 106**
**DALLAS, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Construction

Is the claim subject to offset? ■ No ☐ Yes

**$152,193.60**

---

**3.205
6**

**Nonpriority creditor's name and mailing address**
**RAYMOND D DEWHIRST**
**3 BAILEY AVE**
**MILTON, MA 02186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-Qualififed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.205
7**

**Nonpriority creditor's name and mailing address**

**RAYNE OF THE HIGH DESERT**
**ATTN: JAY SISSON**
**9480 HESPERIA RD**
**HESPERIA, CA 92345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$244.20**

---

**3.205
8**

**Nonpriority creditor's name and mailing address**

**RAYNE WATER**
**ATTN: JOSE PADILIA**
**SYSTEM-IRVING**
**17835 SKY PARK CIRCLE #M**
**IRVINE, CA 92714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,316.88**

---

**3.205
9**

**Nonpriority creditor's name and mailing address**

**RAYNE WATER**
**ATTN: RUSTY WALLIS**
**2011 W. VISTA WAY**
**VISTA, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,536.00**

---

**3.206
0**

**Nonpriority creditor's name and mailing address**

**RAYNE WATER**
**ATTN: RUSTY WALLIS**
**2011 W. VISTA WAY**
**VISTA, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ☐ No ☐ Yes

**$768.00**

---

**3.206
1**

**Nonpriority creditor's name and mailing address**

**RAYNE WATER CONDITIONING**
**939 W. REECE STREET**
**SAN BERNADINO, CA 92411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$650.54**

---

**3.206
2**

**Nonpriority creditor's name and mailing address**

**RAYNE WATER CONDITIONING,**
**INC.-COVINA**
**1018 EAST CYPRESS**
**COVINA, CA 91724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,965.75**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.206 3**

**Nonpriority creditor's name and mailing address**
**RAYNE WATER CONDITIONING, INC.-FULLERTON**
**1702 E. ROSSLYNN AVENUE**
**FULLERTON, CA 92831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$564.37**

---

**3.206 4**

**Nonpriority creditor's name and mailing address**
**RAYNE WATER CONDITIONING-SAN DIEGO**
**4635 RUFFNER ST.**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$814.10**

---

**3.206 5**

**Nonpriority creditor's name and mailing address**
**REAGAN ELECTRIC LLC**
**ATTN: JOHN R. SMITH**
**8743 DOVES FLY WAY**
**LAUREL, MD 20723-1247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$23,632.50**

---

**3.206 6**

**Nonpriority creditor's name and mailing address**
**REALTY INCOME CORPORATION**
**ATTN: HOLLY HEE**
**P.O. BOX 910079**
**SAN DIEGO, CA 92191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$84,229.69**

---

**3.206 7**

**Nonpriority creditor's name and mailing address**
**REALTY INCOME CORPORATION**
**P.O. BOX 910079**
**SAN DIEGO, CA 92191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$8,973.01**

---

**3.206 8**

**Nonpriority creditor's name and mailing address**
**REALTY INCOME PROPERTIES 4 LLC**
**11995 EL CAMINO REAL**
**SUITE 101**
**SAN DIEGO, CA 92130-2565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$149,132.62**

---

**3.206 9**

**Nonpriority creditor's name and mailing address**
**REALTY INCOME PROPERTIES 4 LLC**
**11995 EL CAMINO REAL**
**SUITE 101**
**SAN DIEGO, CA 92130-2565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$95,829.90**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.207 0**

**Nonpriority creditor's name and mailing address**
**REALTY INCOME TEXAS PROPERTIES 1, LLC**
**ATTN: HOLLY POINDEXTER**
**600 LA TERRAZA BLVD**
**ESCONDIDO, CA 92025-3873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$165,016.68**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**
**REALTY INCOME TEXAS PROPERTIES 1, LLC**
**600 LA TERRAZA BLVD**
**ESCONDIDO, CA 92025-3873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$98,695.91**

---

**3.207 2**

**Nonpriority creditor's name and mailing address**
**RECOLOGY GOLDEN GATE**
**900 SEVENTH STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$13,820.24**

---

**3.207 3**

**Nonpriority creditor's name and mailing address**
**RECOLOGY GOLDEN GATE**
**P.O. BOX 60846**
**LOS ANGELES, CA 90060-0846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$627.67**

---

**3.207 4**

**Nonpriority creditor's name and mailing address**
**RECOLOGY OF THE COAST**
**PO BOX 60648**
**LOS ANGELES, CA 90060-0648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$3,361.89**

---

**3.207 5**

**Nonpriority creditor's name and mailing address**
**RECOLOGY OF THE COAST**
**PO BOX 60648**
**LOS ANGELES, CA 90060-0648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$574.19**

---

**3.207 6**

**Nonpriority creditor's name and mailing address**
**RECOLOGY SAN MATEO COUNTY**
**PO BOX 514230**
**LOS ANGELES, CA 90051-4230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$34,714.13**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.207 7**

**Nonpriority creditor's name and mailing address**
**RECOLOGY SAN MATEO COUNTY**
**PO BOX 514230**
**LOS ANGELES, CA 90051-4230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$14,487.68**

---

**3.207 8**

**Nonpriority creditor's name and mailing address**
**RECOLOGY SUNSET SCAVENGER**
**P.O. BOX 60846**
**LOS ANGELES, CA 90060-0846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$20,830.42**

---

**3.207 9**

**Nonpriority creditor's name and mailing address**
**RECOLOGY SUNSET SCAVENGER**
**P.O. BOX 60846**
**LOS ANGELES, CA 90060-0846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$2,623.56**

---

**3.208 0**

**Nonpriority creditor's name and mailing address**
**RECRUIT ROOSTER**
**ATTN: DONNA CAMPBELL**
**7602 WOODLAND DRIVE**
**SUITE 200**
**INDIANAPOLIS, IN 46278-2714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$9,642.86**

---

**3.208 1**

**Nonpriority creditor's name and mailing address**
**RED HAWK FIRE & SECURITY**
**ATTN: TOM DIMARINO**
**P.O. BOX 842895**
**BOSTON, MA 02284-2895**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$412.68**

---

**3.208 2**

**Nonpriority creditor's name and mailing address**
**RED HAWK FIRE AND SECURITY**
**ATTN: JAMIE ZINKE**
**PO BOX 512250**
**LOS ANGELES, CA 90051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$590.73**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

**REDDY PARTNERSHIP-PARKAIR &**
**CYPRESSWOOD**
**C/O MJ REDDY**
**730 N POST OAK RD. #330**
**HOUSTON, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$126,566.26**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

**REDDY PARTNERSHIP-PARKAIR &**
**CYPRESSWOOD**
**C/O MJ REDDY**
**730 N POST OAK RD. #330**
**HOUSTON, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

**$90.09**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

**REED BUSINESS INFORMATION INC**
**ATTN: ADAM KAZANSKY**
**28428 NETWORK PLACE**
**CHICAGO, IL 60673-1284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$3,135.25**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

**REED ENGINEERING GROUP**
**ATTN: JANICE HYMAN**
**2424 STUTZ DR SUITE 400**
**DALLAS, TX 75235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$5,700.00**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**

**REGENCY CENTERS LP**
**ATTN: JACKIE WALLACE**
**POTRERO CENTER**
**P.O. BOX 31001-0725**
**PASADENA, CA 91110-0725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

**$300,315.19**

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

**REGENCY CENTERS LP**
**ATTN: JACKIE WALLACE**
**POTRERO CENTER**
**P.O. BOX 31001-0725**
**PASADENA, CA 91110-0725**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$180,497.81**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

**REGENCY CENTERS LP**
**ATTN: JACKIE WALLACE**
**POTRERO CENTER**
**P.O. BOX 31001-0725**
**PASADENA, CA 91110-0725**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$34,061.35**

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

**RELIANT**
**PO BOX 650475**
**DALLAS, TX 75265-0475**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$67,141.95**

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

**RELIANT**
**PO BOX 650475**
**DALLAS, TX 75265-0475**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$15,842.59**

---

**3.209 2**

**Nonpriority creditor's name and mailing address**

**RELIANT**
**4 ROBERT COURT**
**BETHPAGE, NY 11714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$13,755.16**

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

**RELIANT**
**PO BOX 650475**
**DALLAS, TX 75265-0475**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$8,758.71**

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

**RELIANT ENERGY - ENTEX**
**P.O. BOX 1325**
**HOUSTON, TX 77251-1325**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$2,112.91**

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

**RELIANT ENERGY - ENTEX**
**P.O. BOX 1325**
**HOUSTON, TX 77251-1325**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$893.22**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.209
6**

**Nonpriority creditor's name and mailing address**
**RELIANT ENERGY - ENTEX**
**P.O. BOX 1325**
**HOUSTON, TX 77251-1325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No   ☐ Yes

**$26.91**

---

**3.209
7**

**Nonpriority creditor's name and mailing address**
**RENAISSANCE COMMERCIAL PROPERTY
LLC**
**3808 GRAND AVE**
**SUITE B**
**CHINO, CA 91710-5496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No   ☐ Yes

**$179,508.34**

---

**3.209
8**

**Nonpriority creditor's name and mailing address**
**RENAISSANCE COMMERCIAL PROPERTY
LLC**
**C/O 1ST COMMERCIAL REALTY GROUP INC**
**2009 PORTERFIELD WAY SUITE P**
**UPLAND, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No   ☐ Yes

**$58,764.85**

---

**3.209
9**

**Nonpriority creditor's name and mailing address**
**RENOVISTA RIDGE ASSOCIATION**
**C/O OPUS 1 COMMUNITY MANAGEMENT**
**P.O. BOX 18963**
**RENO, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No   ☐ Yes

**$1,770.00**

---

**3.210
0**

**Nonpriority creditor's name and mailing address**
**REPUBLIC SERVICE NASSC**
**P.O. BOX 99917**
**CHICAGO, IL 60696**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No   ☐ Yes

**$255,329.33**

---

**3.210
1**

**Nonpriority creditor's name and mailing address**
**REPUBLIC SERVICE NASSC**
**P.O. BOX 99917**
**CHICAGO, IL 60696**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No   ☐ Yes

**$53,616.34**

---

Debtor   **24 Hour Fitness USA, Inc.**
　　　　Name

Case number (if known)   **20-11561**

| 3.210 2 | Nonpriority creditor's name and mailing address<br>**REPUBLIC SERVICE NASSC**<br>**P.O. BOX 99917**<br>**CHICAGO, IL 60696**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,419.18** |
|---|---|---|---|

| 3.210 3 | Nonpriority creditor's name and mailing address<br>**REPUBLIC SERVICE NASSC**<br>**P.O. BOX 99917**<br>**CHICAGO, IL 60696**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,393.69** |

| 3.210 4 | Nonpriority creditor's name and mailing address<br>**REPUBLIC SERVICE NASSC**<br>**P.O. BOX 99917**<br>**CHICAGO, IL 60696**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,259.67** |

| 3.210 5 | Nonpriority creditor's name and mailing address<br>**REPUBLIC SERVICE NASSC**<br>**P.O. BOX 99917**<br>**CHICAGO, IL 60696**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,201.62** |

| 3.210 6 | Nonpriority creditor's name and mailing address<br>**REPUBLIC SERVICE NASSC**<br>**P.O. BOX 99917**<br>**CHICAGO, IL 60696**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$86.13** |

| 3.210 7 | Nonpriority creditor's name and mailing address<br>**RESCUE ROOTER**<br>**ATTN: CHRIS PETERSON**<br>**1618 DOOLITTLE DRIVE**<br>**SAN LEANDRO, CA 94577**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Related**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,390.00** |

| 3.210 8 | Nonpriority creditor's name and mailing address<br>**RETAIL ZIPLINE INC**<br>**2370 MARKET STREET**<br>**SUITE 436**<br>**SAN FRANCISCO, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Repairs & Maintenance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$36,791.95** |

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.2109**

**Nonpriority creditor's name and mailing address**
**RETURN PATH INC**
**ATTN: DAVIS SCHWARTZ**
**PO BOX 200079**
**PITTSBURGH, PA 15251-0079**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$48,124.04**

---

**3.2110**

**Nonpriority creditor's name and mailing address**
**REVESCO USA PROP OF FORT COLLINS LLLP**
**C/O REVESCO PROPERTY SERVICES LLC**
**2731 17TH STREET**
**DENVER, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$236,881.24**

---

**3.2111**

**Nonpriority creditor's name and mailing address**
**REVESCO USA PROP OF FORT COLLINS LLLP**
**C/O REVESCO PROPERTY SERVICES LLC**
**2731 17TH STREET**
**DENVER, CO 80211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$56,702.56**

---

**3.2112**

**Nonpriority creditor's name and mailing address**
**REYNOLDS JASON**
**3772 S UINTA ST**
**DENVER, CO 80237**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$77.83**

---

**3.2113**

**Nonpriority creditor's name and mailing address**
**REZAEI KIANOOSH**
**13625 FOREST POND CT**
**CENTREVILLE, VA 20121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$201.27**

---

**3.2114**

**Nonpriority creditor's name and mailing address**
**RG TILE**
**ATTN: RAUL GONZALES**
**7122 CHESHIRE PARK RD**
**HOUSTON, TX 77088**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$5,706.25**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

**RGIS LLC**
**ATTN: CHRIS TURNER**
**P.O. BOX 77631**
**DETROIT, MI 48277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

**RIALTO WATER SERVICES**
**PO BOX 60450**
**LOS ANGELES, CA 90060-0450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$168.95**

---

**3.211 7**

**Nonpriority creditor's name and mailing address**

**RICH UNCLES NNN OPERATING**
**PARTNERSHIP LP**
**ATTN: RENEE LUDWIG**
**3090 BRISTOL STREET**
**SUITE 550**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$185,143.71**

---

**3.211 8**

**Nonpriority creditor's name and mailing address**

**RICH UNCLES NNN OPERATING**
**PARTNERSHIP LP**
**ATTN: RENEE LUDWIG**
**3090 BRISTOL STREET**
**SUITE 550**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$1,743.58**

---

**3.211 9**

**Nonpriority creditor's name and mailing address**

**RICHARD B WESTBROCK**
**733 VISTA GRANDE WAY #300**
**OCEANSIDE, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 0**

**Nonpriority creditor's name and mailing address**

**RICHARDS LABORATORIES OF UTAH INC**
**ATTN: ANGELA RICHARDS**
**45 NORTH 100 EAST**
**PLEASANT GROVE, UT 84062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$374.00**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.212**
**1**

**Nonpriority creditor's name and mailing address**
**RICHARDSON I.S.D.**
**ATTN: JERRY DAVIS**
**TAX OFFICE**
**P.O. BOX 650316**
**DALLAS, TX 75265-0316**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$13,674.00**

---

**3.212**
**2**

**Nonpriority creditor's name and mailing address**
**RIGHT MANAGEMENT INC**
**ATTN: CHRISTINA NIMICK**
**100 MANPOWER PLACE**
**MILWAUKEE, WI 53212-4030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$24,975.00**

---

**3.212**
**3**

**Nonpriority creditor's name and mailing address**
**RILEY, JOSEPH**
**6600 MCKINNEY RANCH PARKWAY**
**APT 2206**
**MCKINNEY, TX 75070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.212**
**4**

**Nonpriority creditor's name and mailing address**
**RISING SAIL WESTLAKE LLC**
**PO BOX 95569**
**GRAPEVINE, TX 76099-9708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$163,144.81**

---

**3.212**
**5**

**Nonpriority creditor's name and mailing address**
**RISING SAIL WESTLAKE LLC**
**PO BOX 95569**
**GRAPEVINE, TX 76099-9708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$12,530.41**

---

**3.212**
**6**

**Nonpriority creditor's name and mailing address**
**RIVERSIDE PUBLIC UTILITIES**
**3901 ORANGE ST**
**RIVERSIDE, CA 92501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,280.85**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.212 7**

**Nonpriority creditor's name and mailing address**
**RNB PARTNERS LLC**
**ATTN: NICK BOCCI**
**C/O RICHARD J. BOCCI REALTY**
**194 SCHOOL STREET**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$354,762.85**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**
**RNB PARTNERS LLC**
**C/O RICHARD J. BOCCI REALTY**
**194 SCHOOL STREET**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$14,238.85**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**
**ROBERT HALF INTERNATIONAL INC**
**ATTN: KIM CASTRO**
**PO BOX  743295**
**LOS ANGELES, CA 90074-3295**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$14,273.75**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**
**ROBERT N RUGGLES**
**220 MONTGOMERY STREET #421**
**SAN FRANCISCO, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$110,657.92**

---

**3.213 1**

**Nonpriority creditor's name and mailing address**
**ROBERT SWIGART**
**4118 CLARINBRIDGE CIRCLE**
**DUBLIN, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __NQDC Penalty due to administrative error__

Is the claim subject to offset? ■ No ☐ Yes

**$13,981.14**

---

**3.213 2**

**Nonpriority creditor's name and mailing address**
**ROBERTS MOORE,ANJULI**
**397 PARK HILL DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  __Severance__

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.213 3**

**Nonpriority creditor's name and mailing address**
**ROCKHILL ELECTRICAL SYSTEMS INC.**
**ATTN: DAN ROCKHILL**
**PO BOX 996**
**COLORADO SPRINGS, CO 80901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.50**

---

**3.213 4**

**Nonpriority creditor's name and mailing address**
**ROCKWALL CENTRAL APPRAISAL**
**DISTRICT**
**841 JUSTIN ROAD**
**ROCKWALL, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$6,210.00**

---

**3.213 5**

**Nonpriority creditor's name and mailing address**
**RODGER G MEADS**
**42 SEA WAY**
**SAN RAFAEL, CA 94901-2409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 6**

**Nonpriority creditor's name and mailing address**
**ROHNERT PARK DISPOSAL**
**PO BOX 1300**
**SUISUN, CA 94585**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$759.72**

---

**3.213 7**

**Nonpriority creditor's name and mailing address**
**ROIC CALIFORNIA LLC**
**11250 EL CAMINO REAL**
**# 200**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$260,434.71**

---

**3.213 8**

**Nonpriority creditor's name and mailing address**
**ROIC CALIFORNIA LLC**
**ATTN: FRANCESCA BUSALACCHI**
**11250 EL CAMINO REAL**
**SUITE 200**
**SAN DIEGO, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$129,466.67**

---

Debtor   **24 Hour Fitness USA, Inc.**                                   Case number (if known)   **20-11561**
_____
Name

| 3.213 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,917.42** |
|---|---|---|---|

**ROIC CALIFORNIA LLC**
**11250 EL CAMINO REAL**
**# 200**
**SAN DIEGO, CA 92130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.14** |
|---|---|---|---|

**ROIC CALIFORNIA LLC**
**11250 EL CAMINO REAL**
**# 200**
**SAN DIEGO, CA 92130**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,872.57** |
|---|---|---|---|

**ROIC OREGON LLC**
**11250 EL CAMINO REAL**
**SUITE 200**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,225.42** |
|---|---|---|---|

**ROIC OREGON LLC**
**PO BOX  749814**
**LOS ANGELES, CA 90074-9814**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217,867.49** |
|---|---|---|---|

**ROLLING HILLS PLAZA LLC**
**ATTN: JOHN MASTANDREA**
**SITUS ASSET MANAGEMENT LLC**
**AIG LOCKBOX**
**DALLAS, TX 75320-7225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.27** |
|---|---|---|---|

**ROLLING HILLS PLAZA LLC**
**SITUS ASSET MANAGEMENT LLC**
**AIG LOCKBOX**
**DALLAS, TX 75320-7225**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.214
5**

**Nonpriority creditor's name and mailing address**
**RONALD WASTEWATER DISTRICT**
**17505 LINDEN AVE N**
**PO BOX 33490**
**SHORELINE, WA 98133-0490**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214
6**

**Nonpriority creditor's name and mailing address**
**ROOFCONNECT**
**ATTN: DAVE KOUMELIS**
**PO BOX 908**
**SHERIDAN, AR 72150**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$20,461.68**

---

**3.214
7**

**Nonpriority creditor's name and mailing address**
**ROR PARTNERS INC**
**ATTN: GREG DOWD**
**973 PEARL DR**
**SAN MARCOS, CA 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$93,461.70**

---

**3.214
8**

**Nonpriority creditor's name and mailing address**
**ROSE III EDWARD**
**10400 CAMINITO CUERVO**
**UNIT 239**
**SAN DIEGO, CA 92108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$141.88**

---

**3.214
9**

**Nonpriority creditor's name and mailing address**
**ROSEN INVESTMENT CO HOLDINGS LLC**
**ALDERWOOD EAST SHOPPING CENTER**
**C/O ROSEN PROPERTIES**
**BELLEVUE, WA 98009-5003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$143,983.66**

---

**3.215
0**

**Nonpriority creditor's name and mailing address**
**ROSEN INVESTMENT CO HOLDINGS LLC**
**ALDERWOOD EAST SHOPPING CENTER**
**C/O ROSEN PROPERTIES**
**BELLEVUE, WA 98009-5003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,119.31**

---

**3.215
1**

**Nonpriority creditor's name and mailing address**
**ROTO-ROOTER (CHICAGO)**
**5672 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,409.48**

---

Debtor   **24 Hour Fitness USA, Inc.**                                      Case number *(if known)*   **20-11561**
          Name

---

**3.215
2**

**Nonpriority creditor's name and mailing address**
**ROUND ROCK FITNESS LP**
**C/O TITUS PROPERTIES**
**1748 W. KATELLA AVENUE #206**
**ORANGE, CA 92867**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset?   ■ No  ☐ Yes

**$62,145.20**

---

**3.215
3**

**Nonpriority creditor's name and mailing address**
**ROYAL PUMP SERVICE INC**
**ATTN: PAUL PACHAI**
**104 JAMAICA AVE**
**BROOKLYN, NY 11207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset?   ■ No  ☐ Yes

**$20,604.60**

---

**3.215
4**

**Nonpriority creditor's name and mailing address**
**ROYAL WASTE SERVICES INC**
**187-40 HOLLIS AVENUE**
**HOLLIS, NY 11423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset?   ■ No  ☐ Yes

**$3,601.64**

---

**3.215
5**

**Nonpriority creditor's name and mailing address**
**ROYAL WASTE SERVICES INC**
**187-40 HOLLIS AVENUE**
**HOLLIS, NY 11423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset?   ■ No  ☐ Yes

**$1,149.24**

---

**3.215
6**

**Nonpriority creditor's name and mailing address**
**RPAI US MANAGEMENT LLC**
**2901 BUTTERFIELD ROAD**
**OAK BROOK, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset?   ■ No  ☐ Yes

**$77,576.84**

---

**3.215
7**

**Nonpriority creditor's name and mailing address**
**RPAI US MANAGEMENT LLC**
**2901 BUTTERFIELD ROAD**
**OAK BROOK, IL 60523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Real Property Tax**

Is the claim subject to offset?   ■ No  ☐ Yes

**$2,782.42**

---

**3.215
8**

**Nonpriority creditor's name and mailing address**
**RPG, LLC**
**275 ROUTE 22 EAST**
**SPRINGFIELD, NJ 07081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Rent accrual**

Is the claim subject to offset?   ■ No  ☐ Yes

**$90,573.48**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.215 9**

**Nonpriority creditor's name and mailing address**
**RPG, LLC**
**275 ROUTE 22 EAST**
**SPRINGFIELD, NJ 07081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$40,093.77

---

**3.216 0**

**Nonpriority creditor's name and mailing address**
**RPI CARLSBAD LP**
**PO BOX 639700**
**CINCINNATI, OH 45263-9700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$343,113.48

---

**3.216 1**

**Nonpriority creditor's name and mailing address**
**RPI CARLSBAD LP**
**ATTN: CASSIDY LARKIN**
**PO BOX 639700**
**CINCINNATI, OH 45263-9700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$327,864.82

---

**3.216 2**

**Nonpriority creditor's name and mailing address**
**RPI CARLSBAD LP**
**PO BOX 639700**
**CINCINNATI, OH 45263-9700**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$29,794.21

---

**3.216 3**

**Nonpriority creditor's name and mailing address**
**RPI MANAGEMENT COMPANY LLC**
**5333 GULFTON STREET**
**HOUSTON, TX 77081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$213,808.93

---

**3.216 4**

**Nonpriority creditor's name and mailing address**
**RPI MANAGEMENT COMPANY LLC**
**5333 GULFTON STREET**
**HOUSTON, TX 77081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$26,366.61

---

**3.216 5**

**Nonpriority creditor's name and mailing address**
**RS PARTNERS LP**
**170 LEAFY PASS**
**IRVINE, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$334,772.47

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.216 6**

**Nonpriority creditor's name and mailing address**
**RSD PARTNERS LLC**
**ATTN: GAIL QUAN**
**2150 WEST 29TH AVE**
**SUITE 410**
**DENVER, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$186,632.35**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**
**RSD PARTNERS LLC**
**C/O LCP MANAGEMENT LLC**
**2150 WEST 29TH AVENUE**
**DENVER, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$38,711.86**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**
**RU OLD DENTON FORT WORTH TX LLC**
**ATTN: RENEE LUDWIG**
**3090 BRISTOL STREET**
**SUITE 550**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$186,554.00**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**
**RU OLD DENTON FORT WORTH TX LLC**
**C/O NEXBANK SSB ATTN: LOAN DEPT**
**2515 MCKINNEY AVE SUITE 1100**
**COSTA MESA, CA 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$84,441.30**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**
**RUBICON GLOBAL LLC**
**ATTN: CHAD WONDERLING**
**950 EAST PACES FERRY ROAD**
**SUITE 1900**
**ATLANTA, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$11,016.00**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**
**RUBICON GLOBAL LLC**
**950 EAST PACES FERRY ROAD**
**SUITE 1900**
**ATLANTA, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$1,741.60**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.217
2**

**Nonpriority creditor's name and mailing address**

**RUDETH REALTY COMPANY LLC
ATTN: STEVEN LANDSMAN
66 SOUTH TYSON AVENUE
FLORAL PARK, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$154,166.67**

---

**3.217
3**

**Nonpriority creditor's name and mailing address**

**RUDETH REALTY COMPANY LLC
ATTN: STEVEN LANDSMAN
66 SOUTH TYSON AVENUE
FLORAL PARK, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$59,812.25**

---

**3.217
4**

**Nonpriority creditor's name and mailing address**

**RUDOW JUSTIN
6200 DE SOTO AVE
APT 31106
WOODLAND HLS, CA 91367-2684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.217
5**

**Nonpriority creditor's name and mailing address**

**S & C VENTURE
1261 20TH STREET
MIAMI BEACH, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$138,761.65**

---

**3.217
6**

**Nonpriority creditor's name and mailing address**

**S & C VENTURE
1261 20TH STREET
MIAMI BEACH, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$49,361.32**

---

**3.217
7**

**Nonpriority creditor's name and mailing address**

**S/VIIB BEACON LAKES LLC
C/O STILES CORPORATION
301 EAST LAS OLAS BOULEVARD
FORT LAUDERDALE, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$199.32**

---

**3.217
8**

**Nonpriority creditor's name and mailing address**

**SABRE REALTY MANAGEMENT INC
16475 DALLAS PARKWAY SUITE 800
ADDISON, TX 75001-6856**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$41,015.63**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.217 9**

**Nonpriority creditor's name and mailing address**
**SABRE REALTY MANAGEMENT INC**
**16475 DALLAS PARKWAY SUITE 800**
**ADDISON, TX 75001-6856**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$123.33

---

**3.218 0**

**Nonpriority creditor's name and mailing address**
**SACRAMENTO COUNTY TAX COLLECTOR**
**700 H STREET**
**ROOM 1710**
**SACRAMENTO, CA 95814-1205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$73,502.56

---

**3.218 1**

**Nonpriority creditor's name and mailing address**
**SACRAMENTO MUNICIPAL UTILITY DISTRICT**
**6301 S ST**
**SACRAMENTO, CA 95817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$24,541.93

---

**3.218 2**

**Nonpriority creditor's name and mailing address**
**SACRAMENTO MUNICIPAL UTILITY DISTRICT**
**6301 S ST**
**SACRAMENTO, CA 95817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$2,387.21

---

**3.218 3**

**Nonpriority creditor's name and mailing address**
**SACRAMENTO SUBURBAN WATER DISTRICT**
**3701 MARCONI AVENUE**
**SACRAMENTO, CA 95821-5303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$214.49

---

**3.218 4**

**Nonpriority creditor's name and mailing address**
**SACRAMENTO SUBURBAN WATER DISTRICT**
**3701 MARCONI AVENUE**
**SACRAMENTO, CA 95821-5303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$201.54

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**SACRAMENTO VALLEY ALARM SECURITY SYSTEMS**
**6803 S IVY WAY**
**UNIT 4-108**
**CENTENNIAL, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$80.28**

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**SAEZ DISTRIBUTORS**
**ATTN: JORGE SAEZ**
**8290 NW 25TH STREET**
**MIAMI, FL 33122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$49,415.24**

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**SAFEWAY INC**
**ATTN: MELINDA MARINO**
**ALBERTSONS COMPANIES LLC**
**PO BOX 742255**
**LOS ANGELES, CA 90074-2255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$205,220.25**

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**SAFEWAY INC**
**C/O ALBERTSONS COMPANIES LLC**
**PO BOX 742255**
**LOS ANGELES, CA 90074-2255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$22,228.47**

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**SAFEWAY INC**
**ATTN: TARA EMERY**
**TAX DIVISION**
**5918 STONERIDGE MALL ROAD**
**PLEASANTON, CA 94588-3229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$15,539.23**

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**SALARYCOM LLC**
**ATTN: MIKE CUMMINGS**
**P.O. BOX 844048**
**BOSTON, MA 02284-4048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

Debtor  **24 Hour Fitness USA, Inc.**

Name

Case number (if known)  **20-11561**

| 3.219 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,463.01 |
|---|---|---|---|

**SALESFORCE.COM, INC.**
**ATTN: KEN BURKE**
**THE LANDMARK @ ONE MARKET, SUITE 300**
**SAN FRANCISCO, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**SALLY ORTMAN**
**CLUB - 711**
  **60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.93 |
|---|---|---|---|

**SALT LAKE CITY CORP - PUBLIC UTILITES**
**1530 S. WEST TEMPLE**
**SALT LAKE CITY, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $481.13 |
|---|---|---|---|

**SALT LAKE CITY CORP - PUBLIC UTILITES**
**PO BOX 30881**
**SALT LAKE CITY, UT 84130-0881**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,484.06 |
|---|---|---|---|

**SALVATORE LLC**
**P.O. BOX 5908**
**SAN JOSE, CA 95150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,058.29 |
|---|---|---|---|

**SALVATORE LLC**
**P.O. BOX 5908**
**SAN JOSE, CA 95150**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.72 |
|---|---|---|---|

**SAMMAMISH PLATEAU**
**1510 228TH AVE SE**
**ISSAQUAH, WA 98029**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,083.08** |
|---|---|---|---|

**SAN ANTONIO CENTER II LLC**
**1626 EAST JEFFERSON STREET**
**ROCKVILLE, MD 20852**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,981.19** |
|---|---|---|---|

**SAN BERNARDINO COUNTY**
**TAX COLLECTOR**
**268 WEST HOSPITALITY LANE**
**SAN BERNARDINO, CA 92415-0360**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,580.49** |
|---|---|---|---|

**SAN DIEGO COUNTY**
**TREASURER- TAX COLLECTOR**
**P.O.BOX 129009**
**SAN DIEGO, CA 92112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,308.00** |
|---|---|---|---|

**SAN DIEGO COUNTY**
**TREASURER- TAX COLLECTOR**
**P.O.BOX 129009**
**SAN DIEGO, CA 92112**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,074.83** |
|---|---|---|---|

**SAN DIEGO GAS & ELECTRIC**
**P.O. BOX 25110**
**SANTA ANA, CA 92799-5110**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,816.48** |
|---|---|---|---|

**SAN DIEGO GAS & ELECTRIC**
**P.O. BOX 25110**
**SANTA ANA, CA 92799-5110**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.79** |
|---|---|---|---|

**SAN DIEGO GAS & ELECTRIC**
**ATTN: MR. SEDLACK**
**P.O. BOX 25110**
**SANTA ANA, CA 92799-5110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**
_____
Name                                    Case number (if known)  **20-11561**

---

| 3.220 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAN DIEGO GROVE LP**
**C/O CORNERSTONE PROPERTY**
**MANAGEMENT**
**8525 GIBBS DR  SUITE 200**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$306,070.29**

---

| 3.220 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAN DIEGO GROVE LP**
**C/O CORNERSTONE PROPERTY**
**MANAGEMENT**
**8525 GIBBS DR  SUITE 200**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,094.31**

---

| 3.220 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAN DIEGUITO WATER DISTRICT**
**505 S VULCAN**
**PO BOX 231010**
**ENCINITAS, CA 92023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,096.41**

---

| 3.220 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAN FRANCISCO WATER DEPT**
**P.O. BOX 7369**
**SAN FRANCISCO, CA 94120-7369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$129.92**

---

| 3.220 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAN JOAQUIN COUNTY TAX COLLECTOR**
**P.O. BOX 2169**
**STOCKTON, CA 95201-2169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,187.06**

---

| 3.221 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAN JOSE CENTRAL TRAVEL INC**
**ATTN: BRIAN H. SONG**
**C/O HYE K. LIM**
**5681 LA SEYNE PLACE**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$233,476.71**

---

Debtor **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known) **20-11561**

---

| 3.221<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$45,432.06** |
|---|---|---|---|

**SAN JOSE CENTRAL TRAVEL INC**
**ATTN: BRIAN H. SONG**
**C/O HYE K. LIM**
**5681 LA SEYNE PLACE**
**SAN JOSE, CA 95138**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$4,214.99** |
|---|---|---|---|

**SAN JOSE WATER COMPANY**
**374 WEST SANTA CLARA STREET**
**P.O. BOX 229**
**SAN JOSE, CA 95196**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$283,872.46** |
|---|---|---|---|

**SAN MATEO COUNTY TAX COLLECTOR**
**LEE BUFFINGTON, TAX COLLECTOR**
**555 COUNTY CENTER, 1ST FLOOR**
**REDWOOD CITY, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$149,983.88** |
|---|---|---|---|

**SANCALS GROUP LLC**
**8885 VENICE BLVD**
**STE 200**
**LOS ANGELES, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$40,357.00** |
|---|---|---|---|

**SANCALS GROUP LLC**
**8885 VENICE BLVD**
**STE 200**
**LOS ANGELES, CA 90034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,500.00** |
|---|---|---|---|

**SANDOVAL, FRANCISCO**
**2711 WHITE PINE COURT**
**CHULA VISTA, CA 91915**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Severance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$651.63** |
|---|---|---|---|

**SANDWICH ISLES COMMUNICATIONS INC**
**PO BOX 893370**
**MILILANI, HI 96789-0370**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$433.15** |
|---|---|---|---|

**SANDY SUBURBAN IMPROVEMENT**
**DISTRICT**
**8855 SOUTH 700 EAST**
**SANDY, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.41** |
|---|---|---|---|

**SANDY SUBURBAN IMPROVEMENT**
**DISTRICT**
**P.O. BOX 7**
**SANDY, UT 84091-0007**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384,664.24** |
|---|---|---|---|

**SANTA CLARA COUNTY**
**TAX COLLECTOR**
**70 W. HEDDING ST., EAST WING**
**SAN JOSE, CA 95110-1767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.44** |
|---|---|---|---|

**SANTA CLARITA WATER DIVISION**
**22722 SOLEDAD CANYON ROAD**
**SANTA CLARITA, CA 91350**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$648.17** |
|---|---|---|---|

**SANTA CRUZ MUNICIPAL UTILITIES**
**P.O. BOX 682**
**SANTA CRUZ, CA 95061**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.55** |
|---|---|---|---|

**SANTA CRUZ MUNICIPAL UTILITIES**
**P.O. BOX 682**
**SANTA CRUZ, CA 95061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.222
4**

**Nonpriority creditor's name and mailing address**
**SANTA MARGARITA WATER DISTRICT**
**P.O. BOX 3549**
**MISSION VIEJO, CA 92690-1549**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$3,674.53

---

**3.222
5**

**Nonpriority creditor's name and mailing address**
**SANTA MARGARITA WATER DISTRICT**
**P.O. BOX 3549**
**MISSION VIEJO, CA 92690-1549**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$384.21

---

**3.222
6**

**Nonpriority creditor's name and mailing address**
**SANTA ROSA RECYCLING & WASTE**
**PO BOX 4299**
**SANTA ROSA, CA 95402-4299**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$622.99

---

**3.222
7**

**Nonpriority creditor's name and mailing address**
**SANTA ROSA, CITY OF**
**P.O. BOX 1658**
**90 SANTA ROSA AVE.**
**SANTA ROSA, CA 95402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$344.99

---

**3.222
8**

**Nonpriority creditor's name and mailing address**
**SANTA ROSA, CITY OF**
**P.O. BOX 1658**
**90 SANTA ROSA AVE.**
**SANTA ROSA, CA 95402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$312.62

---

**3.222
9**

**Nonpriority creditor's name and mailing address**
**SANTA SUSANA GARP LLC**
**P.O. BOX 743455**
**LOS ANGELES, CA 90074-3455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$124,100.64

---

**3.223
0**

**Nonpriority creditor's name and mailing address**
**SANTA SUSANA GARP LLC**
**P.O. BOX 743455**
**LOS ANGELES, CA 90074-3455**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$1,640.71

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.223**
**1**

**Nonpriority creditor's name and mailing address**
**SANTEE TROLLEY SQUARE 991 LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$244,600.73**

---

**3.223**
**2**

**Nonpriority creditor's name and mailing address**
**SANTEE TROLLEY SQUARE 991 LP**
**P.O. BOX 62045**
**NEWARK, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$95,938.27**

---

**3.223**
**3**

**Nonpriority creditor's name and mailing address**
**SANTIAGO DEANNA**
**410 DEAUVILLE PARKWAY**
**LINDENHURST, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.223**
**4**

**Nonpriority creditor's name and mailing address**
**SASKAWAY SIX LP**
**5485 BELT LINE ROAD**
**SUITE 125**
**DALLAS, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$25,562.06**

---

**3.223**
**5**

**Nonpriority creditor's name and mailing address**
**SASKAWAY SIX LP**
**5485 BELT LINE ROAD**
**SUITE 125**
**DALLAS, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,740.98**

---

**3.223**
**6**

**Nonpriority creditor's name and mailing address**
**SASKAWAY SIX LP**
**5485 BELT LINE ROAD**
**SUITE 125**
**DALLAS, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$1,054.64**

---

**3.223**
**7**

**Nonpriority creditor's name and mailing address**
**SASKAWAY SIX LP**
**5485 BELT LINE ROAD**
**SUITE 125**
**DALLAS, TX 75254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$311.40**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**SAUNAWORKZ**
**ATTN: MANNY OROZCO**
**10322 TRASK AVENUE, UNIT A**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$36,091.57**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**SAUNAWORKZ**
**ATTN: MANNY OROZCO**
**10322 TRASK AVENUE, UNIT A**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$8,037.20**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

**SAYVA SOLUTIONS INC**
**ATTN: LORI RICCARDI**
**4225 EXECUTIVE SQUARE DRIVE**
**SUITE 600**
**LA JOLLA, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$19,000.00**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

**SCHIRALDI, PAUL**
**360 FURMAN STREET**
**APT 422**
**BROOKLYN, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$179,878.82**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

**SCOTT R CLEMENT**
**1642 AVE OCEANO**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

**SCOTTI AND ASSOCIATES INC**
**ATTN: MICHAEL SCOTTI**
**P.O. BOX 5917**
**FULLERTON, CA 92838-0917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$195,085.32**

---

Debtor   **24 Hour Fitness USA, Inc.**
_____
Name

Case number (*if known*)   **20-11561**

---

| 3.224 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SCOTTI AND ASSOCIATES INC**
**ATTN: MICHAEL SCOTTI**
**P.O. BOX 5917**
**FULLERTON, CA 92838-0917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$17,060.20**

---

| 3.224 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SCP HORTON OWNER 1 LLC**
**ATTN: JENNIFER GATTEY**
**10850 WILSHIRE BLVD**
**SUITE 1050**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,502.04**

---

| 3.224 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SCS ENGINEERS**
**ATTN: RODNEY MARSH**
**3900 KILROY AIRPORT WAY SUITE 100**
**LONG BEACH, CA 90806-6816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,540.00**

---

| 3.224 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SDC 7 LLC**
**P.O. BOX 640**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$31,866.89**

---

| 3.224 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SDC 7 LLC**
**P.O. BOX 640**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$11,217.56**

---

| 3.224 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SDC 7 LLC**
**207 NORTH STAFFORD AVE**
**APT B**
**RICHMOND, VA 23220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,829.80**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.225 0**

**Nonpriority creditor's name and mailing address**
**SEABRIDGE PARTNERS LP**
**PO BOX 15928**
**BEVERLY HILLS, CA 90209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$191,827.26**

---

**3.225 1**

**Nonpriority creditor's name and mailing address**
**SEARS, ROEBUCK AND COMPANY**
**12670 COLLECTIONS DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$11,566.79**

---

**3.225 2**

**Nonpriority creditor's name and mailing address**
**SECA CORPORATION**
**ATTN: EMILY LARKIN**
**13601 BENSON AVE**
**CHINO, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$3,619.44**

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
**SECOND & SANTA MONICA BLVD**
**ASSOCIATES**
**12381 WILSHIRE BLVD**
**STE 201**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$134,996.69**

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
**SECOND & SANTA MONICA BLVD**
**ASSOCIATES**
**12381 WILSHIRE BLVD**
**STE 201**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,214.15**

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
**SECOND & SANTA MONICA BLVD**
**ASSOCIATES**
**12381 WILSHIRE BLVD**
**STE 201**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$1,151.54**

---

Debtor __24 Hour Fitness USA, Inc.__    Case number (if known) __20-11561__
Name

| 3.225 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.88 |

**3.225 6**

Nonpriority creditor's name and mailing address
**SECOND & SANTA MONICA BLVD ASSOCIATES**
**12381 WILSHIRE BLVD**
**STE 201**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $421.88

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 7**

Nonpriority creditor's name and mailing address
**SECRETARY OF STATE - TEXAS**
**REGISTRATIONS UNIT**
**PO BOX 13550**
**AUSTIN, TX 78711-3550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $300.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 8**

Nonpriority creditor's name and mailing address
**SECRETARY OF STATE - TEXAS**
**REGISTRATIONS UNIT**
**PO BOX 13550**
**AUSTIN, TX 78711-3550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $70.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225 9**

Nonpriority creditor's name and mailing address
**SECURITAS SECURITY SERVICES USA INC**
**ATTN: WENDY MEJIA**
**FILE 57220**
**LOS ANGELES, CA 90074-7220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $151,531.16

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 0**

Nonpriority creditor's name and mailing address
**SECURITAS SECURITY SERVICES USA INC**
**ATTN: WENDY MEJIA**
**FILE 57220**
**LOS ANGELES, CA 90074-7220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $104,089.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Security Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 1**

Nonpriority creditor's name and mailing address
**SELV ENTERPRISES LLC**
**920 E 17TH ST**
**APT 512**
**BROOKLYN, NY 11230-3779**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $133,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.226
2**

**Nonpriority creditor's name and mailing address**

**SEMINOLE COUNTY
WATER & SEWER UTILITY
PO BOX 958443
LAKE MARY, FL 32795-8443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$106.20**

---

**3.226
3**

**Nonpriority creditor's name and mailing address**

**SEMINOLE COUNTY TAX COLLECTOR
PO BOX 630
SANFORD, FL 32772-0630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Personal Property Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**$20,886.00**

---

**3.226
4**

**Nonpriority creditor's name and mailing address**

**SERITAGE SRC FINANCE LLC
500 FIFTH AVENUE
SUITE 1530
NEW YORK, NY 10110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Rent accrual__

Is the claim subject to offset? ☑ No ☐ Yes

**$195,458.69**

---

**3.226
5**

**Nonpriority creditor's name and mailing address**

**SERITAGE SRC FINANCE LLC
500 FIFTH AVENUE
SUITE 1530
NEW YORK, NY 10110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Rent accrual__

Is the claim subject to offset? ☑ No ☐ Yes

**$100,598.20**

---

**3.226
6**

**Nonpriority creditor's name and mailing address**

**SERITAGE SRC FINANCE LLC
500 FIFTH AVENUE
SUITE 1530
NEW YORK, NY 10110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ☑ No ☐ Yes

**$56,290.41**

---

**3.226
7**

**Nonpriority creditor's name and mailing address**

**SERVICE RESPONSE TEAM INC
ATTN: VICKIE GAMBLE
PO BOX 226433
DALLAS, TX 75222-6433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$350.00**

---

**3.226
8**

**Nonpriority creditor's name and mailing address**

**SERVICECHANNEL.COM INC
ATTN: AMELIA MEDINA
P.O. BOX 419223
BOSTON, MA 02241-9223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ☑ No ☐ Yes

**$53,430.00**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.2269**

**Nonpriority creditor's name and mailing address**
**SEVEN HILLS PROPERTIES 31 LLC**
**ATTN: MATT WENNBLOM**
**88 PERRY STREET**
**# 800**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☐ No ☐ Yes

$185,705.47

---

**3.2270**

**Nonpriority creditor's name and mailing address**
**SF TX LP**
**C/O W.P. CAREY INC.**
**50 ROCKEFELLER PLAZA,**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ☐ No ☐ Yes

$65,465.14

---

**3.2271**

**Nonpriority creditor's name and mailing address**
**SF TX LP**
**C/O W.P. CAREY INC.**
**50 ROCKEFELLER PLAZA,**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$36,528.94

---

**3.2272**

**Nonpriority creditor's name and mailing address**
**SFP 24 HOUR TAYLORSVILLE LLC**
**ATTN: JENNIFER SNOW**
**C/O NEWMARK GRUBB ACRES ASSET**
**SERVICES**
**376 EAST 400 SOUTH**
**SALT LAKE CITY, UT 84111**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$145,781.49

---

**3.2273**

**Nonpriority creditor's name and mailing address**
**SG DOWNTOWN LLC**
**ATTN: COLLETTE WARNER**
**1 SPORTS PARKWAY**
**SACRAMENTO, CA 95834**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Real Property Tax

Is the claim subject to offset? ■ No ☐ Yes

$139,279.96

---

**3.2274**

**Nonpriority creditor's name and mailing address**
**SGD RETAIL LLC**
**C/O DOCO MANAGEMENT - CBRE/**
**ATTN: JAMIE ADAO**
**405 K STREET, SUITE 125**
**SACRAMENTO, CA 95814**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

$327,299.98

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.227 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAKLEE CORPORATION**
**ATTN: SALES AND BONUS ACCOUNTING**
**P-310**
**4747 WILLOW ROAD**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$19,338.67**

---

| 3.227 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHANNON M WALPOLE**
**47 LIBERTA CT**
**DANVILLE, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Non-Qualifed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.227 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAPELL CALAVERAS LLC**
**ATTN: YOLANDA D. DAWAN**
**C/O SHAPELL PROPERTIES**
**1990 S. BUNDY DRIVE**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$233,057.99**

---

| 3.227 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAPELL CALAVERAS LLC**
**ATTN: YOLANDA D. DAWAN**
**C/O SHAPELL PROPERTIES**
**1990 S. BUNDY DRIVE**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$125,844.78**

---

| 3.227 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAPELL NORCAL RENTAL PROPERTIES**
**LLC**
**ATTN: YOLANDA DAWAN**
**1990 SOUTH BUNDY DR**
**SUITE 500**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$141,475.84**

---

| 3.228 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAPELL NORCAL RENTAL PROPERTIES**
**LLC**
**1990 SOUTH BUNDY DR**
**SUITE 500**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$2,036.17**

---

Debtor  **24 Hour Fitness USA, Inc.**
Name

Case number (if known)  **20-11561**

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |

**SHAYLI BRINK**
**2677 HONOLULU AVE**
**MONTROSE, CA 91020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SHELIA WILSON**
**6531 BASALTO ST.**
**CARLSBAD, CA 92009**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Retirement Benefits

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,166.67** |

**SHELIA WILSON**
**6531 BASALTO ST.**
**CARLSBAD, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60.00** |

**SHINSKY AUDREY**
**6185 MONTEZUMA RD**
**SAN DIEGO, CA 92115**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Expense Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SHIRLEY M ROWE**
**1054 EL PAISANO DR**
**FALLBROOK, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Non-Qualififed Deferred Compensation Plan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$262,524.77** |

**SHOPS AT BELLA TERRA OWNER LP**
**ATTN: SABRINA BURGER**
**C/O STREAM RETAIL DIVISION**
**515 POST OAK BLVD**
**HOUSTON, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **24 Hour Fitness USA, Inc.**                                    Case number (*if known*)    **20-11561**
          Name

---

| 3.228 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,848.23** |
| **SHOPS AT BELLA TERRA OWNER LP** | ☐ Contingent | |
| **ATTN: SABRINA BURGER** | ■ Unliquidated | |
| **C/O STREAM RETAIL DIVISION** | ☐ Disputed | |
| **515 POST OAK BLVD** | | |
| **HOUSTON, TX 77027** | **Basis for the claim:** _Real Property Tax_ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,851.28** |
| **SHORELINE BROKERAGE CO.** | ☐ Contingent | |
| **ATTN: CHRIS CHOWNING** | ☐ Unliquidated | |
| **C/O COR-O-VAN WAREHOUSE** | ☐ Disputed | |
| **12455 KERRAN STREET** | | |
| **POWAY, CA 92064** | **Basis for the claim:** _Trade Related_ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,119.55** |
| **SHORELINE WATER DISTRICT** | ☐ Contingent | |
| **P.O. BOX 55367** | ■ Unliquidated | |
| **SHORELINE, WA 98155-0367** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Utilities_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,087.72** |
| **SHRED-IT USA INC** | ☐ Contingent | |
| **PO BOX  101007** | ■ Unliquidated | |
| **PASADENA, CA 91189-1007** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Utilities_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,064.00** |
| **SHUBH SOLUTIONS LLC** | ☐ Contingent | |
| **ATTN: ACCOUNTING TEAM** | ☐ Unliquidated | |
| **10225 BARNES CANYON RD** | ☐ Disputed | |
| **A206** | | |
| **SAN DIEGO, CA 92121-2734** | **Basis for the claim:** _Trade Related_ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,549.32** |
| **SIC-LAKESIDE DRIVE LLC** | ☐ Contingent | |
| **ACCOUNT #432730883** | ☐ Unliquidated | |
| **P.O. BOX 7656** | ☐ Disputed | |
| **SAN FRANCISCO, CA 94120-7656** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Related_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.229 3**

**Nonpriority creditor's name and mailing address**
**SIC-LAKESIDE DRIVE LLC**
**ACCOUNT #432730883**
**P.O. BOX 7656**
**SAN FRANCISCO, CA 94120-7656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$11,134.71**

---

**3.229 4**

**Nonpriority creditor's name and mailing address**
**SIC-LAKESIDE DRIVE LLC**
**ACCOUNT #432730883**
**P.O. BOX 7656**
**SAN FRANCISCO, CA 94120-7656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$561.58**

---

**3.229 5**

**Nonpriority creditor's name and mailing address**
**SIEMENS INDUSTRY INC**
**ATTN: JENNIFER THORNE**
**100 TECHNOLOGY DRIVE**
**ALPHARETTA, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$55,648.52**

---

**3.229 6**

**Nonpriority creditor's name and mailing address**
**SIEMENS INDUSTRY, INC.**
**BUILDING TECHNOLOGIES**
**PO BOX 2134**
**CAROL STREAM, IL 60132-2134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$13,554.70**

---

**3.229 7**

**Nonpriority creditor's name and mailing address**
**SIERRA SPRINGS**
**DS WATERS OF AMERICA**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$375.83**

---

**3.229 8**

**Nonpriority creditor's name and mailing address**
**SIERRA TOWN CENTER HOLDINGS LLC**
**ATTN: SHARYN BRIESE**
**4755 DEAN MARTIN DRIVE**
**LAS VEGAS, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$7,666.10**

---

**3.229 9**

**Nonpriority creditor's name and mailing address**
**SIERRA VINEYARD LLC**
**P.O. BOX 86216**
**LOAN #45385-46142**
**LOS ANGELES, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$22,367.37**

---

Debtor  **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known)  **20-11561**

---

| 3.230 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,076.33** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**SIGLER WHOLESALE DISTRIBUTORS**
**ATTN: ANDREA TERAN**
**P.O. BOX 749472**
**LOS ANGELES, CA 90074-9472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 1 |

**Nonpriority creditor's name and mailing address**
**SIGLER WHOLESALE DISTRIBUTORS**
**ATTN: ANDREA TERAN**
**P.O. BOX 749472**
**LOS ANGELES, CA 90074-9472**

Date(s) debt was incurred _

Last 4 digits of account number _

**$7,909.41**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Purchase of fixed assets__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.230 2 |

**Nonpriority creditor's name and mailing address**
**SIGNMANAGER INC**
**123 CENTER PARK DRIVE**
**SUITE 203**
**KNOXVILLE, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

**$53,391.35**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 3 |

**Nonpriority creditor's name and mailing address**
**SIGNMANAGER INC**
**123 CENTER PARK DRIVE**
**SUITE 203**
**KNOXVILLE, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

**$7,383.99**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Purchase of fixed assets__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 4 |

**Nonpriority creditor's name and mailing address**
**SILVERADO RANCH CENTER II LLC**
**ATTN: CARMEN ZELLER**
**10655 PARK RUN DR**
**SUITE 160**
**LAS VEGAS, NV 89144-4590**

Date(s) debt was incurred _

Last 4 digits of account number _

**$192,311.22**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 5 |

**Nonpriority creditor's name and mailing address**
**SILVERADO RANCH CENTER II LLC**
**ATTN: CARMEN ZELLER**
**10655 PARK RUN DR**
**SUITE 160**
**LAS VEGAS, NV 89144-4590**

Date(s) debt was incurred _

Last 4 digits of account number _

**$0.00**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.230 6**

**Nonpriority creditor's name and mailing address**
SINCH AMERICA INC
ATTN: BARRY SNOWER
PO BOX 392159
PITTSBURGH, PA 15251-9159

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$12,060.11**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**
SINCH AMERICA INC
ATTN: BARRY SNOWER
PO BOX 392159
PITTSBURGH, PA 15251-9159

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Marketing software__

Is the claim subject to offset? ■ No ☐ Yes

**$3,995.44**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**
SINCH AMERICA INC
ATTN: BARRY SNOWER
PO BOX 392159
PITTSBURGH, PA 15251-9159

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$871.23**

---

**3.230 9**

**Nonpriority creditor's name and mailing address**
SIRVA MOVE MANAGEMENT INC
ATTN: BRAD HANNA
101 E. WASHINGTON BLVD
SUITE 1100
FORT WAYNE, IN 46802

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$6,839.94**

---

**3.231 0**

**Nonpriority creditor's name and mailing address**
SITKO BRUNO LLC
2740 SMALLMAN STREET
SUITE 300
PITTSBURGH, PA 15222

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$4,945.21**

---

**3.231 1**

**Nonpriority creditor's name and mailing address**
SIUS ELECTRIC CORPORATION
ATTN: DANIEL SIU
500 ALA KAWA STREET #116A
HONOLULU, HI 96817

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$678.80**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.231
2**

**Nonpriority creditor's name and mailing address**
**SKAU TIM**
**731 OWEN DRIVE APT C**
**HUNTINGTON BEACH, CA 92648**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$315.12**

---

**3.231
3**

**Nonpriority creditor's name and mailing address**
**SKOLEM GROUP LLC**
**ATTN: ANGELA WONG**
**BP INTERNATIONAL INC**
**650 W. DUARTE ROAD**
**ARCADIA, CA 91007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$102,486.43**

---

**3.231
4**

**Nonpriority creditor's name and mailing address**
**SKULLCANDY INC**
**ATTN: ROB LEO**
**PO BOX 677974**
**DALLAS, TX 75267-7974**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$59,306.07**

---

**3.231
5**

**Nonpriority creditor's name and mailing address**
**SLACK TECHNOLOGIES INC**
**ATTN: KYLE SHACKLEY**
**500 HOWARD ST**
**SAN FRANCISCO, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,304.10**

---

**3.231
6**

**Nonpriority creditor's name and mailing address**
**SLI SYSTEMS INC**
**401 CONGRESS AVE**
**SUITE # 2650**
**AUSTIN, TX 78701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing software**

Is the claim subject to offset? ■ No ☐ Yes

**$12,333.33**

---

**3.231
7**

**Nonpriority creditor's name and mailing address**
**SLI SYSTEMS INC**
**ATTN: TY FITZPATRICK**
**268 BUSH STREET**
**#3900**
**SAN FRANCISCO, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,610.79**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number _(if known)_ | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.231 8**

**Nonpriority creditor's name and mailing address**
**SMA ARCHITECTS PC**
**ATTN: NACY MEIER**
**115 W MAIN ST**
**ALLEN, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,496,710.89**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**
**SMART PLUMBING AND DRAIN INC**
**ATTN: MAR LABONETE**
**2268 WESTBOROUGH BLVD**
**# 302255**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,020.00**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**
**SMARTBEAR SOFTWARE INC**
**ATTN: LEAB EM**
**450 ARTISAN WAY**
**4TH FLOOR**
**SOMERVILLE, MA 02145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,121.49**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**
**SMBP LLC**
**ATTN: ALLEN MORLA**
**800 BOYLSTON STREET**
**SUITE 1900**
**BOSTON, MA 02199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$432,071.80**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**
**SMBP LLC**
**P.O. BOX 102171**
**PASADENA, CA 91189-2171**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$11,498.66**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**
**SNOHOMISH COUNTY TREASURER**
**P.O. BOX 34171**
**SEATTLE, WA 98124-1171**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$7,838.73**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.232
4**

**Nonpriority creditor's name and mailing address**
**SNOHOMISH COUNTY TREASURER**
**P.O. BOX 34171**
**SEATTLE, WA 98124-1171**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,680.00**

---

**3.232
5**

**Nonpriority creditor's name and mailing address**
**SO - MCKINLEY LLC**
**SHOPONE CENTERS OPERATING**
**P.O. BOX 74895**
**CHICAGO, IL 60694-4895**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$200,003.24**

---

**3.232
6**

**Nonpriority creditor's name and mailing address**
**SOCM I LLC**
**1600 E FRANKLIN AVENUE**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$251,160.10**

---

**3.232
7**

**Nonpriority creditor's name and mailing address**
**SOCM I LLC**
**1600 E FRANKLIN AVENUE**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$56,441.38**

---

**3.232
8**

**Nonpriority creditor's name and mailing address**
**SOFTCHOICE CORPORATION**
**5120 SHOREHAM PLACE, SUITE 270**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,543.12**

---

**3.232
9**

**Nonpriority creditor's name and mailing address**
**SOFTTEK INTEGRATION SYSTEMS INC**
**ATTN: EVELYN SILVA**
**2002 SUMMIT BLVD**
**SUITE 300**
**ATLANTA, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,699,391.29**

---

**3.233
0**

**Nonpriority creditor's name and mailing address**
**SOFTTEK INTEGRATION SYSTEMS INC**
**2002 SUMMIT BLVD**
**SUITE 300**
**ATLANTA, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$127,209.60**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

**3.233
1**

**Nonpriority creditor's name and mailing address**

**SOFTTEK INTEGRATION SYSTEMS INC**
**ATTN: EVELYN SILVA**
**2002 SUMMIT BLVD**
**SUITE 300**
**ATLANTA, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Software development

Is the claim subject to offset? ☑ No ☐ Yes

**$61,120.00**

---

**3.233
2**

**Nonpriority creditor's name and mailing address**

**SOLIS,JOSE A**
**971 BROOKWOOD AVE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance

Is the claim subject to offset? ☑ No ☐ Yes

**$3,000.00**

---

**3.233
3**

**Nonpriority creditor's name and mailing address**

**SOOS CREEK WATER & SEWER DISTRICT**
**PO BOX 34677**
**SEATTLE, WA 98124-1677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ☑ No ☐ Yes

**$2,628.69**

---

**3.233
4**

**Nonpriority creditor's name and mailing address**

**SOUTH FARMINGDALE WATER DISTRICT**
**P.O. BOX 71420**
**PHILADELPHIA, PA 19176-1420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ☑ No ☐ Yes

**$802.27**

---

**3.233
5**

**Nonpriority creditor's name and mailing address**

**SOUTH SAN FRANCISCO SCAVENGER CO**
**INC**
**500 EAST JAMIE COURT**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ☑ No ☐ Yes

**$5,260.92**

---

**3.233
6**

**Nonpriority creditor's name and mailing address**

**SOUTH SAN FRANCISCO SCAVENGER CO**
**INC**
**500 EAST JAMIE COURT**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ☑ No ☐ Yes

**$613.77**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.233 7**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA EDISON**
**P.O. BOX 600**
**ROSEMEAD, CA 91771-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

**$108,357.77**

---

**3.233 8**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA EDISON**
**ATTN: CHARLIE LUCERO**
**P.O. BOX 600**
**ROSEMEAD, CA 91771-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related **

Is the claim subject to offset? ■ No ☐ Yes

**$20,996.59**

---

**3.233 9**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA GAS COMPANY**
**PO BOX C**
**MONTEREY PARK, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

**$4,122.72**

---

**3.234 0**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA GAS COMPANY**
**PO BOX C**
**MONTEREY PARK, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

**$1,005.33**

---

**3.234 1**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA GAS COMPANY**
**PO BOX C**
**MONTEREY PARK, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Related **

Is the claim subject to offset? ■ No ☐ Yes

**$404.19**

---

**3.234 2**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA WATER**
**10852 S. CHERRY STREET**
**LOS ALAMITOS, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

**$445.95**

---

**3.234 3**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA WATER**
**10852 S. CHERRY STREET**
**LOS ALAMITOS, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

**$207.00**

---

Debtor   **24 Hour Fitness USA, Inc.**                                Case number *(if known)*   **20-11561**
         Name

---

**3.234
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$40.49**

**SOUTHERN CALIFORNIA WATER**                                         ☐ Contingent
**10852 S. CHERRY STREET**                                            ☐ Unliquidated
**LOS ALAMITOS, CA 90720**                                            ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Trade Related**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$437.50**

**SOUTHERN UNION GAS**                                                ☐ Contingent
**PO BOX 981041**                                                     ■ Unliquidated
**ELPASO, TX 79998-1041**                                             ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Utilities**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$415,411.07**

**SOUTHGLENN PROPERTY HOLDINGS LLC**                                  ☐ Contingent
**PO BOX 843524**                                                     ☐ Unliquidated
**LOS ANGELES, CA 90084**                                             ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Trade Related**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$86,971.75**

**SOUTHGLENN PROPERTY HOLDINGS LLC**                                  ☐ Contingent
**PO BOX 843524**                                                     ■ Unliquidated
**LOS ANGELES, CA 90084**                                             ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$29,455.77**

**SOUTHPORT MARKETING INC**
**ATTN: COLUM RUSSI**                                                 ☐ Contingent
**3233 MISSION OAKS BOULEVARD**                                       ☐ Unliquidated
**UNIT J**                                                            ☐ Disputed
**CAMARILLO, CA 93012**

Date(s) debt was incurred _                                          Basis for the claim:  **Trade Related**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$216.47**

**SOUTHWEST GAS CORPORATION**                                         ☐ Contingent
**P.O. BOX 98890**                                                    ☐ Unliquidated
**LAS VEGAS, NV 89150-0101**                                          ☐ Disputed

Date(s) debt was incurred _                                          Basis for the claim:  **Trade Related**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$2,170.67**

**SP PLUS CORPORATION**                                               ☐ Contingent
**MONTHLY PARKER TLM**                                                ☐ Unliquidated
**8391 COLLECTION CENTER DRIVE**                                      ☐ Disputed
**CHICAGO, IL 60693-0083**

Date(s) debt was incurred _                                          Basis for the claim:  **Trade Related**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.235 1**

**Nonpriority creditor's name and mailing address**

**SPARKLETTS DRINKING WATER
DS WATERS OF AMERICA LP
PO BOX 660579
DALLAS, TX 75266-0579**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$24.13**

---

**3.235 2**

**Nonpriority creditor's name and mailing address**

**SPARTAN RACE INC
ATTN: ZAC BIESIADA
234 CONGRESS ST
5TH FLOOR
BOSTON, MA 02110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$53,100.88**

---

**3.235 3**

**Nonpriority creditor's name and mailing address**

**SPARTAN RACE INC
234 CONGRESS ST
5TH FLOOR
BOSTON, MA 02110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$14,544.60**

---

**3.235 4**

**Nonpriority creditor's name and mailing address**

**SPECIALTY FITNESS SYSTEMS LLC
ATTN: ROD GRIFFIN
PO BOX 790
FRANKLIN, PA 16323-6209**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$17,574.00**

---

**3.235 5**

**Nonpriority creditor's name and mailing address**

**SPECTRUM MOBILE INC
2474 WALNUT STREET, # 216
CARY, NC 27518**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Telecom**

Is the claim subject to offset? ■ No ☐ Yes

**$7.09**

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

**SPENCER STUART
ATTN: SPENCER STUART
P.O. BOX 98991
CHICAGO, IL 60693**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$73,270.00**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

---

**3.2357**

**Nonpriority creditor's name and mailing address**
SPIEGEL & SPIEGEL
MONEY PURCHASE PENSION
C/O SAMCO PROPERTIES
DEERFIELD BEACH, FL 33441

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$73,380.82**

---

**3.2358**

**Nonpriority creditor's name and mailing address**
SPIRIT CC AURORA CO LLC
ATTN: RAYNA SMALL
P.O. BOX 206453
DALLLAS, TX 75320-6453

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$152,821.52**

---

**3.2359**

**Nonpriority creditor's name and mailing address**
SPIRIT MASTER FUNDING X LLC
SPIRIT REALTY LP
P.O.BOX 206453
DALLAS, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$307,178.29**

---

**3.2360**

**Nonpriority creditor's name and mailing address**
SPIRIT MASTER FUNDING X LLC
SPIRIT REALTY LP
P.O. BOX 206453
DALLAS, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$12,850.82**

---

**3.2361**

**Nonpriority creditor's name and mailing address**
SPORT TECH CORPORATION
ATTN: NANCY SUTTON
12264 BOULDER PASS
MILFORD, MI 48380

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$122,596.00**

---

**3.2362**

**Nonpriority creditor's name and mailing address**
SPORTS RESEARCH CORPORATION
ATTN: MARIE PEDERSEN
784 W CHANNEL ST
SAN PEDRO, CA 90731-1443

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$67,327.20**

---

**3.2363**

**Nonpriority creditor's name and mailing address**
SPRING CYPRESS UTILITY TX
13518 ALDINE WEST FIELD
HOUSTON, TX 77039

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$128.51**

---

Debtor    **24 Hour Fitness USA, Inc.**                     Case number (if known)   **20-11561**
Name

---

| 3.236 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207,381.16** |

**SPRING SHOPPING CENTER LLC**
**ATTN: WADE WEIMAN**
**P.O. BOX 34486**
**LOS ANGELES, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,010.13** |

**SPRING SHOPPING CENTER LLC**
**P.O. BOX 34486**
**LOS ANGELES, CA 90035**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Real Property Tax__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,319.28** |

**SPRINKLR INC**
**ATTN: ALEX JANIN**
**29 WEST 35 ST**
**8TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,187.50** |

**SPRINKLR INC**
**29 WEST 35 ST**
**8TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Professional Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286.27** |

**SPRINT-NATIONAL ACCOUNTS**
**P.O. BOX 79255**
**CITY OF INDUSTRY, CA 91716-9260**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,600.00** |

**SPROSTY NETWORK LLC**
**ATTN: CARRIE**
**2625 CASTILLA ISLE**
**FORT LAUDERDALE, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Related__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.237 0**

**Nonpriority creditor's name and mailing address**
**SPS COMMERCE INC**
**333 SOUTH SEVENTH STREET**
**SUITE 1000**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,584.34**

---

**3.237 1**

**Nonpriority creditor's name and mailing address**
**SR19 MARK II PORTFOLIO LLC**
**SR COMMERCIAL**
**315 S. COAST HWY 101**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$146,909.93**

---

**3.237 2**

**Nonpriority creditor's name and mailing address**
**SR19 MARK II PORTFOLIO LLC**
**SR COMMERCIAL**
**315 S. COAST HWY 101**
**ENCINITAS, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ☐ No ☐ Yes

**$11,675.37**

---

**3.237 3**

**Nonpriority creditor's name and mailing address**
**SSS HIGHLAND PLAZA LLC**
**3657 BRIARPARK DRIVE**
**SUITE 188**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$216,591.27**

---

**3.237 4**

**Nonpriority creditor's name and mailing address**
**SSS HIGHLAND PLAZA LLC**
**3657 BRIARPARK DRIVE**
**SUITE 188**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$121,538.38**

---

**3.237 5**

**Nonpriority creditor's name and mailing address**
**SSS HIGHLAND PLAZA LLC**
**3657 BRIARPARK DRIVE**
**SUITE 188**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$10,096.18**

---

**3.237 6**

**Nonpriority creditor's name and mailing address**
**STACEY WENDELL ERVIN**
**ATTN: STACEY ERVIN JR.**
**2568 PASSAMONTE DRIVE**
**WINTER PARK, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**STAHL INVESTMENTS**
**ATTN: KATIE PANARRA**
**105 2ND ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$219,780.11**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

**STANDARD PARKING, INC.**
**3699 WILSHIRE BLVD, SUITE 880**
**LOS ANGELES, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

**STANDARD REGISTER**
**P.O. BOX 840655**
**DALLAS, TX 75284-0655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Product held at Vendor

Is the claim subject to offset? ☐ No  ☐ Yes

**$193,266.00**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

**STANDARD REGISTER INC**
**ATTN: KAREN THOMPSON**
**600 ALBANY STREET**
**DAYTON, OH 45417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$314,946.17**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

**STANDARD WASTE SERVICE**
**21 EDGEBORO RD**
**EAST BRUNSWICK, NJ 08816**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$1,282.35**

---

**3.238 2**

**Nonpriority creditor's name and mailing address**

**STANLEY CONVERGENT SECURITY**
**SOLUTIONS**
**ATTN: JAMIE SANCHEZ**
**DEPT CH 10651**
**PALATINE, IL 60055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase of fixed assets

Is the claim subject to offset? ■ No  ☐ Yes

**$29,684.21**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.238.3**

**Nonpriority creditor's name and mailing address**

**STANLEY CONVERGENT SECURITY SOLUTIONS**
**ATTN: JAMIE SANCHEZ**
**DEPT CH 10651**
**PALATINE, IL 60055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

**Is the claim subject to offset?** ☐ No ☐ Yes

**$3,162.44**

---

**3.238.4**

**Nonpriority creditor's name and mailing address**

**STANLEY CONVERGENT SECURITY SOLUTIONS**
**ATTN: JAMIE SANCHEZ**
**DEPT CH 10651**
**PALATINE, IL 60055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Trade Related**

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,356.94**

---

**3.238.5**

**Nonpriority creditor's name and mailing address**

**STAPLES CONTRACT & COMMERCIAL LLC**
**ATTN: STEVE SEIGNIOUS**
**PO BOX 70242**
**PHILADELPHIA, PA 19176-0242**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,845,178.41**

---

**3.238.6**

**Nonpriority creditor's name and mailing address**

**STAPLES CONTRACT & COMMERCIAL LLC**
**STAPLES PROMOTIONAL PRODUCTS BIN 150003**
**PO BOX 88003**
**MILWAUKEE, WI 53288-8003**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee uniforms inventory held at vendor**

**Is the claim subject to offset?** ☐ No ☐ Yes

**$144,727.00**

---

**3.238.7**

**Nonpriority creditor's name and mailing address**

**STAPLES CONTRACT & COMMERCIAL LLC**
**ATTN: STEVE SEIGNIOUS**
**PO BOX 70242**
**PHILADELPHIA, PA 19176-0242**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Janitorial supplies**

**Is the claim subject to offset?** ■ No ☐ Yes

**$17,899.85**

---

**3.238.8**

**Nonpriority creditor's name and mailing address**

**STAR FIRE PROTECTION COMPANY**
**ATTN: JOHN MA**
**& INFINITY MONITORING CO**
**224-50 BRADDOCK AVENUE**
**QUEENS VILLAGE, NY 11428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,358.90**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

| 3.238 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00** |
|---|---|---|---|

**STAR FIRE PROTECTION COMPANY**
**ATTN: JOHN MA**
**& INFINITY MONITORING CO**
**224-50 BRADDOCK AVENUE**
**QUEENS VILLAGE, NY 11428**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Repairs & Maintenance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$162,082.30** |
|---|---|---|---|

**STAR-WEST SOLANO, LLC**
**591 WEST PUTNAM AVENUE**
**GREENWICH, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Related

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$103,986.94** |
|---|---|---|---|

**STAR-WEST SOLANO, LLC**
**PO BOX 398001**
**SAN FRANCISCO, CA 94139-8001**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Real Property Tax

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168,349.61** |
|---|---|---|---|

**STARBOARD MANAGEMENT SERVICES**
**LLC**
**ATTN: RYAN DIXON**
**19100 VON KARMAN AVENUE**
**SUITE 340**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Related

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,638.92** |
|---|---|---|---|

**STARBOARD MANAGEMENT SERVICES**
**LLC**
**C/O CBC ADVISORS**
**PO BOX 712139**
**COTTONWOOD, UT 84171**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Real Property Tax

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,031.00** |
|---|---|---|---|

**STATE BOARD OF EQUALIZATION**
**P.O. BOX 942879**
**SACRAMENTO, CA 94279-8064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Related

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **24 Hour Fitness USA, Inc.**
_____
Name

Case number (*if known*) **20-11561**

| | |
|---|---|
| 3.239 5 | |

**Nonpriority creditor's name and mailing address**

**STATE OF CONNECTICUT**
**DEPARTMENT OF REVENUE SERVICES**
**P.O. BOX 5089**
**HARTFORD, CT 06102-5089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$171.33**

---

| | |
|---|---|
| 3.239 6 | |

**Nonpriority creditor's name and mailing address**

**STATE OF NEW JERSEY**
**DEPT. OF LABOR AND WORKFORCE DEV.**
**BUREAU OF BOILER AND PRESSURE**
**VESSELS**
**TRENTON, NJ 08625-0392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| | |
|---|---|
| 3.239 7 | |

**Nonpriority creditor's name and mailing address**

**STATE STREET**
**ATTN:  CHRISTY RENN**
**200 CLARENDON ST., 14TH FLOOR**
**BOSTON, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$99,516.24**

---

| | |
|---|---|
| 3.239 8 | |

**Nonpriority creditor's name and mailing address**

**STC GARDENWALK LLC**
**ATTN: ERIC YANG**
**C/O STC  MANAGEMENT**
**10722 BEVERLY BOULEVARD**
**WHITTIER, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$165,197.45**

---

| | |
|---|---|
| 3.239 9 | |

**Nonpriority creditor's name and mailing address**

**STC GARDENWALK LLC**
**ATTN: ERIC YANG**
**C/O STC  MANAGEMENT**
**10722 BEVERLY BOULEVARD**
**WHITTIER, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$28,444.71**

---

| | |
|---|---|
| 3.240 0 | |

**Nonpriority creditor's name and mailing address**

**STC GARDENWALK LLC**
**ATTN: ERIC YANG**
**C/O STC  MANAGEMENT**
**10722 BEVERLY BOULEVARD**
**WHITTIER, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Parking**

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.240**
**1**

**Nonpriority creditor's name and mailing address**

**STEP FITNESS & RECREATION, INC.**
**ATTN: LYLE RAY IRWIN**
**2130 NEWMARKET PARKWAY**
**MARIETTA, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$10,111.00**

---

**3.240**
**2**

**Nonpriority creditor's name and mailing address**

**STEVE PADIS JEWELRY PLUS**
**ENTERPRISES INC**
**ATTN: SCOTT MILLER**
**888 BRANNAN STREET**
**SUITE 128**
**SAN FRANCISCO, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$142,654.74**

---

**3.240**
**3**

**Nonpriority creditor's name and mailing address**

**STEVE PADIS JEWELRY PLUS**
**ENTERPRISES INC**
**888 BRANNAN STREET**
**SUITE 128**
**SAN FRANCISCO, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$70,973.27**

---

**3.240**
**4**

**Nonpriority creditor's name and mailing address**

**STONER ELECTRIC INC**
**ATTN: KIM MATTESON**
**1904 SE OCHOCO ST**
**MILWAUKIE, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$5,712.35**

---

**3.240**
**5**

**Nonpriority creditor's name and mailing address**

**STRATA FITNESS CENTER LP**
**ATTN: ANDREW GORDON**
**4370 LA JOLLA VILLAGE DRIVE**
**SUITE 960**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$128,266.67**

---

**3.240**
**6**

**Nonpriority creditor's name and mailing address**

**STRATA FITNESS CENTER LP**
**ATTN: ANDREW GORDON**
**4370 LA JOLLA VILLAGE DRIVE**
**SUITE 960**
**SAN DIEGO, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$70,465.93**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.240
7**

**Nonpriority creditor's name and mailing address**
**STRIPE SPECIALIST LLC**
**ATTN: FARHAD MADANI**
**P.O. BOX 92484**
**AUSTIN, TX 78709-2484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$2,489.75

---

**3.240
8**

**Nonpriority creditor's name and mailing address**
**SUBURBAN EAST SALEM WATER DISTRICT**
**3805 LABRANCH ST. SE**
**SALEM, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$138.18

---

**3.240
9**

**Nonpriority creditor's name and mailing address**
**SUBURBAN GARBAGE SERVICE**
**ATTN: ART KUENZI**
**BGL INC.**
**6075 STATE STREET**
**SALEM, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$695.56

---

**3.241
0**

**Nonpriority creditor's name and mailing address**
**SUBURBAN GARBAGE SERVICE**
**BGL INC.**
**6075 STATE STREET**
**SALEM, OR 97301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$162.30

---

**3.241
1**

**Nonpriority creditor's name and mailing address**
**SUBURBAN WATER SYSTEMS**
**1211 E. CENTER COURT DR.**
**COVINA, CA 91724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$786.33

---

**3.241
2**

**Nonpriority creditor's name and mailing address**
**SUBURBAN WATER SYSTEMS**
**ATTN: LISA HIGGINS**
**1211 E. CENTER COURT DR.**
**COVINA, CA 91724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$302.05

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.241
3**

**Nonpriority creditor's name and mailing address**

**SUN SEASON PRODUCTS, INC.**
**ATTN: BEN BONDS**
**P.O. BOX 4890**
**WALNUT CREEK, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$2,752.28**

---

**3.241
4**

**Nonpriority creditor's name and mailing address**

**SUN WEST PLUMBING**
**ATTN: HEDDA EVANS**
**9889 HIBERT ST.**
**SUITE D**
**SAN DIEGO, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$1,357.39**

---

**3.241
5**

**Nonpriority creditor's name and mailing address**

**SUNBREWER PARTNERS LP**
**PLAZA RANCHO PENASQUITOS**
**P.O. BOX 848520**
**LOS ANGELES, CA 90084-8520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$222,522.01**

---

**3.241
6**

**Nonpriority creditor's name and mailing address**

**SUNBREWER PARTNERS LP**
**PLAZA RANCHO PENASQUITOS**
**P.O. BOX 848520**
**LOS ANGELES, CA 90084-8520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$22,267.24**

---

**3.241
7**

**Nonpriority creditor's name and mailing address**

**SUNBREWER PARTNERS LP**
**PLAZA RANCHO PENASQUITOS**
**P.O. BOX 848520**
**LOS ANGELES, CA 90084-8520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$271.60**

---

**3.241
8**

**Nonpriority creditor's name and mailing address**

**SUNNYBROOK RIDGE OWNERS CARE OF**
**DOUG**
**ATTN: AMIE CALHOUM**
**C/O DOUG BEAN & ASSOCIATES INC**
**PO BOX 2519**
**PORTLAND, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$277,734.54**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.241 9**

**Nonpriority creditor's name and mailing address**
**SUNNYBROOK RIDGE OWNERS CARE OF DOUG**
**ATTN: AMIE CALHOUM**
**C/O DOUG BEAN & ASSOCIATES INC**
**PO BOX 2519**
**PORTLAND, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$18,085.50**

---

**3.242 0**

**Nonpriority creditor's name and mailing address**
**SUNNYVALE SHOPPING CENTER**
**PO BOX 398217**
**SAN FRANCISCO, CA 94139-8217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$451,969.74**

---

**3.242 1**

**Nonpriority creditor's name and mailing address**
**SUNNYVALE SHOPPING CENTER**
**PO BOX 398217**
**SAN FRANCISCO, CA 94139-8217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$3,136.88**

---

**3.242 2**

**Nonpriority creditor's name and mailing address**
**SUNSET POOL, INC**
**ATTN: BOB KIANI**
**1808-1 I STREET N.W. SUITE 201**
**WASHINGTON, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$59,145.25**

---

**3.242 3**

**Nonpriority creditor's name and mailing address**
**SUNSHINE MZL LLC**
**ATTN: DAVID MCFARLANE**
**C/O KATZ PROPERTIES**
**254 WEST 31ST STREET**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$227,019.02**

---

**3.242 4**

**Nonpriority creditor's name and mailing address**
**SUNSHINE MZL LLC**
**ATTN: DAVID MCFARLANE**
**C/O KATZ PROPERTIES**
**254 WEST 31ST STREET**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$35,783.81**

---

Debtor   **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known)   **20-11561**

---

| 3.242 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNSHINE RECYCLING OF SWFL LLC**
**5235 RAMSEY WAY SUITE 18,**
**FORT MYERS, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$588.22**

---

| 3.242 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNSHINE RECYCLING OF SWFL LLC**
**5235 RAMSEY WAY**
**SUITE 18**
**FORT MYERS, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$336.50**

---

| 3.242 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNSHINE WATER SOFTENERS AND MORE**
**ATTN: TAMI GRIFFIN**
**4635 RUFFNER ST**
**SAN DIEGO, CA 92111-2217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$485.66**

---

| 3.242 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNSHINE WATER SOFTENERS AND MORE**
**ATTN: TAMI GRIFFIN**
**4635 RUFFNER ST**
**SAN DIEGO, CA 92111-2217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$99.02**

---

| 3.242 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNVALLEY SHOPPING CENTER LLC**
**DEPARTMENT 57901**
**P.O. BOX 67000**
**DETROIT, MI 48267-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$337,107.48**

---

| 3.243 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUNVALLEY SHOPPING CENTER LLC**
**DEPARTMENT 57901**
**P.O. BOX 67000**
**DETROIT, MI 48267-0579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$303,500.44**

---

| 3.243 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SUPREME SECURITY SYSTEMS INC**
**ATTN: JOAN BRANCH**
**PO BOX 3878**
**UNION, NJ 07083-1890**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,198.56**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**SURPRENANT DREW**
**2600 W 7TH ST**
**APT 1307**
**FORT WORTH, TX 76107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$107.93

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

**SUSAN M LEARY**
**261 BALCETA CT**
**DANVILLE, CA 94526**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**SW3LH LLC**
**9595 WILSHIRE BLVD**
**SUITE 710**
**BEVERLY HILLS, CA 90212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$266,403.53

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

**SW3LH LLC**
**9595 WILSHIRE BLVD**
**SUITE 710**
**BEVERLY HILLS, CA 90212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$134,783.27

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

**SW3LH LLC**
**9595 WILSHIRE BLVD**
**SUITE 710**
**BEVERLY HILLS, CA 90212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$8,211.20

---

**3.243 7**

**Nonpriority creditor's name and mailing address**

**SW3LH LLC**
**9595 WILSHIRE BLVD**
**SUITE 710**
**BEVERLY HILLS, CA 90212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$1,076.84

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

**SWEETWATER AUTHORITY**
**505 GARRETT AVENUE**
**CHULA VISTA, CA 91910**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$1,157.25

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.243
9**

**Nonpriority creditor's name and mailing address**

**SWEETWATER AUTHORITY
505 GARRETT AVENUE
CHULA VISTA, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$116.62**

---

**3.244
0**

**Nonpriority creditor's name and mailing address**

**SWITCH COMMUNICATIONS GROUP LLC
ATTN: LESLEY MCVAY
PO BOX 400850
LAS VEGAS, NV 89140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$127,744.95**

---

**3.244
1**

**Nonpriority creditor's name and mailing address**

**SWITCH COMMUNICATIONS GROUP LLC
PO BOX 400850
LAS VEGAS, NV 89140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$6,272.86**

---

**3.244
2**

**Nonpriority creditor's name and mailing address**

**SYNDIGO LLC
ATTN: HEATHER SEEGO
2200 WESTERN CT # 110
LISLE, IL 60532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$18,987.50**

---

**3.244
3**

**Nonpriority creditor's name and mailing address**

**T FARESE & SONS
PO BOX 23
BELLEVILLE, NJ 07109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$40.03**

---

**3.244
4**

**Nonpriority creditor's name and mailing address**

**T24 LLC
ATTN: ALAN JOHANSEN
2602 SOUTH 38TH STREET
SUITE # 101
TACOMA, WA 98409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$191,441.21**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.244
5**

**Nonpriority creditor's name and mailing address**

**T24 LLC
ATTN: ALAN JOHANSEN
2602 SOUTH 38TH STREET
SUITE # 101
TACOMA, WA 98409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$54,573.73**

---

**3.244
6**

**Nonpriority creditor's name and mailing address**

**TABLER,MARIA L
11816 GREENBRIER LN
GRAND TERRACE, CA 92313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,000.00**

---

**3.244
7**

**Nonpriority creditor's name and mailing address**

**TALX UC EXPRESS
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$28,752.00**

---

**3.244
8**

**Nonpriority creditor's name and mailing address**

**TARRANT COUNTY TAX COLLECTOR
P.O. BOX 961018
FORT WORTH, TX 76161-0018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$118,350.00**

---

**3.244
9**

**Nonpriority creditor's name and mailing address**

**TAX ASSESSOR-COLLECTOR, COLLIN
COUNTY
2300 BLOOMDALE ROAD
STE 2324
MCKINNEY, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$78,935.50**

---

**3.245
0**

**Nonpriority creditor's name and mailing address**

**TAX COLLECTOR - ALAMEDA COUNTY
1221 OAK STREET
SUITE 536
OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$332,754.74**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.245**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,442.00** |
|---|---|---|
| **TAX COLLECTOR - ALAMEDA COUNTY**<br>**1221 OAK STREET**<br>**SUITE 536**<br>**OAKLAND, CA 94612** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Personal Property Tax** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.245**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,147.87** |
|---|---|---|
| **TAX COMPLIANCE, INC**<br>**ATTN: HARRY DEAN BILLIPS**<br>**13500 EVENING CREEK DRIVE N.**<br>**SUITE 500**<br>**SAN DIEGO, CA 92128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.245**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$467.91** |
|---|---|---|
| **TAYLOR COMMUNICATIONS INC**<br>**ATTN: JOYCE CORDIE**<br>**PO BOX 95074**<br>**CHICAGO, IL 60694** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Repairs & Maintenance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.245**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.22** |
|---|---|---|
| **TAYLORSVILLE-BENNION IMPROVEMENT**<br>**DIST.**<br>**P.O. BOX 27513**<br>**SALT LAKE CITY, UT 84127-0513** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.245**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,797.96** |
|---|---|---|
| **TCS PLUMBING**<br>**ATTN: AMBER STUFFT**<br>**TCS PLUMBING**<br>**700 BUSINESS PARKWAY**<br>**RICHARDSON, TX 75081-5017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.245**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,047.72** |
|---|---|---|
| **TECHNOGYM USA CORP.**<br>**ATTN: CLAUDIA BELLINI AND**<br>**FRANCESCO BORGHEAL**<br>**830 FOURTH AVENUE SOUTH STE.300**<br>**SEATTLE, WA 98134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Related** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known) **20-11561**

---

| 3.245 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TECO PEOPLES GAS**
**P.O. BOX 31017**
**TAMPA, FL 33631-3017**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$482.49**

---

| 3.245 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TELECOMMUNICATION SYSTEMS IN**
**ATTN: LINDA HEATH**
**275 WEST ST**
**ANNAPOLIS, MD 21401-3463**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$16,328.22**

---

| 3.245 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TEMECULA TOWN CENTER OWNER LLC**
**ATTN: IVETTE BARNETT**
**4340 VON KARMAN AVENUE**
**SUITE 110**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$283,360.37**

---

| 3.246 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TEMECULA TOWN CENTER OWNER LLC**
**ATTN: IVETTE BARNETT**
**4340 VON KARMAN AVENUE**
**SUITE 110**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,640.09**

---

| 3.246 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TENCOM ASSOCIATES LLC**
**ATTN: KELIANN SALADO**
**C/O COLLIERS INTERNATIONAL**
**301 UNIVERSITY AVENUE**
**SACRAMENTO, CA 95825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$90,475.88**

---

| 3.246 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TENCOM ASSOCIATES LLC**
**C/O COLLIERS INTERNATIONAL**
**301 UNIVERSITY AVENUE**
**SACRAMENTO, CA 95825**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$296.58**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.246
3**

**Nonpriority creditor's name and mailing address**

**TERESA M AWAA
344 COVERED BRIDGE DR
FORT WORTH, TX 76108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualifed Deferred Compensation Plan**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.246
4**

**Nonpriority creditor's name and mailing address**

**TERI A BREWER
409 SYCAMORE CIRCLE
DANVILLE, CA 94526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **NQDC Penalty due to administrative error**

Is the claim subject to offset? ■ No  ☐ Yes

**$157.53**

---

**3.246
5**

**Nonpriority creditor's name and mailing address**

**TERMINIX INTERNATIONAL
ATTN: ANITA JOHNSON
860 RIDGE LAKE BLVD.
MEMPHIS, TN 38120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,492.42**

---

**3.246
6**

**Nonpriority creditor's name and mailing address**

**TERRACON CONSULTANTS INC
ATTN: BJ PACKARD
18001 W 106TH STREET
SUITE 300
OLATHE, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,273.75**

---

**3.246
7**

**Nonpriority creditor's name and mailing address**

**TESTING ENGINEERS INC
ATTN: BEN ONG
2811 TEAGARDEN STREET
SAN LEANDRO, CA 94577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,350.50**

---

**3.246
8**

**Nonpriority creditor's name and mailing address**

**TETER'S FAUCET PARTS CORP.
PO BOX 141075
DALLAS, TX 75214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,272.52**

---

**3.246
9**

**Nonpriority creditor's name and mailing address**

**TEX AIR FILTERS
ATTN: BENNY AYCOTH
11251 LEO LN
DALLAS, TX 76262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,259.61**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.247 0**

**Nonpriority creditor's name and mailing address**

**TEXAS AIRSYSTEMS LLC**
**ATTN: LAURA ROCKETT**
**6029 W. CAMPUS CIRCLE**
**STE 100**
**IRVING, TX 75063**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$206,070.00**

---

**3.247 1**

**Nonpriority creditor's name and mailing address**

**TEXAS STATE CONTROLLER OF PUBLIC**
**ACCTS.**
**P.O. BOX 149348**
**AUSTIN, TX 78714-9348**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **State of Texas Income Tax**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247 2**

**Nonpriority creditor's name and mailing address**

**TEXAS STATE CONTROLLER OF PUBLIC**
**ACCTS.**
**REVENUE REFUNDS DIVISION**
**P.O. BOX 12019**
**AUSTIN, TX 78711-2019**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$178.62**

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

**THE ABS COMPANY**
**ATTN: ELENI GAGNON**
**PO BOX 9**
**CHESTER, NJ 07930**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$8,224.31**

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**THE FRENCH QUARTER**
**ATTN: FRANK DITRANI**
**98 ELMWOOD RD**
**VERONA, NJ 07044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

**THE GAS COMPANY**
**P.O. BOX 3000**
**HONOLULU, HI 96802-3000**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$855.40**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

**THE GAS COMPANY**
**ATTN: LEE STRUNK**
**515 KAMAKEE STREET**
**HONOLULU, HI 96814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$229.76

---

**3.247 7**

**Nonpriority creditor's name and mailing address**

**THE HAGERS LP**
**2880 LAKE RIDGE SHRS E**
**RENO, NV 89519-5781**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$92,269.91

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

**THE HARRY AND JEANETTE WEINBERG**
**3660 WAIALAE AVENUE**
**SUITE 400**
**HONOLULU, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$110,924.82

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

**THE HARRY AND JEANETTE WEINBERG**
**3660 WAIALAE AVENUE**
**SUITE 400**
**HONOLULU, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$1,617.33

---

**3.248 0**

**Nonpriority creditor's name and mailing address**

**THE IRVINE COMPANY LLC**
**ATTN: THE MARKET PLACE 622451**
**DEPT. 2568 - S44363**
**LOS ANGELES, CA 90084-2568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$326,539.46

---

**3.248 1**

**Nonpriority creditor's name and mailing address**

**THE IRVINE COMPANY LLC**
**ATTN: THE MARKET PLACE 622451**
**DEPT. 2568 - S44363**
**LOS ANGELES, CA 90084-2568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$28,149.34

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

**THE RETAIL PROPERTY TRUST**
**1065 BREA MALL**
**BREA, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$363,110.35

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.248 3**

**Nonpriority creditor's name and mailing address**
**THE RETAIL PROPERTY TRUST**
**PO BOX 772860**
**CHICAGO, IL 60677-2860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,003.17**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**
**THE RETAIL PROPERTY TRUST**
**PO BOX 772860**
**CHICAGO, IL 60677-2860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,170.54**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**
**THE ROUND OWNER LLC**
**ATTN: CHRISTINA ROUSH**
**PO BOX 84761**
**SEATTLE, WA 98124-6061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$283,154.10**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**
**THE ROUND OWNER LLC**
**PO BOX 84761**
**SEATTLE, WA 98124-6061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

**$36,605.81**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**
**THE TOWN OF APPLE VALLEY**
**14955 DALE EVANS PKWY**
**APPLE VALLEY, CA 92307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**
**THINK ARCHITECTURE INC**
**ATTN: CORALIE CHRISTENSEN**
**5151 SOUTH 900 EAST**
**SALT LAKE CITY, UT 84117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$71,974.27**

---

**3.248 9**

**Nonpriority creditor's name and mailing address**
**THOMSON REUTERS**
**2395 MIDWAY ROAD**
**CARROLLTON, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,402.00**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.249 0**

**Nonpriority creditor's name and mailing address**
**THOMSON REUTERS - WEST**
**P.O. BOX 6292**
**CAROL STREAM, IL 60197-6292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,402.00**

---

**3.249 1**

**Nonpriority creditor's name and mailing address**
**THOMSON REUTERS - WEST**
**P.O. BOX 6292**
**CAROL STREAM, IL 60197-6292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,402.00**

---

**3.249 2**

**Nonpriority creditor's name and mailing address**
**THREE WAY LOGISTICS INC**
**ATTN: KERI PAPE**
**PO BOX 1806**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$8,055.00**

---

**3.249 3**

**Nonpriority creditor's name and mailing address**
**THROTLE INC**
**ATTN: LAUREN RISKALLA**
**141 W FRONT STREET**
**SUITE 410**
**RED BANK, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$19,922.43**

---

**3.249 4**

**Nonpriority creditor's name and mailing address**
**THROTLE INC**
**ATTN: LAUREN RISKALLA**
**141 W FRONT STREET**
**SUITE 410**
**RED BANK, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing software**

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,333.33**

---

**3.249 5**

**Nonpriority creditor's name and mailing address**
**THROWDOWN INDUSTRIES HOLDINGS LLC**
**ATTN: DENNIS DUMAS**
**25731 COMMERCENTRE DRIVE**
**LAKE FOREST, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,367.41**

---

Debtor  **24 Hour Fitness USA, Inc.**
Name

Case number *(if known)*  **20-11561**

---

| 3.249 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
| **THROWDOWN INDUSTRIES HOLDINGS LLC**<br>**25731 COMMERCENTRE DRIVE**<br>**LAKE FOREST, CA 92630** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Repairs & Maintenance** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.249 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,997.71** |
| **THURSTON COUNTY TREASURER**<br>**2000 LAKERIDGE DRIVE SW**<br>**OLYMPIA, WA 98502-6080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Related** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.249 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,314.00** |
| **THURSTON COUNTY TREASURER**<br>**2000 LAKERIDGE DRIVE SW**<br>**OLYMPIA, WA 98502-6080** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Personal Property Tax** | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.249 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,992.10** |
| **THYSSENKRUPP ELEVATOR**<br>**4145 W. ALI BABA, SUITE A**<br>**LAS VEGAS, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Related** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.250 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.97** |
| **TIME WARNER CABLE**<br>**P.O. BOX 60074**<br>**CITY OF INDUSTRY, CA 91716-0074** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Telecom** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.250 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.33** |
| **TIME WARNER CABLE**<br>**P.O. BOX 60074**<br>**CITY OF INDUSTRY, CA 91716-0074** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Utilities** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.250 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,740.60** |
| **TIME WARNER CABLE ENTERPRISES**<br>**PO BOX 223085**<br>**#N/A**<br>**PITTSBURGH, PA 15251** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Utilities** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.250 3**

**Nonpriority creditor's name and mailing address**
**TIME WARNER CABLE OCEANIC**
**74-5605 LUHIA ST STE B-1**
**KAILUA-KONA, HI 96740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$20.31**

---

**3.250 4**

**Nonpriority creditor's name and mailing address**
**TIMOTHY J PAYNE**
**2821 TURNBULL STREET**
**OCEANSIDE, CA 92054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**
**TIMOTHY P SEGNERI**
**3890 HIGHLAND DR**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**
**TINA NGUYEN**
**ATTN: TINA NGUYEN**
**2660 N HASKELL AVE**
**# 1161**
**DALLAS, TX 75204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**
**TK STAR DESIGN INC**
**ATTN: TOM KINNEY**
**220 DUPONT AVE**
**NEWBURGH, NY 12550**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$94.05**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**
**TKG MURRIETTA PLAZA LLC**
**211 NORTH STADIUM BLVD SUITE 201**
**COLUMBIA, MD 65203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$126,994.50**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**
**TKG MURRIETTA PLAZA LLC**
**211 NORTH STADIUM BLVD SUITE 201**
**COLUMBIA, MD 65203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$2,688.43**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.251 0**

**Nonpriority creditor's name and mailing address**
**TKG NORDHOFF-TAMPA PLAZA LLC**
**C/O TKG MANAGEMENT**
**211 N. STADIUM BOULEVARD**
**COLUMBIA, MO 65203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$402,770.08**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**
**TKG NORDHOFF-TAMPA PLAZA LLC**
**C/O TKG MANAGEMENT**
**211 N. STADIUM BOULEVARD**
**COLUMBIA, MO 65203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$4,226.31**

---

**3.251 2**

**Nonpriority creditor's name and mailing address**
**TNG UTILITY**
**P.O. BOX 2749**
**SPRING, TX 77383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,932.26**

---

**3.251 3**

**Nonpriority creditor's name and mailing address**
**TNG UTILITY**
**P.O. BOX 2749**
**SPRING, TX 77383**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,887.91**

---

**3.251 4**

**Nonpriority creditor's name and mailing address**
**TODD E MCWILLIAMS**
**700 GIBSON DR**
**APT 3114**
**ROSEVILLE, CA 95678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Non-Qualififed Deferred Compensation Plan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 5**

**Nonpriority creditor's name and mailing address**
**TODD HARRIS CO INC**
**ATTN: CECILIA KEH**
**PO BOX 682**
**EDISON, NJ 08818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$4,060.85**

---

**3.251 6**

**Nonpriority creditor's name and mailing address**
**TOHO WATER AUTHORITY**
**P.O. BOX 30527**
**TAMPA, FL 33630-3527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$84.16**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.2517**

**Nonpriority creditor's name and mailing address**
**TOLE ELECTRIC INCORPORATED**
**ATTN: ANNA BROYLES**
**320 NE 44TH STREET**
**OAKLAND PARK, FL 33334**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.2518**

**Nonpriority creditor's name and mailing address**
**TOLKIN BRIAN**
**1433 70TH STREET**
**BROOKLYN, NY 11228**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.2519**

**Nonpriority creditor's name and mailing address**
**TORQUE FITNESS LLC**
**ATTN: JENNY GERMANN**
**9365 HOLLY ST NW**
**COON RAPIDS, MN 55433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$23,709.48**

---

**3.2520**

**Nonpriority creditor's name and mailing address**
**TORRES SUSAN**
**17346 CREST HEIGHTS DR**
**CANYON COUNTRY, CA 91387**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$98.34**

---

**3.2521**

**Nonpriority creditor's name and mailing address**
**TOTAL EXTERMINATING INC**
**268 N. LINCOLN AVE**
**# 2**
**CORONA, CA 92882**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

**3.2522**

**Nonpriority creditor's name and mailing address**
**TOTAL GYM COMMERCIAL LLC**
**ATTN: JESSE CAMPANARO**
**5225 AVENIDA ENCINAS**
**SUITE C**
**CARLSBAD, CA 92008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$440.90**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.252**
**3**

**Nonpriority creditor's name and mailing address**
**TOWN OF APPLE VALLEY**
**14955 DALE EVANS PKWY**
**APPLE VALLEY, CA 92307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,828.33**

---

**3.252**
**4**

**Nonpriority creditor's name and mailing address**
**TOWN OF CASTLE ROCK**
**100 N. WILCOX STREET**
**CASTLE ROCK, CO 80104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$521.82**

---

**3.252**
**5**

**Nonpriority creditor's name and mailing address**
**TOWN OF GREENBURGH**
**BUILDING DEPARTMENT**
**177 HILLSIDE AVENUE**
**GREENBURGH, NY 10607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$78.24**

---

**3.252**
**6**

**Nonpriority creditor's name and mailing address**
**TOWN OF LITTLE ELM**
**100 W ELDORADO PKWY**
**LITTLE ELM, TX 75068-5060**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$183.50**

---

**3.252**
**7**

**Nonpriority creditor's name and mailing address**
**TOWNSHIP OF HANOVER**
**HEALTH DEPARTMENT**
**P.O. BOX 250**
**WHIPPANY, NJ 07981**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.252**
**8**

**Nonpriority creditor's name and mailing address**
**TOWNSHIP OF SADDLE BROOK**
**93 MARKET STREET**
**SADDLE BROOK, NJ 07663**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$156.18**

---

**3.252**
**9**

**Nonpriority creditor's name and mailing address**
**TOWNSHIP OF WAYNE**
**UTILITY BILLING DEPT**
**475 VALLEY ROAD**
**WAYNE, NJ 07470**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,684.45**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.253 0**

**Nonpriority creditor's name and mailing address**

**TR COSTA MESA COURTYARDS LLC**
**C/O VESTAR PROPERTY MANAGEMENT**
**2425 E. CAMELBACK ROAD**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$283,089.84**

---

**3.253 1**

**Nonpriority creditor's name and mailing address**

**TR COSTA MESA COURTYARDS LLC**
**C/O VESTAR PROPERTY MANAGEMENT**
**2425 E. CAMELBACK ROAD**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$13,385.34**

---

**3.253 2**

**Nonpriority creditor's name and mailing address**

**TR COSTA MESA COURTYARDS LLC**
**C/O VESTAR PROPERTY MANAGEMENT**
**2425 E. CAMELBACK ROAD**
**PHOENIX, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$6,827.60**

---

**3.253 3**

**Nonpriority creditor's name and mailing address**

**TR WATERIDGE LLC**
**ATTN: VICKY LYONS**
**P.O. BOX 74008511**
**CHICAGO, IL 60674-8511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$52,144.20**

---

**3.253 4**

**Nonpriority creditor's name and mailing address**

**TR WATERIDGE LLC**
**P.O. BOX 74008511**
**CHICAGO, IL 60674-8511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$5,025.97**

---

**3.253 5**

**Nonpriority creditor's name and mailing address**

**TRACE3 LLC**
**ATTN: JARED MARTINEZ**
**P.O. BOX 847467**
**LOS ANGELES, CA 90084-7467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,161.67**

---

**3.253 6**

**Nonpriority creditor's name and mailing address**

**TRACY JOSHUA**
**3730 VENOSA COURT**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$189.75**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

**3.253**
**7**

Nonpriority creditor's name and mailing address
**TRANSFORM HOLDCO LLC**
**ATTN: ANGELA LIPOVETSKY**
**12670 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$173,948.40**

---

**3.253**
**8**

Nonpriority creditor's name and mailing address
**TRANSFORM HOLDCO LLC**
**12670 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$9,151.21**

---

**3.253**
**9**

Nonpriority creditor's name and mailing address
**TRANSOURCE FORMS**
**ATTN: MARY ELLEN METCALS**
**HARLAND CLARKE**
**PO BOX 931898**
**ATLANTA, GA 31193**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$6,216.94**

---

**3.254**
**0**

Nonpriority creditor's name and mailing address
**TRAVIS COUNTY TAX COLLECTOR**
**P.O. BOX 149328**
**AUSTIN, TX 78714-9328**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$32,664.00**

---

**3.254**
**1**

Nonpriority creditor's name and mailing address
**TREASURER STATE OF TENNESSEE**
**UNCLAIMED PROPERTY DIVISION**
**P.O. BOX 198649**
**NASHVILLE, TN 37219-8649**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$85.38**

---

**3.254**
**2**

Nonpriority creditor's name and mailing address
**TREASURER, CITY & COUNTY OF DENVER**
**144 W. COLFAX**
**P.O. BOX 17420**
**DENVER, CO 80217-0420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$33,579.38**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.254
3**

**Nonpriority creditor's name and mailing address**
**TREASURER, CITY & COUNTY OF DENVER**
**144 W. COLFAX**
**P.O. BOX 17420**
**DENVER, CO 80217-0420**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$20,484.00**

---

**3.254
4**

**Nonpriority creditor's name and mailing address**
**TREND SYSTEMS INTEGRATION INC.**
**2246 NEWPORT BLVD., #A**
**COSTA MESA, CA 92627-6745**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.254
5**

**Nonpriority creditor's name and mailing address**
**TRI CITIES HARRIMAN LLC**
**ATTN: BRIEN STRONACH**
**9250 WILSHIRE BLVD**
**SUITE 200**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$133,967.63**

---

**3.254
6**

**Nonpriority creditor's name and mailing address**
**TRI CITIES HARRIMAN LLC**
**REMIT**
**PO BOX 847347**
**LOS ANGELES, CA 90084-7347**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$25,426.81**

---

**3.254
7**

**Nonpriority creditor's name and mailing address**
**TRI COUNTY COMMUNICATIONS**
**LIC 616060 925 PLYMOUTH DR,**
**GILROY, CA 95020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$274.68**

---

**3.254
8**

**Nonpriority creditor's name and mailing address**
**TRI COUNTY ELECTRIC COOPERATIVE**
**301 N NOLEN DR**
**SOUTHLAKE, TX 76092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,913.26**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.254 9**

**Nonpriority creditor's name and mailing address**
**TRI COUNTY ELECTRIC COOPERATIVE**
**301 N NOLEN DR**
**SOUTHLAKE, TX 76092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,201.02**

---

**3.255 0**

**Nonpriority creditor's name and mailing address**
**TRI-DIM FILTER CORPORATION**
**ATTN: CRYSTAL ROBINSON**
**7036 SNOWDRIFT ROAD**
**ALLENTOWN, PA 18106**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$42,914.24**

---

**3.255 1**

**Nonpriority creditor's name and mailing address**
**TRI-STATE COMMERCIAL REALTY LLC**
**429 SYLVAN AVE**
**ENGLEWOOD CLIFFS, NJ 07632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$213,956.68**

---

**3.255 2**

**Nonpriority creditor's name and mailing address**
**TRI-STATE COMMERCIAL REALTY LLC**
**429 SYLVAN AVE**
**ENGLEWOOD CLIFFS, NJ 07632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$56,924.69**

---

**3.255 3**

**Nonpriority creditor's name and mailing address**
**TRIANGLE 17 CENTER LLC**
**ATTN: SWATI PATEL**
**150 EAST 58TH STREET**
**39TH FLOOR**
**NEW YORK, NY 10155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$244,729.13**

---

**3.255 4**

**Nonpriority creditor's name and mailing address**
**TRIANGLE 17 CENTER LLC**
**150 EAST 58TH STREET**
**39TH FLOOR**
**NEW YORK, NY 10155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$8,362.17**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.255 5**

**Nonpriority creditor's name and mailing address**

**TRIANGLE 17 CENTER LLC**
**150 EAST 58TH STREET**
**39TH FLOOR**
**NEW YORK, NY 10155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$7,968.70**

---

**3.255 6**

**Nonpriority creditor's name and mailing address**

**TRIANGLE CENTER LLC**
**ATTN: KIMBERLY LOW**
**10850 WILSHIRE BLVD**
**SUITE 1000**
**LOS ANGELES, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$343,316.78**

---

**3.255 7**

**Nonpriority creditor's name and mailing address**

**TRIANGLE CENTER LLC**
**BUILDING ID: TRI001**
**PO BOX 847269**
**LOS ANGELES, CA 90084-7269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$97,137.63**

---

**3.255 8**

**Nonpriority creditor's name and mailing address**

**TRIFECTA INC**
**ATTN: BRET BARRIE**
**428 J STREET # 800**
**SACRAMENTO, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,240.56**

---

**3.255 9**

**Nonpriority creditor's name and mailing address**

**TRISIGNAL INTEGRATION INC**
**15853 MONTE STREET**
**STE 101**
**SYLMAR, CA 91342-3576**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$6,310.45**

---

**3.256 0**

**Nonpriority creditor's name and mailing address**

**TROLLEY CORNERS CENTER LLC**
**C/O CAPSTONE PROPERTY MANAGEMENT**
**4422 S CENTURY DRIVE**
**MURRAY, UT 84123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,349.51**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.256 1**

**Nonpriority creditor's name and mailing address**

**TROP 2015 HOLDING LLC**
**ATTN: MATTHEW HUSS**
**C/O GREAT AMERICAN CAPITAL**
**8350 W. SAHARA AVENUE**
**LAS VEGAS, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$146,401.47**

---

**3.256 2**

**Nonpriority creditor's name and mailing address**

**TROPICANA 4440 LP**
**C/O COMMUNITY VISION INC.**
**6440 SKY POINTE DR # 140-104**
**LAS VEGAS, NV 89131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$9,113.20**

---

**3.256 3**

**Nonpriority creditor's name and mailing address**

**TRUCKEE MEADOWS WATER AUTHORITY, NV**
**1155 CORPORATE BLVD.**
**RENO, NV 89520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$295.36**

---

**3.256 4**

**Nonpriority creditor's name and mailing address**

**TRUDY WILSON**
**188 SANTA MARIA CT**
**VISTA, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Non-Qualififed Deferred Compensation Plan__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 5**

**Nonpriority creditor's name and mailing address**

**TRUE FITNESS TECHNOLOGY, INC.**
**ATTN: TOM KURLONDSKI**
**PO BOX 419161**
**CREVE COEUR, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$103,265.56**

---

**3.256 6**

**Nonpriority creditor's name and mailing address**

**TRUSTWAVE HOLDINGS INC**
**ATTN: DONNIE OTTERNESS**
**75 REMITTANCE DRIVE, SUITE 6000**
**CHICAGO, IL 60675-6000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$10,944.68**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.256 7**

**Nonpriority creditor's name and mailing address**

**TUMBLEWEED DEVELOPMENT**
**ATTN: TOD MARRS**
**4185 W POST RD**
**SUITE G**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$57,332.61**

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

**TWP OF PARSIPPANY-TROY HILLS**
**1001 PARSIPPANY BOULEVERD**
**PARSIPPANY, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$607.88**

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

**TXU COMMUNICATIONS**
**P.O. BOX 660034**
**DALLAS, TX 75266-0034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$238.53**

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

**TYSONS WEST RETAIL LLC**
**P.O. BOX 412078**
**BOSTON, MA 02241-2078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$342,286.03**

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

**TYSONS WEST RETAIL LLC**
**P.O. BOX 412078**
**BOSTON, MA 02241-2078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$252,676.99**

---

**3.257 2**

**Nonpriority creditor's name and mailing address**

**TYSONS WEST RETAIL LLC**
**P.O. BOX 412078**
**BOSTON, MA 02241-2078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,998.84**

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**UE BERGEN EAST LLC**
**URBAN EDGE PROPERTIES**
**P.O. BOX 645308**
**PITTSBURGH, PA 15264-5308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$568,976.06**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.257**
**4**

**Nonpriority creditor's name and mailing address**

**UE BERGEN EAST LLC**
**URBAN EDGE PROPERTIES**
**P.O. BOX 645308**
**PITTSBURGH, PA 15264-5308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☒ No  ☐ Yes

**$159,776.86**

---

**3.257**
**5**

**Nonpriority creditor's name and mailing address**

**UK 2 CONSTRUCTION CORP**
**ATTN: SURJIT SINGH**
**130-43 135TH RD**
**S. OZONE PARK, NY 11420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,200.00**

---

**3.257**
**6**

**Nonpriority creditor's name and mailing address**

**ULINE, INC.**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,106.08**

---

**3.257**
**7**

**Nonpriority creditor's name and mailing address**

**UMANZOR ROBERTO**
**11539 BELLE SPRING**
**HOUSTON, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☒ No  ☐ Yes

**$366.77**

---

**3.257**
**8**

**Nonpriority creditor's name and mailing address**

**UNITED LAUNDRY AND LINEN CORP**
**ATTN: MAYRA M.**
**PO BOX 143**
**CLIFFSIDE PARK, NJ 07010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$34,536.64**

---

**3.257**
**9**

**Nonpriority creditor's name and mailing address**

**UNITED PARCEL SERVICE**
**ATTN: MARQUETA JONES**
**P.O. BOX 894820**
**LOS ANGELES, CA 90189-4820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☒ No  ☐ Yes

**$163,522.24**

---

**3.258**
**0**

**Nonpriority creditor's name and mailing address**

**UNITED PARCEL SERVICE**
**ATTN: MARQUETA JONES**
**P.O. BOX 894820**
**LOS ANGELES, CA 90189-4820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☒ No  ☐ Yes

**$14,531.89**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**UNITED PARCEL SERVICE, INC.**
**ATTN: SHARON TINKER**
**ATTN : REAL ESTATE DEPARTMENT**
**55 GLENLAKE PARKWAY , NE**
**ATLANTA, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$207,309.66**

---

**3.258 2**

**Nonpriority creditor's name and mailing address**

**UNITED PARCEL SERVICE, INC.**
**ATTN: MARQUETA JONES**
**P.O. BOX 894820**
**LOS ANGELES, CA 90189-4820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Postage/Shipping costs**

Is the claim subject to offset? ■ No ☐ Yes

**$21,217.49**

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**UNITED RENTALS  INC.**
**PO BOX 100711**
**ATLANTA, GA 30384-0711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$9,627.03**

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**UNITED STATES BUILDING CLEANING LLC**
**ATTN: ICK SOO PANG**
**10200 EAST GIRARD AVENUE**
**B-400**
**DENVER, CO 80231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$36,840.74**

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**UNITED WATER NEW**
**JERSEY/HARRINGTON PARK**
**190 MOORE ST**
**HACKENSACK, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,135.01**

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**UNITED WATER NEW**
**JERSEY/HARRINGTON PARK**
**190 MOORE ST**
**HACKENSACK, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$542.08**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.258 7**

**Nonpriority creditor's name and mailing address**
**UNITED WATER NEW JERSEY/HARRINGTON PARK**
**190 MOORE ST**
**HACKENSACK, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$258.60**

---

**3.258 8**

**Nonpriority creditor's name and mailing address**
**UNIVERSITY TOWNE CENTRE LLC**
**A DELAWARE LIMITED LIABILITY CO.**
**FILE #55976**
**LOS ANGELES, CA 90074-5976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$379,595.97**

---

**3.258 9**

**Nonpriority creditor's name and mailing address**
**UNIVERSITY TOWNE CENTRE LLC**
**A DELAWARE LIMITED LIABILITY CO.**
**FILE #55976**
**LOS ANGELES, CA 90074-5976**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$295,182.95**

---

**3.259 0**

**Nonpriority creditor's name and mailing address**
**UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unredeemed gift cards**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 1**

**Nonpriority creditor's name and mailing address**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**ATTN: SHARON TINKER**
**PO BOX 730900**
**DALLAS, TX 75373-0900**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$366,061.89**

---

**3.259 2**

**Nonpriority creditor's name and mailing address**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**ATTN: SHARON TINKER**
**PO BOX 730900**
**DALLAS, TX 75373-0900**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **SCS penalty and late fee**

Is the claim subject to offset? ■ No ☐ Yes

**$111,755.19**

---

**3.259 3**

**Nonpriority creditor's name and mailing address**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**ATTN: SHARON TINKER**
**PO BOX 730900**
**DALLAS, TX 75373-0900**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,267.01**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.259
4**

**Nonpriority creditor's name and mailing address**

**UPTOP121 LLC
ATTN: MAHDI TALEBNEJAD
11802 ROCKAWAY LA
FAIRFAX, VA 22030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$2,576.00**

---

**3.259
5**

**Nonpriority creditor's name and mailing address**

**US VI DOWNEY LLC
ATTN: MARK SENSTAD
P.O. BOX 21807
NEW YORK, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$310,273.93**

---

**3.259
6**

**Nonpriority creditor's name and mailing address**

**US VI DOWNEY LLC
ATTN: MARK SENSTAD
P.O. BOX 21807
NEW YORK, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$306,745.65**

---

**3.259
7**

**Nonpriority creditor's name and mailing address**

**UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134-0300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **State of Utah Income Tax**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259
8**

**Nonpriority creditor's name and mailing address**

**UTAH STATE TAX COMMISSION
SALES TAX - M
210 N. 1950 W.
SALT LAKE CITY, UT 84134-0400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$284.88**

---

**3.259
9**

**Nonpriority creditor's name and mailing address**

**VALLECITOS WATER DISTRICT
201 VALLECITOS DE ORO
SAN MARCOS, CA 92069-1453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$293.83**

---

**3.260
0**

**Nonpriority creditor's name and mailing address**

**VALLECITOS WATER DISTRICT
201 VALLECITOS DE ORO
SAN MARCOS, CA 92069-1453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$235.07**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.260 1**

**Nonpriority creditor's name and mailing address**
**VALLEJO CC LLC**
**ATTN: MIKE CAMPBELL**
**C/O PANORAMA PROPERTY MANAGEMENT**
**5500 EAST YALE AVE**
**DENVER, CO 80222**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$226,780.25**

---

**3.260 2**

**Nonpriority creditor's name and mailing address**
**VALLEJO CC LLC**
**ATTN: MIKE CAMPBELL**
**C/O PANORAMA PROPERTY MANAGEMENT**
**5500 EAST YALE AVE**
**DENVER, CO 80222**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$3,506.44**

---

**3.260 3**

**Nonpriority creditor's name and mailing address**
**VALLEY WEST REFUSE**
**PO BOX 5187**
**ALOHA, OR 97006**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$186.29**

---

**3.260 4**

**Nonpriority creditor's name and mailing address**
**VAN NESS POST CENTER LLC**
**ATTN: NORMAN DITO**
**EAST WEST BANK**
**ITF COLLIERS INTERNATIONAL**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$261,274.23**

---

**3.260 5**

**Nonpriority creditor's name and mailing address**
**VAN NESS POST CENTER LLC**
**ATTN: NORMAN DITO**
**EAST WEST BANK**
**ITF COLLIERS INTERNATIONAL**
**SAN FRANCISCO, CA 94133**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$38,874.01**

---

**3.260 6**

**Nonpriority creditor's name and mailing address**
**VANN INVESTMENTS GENERAL**
**PARTNERSHIP**
**ATTN: EILEEN RANDELL**
**14814 GILES ROAD**
**OMAHA, NE 68138**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$189,934.89**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

**3.260 7**

Nonpriority creditor's name and mailing address

**VANN INVESTMENTS GENERAL PARTNERSHIP**
**ATTN: EILEEN RANDELL**
**14814 GILES ROAD**
**OMAHA, NE 68138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$112,892.84**

---

**3.260 8**

Nonpriority creditor's name and mailing address

**VANN REALTY CO**
**14814 GILES ROAD**
**OMAHA, NE 68138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$12,345.77**

---

**3.260 9**

Nonpriority creditor's name and mailing address

**VANTAGE CONSTRUCTION COMPANY**
**ATTN: DIANE NEUROTH**
**507 FEE FEE ROAD**
**MARYLAND HEIGHTS, MO 63043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$45,374.58**

---

**3.261 0**

Nonpriority creditor's name and mailing address

**VANTAGE CONSTRUCTION COMPANY**
**ATTN: DIANE NEUROTH**
**507 FEE FEE ROAD**
**MARYLAND HEIGHTS, MO 63043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

**$30,204.24**

---

**3.261 1**

Nonpriority creditor's name and mailing address

**VANTAGE LAW GROUP PLLC**
**125 SE MAIN STREET**
**SUITE 250**
**MINNEAPOLIS, MN 55414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$18,758.30**

---

**3.261 2**

Nonpriority creditor's name and mailing address

**VARIOUS MEMBERS**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Refunds to members to be paid by check**

Is the claim subject to offset? ■ No ☐ Yes

**$87,842.45**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.261**
**3**

**Nonpriority creditor's name and mailing address**
**VEACH,JONNIE NORMAN**
**11160 BROOKE DRIVE #40413**
**SAN DIEGO, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Severance**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.261**
**4**

**Nonpriority creditor's name and mailing address**
**VEGA US LLC**
**ATTN: DWAYNE JORDAN**
**101-3001 WAYBURNE DRIVE**
**BURNABY, BC V5G 4WE CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,663.55**

---

**3.261**
**5**

**Nonpriority creditor's name and mailing address**
**VENABLE LLP**
**750 E. PRATT STREET**
**SUITE 900**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,257.90**

---

**3.261**
**6**

**Nonpriority creditor's name and mailing address**
**VENTURA COUNTY**
**TAX COLLECTOR**
**LAWRENCE L. MATHENEY**
**VENTURA, CA 93009-1290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,907.82**

---

**3.261**
**7**

**Nonpriority creditor's name and mailing address**
**VENTURA WATER**
**PO BOX 612770**
**SAN JOSE, CA 95161-2770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,068.11**

---

**3.261**
**8**

**Nonpriority creditor's name and mailing address**
**VEREIT REAL ESTATE LP**
**ATTN: ALEX OLLDASHI**
**ID: VR0080  CCPT III LOCKBOX 3**
**P.O. BOX 732931**
**DALLAS, TX 75373-2931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$337,973.76**

---

Debtor   **24 Hour Fitness USA, Inc.**
　　　　　Name

Case number *(if known)*   **20-11561**

---

| 3.261 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,088.83** |

**VEREIT REAL ESTATE LP**
**ID: VR0080  CCPT III LOCKBOX 3**
**P.O. BOX 732931**
**DALLAS, TX 75373-2931**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,126,025.36** |

**VEREIT MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Related**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,593.50** |

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,897.75** |

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,540.00** |

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,968.86** |

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing services - new club opening**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.262**
**5**

**Nonpriority creditor's name and mailing address**

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing services - new club opening

Is the claim subject to offset? ■ No ☐ Yes

**$9,858.00**

---

**3.262**
**6**

**Nonpriority creditor's name and mailing address**

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing services - new club opening

Is the claim subject to offset? ■ No ☐ Yes

**$8,480.00**

---

**3.262**
**7**

**Nonpriority creditor's name and mailing address**

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing services - new club opening

Is the claim subject to offset? ■ No ☐ Yes

**$7,520.90**

---

**3.262**
**8**

**Nonpriority creditor's name and mailing address**

**VERITAS MEDIA GROUP LLC**
**ATTN: JASON BALLANCE**
**1111 BROADWAY**
**3RD FLOOR**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Marketing services - new club opening

Is the claim subject to offset? ■ No ☐ Yes

**$3,123.10**

---

**3.262**
**9**

**Nonpriority creditor's name and mailing address**

**VERIZON**
**PO BOX 2450**
**SPOKANE, WA 99210-2450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset? ■ No ☐ Yes

**$99,095.41**

---

**3.263**
**0**

**Nonpriority creditor's name and mailing address**

**VERIZON**
**PO BOX 2450**
**SPOKANE, WA 99210-2450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Telecom

Is the claim subject to offset? ■ No ☐ Yes

**$60.68**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.263
1**

**Nonpriority creditor's name and mailing address**
**VERIZON BUSINESS**
**P.O. BOX 660072**
**DALLAS, TX 75266-0072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Telecom__

Is the claim subject to offset? ■ No ☐ Yes

$36,933.43

---

**3.263
2**

**Nonpriority creditor's name and mailing address**
**VERIZON BUSINESS**
**P.O. BOX 660072**
**DALLAS, TX 75266-0072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$7,113.48

---

**3.263
3**

**Nonpriority creditor's name and mailing address**
**VERIZON COMMUNICATIONS INC**
**ATTN: DALE MILLER**
**1095 AVENUE OF THE AMERICAS**
**8TH FLOOR**
**NEW YORK, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$63,608.69

---

**3.263
4**

**Nonpriority creditor's name and mailing address**
**VERIZON WIRELESS**
**P.O. BOX 4001**
**INGLEWOOD, CA 90313-4001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$477.84

---

**3.263
5**

**Nonpriority creditor's name and mailing address**
**VERMONT STATE TREASURER**
**UNCLAIMED PROPERTY DIVISION**
**PAVILION BUILDING**
**MONTPELIER, VT 05609-6200**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$5.25

---

**3.263
6**

**Nonpriority creditor's name and mailing address**
**VERTICAL TECHNOLOGIES**
**ATTN: CHRISTINA DRUMMOND**
**1024-D KIKOWAENA PLACE**
**STE D**
**HONOLULU, HI 96819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

$785.34

---

Debtor    **24 Hour Fitness USA, Inc.**
　　　　　　　Name

Case number (*if known*)    **20-11561**

---

| 3.263<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |

**VERTICAL TECHNOLOGIES**
**ATTN: CHRISTINA DRUMMOND**
**1024-D KIKOWAENA PLACE**
**STE D**
**HONOLULU, HI 96819**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.263<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,430.96** |

**VESTAR CA XXI LLC**
**ATTN: DAN DUNCAN**
**2425 E CAMELBACK RD**
**STE 750**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.263<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,388.01** |

**VESTAR CA XXI LLC**
**ATTN: DAN DUNCAN**
**2425 E CAMELBACK RD**
**STE 750**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.264<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,312.25** |

**VESTAR CA XXI LLC**
**ATTN: DAN DUNCAN**
**2425 E CAMELBACK RD**
**STE 750**
**PHOENIX, AZ 85016**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.264<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,212.43** |

**VF4 CRYSTAL LAKE LLC**
**ATTN: CRYSTAL GRIMES**
**C/O HORIZON PROPERTIES AS AGENT**
**18610 NW 87TH AVENUE**
**HIALEAH, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.264<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,391.85** |

**VF4 CRYSTAL LAKE, LLC**
**C/O HORIZON PROPERTIES, AS AGENT**
**18610 NW 87TH AVENUE**
**SUITE 204**
**HIALEAH, FL 33015**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Rent accrual**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.264
3**

**Nonpriority creditor's name and mailing address**
**VIA TECHNICAL LLC**
**ATTN: JAMES PRICE**
**591 CAMINO DE LA REINA**
**# 929**
**SAN DIEGO, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$57,035.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
4**

**Nonpriority creditor's name and mailing address**
**VIA TECHNICAL LLC**
**591 CAMINO DE LA REINA**
**# 929**
**SAN DIEGO, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$20,155.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
5**

**Nonpriority creditor's name and mailing address**
**VICTOR VALLEY WATER DISTRICT**
**17185 YUMA STREET**
**VICTORVILLE, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$66.97**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
6**

**Nonpriority creditor's name and mailing address**
**VICTORY PEST SOLUTIONS**
**ATTN: JILL VENTURINI**
**315 WOOTTON STREET**
**SUITE B**
**BOONTON, NJ 07005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$7,919.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
7**

**Nonpriority creditor's name and mailing address**
**VILLAGE FV LTD**
**ATTN: KYLE WILLIAMS**
**2000 MCKINNEY AVE**
**SUITE 1000**
**DALLAS, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$32,822.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
8**

**Nonpriority creditor's name and mailing address**
**VILLAGE HILLCREST PARTNERS  LP**
**SPECTRUM PROPERTIES-**
**VILLAGE HILLCREST**
**LOS ANGELES, CA 90051-5678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$173,743.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.264 9**

**Nonpriority creditor's name and mailing address**
**VILLAGE HILLCREST PARTNERS  LP**
**SPECTRUM PROPERTIES-**
**VILLAGE HILLCREST**
**LOS ANGELES, CA 90051-5678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

$173,590.84

---

**3.265 0**

**Nonpriority creditor's name and mailing address**
**VILLAGE HILLCREST PARTNERS  LP**
**SPECTRUM PROPERTIES-**
**VILLAGE HILLCREST**
**LOS ANGELES, CA 90051-5678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Parking**

Is the claim subject to offset? ☑ No ☐ Yes

$37,622.00

---

**3.265 1**

**Nonpriority creditor's name and mailing address**
**VILLAGE HILLCREST PARTNERS  LP**
**SPECTRUM PROPERTIES-**
**VILLAGE HILLCREST**
**LOS ANGELES, CA 90051-5678**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☑ No ☐ Yes

$20,908.77

---

**3.265 2**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF CAROL STREAM**
**500 N. GARY AVENUE**
**CAROL STREAM, IL 60188-1899**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

$306.23

---

**3.265 3**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF SCHAUMBURG**
**FINANCE DEPARTMENT**
**101 SCHAUMBURG COURT**
**SCHAUMBURG, IL 60193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

$915.00

---

**3.265 4**

**Nonpriority creditor's name and mailing address**
**VIRTUAL WINDOW**
**ATTN: ANDREW SHERMAN**
**6401 HILLMEAD RD**
**BETHESDA, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

$5,343.20

---

**3.265 5**

**Nonpriority creditor's name and mailing address**
**VISION SERVICE PLAN - (CA)**
**PO BOX 45210**
**SAN FRANCISCO, CA 94145-5210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

$6,734.08

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.265 6**

**Nonpriority creditor's name and mailing address**
**VISTA IRRIGATION DISTRICT**
**1391 ENGINEER STREET**
**VISTA, CA 92083**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,856.93**

---

**3.265 7**

**Nonpriority creditor's name and mailing address**
**VITAL MECHANICAL SERVICE, INC**
**ATTN: LORI CLINE**
**1420 MAPLE AVE SW**
**RENTON, WA 98057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$100,440.69**

---

**3.265 8**

**Nonpriority creditor's name and mailing address**
**VMI SPORTS**
**ATTN: FRANK FENIMORE**
**100 B TEC STREET**
**HICKSVILLE, NY 11801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$6,723.68**

---

**3.265 9**

**Nonpriority creditor's name and mailing address**
**VNO WAYNE TOWNE CENTER LLC**
**ATTN: VIVIANA QUINTANA**
**210 ROUTE 4 EAST**
**PARAMUS, NJ 07652**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$403,039.25**

---

**3.266 0**

**Nonpriority creditor's name and mailing address**
**VNO WAYNE TOWNE CENTER LLC**
**P.O. BOX 416412**
**BOSTON, MA 02241-6412**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$138,892.89**

---

**3.266 1**

**Nonpriority creditor's name and mailing address**
**VOGT NATHAN**
**19314 E PURDUE CIR**
**AURORA, CO 80013-4512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$262.86**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.266.2**

**Nonpriority creditor's name and mailing address**

**VOORAY INTERNATIONAL INC**
**ATTN: BRAD STAPLES**
**VOORAY OFFICES**
**990 SOUTH MAIN STREET**
**LOGAN, UT 84321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$30,114.41

---

**3.266.3**

**Nonpriority creditor's name and mailing address**

**VOP LP**
**C/O CONNECTED MANAGEMENT**
**SERVICES, LLC**
**P.O. BOX 847630**
**DALLAS, TX 75284-7630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$64,239.56

---

**3.266.4**

**Nonpriority creditor's name and mailing address**

**VOP LP**
**C/O CONNECTED MANAGEMENT**
**SERVICES, LLC**
**P.O. BOX 847630**
**DALLAS, TX 75284-7630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$11,933.35

---

**3.266.5**

**Nonpriority creditor's name and mailing address**

**VORTEX INDUSTRIES, INC.**
**ATTN: ANDREA HILBERS;MEREDITH**
**BROWN**
**FILE 1095**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-1095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$18,291.29

---

**3.266.6**

**Nonpriority creditor's name and mailing address**

**VORTEX INDUSTRIES, INC.**
**ATTN: ANDREA HILBERS;MEREDITH**
**BROWN**
**FILE 1095**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-1095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

$17,778.00

---

**3.266.7**

**Nonpriority creditor's name and mailing address**

**VORTEX INDUSTRIES, INC.**
**ATTN: ANDREA HILBERS;MEREDITH**
**BROWN**
**FILE 1095**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-1095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$913.30

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.266
8**

**Nonpriority creditor's name and mailing address**

**VPX SPORTS
ATTN: MICHAEL FABIANO
P.O. BOX 740930
ATLANTA, GA 30374-0930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$722,627.99**

---

**3.266
9**

**Nonpriority creditor's name and mailing address**

**W FRITZ CONSULTING
ATTN: WENDY FRITZ
836 KIT LANE
HUDSON, WI 54013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$11,380.19**

---

**3.267
0**

**Nonpriority creditor's name and mailing address**

**W GL OCEAN AVENUE LB HOLDINGS VII
LLC
ATTN: JAMIE DEIDRICH
P.O. BOX 60247-0247
ATTN: ONE WORLD TRADE CENTER
LOS ANGELES, CA 90060-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Related__

Is the claim subject to offset? ■ No ☐ Yes

**$314,609.69**

---

**3.267
1**

**Nonpriority creditor's name and mailing address**

**W GL OCEAN AVENUE LB HOLDINGS VII
LLC
ATTN: JAMIE DEIDRICH
P.O. BOX 60247-0247
ATTN: ONE WORLD TRADE CENTER
LOS ANGELES, CA 90060-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Real Property Tax__

Is the claim subject to offset? ■ No ☐ Yes

**$89,434.01**

---

**3.267
2**

**Nonpriority creditor's name and mailing address**

**W GL OCEAN AVENUE LB HOLDINGS VII
LLC
ATTN: JAMIE DEIDRICH
P.O. BOX 60247-0247
ATTN: ONE WORLD TRADE CENTER
LOS ANGELES, CA 90060-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$13,351.61**

---

**3.267
3**

**Nonpriority creditor's name and mailing address**

**WALKER TIMOTHY
8925 SUNVIEW DR.
FORT WORTH, TX 76108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

**$71.97**

---

| Debtor | **24 Hour Fitness USA, Inc.** | | Case number (if known) | **20-11561** |
|---|---|---|---|---|
| | Name | | | |

---

**3.267
4**

**Nonpriority creditor's name and mailing address**

**WALNUT CREEK 2890 LLC**
**ATTN: MARIA NUNEZ**
**P.O. BOX 1148**
**MILL VALLEY, CA 94942-1148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.60**

---

**3.267
5**

**Nonpriority creditor's name and mailing address**

**WALNUT CREEK HOLDINGS INC**
**ATTN: REBECCA HALL**
**FBO LAGUNA VILLAGE INVESTORS LLC**
**P.O. BOX 905**
**CONCORD, CA 94522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$183,531.24**

---

**3.267
6**

**Nonpriority creditor's name and mailing address**

**WALNUT VALLEY WATER DISTRICT**
**271  SOUTH BREA CANYON RD**
**WALNUT, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$82.53**

---

**3.267
7**

**Nonpriority creditor's name and mailing address**

**WALT DISNEY PARKS & RESORTS US INC**
**ATTN: MAGDIEL REYES**
**P.O. BOX 733121**
**DALLAS, TX 75373-3121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.267
8**

**Nonpriority creditor's name and mailing address**

**WASHINGTON GAS**
**101 CONSTITUTION AVENUE**
**WASHINGTON, DC 20080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,659.44**

---

**3.267
9**

**Nonpriority creditor's name and mailing address**

**WASHINGTON GAS**
**101 CONSTITUTION AVENUE**
**WASHINGTON, DC 20080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$409.67**

---

Debtor  **24 Hour Fitness USA, Inc.**
_____
Name

Case number (*if known*)  **20-11561**

---

| 3.268 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$438.72** |
|---|---|---|---|

**WASHINGTON STATE DEPT OF REVENUE**
**20292 AVE PUESTA DEL SOL**
**YORBA LINDA, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,794.41** |
|---|---|---|---|

**WASHOE COUNTY TREASURER**
**P.O. BOX 30039**
**RENO, NV 89520-3039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144.15** |
|---|---|---|---|

**WASHOE COUNTY TREASURER**
**P.O. BOX 30039**
**RENO, NV 89520-3039**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,838.87** |
|---|---|---|---|

**WASTE CONNECTIONS, INC. - VANCOUVER**
**ATTN: SHARON SWANSON**
**VANCOVER DISTRICT 2010**
**PO BOX 60248**
**LOS ANGELES, CA 90060-0248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,453.36** |
|---|---|---|---|

**WASTE CONNECTIONS, INC. - VANCOUVER**
**VANCOVER DISTRICT 2010**
**PO BOX 60248**
**LOS ANGELES, CA 90060-0248**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$280.04** |
|---|---|---|---|

**WASTE CONNECTIONS, INC. - VANCOUVER**
**VANCOVER DISTRICT 2010**
**PO BOX 60248**
**LOS ANGELES, CA 90060-0248**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,165.17** |
|---|---|---|---|

**WASTE CONNECTIONS, INC.-VANCOUVER**
**VANCOVER DISTRICT 2010**
**PO BOX 60248**
**LOS ANGELES, CA 90060-0248**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (*if known*) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.268 7**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT**
**DEFFENBAUGH INDUSTRIES**
**PO BOX 9001054**
**LOUISVILLE, KY 40290-1054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$107.88

---

**3.268 8**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT - LA DISTRICT**
**P.O. BOX 980968 ,**
**W. SACRAMENTO, CA 95798-0968**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$116,233.16

---

**3.268 9**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT - LA DISTRICT**
**P.O. BOX 980968**
**W. SACRAMENTO, CA 95798-0968**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$10,744.24

---

**3.269 0**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT - LA DISTRICT**
**P.O. BOX 980968**
**W. SACRAMENTO, CA 95798-0968**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$670.53

---

**3.269 1**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT OF NEBRASKA**
**PO BOX 9001054**
**LOUISVILLE, KY 40290-1054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

$3,332.95

---

**3.269 2**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT OF NEBRASKA**
**PO BOX 9001054**
**LOUISVILLE, KY 40290-1054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$1,606.29

---

**3.269 3**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT-TEXAS**
**PO BOX 660345**
**DALLAS, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$255.43

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

---

**3.269
4**

**Nonpriority creditor's name and mailing address**
WATCHLIGHT CORPORATION
ATTN: APRIL WOZNIAK
111 S. MARSHALL AVENUE
EL CAJON, CA 92020

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$1,074.44**

---

**3.269
5**

**Nonpriority creditor's name and mailing address**
WATCHLIGHT CORPORATION
ATTN: APRIL WOZNIAK
111 S. MARSHALL AVENUE
EL CAJON, CA 92020

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$96.60**

---

**3.269
6**

**Nonpriority creditor's name and mailing address**
WATERINMOTION
ATTN: SANDRA DISCEPOLO
3675 COMMERCIAL AVE
NORTHBROOK, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$1,870.00**

---

**3.269
7**

**Nonpriority creditor's name and mailing address**
WATERTIGHT PLUMBING, INC.
ATTN: MARK MCVAY
16462 GOTHARD STREET, SUITE D
HUNTINGTON BEACH, CA 92647

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$96,451.00**

---

**3.269
8**

**Nonpriority creditor's name and mailing address**
WATERTIGHT PLUMBING, INC.
ATTN: MARK MCVAY
16462 GOTHARD STREET, SUITE D
HUNTINGTON BEACH, CA 92647

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase of fixed assets

Is the claim subject to offset? ■ No ☐ Yes

**$705.00**

---

**3.269
9**

**Nonpriority creditor's name and mailing address**
WATUMULL PROPERTIES CORP.
307 LEWERS STREET, SIXTH FLOOR
HONOLULU, HI 96815

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$123,399.12**

---

**3.270
0**

**Nonpriority creditor's name and mailing address**
WAYNE TOWNSHIP HEALTH DEPARTMENT
475 VALLEY ROAD
WAYNE, NJ 07470

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Trade Related

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

Debtor **24 Hour Fitness USA, Inc.**
_____
Name

Case number (if known) **20-11561**

| 3.270 1 | **Nonpriority creditor's name and mailing address** **WCH PRECISION COLOR INC** **ATTN: SUSAN HAYNIE** **1916 VAL VERDE DR.** **AUSTIN, TX 78732** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Related** Is the claim subject to offset? ■ No ☐ Yes | **$286,301.80** |

| 3.270 2 | **Nonpriority creditor's name and mailing address** **WCH PRECISION COLOR INC** **ATTN: SUSAN HAYNIE** **1916 VAL VERDE DR.** **AUSTIN, TX 78732** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim: **Repairs & Maintenance** Is the claim subject to offset? ■ No ☐ Yes | **$19,850.00** |

| 3.270 3 | **Nonpriority creditor's name and mailing address** **WCSC LLC** **MSC 61461** **P.O. BOX 1300** **HONOLULU, HI 96807-1300** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Related** Is the claim subject to offset? ■ No ☐ Yes | **$213,884.76** |

| 3.270 4 | **Nonpriority creditor's name and mailing address** **WCSC LLC** **MSC 61461** **P.O. BOX 1300** **HONOLULU, HI 96807-1300** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim: **Utilities** Is the claim subject to offset? ■ No ☐ Yes | **$27,939.20** |

| 3.270 5 | **Nonpriority creditor's name and mailing address** **WEATHERBY REALTY INC** **PO BOX 49289** **LOS ANGELES, CA 90025** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: **Trade Related** Is the claim subject to offset? ■ No ☐ Yes | **$251,484.93** |

| 3.270 6 | **Nonpriority creditor's name and mailing address** **WEATHERBY REALTY INC** **PO BOX 49289** **LOS ANGELES, CA 90025** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ■ Unliquidated ☐ Disputed Basis for the claim: **Real Property Tax** Is the claim subject to offset? ■ No ☐ Yes | **$69,282.17** |

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

**3.2707**

**Nonpriority creditor's name and mailing address**

WEBTONE PRODUCTIONS
ATTN: GREG WEBER
PROCESSING CENTER
1840 41ST AVE #102-269
CAPITOLA, CA 95010

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.2708**

**Nonpriority creditor's name and mailing address**

WEIMING MAO
8949 DONAKER STR.
SAN DIEGO, CA 92129

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Non-Qualififed Deferred Compensation Plan

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2709**

**Nonpriority creditor's name and mailing address**

WEINGARTEN NOSTAT INC
PO BOX 924133
HOUSTON, TX 77292-4133

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$226,621.38**

---

**3.2710**

**Nonpriority creditor's name and mailing address**

WEINGARTEN NOSTAT INC
P.O. BOX 301074
DALLAS, TX 75303-1074

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$87,507.56**

---

**3.2711**

**Nonpriority creditor's name and mailing address**

WEINGARTEN NOSTAT INC
PO BOX 301074
DALLAS, TX 75303-1074

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No  ☐ Yes

**$39,930.07**

---

**3.2712**

**Nonpriority creditor's name and mailing address**

WEINGARTEN NOSTAT INC
PO BOX 301074
DALLAS, TX 75303-1074

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Tax

Is the claim subject to offset? ■ No  ☐ Yes

**$17,352.18**

---

**3.2713**

**Nonpriority creditor's name and mailing address**

WEINGARTEN REALTY INVESTORS
ATTN: BETH WILLIAMSON
P.O. BOX 924133
HOUSTON, TX 77292

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Related

Is the claim subject to offset? ■ No  ☐ Yes

**$338,983.49**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.271 4**

**Nonpriority creditor's name and mailing address**
**WEINGARTEN REALTY INVESTORS**
**P.O. BOX 301074**
**DALLAS, TX 75303-1074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$20,252.37**

---

**3.271 5**

**Nonpriority creditor's name and mailing address**
**WELD COUNTY TREASURER**
**1400 N. 17TH AVENUE**
**GREELEY, CO 80632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$25,777.00**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**
**WELLS FARGO BANK 24HF - COMMERCIAL CARD**
**333 MARKET STREET, 14TH FLOOR**
**SAN FRANCISCO, CA 94105-2102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$52,630.86**

---

**3.271 7**

**Nonpriority creditor's name and mailing address**
**WELLS FARGO, NATIONAL ASSOCIATION**
**ATTN: CORPORATE TRUST SERVICES - ADMINIS**
**150 EAST 42ND ST**
**NEW YORK, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **8.000% Senior Unsecured Notes due 2022**

Is the claim subject to offset? ■ No ☐ Yes

**$521,555,555.50**

---

**3.271 8**

**Nonpriority creditor's name and mailing address**
**WENDEL ROSEN BLACK AND DEAN LLP**
**1111 BROADWAY, 24TH FLOOR**
**OAKLAND, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$45,680.01**

---

**3.271 9**

**Nonpriority creditor's name and mailing address**
**WENDEL ROSEN BLACK AND DEAN LLP**
**ATTN: E. ALEXANDER X307**
**1111 BROADWAY, 24TH FLOOR**
**OAKLAND, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$2,175.60**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.272 0**

**Nonpriority creditor's name and mailing address**
**WEST COAST COMMERCIAL POOLS INC**
**2491 N COTTAGE HILL DR**
**ORANGE, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$59,975.00**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**
**WEST COAST FIRE & INTEGRATION INC**
**ATTN: BRANDON VINCENT COLTON**
**1474 N. MILLER DR.**
**COLTON, CA 92324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$148.67**

---

**3.272 2**

**Nonpriority creditor's name and mailing address**
**WEST VALLEY OWNER LLC**
**ATTN: PATRICIA**
**2049 CENTURY PARK EAST**
**41ST FLOOR**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ☐ No ☐ Yes

**$475,624.34**

---

**3.272 3**

**Nonpriority creditor's name and mailing address**
**WEST VALLEY OWNER LLC**
**ATTN: PATRICIA**
**2049 CENTURY PARK EAST**
**41ST FLOOR**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$293,270.56**

---

**3.272 4**

**Nonpriority creditor's name and mailing address**
**WEST VALLEY OWNER LLC**
**ATTN: PATRICIA**
**2049 CENTURY PARK EAST**
**41ST FLOOR**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$18,395.41**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**
**WEST VALLEY WATER DISTRICT**
**855 WEST BASELINE**
**RIALTO, CA 92377-0920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$215.28**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.272
6**

**Nonpriority creditor's name and mailing address**

**WEST VALLEY WATER DISTRICT
855 WEST BASELINE
RIALTO, CA 92377-0920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$93.29**

---

**3.272
7**

**Nonpriority creditor's name and mailing address**

**WESTLAKE DMD LLC
520 S. EL CAMINO REAL 9TH FLOOR
SAN MATEO, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$205,922.26**

---

**3.272
8**

**Nonpriority creditor's name and mailing address**

**WESTLAKE DMD LLC
520 S. EL CAMINO REAL 9TH FLOOR
SAN MATEO, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,137.08**

---

**3.272
9**

**Nonpriority creditor's name and mailing address**

**WESTLAKE DMD LLC
520 S. EL CAMINO REAL 9TH FLOOR
SAN MATEO, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Security Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,541.00**

---

**3.273
0**

**Nonpriority creditor's name and mailing address**

**WESTLAKE MUD #1
BARBARA WHEELER, TAX A/C
6935 BARNEY ROAD, SUITE 110
HOUSTON, TX 77092-4443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$315.92**

---

**3.273
1**

**Nonpriority creditor's name and mailing address**

**WESTMAR I DFW LLC
ATTN: RUDY NODAR
C/O MCGINITY & NODAR LLP
11300 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No  ☐ Yes

**$184,537.50**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number *(if known)* | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.273 2**

**Nonpriority creditor's name and mailing address**

**WESTMAR I DFW LLC**
**ATTN: RUDY NODAR**
**C/O MCGINITY & NODAR LLP**
**11300 WEST OLYMPIC BOULEVARD**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$91,881.93**

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

**WESTMAR II LP**
**ATTN: KATE HSU**
**11300 WEST OLYMPIC BLVD**
**SUITE 620**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$415,924.40**

---

**3.273 4**

**Nonpriority creditor's name and mailing address**

**WESTMAR II LP**
**11300 WEST OLYMPIC BLVD**
**SUITE 620**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$11,434.23**

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

**WESTMINSTER**
**FINANCE**
**4800 W 92ND AVENUE**
**WESTMINSTER, CO 80030-6399**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$507.23**

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

**WEXER HOLDING LLC**
**ATTN: KIM NAPOLITANO**
**3477 CORPORATE PARKWAY**
**SUITE 100**
**CENTER VALLEY, PA 18034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$115,527.00**

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

**WHALEN,CHERYL**
**3-17 SUMMIT AVENUE**
**FAIR LAWN, NJ 07410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Severance**

Is the claim subject to offset? ■ No ☐ Yes

**$6,192.40**

---

| Debtor | 24 Hour Fitness USA, Inc. | Case number (if known) | 20-11561 |
|---|---|---|---|
| | Name | | |

---

**3.2738**

**Nonpriority creditor's name and mailing address**
WHEELER DOUGLAS
1619 LEATHERWOOD DR
KATY, TX 77450

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$207.47

---

**3.2739**

**Nonpriority creditor's name and mailing address**
WHITE CITY WATER IMPROVEMENT
DISTRICT
999 EAST 9800 SOUTH
SANDY, UT 84094-4066

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$167.97

---

**3.2740**

**Nonpriority creditor's name and mailing address**
WHITTLE SIGNS
ATTN: CHRISTY HA
287 KALIHI STREET
HONOLULU, HI 96819

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$575.92

---

**3.2741**

**Nonpriority creditor's name and mailing address**
WHITTWOOD 1768 INC
ATTN: ALLISON ALLEN
500 NORTH BROADWAY SUITE 201
PO BOX 9010
JERICHO, NY 11753

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

$150,335.02

---

**3.2742**

**Nonpriority creditor's name and mailing address**
WHITTWOOD 1768 INC
ATTN: ALLISON ALLEN
500 NORTH BROADWAY SUITE 201
PO BOX 9010
JERICHO, NY 11753

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

$9,872.03

---

**3.2743**

**Nonpriority creditor's name and mailing address**
WHITTWOOD 1768, INC.
500 NORTH BROADWAY
STE 210, PO BOX 9010
JERICHO, NY 11753

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unbilled CIP Increases**

Is the claim subject to offset? ■ No ☐ Yes

$16,066.36

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.274
4**

**Nonpriority creditor's name and mailing address**
**WIEDENBACH-BROWN CO., INC.**
**ATTN: SCOTT KING**
**22901 LA PALMA AVENUE**
**YORBA LINDA, CA 92887**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$832,785.40**

---

**3.274
5**

**Nonpriority creditor's name and mailing address**
**WILLIAMS CONSTRUCTION CORP**
**ATTN: CARRIE MARKLE**
**2701 W MANSFIELD AVE**
**ENGLEWOOD, CO 80110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$75,196.46**

---

**3.274
6**

**Nonpriority creditor's name and mailing address**
**WILLIAMSON COUNTY TAX COLLECTOR**
**904 SOUTH MAIN STREET**
**GEORGETOWN, TX 78626-5829**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$11,058.00**

---

**3.274
7**

**Nonpriority creditor's name and mailing address**
**WILMINGTON VICTORVILLE LLC**
**ATTN: FREDERICK J. MENO**
**3511 W OLYMPIC BLVD**
**SUITE 301**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$87,279.81**

---

**3.274
8**

**Nonpriority creditor's name and mailing address**
**WILMINGTON VICTORVILLE LLC**
**C/O THE WOODMONT COMPANY**
**2100 W. 7TH STREET**
**FORT WORTH, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$8,487.70**

---

**3.274
9**

**Nonpriority creditor's name and mailing address**
**WILMINGTON VICTORVILLE LLC**
**C/O THE WOODMONT COMPANY**
**2100 W. 7TH STREET**
**FORT WORTH, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$65.96**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.275 0**

**Nonpriority creditor's name and mailing address**
**WILSON SIGN ART INC**
**ATTN: MARK WILSON**
**5848 VARNA AVE**
**VALLEY GLEN, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$143,168.68**

---

**3.275 1**

**Nonpriority creditor's name and mailing address**
**WILSON SIGN ART INC**
**ATTN: MARK WILSON**
**5848 VARNA AVE**
**VALLEY GLEN, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$12,448.38**

---

**3.275 2**

**Nonpriority creditor's name and mailing address**
**WKF, INC.**
**P.O. BOX 31000**
**HONOLULU, HI 96894-5484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$194,343.83**

---

**3.275 3**

**Nonpriority creditor's name and mailing address**
**WKF, INC.**
**P.O. BOX 31000**
**HONOLULU, HI 96894-5484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$29,670.07**

---

**3.275 4**

**Nonpriority creditor's name and mailing address**
**WMC FUND LLC**
**ATTN: BRIANA VU**
**1990 NE 163RD STREET**
**STE 209**
**NORTH MIAMI BEACH, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$227,110.34**

---

**3.275 5**

**Nonpriority creditor's name and mailing address**
**WOODBRIDGE AVENEL LLC**
**ATTN: ANA GRULLON**
**112 WEST 34TH STREET**
**SUITE 2106**
**NEW YORK, NY 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$340,603.73**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.275
6**

**Nonpriority creditor's name and mailing address**

**WOODBRIDGE AVENEL LLC
ATTN: ANA GRULLON
112 WEST 34TH STREET
SUITE 2106
NEW YORK, NY 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Real Property Tax_

Is the claim subject to offset? ■ No ☐ Yes

**$39,501.16**

---

**3.275
7**

**Nonpriority creditor's name and mailing address**

**WOODLANDS METRO CENTER MUD
P.O. BOX 4901
HOUSTON, TX 77210-4901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Personal Property Tax_

Is the claim subject to offset? ■ No ☐ Yes

**$8,574.00**

---

**3.275
8**

**Nonpriority creditor's name and mailing address**

**WOODMORE TOWN CENTRE LLC
1919 WEST STREET
SUITE 100
ANNAPOLIS, MD 21401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$346,324.96**

---

**3.275
9**

**Nonpriority creditor's name and mailing address**

**WOODMORE TOWN CENTRE LLC
1919 WEST STREET
SUITE 100
ANNAPOLIS, MD 21401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

**$5,712.41**

---

**3.276
0**

**Nonpriority creditor's name and mailing address**

**WOODWAY USA
ATTN: DAVID T. RUTLEDGE
W229 N591 FOSTER COURT
WAUKESHA, WI 53186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$10,147.02**

---

**3.276
1**

**Nonpriority creditor's name and mailing address**

**WORLD AND MAIN CRANBURY LLC
ATTN: LESLIE DICKERT
PO BOX 775843
CHICAGO, IL 60677-5843**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Related_

Is the claim subject to offset? ■ No ☐ Yes

**$10,687.68**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.276**
**2**

**Nonpriority creditor's name and mailing address**
**WPC HOLDCO LLC**
**ATTN: RAJ PRASHAD**
**50 ROCKEFELLER PLAZA**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☒ No ☐ Yes

**$440,477.63**

---

**3.276**
**3**

**Nonpriority creditor's name and mailing address**
**WPC HOLDCO LLC**
**ATTN: RAJ PRASHAD**
**50 ROCKEFELLER PLAZA**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ☒ No ☐ Yes

**$75,514.70**

---

**3.276**
**4**

**Nonpriority creditor's name and mailing address**
**WPC HOLDCO LLC**
**ATTN: RAJ PRASHAD**
**50 ROCKEFELLER PLAZA**
**2ND FLOOR**
**NEW YORK, NY 10020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: __Real Property Tax__

Is the claim subject to offset? ☒ No ☐ Yes

**$22,940.75**

---

**3.276**
**5**

**Nonpriority creditor's name and mailing address**
**WRI SOUTHERN INDUSTRIAL POOL LLC**
**ATTN: BARBARA ZEYADA**
**P.O. BOX 924133**
**HOUSTON, TX 77292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☒ No ☐ Yes

**$130,183.33**

---

**3.276**
**6**

**Nonpriority creditor's name and mailing address**
**WRI WEST GATE SOUTH LP**
**PO BOX 301074**
**DALLAS, TX 75303-1074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Related__

Is the claim subject to offset? ☒ No ☐ Yes

**$279,697.14**

---

**3.276**
**7**

**Nonpriority creditor's name and mailing address**
**WYNER CHIU**
**2195 E 22ND ST #2J**
**BROOKLYN, NY 11229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Non-Qualififed Deferred Compensation Plan__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.276
8**

**Nonpriority creditor's name and mailing address**
**XCEL ENERGY**
**PO BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,799.73**

---

**3.276
9**

**Nonpriority creditor's name and mailing address**
**XCEL ENERGY**
**PO BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$685.26**

---

**3.277
0**

**Nonpriority creditor's name and mailing address**
**XCEL ENERGY**
**414 NICOLLET MALL**
**MINNEAPOLIS, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Related**

Is the claim subject to offset? ☑ No ☐ Yes

**$654.98**

---

**3.277
1**

**Nonpriority creditor's name and mailing address**
**XCEL ENERGY**
**PO BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$552.24**

---

**3.277
2**

**Nonpriority creditor's name and mailing address**
**XO COMMUNICATIONS SERVICES LLC**
**8871 S. SANDY PKWY, STE. 200**
**SANDY, UT 84070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Telecom**

Is the claim subject to offset? ☑ No ☐ Yes

**$22,457.09**

---

**3.277
3**

**Nonpriority creditor's name and mailing address**
**XO COMMUNICATIONS SERVICES LLC**
**8871 S. SANDY PKWY, STE. 200**
**SANDY, UT 84070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,769.58**

---

**3.277
4**

**Nonpriority creditor's name and mailing address**
**YELP INC**
**ATTN: VANESSA SALVIEJO**
**PO BOX 204393**
**DALLAS, TX 75320-4393**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  **Yelp social platform service fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,748.33**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number *(if known)* | **20-11561** |
|---|---|---|---|
| | Name | | |

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

**YELP INC**
**ATTN: VANESSA SALVIEJO**
**PO BOX 204393**
**DALLAS, TX 75320-4393**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$20,205.00**

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

**YESCO**
**6725 WEST CHICAGO STREET**
**CHANDLER, AZ 85226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$23,935.40**

---

**3.277 7**

**Nonpriority creditor's name and mailing address**

**YESCO**
**6725 WEST CHICAGO STREET**
**CHANDLER, AZ 85226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Purchase of fixed assets**

Is the claim subject to offset? ■ No ☐ Yes

**$6,043.20**

---

**3.277 8**

**Nonpriority creditor's name and mailing address**

**YGNACIO CENTER OWNER LLC**
**ATTN: KARI AYCOCK**
**2800 POST OAK BLVD**
**SUITE 4800**
**HOUSTON, TX 77056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$188,120.64**

---

**3.277 9**

**Nonpriority creditor's name and mailing address**

**YGNACIO CENTER OWNER LLC**
**ATTN: KARI AYCOCK**
**2800 POST OAK BLVD**
**SUITE 4800**
**HOUSTON, TX 77056**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$83,507.78**

---

**3.278 0**

**Nonpriority creditor's name and mailing address**

**YIP HOLDINGS TWO LLC**
**PO BOX 5161**
**REDWOOD CITY, CA 94063**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$92,268.31**

---

| Debtor | 24 Hour Fitness USA, Inc. | | Case number (if known) | 20-11561 |
|---|---|---|---|---|
| | Name | | | |

**3.278**
**1**

**Nonpriority creditor's name and mailing address**
YIP HOLDINGS TWO LLC
PO BOX 5161
REDWOOD CITY, CA 94063

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$16,224.34**

---

**3.278**
**2**

**Nonpriority creditor's name and mailing address**
YNS ENTERPRISE NO 1 LLC
11799 SEBASTIAN WAY
SUITE 105
RANCHO CUCAMONGA, CA 91730

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$230,795.23**

---

**3.278**
**3**

**Nonpriority creditor's name and mailing address**
YNS ENTERPRISE NO 1 LLC
11799 SEBASTIAN WAY
SUITE 105
RANCHO CUCAMONGA, CA 91730

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

**$21,479.17**

---

**3.278**
**4**

**Nonpriority creditor's name and mailing address**
YORBA LINDA WATER DISTRICT
PO BOX 54348
LOS ANGELES, CA 90054-0348

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$196.51**

---

**3.278**
**5**

**Nonpriority creditor's name and mailing address**
YOUNKER RIAN
535 HICKORY LN
PASADENA, CA 91103

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$49.60**

---

**3.278**
**6**

**Nonpriority creditor's name and mailing address**
YOUR TRAINER INC
ATTN: TIM SWETT
1514 ROBERTS DRIVE
JACKSONVILLE BEACH, FL 32250

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

**$13,540.69**

---

**3.278**
**7**

**Nonpriority creditor's name and mailing address**
YOUR TRAINER INC
1514 ROBERTS DRIVE
JACKSONVILLE BEACH, FL 32250

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$8,872.64**

---

| Debtor | **24 Hour Fitness USA, Inc.** | Case number (if known) | **20-11561** |
|---|---|---|---|
| | Name | | |

| 3.278 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.01** |
|---|---|---|---|

**ZIMBALDI ALPHONSO**
**31 LAKEVIEW DR**
**PUTNAM VALLEY, NY 10579**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,568.30** |
|---|---|---|---|

**ZONE AIRE SYSTEMS INC**
**ATTN: MIKEAL JOSEPH**
**140-18 FOCH BLVD**
**JAMAICA, NY 11436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**ZUORA INC**
**ATTN: AN NGUYEN**
**3050 S. DELAWARE STREET**
**SUITE 301**
**SAN MATEO, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Related**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 758,829,863.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 758,829,863.35 |

**Fill in this information to identify the case:**

Debtor name   **24 Hour Fitness USA, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-11561**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Lease Agreement for California Street Sport dated 09/01/1994**<br><br>State the term remaining   **Undetermined**<br><br>List the contract number of any government contract | **100 California Street LLC**<br>**100 California Street, Suite 250**<br>**San Francisco, CA 94111** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Lessee for location at 521 California Street Sport dated 09/01/1994**<br><br>State the term remaining   **8/31/2024**<br><br>List the contract number of any government contract | **100 California Street LLC**<br>**100 California Street**<br>**San Francisco, CA 94111-4505** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest   **Lease Agreement for Sutter-Montgomery Sport dated 09/14/2005**<br><br>State the term remaining   **Undetermined**<br><br>List the contract number of any government contract | **111 Sutter Street Owner LP**<br>**c/o Paramount Group, Inc.**<br>**Attn: Property Manager**<br>**111 Sutter Street Suite 350**<br>**San Francisco, CA 94104** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   **Lessee for location at 435 Sutter/Montgomery Sport dated 08/02/2005**<br><br>State the term remaining   **1/31/2031**<br><br>List the contract number of any government contract | **111 Sutter Street Owner LP**<br>**45 Montgomery Street**<br>**San Francisco, CA 94104-4522** |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 594 East Arques Active dated 11/01/1998** | |
|---|---|---|---|
| | State the term remaining | **5/31/2023** | **1211 E. Arques LP** |
| | List the contract number of any government contract | | **1211 E. Arques Avenue Sunnyvale, CA 94085-4702** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Glendora Sport dated 06/29/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **1301 East Gladstone Street Investors LLC c/o Vestar, Attn: Property Manager** |
| | List the contract number of any government contract | | **7575 Carson Blvd. Long Beach, CA 90808** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 910 Glendora Sport dated 07/02/2007** | |
|---|---|---|---|
| | State the term remaining | **6/30/2022** | **1301 East Gladstone Street Investors LLC** |
| | List the contract number of any government contract | | **1357 E. Gladstone Avenue Glendora, CA 91740-5368** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for La Mirada Sport dated 02/01/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **13395 Beach Blvd, LLC Attn: Joy Lee** |
| | List the contract number of any government contract | | **22500 S. Tubeway Ave Commerce, CA 90040** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 077 La Mirada Sport dated 09/01/2002** | |
|---|---|---|---|
| | State the term remaining | **1/31/2022** | **13395 Beach Blvd, LLC** |
| | List the contract number of any government contract | | **13395 Beach Blvd. La Mirada, CA 90638-3553** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Buffalo Grove (Pipeline) dated 12/31/2019** | **14 Dundee Rd LLC Attn: Lew Kornberg** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **1 West Dundee Road Suite 200** |
| | List the contract number of any | | **Buffalo, IL 60089** |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | Case number (*if known*) | 20-11561 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ladera Ranch Sport dated 06/15/2005** | |
| | State the term remaining | **Undetermined** | **147 Metro, LLC c/o Metro Commercial Realty Corporation 227 20th Street Suite 100 Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 053  Ladera Ranch Sport dated 07/18/2005** | |
| | State the term remaining | **6/30/2025** | **147 Metro, LLC 200 Corporate Drive Ladera Ranch, CA 92694-1275** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 642 Englewood Cliffs Super Sport dated 11/22/2014** | |
| | State the term remaining | **1/31/2030** | **150 SYLVAN AVENUE LLC - V0000413775 150 Sylvan Avenue Englewood Cliffs, NJ 07632-2549** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Englewood Cliffs Super Sport dated 01/28/2015** | |
| | State the term remaining | **Undetermined** | **150 Sylvan Avenue, LLC c/o Joseph Klyde, Managing Memer 10 Van Wagoner Drive Englewood Cliffs, NJ 07632-2111** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pembroke Pines (Pipeline) dated Based on LL/Permit Delivery** | |
| | State the term remaining | **Undetermined** | **16000 PINES RETAIL INVESTMENTS, LLC Attn: David Martin and Adam Adler 2665 South Bayshore Drive Suite 1020 Coconut Grove, FL 33133** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 097 Hermosa Beach dated 07/25/2005** | **1601 PCH, LP 1601 Pacific Coast Highway Suite 100 Hermosa Beach, CA 90254-3243** |

Debtor 1   **24 Hour Fitness USA, Inc.**                          Case number *(if known)*   **20-11561**
　　　　　　First Name　　　　Middle Name　　　　Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **7/31/2025** | |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hermosa Beach Super Sport dated 07/26/2005** | |
| | State the term remaining | **Undetermined** | **1601 PCH, LP**<br>**201 Wilshire Blvd**<br>**2nd Floor**<br>**Santa Monica, CA 90401** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 540 Honolulu Super Sport dated 04/01/1996** | |
| | State the term remaining | **12/31/2025** | **1680 Kapiolani, LLC**<br>**1680 Kapiolani Blvd.**<br>**Honolulu, HI 96814-3794** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Honolulu Super Sport dated 05/01/1999** | |
| | State the term remaining | **Undetermined** | **1680 Kapiolani, LLC**<br>**3810 Katella Avenue**<br>**Los Angeles, CA 90720** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Encino Ventura (Pipeline) dated Based on LL/Permit Delivery** | |
| | State the term remaining | **Undetermined** | **17017 Ventura, LLC**<br>**c/o TriStar Realty Group**<br>**17027 Ventura Blvd**<br>**2nd Floor**<br>**Encino, CA 91316** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ocean Avenue Sport dated 12/08/1999** | |
| | State the term remaining | **Undetermined** | **1830-1850 OCEAN AVENUE LLC**<br>**c/o Seligman Western Enterprises Ltd. II**<br>**One Town Square, Suite 1913**<br>**Southfield, MI 48076** |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 539 Ocean Avenue Sport dated 01/01/1996 | |
|---|---|---|---|
| | State the term remaining | 12/7/2029 | **1830-1850 OCEAN AVENUE LLC 1850 Ocean Avenue San Francisco, CA 94112-1768** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Torrance Del Amo Super Sport dated 04/17/2019 Undetermined | |
|---|---|---|---|
| | State the term remaining | | **21515 Hawthorne Owner LLC c/o The Muller Company Attn: Brandon Muller 18881 Von Karman Avenue Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 397 Torrance Del Amo Super Sport dated 04/20/2019 | |
|---|---|---|---|
| | State the term remaining | 4/30/2034 | **21515 Hawthorne Owner LLC 21501 Torrance Blvd Torrance, CA 90503** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Highway 249 (Compaq) Sport dated 01/01/2001 | |
|---|---|---|---|
| | State the term remaining | Undetermined | **21614 Tomball LLC 832 Southampton Drive Palo Alto, CA 94303** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Valley Ranch Sport dated 02/23/2007 | |
|---|---|---|---|
| | State the term remaining | Undetermined | **24 BB Investments Partners LLP 18002280 Market Pl Boulevard Holdings LP c/o The Woodmont Company 2100 W. 7th Street Fort Worth, TX 76107** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 687 Valley Ranch Sport dated 02/23/2007 | |
|---|---|---|---|
| | State the term remaining | 5/31/2037 | **24 BB Investments Partners, LLP 2280 Market Place Drive Irving, TX 75063-8073** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Carson Sport dated 12/03/2006** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **24 FIT, LLC**<br>**c/o NIBS Management, Inc.**<br>**Attn: Yakov Shuchatowitz**<br>**14310 Ventura Blvd.**<br>**Sherman Oaks, CA 91423** |
|  | List the contract number of any government contract |  |  |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 192 Carson Sport dated 01/17/2007** |  |
|---|---|---|---|
|  | State the term remaining | **12/31/2021** | **24 FIT, LLC**<br>**945 E. Dominguez Street**<br>**Carson, CA 90746-7260** |
|  | List the contract number of any government contract |  |  |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Arvada West 64th Ave Super Sport dated 10/01/2018** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **24 Hour Arvada LLLP**<br>**Gabe Arechaederra Acre Investment Co LLC**<br>**4683 Chabot Drive**<br>**Suite 220**<br>**Pleasanton, CA 94588** |
|  | List the contract number of any government contract |  |  |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 386 Arvada West 64th Ave SS dated 12/23/2017** |  |
|---|---|---|---|
|  | State the term remaining | **9/30/2038** | **24 Hour Arvada LLLP**<br>**12680 West 64th Avenue**<br>**Arvada, CO 80004-3806** |
|  | List the contract number of any government contract |  |  |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lee's Summit Sport (Assigned) dated 12/07/2007** |  |
|---|---|---|---|
|  | State the term remaining | **2,755 Days** | **24 LLC**<br>**c/o Armand Behpour**<br>**427 Portluck Road**<br>**Honolulu, HI 96825** |
|  | List the contract number of any government contract |  |  |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 698 Lee's Summit Sport (CLOSED) dated 12/07/2007** | **24 LLC - V0000411285**<br>**900 NE Deerbrook Street**<br>**Lee's Summit, MO 64086-8411** |
|---|---|---|---|

Debtor 1  **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | State the term remaining | 12/31/2027 |  |
|  | List the contract number of any government contract |  |  |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mt. Prospect (Pipeline) dated Based on LL/Permit Delivery Undetermined** | **24 Mount Prospect LLLP Allan Chandler 4683 Chabot Drive Suite 220 Pleasanton, CA 94588** |
|  | State the term remaining | **Undetermined** |  |
|  | List the contract number of any government contract |  |  |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Salem Sport dated 04/29/1995** | **24 Salem Partners LLC Gabe Arechaederra Acre Investment Company LLC 4683 Chabot Drive Suite 220 Pleasanton, CA 94588** |
|  | State the term remaining | **Undetermined** |  |
|  | List the contract number of any government contract |  |  |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 573 Salem Sport dated 02/01/1998** | **24 Salem Partners LLC 451 Lancaster Drive NE Salem, OR 97301-4784** |
|  | State the term remaining | **4/30/2028** |  |
|  | List the contract number of any government contract |  |  |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Atascocita Sport dated 07/21/2000** | **2ML Atascocita, LLC Attn: Heather Goodman 952 Echo Ln. Houston, TX 77024** |
|  | State the term remaining | **Undetermined** |  |
|  | List the contract number of any government contract |  |  |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Elgin & Louisiana Super Sport dated 06/27/2008** | **3201 Louisiana LP 3201 Louisiana LLC PO Box 1328 Houston, TX 77251** |
|  | State the term remaining | **Undetermined** |  |
|  | List the contract number of any government contract |  |  |

Debtor 1    **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*    **20-11561**
           First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.39. State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 696 Elgin & Louisiana Super Sport dated 06/27/2008** | |
| State the term remaining | **6/30/2023** | |
| List the contract number of any government contract | | **3201 Louisiana, L.P.**<br>**3201 Louisiana Street**<br>**Houston, TX 77006-6644** |
| 2.40. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Orange Active dated 01/17/1990** | |
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | **3501 E. Chapman, LLC**<br>**201 Wilshire Blvd.**<br>**2nd Floor**<br>**Santa Monica, CA 90401** |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 127 Orange Active dated 02/01/1988** | |
| State the term remaining | **1/31/2025** | |
| List the contract number of any government contract | | **3501 E. Chapman, LLC**<br>**3521 E. Chapman Avenue**<br>**Orange, CA 92869-3814** |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mid Wilshire Active dated 03/09/1998** | |
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | **3699 Wilshire Blvd, LLC**<br>**c/o Jamison Services, Inc.**<br>**Attn: Julie Yi, Senior Vice President**<br>**3699 Wilshire Blvd**<br>**Los Angeles, CA 90010** |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 118 Mid Wilshire Active dated 11/01/1998** | |
| State the term remaining | **1/31/2033** | |
| List the contract number of any government contract | | **3699 Wilshire Blvd, LLC**<br>**3699 Wilshire Blvd, Suite #110**<br>**#110**<br>**Los Angeles, CA 90010-2720** |
| 2.44. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fort Collins North Super Sport dated 09/12/2019** | |
| State the term remaining | **Undetermined** | |
| List the contract number of any | | **460 South College Avenue LLC**<br>**c/o LC Real Estate Group**<br>**1712 Topaz Drive**<br>**Loveland, CO 80537** |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Carmichael Active dated 12/30/2005 | |
|---|---|---|---|
| | State the term remaining | Undetermined | **5 POINTS PARTNERS LP**<br>**C/O COLLIERS INTERNATIONAL**<br>**301 UNIVERSITY AVE, SUITE 100**<br>**SACRAMENTO, CA 95825** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Northgate Fifth Ave SuperSport dated 01/01/2011 | |
|---|---|---|---|
| | State the term remaining | Undetermined | **507 Northgate LLC**<br>**c/o Wallace Properties Inc.**<br>**330 112th Avenue NE**<br>**Suite 200**<br>**Bellevue, WA 98004** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Addison (Dallas) Sport dated 06/01/2000 | |
|---|---|---|---|
| | State the term remaining | Undetermined | **5100 Belt Line Road Investors LLC**<br>**c/o UBS Realty Investors LLC**<br>**Attn: Alan Green**<br>**Ten State House Square 15th Floor**<br>**Hartford, CT 06103-3604** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 341 Addison Sport (CLOSED) dated 05/01/2001 | |
|---|---|---|---|
| | State the term remaining | 5/31/2020 | **5100 Belt Line Road Investors LLC**<br>**5100 Belt Line Road**<br>**#600**<br>**Dallas, TX 75254-7559** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Pasadena Downtown Sport dated 10/04/1999 | |
|---|---|---|---|
| | State the term remaining | Undetermined | **525 Colorado LLC**<br>**c/o Greenbridge Management Company, Inc.**<br>**9595 Wilshire Blvd**<br>**Ste 711**<br>**Beverly Hills, CA 90212** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 179 Pasadena Downtown dated 10/01/1999 | **525 Colorado LLC**<br>**525 Colorado Blvd.**<br>**Pasadena, CA 91101-5229** |
|---|---|---|---|

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **12/31/2023** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Palmdale West Active dated 02/15/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **5307 Sepulveda Boulevard LLC**<br>**9045 Corbin Avenue**<br>**Ste 270**<br>**Northridge, CA 91324** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 290 Kew Gardens Sport dated 12/20/2014** | |
|---|---|---|---|
| | State the term remaining | **8/31/2023** | **80-02 LEASEHOLD COMPANY L P - V000041410**<br>**8002 Kew Gardens Road**<br>**Kew Gardens, NY 11415-3600** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Mateo Super Sport dated 01/28/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **93 Bovet Lease Partners LLC**<br>**c/o Orchard Commercial, Inc.**<br>**c/o Orchard Commercial, Inc.**<br>**3350 Thomas Road, Suite 201**<br>**Santa Clara, CA 95054** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 813 San Mateo Super Sport dated 07/26/2008** | |
|---|---|---|---|
| | State the term remaining | **1/28/2023** | **93 BOVET LEASE PARTNERS LLC - V000041315**<br>**93 Bovet Road**<br>**San Mateo, CA 94402-3104** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Friendswood Sport dated 10/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **A-S 108 Friendswood Crossing, LP**<br>**c/o NewQuest Properties**<br>**8827 W Sam Houston Parkway N**<br>**Suite 200**<br>**Houston, TX 77040** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Firethorne Super Sport dated 11/26/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **A-S 117 Shops at the Reserve, LP c/o NewQuest Properties Attn: Property Management 8827 W Sam Houston Parkway N Houston, TX 77040** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 673 Firethorne Super Sport dated 11/26/2016** | |
|---|---|---|---|
| | State the term remaining | **5/31/2032** | **A-S 117 Shops at the Reserve, LP 1719 Spring Green Blvd Katy, TX 77494** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Richmond Grand Parkway (Pipeline) dated Based on LL/Permit Delivery** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **A-S 144 Grand Parkway-W. Airport, LP c/o NewQuest Properties Attn: Property Manager 8827 W Sam Houston Parkway N Houston, TX 77040** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bingle Active dated 12/16/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **A-S 76 Hwy 290-Bingle, L.P. c/o NewQuest Properties 8827 W Sam Houston Parkway N Suite 200 Houston, TX 77040** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fry Road & Saums Rd Sport dated 12/30/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **A-S 79 Fry-Saums LP Rising Sail Westlake, LLC c/o NewQuest Properties Attn: Property Management Houston, TX 77040** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Houston FM 1960 Active dated 09/08/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **A-S 86 FM 1960-Veterans Memorial LP c/o NewQuest Properties 8827 W Sam Houston Parkway N Ste. 200 Houston, TX 77040** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 658 Pflugerville Super Sport dated 03/26/2011** |
| | State the term remaining | **3/31/2026** |
| | | **A-S 93 SH 130 - SH 45 LP - V0000411030** |
| | List the contract number of any government contract | **1401 Town Center Drive** |
| | | **Pflugerville, TX 78660-7599** |

| | | |
|---|---|---|
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pflugerville Super Sport dated 03/26/2011** |
| | State the term remaining | **Undetermined** |
| | | **A-S 93 SH 130-SH 45, L.P.** |
| | | **c/o NewQuest Properties** |
| | List the contract number of any government contract | **Attn: General Counsel** |
| | | **8827 W Sam Houston Parkway N** |
| | | **Houston, TX 77040** |

| | | |
|---|---|---|
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for 2014 Cardio Equip. dated 11/03/2014** |
| | State the term remaining | **Potentially Expired** |
| | | **A1 Fitness Logistics** |
| | List the contract number of any government contract | **Attn: General Counsel** |
| | | **12822 Monarch Street** |
| | | **Garden Grove, CA 92841** |

| | | |
|---|---|---|
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services dated 10/14/2011** |
| | State the term remaining | **Undetermined** |
| | | **ABF Data Systems Inc.** |
| | | **Attn: General Counsel** |
| | List the contract number of any government contract | **9020 Kenamar Drive** |
| | | **Suite 201** |
| | | **San Diego, CA 92121** |

| | | |
|---|---|---|
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pearl City Super Sport dated 11/06/2009** |
| | State the term remaining | **Undetermined** |
| | | **ABP Pearl Highlands LLC** |
| | | **c/o A&B Properties Hawaii LLC** |
| | List the contract number of any government contract | **Attn: Vice President Property Management** |
| | | **PO Box 135032** |
| | | **Honolulu, HI 96801-5032** |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 496 Pearl City Super Sport dated 11/06/2009** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **ABP Pearl Highlands LLC** |
| | List the contract number of any government contract | | **1000 Kamehameha Highway Pearl City, HI 96782-2881** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Boulder Iris Street SuperSport dated 01/28/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ABS RM Lease Owner LLC c/o Klaff Realty LP 122 South Michigan Avenue 10th Floor** |
| | List the contract number of any government contract | | **Chicago, IL 60603** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 668 Boulder Iris Street dated 12/21/2007** | |
|---|---|---|---|
| | State the term remaining | **1/28/2023** | **ABS RM Lease Owner LLC 2900 Iris Street** |
| | List the contract number of any government contract | | **Boulder, CO 80301-1413** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Las Vegas Mountain Vista Super Sport dated 11/16/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ACRE Investment Co, LLC c/o Acre Investment Company, LLC 4683 Chabot Dr. Suite 220** |
| | List the contract number of any government contract | | **Pleasanton, CA 94588** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order dated 10/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Adobe Systems Incorporated Attn: General Counsel 345 Park Avenue** |
| | List the contract number of any government contract | | **San Jose, CA 95110** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order dated 10/01/2019** | |
|---|---|---|---|
| | State the term remaining | **107 Days** | **Adobe, Inc. Attn: Contract Operations Group 345 Park Avenue** |
| | List the contract number of any | | **San Jose, CA 95110** |

Debtor 1    **24 Hour Fitness USA, Inc.**
  First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order dated 12/01/2019** | |
|---|---|---|---|
| | State the term remaining | **168 Days** | **Adobe, Inc.** **Attn: Contract Operations Group** **345 Park Avenue** **San Jose, CA 95110** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Addendum Sales Order dated 12/01/2019** | |
|---|---|---|---|
| | State the term remaining | **168 Days** | **Adobe, Inc.** **Attn: Contract Operations Group** **345 Park Avenue** **San Jose, CA 95110** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Adobe Addendum Sales Order dated 12/01/2019** | |
|---|---|---|---|
| | State the term remaining | **168 Days** | **Adobe, Inc.** **Attn: Contract Operations Group** **345 Park Avenue** **San Jose, CA 95110** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order dated 08/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Adobe, Inc.** **Attn: General Counsel** **345 Park Avenue** **San Jose, CA 95110** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order dated 10/10/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Adobe, Inc.** **Attn: General Counsel** **345 Park Avenue** **San Jose, CA 95110** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*    **20-11561**
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Human Capital Management, Time and Labor, Payroll Implementation dated 02/09/2016** | |
|---|---|---|---|
| | State the term remaining | **238 Days** | **ADP**<br>**Attn: General Counsel**<br>**One ADP Boulevard**<br>**Roseland, NJ 07068** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/22/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ADP, Inc.**<br>**Attn: General Counsel**<br>**400 West Covina Boulevard**<br>**San Dimas, CA 91773** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/22/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ADP, Inc.**<br>**Attn: General Counsel**<br>**400 West Covina Boulevard**<br>**San Dimas, CA 91773** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Software License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ADP, Inc.**<br>**Attn: Contracts Department**<br>**4125 Hopyard Road**<br>**Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Software License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ADP, Inc.**<br>**Attn: Contracts Department**<br>**4125 Hopyard Road**<br>**Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ADP, Inc.**<br>**Attn: General Counsel**<br>**4125 Hopyard Road**<br>**Pleasanton, CA 94588** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Seventh Amendment dated 06/23/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ADP, LLC**<br>**Attn: General Counsel**<br>**One ADP Boulevard**<br>**Roseland, NJ 07068** |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Equipment dated 11/09/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Advance Displays and Store Fixtures, Inc**<br>**Attn: General Counsel**<br>**139 E 3900 S**<br>**Salt Lake City, UT 84107** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Equipment dated 11/09/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Advance Displays and Store Fixtures, Inc**<br>**Attn: General Counsel**<br>**139 E 3900 S**<br>**Salt Lake City, UT 84107** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Upland Sport dated 03/11/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AG Upland, LLC**<br>**9595 Wilshire Blvd**<br>**Suite 700**<br>**Beverly Hills, CA 90212** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 165 Upland Sport dated 03/11/2006** | |
|---|---|---|---|
| | State the term remaining | **3/31/2026** | **AG Upland, LLC**<br>**685 West Foothill Blvd.**<br>**Upland, CA 91786-3859** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.89. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Greenacres Active dated 03/10/2008** | |
| State the term remaining | **Undetermined** | **AGRE River Bridge Owner, LLC Matthew Buehler Kitson & Partners (Realty) LLC 4500 PGA Boulevard Suite 400 Palm Beach Gardens, FL 33418** |
| List the contract number of any government contract | | |
| 2.90. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fort Worth Western Center Sport dated 03/16/2007** | |
| State the term remaining | **Undetermined** | **Agree Fort Worth TX LLC RU Old Denton Fort Worth TX LLC c/o BRIX REIT Attn: Asset Management Costa Mesa, CA 92626** |
| List the contract number of any government contract | | |
| 2.91. State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 329 Kipling Sport dated 04/01/1999** | |
| State the term remaining | **12/31/2028** | **Agree Realty Corporation 6044 South Kipling Parkway Littleton, CO 80127-2514** |
| List the contract number of any government contract | | |
| 2.92. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kipling Sport dated 10/01/2013** | |
| State the term remaining | **Undetermined** | **Agree Realty Corporation 31850 Northwestern Highway Farmington Hills, MI 48334** |
| List the contract number of any government contract | | |
| 2.93. State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 12/15/2016** | |
| State the term remaining | **Potentially Expired** | **Alacrinet Consulting Services, Inc. Attn: General Counsel 530 Lytton Ave., 2nd Floor Palo Alto, CA 94301** |
| List the contract number of any government contract | | |
| 2.94. State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 01/19/2018** | |
| State the term remaining | **Undetermined** | **Alacrinet Consulting Services, Inc. Attn: General Counsel 530 Lytton Ave., 2nd Floor Palo Alto, CA 94301** |
| List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 01/19/2018** | |
| | State the term remaining | **Undetermined** | **Alacrinet Consulting Services, Inc. Attn: General Counsel 530 Lytton Ave., 2nd Floor Palo Alto, CA 94301** |
| | List the contract number of any government contract | | |
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Software Renewal dated 12/15/2016** | |
| | State the term remaining | **Potentially Expired** | **Alacrinet Consulting Services, Inc. Attn: General Counsel 530 Lytton Ave., 2nd Floor Palo Alto, CA 94301** |
| | List the contract number of any government contract | | |
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rancho Santa Margarita Active dated 06/01/2015** | |
| | State the term remaining | **Undetermined** | **Albee Properties, LLC 4533 Macarthur Boulevard #926 Newport Beach, CA 92660-2059** |
| | List the contract number of any government contract | | |
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 171 Rancho Santa Margarita Active dated 07/01/1993** | |
| | State the term remaining | **5/31/2025** | **Albee Properties, LLC 22331 El Paseo Rancho Santa Margarita, CA 92688-2822** |
| | List the contract number of any government contract | | |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Richmond I Active dated 09/12/2005** | |
| | State the term remaining | **Undetermined** | **Alkitsa Investments Ltd Inc c/o Palico, Inc 11811 North Freeway Suite 202 Houston, TX 77060** |
| | List the contract number of any government contract | | |
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Allen Sport (Closed) dated 06/08/2001** | **Allen Fitness, LP Titus Properties Attn: J Michael Moore 1748 W Katella Avenue Suite 206 Orange, CA 92867** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **776 Days** | |
|  | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Willow Glen Super Sport dated 02/22/2008** | |
| | State the term remaining | **Undetermined** | **ALMADEN FITNESS LP C/O TITUS PROPERTIES LLC 1748 W KATELLA AVE SUITE 206 ORANGE, CA 92867** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 810 Willow Glen Super Sport dated 02/22/2008** | |
| | State the term remaining | **2/21/2028** | **Almaden Fitness, LP 2306 Almaden Road Suite140 San Jose, CA 95125-2168** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 810 Willow Glen Super Sport dated 02/22/2008** | |
| | State the term remaining | **2/21/2028** | **Almaden Fitness, LP 2306 Almaden Road Suite140 San Jose, CA 95125-2168** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 11/18/2015** | |
| | State the term remaining | **Undetermined** | **Alorica Inc Attn: General Counsel 5 Park Plaza Suite 1100 Irvine, CA 92614** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Alta Dena Sport dated 03/22/2006** | |
| | State the term remaining | **Undetermined** | **Altadena Lincoln Crossing LLC Charles Dunn Real Estate Services, Inc Grace Kong, Senior Property Manager 800 W. 6th Street Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

Debtor 1 **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Colorado Springs dated 03/15/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AmCap Austin Bluffs, LLC**<br>**Attn: Lease Administrator**<br>**333 Ludlow Street**<br>**South Tower, 8th Floor**<br>**Stamford, CT 06902** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 324 Colorado Springs dated 06/01/1999** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **AmCap Austin Bluffs, LLC**<br>**3650 Austin Bluff Parkway**<br>**#197**<br>**Colorado Springs, CO 80918-6684** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lakewood Sport dated 05/15/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Amcap Denver Limited Partnership**<br>**ADLP-U&A LLC**<br>**Attn: Lease Administrator**<br>**333 Ludlow Street**<br>**Stamford, CT 06902** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 326 Lakewood Sport dated 06/01/1999** | |
|---|---|---|---|
| | State the term remaining | **1/31/2025** | **AMCAP DENVER LIMITED PARTNERSHIP - V1376**<br>**12039 W. Alameda Parkway**<br>**#Z-3**<br>**Lakewood, CO 80228-2701** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Tiffany Plaza (Denver) Sport dated 05/16/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AmCap Tiffany LLC**<br>**333 Ludlow Street**<br>**South Tower, 8th Floor**<br>**Stamford, CT 06902** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 352 Tiffany Plaza Sport dated 05/01/2001** | |
|---|---|---|---|
| | State the term remaining | **5/15/2021** | **AmCap Tiffany LLC**<br>**7400 E. Hampden Avenue**<br>**Denver, CO 80231-4884** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
            First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Master Servies Agreement dated 09/29/2016** | **American Wholesale Ligthing Attn: Mark Jensen 1725 Rutan Drive Livermore, CA 94551** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Anaheim Gateway Sport dated 05/11/2003** | **Anaheim Gateway, LLC c/o Robertson Properties Group Attn: Property Manager 120 North Robertson Boulevard Los Angeles, CA 90048** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 064 Anaheim Gateway Sport dated 05/01/2003** | **Anaheim Gateway, LLC 1430 North Lemon Street Anaheim, CA 92801-1200** |
| | State the term remaining | **3/10/2022** | |
| | List the contract number of any government contract | | |
| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Maintenance Agreement dated 06/19/2015** | **ANT USA, Inc. Attn: Dmitry Goykhman PO Box 2634 Acton, MA 01720** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Service Level Agreement dated 07/08/2015** | **ANT USA, Inc. Attn: Dmitry Goykhman PO Box 2634 Acton, MA 01720** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Service Level Agreement - Not Dated** | **ANT USA, Inc. Attn: Dmitry Goykhman PO Box 2634 Acton, MA 01720** |

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Undetermined** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Antelope Marketplace Sport dated 08/23/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Antelope Marketplace Station LLC**<br>**c/o Robert F. Myers, COO**<br>**11501 Northlake Drive**<br>**Cincinnati, OH 45249** |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 498 Antelope Sport dated 03/01/2001** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **Antelope Marketplace Station LLC**<br>**7905 Walerga Road**<br>**Antelope, CA 95843-5722** |
| | List the contract number of any government contract | | |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 362 Woodlands Sport dated 07/01/2002** | |
|---|---|---|---|
| | State the term remaining | **9/30/2028** | **ARC HRPWOTX001 LP**<br>**1800 Lake Woodlands Drive**<br>**The Woodlands, TX 77380-1009** |
| | List the contract number of any government contract | | |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Woodlands Sport dated 06/16/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ARC HRPWOTX001, LP**<br>**c/o American Realty Capital**<br>**Attn: Russ Winget, Property Manager**<br>**7621 Little Avenue**<br>**Charlotte, NC 28226** |
| | List the contract number of any government contract | | |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Schaumburg (Pipeline) dated Based on LL/Permit Delivery**<br>**Undetermined** | |
|---|---|---|---|
| | State the term remaining | | **ARC PTSCHIL001 LLC**<br>**Attn: GC American Finance Trust**<br>**650 5th Avenue**<br>**30th Floor**<br>**New York, NY 10019** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for OFC Facility Annex 2234 dated 01/01/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AREP LO Research Center Plaza LLC**<br>**c/o LPC West, Inc.**<br>**Attn: Deborah Valdivia**<br>**600 B Street, Suite 2480**<br>**San Diego, CA 92101** |
| | List the contract number of any government contract | | |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for West Roseville (Pipeline) dated Based on LL/Permit Delivery** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ARMSTRONG CO ROSEVILLE, LLC**<br>**Attn: Douglas J. Kyle**<br>**One Armstrong Place**<br>**Butler, PA 16001** |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Las Vegas Active dated 01/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Arnold Schlesinger**<br>**SIERRA TOWN CENTER HOLDINGS LLC**<br>**Sierra Town Center III, LLC**<br>**8735 W. Flamingo Rd.**<br>**Las Vegas, NV 89147** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fort Totten (Pipeline) dated Based on LL/Permit Delivery** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Art Place at Ft. Totten, LLC**<br>**1825 K Street, NW**<br>**Suite 1400**<br>**Washington, DC 20006** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Articulate Global, Inc.**<br>**Attn: General Counsel**<br>**244 5th Avenue, Suite 2960**<br>**New York, NY 10001** |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Parade Float Agreement dated 10/10/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Artistic Entertainment Services, LLC**<br>**Attn: General Counsel**<br>**120 N. Aspan Avenue**<br>**Azusa, CA 91702** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Parade Float Agreement dated 10/13/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Artistic Entertainment Services, LLC Attn: General Counsel 120 N. Aspan Avenue Azusa, CA 91702** |
| | List the contract number of any government contract | | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Parade Float Agreement dated 08/08/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Artistic Entertainment Services, LLC Attn: General Counsel 120 N. Aspan Avenue Azusa, CA 91702** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Parade Float Agreement dated 08/20/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Artistic Entertainment Services, LLC Attn: General Counsel 120 N. Aspan Avenue Azusa, CA 91702** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Pasadena Tournament of Roses Parade Float Agreement dated 10/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Artistic Entertainment Services, LLC Attn: General Counsel 120 N Aspan Ave Azusa, CA 91702** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Service Order dated 04/30/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AT&T Attn: General Counsel 5732 Pacific Center Blvd. San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Service Order dated 04/30/2013** | **AT&T Attn: General Counsel 5732 Pacific Center Blvd. San Diego, CA 92121** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** |  |
|  | List the contract number of any government contract | |  |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Service Order dated 05/03/2013** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **AT&T**<br>**Attn: General Counsel**<br>**5732 Pacific Center Blvd.**<br>**San Diego, CA 92121** |
|  | List the contract number of any government contract | |  |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Service Order dated 06/10/2013** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **AT&T**<br>**Attn: General Counsel**<br>**5732 Pacific Center Blvd.**<br>**San Diego, CA 92121** |
|  | List the contract number of any government contract | |  |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Service Order dated 08/14/2013** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **AT&T**<br>**Attn: General Counsel**<br>**5732 Pacific Center Blvd.**<br>**San Diego, CA 92121** |
|  | List the contract number of any government contract | |  |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Business Network Service dated 02/24/2011** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **AT&T Corp.**<br>**Attn: Nancy Klein**<br>**5732 Pacific Center Blvd.**<br>**San Diego, CA 92121** |
|  | List the contract number of any government contract | |  |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement dated 03/11/2008** |  |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **AT&T Corp.**<br>**Attn: Master Agreement Support Team**<br>**One AT&T Way**<br>**Bedminster, NJ 07921-0752** |
|  | List the contract number of any government contract | |  |

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
　　　　First Name　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Business Network Service dated 06/28/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AT&T Corp.** **Attn: Master Agreement Support Team** **One AT&T Way** **Bedminster, NJ 07921-0752** |
| | List the contract number of any government contract | | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Business Network Service dated 02/24/2011** | |
|---|---|---|---|
| | State the term remaining | **290 Days** | **AT&T Corp.** **Attn: Master Agreement Support Team** **One AT&T Way** **Bedminster, NJ 07921-0752** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Digital Advantage Agreement dated 09/24/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AT&T Mobility National Accounts LLC** **Attn: General Counsel** **7229 Parkway Dr** **Hanover, MD 21076** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Digital Advantage Agreement dated 06/19/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AT&T Mobility National Accounts LLC** **Attn: General Counsel** **7229 Parkway Dr** **Hanover, MD 21076** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Monterey Park Sport dated 09/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Atlantic Times Square X, LLC** **Law Office of Jeffrey E. Strauss** **PO Box 1431, Guasti** **Guasti, CA 91743** |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 867 Monterey Park Sport dated 05/21/2010** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **Atlantic Times Square X, LLC** **500 N. Atlantic Blvd.** **Suite A-102-1** **Monterey Park, CA 91754-1079** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|
| **2.146.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Stadium Active dated 08/01/1980** | |
| | State the term remaining | **1,049 Days** | **Atomic Investments, Inc.** |
| | List the contract number of any government contract | | **3200 B4-2 Highland Avenue** **3200 B4-2 Highland Avenue** **National City, CA 91950** |
| **2.147.** | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 109 Stadium Active dated 05/01/1980** | |
| | State the term remaining | **4/30/2023** | **Atomic Investments, Inc.** |
| | List the contract number of any government contract | | **5885 Rancho Mission Road** **San Diego, CA 92108-2502** |
| **2.148.** | State what the contract or lease is for and the nature of the debtor's interest | **Location Agreement dated 07/26/2019** | |
| | State the term remaining | **Potentially Expired** | **AV Now, Inc.** **Attn: Legal Department** |
| | List the contract number of any government contract | | **100 Pioneer Street** **Suite B** **Santa Cruz, CA 95060** |
| **2.149.** | State what the contract or lease is for and the nature of the debtor's interest | **Location Agreement dated 07/26/2019** | |
| | State the term remaining | **Potentially Expired** | **AV Now, Inc.** **Attn: Legal Department** |
| | List the contract number of any government contract | | **100 Pioneer Street** **Suite B** **Santa Cruz, CA 95060** |
| **2.150.** | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **AV Now, Inc.** **Attn: Legal Department** |
| | List the contract number of any government contract | | **100 Pioneer Street** **Suite B** **Santa Cruz, CA 95060** |
| **2.151.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Oceanside Sport dated 01/16/2002** | **AVG - Oceanside LLC** **PDO VENTURE LLC** **9595 Wilshire Blvd** **Suite 700** **Beverly Hills, CA 90212** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Moore Sport (Assigned) dated 12/23/2014** | **AVG Club 7 LLC**<br>**Fitness International LLC**<br>**Attn: Lease Administration**<br>**3161 Michelson Drive**<br>**Irvine, CA 92612** |
|---|---|---|---|
| | State the term remaining | **5,312 Days** | |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 252 Moore Sport (CLOSED) dated 11/20/2015** | **AVG Club 7, LLC**<br>**647 SW 19th Street**<br>**Moore, OK 73160** |
|---|---|---|---|
| | State the term remaining | **12/31/2034** | |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Cypress Sport dated 10/24/2004** | **AVG Cypress LP**<br>**9595 Wilshire Blvd**<br>**Suite 700**<br>**Beverly Hills, CA 90212** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 111 Cypress Sport dated 10/24/2004** | **AVG Cypress LP**<br>**4951 Katella Avenue**<br>**Cypress, CA 90720-2721** |
|---|---|---|---|
| | State the term remaining | **10/23/2024** | |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 96862 Laguna Niguel Office Space dated 06/29/2011** | **AVG LAGUNA LLC - V0000324048**<br>**27921 La Paz Road, Suite B**<br>**Laguna Niguel, CA 92677** |
|---|---|---|---|
| | State the term remaining | **5/31/2022** | |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____    Case number *(if known)*    **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.157.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Laguna Niguel Super Sport dated 06/01/2007** |
| State the term remaining | **Undetermined**    **AVG Laguna, LLC**<br>**9595 Wilshire Blvd**<br>**Suite 700**<br>**Beverly Hills, CA 90212** |
| List the contract number of any government contract | |
| **2.158.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Laguna Niguel Office Space dated 06/29/2011** |
| State the term remaining | **715 Days**    **AVG Laguna, LLC**<br>**9595 Wilshire Blvd**<br>**Suite 700**<br>**Beverly Hills, CA 90212** |
| List the contract number of any government contract | |
| **2.159.** State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 862 Laguna Niguel Super Sport dated 07/21/2007 5/31/2022** |
| State the term remaining | **AVG Laguna, LLC**<br>**27921 La Paz Road**<br>**Laguna Niguel, CA 92677-3931** |
| List the contract number of any government contract | |
| **2.160.** State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 862 Laguna Niguel Super Sport dated 07/21/2007 5/31/2022** |
| State the term remaining | **AVG Laguna, LLC**<br>**27921 La Paz Road**<br>**Laguna Niguel, CA 92677-3931** |
| List the contract number of any government contract | |
| **2.161.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Oakland High Street Sport dated 11/09/2005** |
| State the term remaining | **Undetermined**    **AVG Oakland, LLC**<br>**Attn: Arnold Schlesinger**<br>**9595 Wilshire Blvd, Suite 710**<br>**Beverly Hills, CA 90212** |
| List the contract number of any government contract | |
| **2.162.** State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 802 Oakland Sport dated 07/09/2006** |
| State the term remaining | **11/30/2025**    **AVG Oakland, LLC**<br>**3950 Alameda Avenue**<br>**Oakland, CA 94601-3910** |
| List the contract number of any | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 802 Oakland Sport dated 07/09/2006** | |
|---|---|---|---|
| | State the term remaining | **11/30/2025** | **AVG Oakland, LLC** |
| | List the contract number of any government contract | | **3950 Alameda Avenue** |
| | | | **Oakland, CA 94601-3910** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Thousand Oaks Sport dated 02/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AVG Partners** |
| | | | **Attn: Kammie Hertz** |
| | List the contract number of any government contract | | **9595 Wilshire Boulevard** |
| | | | **Ste 710** |
| | | | **Beverly Hills, CA 90212** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Downtown Chula Vista Active dated 07/18/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AVG Partners** |
| | | | **c/o AVG Chula Vista, LLC** |
| | List the contract number of any government contract | | **9595 Wilshire Blvd., #700** |
| | | | **Beverly Hills, CA 90212** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Clarita Active dated 08/07/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **AVG Partners** |
| | | | **9595 Wilshire Boulevard** |
| | List the contract number of any government contract | | **Suite 700** |
| | | | **Beverly Hills, CA 90212** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for 144th & F Sport (Assigned) dated 07/17/2000** | |
|---|---|---|---|
| | State the term remaining | **46 Days** | **AVG Partners** |
| | | | **9595 Wilshire Blvd** |
| | List the contract number of any government contract | | **Suite 700** |
| | | | **Beverly Hills, CA 90212** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Shawnee Sport (Assigned) dated 01/12/2004** | **AVG Partners** |
|---|---|---|---|
| | | | **9595 Wilshire Blvd** |
| | | | **Suite 700** |
| | | | **Beverly Hills, CA 90212** |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **1,305 Days**

List the contract number of any government contract
_____

---

2.169.   State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 432 Shawnee Sport (CLOSED) dated 01/12/2004**

State the term remaining **1/11/2024**

List the contract number of any government contract
_____

**AVG Partners**
**11311 Shawnee Mission Parkway**
**Shawnee, KS 66203-3335**

---

2.170.   State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 089 Thousand Oaks Sport dated 03/01/2000**

State the term remaining **1/31/2025**

List the contract number of any government contract
_____

**AVG Partners**
**2595 Thousand Oaks Blvd**
**Thousand Oaks, CA 91362-3259**

---

2.171.   State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 348 144th & F Sport (CLOSED) dated 11/01/2000**

State the term remaining **7/31/2020**

List the contract number of any government contract
_____

**AVG Partners**
**4007 S. 145th Plaza**
**Omaha, NE 68137-5406**

---

2.172.   State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for Central & Royal (Dallas) Sport dated 12/15/2000**

State the term remaining **Undetermined**

List the contract number of any government contract
_____

**AVG Partners I LLC**
**9595 Wilshire Blvd**
**Suite 700**
**Beverly Hills, CA 90212**

---

2.173.   State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 365 Expressway Sport dated 10/01/2001**

State the term remaining **12/14/2020**

List the contract number of any government contract
_____

**AVG Partners I LLC**
**11100 Central Expressway**
**Dallas, TX 75243-6904**

---

| Debtor 1 | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 182 Gilbert Sport (CLOSED) dated 10/01/2002 2/28/2022 | |
|---|---|---|---|
| | State the term remaining | | AVG Partners I LLC 97 S. Val Vista Drive Gilbert, AZ 85296-1366 |
| | List the contract number of any government contract | | |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Gilbert Sport (Assigned) dated 03/01/2002 623 Days | |
|---|---|---|---|
| | State the term remaining | | AVG Partners I, LLC 9595 Wilshire Blvd Suite 700 Beverly Hills, CA 90212 |
| | List the contract number of any government contract | | |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Puyallup Super Sport dated 07/27/2019 Undetermined | |
|---|---|---|---|
| | State the term remaining | | AVG Puyallup LLC Attn: Arnold Schlesinger 9595 Wilshire Boulevard Suite 700 Beverly Hills, CA 90212 |
| | List the contract number of any government contract | | |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for William Cannon Sport dated 10/21/2006 Undetermined | |
|---|---|---|---|
| | State the term remaining | | AVG-Austin LP 9595 Wilshire Blvd Suite 700 Beverly Hills, CA 90212 |
| | List the contract number of any government contract | | |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 676 William Cannon Sport dated 10/21/2006 10/31/2026 | |
|---|---|---|---|
| | State the term remaining | | AVG-AUSTIN, LP 4625 West Williams Cannon Drive Austin, TX 78749-2318 |
| | List the contract number of any government contract | | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Independence Sport (Assigned) dated 08/01/2001 411 Days | |
|---|---|---|---|
| | State the term remaining | | AVG-Overland Park LLC AVG Partners 9595 Wilshire Blvd Suite 700 Beverly Hills, CA 90212 |
| | List the contract number of any | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Overland Park SS (Assigned) dated 11/01/2001** | **AVG-Overland Park LLC AVG Partners 9595 Wilshire Blvd Suite 700 Beverly Hills, CA 90212** |
| | State the term remaining | **503 Days** | |
| | List the contract number of any government contract | | |
| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 358 Independence Sport (CLOSED) dated 02/01/2002** | |
| | State the term remaining | **7/31/2021** | **AVG-Overland Park, LLC 3850 Crackerneck Road Independence, MO 64055-6728** |
| | List the contract number of any government contract | | |
| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 361 Overland Park SS (CLOSED) dated 08/01/2002** | |
| | State the term remaining | **10/31/2021** | **AVG-Overland Park, LLC 12075 Metcalf Avenue Overland Park, KS 66213-1121** |
| | List the contract number of any government contract | | |
| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 03/14/2017** | **Axiom DR Construction, LLC Attn: General Counsel 1219 Wunsche Loop Spring, TX 77373** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 05/24/2018** | |
| | State the term remaining | **Undetermined** | **Axiom DR Construction, LLC Attn: General Counsel 1219 Wunsche Loop Spring, TX 77373** |
| | List the contract number of any government contract | | |
| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 02/27/2019** | **Axiom DR Construction, LLC Attn: General Counsel 1219 Wunsche Loop Spring, TX 77373** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Potentially Expired** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 04/08/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Axiom DR Construction, LLC**<br>**Attn: General Counsel**<br>**1219 Wunsche Loap**<br>**Spring, TX 77373** |
| | List the contract number of any government contract | | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 04/09/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Axiom DR Construction, LLC**<br>**Attn: General Counsel**<br>**1219 Wunsche Loop**<br>**Spring, TX 77373** |
| | List the contract number of any government contract | | |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Axiom DR Construction LLC, Construction Contract (Springenergy, TX) dated 05/03/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Axiom DR Construction, LLC**<br>**Attn: General Counsel**<br>**1219 Wunsche Loop**<br>**Spring, TX 77373** |
| | List the contract number of any government contract | | |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract North Bruswick dated 07/23/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Axiom DR Construction, LLC**<br>**Attn: General Counsel**<br>**1219 Wunsche Loop**<br>**Spring, TX 77373** |
| | List the contract number of any government contract | | |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 10/30/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Axiom DR Construction, LLC**<br>**Attn: General Counsel**<br>**1219 Wunsche Loop**<br>**Spring, TX 77373** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.191.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Agreement dated 01/27/2020**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Axiom DR Construction, LLC**
**Attn: General Counsel**
**1219 Wunsche Loop**
**Spring, TX 77373**

**2.192.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Agreement dated 03/07/2019**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Axiom DR Construction, LLC**
**Attn: General Counsel**
**1219 Wunsche Loop**
**Spring, TX 77373**

**2.193.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Vallejo Active dated 06/02/1993**

State the term remaining — **Undetermined**

List the contract number of any government contract

**BAI Park Place LP**
**Attn: Legal Department**
**500 Galleria Drive, Suite 287**
**Johnstown, PA 15904**

**2.194.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Citrus Heights Sport dated 10/17/2003**

State the term remaining — **Undetermined**

List the contract number of any government contract

**BALLYBRACK GROUP LLC**
**Woodmont Real Estate Services**
**c/o Matthew Masterson**
**1851 Heritage Lane, Suite #230**
**Sacramento, CA 95815**

**2.195.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 523 Citrus Heights Sport dated 10/17/2003**

State the term remaining — **10/16/2023**

List the contract number of any government contract

**BALLYBRACK GROUP LLC - V0000414224**
**6633 Auburn Boulevard**
**Citrus Heights, CA 95621-4925**

**2.196.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Downtown Bellevue Sport dated 04/01/2005**

State the term remaining — **Undetermined**

List the contract number of any

**Bellevue Pacific, LLC**
**c/o JSH Properties, Inc.**
**10655 NE 4th Street**
**Suite 901**
**Bellevue, WA 98004**

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Meridian Sport dated 03/01/2001** | |
| | State the term remaining | **Undetermined** | **Berkadia Commercial Mortgage LLC FIT (CO) QRS 15-59 Inc Attn: Tim Goodwin | WP Carey Inc. 50 Rockefeller Plaza New York, NY 10020** |
| | List the contract number of any government contract | | |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Midwest HQ - CO dated 12/01/2000** | |
| | State the term remaining | **684 Days** | **BERKADIA COMMERCIAL MORTGAGE LLC Sunvalley Shopping Center, LC SunValley 200 East Long Lake Road  P.O. Box 200 Bloomfield Hills, MI 48303** |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 955 Hollywood, OR Super Sport dated 03/22/2006** | |
| | State the term remaining | **1/31/2035** | **Bernhardt Associates, Inc. 4224 NE Halsey Street Suite 100 Portland, OR 97213-1539** |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Capitol & McKee Sport dated 10/31/1983** | |
| | State the term remaining | **1,233 Days** | **Betty Jean Louie III Limited Parnership 667 Grant Ave. San Francisco, CA 94108** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ballinger Village Active dated 06/22/1993** | |
| | State the term remaining | **1,101 Days** | **BHF A California Limited Partnership Attn: J Michael Moore Titus Properties 1748 W. Katella Ave Suite 206 Orange, CA 92867** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Gladstone Active (Assigned) dated 04/15/2005** | **BIG Creekwood Commons LLC c/o Copaken Brooks LLC 1100 Walnut Suite 2000 Kansas City, MO 64106** |

Debtor 1  **24 Hour Fitness USA, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Potentially Expired** | |
| List the contract number of any government contract | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Colorado-Yale Active dated 05/03/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Black Cherry LLC** **Attn: EVP Leasing \| DDR Corp.** **3300 Enterprise Parkway** **Beachwood, OH 44122** |
| | List the contract number of any government contract | | |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **End User License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **BMC** **Attn: General Counsel** **2103 CityWest Boulevard** **Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Data Processing Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **BMC** **Attn: General Counsel** **2103 CityWest Boulevard** **Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Product Order Form and License Agreement dated 11/13/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **BMC Software, Inc.** **Attn: Order Services** **2101 City West Boulevard** **Houston, TX 77042-2827** |
| | List the contract number of any government contract | | |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement dated 12/31/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **BMI Fitness Clubs** **Attn: General Counsel** **10 Music Square East** **Nashville, TN 37203-4399** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.208.** State what the contract or lease is for and the nature of the debtor's interest — **Licensing Agreement - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any government contract

**BMI Fitness Clubs
Attn: General Counsel
10 Music Square East
Nashville, TN 37203-4399**

**2.209.** State what the contract or lease is for and the nature of the debtor's interest — **Licensing Agreement - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any government contract

**BMI Fitness Clubs
Attn: General Counsel
10 Music Square East
Nashville, TN 37203-4399**

**2.210.** State what the contract or lease is for and the nature of the debtor's interest — **Licensing Agreement - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any government contract

**BMI Fitness Clubs
Attn: General Counsel
10 Music Square East
Nashville, TN 37203-4399**

**2.211.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 195 Anaheim Hills Sport dated 10/01/1999**

State the term remaining — **9/30/2024**

List the contract number of any government contract

**Board of the State
Teachers' Retirement Sys of OH
300 South Festival Drive
Anaheim, CA 92808-1113**

**2.212.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 268 Capitol Expressway Sport dated 12/20/2014**

State the term remaining — **11/30/2021**

List the contract number of any government contract

**Borello Management Co., LLC
2920 Aborn Square Road
San Jose, CA 95121**

**2.213.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Midtown Ultra Sport dated 11/01/2008**

State the term remaining — **Undetermined**

List the contract number of any

**BP/CGCenter II LLC
Attn: Regional General Counsel
599 Lexington Avenue
Suite 1800
New York, NY 10022**

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Royal Palm Beach (Pipeline) dated Based on LL/Permit Delivery Undetermined** | **BPP Southern Palm LLC IVT Southern Royal Palm Beach, LLC c/o InvenTrust Property Management, LLC Attn: Legal - Leasing & Property Mgmt Downers Grove, IL 60515** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 528 Rancho Cordova Active dated 03/01/1994** | **Bradshaw Corporate Plaza, LP 9574 Micron Avenue Sacramento, CA 95827-2622** |
|---|---|---|---|
| | State the term remaining | **7/31/2022** | |
| | List the contract number of any government contract | | |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rancho Cordova Active dated 10/01/1990** | **Bradshaw Corporate Plaza, LP 9857 Horn Road Sacramento, CA 95827** |
|---|---|---|---|
| | State the term remaining | **776 Days** | |
| | List the contract number of any government contract | | |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rosenberg Brazos Town Center dated 12/31/2016 Undetermined** | **Brazos TC South - Partnership B, LP c/o NewQuest Prop Attn: Property Manager 8827 W Sam Houston Parkway N Suite 200 Houston, TX 77040** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 387 Rosenberg Super Sport dated 12/31/2016** | **Brazos TC South - Partnership B, LP 4112 FM 762 Rosenberg, TX 77471-5877** |
|---|---|---|---|
| | State the term remaining | **6/30/2032** | |
| | List the contract number of any government contract | | |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Parker-Arapahoe Super Sport dated 08/22/2008** | **BRE DDR BR Cornerstar CO LLC EVP Leasing \| DDR Corp. 3300 Enterprise Parkway Beachwood, OH 44122** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**

First Name        Middle Name        Last Name

Case number (if known)   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 663 Parker Arapahoe Super Sport dated 08/22/2008** | |
| | State the term remaining | **8/31/2028** | **BRE DDR BR Cornerstar CO LLC** |
| | List the contract number of any government contract | | **15900 E Briarwood Circle** **Aurora, CO 80016-1564** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 907 Fontana North dated 03/16/2007** | |
| | State the term remaining | **3/31/2022** | **BRE DDR CROCODILE FALCON RGE TWN CNTR II** |
| | List the contract number of any government contract | | **15310 Summit Avenue** **Fontana, CA 92336-0236** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fontana North Sport dated 03/16/2007** | |
| | State the term remaining | **Undetermined** | **BRE DDR Crocodile Falcon Ridge Twn CtrII** **c/o SITE Centers Corp., Attn: GC** |
| | List the contract number of any government contract | | **3300 Enterprise Parkway** **Beachwood, OH 44122** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for South Parker Super Sport dated 01/19/2020** | |
| | State the term remaining | **Undetermined** | **BRE DDR Flatacres Marketplace LLC** **c/o SITE Centers Corp** **Attn: General Counsel** |
| | List the contract number of any government contract | | **3300 Enterprise Parkway** **Beachwood, OH 44122** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 460 South Parker Super Sport dated 12/21/2019** | |
| | State the term remaining | **7/31/2035** | **BRE DDR Flatacres Marketplace LLC** |
| | List the contract number of any government contract | | **11481 S Twenty Mile Road** **Parker, CO 80134** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name   Middle Name   Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.225.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Houston Heights Super Sport dated 12/21/2019**

State the term remaining   **Undetermined**

List the contract number of any government contract

**BRE Retail Residual Owner 1, LLC**
**c/o Brixmor Property Group, Inc.**
**3901 Bellaire Boulevard**
**Houston, TX 77025**

---

**2.226.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 672 Houston Heights Super Sport dated 12/21/2019**

State the term remaining   **Undetermined**

List the contract number of any government contract

**BRE Retail Residual Owner 1, LLC**
**1513 West 18th St**
**Store #14**
**Houston, TX 77008**

---

**2.227.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Pacifica Active dated 08/01/2000**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Brentwood Holding Company**
**180 South Spruce Avenue, #160**
**South San Francisco, CA 94080**

---

**2.228.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 487 Pacifica Active dated 05/01/2003**

State the term remaining   **7/31/2022**

List the contract number of any government contract

**Brentwood Holding Company**
**555 Oceana Blvd.**
**Pacifica, CA 94044-1902**

---

**2.229.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Rowlett (Pipeline) dated Based on LL/Permit Delivery**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Briarwood Rowlett, LLC**
**5959 Sherry Lane**
**Suite 1250**
**Dallas, TX 75225**

---

**2.230.** State what the contract or lease is for and the nature of the debtor's interest

**Revocable Services dated 04/01/2015**

State the term remaining   **Undetermined**

List the contract number of any

**Brickman Facility Solutions, LLC**
**Attn: Rudy Holiday**
**6530 West Campus Oval**
**Suite 300**
**New Albany, OH 43054**

---

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 10/01/2015** | |
| | State the term remaining | **Undetermined** | **Brickman Facility Solutions, LLC**<br>**Attn: Rudy Holiday**<br>**6530 West Campus Oval**<br>**Suite 300**<br>**New Albany, OH 43054** |
| | List the contract number of any government contract | | |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 11/01/2017** | |
| | State the term remaining | **Undetermined** | **Brightview Enterprise Solutions, LLC**<br>**Attn: Rudy Holiday**<br>**6530 West Campus Oval**<br>**Suite 300**<br>**New Albany, OH 43054** |
| | List the contract number of any government contract | | |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 11/01/2017** | |
| | State the term remaining | **Undetermined** | **Brightview Enterprise Solutions, LLC**<br>**Attn: Rudy Holiday**<br>**6530 West Campus Oval**<br>**Suite 300**<br>**New Albany, OH 43054** |
| | List the contract number of any government contract | | |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement  dated 11/01/2017** | |
| | State the term remaining | **Undetermined** | **Brightview Enterprise Solutions, LLC**<br>**Attn: Rudy Holiday**<br>**6530 West Campus Oval**<br>**Suite 300**<br>**New Albany, OH 43054** |
| | List the contract number of any government contract | | |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Gulf Freeway Sport dated 04/22/2005** | |
| | State the term remaining | **Undetermined** | **Brixmor GA Apollo III TX LP**<br>**c/o Brixmor Property Group**<br>**Attn: Office of General Counsel Property**<br>**450 Lexington Avenue 13th Floor**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 301 Gulf Fwy Sport dated 04/22/2005** | **Brixmor GA Apollo III TX LP**<br>**11528 Gulf Freeway**<br>**Houston, TX 77034-3530** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **4/30/2025** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.237. | State what the contract or lease is for and the nature of the debtor's interest  **Lessee for location at 313 Nasa Active dated 12/19/2003** | |
| | State the term remaining  **12/18/2023** | **BRIXMOR HOLDINGS 12 SPE  LLC - V00004136 1017 Bay Area Blvd. Houston, TX 77058-2605** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.238. | State what the contract or lease is for and the nature of the debtor's interest  **Lease Agreement for Nasa Active dated 12/19/2003** | |
| | State the term remaining  **Undetermined** | **Brixmor Holdings 12 SPE, LLC c/o Brixmor Property Group Attn: Office of General Counsel Property 450 Lexington Avenue 13th Floor New York, NY 10017** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.239. | State what the contract or lease is for and the nature of the debtor's interest  **Lease Agreement for Camarillo Sport dated 02/11/2002** | |
| | State the term remaining  **Undetermined** | **Brixmor Holdings 12 SPE, LLC Attn: General Counsel 450 Lexington Avenue 13th Floor New York, NY 10017** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.240. | State what the contract or lease is for and the nature of the debtor's interest  **Lessee for location at 098 Camarillo Sport dated 03/01/2002** | |
| | State the term remaining  **2/28/2027** | **Brixmor Holdings 12 SPE, LLC 453 Carmen Drive Camarillo, CA 93010-6010** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.241. | State what the contract or lease is for and the nature of the debtor's interest  **Lease Agreement for East Setauket (Pipeline) dated 07/02/2020** | |
| | State the term remaining  **Undetermined** | **Brixmor SPE 2 LLC c/o Brixmor Property Group Inc. 3901 Bellaire Boulevard Houston, TX 77025** |
| | List the contract number of any government contract | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rainbow Super Sport dated 05/04/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Brixton-Alto Rainbow II LLC c/o RU Rainbow Blvd Las Vegas NV, LLC Attn: Asset Management, Rich Uncles 3090 Bristol Street Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Music License Agreement dated 01/01/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Broadcast Music, Inc. Attn: General Counsel 320 West 57th Street New York, NY 10019** |
| | List the contract number of any government contract | | |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Music Performance Agreement dated 01/01/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Broadcast Music, Inc. Attn: General Counsel 320 West 57th Street New York, NY 10019** |
| | List the contract number of any government contract | | |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Music Performance Agreement dated 03/06/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Broadcast Music, Inc. Attn: General Counsel PO Box 630893 Cincinnati, OH 45263-0893** |
| | List the contract number of any government contract | | |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 425 Portland McLoughlin Super Sport dated 08/14/2009 8/13/2024** | |
|---|---|---|---|
| | State the term remaining | | **Brooklyn Yard Watumull 4546 SE McLoughlin Blvd Portland, OR 97202-5041** |
| | List the contract number of any government contract | | |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Portland McLoughlin SuperSport dated 08/14/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Brooklyn Yard Watumull, LLC c/o Kidder Mathews One SW Columbia Street Portland, OR 97258** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Carrollton Woodlake Super Sport dated 11/23/2019** | **BT Carrollton, LP c/o BET Investments, Inc. Attn: President 200 Dryden Road Dresher, PA 19025** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fountain Valley Super Sport dated 12/19/2015** | **Builders Associates #3 Attn: Arnold Schlesinger 9595 Wilshire Blvd Ste 700 Beverly Hills, CA 90212** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 651 Rockwall Sport dated 12/01/2007** | **Builders Associates #3 405 East Interstate 30 Rockwall, TX 75087-5406** |
|---|---|---|---|
| | State the term remaining | **11/30/2027** | |
| | List the contract number of any government contract | | |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 448 Fountain Valley Super Sport dated 12/19/2015** | **Builders Associates #3 17200 Brookhurst St Fountain Valley, CA 92708** |
|---|---|---|---|
| | State the term remaining | **12/31/2035** | |
| | List the contract number of any government contract | | |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rockwall Sport dated 12/01/2007** | **Builders Associates III c/o AVG Partners 9595 Wilshire Boulevard Suite 700 Beverly Hills, CA 90212** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Security Services Agreement dated 12/20/2002** | **Burns Intl Security Services Corporation Securitas Security Services USA, Inc. Attn: General Counsel 9 Campus Drive Parsippany, NJ 07054** |
|---|---|---|---|

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cadence Solutions, Inc. Attn: General Counsel 9650 20 Avenue NW,Unit 108 Edmonton AB T6N 1G1 Canada** |
| | List the contract number of any government contract | | |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 06/14/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cadence Solutions, Inc. Attn: General Counsel 3320A Parsons Road NW Edmonton AB T6N 1B5 Canada** |
| | List the contract number of any government contract | | |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement  dated 02/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Quotation & Agreement dated 02/13/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Quotation & Agreement dated 04/10/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 02/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement  dated 02/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 02/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement  dated 02/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cagwin & Dorward Attn: Regional Sales Manager PO Box 1600 Novato, CA 94948** |
| | List the contract number of any government contract | | |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Construction dated 05/29/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cal Select Builders, Inc. Attn: General Counsel 23253 La Palma Avenue Yorba Linda, CA 92887-4768** |
| | List the contract number of any government contract | | |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Cal Select Builders Construction Contract dated 01/11/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cal Select Builders, Inc. Attn: Chris Kretz 23253 La Palma Avenue Yorba Linda, CA 92887-4768** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Cal Select Builders Construction Contract dated 03/12/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cal Select Builders, Inc. Attn: Chris Kretz 23253 La Palma Avenue Yorba Linda, CA 92887-4768** |
| | List the contract number of any government contract | | |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Cal Select Builders Construction Contract dated 08/12/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cal Select Builders, Inc. Attn: Chris Kretz 23253 La Palma Avenue Yorba Linda, CA 92887-4768** |
| | List the contract number of any government contract | | |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 497 Santa Teresa Sport dated 08/01/2002** | |
|---|---|---|---|
| | State the term remaining | **5/31/2027** | **Camino Verde Associates 6223 Santa Teresa Blvd San Jose, CA 95119-1436** |
| | List the contract number of any government contract | | |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Teresa (San Jose) Sport dated 12/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Camino Verde Associates, L.P. c/o Duckett-Wilson Development Company 11150 Santa Monica Blvd., Suite 760 Los Angeles, CA 90025** |
| | List the contract number of any government contract | | |

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement dated 11/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Camunda Inc Attn: Frederic Meier 275 Battery St Suite 2600 San Francisco, CA 94111** |
| | List the contract number of any government contract | | |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Cruz Super Sport dated 01/07/1993** | **Canepa Angelo J & Lucille Cheryl E. Panattoni, Trustee of the Cheryl Panattoni Trust c/o CP Books 26344 Carmel Rancho Lane Carmel, CA 93923** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Undetermined** | |
| List the contract number of any government contract | |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 517 Santa Cruz Super Sport Sport dated 01/01/1993** | |
|---|---|---|---|
| | State the term remaining | **1/6/2023** | **Canepa, Angelo J. & Lucille** |
| | List the contract number of any government contract | | **1261 Soquel Avenue** **Santa Cruz, CA 95062-2107** |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Capital Mall Active dated 06/01/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Capital Mall Land LLC** **SRP Property Management LLC** |
| | List the contract number of any government contract | | **Attn: Lease Coordination** **1 E Wacker Drive** **Chicago, IL 60601** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 081 West Covina Sport dated 09/01/2002** | |
|---|---|---|---|
| | State the term remaining | **4/30/2027** | **Capital Premier Property LLC** |
| | List the contract number of any government contract | | **1530 West Covina Parkway** **West Covina, CA 91790-2703** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Alameda Ave (Denver) Sport dated 09/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Caplow Denver, LLC** **9533 W Pico Boulevard** |
| | List the contract number of any government contract | | **Suite A** **Los Angeles, CA 90035** |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 351 Alameda Ave Sport dated 11/01/2000** | |
|---|---|---|---|
| | State the term remaining | **8/31/2025** | **Caplow Denver, LLC** |
| | List the contract number of any government contract | | **4120 E. Alameda** **Denver, CO 80246-1069** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Direct Purchase HVAC Equipment Agreement dated 03/01/2008** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Carrier Corporation Attn: National Account Sales Manager 18406 Buck Lake Circle Prior Lake, MN 55372** |
| | List the contract number of any government contract | | |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Direct Purchase HVAC Equipment Agreement with Exhibits dated 03/01/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Carrier Corporation Attn: National Account Sales Manager 18406 Buck Lake Circle Prior Lake, MN 55372** |
| | List the contract number of any government contract | | |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Direct Purchase HVAC Equipment Agreement dated 03/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Carrier National Accounts Attn: General Counsel 18 Emily Road Mazomanie, WI 53560** |
| | List the contract number of any government contract | | |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Boynton Beach Super Sport dated 05/18/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Catalina Shoppes FLA, LLC 8903 Glades Road Suite A-14 Boca Raton, FL 33434** |
| | List the contract number of any government contract | | |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 10/14/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **CDW Direct, LLC Attn: General Counsel 200 N. Milwaukee Avenue Vernon Hills, IL 60061** |
| | List the contract number of any government contract | | |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Sales Agreement and Statement of Work dated 10/14/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **CDW Direct, LLC Attn: General Counsel 200 N. Milwaukee Avenue Vernon Hills, IL 60061** |
| | List the contract number of any | | |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Cedar Park (Pipeline) dated Based on LL/Permit Delivery Undetermined** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Cedar Park Town Center LP
CPTC 24HF LLC
2415 W Alabama
Suite 205
Houston, TX 77098**

| | | |
|---|---|---|
| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Massapequa Super Sport dated 12/27/2018** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Cedar-Carmans LLC
c/o Cedar Realty Trust Partnership LP
44 South Bayles Avenue
Suite 304
Port Washington, NY 11050**

| | | |
|---|---|---|
| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Broomfield Sport dated 09/11/2000** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Centennial Properties Inc
Centennial Properties Denver, LLC
Attn: Doug Yost
999 West Riverside
Spokane, WA 99201**

| | | |
|---|---|---|
| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Piscataway Super Sport dated 12/12/2019** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Centennial Square LLC
Leasing Administrator
820 Morris Turnpike
Suite 301
Short Hills, NJ 07078**

| | | |
|---|---|---|
| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Cerritos Super Sport dated 12/19/2015** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Cerritos Retail CenterCal, LLC
c/o CenterCal Properties, LLC
Attn: Jean Paul Wardy
1600 East Franklin Avenue
El Segundo, CA 90245**

| | | |
|---|---|---|
| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 931 Cerritos Super Sport dated 12/19/2015** |

**Cerritos Retail CenterCal, LLC
17970 Studebaker Road, Plaza 183
Cerritos, CA 90703-2645**

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number (*if known*)    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　　**12/31/2030**<br><br>List the contract number of any government contract | |
| **2.288.**　State what the contract or lease is for and the nature of the debtor's interest　　**Lease Agreement for Moreno Valley Super Sport dated 11/22/2014**<br><br>State the term remaining　　**Undetermined**<br><br>List the contract number of any government contract | **Che Chen Liu & Shu Fen Liu, Trustees**<br>**The Che Chen Liu Shu Fen Liu Rev Trust**<br>**Attn: Andy Liu**<br>**4076 Oak Manor Court**<br>**Hayward, CA 94542** |
| **2.289.**　State what the contract or lease is for and the nature of the debtor's interest　　**Lessee for location at 925 Moreno Valley Super Sport dated 11/22/2014**<br><br>State the term remaining　　**12/31/2034**<br><br>List the contract number of any government contract | **Che Chen Liu & Shu Fen Liu, Trustees**<br>**12660  Day Street**<br>**Moreno Valley, CA 92553-7521** |
| **2.290.**　State what the contract or lease is for and the nature of the debtor's interest　　**Lessee for location at 925 Moreno Valley Super Sport dated 11/22/2014**<br><br>State the term remaining　　**8/31/2034**<br><br>List the contract number of any government contract | **Che Chen Liu & Shu Fen Liu, Trustees**<br>**12660  Day Street**<br>**Moreno Valley, CA 92553-7521** |
| **2.291.**　State what the contract or lease is for and the nature of the debtor's interest　　**Lessee for location at 925 Moreno Valley Super Sport dated 11/22/2014**<br><br>State the term remaining　　**8/31/2034**<br><br>List the contract number of any government contract | **Che Chen Liu & Shu Fen Liu, Trustees**<br>**12660  Day Street**<br>**Moreno Valley, CA 92553-7521** |
| **2.292.**　State what the contract or lease is for and the nature of the debtor's interest　　**Lessee for location at 821 San Jose East Side Super Sport dated 08/10/2019**<br><br>State the term remaining　　**3/31/2030**<br><br>List the contract number of any government contract | **Chi Chiu Lo Trust**<br>**2323 McKee Road**<br>**San Jose, CA 95116** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for East Side San Jose Super Sport dated 03/05/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Chi Chiu Lo Trust**<br>**PO Box 5161**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Chino Super Sport dated 01/06/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Chino Central Group LLC**<br>**c/o Athena Property Management**<br>**730 El Camino Way**<br>**Ste 200**<br>**Tustin, CA 92780** |
| | List the contract number of any government contract | | |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 897 Chino Central Ave SS dated 12/14/2013** | |
|---|---|---|---|
| | State the term remaining | **12/31/2029** | **Chino Central Group LLC**<br>**12155 Central Ave**<br>**Chino, CA 91710-2421** |
| | List the contract number of any government contract | | |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement  dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Chlorine Genie, LLC**<br>**Attn: General Counsel**<br>**1610 N Refugee Road**<br>**Santa Ynez, CA 93460** |
| | List the contract number of any government contract | | |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement  dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Chlorine Genie, LLC**<br>**Attn: General Counsel**<br>**1610 N Refugee Road**<br>**Santa Ynez, CA 93460** |
| | List the contract number of any government contract | | |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Madison Square Park UltraSport dated 11/09/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **CIM/225 5th Avenue (NY), LLC**<br>**Attn: Jeff Mack, Property Manager**<br>**6922 Hollywood Boulevard**<br>**Suite 300**<br>**Bethesda, MD 20814** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | **National First Aid and Safety Agreement dated 07/06/2017** | **Cintas Corporation Attn: General Counsel 6800 Cintas Blvd. Suite 9151 Cincinnati, OH 45262-5737** |
|---|---|---|---|
| | State the term remaining | **5 Days** | |
| | List the contract number of any government contract | | |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement dated 11/01/2016** | **Cipher Solutions, Inc. Attn: General Counsel 1869 Balsam Willow Trail Orlando, FL 32825** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement dated 10/20/2017** | **Cipher Solutions, Inc. Attn: General Counsel 1869 Balsam Willow Trail Orlando, FL 32825** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Cipher Solutions Consulting Services Agreement  dated 10/20/2017** | **Cipher Solutions, Inc. Attn: General Counsel 1869 Balsam Willow Trail Orlando, FL 32825** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Program   dated 07/25/2017** | **Cisco Systems, Inc. Attn: Jeff Shirazi - Charles Foster 16720 Collections Center Drive Chicago, IL 60693** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreeement Program dated 07/25/2017** | **Cisco Systems, Inc. Attn: Jeff Shirazi - Charles Foster 16720 Collections Center Drive Chicago, IL 60693** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
      First Name         Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State the term remaining | **Potentially Expired** | |
| List the contract number of any government contract | | |
| 2.305. State what the contract or lease is for and the nature of the debtor's interest | **License Agreement Program dated 07/25/2017** | |
| State the term remaining | **Potentially Expired** | **Cisco Systems, Inc.**<br>**Attn: Jeff Shirazi - Charles Foster**<br>**16720 Collections Center Drive**<br>**Chicago, IL 60693** |
| List the contract number of any government contract | | |
| 2.306. State what the contract or lease is for and the nature of the debtor's interest | **Order Form Master service Agreement dated 11/03/2017** | |
| State the term remaining | **Undetermined** | **Cision US, Inc.**<br>**Attn: General Counsel**<br>**1 Prudential Plaza, 7th Floor**<br>**130 E Randolph Street**<br>**Chicago, IL 60601** |
| List the contract number of any government contract | | |
| 2.307. State what the contract or lease is for and the nature of the debtor's interest | **Order Form and Statement of Work dated 02/22/2018** | |
| State the term remaining | **Potentially Expired** | **Cision US, Inc.**<br>**Attn: General Counsel**<br>**1 Prudential Plaza, 7th Floor**<br>**130 E Randolph Street**<br>**Chicago, IL 60601** |
| List the contract number of any government contract | | |
| 2.308. State what the contract or lease is for and the nature of the debtor's interest | **Order Form to Master Service Agreement dated 08/03/2017** | |
| State the term remaining | **Undetermined** | **Cision US, Inc.**<br>**Attn: General Counsel**<br>**1 Prudential Plaza, 7th Floor**<br>**130 E Randolph Street**<br>**Chicago, IL 60601** |
| List the contract number of any government contract | | |
| 2.309. State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 01/01/2013** | |
| State the term remaining | **Undetermined** | **Cision US, Inc.**<br>**Attn: General Counsel**<br>**130 East Randolf Street**<br>**Chicago, IL 60601** |
| List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name          Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.310.** State what the contract or lease is for and the nature of the debtor's interest — **Order Form and Statement of Work dated 02/22/2019**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Cision US, Inc.**
**Attn: General Counsel**
**130 East Randolf Street**
**Chicago, IL 60601**

**2.311.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Contract dated 06/17/2009**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**City of Los Angeles**
**Attn: General Counsel**
**200 North Spring Street**
**Los Angeles, CA 90012**

**2.312.** State what the contract or lease is for and the nature of the debtor's interest — **Sublessee for location at 151 Wigwam Sport dated 02/01/1999**

State the term remaining — **10/31/2023**

List the contract number of any government contract

**CK Pecos LLC**
**2556 Wigwam Parkway**
**Henderson, NV 89074-6226**

**2.313.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Compton Sport dated 04/01/2008**

State the term remaining — **Undetermined**

List the contract number of any government contract

**CLPF Gateway Towne Center LP**
**c/o Vestar Property Management**
**2425 E. Camelback**
**Suite 750**
**Phoenix, AZ 85016**

**2.314.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 916 Compton Sport dated 05/02/2008**

State the term remaining — **3/31/2023**

List the contract number of any government contract

**CLPF Gateway Towne Center LP**
**110 Towne Center Drive**
**Compton, CA 90220-6436**

**2.315.** State what the contract or lease is for and the nature of the debtor's interest — **CLX Service Agreement - Cover Sheet dated 02/23/2018**

State the term remaining — **Undetermined**

List the contract number of any

**CLX Communications, Inc.**
**Attn: Legal Department**
**7000 Central Parkway, Suite 1150**
**Atlanta, GA 30328**

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Management Software Service Agreement dated 03/09/2016** | |
| | State the term remaining | **Undetermined** | **CobbleStone Systems Corp. Attn: Legal 918 South White Horse Pike Somerdale, NJ 08083** |
| | List the contract number of any government contract | | |
| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fremont Auto Mall Super Sport dated 05/01/2013** | |
| | State the term remaining | **Undetermined** | **COJAMA 2 LP Attn: Jason Hammerman 1232 Rose Lane Lafeyette, CA 94549** |
| | List the contract number of any government contract | | |
| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 493 Fremont Auto Mall Super Sport dated 03/02/2013** | |
| | State the term remaining | **12/31/2033** | **COJAMA 2 LP - V0000413054 4500 Auto Mall Parkway Fremont, CA 94538-3185** |
| | List the contract number of any government contract | | |
| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fort Worth Horne Sport dated 05/15/2009** | |
| | State the term remaining | **Undetermined** | **Cole 24 Fort Worth TX LLC Carbrijar LL c/o Galaxy Property Management Corp Attn: Robert Zelman Syosset, NY 11791** |
| | List the contract number of any government contract | | |
| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 657 Fort Worth Horne Sport dated 05/15/2009** | |
| | State the term remaining | **5/31/2036** | **COLE 24 FORT WORTH TX LLC - V0000413148 2701 Halloran Street Fort Worth, TX 76107-4637** |
| | List the contract number of any government contract | | |
| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kirkman Super Sport dated 07/08/2018** | **Cole 24 Orlando FL LLC Clelia Abruzzi, Property Mgr CIM Group 2325 East Camelback Road 10th Floor Phoenix, AZ 85016** |

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined**<br><br>List the contract number of any government contract | |
| **2.322.** State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 636 Kirkman Super Sport dated 08/23/2018**<br><br>State the term remaining **1/31/2034**<br><br>List the contract number of any government contract | **Cole 24 Orlando FL LLC 1101 Resource Avenue Orlando, FL 32811-2203** |
| **2.323.** State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for Edmond Sport (Assigned) dated 02/25/2014**<br><br>State the term remaining **3,364 Days**<br><br>List the contract number of any government contract | **Cole LA Edmond OK LLC Fitness International LLC Attn: Lease Administration 3161 Michelson Drive Irvine, CA 92612** |
| **2.324.** State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 251 Edmond Sport (CLOSED) dated 11/20/2015**<br><br>State the term remaining **8/31/2029**<br><br>List the contract number of any government contract | **Cole LA Edmond OK, LLC 2121 W Danforth Road Edmond, OK 73003** |
| **2.325.** State what the contract or lease is for and the nature of the debtor's interest **Masters Product and Services Agreement - Not Dated**<br><br>State the term remaining **Undetermined**<br><br>List the contract number of any government contract | **Colorado Pool Systems Attn: General Counsel 12650 West 64th Avenue Unit E-124 Arvada, CO 80004** |
| **2.326.** State what the contract or lease is for and the nature of the debtor's interest **Master Product and Services Agreement - Not Dated**<br><br>State the term remaining **Undetermined**<br><br>List the contract number of any government contract | **Colorado Pool Systems Attn: General Counsel 12650 West 64th Avenue Unit E-124 Arvada, CO 80004** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **Master Product and Services Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Colorado Pool Systems** **Attn: General Counsel** **12650 West 64th Avenue** **Unit E-124** **Arvada, CO 80004** |
| | List the contract number of any government contract | | |

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Colorado Springs Sport dated 12/14/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Colorado Springs Fitness LP** **Attn: J Michael Moore Titus Properties** **1748 W Katella Avenue** **Suite 206** **Orange, CA 92867** |
| | List the contract number of any government contract | | |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Columbia Tech Sport dated 04/06/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Columbia Tech Center, LLC** **c/o Pacific Realty Associates, LP** **15350 SW Sequoia Parkway #300** **Portland, OR 97224** |
| | List the contract number of any government contract | | |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 411 Columbia Tech Sport dated 04/01/2000** | |
|---|---|---|---|
| | State the term remaining | **4/30/2025** | **Columbia Tech Center, LLC** **800 S.E. Tech Center Drive** **Vancouver, WA 98683-5532** |
| | List the contract number of any government contract | | |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Livermore Super Sport dated 05/01/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **COLUMBUS AVENUE II LLC** **5214-F Diamond Heights Blvd** **Suite 828** **San Francisco, CA 94131** |
| | List the contract number of any government contract | | |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 895 Livermore Super Sport dated 12/22/2012** | |
|---|---|---|---|
| | State the term remaining | **12/31/2033** | **COLUMBUS AVENUE II LLC - V0000412949** **2650 Kittyhawk Road** **Livermore, CA 94551-9418** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Service Order Agreement dated 05/18/2009** | |
| | State the term remaining | **Undetermined** | **Comcast**<br>**Attn: Director of Business Customer Ops**<br>**500 South Gravers Road**<br>**Plymouth Meeting, PA 19462** |
| | List the contract number of any government contract | | |

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Serice Order Agreement dated 07/02/2013** | |
| | State the term remaining | **Potentially Expired** | **Comcast**<br>**Attn: Director of Business Customer Ops**<br>**500 South Gravers Road**<br>**Plymouth Meeting, PA 19462** |
| | List the contract number of any government contract | | |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Service Order Agreement dated 07/02/2013** | |
| | State the term remaining | **Potentially Expired** | **Comcast**<br>**Attn: Director of Business Customer Ops**<br>**500 South Gravers Road**<br>**Plymouth Meeting, PA 19462** |
| | List the contract number of any government contract | | |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Service Order Agreement dated 07/02/2013** | |
| | State the term remaining | **Potentially Expired** | **Comcast**<br>**Attn: Director of Business Customer Ops**<br>**500 South Gravers Road**<br>**Plymouth Meeting, PA 19462** |
| | List the contract number of any government contract | | |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Service Order Agreement dated 07/02/2013** | |
| | State the term remaining | **Potentially Expired** | **Comcast**<br>**Attn: Director of Business Customer Ops**<br>**500 South Gravers Road**<br>**Plymouth Meeting, PA 19462** |
| | List the contract number of any government contract | | |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Service Order Agreement dated 07/02/2017** | **Comcast**<br>**Attn: Director of Business Customer Ops**<br>**500 South Gravers Road**<br>**Plymouth Meeting, PA 19462** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **16 Days** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement  dated 03/30/2011** | **Comcast Cable Communications Mgmt, LLC Attn: Vice President/ Enterprise Sales One Combcast Center 1701 JFK Boulevard Philadelphia, PA 19103** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | **Approval, Summary and Service Renewals dated 08/30/2013** | **Comcast Cable Communications Mgmt, LLC Attn: Vice President/ Enterprise Sales One Combcast Center 1701 JFK Boulevard Philadelphia, PA 19103** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 09/06/2013** | **Comcast Cable Communications Mgmt, LLC Attn: Vice President/ Enterprise Sales One Combcast Center 1701 JFK Boulevard Philadelphia, PA 19103** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement and Amendment dated 02/03/2015** | **Comcast Cable Communications Mgmt, LLC Attn: Vice President/ Enterprise Sales One Combcast Center 1701 JFK Boulevard Philadelphia, PA 19103** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | **Approval, Summary and Service Agreement Renewals dated 08/30/2013** | **Comcast Cable Communications Mgmt, LLC Attn: Vice President/ Enterprise Sales One Combcast Center 1701 JFK Boulevard Philadelphia, PA 19103** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
          First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | **Business Class Service Order Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Comcast Cable Communications Mgmt, LLC** **Attn: Vice President/ Enterprise Sales** **One Comcast Center** **1701 JFK Boulevard** **Philadelphia, PA 19103** |
| | List the contract number of any government contract | | |

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES SALES ORDER FORM dated 11/24/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Comcast Enterprise Services** **Attn: General Counsel** **4400 Port Union Rd** **West Chester, OH 45011-9714** |
| | List the contract number of any government contract | | |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES SALES ORDER FORM dated 11/13/2019** | |
|---|---|---|---|
| | State the term remaining | **880 Days** | **Comcast Enterprise Services** **Attn: General Counsel** **4400 Port Union Rd** **West Chester, OH 45011-9714** |
| | List the contract number of any government contract | | |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICES SALES ORDER FORM dated 12/16/2019** | |
|---|---|---|---|
| | State the term remaining | **913 Days** | **Comcast Enterprise Services** **Attn: General Counsel** **4400 Port Union Rd** **West Chester, OH 45011-9714** |
| | List the contract number of any government contract | | |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 04/09/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Comm-Works, Inc.** **Attn: General Counsel** **2355 Polaris Lane North** **Suite 120** **Minneapolis, MN 55447** |
| | List the contract number of any government contract | | |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 04/27/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Comm-Works, LLC** **Attn: Elizabeth Sullivan** **2355 Polaris Lane North** **Suite 120** **Plymouth, MN 55441** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **PC Replacement dated 02/12/2019** | **Comm-Works, LLC Attn: General Counsel 1405 Xenium Lane N Suite 120 Minneapolis, MN 55441** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |
| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **PC Replacement dated 04/03/2019** | **Comm-Works, LLC Attn: General Counsel 1405 Xenium Lane N Suite 120 Minneapolis, MN 55441** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |
| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **Search Insertion Orders dated 02/02/2009** | **Commission Junction, Inc. Attn: General Counsel 30699 Russell Ranch Road Suite 250 Westlake Village, CA 91362** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 08/01/2008** | **Commission Junction, Inc. Attn: General Counsel 530 East Montecito Street Santa Barbara, CA 93103** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Amendment dated 06/22/2009** | **Commission Junction, Inc. Attn: General Counsel 530 East Montecito Street Santa Barbara, CA 93103** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Amendment dated 03/24/2010** | **Commission Junction, Inc. Attn: General Counsel 530 East Montecito Street Santa Barbara, CA 94501** |

Debtor 1   **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Amendment dated 01/27/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Commission Junction, Inc.**<br>**Attn: General Counsel**<br>**530 East Montecito Street**<br>**Santa Barbara, CA 94501** |
| | List the contract number of any government contract | | |

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | **End User License and Limited Warranty Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Commvault Systems, Inc.**<br>**Attn: General Counsel**<br>**1 Commvault Way**<br>**Tinton Falls, NJ 07724** |
| | List the contract number of any government contract | | |

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Complete Health and Fitness Concepts, In**<br>**Attn: General Counsel**<br>**501 Grand Avenue, L2**<br>**Asbury Park, NJ 07712** |
| | List the contract number of any government contract | | |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Complete Health and Fitness Concepts, In**<br>**Attn: General Counsel**<br>**501 Grand Avenue, L2**<br>**Asbury Park, NJ 07712** |
| | List the contract number of any government contract | | |

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Contract dated 06/17/2009** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Computer Sciences Corporation**<br>**Attn: David W. Beach, Contract Admin**<br>**7459A Candlewood Road**<br>**Hanover, MD 21076** |
| | List the contract number of any government contract | | |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - Master Subscription Agreement dated 05/07/2018 | |
|---|---|---|---|
| | State the term remaining | Potentially Expired | Conga Attn: Brett Sanchez PO Box 7839 Broomfield, CO 80021 |
| | List the contract number of any government contract | | |

| 2.362. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order - Master Subscription Agreement dated 05/07/2019 | |
|---|---|---|---|
| | State the term remaining | Potentially Expired | Conga Attn: Brett Sanchez PO Box 7839 Broomfield, CO 80021 |
| | List the contract number of any government contract | | |

| 2.363. | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement - Not Dated | |
|---|---|---|---|
| | State the term remaining | Undetermined | Conga Attn: Brett Sanchez PO Box 7839 Broomfield, CO 80021 |
| | List the contract number of any government contract | | |

| 2.364. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Glendale Active dated 06/22/2017 | |
|---|---|---|---|
| | State the term remaining | Undetermined | Copperwood Square IA, LLC Property Management Advisors 1234-B E. 17th Street Santa Ana, CA 92701 |
| | List the contract number of any government contract | | |

| 2.365. | State what the contract or lease is for and the nature of the debtor's interest | Master Purchasing Agreement dated 05/22/2017 | |
|---|---|---|---|
| | State the term remaining | Undetermined | Core Health & Fitness LLC Attn: Dustin Grosz, President 4400 NE 77th Avenue Suite 300 Vancouver, WA 98662 |
| | List the contract number of any government contract | | |

| 2.366. | State what the contract or lease is for and the nature of the debtor's interest | Master Purchasing Agreement For Equipment dated 06/11/2018 | |
|---|---|---|---|
| | State the term remaining | Undetermined | Core Health & Fitness LLC Attn: Time Hawkins, Vice President, Global Sales 4400 NE 77th Avenue Suite 300 Vancouver, WA 98662 |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.367. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement For Equipment dated 01/15/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Core Health & Fitness LLC**<br>**Attn: Time Hawkins, VP, Global Sales**<br>**4400 NE 77th Avenue Suite 300**<br>**Vancouver, WA 98662** |
| | List the contract number of any government contract | | |

| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Services dated 11/30/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Corodata Records Management, Inc.**<br>**Attn: Paola Pascual**<br>**PO Box 842638**<br>**Los Angeles, CA 90084-2638** |
| | List the contract number of any government contract | | |

| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Services dated 11/30/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Corodata Records Management, Inc.**<br>**Attn: Paola Pascual**<br>**PO Box 842638**<br>**Los Angeles, CA 90084-2638** |
| | List the contract number of any government contract | | |

| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | **Agree for Services dated 02/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Corodata Shredding, Inc.**<br>**Attn: General Counsel**<br>**12375 Kerran Street**<br>**Poway, CA 92064** |
| | List the contract number of any government contract | | |

| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Services dated 02/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Corodata Shredding, Inc.**<br>**Attn: General Counsel**<br>**12375 Kerran Street**<br>**Poway, CA 92064** |
| | List the contract number of any government contract | | |

| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | **Strategic Account Agreement dated 12/01/2006** | **Corporate Express Office Products, Inc.**<br>**Attn: Thomas F. Cullen**<br>**Senior Vice Pres. and General Counsel**<br>**1 Enviromental Way** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
_____    Case number *(if known)*   **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Undetermined** | |
| List the contract number of any government contract _____ | |

| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | **Custom Program Agreement dated 01/01/2009** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Corporate Express Promotional Mkting Inc**<br>**Attn: Kim Dickinson**<br>**1400 North Price Road**<br>**St. Louis, MO 63132-2308** |
| | List the contract number of any government contract | _____ | |

| 2.374. | State what the contract or lease is for and the nature of the debtor's interest | **Application Services and Professional Services Agreement dated 06/30/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Costar Realty Information, Inc.**<br>**Attn: General Counsel**<br>**1331 L Street NW**<br>**Washington, DC 20005** |
| | List the contract number of any government contract | _____ | |

| 2.375. | State what the contract or lease is for and the nature of the debtor's interest | **Application Services and Professional Services Agreement dated 10/25/2019** | |
|---|---|---|---|
| | State the term remaining | **862 Days** | **Costar Realty Information, Inc.**<br>**Attn: General Counsel**<br>**1331 L Street NW**<br>**Washington, DC 20005** |
| | List the contract number of any government contract | _____ | |

| 2.376. | State what the contract or lease is for and the nature of the debtor's interest | **Application Services and Professional Services Agreement dated 10/25/2019** | |
|---|---|---|---|
| | State the term remaining | **862 Days** | **Costar Realty Information, Inc.**<br>**Attn: General Counsel**<br>**1331 L Street NW**<br>**Washington, DC 20005** |
| | List the contract number of any government contract | _____ | |

| 2.377. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 169 Santa Clarita Active dated 11/01/1998** | |
|---|---|---|---|
| | State the term remaining | **8/31/2023** | **Costco Wholesale**<br>**18645 Via Princessa**<br>**Santa Clarita, CA 91387-4935** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.378. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 169 Santa Clarita Active dated 11/01/1998** | |
|---|---|---|---|
| | State the term remaining | **8/31/2023** | **Costco Wholesale** |
| | List the contract number of any government contract | | **18645 Via Princessa Santa Clarita, CA 91387-4935** |

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | **Summary Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **Security Proposal Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form to License - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 09/24/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT dated 10/08/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any | | **Counterparty Unknown** |

Debtor 1    **24 Hour Fitness USA, Inc.**
            First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 12/15/2016** | |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  - Not Dated** | |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement For Equipment - Not Dated** | |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT  - Not Dated** | |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Counterparty Unknown** |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Rate and Service Agreement dated 03/05/2019** | |
| | State the term remaining | **Potentially Expired** | **Courtyard Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Rate and Service Agreement - Not Dated** | **Courtyard Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name    Middle Name    Last Name

Case number (if known)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Potentially Expired** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **2012 Rate and Service Agreement dated 02/29/2012** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - Carlsbad Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |
| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **Rate and Service Agreement and Addendum dated 01/01/2015** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - Carlsbad Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |
| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement  dated 02/15/2015** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - Dallas Addison/Midway Attn: General Counsel 4165 Proton Dr Addison, TX 75010** |
| | List the contract number of any government contract | | |
| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement  dated 02/15/2015** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - Dallas Addison/Midway Attn: General Counsel 4165 Proton Dr Addison, TX 75010** |
| | List the contract number of any government contract | | |
| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement and Addendum dated 04/15/2013** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - Denver South/Park Meadows Attn: General Counsel 8320 South Valley Highway Englewood, CO 80112** |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
 First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.395. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 05/28/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Courtyard - LA Hacienda Heights/OC Attn: General Counsel 1905 S Azusa Avenue Hacienda Heights, CA 91745-6850** |
| | List the contract number of any government contract | | |

| 2.396. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Agreement dated 01/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 12647 Alcosta Blvd. Suite 500 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.397. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Agreement dated 01/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 12647 Alcosta Blvd. Suite 500 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.398. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement and Addendum dated 09/20/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.399. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 12/02/2013** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.400. | State what the contract or lease is for and the nature of the debtor's interest | **Rate Agreement dated 01/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**                                    Case number (*if known*)    **20-11561**
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.401. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/05/2013** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/05/2013** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/19/2013** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/19/2013** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement  dated 12/02/2013** | |
| | State the term remaining | **Potentially Expired** | **Courtyard - San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**                          Case number *(if known)*   **20-11561**
_____
First Name      Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.406.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement Re: Room/Rates Commitment dated 04/29/2014**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Courtyard - San Ramon**
**Attn: General Counsel**
**18090 San Ramon Valley Boulevard**
**San Ramon, CA 94583**

---

**2.407.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement Re: Room Block dated 04/29/2014**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Courtyard - San Ramon**
**Attn: General Counsel**
**18090 San Ramon Valley Boulevard**
**San Ramon, CA 94583**

---

**2.408.** State what the contract or lease is for and the nature of the debtor's interest — **Version 1: Group Sales Agreement dated 04/29/2014**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Courtyard - San Ramon**
**Attn: General Counsel**
**18090 San Ramon Valley Boulevard**
**San Ramon, CA 94583**

---

**2.409.** State what the contract or lease is for and the nature of the debtor's interest — **Corporate Agreement Re: Guest Room Rates dated 01/01/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Courtyard - San Ramon**
**Attn: General Counsel**
**18090 San Ramon Valley Boulevard**
**San Ramon, CA 94583**

---

**2.410.** State what the contract or lease is for and the nature of the debtor's interest — **Location Agreement dated 09/17/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**CPL Productions Ltd**
**Attn: General Counsel**
**38 Long Acre**
**London  WC2E 9JT**
**United Kingdom**

---

**2.411.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for San Jose Super Sport dated 01/25/2009**

State the term remaining — **Undetermined**

**Crane Court LLC**
**800 South B Street Suite 100**
**San Mateo, CA 94401**

---

Debtor 1    **24 Hour Fitness USA, Inc.**
            First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 811 San Jose Super Sport dated 02/06/2009** | |
|---|---|---|---|
| | State the term remaining | **1/24/2024** | **Crane Court LLC** |
| | List the contract number of any government contract | | **1610 Crane Court San Jose, CA 95112-4201** |

| 2.413. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Arlington Sport dated 01/21/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **CRICQ ARLINGTON TRUST - V0000414181 c/o RDPH Properties Inc. Attn: Chrysilios Chrysiliou 30423 Canwood Street Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.414. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 214 Arlington Sport dated 12/01/1995** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **CRICQ ARLINGTON TRUST - V0000414181** |
| | List the contract number of any government contract | | **1131 W. Arbrook Blvd. Arlington, TX 76015-4206** |

| 2.415. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Richardson Sport dated 01/21/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Cricq Richardson Trust Strata Fitness Center, LP c/o Strata Equity Group Attn: Andrew Gordon San Diego, CA 92122** |
| | List the contract number of any government contract | | |

| 2.416. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 213 Richardson Sport dated 01/01/1996** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **Cricq Richardson Trust** |
| | List the contract number of any government contract | | **1375 East Campbell Road Richardson, TX 75081-1938** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.417. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Spring Energy Super Sport dated 01/29/2020** | |
| | State the term remaining | **Undetermined** | **Crimson/Relp/Springwoods 24HFP, LLC c/o Patrinely Group, LLC Attn: C. Dean Patrinely 1980 Post Oak Boulevard Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.418. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 670 Spring Energy Super Sport dated 12/14/2019 7/31/2035** | |
| | State the term remaining | | **Crimson/Relp/Springwoods 24HFP, LLC 1000 Lake Plaza Dr. Spring, TX 77389** |
| | List the contract number of any government contract | | |

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 08/21/2015** | |
| | State the term remaining | **Undetermined** | **CrowdTwist, Inc. Attn: General Counsel 110 East 23rd Street Floor 7 New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Homestead Super Sport dated 01/12/2019** | |
| | State the term remaining | **Undetermined** | **Crystal Lakes Shopping Center LLC VF4 CRYSTAL LAKE, LLC c/o Horizon Properties, as agent 18610 NW 87th Avenue Hialeah, FL 33015** |
| | List the contract number of any government contract | | |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 01/01/2016** | |
| | State the term remaining | **Undetermined** | **CSG Interactive Messaging, Inc. Attn: Contract Manager 18020 Burt Street Omaha, NE 68022** |
| | List the contract number of any government contract | | |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Keller Super Sport dated 04/24/2009** | |
| | State the term remaining | **Undetermined** | **CSRA 5901 Golden Triangle Master Lessee, c/o Capital Square Realty Advisors, LLC Attn: Jeffrey A Gregor, General Counsel 10900 Nuckols Road Glen Allen, VA 23060** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Arvada Sport dated 11/29/1996** | |
| | State the term remaining | **Undetermined** | **Cub Square Centre, LLC c/o RRI Management LLC 7800 S. Elati St, Ste. 330 Suite 330 Littleton, CO 80120** |
| | List the contract number of any government contract | | |
| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 140 Arvada Sport dated 01/01/1997** | |
| | State the term remaining | **2/28/2022** | **Cub Square Centre, LLC 8105 N. Sheridan Blvd. Arvada, CO 80003-1911** |
| | List the contract number of any government contract | | |
| 2.425. | State what the contract or lease is for and the nature of the debtor's interest | **CultureFoundry Services Agreement dated 12/10/2015** | |
| | State the term remaining | **Undetermined** | **Culture Foundry, LLC Attn: General Counsel 600 N. 36th Street Suite 200 Seattle, WA 98103** |
| | List the contract number of any government contract | | |
| 2.426. | State what the contract or lease is for and the nature of the debtor's interest | **24 Hour Fitness Master Services Agreement dated 07/06/2016** | |
| | State the term remaining | **Undetermined** | **Culture Foundry, LLC Attn: General Counsel 600 N. 36th Street Suite 1 Seattle, WA 98103** |
| | List the contract number of any government contract | | |
| 2.427. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Construction dated 01/02/2019** | |
| | State the term remaining | **Undetermined** | **Cumming Construction, Inc. Attn: General Counsel 1483 East 3850 South St. George, UT 84790** |
| | List the contract number of any government contract | | |
| 2.428. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 11/08/2017** | **Cumming Construction, Inc. Attn: Steven Cumming 1483 East 3850 South St. George, UT 84790** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **Potentially Expired** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.429. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 06/08/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Curvature LLC**<br>**Attn: General Counsel**<br>**6500 Hollister Avenue**<br>**Santa Barbara, CA 93117** |
| | List the contract number of any government contract | | |

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 06/14/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Curvature LLC**<br>**Attn: General Counsel**<br>**6500 Hollister Avenue**<br>**Santa Barbara, CA 93117** |
| | List the contract number of any government contract | | |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Curvature LLC**<br>**Attn: General Counsel**<br>**6500 Hollister Avenue**<br>**Santa Barbara, CA 93117** |
| | List the contract number of any government contract | | |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kessler Park Super Sport dated 06/18/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Dallas Kessler Park Ltd**<br>**2300 Ft worth Ave, LLC**<br>**Attn: Irene Vierra**<br>**1790 SW 22 St.**<br>**Miami Beach, FL 33145** |
| | List the contract number of any government contract | | |

| 2.433. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 674 Kessler Park dated 06/22/2019** | |
|---|---|---|---|
| | State the term remaining | **6/30/2034** | **Dallas Kessler Park, Ltd.**<br>**2300 Fort Worth Ave**<br>**Dallas, TX 75211** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 03/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | **Danielle von Mayhauser** |

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mesa Dobson Rd Sport (Assigned) dated 11/07/2008** | **De Rito/Kimco Riverview LLC Attn: General Counsel 3333 New Hyde Park Road Suite 100 New Hyde Park, NY 11042** |
|---|---|---|---|
| | State the term remaining | **1,239 Days** | |
| | List the contract number of any government contract | | |

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bonita Sport dated 03/10/2001** | **Del Rey Partners Attn: Pam Reno 3450 Bonita Rd. Suite 102 Chula Vista, CA 91910** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 084 Bonita Sport dated 04/01/2001** | |
|---|---|---|---|
| | State the term remaining | **3/9/2026** | **Del Rey Partners 870 Amena Court Chula Vista, CA 91910-7802** |
| | List the contract number of any government contract | | |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Denver Broncos Attn: General Counsel 13655 Broncos Parkway Englewood, CO 80112** |
| | List the contract number of any government contract | | |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **Location Agreement dated 05/04/2017** | **Denver Broncos Football Club Attn: General Counsel 1701 Bryant Street Suite 900 Denver, CO 80204** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **Location Agreement dated 06/24/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Denver Broncos Football Club**<br>**Attn: General Counsel**<br>**1701 Bryant Street**<br>**Suite 900**<br>**Denver, CO 80204** |
| | List the contract number of any government contract | | |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **Location Agreement dated 06/24/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Denver Broncos Football Club**<br>**Attn: General Counsel**<br>**1701 Bryant Street**<br>**Suite 900**<br>**Denver, CO 80204** |
| | List the contract number of any government contract | | |

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | **Master Products and Services Agreement with Development Dimensions International, Inc. dated 08/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Development Dimensions International, In**<br>**Attn: General Counsel**<br>**1225 Washington Pike**<br>**Bridgeville, PA 15017** |
| | List the contract number of any government contract | | |

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | **Master Products and Services Agreement dated 08/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Development Dimensions International, In**<br>**Attn: Legal Counsel**<br>**1225 Washington Pike**<br>**Bridgeville, PA 15017** |
| | List the contract number of any government contract | | |

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | **DGC Capital Contracting Corp, Contract Construction dated 01/09/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **DGC Capital Contracting Corp.**<br>**Attn: Steve Lezon**<br>**506 South 9th Avenue**<br>**Suite 500**<br>**Mount Vernon, NY 10550** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Construction dated 05/20/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **DGC Capital Contracting Corp.** **Attn: General Counsel** **506 South 9th Avenue** **Mount Vernon, NY 10550** |
| | List the contract number of any government contract | | |

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 07/23/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **DGC Capital Contracting Corp.** **Attn: General Counsel** **506 South 9th Avenue** **Mount Vernon, NY 10550** |
| | List the contract number of any government contract | | |

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 08/01/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **DGC Capital Contracting Corp.** **Attn: General Counsel** **506 South 9th Avenue** **Mount Vernon, NY 10550** |
| | List the contract number of any government contract | | |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 07/24/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **DGC Capital Contracting Corp.** **Attn: Kevin Shelvin** **506 South 9th Avenue** **Mount Vernon, NY 10550** |
| | List the contract number of any government contract | | |

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Database and Licensing Agreement dated 05/31/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Digital Envoy, Inc.** **Attn: Bill Calpin** **155 Technology Pkwy** **Suite 800** **Norcross, GA 30092** |
| | List the contract number of any government contract | | |

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | **Product-Electronic Database and License Agreement dated 05/16/2013** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Digital Envoy, Inc.** **Attn: Bill Calpin** **155 Technology Pkwy** **Suite 800** **Norcross, GA 30092** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | **Digital Envoy Product and Electronic Database Evaluation and License Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Digital Envoy, Inc.** <br> **Attn: Bill Calpin** <br> **155 Technology Pkwy** <br> **Suite 800** <br> **Norcross, GA 30092** |
| | List the contract number of any government contract | | |
| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Viewing Agreement dated 10/06/2009** | |
| | State the term remaining | **Undetermined** | **DirecTV** <br> **Attn: VP, Sales and Distribution** <br> **2230 East Imperial Highway** <br> **El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | **TV Service Agreement dated 11/16/2012** | |
| | State the term remaining | **Potentially Expired** | **DirecTV** <br> **Attn: General Counsel** <br> **2230 East Imperial Highway** <br> **El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.454. | State what the contract or lease is for and the nature of the debtor's interest | **Direct TV Service Agreement dated 11/30/2012** | |
| | State the term remaining | **Undetermined** | **DirecTV, LLC** <br> **Attn: Vice President, Commercial Sales** <br> **2230 East Imperial Highway** <br> **El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.455. | State what the contract or lease is for and the nature of the debtor's interest | **Direct TV Service Agreement dated 12/01/2015** | |
| | State the term remaining | **Undetermined** | **DirecTV, LLC** <br> **Attn: Commercial National Accounts** <br> **2260 East Imperial Highway** <br> **El Segundo, CA 90245** |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.456. | State what the contract or lease is for and the nature of the debtor's interest | **National Account Commercial Customer Agreement dated 12/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **DirecTV, LLC** |
| | List the contract number of any government contract | | **Attn: Commercial National Accounts 2260 East Imperial Highway El Segundo, CA 90245** |

| 2.457. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 688 Fort Worth Western Sport dated 03/16/2007** | |
|---|---|---|---|
| | State the term remaining | **3/31/2032** | **Do not have** |
| | List the contract number of any government contract | | **6500 Old Denton Road Fort Worth, TX 76131-2397** |

| 2.458. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 823 Santa Clara Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Do not have** |
| | List the contract number of any government contract | | **3615 El Camino Real Santa Clara, CA 95051** |

| 2.459. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 760 Cedar Park Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Do not have** |
| | List the contract number of any government contract | | **E. New Hope Dr. Cedar Park, TX** |

| 2.460. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 830  Ft. Totten Art Place SS** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Do not have** |
| | List the contract number of any government contract | | **Galloway St. Washington, DC 20001** |

| 2.461. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease for location at 941 Pomona Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Do not have** |
| | List the contract number of any | | **Pomona, CA** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.462. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 941 Pomona Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Do not have Pomona, CA** |

| 2.463. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 948 Sacramento Del Paso Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Do not have Natomas, CA 95835** |

| 2.464. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 949 West Roseville Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **Do not have Roseville, CA** |

| 2.465. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 088 Hollywood Super Sport dated 09/01/2002** | |
|---|---|---|---|
| | State the term remaining | **8/20/2022** | **Dome Center, LLC 6380 W. Sunset Blvd 4th Flr Hollywood, CA 90028-7233** |
| | List the contract number of any government contract | | |

| 2.466. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hollywood CA Super Sport dated 08/21/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Dome Center, LLC 120 N. Robertson Blvd Los Angeles, CA 90048-3102** |
| | List the contract number of any government contract | | |

| 2.467. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Doral East (Pipeline) dated Based on LL/Permit Delivery** | **Doral Court Retail Investments Attn: David Martin and Adam Adler 2665 South Bayshore Drive Suite 1020 Coconut Grove, FL 33133** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
      First Name          Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Undetermined** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.468. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sherman Oaks Sport dated 03/07/2002** | **Douglas Emmett 2016 LLC**<br>**Director of Commercial Property Mgmt**<br>**1299 Ocean Avenue**<br>**Ste 1000**<br>**Santa Monica, CA 90401** |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | |
|  | List the contract number of any government contract | | |

| 2.469. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 070 Sherman Oaks dated 04/29/2002** | **Douglas Emmett 2016 LLC**<br>**15301 Ventura Blvd.**<br>**Sherman Oaks, CA 91403-3102** |
|---|---|---|---|
|  | State the term remaining | **3/10/2022** | |
|  | List the contract number of any government contract | | |

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 04/06/2020** | **Driscoll, Inc.**<br>**Attn: Contract Administration**<br>**The Madison**<br>**15851 Dallas Parkway**<br>**Addison, TX 75001-3388** |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | |
|  | List the contract number of any government contract | | |

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fountain Valley Active dated 08/01/2002** | **DS Fountain Valley LP**<br>**Donahue Schriber Realty Group, LP**<br>**200 E.Baker Street, Ste 100**<br>**Costa Mesa, CA 92626** |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | |
|  | List the contract number of any government contract | | |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Alamo Express dated 02/01/2008** | **DS Properties 17 LP**<br>**DS Alamo Plaza, LP**<br>**c/o Donahue Schriber Attn: Property Mgr**<br>**3501 Del Paso Road, Suite 100**<br>**Sacramento, CA 95835** |
|---|---|---|---|
|  | State the term remaining | **960 Days** | |
|  | List the contract number of any government contract | | |

Debtor 1 **24 Hour Fitness USA, Inc.**                                                    Case number (*if known*)  **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Portland Regional Ofc dated 04/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Durham Business Properties LLC Saturn Properties LLC c/o Wyse Investment Services Company 810 SE Belmont Street, Suite 100 Portland, OR 97214** |
| | List the contract number of any government contract | | |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 96750 Portland Regional Ofc dated 04/01/2017** | |
|---|---|---|---|
| | State the term remaining | **8/31/2027** | **Durham Business Properties, LLC Saturn Properties, LLC 17700 SW Upper Boones Ferry Road Ste 130 Durham, OR 97224** |
| | List the contract number of any government contract | | |

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Manhattan Beach Super Sport dated 06/16/1993** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Dwyer-Curlett & Co Continental 1500 Rosecrans LLC Attn: Director of Property Management 2041 Rosecrans Avenue El Segundo, CA 90245** |
| | List the contract number of any government contract | | |

| 2.476. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 163 Manhattan Beach dated 03/01/1993** | |
|---|---|---|---|
| | State the term remaining | **6/30/2023** | **DWYER-CURLETT & CO - V0000412020 1500 Rosecrans Avenue Manhattan Beach, CA 90266-3763** |
| | List the contract number of any government contract | | |

| 2.477. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing Agreement dated 07/08/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Dymatize Enterprises, LLC Attn: General Counsel 13737 N. Stemmons Freeway Farmers Branch, TX 75234** |
| | List the contract number of any government contract | | |

| 2.478. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 12/27/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Dynatrace, LLC Attn: General Counsel 161 Trapelo Road Suite 116 Waltham, MA 02451** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.479. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement - Not Dated** | **Dynatrace, LLC** **Attn: General Counsel** **161 Trapelo Road** **Suite 116** **Waltham, MA 02451** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.480. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Falls Church Super Sport dated 09/21/2012** | **East Broad Street LLC** **IGI19 FC VA, LLC** **Attn: Steven R. Greathouse** **1140 N Williamson Boulevard** **Daytona Beach, FL 32114** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.481. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 818 Falls Church Super Sport dated 09/21/2012** | **EAST BROAD STREET LLC - V0000411854** **1000 East Broad Street** **Falls Church, VA 22042-2405** |
| | State the term remaining | 12/31/2027 | |
| | List the contract number of any government contract | | |
| 2.482. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 062 Altadena Sport dated 03/24/2006** | **East West Bank** **2180 Lincoln Avenue** **Building #4** **Altadena, CA 91001-5456** |
| | State the term remaining | 3/31/2031 | |
| | List the contract number of any government contract | | |
| 2.483. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for La Jolla Sport dated 10/08/2005** | **Edward F. Plant c/o Harman Asset Managem** **PO Box 2463** **La Jolla, CA 92307-2463** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.484. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 10/01/2018** | **Eleiko Sport Inc.** **Attn: Rickard Blomberg** **318 West Grand Avenue** **Suite 301** **Chicago, IL 60654** |

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name         Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.485. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Equipment dated 10/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Eleiko Sport Inc.** |
| | List the contract number of any government contract | | **Attn: Rickard Blomberg**<br>**318 West Grand Avenue**<br>**Suite 301**<br>**Chicago, IL 60654** |

| 2.486. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Barbara Super Sport dated 02/28/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Ella Paseo, LLC** |
| | List the contract number of any government contract | | **New Resources Consulting LLC**<br>**2151 Alessandro Drive**<br>**Ste 145**<br>**Ventura, CA 93001** |

| 2.487. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 054 Santa Barbara SS dated 02/28/2005** | |
|---|---|---|---|
| | State the term remaining | **2/28/2025** | **Ella Paseo, LLC** |
| | List the contract number of any government contract | | **820 State Street**<br>**Santa Barbara, CA 93101-3256** |

| 2.488. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchase Agreement for Equipment dated 07/18/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Energy Management Collaborative LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**2890 Vicksburg Lane**<br>**Playmouth, MN 55447** |

| 2.489. | State what the contract or lease is for and the nature of the debtor's interest | **Master Serivces Agreement and Statement of Work dated 12/31/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **EnTouch Controls, Inc.** |
| | List the contract number of any government contract | | **Attn: Finance Department**<br>**661 North Plano Road**<br>**Suite 323**<br>**Richardson, TX 75081** |

Debtor 1   **24 Hour Fitness USA, Inc.**                                     Case number *(if known)*   **20-11561**
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.490. | State what the contract or lease is for and the nature of the debtor's interest | **Value Assessment Agreement dated 10/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **EnTouch Controls, Inc. Attn: Finance Department 661 North Plano Road Suite 323 Richardson, TX 75081** |
| | List the contract number of any government contract | | |

| 2.491. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 01/16/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **EnTouch Controls, Inc. Attn: Finance Department 661 North Plano Road Suite 323 Richardson, TX 75081** |
| | List the contract number of any government contract | | |

| 2.492. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 01/16/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **EnTouch Controls, Inc. Attn: Finance Department 661 North Plano Road Suite 323 Richardson, TX 75081** |
| | List the contract number of any government contract | | |

| 2.493. | State what the contract or lease is for and the nature of the debtor's interest | **Master Serivces Agreement and Statement of Work dated 12/31/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **EnTouch Controls, Inc. Attn: General Counsel 661 North Plano Road Suite 323 Richardson, TX 75081** |
| | List the contract number of any government contract | | |

| 2.494. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Roseville dated 09/21/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **EPR FITNESS LLC EPR Properties Attn: Allison Griffin 909 Walnut St. Suite 200 Kansas City, MO 64106** |
| | List the contract number of any government contract | | |

| 2.495. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 592 Roseville Sport dated 09/01/1999** | |
|---|---|---|---|
| | State the term remaining | **9/20/2034** | **EPR FITNESS LLC 336 N. Sunrise Avenue Roseville, CA 95661-3025** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.496. | State what the contract or lease is for and the nature of the debtor's interest | **Data Processor Agreement dated 10/29/2019** | |
| | State the term remaining | **Undetermined** | **Epsilon Data Management, LLC**<br>**Attn: General Counsel**<br>**11030 CirclePoint Road**<br>**Suite 101**<br>**Westminster, CO 80020** |
| | List the contract number of any government contract | | |
| 2.497. | State what the contract or lease is for and the nature of the debtor's interest | **DATA PROCESSOR AGREEMENT dated 10/29/2019** | |
| | State the term remaining | **Undetermined** | **Epsilon Data Management, LLC**<br>**Attn: General Counsel**<br>**11030 CirclePoint Road**<br>**Suite 101**<br>**Westminster, CO 80020** |
| | List the contract number of any government contract | | |
| 2.498. | State what the contract or lease is for and the nature of the debtor's interest | **MSA dated 05/03/2016** | |
| | State the term remaining | **Potentially Expired** | **Epsilon Data Management, LLC**<br>**Attn: General Counsel**<br>**11030 CirclePoint Road**<br>**Suite 101**<br>**Westminster, CO 80020** |
| | List the contract number of any government contract | | |
| 2.499. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 05/03/2016** | |
| | State the term remaining | **Undetermined** | **Epsilon Data Management, LLC**<br>**Attn: Legal Department/Urgent**<br>**6021 Connection Drive**<br>**Irving, TX 75039** |
| | List the contract number of any government contract | | |
| 2.500. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Copperfield Sport dated 10/16/2004** | |
| | State the term remaining | **Undetermined** | **EQYInvest Owner II Ltd, LP**<br>**c/o Global Realty & Management TX, Inc**<br>**15866 Champion Forest Drive**<br>**Spring, TX 77379** |
| | List the contract number of any government contract | | |
| 2.501. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 304 Copperfield Sport dated 10/16/2004** | **EQYInvest Owner II, Ltd., LLP**<br>**15542 FM 529 Road**<br>**Houston, TX 77095-2704** |

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　　**10/15/2024** | |
| List the contract number of any government contract | |

| 2.502. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Everett 19th Avenue SuperSport dated 07/01/2008** | **Everett Washington Fitness LP Titus Properties, LLC 1748 W Katella Avenue Suite 206 Orange, CA 98901** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.503. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 12/14/2017** | **Evotek, Inc. Attn: Accounts Department 6150 Lusk Boulevard Suite B204 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.504. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 06/14/2018** | **Evotek, Inc. Attn: General Counsel 6150 Lusk Boulevard Suite B204 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.505. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 06/14/2018** | **Evotek, Inc. Attn: General Counsel 6150 Lusk Boulevard Suite B204 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.506. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 12/07/2015** | **Evotek, Inc. Attn: Accounts Department 687 South Coast Highway 101 Suite 229 Encinitas, CA 92024** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
_____    _____    _____
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.507. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Evotek, Inc.**<br>**Attn: Accounts Department**<br>**687 South Coast Highway 101**<br>**Suite 229**<br>**Encinitas, CA 92024** |
| | List the contract number of any government contract | | |

| 2.508. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Escondido North County Mall Super Sport dated 06/25/2016** | |
| | State the term remaining | **Undetermined** | **EWH Escondido Associates LP**<br>**c/o Westfield LLC**<br>**Attn: Lease Administration**<br>**2049 Century Park East, 41st Floor**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.509. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 873 Escondido North County Mall SS dated 06/25/2016** | |
| | State the term remaining | **6/30/2031** | **EWH Escondido Associates LP**<br>**North County Fair LP**<br>**230 E. Via Rancho Parkway, Suite 210**<br>**Suite 210**<br>**Escondido, CA 92025-8005** |
| | List the contract number of any government contract | | |

| 2.510. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Morgan Hill Active dated 10/06/1995** | |
| | State the term remaining | **1,933 Days** | **Facchino LaBarbera Tennant Station LLC**<br>**873 Blossom Hill Road**<br>**San Jose, CA 95123** |
| | List the contract number of any government contract | | |

| 2.511. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement  - Not Dated** | |
| | State the term remaining | **Undetermined** | **Facebook, Inc.**<br>**Attn: Kristal Berry**<br>**15161 Collections Center Drive**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.512. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Booking Agreement dated 01/01/2019** | |
| | State the term remaining | **Potentially Expired** | **Fairfield Inn & Suites Marriott SD Carlsbad**<br>**Attn: General Counsel**<br>**1929 Palomar Oaks Way**<br>**Carlsbad, CA 92011** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
<u>First Name            Middle Name            Last Name</u>

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.513. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Booking Agreement dated 01/01/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Fairfield Inn & Suites Marriott SD Carlsbad**<br>**Attn: General Counsel**<br>**1929 Palomar Oaks Way**<br>**Carlsbad, CA 92011** |
| | List the contract number of any government contract | | |

| 2.514. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Rate Agreement dated 04/15/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Fairfield Inn & Suites Marriott**<br>**Attn: General Counsel**<br>**1929 Palomar Oaks Way**<br>**Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |

| 2.515. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Booking Agreement dated 01/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Fairfield Inn & Suites Marriott**<br>**Attn: General Counsel**<br>**1929 Palomar Oaks Way**<br>**Carlsbad, CA 92011** |
| | List the contract number of any government contract | | |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement dated 12/16/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Federal Express Corporation**<br>**Attn: Neil Francis Magtoto**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| | List the contract number of any government contract | | |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 03/31/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **FedEx**<br>**Attn: General Counsel**<br>**942 South Shady Grove Road**<br>**Memphis, TN 03812** |
| | List the contract number of any government contract | | |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | **Email Agreement dated 12/10/2008** | **FedEx**<br>**Attn: General Counsel**<br>**942 South Shady Grove Road**<br>**Memphis, TN 03812** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Undetermined**

List the contract number of any
government contract

---

2.519.  State what the contract or   **Lease Agreement for**
lease is for and the nature of   **SouthLake Sport dated**
the debtor's interest   **10/15/2005**
**Fernicola Delaware  LLC**
State the term remaining   **Undetermined**   **Attn: Anthony Fernicola**
**801 Arnold Avenue**
List the contract number of any   **Suite 1L**
government contract   **Point Pleasant Beach, NJ 08742**

---

2.520.  State what the contract or   **Lessee for location at**
lease is for and the nature of   **375 SouthLake Sport**
the debtor's interest   **dated 10/15/2005**

State the term remaining   **10/31/2025**
**Fernicola Delaware  LLC**
List the contract number of any   **301 N. Nolen Drive**
government contract   **Southlake, TX 76092-8025**

---

2.521.  State what the contract or   **Lease Agreement for**
lease is for and the nature of   **Redmond Super Sport**
the debtor's interest   **dated 10/12/2013**
**FHR Community Center LLC**
State the term remaining   **Undetermined**   **c/o Fairbourne Properties LLC**
**Attn: Senior Vice President**
List the contract number of any   **1 East Wacker Drive**
government contract   **Chicago, IL 60601**

---

2.522.  State what the contract or   **Lessee for location at**
lease is for and the nature of   **492 Redmond Super**
the debtor's interest   **Sport dated 10/12/2013**

State the term remaining   **12/31/2028**
**FHR Community Center LLC**
List the contract number of any   **7320 170th Ave NE**
government contract   **Redmond, WA 98052-4457**

---

2.523.  State what the contract or   **Special Pricing  dated**
lease is for and the nature of   **01/01/2018**
the debtor's interest
**First Service Straightline Ent, Inc**
State the term remaining   **Undetermined**   **Attn: General Counsel**
**797 Southpoint Blvd.**
List the contract number of any   **Suite D**
government contract   **Petaluma, CA 94954**

---

Official Form 206G              **Schedule G: Executory Contracts and Unexpired Leases**              Page  93 of 333

Debtor 1   **24 Hour Fitness USA, Inc.**                                                    Case number *(if known)*   **20-11561**

     First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Westheimer (Houston) Sport dated 07/23/1996** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **FIT (TX), LP**<br>**50 Rockefeller Plaza**<br>**50 Rockefeller Plaza**<br>**New York, NY 10020** |
| | List the contract number of any government contract | | |

| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 209 Westheimer Sport dated 02/01/1995** | |
|---|---|---|---|
| | State the term remaining | **10/31/2029** | **FIT (TX), LP**<br>**10707 Westheimer Road**<br>**Houston, TX 77042-3497** |
| | List the contract number of any government contract | | |

| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sugarhouse Sport dated 05/14/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **FIT (UT) QRS 14-92, Inc.**<br>**WP Carey Inc.**<br>**50 Rockefeller Plaza**<br>**2nd Floor**<br>**New York, NY 10020** |
| | List the contract number of any government contract | | |

| 2.527. | State what the contract or lease is for and the nature of the debtor's interest | **Fitness Marketing System, LLC. Supplementary Agreement dated 01/10/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Fitness Marketing System, LLC**<br>**Attn: General Counsel**<br>**427 N Theard St 239**<br>**Covington, LA 70433** |
| | List the contract number of any government contract | | |

| 2.528. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 09/08/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Five Data LLC d/b/a Keono**<br>**Attn: General Counsel**<br>**561 Fairview Avenue**<br>**Elmhurst, IL 60126** |
| | List the contract number of any government contract | | |

| 2.529. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 09/08/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Five Data LLC d/b/a Keono**<br>**Attn: General Counsel**<br>**561 Fairview Avenue**<br>**Elmhurst, IL 60126** |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.530. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 01/01/2018** | |
|---|---|---|---|
| | State the term remaining | **199 Days** | **Five Data LLC d/b/a Keono Attn: General Counsel 561 Fairview Avenue Elmhurst, IL 60126** |
| | List the contract number of any government contract | | |

| 2.531. | State what the contract or lease is for and the nature of the debtor's interest | **Installment Payment Agreement  dated 06/20/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Fleet Business Credit Corporation Attn: General Counsel One South Wacker Drive Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.532. | State what the contract or lease is for and the nature of the debtor's interest | **Installment Payment Agreement  dated 08/31/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Fleet Business Credit LLC Attn: General Counsel One South Wacker Drive Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.533. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Vancouver Andresen Sport dated 12/12/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Fourth Plain Portland Shopping Center LL c/o Arcadia Management Group, Inc. PO Nox 10 Scottsdale, AZ 85252** |
| | List the contract number of any government contract | | |

| 2.534. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 513 Mountain View Sport dated 01/01/1996** | |
|---|---|---|---|
| | State the term remaining | **3/31/2026** | **FR SAN ANTONIO CENTER LLC - V0000414232 550 Showers Drive Mountain View, CA 94040-1431** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.535. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 513 Mountain View Sport dated 01/01/1996** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **FR SAN ANTONIO CENTER LLC - V0000414232 550 Showers Drive Mountain View, CA 94040-1431** |
| | List the contract number of any government contract | | |

| 2.536. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mountain View Sport dated 03/19/1996** | |
|---|---|---|---|
| | State the term remaining | **2,115 Days** | **FR San Antonio Center, LLC c/o FRIT CA Operations, Inc. Attn: Legal Dept 1626 E. Jefferson Street Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.537. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement  dated 01/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Freemotion Fitness, Inc. Attn: General Counsel 1500 SOuth 1000 West Logan, UT 84321** |
| | List the contract number of any government contract | | |

| 2.538. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mission Viejo Active dated 05/01/1993** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Fremont Property, LLC c/o Coreland Companies 17542 E. 17th Street Ste 420 Tustin, CA 92780** |
| | List the contract number of any government contract | | |

| 2.539. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 157 Mission Viejo Active dated 11/01/1992** | |
|---|---|---|---|
| | State the term remaining | **4/30/2027** | **Fremont Property, LLC 23166 Los Alisos Blvd #140 Mission Viejo, CA 92691-2810** |
| | List the contract number of any government contract | | |

| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Frisco Sport dated 09/25/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Frisco Fitness LP c/o Titus Properties LLC Attn: J Michael Moore 1748 W Katella Avenue Orange, CA 92867** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Downtown LA-6th Street Sport dated 08/29/2006** | **FSP-South Flower Street Associates, LLC c/o Common Wealth Partners Attn: Asset Manager City National Plz 515 S. Flower Street Suite 3200 Los Angeles, CA 90071** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Brea Sport dated 04/28/2003** | **FW CA-Brea Marketplace, LLC c/o Regency Centers, LP Attn: Property Management One Independent Drive Jacksonville, FL 32202** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 159 Brea Sport dated 03/01/1991** | **FW CA-Brea Marketplace, LLC 965 E. Birch Street Brea, CA 92821-5813** |
| | State the term remaining | 10/27/2022 | |
| | List the contract number of any government contract | | |

| 2.544. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Point Loma Active dated 06/01/1991** | **FW CA-Point Loma Plaza, LLC c/o Regency Centers Corporation Attn: Lease Administration One Independent Drive, Suite 114 Jacksonville, FL 32202-5019** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.545. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 103 Point Loma Active dated 11/01/1979** | **FW CA-Point Loma Plaza, LLC 3675 Midway Drive A1 San Diego, CA 92110-5259** |
| | State the term remaining | 5/31/2024 | |
| | List the contract number of any government contract | | |

| 2.546. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rancho San Diego Sport dated 12/01/2002** | **FW CA-Rancho San Diego Village, LLC c/o Regency Centers Corporation Attn: Lease Administration One Independent Drive, Suite 114 Jacksonville, FL 32202-5019** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name                    Middle Name                    Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.547. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 060 Rancho San Diego Sport dated 01/30/2003** | |
| | State the term remaining | **11/30/2022** | **FW CA-Rancho San Diego Village, LLC**<br>**3633 Avocado Blvd.**<br>**La Mesa, CA 91941-7337** |
| | List the contract number of any government contract | | |

| 2.548. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Apopka Semoran Blvd dated 10/28/2017** | |
| | State the term remaining | **Undetermined** | **G&I VIII Piedmont Plaza LLC**<br>**Legal Department Woolbright Development**<br>**3200 N Military Trail**<br>**4th Floor**<br>**Boca Raton, FL 33431** |
| | List the contract number of any government contract | | |

| 2.549. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 635 Apopka Super Sport dated 10/28/2017** | |
| | State the term remaining | **10/31/2032** | **G&I VIII Piedmont Plaza LLC**<br>**2360 E. Semoran Blvd**<br>**Apopka, FL 32703** |
| | List the contract number of any government contract | | |

| 2.550. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sunnyvale Sport dated 12/01/1985** | |
| | State the term remaining | **1,994 Days** | **Gahrahmat Family Limited Partnership II,**<br>**Attn: Patti Levonyak, Property Manager**<br>**3476 Edward Avenue**<br>**Santa Clara, CA 95054** |
| | List the contract number of any government contract | | |

| 2.551. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 506 Sunnyvale Sport dated 08/01/1986** | |
| | State the term remaining | **11/30/2025** | **Gahrahmat Properties**<br>**150 E. Fremont Avenue**<br>**Sunnyvale, CA 94087-3201** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.552.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Plano Super Sport dated 01/21/1998**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Gainesville Holdings LLC
CRICQ Plano Trust
c/o John K.C. Hyslip
65 Ledgeside Lane
Plymouth, NH 03264**

---

**2.553.** State what the contract or lease is for and the nature of the debtor's interest

**Third Party Administrator Agreement dated 01/01/2015**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Gallagher Bassett Services, Inc.
Attn: General Counsel
12647 Alcosa Boulevard
Suite 500
San Ramon, CA 94583**

---

**2.554.** State what the contract or lease is for and the nature of the debtor's interest

**Third Party Administrator Agreement dated 01/01/2015**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Gallagher Bassett Services, Inc.
Attn: General Counsel
Two Pierce Place
Itasca, IL 60143**

---

**2.555.** State what the contract or lease is for and the nature of the debtor's interest

**Gallup, Inc. Service Agreement dated 05/01/2019**

State the term remaining   **684 Days**

List the contract number of any government contract

**Gallup, Inc.
Attn: Alex Power, Senior Consultant
18300 Von Karman Avenue
Suite 1000
Irvine, CA 92612**

---

**2.556.** State what the contract or lease is for and the nature of the debtor's interest

**Building a Culture of Employee Engagement dated 04/25/2019**

State the term remaining   **684 Days**

List the contract number of any government contract

**Gallup, Inc.
Attn: General Counsel
18300 Von Karman Avenue
Suite 1000
Irvine, CA 92612**

---

**2.557.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Carol Stream dated 03/07/2020**

State the term remaining   **Undetermined**

List the contract number of any

**Geneva Crossing Carol Stream IL LLC
Attn: Kumar Bhavanasi
1551 South Washington Avenue
Suite 402A
Piscataway, NJ 08854**

Debtor 1 __24 Hour Fitness USA, Inc.__
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* __20-11561__



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.558. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Staten Island (Pipeline) dated Based on LL/Permit Delivery Undetermined** | **GGP Staten Island Mall LLC c/o Staten Island The Crossings Attn: Law/Lease Administration Dept 350 N Orleans Street Chicago, IL 60654** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.559. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Vista Sport dated 06/01/2009** | **GIAVISTA INVESTMENT LLC 8 GONDOLIERS BLUFF Newport Beach, CA 92657** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.560. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Euless Rio Grande Super Sport dated 12/31/2016 Undetermined** | **Glade Infrastructure, LLC 6723 Weaver Road Suite 108 Rockford, IL 61114** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.561. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 385 Euless Rio Grande Super Sport dated 12/31/2016 12/31/2032** | **Glade Infrastructure, LLC 2401 Rio Grande Blvd Euless, TX 76039** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.562. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 069 Santa Fe Springs Sport dated 06/01/2002** | **GOLDEN SPRINGS DEVELOPMENT CO LLC - V672 13312 Imperial Highway Santa Fe Springs, CA 90670-4819** |
|---|---|---|---|
| | State the term remaining | **9/30/2031** | |
| | List the contract number of any government contract | | |

| 2.563. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Fe Springs Sport dated 03/01/2002** | **Golden Springs Development Company, LLC Moshe Sassover 13116 Imperial Highway Santa Fe Springs, CA 90670** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.564. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Google**<br>**Attn: General Counsel**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.565. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Google Apps**<br>**Attn: General Counsel**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.566. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Service Agreement dated 09/05/2013** | |
| | State the term remaining | **Undetermined** | **Google, Inc.**<br>**Attn: General Counsel**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.567. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Charlotte East Arbor (Mallard Creek) (Pipeline) dated Based on LL/Permit Delivery** | |
| | State the term remaining | **Undetermined** | **GP Partners NC LLC**<br>**c/o Stiles Corporation**<br>**301 E Las Olas Boulevard**<br>**Fort Lauderdale, FL 33301** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.568. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mesa Active (Assigned) dated 08/18/2007** | |
| | State the term remaining | **807 Days** | **Grace-Power & McKellips LLC**<br>**Prescott Convention Center LP**<br>**c/o WM Grace Development Co**<br>**7575 N 16th Street Suite 1**<br>**Phoenix, AZ 85020** |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
           First Name         Middle Name         Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.569. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 857 Mesa Active (CLOSED) dated 08/18/2007** | |
|---|---|---|---|
| | State the term remaining | **8/31/2022** | **Grace-Power & McKellips, LLC 1919 N. Power Road Mesa, AZ 85205-3728** |
| | List the contract number of any government contract | | |

| 2.570. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mesquite Super Sport dated 01/21/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Grandway Capital Holdings III LLC Grandway Asset Management, Inc Attn: David Lin 55 S. Lake Ave. Pasadena, CA 91101** |
| | List the contract number of any government contract | | |

| 2.571. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 211 Mesquite Super Sport dated 01/01/1996** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Grandway Capital Holdings III, LLC 3600 Emporium Circle Mesquite, TX 75150-6508** |
| | List the contract number of any government contract | | |

| 2.572. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Jacinto Sport dated 05/01/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Gratiot HB Jacinto LLC HB Jacinto LLC c/o JBL Asset Management SG2607 Properties LLC 766 Riverside Drive Coral Springs, FL 33071** |
| | List the contract number of any government contract | | |

| 2.573. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 730 Valley Stream Green Acres Mall dated 12/17/2016** | |
|---|---|---|---|
| | State the term remaining | **12/31/2031** | **Green Acres Adjacent LLC 750 West Sunrise Hwy, Suite 100 100 Green Acres Commons Valley Stream, NY 11581-1007** |
| | List the contract number of any government contract | | |

| 2.574. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Valley Stream Super Sport dated 12/17/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Green Acres Adjacent LLC Attn: Center Manager 2034 Green Acres Mall Valley Stream, NY 11581-1545** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
<u>First Name                    Middle Name                    Last Name</u>

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.575. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Millbrae Super Sport dated 12/14/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Green Banker LLC**<br>**Attn: Stanley Lo**<br>**398 Primrose Rd**<br>**Burlingame, CA 94010** |
| | List the contract number of any government contract | | |

| 2.576. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 805  Millbrae Super Sport dated 12/14/2007** | |
|---|---|---|---|
| | State the term remaining | **12/13/2022** | **Green Banker LLC**<br>**979 Broadway**<br>**Millbrae, CA 94030-1987** |
| | List the contract number of any government contract | | |

| 2.577. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for West  Woodlands Sport dated 09/22/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **GRI Woodlands Crossing, LLC**<br>**c/o First Washington Realty**<br>**Attn: Diana Chastain**<br>**4350 East West Highway**<br>**Bethesda, MD 20814** |
| | List the contract number of any government contract | | |

| 2.578. | State what the contract or lease is for and the nature of the debtor's interest | **Gridgain Order Form dated 08/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **GridGain Systems, Inc.**<br>**Attn: General Counsel**<br>**1065 East Hillsdale Blvd.**<br>**Suite 220**<br>**Foster City, CA 94404** |
| | List the contract number of any government contract | | |

| 2.579. | State what the contract or lease is for and the nature of the debtor's interest | **Gridgain Order Form dated 03/31/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **GridGain Systems, Inc.**<br>**Attn: General Counsel**<br>**1065 East Hillsdale Blvd.**<br>**Suite 220**<br>**Foster City, CA 94904** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.580. | State what the contract or lease is for and the nature of the debtor's interest | **Master Software License, Maintenance and Services Agreement with GridGain Systems - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **GridGain Systems, Inc. Attn: General Counsel 1065 East Hillsdale Blvd. Suite 220 Foster City, CA 94404** |
| | List the contract number of any government contract | | |

| 2.581. | State what the contract or lease is for and the nature of the debtor's interest | **Gridgain Order Form dated 12/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **GridGain Systems, Inc. Attn: Chief Financial Officer 1065 East Hillsdale Blvd., Suite 220 Foster City, CA 94404** |
| | List the contract number of any government contract | | |

| 2.582. | State what the contract or lease is for and the nature of the debtor's interest | **Gridgain Order Form dated 12/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **GridGain Systems, Inc. Attn: Chief Financial Officer 1065 East Hillsdale Blvd., Suite 220 Foster City, CA 94404** |
| | List the contract number of any government contract | | |

| 2.583. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 633 Lake Mary Super Sport dated 03/17/2018** | |
|---|---|---|---|
| | State the term remaining | 10/31/2033 | **Griffin Farm at Midtown, LLC 236 Wheel House Lane Lake Mary, FL 32746-3410** |
| | List the contract number of any government contract | | |

| 2.584. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lake Mary Super Sport dated 04/06/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Griffin Farms at Midtown, LLC 7940 Via Dellagio Way Suite 200 Orlando, FL 32819** |
| | List the contract number of any government contract | | |

| 2.585. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Winter Park Super Sport dated 04/07/2017** | **Grove at Winter Park Property, LLC c/o Triout Advisory Services 18331 Pines blvd. Pembroke Pines, FL 33029** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | Case number (if known) | 20-11561 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |  |
|---|---|---|---|
| 2.586. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 638 Winter Park Super Sport dated 02/04/2017** | |
| | State the term remaining | **4/30/2032** | **Grove at Winter Park Property, LLC 4270 Aloma Avenue, Suite 164 Suite 164 Winter Park, FL 32792-9393** |
| | List the contract number of any government contract | | |
| 2.587. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Eastridge Super Sport dated 03/28/2015** | |
| | State the term remaining | **Undetermined** | **GS Pacific ER LLC c/o Pacific Retail Capital Partners Attn: Gary Karl 100 N Sepulveda Blvd, Ste #1925 El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.588. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 930 Eastridge Super Sport dated 03/28/2015** | |
| | State the term remaining | **12/31/2025** | **GS Pacific ER LLC 2200 Eastridge Loop San Jose, CA 95122** |
| | List the contract number of any government contract | | |
| 2.589. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 90280 Bishop Ranch (San Ramon)-CA dated 08/01/2002** | |
| | State the term remaining | **12/31/2031** | **H & A PROPERTIES, LP - V0000312383 12647 Alcosta Blvd Stes. 100/410/500 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.590. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 90281 Palomar Airport Rd (MSC) dated 08/17/2007** | |
| | State the term remaining | **9/30/2020** | **H & A PROPERTIES, LP - V0000312383 1265 Laurel Tree Lane, Ste 200 Carlsbad, CA** |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.591. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 90281 Palomar Airport Rd (MSC) dated 08/17/2007** | |
|---|---|---|---|
| | State the term remaining | **8/31/2027** | **H & A PROPERTIES, LP - V0000312383** |
| | List the contract number of any government contract | | **1265 Laurel Tree Lane, Ste 200 Carlsbad, CA** |

| 2.592. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 902 North Torrance Redondo Active dated 08/24/2007** | |
|---|---|---|---|
| | State the term remaining | **8/24/2022** | **H & A PROPERTIES, LP - V0000312383** |
| | List the contract number of any government contract | | **4240 Redondo Beach Blvd. Torrance, CA 90504-1030** |

| 2.593. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Torrance Active Dry dated 08/24/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **H&A Properties, LP c/o Tiarna Real Estate Services, Inc.** |
| | List the contract number of any government contract | | **2603 Main Street Suite 210 Irvine, CA 92614** |

| 2.594. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Plantation Sport dated 01/21/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **HAAG Management Inc c/o Vann Investments GP** |
| | List the contract number of any government contract | | **14814 Giles Road Omaha, NE 68138** |

| 2.595. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 217 Plantation Sport dated 11/01/1996** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **HAAG Management Inc** |
| | List the contract number of any government contract | | **700 South Pine Island Road Plantation, FL 33324-3130** |

| 2.596. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 217 Plantation Sport dated 11/01/1996** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **HAAG Management Inc** |
| | List the contract number of any | | **700 South Pine Island Road Plantation, FL 33324-3130** |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____   _____   _____
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.597. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for 9th Street Sport dated 09/01/2004** |  |
|  | State the term remaining | **Undetermined** | **HAI Murray Gym LLC**<br>**PO Box 3309**<br>**Logan, UT 84323** |
|  | List the contract number of any government contract |  |  |
| 2.598. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hancock Center Sport dated 01/01/2004** |  |
|  | State the term remaining | **Undetermined** | **Hancock Fitness, LP**<br>**Attn: J Michael Moore**<br>**1748 W Katella Avenue**<br>**Suite 206**<br>**Orange, CA 92867** |
|  | List the contract number of any government contract |  |  |
| 2.599. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 372 Hancock Center Sport dated 01/09/2004** |  |
|  | State the term remaining | **9/30/2023** | **Hancock Fitness, LP**<br>**1000 E. 41st Street**<br>**Suite 850**<br>**Austin, TX 78751-4810** |
|  | List the contract number of any government contract |  |  |
| 2.600. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 372 Hancock Center Sport dated 01/09/2004** |  |
|  | State the term remaining | **9/30/2023** | **Hancock Fitness, LP**<br>**1000 E. 41st Street**<br>**Suite 850**<br>**Austin, TX 78751-4810** |
|  | List the contract number of any government contract |  |  |
| 2.601. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Whippany Super Sport dated 06/29/2019** |  |
|  | State the term remaining | **Undetermined** | **Hanover 3201 Realty LLC**<br>**c/o Mack-Cali Realty Corp Harborside 3**<br>**210 Hudson Street**<br>**Suite 400**<br>**Jersey City, NJ 07311** |
|  | List the contract number of any government contract |  |  |
| 2.602. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hawaiian Gardens Super Sport dated 08/07/2018** | **Hawaiian Gardens Lakewood Retail VIII, L**<br>**c/o Athena Property Management**<br>**730 El Camino Way**<br>**Suite 200**<br>**Tustin, CA 92780** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

| 2.603. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hawthorne Sport dated 07/23/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Hawthorne X, LLC Jackie Villanueva 2973 Harbor Blvd #150 Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| 2.604. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 055 Hawthorne Sport dated 07/23/2005** | |
|---|---|---|---|
| | State the term remaining | **7/31/2025** | **Hawthorne X, LLC 2831 W. 120th Street Hawthorne, CA 90250-3374** |
| | List the contract number of any government contract | | |

| 2.605. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 488 Hayward Super Sport dated 06/01/2013** | |
|---|---|---|---|
| | State the term remaining | **12/31/2028** | **HAYWARD 880 LLC - V0000412873 2480 Whipple Road Hayward, CA 94544-7808** |
| | List the contract number of any government contract | | |

| 2.606. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hayward Super Sport dated 06/01/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Hayward 880, LLC Attn: Daniel Temkin 3417 Hunts Point Rd. Hunts Point, WA 98004** |
| | List the contract number of any government contract | | |

| 2.607. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hasbrouck Heights Super Sport dated 05/18/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Heights Plaza, LLC c/o Levin Management Corporation 975 Route 22 West North Plainfield, NJ 07060-3622** |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
_____
First Name   Middle Name   Last Name

Case number (*if known*)  **20-11561**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.608. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 08/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Herman/Stewart Construction & Dvpmt, Inc Attn: Jim Crist 4550 Forbes Boulevard Suite 200 Lanham, MD 20706** |
| | List the contract number of any government contract | | |

| 2.609. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 09/26/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Herman/Stewart Construction & Dvpmt, Inc Attn: Al Zywar 4550 Forbes Boulevard Suite 200 Lanham, MD 20706** |
| | List the contract number of any government contract | | |

| 2.610. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Garden Grove Sport dated 06/01/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **HGGA Promenade, LP c/o Hughes Investments Attn: Property Manager, Mary Fouladi 23 Corporate Plaza Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.611. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 156 Garden Grove Sport dated 06/01/2001** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **HGGA Promenade, LP 9561 Chapman Avenue Garden Grove, CA 92841-2704** |
| | List the contract number of any government contract | | |

| 2.612. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Highlands Garden Active dated 05/18/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **HGV Commercial, LLC Attn: Charles J Perry 1640 Market Street Denver, CO 80202** |
| | List the contract number of any government contract | | |

| 2.613. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 956 Highlands Garden Active dated 05/18/2007** | |
|---|---|---|---|
| | State the term remaining | **5/31/2022** | **HGV Commercial, LLC 4600 West 38th Avenue Denver, CO 80212-2047** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| | | |
|---|---|---|
| 2.614. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Renton Highlands Active dated 02/17/2006** | |
| | State the term remaining | **Undetermined** | **Highland Shopping Center, LLC James F. Hamm 2800 156th Ave SE Suite 120 Bellevue, WA 98007** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.615. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Highlands Ranch Sport dated 02/01/2002** | |
| | State the term remaining | **Undetermined** | **Highlands Fitness, L.T.D. Attn: J Michael Moore / Titus Properties 1748 W Katella Avenue Suite 206 Orange, CA 92867** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.616. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract Puyallup dated 01/21/2019** | |
| | State the term remaining | **Potentially Expired** | **Hilbers, Inc. Attn: General Counsel 770 North Walton Avenue Suite 100 Yuba City, CA 95993** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.617. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 03/08/2019** | |
| | State the term remaining | **Undetermined** | **Hilbers, Inc. Attn: Glenn Hilbers 770 North Walton Avenue Suite 100 Yuba City, CA 95993** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.618. | State what the contract or lease is for and the nature of the debtor's interest | **Hilbers, Inc. Construction Contract dated 12/12/2017** | |
| | State the term remaining | **Undetermined** | **Hilbers, Inc. Attn: Glenn Hilbers 1210 Stabler Lane Yuba City, CA 95993** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.619. | State what the contract or lease is for and the nature of the debtor's interest | **Hilbers, Inc. Construction Contract dated 05/24/2018** | **Hilbers, Inc. Attn: Glenn Hilbers 1210 Stabler Lane Yuba City, CA 95993** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name           Middle Name           Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Undetermined** | |
| List the contract number of any government contract | |

| 2.620. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Castle Hills Super Sport dated 12/18/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **HMC Lewisville TC LLC Lewisville Town Crossing PO Box 82552 - GRY001 Goleta, CA 93118-2552** |
| | List the contract number of any government contract | | |

| 2.621. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 881 Castle Hills Super Sport dated 12/18/2009** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **HMC LEWISVILLE TC LLC - V0000415605 4866 State Hwy 121 Lewisville, TX 75056-2915** |
| | List the contract number of any government contract | | |

| 2.622. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Exercise Equipment  dated 05/03/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Hoist Fitness Systems, Inc. Attn: General Counsel 9990 Empire Street San Diego, CA 92126** |
| | List the contract number of any government contract | | |

| 2.623. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hollywod OR Super Sport dated 03/27/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Hollywood Station Partners LLC David Kotansky | Colliers International 851 SW 6th Avenue Suite 1200 Portland, OR 97204** |
| | List the contract number of any government contract | | |

| 2.624. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 206 Willowbrook Super Sport dated 11/01/1994** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **HOUSTON WILLOWBROOK LLC - V0000411025 7300 West Greens Road Houston, TX 77064** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.625. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Willowbrook Super Sport dated 01/21/1998** | **Houston Willowbrook, LLC 350 N. Orleans St. 350 N. Orleans St. Ste. 300 Chicago, IL 60654** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.626. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Monrovia Active dated 04/25/1995** | **HREH, LLC Attn: Stan Huang 6840 Orangethorpe Ave Suite G Buena, CA 90620** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.627. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 170 Monrovia Active dated 11/01/1994** | **HREH, LLC 715 E. Huntington Drive Monrovia, CA 91016-3613** |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | |
| | List the contract number of any government contract | | |

| 2.628. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 170 Monrovia Active dated 11/01/1994** | **HREH, LLC 715 E. Huntington Drive Monrovia, CA 91016-3613** |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | |
| | List the contract number of any government contract | | |

| 2.629. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lafayette Super Sport dated 12/20/2019** | **HSC Lafayette, LLC 805 Trione Avenue Daphne, AL 36526** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.630. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 669 Lafayette Super Sport dated 09/21/2019** | **HSC Lafayette, LLC 851 N. Hwy 287 Lafayette, CO 80026** |
|---|---|---|---|
| | State the term remaining | **12/31/2034** | |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.631. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Algonquin (Pipeline) dated Based on LL/Permit Delivery Undetermined** | **HSG Algonquin LLC c/o CP2 Management LLC Attn: General Counsel 225 West Hubbard Chicago, IL 60654** |
| 2.632. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Oak Lawn (Pipeline) dated Based on LL/Permit Delivery Undetermined** | **HSG-KRE Oak Lawn Property Owner LLC c/o Mid-America Asset Management, Inc One Parkview Plaza 9th Floor Oakbrook, IL 60181** |
| 2.633. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Downtown Seattle Sport dated 02/12/2001**<br><br>**Undetermined** | **Hudson Met Park North LLC Attn: Howard Stern 11601 Wilshire Boulevard Suite 1600 Los Angeles, CA 90025** |
| 2.634. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lessee for location at 412 Downtown Seattle Sport dated 08/01/2001**<br><br>**2/28/2026** | **Hudson Met Park North LLC 1827 Yale Avenue Seattle, WA 98101-1443** |
| 2.635. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lessee for location at 412 Downtown Seattle Sport dated 08/01/2001**<br><br>**2/28/2026** | **Hudson Met Park North LLC 1827 Yale Avenue Seattle, WA 98101-1443** |
| 2.636. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kissimmee Super Sport dated 11/28/2016** | **HUH DI/OCP Cinque Terre, LLC Attn: Mark S. Rosen Hampshire Companies 22 Maple Avenue Morristown, NJ 07960** |

Debtor 1   **24 Hour Fitness USA, Inc.**
    First Name          Middle Name         Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Undetermined**

List the contract number of any government contract

---

| 2.637. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 639 Kissimmee Super Sport dated 12/17/2016** | |
|---|---|---|---|
| | State the term remaining | **11/30/2031** | **HUH DI/OCP Cinque Terre, LLC**<br>**850 W. Osceola Parkway**<br>**Kissimmee, FL 34741** |
| | List the contract number of any government contract | | |

---

| 2.638. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Huntington Beach Super Sport dated 12/17/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Huntington South Center LLC**<br>**77 West Del Mar Blvd**<br>**Pasadena, CA 91105** |
| | List the contract number of any government contract | | |

---

| 2.639. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 932 Huntington Beach Super Sport dated 12/17/2016** | |
|---|---|---|---|
| | State the term remaining | **12/31/2031** | **Huntington South Center LLC**<br>**9051 Atlanta Avenue**<br>**Huntington Beach, CA 92646** |
| | List the contract number of any government contract | | |

---

| 2.640. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Summerlin Super Sport dated 06/01/2015** | |
|---|---|---|---|
| | State the term remaining | **1,811 Days** | **Husite Nevada LP**<br>**c/o Brown Associates LLC**<br>**1640 Newport Boulevard**<br>**Suite 250**<br>**Costa Mesa, CA 92627** |
| | List the contract number of any government contract | | |

---

| 2.641. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 228 Summerlin Super Sport dated 07/01/2003** | |
|---|---|---|---|
| | State the term remaining | **5/31/2025** | **Husite Nevada LP**<br>**2090 Village Center Circle**<br>**Las Vegas, NV 89134-6250** |
| | List the contract number of any government contract | | |

---

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.642. | State what the contract or lease is for and the nature of the debtor's interest | **Software As A Service Agreement dated 11/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **HYP3R, Inc.**<br>**Attn: Ashley Burnstad**<br>**1161 Mission St**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.643. | State what the contract or lease is for and the nature of the debtor's interest | **Interactive Content Subscription and Statement of Work No. 1 dated 01/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **i-on Interactive, Inc.**<br>**Attn: General Counsel**<br>**200 East Palmetto Park Road**<br>**Suite 107**<br>**Boca Raton, FL 33432** |
| | List the contract number of any government contract | | |

| 2.644. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 12/14/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **i-on Interactive, Inc.**<br>**Attn: General Counsel**<br>**200 East Palmetto Park Road**<br>**Suite 107**<br>**Boca Raton, FL 33432** |
| | List the contract number of any government contract | | |

| 2.645. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Spring Cypress Active dated 08/25/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **IA Cypress CyFair LP**<br>**c/o InvenTrust Property Management, LLC**<br>**Attn: Property Manager**<br>**3025 Highland Parkway**<br>**Downers Grove, IL 60515** |
| | List the contract number of any government contract | | |

| 2.646. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for League City Sport dated 12/14/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **IA League City Bay Colony LP**<br>**c/o InvenTrust Property Management LLC**<br>**Attn: Property Manager**<br>**3025 Highland Parkway**<br>**Downers Grove, IL 60515** |
| | List the contract number of any government contract | | |

| 2.647. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Carlsbad - IT Storage dated 06/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Icon Owner Pool I West/Southwest, LLC**<br>**c/o Link Industrial Management LLC**<br>**Attn: Lease Administration**<br>**220 Commerce Drive, Suite 400**<br>**Washington, PA 00019-0034** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**                           Case number (*if known*)   **20-11561**
   First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.648. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 90071 Carlsbad - IT Storage** | |
|---|---|---|---|
| | State the term remaining | **8/31/2027** | **Icon Owner Pool I West/Southwest, LLC 1225 Park Center Drive, Ste B Vista, CA 92081** |
| | List the contract number of any government contract | | |

| 2.649. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 90076 Regional Training Center dated 04/20/2013** | |
|---|---|---|---|
| | State the term remaining | **4/30/2029** | **Icon Owner Pool I West/Southwest, LLC 17204 Slover Avenue Fontana, CA 92337-7536** |
| | List the contract number of any government contract | | |

| 2.650. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Re: Due Dilligence Expenses dated 05/20/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ID Associates, Inc. Attn: Business Deveopment 1771 Industrial Road Dothan, AL 36303** |
| | List the contract number of any government contract | | |

| 2.651. | State what the contract or lease is for and the nature of the debtor's interest | **Master Signage Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ID Associates, Inc. Attn: Business Deveopment 1771 Industrial Road Dothan, AL 36303** |
| | List the contract number of any government contract | | |

| 2.652. | State what the contract or lease is for and the nature of the debtor's interest | **Master Signage Agreement  dated 01/09/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ID Associates, Inc. Attn: Rosalyn Holdebield 1771 Industrial Road Dothan, AL 36303** |
| | List the contract number of any government contract | | |

| 2.653. | State what the contract or lease is for and the nature of the debtor's interest | **Master Signage Agreement  dated 02/21/2010** | **ID Associates, Inc. Attn: General Counsel 1771 Industrial Road Dothan, AL 36303** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number (*if known*)   **20-11561**
_____
First Name      Middle Name      Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract _____ | |

---

| 2.654. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Re: Due Dilligence Expenses dated 05/20/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ID Associates, Inc.**<br>**Attn: General Counsel**<br>**1771 Industrial Road**<br>**Dothan, AL 36303** |
| | List the contract number of any government contract _____ | | |

---

| 2.655. | State what the contract or lease is for and the nature of the debtor's interest | **Consluting Agreement dated 07/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Imagenation LLC**<br>**Attn: M. WIlliams**<br>**212 W. 10th Street**<br>**Indianapolis, IN 46202** |
| | List the contract number of any government contract _____ | | |

---

| 2.656. | State what the contract or lease is for and the nature of the debtor's interest | **Proactive Maintenance Full Parts Labor dated 02/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Industrial Building Services**<br>**Attn: General Counsel**<br>**11034 Lakeridge Parkway**<br>**Ashland, VA 23005** |
| | List the contract number of any government contract _____ | | |

---

| 2.657. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 03/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Industrial Building Services, LLC**<br>**Attn: Bob Barnard**<br>**3511 NE 22nd Avenue**<br>**Suite 300**<br>**Fort Lauderdale, FL 33308** |
| | List the contract number of any government contract _____ | | |

---

| 2.658. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for City of Industry Sport dated 02/13/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Industry East Land Retail II, LLC**<br>**c/o Majestic Realty Co.**<br>**Attn: John Hunter and Marguerite Hill**<br>**13191 Crossroads Parkway North**<br>**City of Industry, CA 91746** |
| | List the contract number of any government contract _____ | | |

---

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.659. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 860 City of industry Sport dated 02/13/2009** | |
|---|---|---|---|
| | State the term remaining | **2/12/2024** | **Industry East Land Retail II, LLC** |
| | List the contract number of any government contract | | **21560 Valley Blvd.** **City of industry, CA 91789-5241** |

| 2.660. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 851 Huntington Beach Sport dated 06/18/2007** | |
|---|---|---|---|
| | State the term remaining | **6/30/2022** | **INDUSTRY INVESTMENT COMPANY LLC** |
| | List the contract number of any government contract | | **7887 Center Avenue** **Huntington Beach, CA 92647-3051** |

| 2.661. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Huntington Beach Sport dated 06/22/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Industry Investment Company, LLC** |
| | List the contract number of any government contract | | **18 Cypress Point Lane** **Jackson, NJ 08527** |

| 2.662. | State what the contract or lease is for and the nature of the debtor's interest | **24 Hour Fitness Master Services Agreement with Infield Digital dated 09/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Infield Digital LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** **210 Mississippi Street** **San Francisco, CA 94107** |

| 2.663. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 09/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Infield Digital LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** **210 Mississippi Street** **San Francisco, CA 94107** |

| 2.664. | State what the contract or lease is for and the nature of the debtor's interest | **Informatica, LLC Statement of Work dated 11/08/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Informatica** **Attn: General Counsel** **2100 Seaport Boulevard** **Redwood City, CA 94063** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.665. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and/or Sub. dated 10/01/2019** | |
| | State the term remaining | **107 Days** | **Informatica**<br>**Attn: Nathan Hayes**<br>**2100 Seaport Boulevard**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |
| 2.666. | State what the contract or lease is for and the nature of the debtor's interest | **Renewal of Maintenance and Subscription Agreement dated 10/02/2019** | |
| | State the term remaining | **108 Days** | **Informatica**<br>**Attn: Nathan Hayes**<br>**2100 Seaport Boulevard**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |
| 2.667. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 06/29/2007** | |
| | State the term remaining | **Undetermined** | **Informatica Coporation**<br>**Attn: General Counsel**<br>**100 Cardinal Way**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |
| 2.668. | State what the contract or lease is for and the nature of the debtor's interest | **Production Standard Renewal Maintenance dated 09/01/2012** | |
| | State the term remaining | **Potentially Expired** | **Informatica Coporation**<br>**Attn: General Counsel**<br>**100 Cardinal Way**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |
| 2.669. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 06/29/2007** | |
| | State the term remaining | **Undetermined** | **Informatica Corporation**<br>**Attn: General Counsel**<br>**100 Cardinal Way**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.670. | State what the contract or lease is for and the nature of the debtor's interest | **Private Training dated 12/09/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Informatica University**<br>**Attn: General Counsel**<br>**2100 Seaport Boulevard**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |

| 2.671. | State what the contract or lease is for and the nature of the debtor's interest | **ILD Access Supplement dated 05/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Information Resources, Inc.**<br>**Attn: Alyssa Foss**<br>**150 N. Clinton Street**<br>**Chicago, IL 60661** |
| | List the contract number of any government contract | | |

| 2.672. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for U.S. Costco Collaborative Retail Exchange  dated 05/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Information Resources, Inc.**<br>**Attn: Alyssa Foss**<br>**150 N. Clinton Street**<br>**Chicago, IL 60661** |
| | List the contract number of any government contract | | |

| 2.673. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for West Covina Sport dated 05/01/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Inland Iowa Property LLC**<br>**Capital Premier Property LLC**<br>**Attn: Wendy Wong**<br>**9168 Las Tunas Drive**<br>**Temple City, CA 91780** |
| | List the contract number of any government contract | | |

| 2.674. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lakewood Mall Active dated 12/27/1996** | |
|---|---|---|---|
| | State the term remaining | **564 Days** | **Inland US Mgmt LLC/Lakewood Towne Center**<br>**RPAI  Lakewood, LLC**<br>**Attn: Director of Collections**<br>**2021 Spring Road**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.675. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contract Agreement  dated 04/08/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Inno-Versity, LLC**<br>**Attn: General Counsel**<br>**5222 33rd Street**<br>**Grand Rapids, MI 49512** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|
| 2.676. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contract Agreement  dated 04/09/2018** | |
| | State the term remaining | **Undetermined** | **Inno-Versity, LLC Attn: General Counsel 5222 33rd Street Grand Rapids, MI 49512** |
| | List the contract number of any government contract | | |
| 2.677. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 02/07/2019** | |
| | State the term remaining | **Undetermined** | **Inno-Versity, LLC Attn: General Counsel 5222 33rd Street Grand Rapids, MI 49512** |
| | List the contract number of any government contract | | |
| 2.678. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 02/07/2019** | |
| | State the term remaining | **Undetermined** | **Inno-Versity, LLC Attn: Mark VanderWal 5222 33rd Street Grand Rapids, MI 49502** |
| | List the contract number of any government contract | | |
| 2.679. | State what the contract or lease is for and the nature of the debtor's interest | **ClubConnect Subcription Agreement dated 11/01/2017** | |
| | State the term remaining | **Potentially Expired** | **InspireThreeSixty, LLC Attn: General Counsel 10190 Telesis Ct. San Diego, CA 92121-3773** |
| | List the contract number of any government contract | | |
| 2.680. | State what the contract or lease is for and the nature of the debtor's interest | **ClubConnect Subcription Agreement dated 12/20/2017** | |
| | State the term remaining | **Potentially Expired** | **InspireThreeSixty, LLC Attn: General Counsel 10190 Telesis Ct. San Diego, CA 92121-3773** |
| | List the contract number of any government contract | | |
| 2.681. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Consulting dated 09/01/2014** | **Institute of Motion, Inc. Attn: General Counsel 827 Del Mar Downs Suite B Solana Beach, CA 92075** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Potentially Expired** | |
| List the contract number of any government contract | | |

| 2.682. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Consulting dated 07/15/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Institute of Motion, Inc. Attn: General Counsel 827 Del Mar Downs Suite B Solana Beach, CA 92075** |
| | List the contract number of any government contract | | |

| 2.683. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Areement dated 07/15/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Institute of Motion, Inc. Attn: General Counsel 827 Del Mar Downs Suite B Solana Beach, CA 92075** |
| | List the contract number of any government contract | | |

| 2.684. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 12/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Inter-Images Partners, LP Attn: General Counsel 2912 West Patford Fort Worth, TX 76110** |
| | List the contract number of any government contract | | |

| 2.685. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form and Software Licensing Agreement dated 12/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Inter-Images Partners, LP Attn: General Counsel 2912 West Patford Fort Worth, TX 76110** |
| | List the contract number of any government contract | | |

| 2.686. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 12/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Inter-Images Partners, LP Attn: General Counsel 2912 West Patford Fort Worth, TX 76110** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.687.** State what the contract or lease is for and the nature of the debtor's interest — **Service Level Agreement dated 01/09/2017**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **InTouch Technology**<br>**Attn: General Counsel**<br>**1155 W. Pender Street Suite 601**<br>**Vancouver BC V6E 2P4**<br>**Canada** |
| **2.688.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 660 Katy Bella Terra Super Sport dated 04/23/2011 12/31/2026**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Invesco U.S. Income REIT, LLC**<br>**5270 West Grand Parkway South**<br>**Richmond, TX 77406-5822** |
| **2.689.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Katy Bella Terra Super Sport dated 05/10/2011**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Invesco US Income REIT LLC**<br>**Shops at Bella Terra Owner, LP**<br>**c/o Stream Retail Division**<br>**515 Post Oak Blvd.**<br>**Houston, TX 77027** |
| **2.690.** State what the contract or lease is for and the nature of the debtor's interest — **Purchasing Agreement dated 12/27/2012**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Iron Grip Barbell Company, Inc.**<br>**Attn: General Counsel**<br>**4012 West Garry Avenue**<br>**Santa Ana, CA 92704** |
| **2.691.** State what the contract or lease is for and the nature of the debtor's interest — **Master Purchasing Agreement dated 06/01/2018**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Iron Grip Barbell Company, Inc.**<br>**Attn: General Counsel**<br>**4012 West Garry Avenue**<br>**Santa Ana, CA 92704** |
| **2.692.** State what the contract or lease is for and the nature of the debtor's interest — **Master Pruchasing Agreement dated 06/01/2018**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any | **Iron Grip Barbell Company, Inc.**<br>**Attn: General Counsel**<br>**4012 West Garry Avenue**<br>**Santa Ana, CA 92704** |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.693. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 06/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Iron Grip Barbell Company, Inc. Attn: General Counsel 4012 West Garry Avenue Santa Ana, CA 92704** |
| | List the contract number of any government contract | | |

| 2.694. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 06/06/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Iron Grip Barbell Company, Inc. Attn: General Counsel 4012 West Garry Avenue Santa Ana, CA 92704** |
| | List the contract number of any government contract | | |

| 2.695. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 150 Irvine Culver Drive Active dated 06/01/1990** | |
|---|---|---|---|
| | State the term remaining | 1/31/2021 | **Irvine Company, The 15315 Culver Drive, Suite 165 #165 Irvine, CA 92604-7132** |
| | List the contract number of any government contract | | |

| 2.696. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 02/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Irvine Valley Air Conditioning, Inc. Attn: General Counsel 2961 East Coronado Street Anaheim, CA 92806** |
| | List the contract number of any government contract | | |

| 2.697. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 02/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Irvine Valley Air Conditioning, Inc. Attn: General Counsel 2961 East Coronado Street Anaheim, CA 92806** |
| | List the contract number of any government contract | | |

| 2.698. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance Services Agreement dated 03/01/2012** | **Irvine Valley Air Conditioning, Inc. Attn: General Counsel 2961 East Coroando Street Anaheim, CA 92806** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**                                          Case number *(if known)*    **20-11561**
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.699. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement dated 10/01/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Irvine Valley Air Conditioning, Inc.** **Attn: General Counsel** **2961 East Coronado Street** **Anaheim, CA 92806** |
| | List the contract number of any government contract | | |

| 2.700. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Parkmoor Active dated 01/26/1994** | |
|---|---|---|---|
| | State the term remaining | **3,152 Days** | **ISCM GREAT AMERICA PARKWAY LLC** **c/o Imwalle Properties** **365 E. Campbell Avenue** **Campbell, CA 95008** |
| | List the contract number of any government contract | | |

| 2.701. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 544 Parkmoor Active dated 04/01/1993** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **ISCM/Great America Parkway, LLC** **1531 Parkmoor Avenue** **San Jose, CA 95128-2407** |
| | List the contract number of any government contract | | |

| 2.702. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement dated 07/31/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ISD Corporation** **Attn: Bruce Venema, VP Finance** **11335 James Street** **Holland, MI 49424** |
| | List the contract number of any government contract | | |

| 2.703. | State what the contract or lease is for and the nature of the debtor's interest | **License and Annual Support Agreement dated 07/22/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ISD Corporation** **Attn: Bruce Venema, VP Finance** **11335 James Street** **Holland, MI 49424** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**

---

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.704. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for East Arques Active dated 06/01/1993** | |
|---|---|---|---|
| | State the term remaining | **1,080 Days** | **James Lindsey** |
| | List the contract number of any government contract | | **18 Cypress Ave** **Kentfield, CA 94904** |

| 2.705. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement dated 05/10/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Janrain, Inc.** **Attn: General Counsel** **519 SW Third Ave.** **Suite 200** |
| | List the contract number of any government contract | | **Portland, OR 97204** |

| 2.706. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Janrain, Inc.** **Attn: General Counsel** **519 SW Third Ave.** **Suite 200** |
| | List the contract number of any government contract | | **Portland, OR 97204** |

| 2.707. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sugarland Sport dated 03/19/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **JAWS SUGARLAND LLC** **CRICQ Sugarland Trust** **Attn: Sam Spiegel Administrative Trustee** **455 Fairway Drive** |
| | List the contract number of any government contract | | **Deerfield Beach, FL 33441** |

| 2.708. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Rosa Super Sport dated 07/28/1997** | |
|---|---|---|---|
| | State the term remaining | **1,660 Days** | **JBC SANTA ROSA LP** **SPI Holdings, LLC** **JBC Santa Rosa, LP** **88 Kearny Street Suite 1400** |
| | List the contract number of any government contract | | **San Francisco, CA 94108** |

| 2.709. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 510 Santa Rosa Super Sport dated 05/01/1991** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **JBC SANTA ROSA LP** **3550 Industrial Drive** |
| | List the contract number of any | | **Santa Rosa, CA 95403-2058** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|
| **2.710.** | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 332 Jacinto City Sport dated 05/01/1999** | |
| | State the term remaining | **1/31/2029** | **JBL ASSET MANAGEMENT LLC - V0000413404**<br>**11420 I-10 East Freeway**<br>**Ste 200**<br>**Jacinto City, TX 77029-1935** |
| | List the contract number of any government contract | | |
| **2.711.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Freehold Super Sport dated Based on LL/Permit Delivery Undetermined** | |
| | State the term remaining | | **JDN Real Estate - Freehold LP**<br>**c/o SITE Centers Corp. Attn: GC**<br>**3300 Enterprise Parkway**<br>**Beachwood, OH 44122** |
| | List the contract number of any government contract | | |
| **2.712.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Apple Valley Super Sport dated 06/05/2009** | |
| | State the term remaining | **Undetermined** | **Jess Ranch Brea Retail XVI, LLC**<br>**c/o Athena Property Management**<br>**730 El Camino Way**<br>**Ste 200**<br>**Tustin, CA 92780** |
| | List the contract number of any government contract | | |
| **2.713.** | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 871 Apple Valley Super Sport dated 06/05/2009** | |
| | State the term remaining | **6/4/2024** | **Jess Ranch Brea Retail XVI, LLC**<br>**18825 Bear Valley Road**<br>**Apple Valley, CA 92308-2726** |
| | List the contract number of any government contract | | |
| **2.714.** | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 679 Pearland Super Sport dated 12/08/2006** | |
| | State the term remaining | **12/31/2032** | **JGA TEXAS LEGACY PARTNERS LLC - V0000415**<br>**10011 Broadway Street, Suite 107**<br>**Suite 107**<br>**Pearland, TX 77584-7873** |
| | List the contract number of any government contract | | |
| **2.715.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pearland Super Sport dated 07/07/2012** | **JGA Texas Legacy Partners, LLC**<br>**Attn: Jana Atkinson Rodich**<br>**9923 N Uinta Drive**<br>**Kamas, UT 84036** |

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　**Undetermined** | |
| List the contract number of any government contract | |

| 2.716. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 03/10/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Johnson Construction & Development, Inc.**<br>**Attn: Charles Johnson**<br>**13829 Park Avenue**<br>**Victorville, CA 94583** |
| | List the contract number of any government contract | | |

| 2.717. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 09/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Johnson Construction & Development, Inc.**<br>**Attn: Charles Johnson**<br>**13829 Park Avenue**<br>**Victorville, CA 92392** |
| | List the contract number of any government contract | | |

| 2.718. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 02/06/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Johnson Construction & Development, Inc.**<br>**Attn: Charles Johnson**<br>**13829 Park Avenue**<br>**Victorville, CA 92392** |
| | List the contract number of any government contract | | |

| 2.719. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 03/12/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Johnson Construction & Development, Inc.**<br>**Attn: Charles Johnson**<br>**13829 Park Avenue**<br>**Victorville, CA 92392** |
| | List the contract number of any government contract | | |

| 2.720. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Construction dated 06/20/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Johnson Construction & Development, Inc.**<br>**Attn: General Counsel**<br>**13829 Park Avenue**<br>**Victorville, CA 92392** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**                                   Case number *(if known)*   **20-11561**
            First Name    Middle Name    Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.721. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 09/18/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Johnson Construction & Development, Inc.**<br>**Attn: Charles Johnson**<br>**13829 Park Avenue**<br>**Victorville, CA 92392** |
| | List the contract number of any government contract | | |

| 2.722. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Construction dated 01/17/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Johnson Construction & Development, Inc.**<br>**Attn: General Counsel**<br>**13829 Park Avenue**<br>**Victorville, CA 92392** |
| | List the contract number of any government contract | | |

| 2.723. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Coit Active dated 10/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **JR Black Properties Ltd**<br>**Pavilion West**<br>**7517 Campbell Rd.**<br>**Suite 601**<br>**Dallas, TX 75248** |
| | List the contract number of any government contract | | |

| 2.724. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Greeley Super Sport dated 06/04/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **JSW Greeley LLC**<br>**JS Western Retail Investments**<br>**15233 Ventura Boulevard**<br>**Suite 316**<br>**Sherman, CA 91403** |
| | List the contract number of any government contract | | |

| 2.725. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Houston Rice Village SS dated 06/15/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **JTVP Corporation**<br>**c/o William Marsh Rice University**<br>**Attn: Treasurers Office - Ronald Long**<br>**6100 Main Street**<br>**Houston, TX 77005-1827** |
| | List the contract number of any government contract | | |

| 2.726. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 659 Houston Rice Village SS dated 03/26/2011** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **JTVP CORPORATION - V0000412659**<br>**2500 Dunstan Road**<br>**Houston, TX 77005-2572** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<span style="background:#4B0A3F;color:#4B0A3F">███</span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| | | | |
|---|---|---|---|
| 2.727. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 114 Encinitas Active dated 08/01/1993** | |
| | State the term remaining | **8/31/2023** | **K & K Lumber** |
| | List the contract number of any government contract | | **455 Santa Fe Drive**<br>**Encinitas, CA 92024-5134** |
| 2.728. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Encinitas Active dated 12/01/1993** | |
| | State the term remaining | **1,172 Days** | **K & K LUMBER COMPANY**<br>**Charles Dunn Real Estate Services, Inc.**<br>**Attn:Bill Punch - PM** |
| | List the contract number of any government contract | | **8222 MELROSE AVENUE, STE. 200**<br>**Los Angeles, CA 90046** |
| 2.729. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
| | State the term remaining | **Undetermined** | **K&B Enterprise Corporation**<br>**Attn: Kaye Davis, CEO and Owner** |
| | List the contract number of any government contract | | **1410 33rd Avenue**<br>**Vero Beach, FL 32960** |
| 2.730. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
| | State the term remaining | **Undetermined** | **K&B Enterprise Corporation**<br>**Attn: Kaye Davis, CEO and Owner** |
| | List the contract number of any government contract | | **1410 33rd Avenue**<br>**Vero Beach, FL 32960** |
| 2.731. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
| | State the term remaining | **Undetermined** | **K&B Enterprise Corporation**<br>**Attn: Kaye Davis, CEO and Owner** |
| | List the contract number of any government contract | | **1410 33rd Avenue**<br>**Vero Beach, FL 32960** |
| 2.732. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | **K&B Enterprise Corporation**<br>**Attn: Kaye Davis, CEO and Owner**<br>**1410 33rd Avenue**<br>**Vero Beach, FL 32960** |

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name         Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Undetermined** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.733. | State what the contract or lease is for and the nature of the debtor's interest    **Revocable Services Agreement dated 06/30/2014** | |
| | State the term remaining    **Undetermined** | **K&S Laundry, LLC Attn: Susan Gregory 2900 SW Cornelius Pass Road Suite 759 Hillsboro, OR 97123** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.734. | State what the contract or lease is for and the nature of the debtor's interest    **Revocable Services Agreement and Exhibits dated 06/30/2014** | |
| | State the term remaining    **Undetermined** | **K&S Laundry, LLC Attn: Susan Gregory 2900 SW Cornelius Pass Road Suite 759 Hillsboro, OR 94583** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.735. | State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement for Reno South Sport dated 09/16/1997** | |
| | State the term remaining    **Undetermined** | **KA&N Industries 35 Baywood Terrace San Rafael, CA 94901** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.736. | State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement for Kapolei Parkway Super Sport dated 12/03/2016** | |
| | State the term remaining    **Undetermined** | **Kapolei Hawaii Property Company, LLC Attn: Richard Hartline 841 Bishop Street Suite 1070 Honolulu, HI 96813** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.737. | State what the contract or lease is for and the nature of the debtor's interest    **Sublessee for location at 963 Kapolei Parkway Super Sport dated 12/03/2016** | |
| | State the term remaining    **12/31/2031** | **Kapolei Hawaii Property Company, LLC 91-5431 Kapolei Parkway, Suite 1700 Suite 1700 Kapolei, HI 96707** |
| | List the contract number of any government contract | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.738.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Glendale Bell Sport (Assigned) dated 06/15/2007** | |
| State the term remaining | **729 Days** | **Kawips Florida, LLC 1590-D Rosecrans Avenue PMB #259 Manhattan Beach, CA 90266** |
| List the contract number of any government contract | | |
| **2.739.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 856 Glendale Bell Sport (CLOSED) dated 06/29/2007** | |
| State the term remaining | **6/14/2022** | **Kawips Florida, LLC 4316 West Bell Road Glendale, AZ 85308-3515** |
| List the contract number of any government contract | | |
| **2.740.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Palomar Airport Rd (MSC) dated 10/17/2017** | |
| State the term remaining | **Undetermined** | **Kelly/JRM Palomar Airport Road I LLC c/o JRMC Real Estate Inc. 330 ENCINITAS BLVD SUITE 201 ENCINITAS, CA 92024** |
| List the contract number of any government contract | | |
| **2.741.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aurora Sport dated 04/30/1997** | |
| State the term remaining | **Undetermined** | **Kimco East Bank 689 Inc. 500 North Broadway, Suite 201 PO Box 9010 Jericho, NY 11753** |
| List the contract number of any government contract | | |
| **2.742.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 699 Grand Prairie Sport dated 12/03/2007** | |
| State the term remaining | **12/31/2022** | **KIMCO LAKE PRAIRIE TC LP - V0000321893 5208 South State Hwy 360 Grand Prairie, TX 75052-8307** |
| List the contract number of any government contract | | |
| **2.743.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Grand Prairie Sport dated 11/30/2007** | |
| State the term remaining | **Undetermined** | **Kimco Lake Prairie TC, LP 3333 New Hyde Park Road Suite 100 New Hyde Park, NY 11042** |
| List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.744. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 869 Mesa Dobson Rd Sport (CLOSED) dated 11/07/2008** | |
| | State the term remaining | **11/6/2023** | **KIMCO RIVERVIEW LLC - V0000370726**<br>**1844 W. Rio Salado Parkway**<br>**Mesa, AZ 85201-7762** |
| | List the contract number of any government contract | | |

| 2.745. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Charleston Active dated 05/25/1996** | |
| | State the term remaining | **715 Days** | **Kimridge Development Group**<br>**2935 N. Beverly Glen Cir**<br>**Ste 358**<br>**Temple City, CA 90078** |
| | List the contract number of any government contract | | |

| 2.746. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Orlando Orange Super Sport dated 10/31/2008** | |
| | State the term remaining | **Undetermined** | **Kimzay of Florida, Inc.**<br>**3333 New Hyde Park Road**<br>**Suite 100**<br>**New Hyde Park, NY 11042** |
| | List the contract number of any government contract | | |

| 2.747. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 819 Fairfax Super Sport dated 12/13/2014** | |
| | State the term remaining | **12/31/2029** | **KIR FAIRFAX LP - V0000414141**<br>**12300 Price Club Plaza**<br>**Fairfax, VA 22030** |
| | List the contract number of any government contract | | |

| 2.748. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fairfax Super Sport dated 11/16/2014** | |
| | State the term remaining | **Undetermined** | **KIR Fairfax, LP**<br>**c/o Kimco Realty corporation**<br>**Attn: General Counsel**<br>**3333 New Hyde Park Road, Suite 100**<br>**New Hyde Park, NY 10042-0020** |
| | List the contract number of any government contract | | |

| 2.749. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Balboa Super Sport dated 04/21/2012** | **KIR VISTA BALBOA LP**<br>**c/o Kimco Realty Corporation**<br>**3333 New Hyde Park Road, Suite 100**<br>**P.O. Box 5020**<br>**New Hyde Park, NY 10042** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.750. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 892 Balboa Super Sport dated 04/21/2012** | |
| | State the term remaining | **12/31/2027** | **KIR VISTA BALBOA LP - V0000411507** |
| | List the contract number of any government contract | | **7715 Balboa Avenue**<br>**San Diego, CA 92111-2229** |

| 2.751. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kirkwood Active (Assigned) dated 01/26/2006** | |
| | State the term remaining | **2,176 Days** | **Kirkwood Missouri Fitness, LP**<br>**J. Michael Moore \| Titus Properties**<br>**1748 W Katella Avenue** |
| | List the contract number of any government contract | | **Suite 206**<br>**Orange, CA 92867** |

| 2.752. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 683 Kirkwood Active (CLOSED) dated 06/03/2006** | |
| | State the term remaining | **5/31/2026** | **Kirkwood Missouri Fitness, LP** |
| | List the contract number of any government contract | | **10320 Manchester Road**<br>**Kirkwood, MO 63122-1521** |

| 2.753. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 683 Kirkwood Active (CLOSED) dated 06/03/2006** | |
| | State the term remaining | **5/31/2026** | **Kirkwood Missouri Fitness, LP** |
| | List the contract number of any government contract | | **10320 Manchester Road**<br>**Kirkwood, MO 63122-1521** |

| 2.754. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hawaii Kai Active dated 11/11/2000** | |
| | State the term remaining | **Undetermined** | **Koko Marina Holdings, LLC**<br>**c/o Sofos Realty Corporation** |
| | List the contract number of any government contract | | **600 Kapiolani Boulevard**<br>**Suite 200**<br>**Honolulu, HI 96813** |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____    Case number (*if known*)    **20-11561**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.755. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 593 Hawaii Kai Active dated 08/01/2001** | |
|---|---|---|---|
| | State the term remaining | **11/11/2025** | **Koko Marina Holdings, LLC 7120 Kalanianaole Hwy Honolulu, HI 96825-1932** |
| | List the contract number of any government contract | | |

| 2.756. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Services Agreement dated 04/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone Elevator Corporation Attn: John Albrecht 22351 North 65h Ave. Glendale, AZ 22351** |
| | List the contract number of any government contract | | |

| 2.757. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement For Vertical Transportation dated 08/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc. Bruce Gregson National Account Manager 801 Hammound Street Suite 400 Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.758. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 07/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc. Attn: Strategic Accounts 4225 Naperville Road Suite 400 Lisle, IL 60532** |
| | List the contract number of any government contract | | |

| 2.759. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 07/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc. Attn: Strategic Accounts 4225 Naperville Road Suite 400 Lisle, IL 60532** |
| | List the contract number of any government contract | | |

| 2.760. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Vertical Transportation with Kone dated 07/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc. Attn: General Counsel 4225 Naperville Road Suite 400 Lisle, IL 60532** |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.761. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Vertical Transportation with Kone dated 08/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Attn: General Counsel**<br>**4225 Naperville Road**<br>**Suite 400**<br>**Lisle, IL 60532** |
| | List the contract number of any government contract | | |

| 2.762. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Attn: General Counsel**<br>**4225 Naperville Road**<br>**Suite 400**<br>**Lisle, IL 60532** |
| | List the contract number of any government contract | | |

| 2.763. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agrement For Vertical Transportation dated 03/01/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Attn: General Counsel**<br>**2700 Bi State Drive**<br>**Suite 100**<br>**Kansas City, MO 64108** |
| | List the contract number of any government contract | | |

| 2.764. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Vertical Transportation with Kone dated 07/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.765. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement For Vertical Transportation dated 07/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **20-11561**

　**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.766. State what the contract or lease is for and the nature of the debtor's interest **Plus (Complete Maintenance) Agreement For Vertical Transportation dated 07/01/2011** | |
| State the term remaining **Undetermined** | **Kone, Inc.** **Bruce Gregson National Account Manager** **801 Hammond Street** **Suite 400** **Coppell, TX 75019** |
| List the contract number of any government contract | |
| 2.767. State what the contract or lease is for and the nature of the debtor's interest **Plus (Complete Maintenance) Agreement for Vertical Transportation dated 10/01/2011** | |
| State the term remaining **Undetermined** | **Kone, Inc.** **Bruce Gregson National Account Manager** **801 Hammond Street** **Suite 400** **Coppell, TX 75019** |
| List the contract number of any government contract | |
| 2.768. State what the contract or lease is for and the nature of the debtor's interest **Plus (Complete Maintenance) Agreement for Vertical Transportation dated 10/01/2011** | |
| State the term remaining **Undetermined** | **Kone, Inc.** **Bruce Gregson National Account Manager** **801 Hammond Street** **Suite 400** **Coppell, TX 75019** |
| List the contract number of any government contract | |
| 2.769. State what the contract or lease is for and the nature of the debtor's interest **Plus (Complete Maintance) Agreement dated 10/01/2011** | |
| State the term remaining **Undetermined** | **Kone, Inc.** **Bruce Gregson National Account Manager** **801 Hammond Street** **Suite 400** **Coppell, TX 75019** |
| List the contract number of any government contract | |
| 2.770. State what the contract or lease is for and the nature of the debtor's interest **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
| State the term remaining **Undetermined** | **Kone, Inc.** **Bruce Gregson National Account Manager** **801 Hammond Street** **Suite 400** **Coppell, TX 75019** |
| List the contract number of any government contract | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.771. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.772. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.773. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.774. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.775. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Bruce Gregson National Account Manager**<br>**801 Hammond Street**<br>**Suite 400**<br>**Coppell, TX 75019** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.776. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation - Not Dated** | |
|---|---|---|---|
| | | **Undetermined** | **Kone, Inc.** |
| | State the term remaining | | **Bruce Gregson National Account Manager** |
| | | | **801 Hammond Street** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Coppell, TX 75019** |

| 2.777. | State what the contract or lease is for and the nature of the debtor's interest | **Complete Maintenance Agreement for Vertical Transportation dated 11/01/2002** | |
|---|---|---|---|
| | | **Undetermined** | **Kone, Inc.** |
| | State the term remaining | | **Bruce Gregson National Account Manager** |
| | | | **801 Hammond Street** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Coppell, TX 75019** |

| 2.778. | State what the contract or lease is for and the nature of the debtor's interest | **Complete Maintenance Agreement for Vertical Transportation dated 03/01/2005** | |
|---|---|---|---|
| | | **Undetermined** | **Kone, Inc.** |
| | State the term remaining | | **Bruce Gregson National Account Manager** |
| | | | **801 Hammond Street** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Coppell, TX 75019** |

| 2.779. | State what the contract or lease is for and the nature of the debtor's interest | **Premium (Complete Maintenance) Agreement for Vertical Transportation dated 06/17/2006** | |
|---|---|---|---|
| | | **Undetermined** | **Kone, Inc.** |
| | State the term remaining | | **Bruce Gregson National Account Manager** |
| | | | **801 Hammond Street** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Coppell, TX 75019** |

| 2.780. | State what the contract or lease is for and the nature of the debtor's interest | **Premium (Complete Maintenance) Agreement dated 04/01/2008** | |
|---|---|---|---|
| | | **Undetermined** | **Kone, Inc.** |
| | State the term remaining | | **Bruce Gregson National Account Manager** |
| | | | **801 Hammond Street** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Coppell, TX 75019** |

| 2.781. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Vertical Transportation with Kone dated 12/01/2009** | **Kone, Inc.** |
|---|---|---|---|
| | | | **Bruce Gregson National Account Manager** |
| | | | **801 Hammond Street** |
| | | | **Suite 400** |
| | State the term remaining | **Undetermined** | **Coppell, TX 75019** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.782. | State what the contract or lease is for and the nature of the debtor's interest | **Standard (Exam and Lube) Agreement for Vertical Transportation dated 12/01/2009** | |
| | State the term remaining | **Undetermined** | **Kone, Inc.** |
| | List the contract number of any government contract | | **Bruce Gregson National Account Manager 801 Hammond Street Suite 400 Coppell, TX 75019** |

| | | | |
|---|---|---|---|
| 2.783. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement dated 06/01/2011** | |
| | State the term remaining | **Potentially Expired** | **Kone, Inc.** |
| | List the contract number of any government contract | | **Bruce Gregson National Account Manager 801 Hammond Street Suite 400 Coppell, TX 75019** |

| | | | |
|---|---|---|---|
| 2.784. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation dated 06/01/2011** | |
| | State the term remaining | **Potentially Expired** | **Kone, Inc.** |
| | List the contract number of any government contract | | **Bruce Gregson National Account Manager 801 Hammond Street Suite 400 Coppell, TX 75019** |

| | | | |
|---|---|---|---|
| 2.785. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation dated 06/01/2011** | |
| | State the term remaining | **Potentially Expired** | **Kone, Inc.** |
| | List the contract number of any government contract | | **Bruce Gregson National Account Manager 801 Hammond Street Suite 400 Coppell, TX 75019** |

| | | | |
|---|---|---|---|
| 2.786. | State what the contract or lease is for and the nature of the debtor's interest | **Plus (Complete Maintenance) Agreement for Vertical Transportation dated 06/01/2011** | |
| | State the term remaining | **Potentially Expired** | **Kone, Inc.** |
| | List the contract number of any government contract | | **Bruce Gregson National Account Manager 801 Hammond Street Suite 400 Coppell, TX 75019** |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.787.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Maintenace Agreement dated 01/15/2012**

**Undetermined**

Kone, Inc.
**Bruce Gregson National Account Manager**
**801 Hammond Street**
**Suite 400**
**Coppell, TX 75019**

---

**2.788.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Maintenance Agreement dated 10/01/2015**

**Undetermined**

Kone, Inc.
**Bruce Gregson National Account Manager**
**801 Hammond Street**
**Suite 400**
**Coppell, TX 75019**

---

**2.789.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Maintenace Agreement dated 01/01/2016**

**Undetermined**

Kone, Inc.
**Bruce Gregson National Account Manager**
**801 Hammond Street**
**Suite 400**
**Coppell, TX 75019**

---

**2.790.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Agreement for Vertical Transportation with Kone dated 07/01/2011**

**Undetermined**

Kone, Inc.
**Attn: General Counsel**
**960 Riverside Parkway**
**Suite 90**
**West Sacramento, CA 95605**

---

**2.791.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**KONE Care Plus Agreement for Vertical Transportation dated 07/01/2011**

**Undetermined**

Kone, Inc.
**Attn: General Counsel**
**960 Riverside Parkway**
**Suite 90**
**West Sacramento, CA 95605**

---

**2.792.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

**Complete Maintenance Agreement For Hydraulic Elevators dated 02/12/1999**

**Undetermined**

Kone, Inc.
**Attn: General Counsel**
**12950 Alondra Boulevard**
**Cerritos, CA 90703-2108**

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.793. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 09/11/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Kone, Inc.**<br>**Attn: Legal Department**<br>**One Kone Court**<br>**Moline, IL 61265** |
| | List the contract number of any government contract | | |

| 2.794. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 870 NW Las Vegas Ann Rd Super Sport dated 04/03/2009** | |
|---|---|---|---|
| | State the term remaining | **3/31/2024** | **KRG Las Vegas Centennial Gateway LLC**<br>**5651 Centennial Center Blvd**<br>**Las Vegas, NV 89149-7104** |
| | List the contract number of any government contract | | |

| 2.795. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Las Vegas Ann Road Super Sport dated 04/03/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **KRG Las Vegas Centennial Gateway, LLC**<br>**62921 Collections Center Drive**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.796. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 507 Daly City Sport dated 02/01/1989** | |
|---|---|---|---|
| | State the term remaining | **5/31/2024** | **Kuk Chung**<br>**373 Gellert Blvd**<br>**Daly City, CA 94015-2613** |
| | List the contract number of any government contract | | |

| 2.797. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Glendale Super Sport dated 03/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **KW Fund V - Brand, LLC**<br>**c/o Cushman Wakefield of California Inc**<br>**Attn: Property Manager**<br>**400 N. Brand Blvd Ste 750**<br>**Glendale, CA 91203** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.798. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 219 Glendale Super Sport dated 07/01/2000** | |
|---|---|---|---|
| | State the term remaining | **2/28/2035** | **KW Fund V - Brand, LLC 450 N. Brand Blvd. Ste. 120 Glendale, CA 91203-2347** |
| | List the contract number of any government contract | | |

| 2.799. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for La Costa Super Sport dated 12/07/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **La Costa Town Center LLC c/o Terramar Retail Centers, LLC Attn: CEO & President 4695 MacArthur Courth, Suite 700 Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.800. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 927 La Costa Super Sport dated 11/08/2014** | |
|---|---|---|---|
| | State the term remaining | **12/31/2029** | **La Costa Town Center LLC 3409 Via Montebello Carlsbad, CA 92009-8685** |
| | List the contract number of any government contract | | |

| 2.801. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Laguna Hills Active dated 01/05/1986** | |
|---|---|---|---|
| | State the term remaining | **199 Days** | **La Paz Shopping Center LP c/o Tiarna Real Estate Services, Inc. Attn: Eileen Burton 2603 Main Street Irvine, CA 92614** |
| | List the contract number of any government contract | | |

| 2.802. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Redwood City Super Sport dated 02/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **La Salle, LP and Goodman Enterprises, LL 134 Paul Drive, Suite #102-104 San Rafael, CA 94903** |
| | List the contract number of any government contract | | |

| 2.803. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 475 Redwood City Super Sport dated 05/23/2015** | |
|---|---|---|---|
| | State the term remaining | **12/31/2035** | **La Salle, LP and Goodman Enterprises, LL 1050 Broadway St Redwood City, CA 94063** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.804. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Laguna Sport dated 11/15/1997** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LAGUNA VILLAGE INVESTORS, LLC**<br>**c/o Walnut Creek Holdings, Inc.**<br>**Attn: Rebecca Hall**<br>**PO Box 905**<br>**Concord, CA 94522** |
| | List the contract number of any government contract | | |

| 2.805. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 552 Laguna Sport dated 01/01/1998** | |
|---|---|---|---|
| | State the term remaining | **11/30/2027** | **LAGUNA VILLAGE INVESTORS, LLC**<br>**8785 Center Parkway**<br>**Sacramento, CA 95823-7697** |
| | List the contract number of any government contract | | |

| 2.806. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lake Creek Sport dated 02/18/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lakeline Austin Fitness, L.P.**<br>**Attn: J Michael Moore**<br>**1748 W Katella Avenue**<br>**Suite 206**<br>**Orange, CA 92867** |
| | List the contract number of any government contract | | |

| 2.807. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lakeshore Towers Ultra Sport dated 07/07/1997** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lakeshore Land Lessee PT LLC**<br>**Real Estate Manager**<br>**18101 Von Karman Avenue**<br>**Suite 1220**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.808. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 648 Rowlett Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lakeshore Land Lessee PT LLC**<br>**5959 Sherry Ln. Ste. 1250**<br>**Dallas, TX 75225** |
| | List the contract number of any government contract | | |

| 2.809. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kent Kangley Super Sport dated 07/13/2008** | **Lakha Kent Properties LLC**<br>**10400 NE 4th St**<br>**Suite #2200**<br>**Bellevue, WA 98004** |
|---|---|---|---|

| Debtor 1 | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.810. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Burbank Empire Super Sport dated 07/27/2010 | LAP Empire Evenue, LLC Attn: Levon D. Paronyan 141 South Linden Drive #305 Beverly Hills, CA 90212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.811. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 883 Burbank Empire Super Sport dated 07/23/2011 12/31/2025 | LAP Empire Evenue, LLC 1903 W. Empire Avenue Burbank, CA 91504-3433 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.812. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Richmond Sport dated 07/01/2001 | LBG HILLTOP LLC c/o LBG Management Company, Inc. 2200 Hilltop Mall Rd. Richmond, CA 94806 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.813. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 494 Richmond Sport dated 09/01/2001 | LBG HILLTOP LLC 2126 Hilltop Mall Road Richmond, CA 94806-1923 |
| | State the term remaining | 1/31/2021 | |
| | List the contract number of any government contract | | |

| 2.814. | State what the contract or lease is for and the nature of the debtor's interest | End User License Agreement  - Not Dated | Leaptest LLC Attn: General Counsel 139 Market Street 29th Floor Suite 2 San Francisco, CA 09412 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.815. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ledgewood (Pipeline) dated Based on LL/Permit Delivery Undetermined** | |
|---|---|---|---|
| | State the term remaining | | **Ledgewood Investors LLC c/o Advance Realty Attn: Director, Asset Management 1041 US Highway 202/206 Bridgewater, NJ 08807** |
| | List the contract number of any government contract | | |

| 2.816. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Wigwam Sport dated 01/01/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Legacy Retail LLC c/o Odyssey Realty LLC PO BOX 34976 Las Vegas, NV 89133** |
| | List the contract number of any government contract | | |

| 2.817. | State what the contract or lease is for and the nature of the debtor's interest | **Serengeti Tracker Agreement  dated 11/01/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Legal Systems Holding Company Attn: General Counsel 1180 Northwest Maple Street Suite 100 Issaquah, WA 98027** |
| | List the contract number of any government contract | | |

| 2.818. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintance Services Agreement dated 09/28/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Lennox National Account Services, LLC Attn: Contracts 2140 Lark Park Boulevard Richardson, TX 75080** |
| | List the contract number of any government contract | | |

| 2.819. | State what the contract or lease is for and the nature of the debtor's interest | **Les Entreprise Energie Cardio, Inc. Access Agreement dated 01/09/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Les Entreprise Energie Cardio, Inc. Attn: Directeur du Marketing et des Comm 1040 Boulevard Michele-Bohec, Bureau 300 Blainville QC J7C 5E2 Canada** |
| | List the contract number of any government contract | | |

| 2.820. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement Checklist dated 04/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Les Mills Attn: General Counsel 363 W Erie St. suite 2 Chicago, IL 06654** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
     First Name       Middle Name       Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.821. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Les Mills International Limited, Letter Agreement dated 11/21/2014**<br>**Undetermined** | **Les Mills International Limited**<br>**Attn: General Counsel**<br>**22 Centre Street, Freemans Bay**<br>**Auckland  1010**<br>**New Zealand** |
|---|---|---|---|
| 2.822. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Les Mills United States Trading, Inc. Supplementary Agreement dated 01/10/2012**<br>**Potentially Expired** | **Les Mills United States Trading, Inc.**<br>**Attn: General Counsel**<br>**235 Montgomery Street**<br>**Suite 950**<br>**San Francisco, CA 94104** |
| 2.823. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Les Mills United States Trading, Inc. Supplementary Agreement dated 01/10/2012**<br>**Potentially Expired** | **Les Mills United States Trading, Inc.**<br>**Attn: General Counsel**<br>**235 Montgomery Street**<br>**Suite 950**<br>**San Francisco, CA 94104** |
| 2.824. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Les Mills United States Trading, Inc. Service Agreement dated 01/01/2013**<br>**Potentially Expired** | **Les Mills United States Trading, Inc.**<br>**Attn: General Counsel**<br>**235 Montgomery Street**<br>**Suite 950**<br>**San Francisco, CA 94104** |
| 2.825. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Les Mills United States Trading, Inc. Service Agreement dated 04/01/2016**<br>**Potentially Expired** | **Les Mills United States Trading, Inc.**<br>**Attn: General Counsel**<br>**363 West Erie Street**<br>**Suite 200**<br>**Chicago, IL 60654** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.826. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 01/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Les Mills West Coast, Inc.**<br>**Attn: General Counsel**<br>**235 Montgomery Street**<br>**Suite 950**<br>**San Francisco, CA 94101** |
| | List the contract number of any government contract | | |

| 2.827. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 694 Little Elm Crossing Sport dated 06/20/2008** | |
|---|---|---|---|
| | State the term remaining | **6/30/2023** | **LETC DUNHILL LLC - V0000413573**<br>**2700 E. Eldorado Parkway**<br>**Ste. 300**<br>**Little Elm, TX 75068-5999** |
| | List the contract number of any government contract | | |

| 2.828. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Little Elm Crossing Sport dated 06/20/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LETC Dunhill, LLC**<br>**Care of Dunhill Partners Inc..**<br>**3100 Monticello Avenue**<br>**Suite #300**<br>**Dallas, TX 75205** |
| | List the contract number of any government contract | | |

| 2.829. | State what the contract or lease is for and the nature of the debtor's interest | **Life Fitness Purchasing Agreement dated 06/15/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Life Fitness, Inc.**<br>**Attn: General Counsel**<br>**5100 River Road**<br>**Schiller Park, IL 60176** |
| | List the contract number of any government contract | | |

| 2.830. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Eastvale Super Sport dated 05/28/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lindley Terrace LLC**<br>**600 Spring Road**<br>**Moorpark, CA 93021** |
| | List the contract number of any government contract | | |

| 2.831. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 893 Eastvale Super Sport dated 05/18/2013** | |
|---|---|---|---|
| | State the term remaining | **12/31/2028** | **LINDLEY TERRACE LLC - V0000413091**<br>**12354 Limonite Avenue**<br>**Eastvale, CA 91752-3671** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.832. | State what the contract or lease is for and the nature of the debtor's interest | **Sold to Customer Contract dated 06/15/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LinkedIn Corporation Attn: General Counsel 1000 West Maude Avenue Sunnyvale, CA 94085** |
| | List the contract number of any government contract | | |

| 2.833. | State what the contract or lease is for and the nature of the debtor's interest | **Sold to Customer Contract dated 12/18/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **LinkedIn Corporation Attn: General Counsel 1000 West Maude Avenue Sunnyvale, CA 94085** |
| | List the contract number of any government contract | | |

| 2.834. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement dated 02/13/2019** | |
|---|---|---|---|
| | State the term remaining | **242 Days** | **LinkedIn Corporation Attn: General Counsel 1000 West Maude Avenue Sunnyvale, CA 94085** |
| | List the contract number of any government contract | | |

| 2.835. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract dated 02/13/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LinkedIn Corporation Attn: General Counsel 1000 West Maude Avenue Sunnyvale, CA 94085** |
| | List the contract number of any government contract | | |

| 2.836. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement dated 03/01/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **LinkedIn Corporation Attn: General Counsel 1000 West Maude Avenue Sunnyvale, CA 94085** |
| | List the contract number of any government contract | | |

| 2.837. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement - Not Dated** | **LinkedIn Corporation Attn: General Counsel 1000 West Maude Avenue Sunnyvale, CA 94085** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract _____ | |

| 2.838. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LinkedIn Corporation**<br>**Attn: General Counsel**<br>**1000 West Maude Avenue**<br>**Sunnyvale, CA 94085** |
| | List the contract number of any government contract _____ | | |

| 2.839. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement dated 12/18/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **LinkedIn Corporation**<br>**Attn: General Counsel**<br>**2029 Stierlin Court**<br>**Mountain View, CA 94043** |
| | List the contract number of any government contract _____ | | |

| 2.840. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 06/07/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Livewire Kiosk, Inc.**<br>**Attn: General Counsel**<br>**1805 Loucks Road**<br>**Suite 700**<br>**York, PA 17408** |
| | List the contract number of any government contract _____ | | |

| 2.841. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Livewire Kiosk, Inc.**<br>**Attn: General Counsel**<br>**1805 Loucks Road**<br>**Suite 700**<br>**York, PA 17408** |
| | List the contract number of any government contract _____ | | |

| 2.842. | State what the contract or lease is for and the nature of the debtor's interest | **LLA Lifeguarding Services, LLC. Revocable Services Agreement dated 03/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LLA Lifeguarding Services, LLC**<br>**Attn: David Grubbs**<br>**108 Brandon Lane**<br>**Forney, TX 75126** |
| | List the contract number of any government contract _____ | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.843. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LLA Lifeguarding Services, LLC Attn: David Grubbs 108 Brandon Lane Forney, TX 75126** |
| | List the contract number of any government contract | | |

| 2.844. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **LLA Lifeguarding Services, LLC Attn: David Grubbs 108 Brandon Lane Forney, TX 75126** |
| | List the contract number of any government contract | | |

| 2.845. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 01/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.846. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 01/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.847. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.848. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**                                  Case number *(if known)*    **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.849. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc.**<br>**Attn: Jesus Lomeli, Owner**<br>**26162 Cottonwood Street**<br>**Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.850. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 01/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc.**<br>**Attn: Jesus Lomeli, Owner**<br>**26162 Cottonwood Street**<br>**Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.851. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 01/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc.**<br>**Attn: Jesus Lomeli, Owner**<br>**26162 Cottonwood Street**<br>**Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.852. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 09/12/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Lomel's & Associates, Inc.**<br>**Attn: Jesus Lomeli, Owner**<br>**26162 Cottonwood Street**<br>**Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.853. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 09/12/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc.**<br>**Attn: Jesus Lomeli, Owner**<br>**26162 Cottonwood Street**<br>**Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.854. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 09/12/2017** | **Lomel's & Associates, Inc.**<br>**Attn: Jesus Lomeli, Owner**<br>**26162 Cottonwood Street**<br>**Murrieta, CA 92563-4030** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**                                         Case number (*if known*)    **20-11561**
    First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.855. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to Existing 24 Hour Fitness Contract dated 12/01/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.856. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 01/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.857. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 04/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.858. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lomel's & Associates, Inc. Attn: Jesus Lomeli, Owner 26162 Cottonwood Street Murrieta, CA 92563-4030** |
| | List the contract number of any government contract | | |

| 2.859. | State what the contract or lease is for and the nature of the debtor's interest | **Badge Production Service Agreement dated 06/16/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LoneStar Badge & Sign, Inc. Attn: General Counsel 301 Quail Run Martindale, TX 78655** |
| | List the contract number of any government contract | | |

Debtor 1  __24 Hour Fitness USA, Inc._____        Case number *(if known)*  __20-11561__
          First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.860. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 05/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Longview of America, LLC**<br>**Attn: General Counsel**<br>**Two Radnor Corporate Center**<br>**100 Matsonford Road , Suite 230**<br>**Radnor, PA 19087** |
| | List the contract number of any government contract | | |

| 2.861. | State what the contract or lease is for and the nature of the debtor's interest | **Longview License Agreement dated 05/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Longview of America, LLC**<br>**Attn: General Counsel**<br>**Two Radnor Corporate Center**<br>**100 Matsonford Road , Suite 230**<br>**Radnor, PA 19087** |
| | List the contract number of any government contract | | |

| 2.862. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and Support Services Agreement dated 05/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Longview of America, LLC**<br>**Attn: General Counsel**<br>**Two Radnor Corporate Center**<br>**100 Matsonford Road , Suite 230**<br>**Radnor, PA 19087** |
| | List the contract number of any government contract | | |

| 2.863. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement dated 05/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Longview of America, LLC**<br>**Attn: General Counsel**<br>**Two Radnor Corporate Center**<br>**100 Matsonford Road , Suite 230**<br>**Radnor, PA 19087** |
| | List the contract number of any government contract | | |

| 2.864. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement dated 05/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Longview of America, LLC**<br>**Attn: General Counsel**<br>**Two Radnor Corporate Center**<br>**100 Matsonford Road , Suite 230**<br>**Radnor, PA 19087** |
| | List the contract number of any government contract | | |

| 2.865. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and Support Services Agreement dated 05/21/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Longview of America, LLC**<br>**c/o Longview Solutions Canada ULC**<br>**Attn: John Power65 Allstate Pkwy Ste 200**<br>**Markham ON L3R 9X1**<br>**Canada** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.866. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 07/10/2002** | |
| | State the term remaining | **Undetermined** | **Longview of America, LLC** **Attn: General Counsel** **1974 Sproul Road** **Suite 402** **Broomall, PA 19008** |
| | List the contract number of any government contract | | |

| 2.867. | State what the contract or lease is for and the nature of the debtor's interest | **Order Document (Professional Services Statement of Work) dated 05/21/2015** | |
| | State the term remaining | **Undetermined** | **Longview of America, LLC** **Attn: General Counsel** **1974 Sproul Road** **Suite 402** **Broomall, PA 19008** |
| | List the contract number of any government contract | | |

| 2.868. | State what the contract or lease is for and the nature of the debtor's interest | **Order Document dated 05/21/2015** | |
| | State the term remaining | **Undetermined** | **Longview of America, LLC** **Attn: General Counsel** **1974 Sproul Road** **Suite 402** **Broomall, PA 19008** |
| | List the contract number of any government contract | | |

| 2.869. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 814 Mtn View Super Sport dated 09/12/2008** | |
| | State the term remaining | **12/11/2022** | **LOS ALTOS SCHOOL DISTRICT** **2535 California Street** **Mountain View, CA 94040-1301** |
| | List the contract number of any government contract | | |

| 2.870. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 05/01/2018** | |
| | State the term remaining | **Potentially Expired** | **Los Angeles Rams, LLC** **Attn: Todd Davis** **29899 Agoura Road** **Suite 200** **Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.871. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | **Louis Upholstery** **Attn: General Counsel** **2202 Lakeridge Drive** **Grapevine, TX 76051** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Undetermined** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.872. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 01/01/2015** | |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **Louis Upholstery Attn: Lisa Darnell 2202 Lakeridge Drive Grapevine, TX 76051** |
|  | List the contract number of any government contract | | |

| 2.873. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Service Agreement dated 03/01/2012** | |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **Louis Upholstery Attn: General Counsel 2202 Lakeridge Drive Grapevine, TX 76051** |
|  | List the contract number of any government contract | | |

| 2.874. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lowry Sport dated 06/17/2005** | |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **Lowry Denver Fitness LP c/o Titus Properties Attn: J Michael Moore 1748 W Katella Avenue Orange, CA 92867** |
|  | List the contract number of any government contract | | |

| 2.875. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 572  Lowry Sport dated 06/16/2005** | |
|---|---|---|---|
|  | State the term remaining | **6/30/2025** | **Lowry Denver Fitness, L.P. 7600 Academy Blvd Denver, CO 80230-7194** |
|  | List the contract number of any government contract | | |

| 2.876. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lewisville Sport dated 06/01/2007** | |
|---|---|---|---|
|  | State the term remaining | **Undetermined** | **LRIC Lewisville LLP c/o LRIC LLC Attn: Steve Lipscomb 4311 Oak Lawn Suite 370 Dallas, TX 75219** |
|  | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
    First Name         Middle Name         Last Name

Case number *(if known)*   **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.877. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for South Hills Plaza Active dated 11/16/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **LTG South Hills, LLC**<br>**c/o LT Management Group**<br>**1418 S. Azusa Ave**<br>**Ste 23**<br>**West Covina, CA 91791** |
| | List the contract number of any government contract | | |

| 2.878. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Market Street Active dated 02/22/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Lyons Market Street, LLC**<br>**c/o Janet Lyons**<br>**30 Inverness Way**<br>**Hillsborough, CA 94010** |
| | List the contract number of any government contract | | |

| 2.879. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Brunswick (Pipeline) dated Based on LL/Permit Delivery** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **M&M at North Brunswick, LLC**<br>**c/o Edgewood Properties**<br>**1260 Station Road**<br>**Piscataway, NJ 08854** |
| | List the contract number of any government contract | | |

| 2.880. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Auburn Active dated 09/06/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **M-4, LLC**<br>**c/o Kidder Mathews**<br>**1201 Pacific Ave**<br>**Suite 1400**<br>**Tacoma, WA 98402** |
| | List the contract number of any government contract | | |

| 2.881. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ventura Super Sport dated 12/12/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Macerich Buenaventura Limited Partnershi**<br>**Correspondence Routing Sys/Legal Dept**<br>**PO Box 2172, 401 Wilshire Blvd**<br>**Ste 700**<br>**Santa Monica, CA 90407** |
| | List the contract number of any government contract | | |

| 2.882. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 846 Ventura Super Sport dated 12/22/2018** | |
|---|---|---|---|
| | State the term remaining | **12/31/2033** | **Macerich Buenaventura Limited Partnershi**<br>**3350 Telegraph Road**<br>**Ventura, CA 93003** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.883. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lakewood Super Sport dated 08/11/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Macerich Lakewood, LLC**<br>**Macerich Property Management Company LLC**<br>**Attn: Legal Department**<br>**401 Wilshire Blvd.**<br>**Santa Monica, CA 90401** |
| | List the contract number of any government contract | | |

| 2.884. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 890 Lakewood Super Sport dated 08/11/2012** | |
|---|---|---|---|
| | State the term remaining | **8/31/2027** | **Macerich Lakewood, LLC  Club 890**<br>**4821 Del Amo Blvd**<br>**Lakewood, CA 90712-2504** |
| | List the contract number of any government contract | | |

| 2.885. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Architectural/Engineering Consultant Services dated 05/02/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Mackenzie**<br>**Attn: General Counsel**<br>**River East Center**<br>**1515 SE Water Avenue, Suite 100**<br>**Portland, OR 97214** |
| | List the contract number of any government contract | | |

| 2.886. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Architectural/Engineering Consultant Services dated 02/12/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Mackenzie**<br>**Attn: General Counsel**<br>**1515 NE Water Avenue**<br>**Suite 100**<br>**Portland, OR 97214** |
| | List the contract number of any government contract | | |

| 2.887. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement dated 10/04/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Mackenzie**<br>**Attn: General Counsel**<br>**1515 NE Water Avenue**<br>**Suite 100**<br>**Portland, OR 97214** |
| | List the contract number of any government contract | | |

| 2.888. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement dated 03/07/2018** | **Mackenzie**<br>**Attn: General Counsel**<br>**1515 NE Water Avenue**<br>**Suite 100**<br>**Portland, OR 97214** |
|---|---|---|---|

Debtor 1  **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **Undetermined** | |
| List the contract number of any government contract | |

| 2.889. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Architectural/Engineering Consultant Services dated 09/29/2017** | **Mackenzie**<br>**Attn: General Counsel**<br>**1515 SE Water Avenue**<br>**Suite 100**<br>**Portland, OR 97214** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.890. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement dated 10/08/2018** | **Mackenzie**<br>**Attn: General Counsel**<br>**1515 SE Water Avenue**<br>**Suite 100**<br>**Portland, OR 97214** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.891. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement dated 07/08/2019** | **Mackenzie**<br>**Attn: General Counsel**<br>**1515 SE Water Avenue**<br>**Suite 100**<br>**Portland, OR 97214** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.892. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Riverside Madison Super Sport dated 12/25/2017** | **Madison 3721, LLC**<br>**co PRP Commercial Real Estate Service Inc**<br>**417 29th Street Newport Beach**<br>**Newport Beach, CA 92663** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.893. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 398 Riverside Madison SS dated 12/23/2017** | **Madison 3721, LLC**<br>**3490 Madison Street**<br>**Riverside, CA 92504-3717** |
|---|---|---|---|
| | State the term remaining | **12/31/2032** | |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.894. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sandy Sport dated 08/11/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Magna Investments & Development, Ltd P.O. Box 65827 Salt Lake, UT 84165-0827** |
| | List the contract number of any government contract | | |

| 2.895. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Ana Super Sport dated 05/31/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MainPlace Shoppingtown LLC co Centennial Real Estate Management LLC Attn: Chief Operating Officer 8750 N. Central Expressway Suite 1740 Dallas, TX 75231** |
| | List the contract number of any government contract | | |

| 2.896. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 899 Santa Ana MainPlace Super Sport dated 05/30/2015 5/30/2030** | |
|---|---|---|---|
| | State the term remaining | | **MainPlace Shoppingtown LLC 2800 North Main St, unit 3100 Santa Ana, CA 92705** |
| | List the contract number of any government contract | | |

| 2.897. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Noe Valley Fit Lite dated 04/25/2005** | |
|---|---|---|---|
| | State the term remaining | **1,811 Days** | **Maionchi/Launderland 24th St Fam Ptsp LP Attn: Dominic Maionchi 250 Avila Street San Francisco, CA 94123** |
| | List the contract number of any government contract | | |

| 2.898. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mall 205 (Portland) Sport dated 07/23/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Mall 205 GARP LLC Mall 205 GRF2, LLC Property Management | Gerrity Group LLC 973 Lomas Santa Fe Drive Solana, CA 92075** |
| | List the contract number of any government contract | | |

| 2.899. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 423 Mall 205 Sport dated 08/01/2001** | |
|---|---|---|---|
| | State the term remaining | **7/31/2026** | **Mall 205 GARP, LLC 10052 SE Washington Street Space E-1 Portland, OR 97216-2424** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.900. | State what the contract or lease is for and the nature of the debtor's interest | **Private Line Service dated 10/06/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Manhattan Telecommunications Corporation**<br>**Attn: General Counsel**<br>**55 Water Street, 32nd Floor**<br>**New York, NY 10041** |
| | List the contract number of any government contract | | |

| 2.901. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement dated 01/02/2020** | |
|---|---|---|---|
| | State the term remaining | **930 Days** | **Manhattan Telecommunications Corporation**<br>**Attn: General Counsel**<br>**55 Water Street, 32nd Floor**<br>**New York, NY 10041** |
| | List the contract number of any government contract | | |

| 2.902. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agrement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Manhattan Telecommunications Corporation**<br>**Attn: General Counsel**<br>**55 Water Street, 32nd Floor**<br>**New York, NY 10041** |
| | List the contract number of any government contract | | |

| 2.903. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Green Valley Active dated 08/20/1996** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Mani Anand Vjay Sawh, LLC**<br>**Attn: Anand Sawh**<br>**15565 Sleepy Creek Rd.**<br>**El Cajon, CA 92021** |
| | List the contract number of any government contract | | |

| 2.904. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 04/08/2004** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MapQuest, Inc.**<br>**Attn: General Counsel**<br>**3710 Hempland Road**<br>**Mountville, PA 17554** |
| | List the contract number of any government contract | | |

| 2.905. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Arcadia CA Sport dated 08/02/2007** | **Marc Ittah**<br>**9538 Brighton Way**<br>**#314**<br>**Beverly Hills, CA 90210** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.906. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 906 Arcadia Sport dated 07/03/2007** | |
|---|---|---|---|
| | State the term remaining | **8/31/2022** | **Marc Ittah** |
| | List the contract number of any government contract | | **125 North 1st Avenue** |
| | | | **Arcadia, CA 91006-3213** |

| 2.907. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Larkspur Super Sport dated 04/01/1990** | |
|---|---|---|---|
| | State the term remaining | **199 Days** | **MARIN COUNTRY MART LLC** |
| | List the contract number of any government contract | | **2257C Larkspur Landing Circle** |
| | | | **Larkspur, CA 94939** |

| 2.908. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 508 Larkspur Super Sport dated 04/01/1990** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **MARIN COUNTRY MART LLC - V0000374872** |
| | List the contract number of any government contract | | **1001 Larkspur Landing Circle** |
| | | | **Larkspur, CA 94939-1705** |

| 2.909. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 413 Downtown Portland Sport dated 06/01/2000** | |
|---|---|---|---|
| | State the term remaining | **8/31/2030** | **Mark Group No. 6, dba Fifth Ave. Bldg** |
| | List the contract number of any government contract | | **1407 SW Fourth Avenue** |
| | | | **Portland, OR 97201-5507** |

| 2.910. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 09/23/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriot Marina del Ray** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **4100 Admiralty Way** |
| | | | **Marina del Rey, CA 90292** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.911. | State what the contract or lease is for and the nature of the debtor's interest | **2010 Rate and Service Agreement dated 01/05/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Courtyard Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |

| 2.912. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 09/15/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Courtyard San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.913. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement Re: Room Commitment and Rates dated 11/19/2013** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Courtyard San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.914. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement Re Room Commitment/Rates dated 06/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Courtyard San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.915. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 06/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Courtyard San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.916. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement Re: Room Commitment/Rates dated 06/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Courtyard San Ramon Attn: General Counsel 18090 San Ramon Valley Boulevard San Ramon, CA 94583** |
| | List the contract number of any | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.917. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 01/24/2014** | |
| | State the term remaining | **Undetermined** | **Marriott Denver South at Park Meadows** **Attn: Stephanie Marcus** **10345 Park Meadows Drive** **Littleton, CO 80124** |
| | List the contract number of any government contract | | |

| 2.918. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Marriott Denver South at Park Meadows** **Attn: Stephanie Marcus** **10345 Park Meadows Drive** **Littleton, CO 80124** |
| | List the contract number of any government contract | | |

| 2.919. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 01/27/2014** | |
| | State the term remaining | **Undetermined** | **Marriott Denver South at Park Meadows** **Attn: Stephaie Marcus** **10345 Park Meadows Drive** **Littleton, CO 80124** |
| | List the contract number of any government contract | | |

| 2.920. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/09/2014** | |
| | State the term remaining | **Potentially Expired** | **Marriott Marquis San Diego Marina** **Attn: General Counsel** **333 West Harbor Drive** **San Diego, CA 92101** |
| | List the contract number of any government contract | | |

| 2.921. | State what the contract or lease is for and the nature of the debtor's interest | **2011 Preferred Account Information and Rate Agreement dated 04/05/2011** | |
| | State the term remaining | **Potentially Expired** | **Marriott Phoenix Mesa** **Attn: General Counsel** **200 N. Centennial Way** **Mesa, AZ 85201** |
| | List the contract number of any government contract | | |

| 2.922. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract dated 10/05/2017** | **Marriott Pleasanton** **Attn: General Counsel** **11950 Dublin Canyon Road** **Pleasanton, CA 94588** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Undetermined** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.923. | State what the contract or lease is for and the nature of the debtor's interest | **Marriott Pleasanton Agreement dated 11/07/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Pleasanton Attn: General Counsel 11950 Dublin Canyon Road Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.924. | State what the contract or lease is for and the nature of the debtor's interest | **Local Volume Rate Agreement dated 01/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Pleasanton Attn: General Counsel 11950 Dublin Canyon Road Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.925. | State what the contract or lease is for and the nature of the debtor's interest | **Meeting Dates and Guest Room Block dated 03/31/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott Pleasanton Attn: General Counsel 11950 Dublin Canyon Rd Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.926. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/30/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Marriott San Ramon Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.927. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Moraga Super Sport dated 09/15/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Masue Trust c/o Kin Properties Inc 185 NW Spanish River Blvd., Suite 100 Boca Raton, FL 33431** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**                                           Case number *(if known)*    **20-11561**
               First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.928. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 812 Moraga Rheem Super Sport dated 07/18/2008** | |
|---|---|---|---|
| | State the term remaining | **5/31/2022** | **Masue Trust c/o Kin Properties, Inc.** |
| | List the contract number of any government contract | | **351 Rheem Blvd Moraga, CA 94556-1541** |

| 2.929. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Letter and Release  dated 10/25/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MCI Communications Services Attn: General Counsel** |
| | List the contract number of any government contract | | **500 Technology Drive Weldon Spring, MO 63304** |

| 2.930. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Letter dated 08/07/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **MCI Communications Services Attn: General Counsel** |
| | List the contract number of any government contract | | **500 Technology Drive Weldon Spring, MO 63304** |

| 2.931. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Letter dated 10/11/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **MCI Communications Services Attn: General Counsel** |
| | List the contract number of any government contract | | **500 Technology Drive Weldon Spring, MO 63304** |

| 2.932. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement  dated 08/17/2006** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **MCI Network Services Attn: General Counsel** |
| | List the contract number of any government contract | | **22001 Loudoun County Parkway Ashburn, VA 20147** |

| 2.933. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for McKinney Super Sport dated 05/08/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **McKinney SH I LTD Attn: R. Eric Seitz** |
| | List the contract number of any | | **1110 Cowan Celina, TX 75009** |

Debtor 1   **24 Hour Fitness USA, Inc.**                          Case number *(if known)*   **20-11561**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.934. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 388 McKinney Super Sport dated 12/08/2018** | |
| | State the term remaining | **5/31/2034** | **McKinney SH I LTD 1601 N. Hardin Blvd. McKinney, TX 75071** |
| | List the contract number of any government contract | | |
| 2.935. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Tanasbourne Super Sport dated 04/16/2010** | |
| | State the term remaining | **Undetermined** | **MDC Coast 21 LLC c/o Realty Income Properties 11995 El Camino Real San Francisco, CA 92130** |
| | List the contract number of any government contract | | |
| 2.936. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 849 Tanasbourne Super Sport dated 04/16/2010** | |
| | State the term remaining | **8/15/2025** | **MDC Coast 21 LLC 1265 Waterhouse Avenue Beaverton, OR 97006** |
| | List the contract number of any government contract | | |
| 2.937. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Downtown Portland Sport dated 04/15/2000** | **Melvin Mark Brokerage Company Mark Group Partnership No. 6 111 SW Columbia Suite 1380 Portland, OR 97201** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.938. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for West Seattle Active dated 12/31/1993** | |
| | State the term remaining | **Undetermined** | **MEPT Westwood Village LLC c/o McNaul Ebel Nawrot & Helgren PLLC Attn: Marc O. Winters 600 University Street Seattle, WA 98101** |
| | List the contract number of any government contract | | |
| 2.939. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 407 West Seattle Active dated 11/01/1998** | **MEPT Westwood Village, LLC 2500 SW Barton Street, Suite B-7 Suite B-7 Seattle, WA 98126-3949** |

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
First Name              Middle Name              Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **1/31/2024** | |
| List the contract number of any government contract | |

| 2.940. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Juan Capistrano Super Sport dated 12/28/2018** | |
| | State the term remaining | **Undetermined** | **Mercury TIC, LLC** |
| | List the contract number of any government contract | | **1187 Coast Village Rd.** **Ste 1, #561** **Santa Barbara, CA 93108** |

| 2.941. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 898 San Juan Capistrano SS Relo dated 01/05/2019** | |
| | State the term remaining | **12/31/2033** | **Mercury TIC, LLC** |
| | List the contract number of any government contract | | **27124 Calle Arroyo** **San Juan Capistrano, CA 92675** |

| 2.942. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Costa Mesa Active dated 01/01/1996** | |
| | State the term remaining | **929 Days** | **Mesa Verde Associates** **Property Management** |
| | List the contract number of any government contract | | **3315 Fairview Road** **Costa Mesa, CA 92626** |

| 2.943. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Clemente Super Sport dated 05/05/2014** | |
| | State the term remaining | **Undetermined** | **Metro ALP, LLC** **227 20th Street** |
| | List the contract number of any government contract | | **Suite 100** **Newport Beach, CA 92663** |

| 2.944. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 845 San Clemente La Pata  SS dated 04/26/2014** | |
| | State the term remaining | **12/31/2034** | **Metro ALP, LLC** |
| | List the contract number of any government contract | | **110  Avenida La Pata** **San Clemente, CA 92673-6307** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.945. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Irving (Metroplex Plaza) Sport dated 02/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Metroplex Plaza LP c/o CNA Enterprises, Inc. Attn: Asset Management 1901 Avenue of the Stars Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.946. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement POTS Services dated 08/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Metropolitan Telecommunications Corp Attn: General Counsel 55 Water Street, 32nd Floor New York, NY 10041** |
| | List the contract number of any government contract | | |

| 2.947. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Meyerland Plaza Sport dated 05/24/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Meyerland Retail Associates, LLC 4500 Bissonnet Suite 300 Bellaire, TX 77401** |
| | List the contract number of any government contract | | |

| 2.948. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 366 Meyerland Sport dated 09/01/2001** | |
|---|---|---|---|
| | State the term remaining | 5/31/2021 | **Meyerland Retail Associates, LLC 8650 Endicott Lane Houston, TX 77096-1501** |
| | List the contract number of any government contract | | |

| 2.949. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Laguna Hills (relo) (Pipeline) dated Based on LL/Permit Delivery** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MGP Fund X Laguna Hills, LLC Lease Administration Five Lagunas, Unit #635-110 425 California St 10th Floor San Francisco, CA 94104-2113** |
| | List the contract number of any government contract | | |

| 2.950. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 938 Laguna Hills Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MGP Fund X Laguna Hills, LLC TBD Laguna Hills, CA 92653** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.951. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Hollywood (Pipeline) dated Based on LL/Permit Delivery Undetermined** | |
|---|---|---|---|
| | State the term remaining | | **MGP XI-GPI Laurel Plaza, LLC c/o Merlone Geier Partners 6180 Laurel Canyon Blvd Ste 170 North Hollywood, CA 91606** |
| | List the contract number of any government contract | | |

| 2.952. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 939 Laurel Canyon Super Sport** | |
|---|---|---|---|
| | State the term remaining | **6/30/2035** | |
| | List the contract number of any government contract | | **MGP XI-GPI Laurel Plaza, LLC 6140 Laurel Canyon Blvd, Ste 170 North Hollywood, CA 91606** |

| 2.953. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER AGREEMENT dated 03/16/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MI9 Business Intelligence Systems, Inc. Attn: General Counsel 301-245 Yorkland Boulevard Toronto ON M2J 4W9 Canada** |
| | List the contract number of any government contract | | |

| 2.954. | State what the contract or lease is for and the nature of the debtor's interest | **Core Services Agreement dated 06/23/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Attn: Services Attorney Microsoft Law and Corporate Affairs One Microsoft Way Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| 2.955. | State what the contract or lease is for and the nature of the debtor's interest | **Server and Cloud Enrollment - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Attn: General Counsel Microsoft Law and Corporate Affairs One Microsoft Way Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| 2.956. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Product Use Rights dated 07/01/2009** | **Microsoft Courtney Krehbel, Managing Consultant 9255 Towne Centre Drive Suite 400 San Diego, CA 92121** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Potentially Expired** | |
| List the contract number of any government contract _____ | |

| 2.957. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Online Services Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft**<br>**Courtney Krehblel, Managing Consultant**<br>**9255 Towne Centre Drive**<br>**Suite 400**<br>**San Diego, CA 92121** |
| | List the contract number of any government contract | _____ | |

| 2.958. | State what the contract or lease is for and the nature of the debtor's interest | **Volume Licensing Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft**<br>**Courtney Krehblel, Managing Consultant**<br>**9255 Towne Centre Drive**<br>**Suite 400**<br>**San Diego, CA 92121** |
| | List the contract number of any government contract | _____ | |

| 2.959. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Reference Agreement dated 05/29/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Corporation**<br>**Attn: General Counsel**<br>**Dept. 551, Volume Licensing**<br>**6100 Neil Road, Suite 210**<br>**Reno, NV 89511-1137** |
| | List the contract number of any government contract | _____ | |

| 2.960. | State what the contract or lease is for and the nature of the debtor's interest | **Server and Cloud Enrollment dated 06/01/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Corporation**<br>**Attn: General Counsel**<br>**Dept. 551, Volume Licensing**<br>**6100 Neil Road, Suite 210**<br>**Reno, NV 89511-1137** |
| | List the contract number of any government contract | _____ | |

| 2.961. | State what the contract or lease is for and the nature of the debtor's interest | **Services Work Order dated 12/28/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Microsoft Corporation**<br>**Attn: General Counsel**<br>**Dept. 551, Volume Licensing**<br>**6100 Neil Road, Suite 210**<br>**Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.962. | State what the contract or lease is for and the nature of the debtor's interest | **Program Signature Form - Software Agreement dated 01/01/2018** | |
| | State the term remaining | **199 Days** | **Microsoft Corporation**<br>**Attn: General Counsel**<br>**Dept. 551, Volume Licensing**<br>**6100 Neil Road, Suite 210**<br>**Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.963. | State what the contract or lease is for and the nature of the debtor's interest | **Services Work Order dated 12/28/2018** | |
| | State the term remaining | **Potentially Expired** | **Microsoft Corporation**<br>**Attn: General Counsel**<br>**Dept. 551, Volume Licensing**<br>**6100 Neil Road, Suite 210**<br>**Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.964. | State what the contract or lease is for and the nature of the debtor's interest | **Select Enrollment Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Microsoft Corporation**<br>**Attn: General Counsel**<br>**Dept. 551, Volume Licensing**<br>**6100 Neil Road, Suite 210**<br>**Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.965. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Select Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Microsoft Corporation**<br>**Volume Licensing Group**<br>**Attn: Law and Corporate Affairs**<br>**One Microsoft Way**<br>**Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.966. | State what the contract or lease is for and the nature of the debtor's interest | **Business and Services Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Microsoft Corporation**<br>**Volume Licensing Group**<br>**Attn: Law and Corporate Affairs**<br>**One Microsoft Way**<br>**Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.967. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **Microsoft Corporation**<br>**Volume Licensing Group**<br>**Attn: Law and Corporate Affairs**<br>**One Microsoft Way**<br>**Redmond, WA 98052** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

---

| 2.968. | State what the contract or lease is for and the nature of the debtor's interest | **Business and Services Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Corporation** **Attn: General Counsel** **One Microsoft Way** **Redmond, WA 98052** |
| | List the contract number of any government contract | | |

---

| 2.969. | State what the contract or lease is for and the nature of the debtor's interest | **Business and Services Agreement  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Corporation** **Attn: General Counsel** **One Microsoft Way** **Redmond, WA 98052** |
| | List the contract number of any government contract | | |

---

| 2.970. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Services Agreement  dated 08/25/2009** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Microsoft Corporation** **Attn: General Counsel** **One Micrsoft Way** **Redmond, WA 98052** |
| | List the contract number of any government contract | | |

---

| 2.971. | State what the contract or lease is for and the nature of the debtor's interest | **Volume Licensing Agreement dated 05/05/2005** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Microsoft Licensing, GP** **Attn: General Counsel** **Dept. 551, Volume Licensing** **6100 Neil Road, Suite 210** **Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

---

| 2.972. | State what the contract or lease is for and the nature of the debtor's interest | **Enrollment Agreement Letter dated 06/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Microsoft Licensing, GP** **Attn: General Counsel** **Dept. 551, Volume Licensing** **6100 Neil Road, Suite 210** **Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

---

| 2.973. | State what the contract or lease is for and the nature of the debtor's interest | **Volume Licensing Agreement - Not Dated** | **Microsoft Licensing, GP** **Attn: General Counsel** **Dept. 551, Volume Licensing** **6100 Neil Road, Suite 210** **Reno, NV 89511-1137** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Undetermined**

List the contract number of any government contract

---

2.974.   State what the contract or lease is for and the nature of the debtor's interest   **Volume Licensing Agreement - Not Dated**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Microsoft Licensing, GP
Attn: General Counsel
Dept. 551, Volume Licensing
6100 Neil Road, Suite 210
Reno, NV 89511-1137**

---

2.975.   State what the contract or lease is for and the nature of the debtor's interest   **Enterprise Agreement dated 01/01/2015**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Microsoft/PCM Sarcom
Attn: General Counsel
6100 Neil Road
Suite 210
Reno, NV 89511**

---

2.976.   State what the contract or lease is for and the nature of the debtor's interest   **Price Quotation and Purchase Agreement dated 02/08/2009**

State the term remaining   **Undetermined**

List the contract number of any government contract

**MicroStrategy
Attn: General Counsel
1850 Towers Crescent Plaza
Tysons Corner, VA 22182**

---

2.977.   State what the contract or lease is for and the nature of the debtor's interest   **Price Quotation and Purchase Agreement dated 06/05/2009**

State the term remaining   **Potentially Expired**

List the contract number of any government contract

**MicroStrategy
Attn: General Counsel
1850 Towers Crescent Plaza
Tysons Corner, VA 22182**

---

2.978.   State what the contract or lease is for and the nature of the debtor's interest   **Price Quotation and Purchase Agreement dated 12/19/2009**

State the term remaining   **Undetermined**

List the contract number of any government contract

**MicroStrategy
Attn: General Counsel
1850 Towers Crescent Plaza
Tysons Corner, VA 22182**

---

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name         Middle Name              Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.979. | State what the contract or lease is for and the nature of the debtor's interest | **Price Quotation and Purchase Agreement dated 09/30/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **MicroStrategy**<br>**Attn: General Counsel**<br>**1850 Towers Crescent Plaza**<br>**Tysons Corner, VA 22182** |
| | List the contract number of any government contract | | |

| 2.980. | State what the contract or lease is for and the nature of the debtor's interest | **Price Quotation and Purchase Agreement dated 03/22/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MicroStrategy**<br>**Attn: General Counsel**<br>**1850 Towers Crescent Plaza**<br>**Tysons Corner, VA 22182** |
| | List the contract number of any government contract | | |

| 2.981. | State what the contract or lease is for and the nature of the debtor's interest | **Price Quotation and Purchase Agreement No. 132141 - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MicroStrategy**<br>**Attn: General Counsel**<br>**1850 Towers Crescent Plaza**<br>**Tysons Corner, VA 22182** |
| | List the contract number of any government contract | | |

| 2.982. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 09/07/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MicroStrategy Services Corp.**<br>**Attn: VP, Commercial Licensing**<br>**1861 International Drive**<br>**McLean, VA 22102** |
| | List the contract number of any government contract | | |

| 2.983. | State what the contract or lease is for and the nature of the debtor's interest | **Price Quotation and Purchase Agreement No. 124030 dated 09/07/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MicroStrategy Services Corporation**<br>**Attn: Kim Burkett**<br>**PO Box 409671**<br>**Atlanta, GA 30384-9671** |
| | List the contract number of any government contract | | |

| 2.984. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mililani Super Sport dated 11/01/2011** | |
|---|---|---|---|
| | State the term remaining | **503 Days** | **Mililani Shopping Center, LLC**<br>**Attn: Director of Operations**<br>**c/o MIG Real Estate**<br>**860 Newport Center Drive Suite 1300**<br>**Newport Beach, CA 92660** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____    Case number (*if known*)    **20-11561**
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.985. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 548 Mililani Super Sport dated 03/01/1997** | |
|---|---|---|---|
| | State the term remaining | 10/31/2021 | **Mililani Shopping Center, LLC (548)** |
| | List the contract number of any government contract | | **95-221 Kipapa Drive** **Mililani, HI 96789-1147** |

| 2.986. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Simi Valley Sport dated 04/26/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Miracle Mile Properties** **Attn: Lionel Levy** **4221 Wilshire Blvd.** |
| | List the contract number of any government contract | | **Suite 480** **Los Angeles, CA 90010** |

| 2.987. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 176 Simi Valley Sport dated 05/01/2000** | |
|---|---|---|---|
| | State the term remaining | 4/30/2025 | **Miracle Mile Properties** |
| | List the contract number of any government contract | | **1352 Madera Road** **Simi Valley, CA 93065-4019** |

| 2.988. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Miramar Sport dated 08/28/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MIRAMAR EQUITY I LLC** **Attn: Rigoberto Ruiz, Property Manager** |
| | List the contract number of any government contract | | **696 NE 125th Street** **North Miami, FL 33161** |

| 2.989. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 629 Miramar Sport dated 09/26/2008** | |
|---|---|---|---|
| | State the term remaining | 12/27/2023 | **MIRAMAR EQUITY I LLC** |
| | List the contract number of any government contract | | **11645 Red Road, Space H-1** **Miramar, FL 33025-7810** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.990. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Diego Mission Valley (relo) (Pipeline) dated Based on LL/Permit Delivery Undetermined** | |
| | State the term remaining | | **Mission Valley Shoppingtown LLC Attn: Lease Administration c/o Westfield LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.991. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mission Valley Super Sport dated 12/01/2020** | |
| | State the term remaining | **Undetermined** | **Mission Valley Shoppingtown LLC Attn: Lease Administration c/o Westfield LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.992. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mission Valley Active dated 09/19/2005** | |
| | State the term remaining | **Undetermined** | **Mission Valley Shoppingtown, LLC c/o Westfield Corporation, Inc 11601 Wilshire Boulevard, 12th Floor Los Angeles, CA 90025-1748** |
| | List the contract number of any government contract | | |

| 2.993. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 067 Mission Valley Active dated 07/24/2005** | |
| | State the term remaining | **9/18/2025** | **Mission Valley Shoppingtown, LLC 1640 Camino Del Rio N., Suite #315 #315 San Diego, CA 92108-1506** |
| | List the contract number of any government contract | | |

| 2.994. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Petaluma Active dated 06/06/1998** | |
| | State the term remaining | **Undetermined** | **MKD Great Petaluma Mill LLC 1001 Canal Blvd., Suite A1 Richmond, CA 94804** |
| | List the contract number of any government contract | | |

| 2.995. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 577 Petaluma Active dated 03/01/1999** | |
| | State the term remaining | **6/30/2022** | **MKD Great Petaluma Mill LLC 6 Petaluma Blvd. North Petaluma, CA 94952-3050** |

Debtor 1 **24 Hour Fitness USA, Inc.**                                    Case number *(if known)* **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.996. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mountlake Terrace (relo) (Pipeline) dated Based on LL/Permit Delivery** | |
| | State the term remaining | **Undetermined** | **MLT Station LLC**<br>**Jonathan Tran**<br>**1618 S. Lane Street**<br>**Suite 203**<br>**Seattle, WA 98144** |
| | List the contract number of any government contract | | |
| 2.997. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 971 Mountlake Terrace Super Sport** | |
| | State the term remaining | **Undetermined** | **MLT Station LLC**<br>**6004 237th St. SW, Suite 100**<br>**Mountlake Terrace, WA 98043** |
| | List the contract number of any government contract | | |
| 2.998. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Leandro Sport dated 08/15/1999** | |
| | State the term remaining | **Undetermined** | **MM/PG (BAYFAIR) PROPERTIES LLC**<br>**Madison Marquette Retail Services, Inc.**<br>**Attn: CFO**<br>**1000 Maine Avenue, SW, STE. 300**<br>**Washington, DC 20024** |
| | List the contract number of any government contract | | |
| 2.999. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 501 San Leandro Sport dated 06/01/1983** | |
| | State the term remaining | 12/31/2023 | **MM/PG (BAYFAIR) PROPERTIES LLC**<br>**304 Bayfair Mall**<br>**San Leandro, CA 94578-1900** |
| | List the contract number of any government contract | | |
| 2.1000. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 08/22/2011** | |
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services**<br>**Attn: Tamas T. Mekeres**<br>**5930 Running Hills Avenue**<br>**Livermore, CA 94551** |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**                                  Case number (*if known*)  **20-11561**

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1001. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 08/15/2011** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services** |
| | List the contract number of any government contract | | **Attn: Tamas T. Mekeres 5930 Running Hill Avenue Livermore, CA 94551** |

| 2.1002. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement  dated 08/22/2011** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services** |
| | List the contract number of any government contract | | **Attn: Tamas T. Mekeres 5930 Running Hill Avenue Livermore, CA 94551** |

| 2.1003. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services** |
| | List the contract number of any government contract | | **Attn: Tamas T. Mekeres 5930 Running Hills Avenue Livermore, CA 94551** |

| 2.1004. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services** |
| | List the contract number of any government contract | | **Attn: Tamas T. Mekeres 5930 Running Hills Avenue Livermore, CA 94551** |

| 2.1005. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services** |
| | List the contract number of any government contract | | **Attn: Tamas T. Mekeres 5930 Running Hills Avenue Livermore, CA 94551** |

| 2.1006. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Mobile Repair Services** |
| | List the contract number of any | | **Attn: Tamas T. Mekeres 5930 Running Hill Avenue Livermore, CA 94551** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.1007. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mockingbird (Dallas) Active dated 10/01/1991** | |
|---|---|---|---|
| | State the term remaining | **1,811 Days** | **Mockingbird Park, Ltd 4455 LBJ Freeway Suite 812 Dallas, TX 75244** |
| | List the contract number of any government contract | | |

| 2.1008. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement dated 05/12/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Modis, Inc. Attn: General Counsel 9350 Waxie Way Street Suite 220 San Diego, CA 92123** |
| | List the contract number of any government contract | | |

| 2.1009. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement with Modis dated 12/05/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.1010. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 02/17/2015** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.1011. | State what the contract or lease is for and the nature of the debtor's interest | **Modis Letter of Agreement dated 03/11/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
| | List the contract number of any government contract | | |

| 2.1012. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 10/10/2016** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
|---|---|---|---|

| Debtor 1 | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | First Name | Middle Name         Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining                **Potentially Expired** | |
| List the contract number of any government contract _____ | |

| 2.1013. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement dated 11/01/2016** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | _____ | |

| 2.1014. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 05/12/2017** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | _____ | |

| 2.1015. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 11/10/2017** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | _____ | |

| 2.1016. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 11/10/2017** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | _____ | |

| 2.1017. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement dated 05/15/2018** | **Modis, Inc. Attn: General Counsel 4747 Executive Drive Suite 240 San Diego, CA 92121** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | _____ | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1018.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement dated 05/15/2018**<br><br>State the term remaining — **Potentially Expired**<br><br>List the contract number of any government contract | **Modis, Inc.**<br>**Attn: General Counsel**<br>**4747 Executive Drive**<br>**Suite 240**<br>**San Diego, CA 92121** |
| **2.1019.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement dated 10/24/2018**<br><br>State the term remaining — **Potentially Expired**<br><br>List the contract number of any government contract | **Modis, Inc.**<br>**Attn: General Counsel**<br>**4747 Executive Drive**<br>**Suite 240**<br>**San Diego, CA 92121** |
| **2.1020.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement dated 10/24/2018**<br><br>State the term remaining — **Potentially Expired**<br><br>List the contract number of any government contract | **Modis, Inc.**<br>**Attn: General Counsel**<br>**4747 Executive Drive**<br>**Suite 240**<br>**San Diego, CA 92121** |
| **2.1021.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Navajo Super Sport dated 11/03/2018**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **MONTEREY PROPERTY ASSOCIATES ANAHEIM LLC**<br>**c/o Athena Property Management**<br>**730 El Camino Way, Ste 200**<br>**Tustin, CA 92780** |
| **2.1022.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 780 San Diego Navajo Relo dated 11/03/2018**<br><br>State the term remaining — **11/30/2033**<br><br>List the contract number of any government contract | **Monterey Property Associates Anaheim, LL**<br>**8876 Navajo Road**<br>**San Diego, CA 92119** |
| **2.1023.** State what the contract or lease is for and the nature of the debtor's interest — **Maintenance Agreement dated 02/14/1994**<br><br>State the term remaining — **Potentially Expired**<br><br>List the contract number of any | **Montgomery Elevator Company**<br>**Attn: General Counsel**<br>**18001 Sky Park South**<br>**Suite E**<br>**Irvine, CA 92714** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1024. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Redlands Super Sport dated 03/28/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Mountain Grove Partners, LLC c/o Majestic Realty Co. Attn: Chief Financial Officer 13191 Crossroads Parkway N 6th Fl City of Industry, CA 91746** |
| | List the contract number of any government contract | | |

| 2.1025. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 926 Redlands Super Sport dated 03/28/2015** | |
|---|---|---|---|
| | State the term remaining | **12/31/2030** | **Mountain Grove Partners, LLC 27621 San Bernardino Avenue Redlands, CA 92374** |
| | List the contract number of any government contract | | |

| 2.1026. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Berkeley Solano Avenue FitLite dated 06/01/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MRE Commercial Real Estate Attn: Richard Odenheimer / Andy Rohner 6001 Shellmound Street, #825 Emeryville, CA 94608** |
| | List the contract number of any government contract | | |

| 2.1027. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Miami Cutler Ridge Sport dated 12/07/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MS Shopping Center LLC 845 NE 79 St Miami, FL 33138** |
| | List the contract number of any government contract | | |

| 2.1028. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Business Agreement dated 05/21/2003** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **MSLI, GP Attn: General Counsel Dept. 551, Volume Liscensing 6100 Neil Road, Suite 210 Reno, NV 89511-1137** |
| | List the contract number of any government contract | | |

| 2.1029. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Select Agreement dated 05/21/2013** | **MSLI, GP Attn: General Counsel 6100 Neil Road Suite 210 Reno, NV 89511-5137** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

　　State the term remaining　　**Undetermined**

　　List the contract number of any
　　　　government contract

---

2.1030.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Enrollment Agreement dated 03/03/2000**

　　State the term remaining　　**Potentially Expired**

　　List the contract number of any
　　　　government contract

**MSLI, GP
Attn: General Counsel
6100 Neil Road
Suite 210
Reno, NV 89511-1137**

---

2.1031.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Select Master Agreement dated 03/03/2000**

　　State the term remaining　　**Potentially Expired**

　　List the contract number of any
　　　　government contract

**MSLI, LLC
Attn: General Counsel
Dept. 551, Volume Licensing
6100 Neil Road, Suite 210
Reno, NV 89511-1137**

---

2.1032.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Lease Agreement for Murphy Super Sport dated 12/19/2008**

　　State the term remaining　　**Undetermined**

　　List the contract number of any
　　　　government contract

**Murphy Marketplace Station LLC
Attn: Robert F Myers, COO
11501 Northlake Drive
Cincinnati, OH 45249**

---

2.1033.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Lessee for location at 656 Murphy Super Sport dated 12/19/2008**

　　State the term remaining　　**12/31/2023**

　　List the contract number of any
　　　　government contract

**Murphy Marketplace Station LLC
229 East FM 544
Murphy, TX 75094-4023**

---

2.1034.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Lease Agreement for Murray Scholls Sport dated 10/02/2000**

　　State the term remaining　　**1,964 Days**

　　List the contract number of any
　　　　government contract

**Murray Scholls LLC
c/o Gramor Development Inc
19767 SW 72nd Avenue
Suite 100
Tualatin, OR 97062**

---

Debtor 1  **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*  **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1035.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 415 Murray Scholls Sport dated 12/01/1999**

State the term remaining　**10/31/2025**

List the contract number of any government contract

**Murray Schools, LLC
11100 SW Murray Scholls Pl.
Beaverton, OR 97007-9703**

---

**2.1036.** State what the contract or lease is for and the nature of the debtor's interest

**Supply Agreement dated 11/28/2017**

State the term remaining　**Potentially Expired**

List the contract number of any government contract

**Muscle Foods USA
Attn: General Counsel
100 Keystone Industrial Park Road
Unit 1B
Dunmore, PA 18512**

---

**2.1037.** State what the contract or lease is for and the nature of the debtor's interest

**Promotion Agreement dated 02/16/2015**

State the term remaining　**Potentially Expired**

List the contract number of any government contract

**MusclePharm Corporation
Attn: General Counsel
4721 Ironton Street
Building A
Denver, CO 80239**

---

**2.1038.** State what the contract or lease is for and the nature of the debtor's interest

**Promotion Agreement dated 09/01/2013**

State the term remaining　**Undetermined**

List the contract number of any government contract

**MusclePharm Corporation
Attn: Jeremy DeLuca
4721 Ironton Street
Building A
Denver, CO 80239**

---

**2.1039.** State what the contract or lease is for and the nature of the debtor's interest

**Order Form 050296 dated 06/19/2015**

State the term remaining　**Potentially Expired**

List the contract number of any government contract

**Navex Global, Inc.
Attn: General Counsel
6000 Meadows Road
Suite 200
Lake Oswego, OR 97035**

---

**2.1040.** State what the contract or lease is for and the nature of the debtor's interest

**Master Services Agreement dated 12/29/2012**

State the term remaining　**Undetermined**

List the contract number of any

**Navex Global, Inc.
Attn: General Counsel
6000 Meadows Road
Suite 200
Lake Oswego, OR 97035**

---

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.1041. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order - Service Agreement dated 12/22/2014** | **NAVEX Global, Inc. Attn: General Counsel 5500 Meadows Road Suite 500 Lake Oswego, OR 97035** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.1042. | State what the contract or lease is for and the nature of the debtor's interest | **Navex Global Order Form NetClaim Subscription dated 08/14/2017** | **Navex Global, Inc. Attn: General Counsel 5500 Meadows Road Suite 500 Lake Oswego, OR 97035** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |
| 2.1043. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement for Risk Services dated 09/06/2017** | **Navex Global, Inc. Attn: General Counsel 5500 Meadows Road Suite 500 Lake Oswego, OR 97035** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |
| 2.1044. | State what the contract or lease is for and the nature of the debtor's interest | **Navex Global Sales Order  dated 08/14/2018** | **Navex Global, Inc. Attn: General Counsel 5500 Meadows Road Suite 500 Lake Oswego, OR 97035** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |
| 2.1045. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form 345069 dated 12/29/2018** | **Navex Global, Inc. Attn: General Counsel 5500 Meadows Road Suite 500 Lake Oswego, OR 97035** |
| | State the term remaining | **196 Days** | |
| | List the contract number of any government contract | | |
| 2.1046. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form 099371 dated 06/28/2019** | **Navex Global, Inc. Attn: General Counsel 5500 Meadows Road Suite 500 Lake Oswego, OR 97035** |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |   |
|---|---|---|
| State the term remaining | **Undetermined** |   |
| List the contract number of any government contract |   |   |

| 2.1047. | State what the contract or lease is for and the nature of the debtor's interest | **Navex Global Sales Order  dated 08/14/2019** | |
| | State the term remaining | **59 Days** | **Navex Global, Inc.**<br>**Attn: General Counsel**<br>**5500 Meadows Road**<br>**Suite 500**<br>**Lake Oswego, OR 97035** |
| | List the contract number of any government contract | | |

| 2.1048. | State what the contract or lease is for and the nature of the debtor's interest | **Navex Global Sales Order  dated 08/14/2019** | |
| | State the term remaining | **59 Days** | **Navex Global, Inc.**<br>**Attn: General Counsel**<br>**5500 Meadows Road**<br>**Suite 500**<br>**Lake Oswego, OR 97035** |
| | List the contract number of any government contract | | |

| 2.1049. | State what the contract or lease is for and the nature of the debtor's interest | **ORDER FORM 099371  - Not Dated** | |
| | State the term remaining | **Undetermined** | **Navex Global, Inc.**<br>**Attn: General Counsel**<br>**5500 Meadows Road**<br>**Suite 500**<br>**Lake Oswego, OR 97035** |
| | List the contract number of any government contract | | |

| 2.1050. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with Navex Global, Inc. dated 06/01/2015** | |
| | State the term remaining | **Potentially Expired** | **Navex Global, Inc.**<br>**Attn: General Counsel**<br>**5500 Meadows Road**<br>**Suite 500**<br>**Lake Oswego, OR 97035** |
| | List the contract number of any government contract | | |

| 2.1051. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Folsom Super Sport dated 11/30/2007** | |
| | State the term remaining | **Undetermined** | **NAZARETH RETAIL HOLDINGS LLC**<br>**Attn: Michael Ohayon**<br>**800 South B Street Suite 100**<br>**San Mateo, CA 94401** |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1052. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 809 Folsom Super Sport dated 11/30/2007** | |
|---|---|---|---|
| | State the term remaining | **11/30/2027** | **NAZARETH RETAIL HOLDINGS LLC 1006 Riley Street Folsom, CA 95630-3266** |
| | List the contract number of any government contract | | |

| 2.1053. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rohnert Park Super Sport dated 02/15/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **NBC Partners, LLC c/o Argonaut Investments,LLC 101 Larkspur Landing Circle, Suite 120 Larkspur, CA 94939** |
| | List the contract number of any government contract | | |

| 2.1054. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 815 Rohnert Park Super Sport dated 02/11/2012** | |
|---|---|---|---|
| | State the term remaining | **12/31/2027** | **NBC Partners, LLC 6345 Commerce Blvd Rohnert Park, CA 94928-2403** |
| | List the contract number of any government contract | | |

| 2.1055. | State what the contract or lease is for and the nature of the debtor's interest | **Relocation Services Agreement dated 08/07/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **NEI Global Relocation Company Attn: Randy Wilson 8701 West Dodge Road Omaha, NE 68114** |
| | List the contract number of any government contract | | |

| 2.1056. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 202 Austin Sport dated 06/01/1991** | |
|---|---|---|---|
| | State the term remaining | **6/30/2022** | **Nelda Wells Spears, Tax Collector 10616 Research Blvd. Austin, TX 78759-5709** |
| | List the contract number of any government contract | | |

| 2.1057. | State what the contract or lease is for and the nature of the debtor's interest | **End User License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **NetApp Attn: General Counsel 1395 Crossman Avenue Sunnyvale, CA 94089** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.1058. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Broadmoor Sport dated 07/12/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **New Haven WG LLC** **Broadmoor Towne Center LLC** **1125 South 103rd Street** **Suite 450** **Omaha, NE 68124** |
| | List the contract number of any government contract | | |

---

| 2.1059. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 346 Broadmoor Sport dated 07/01/2000** | |
|---|---|---|---|
| | State the term remaining | **3/31/2025** | **New Haven WG LLC** **1892 Southgate Road** **Colorado Springs, CO 80906-2686** |
| | List the contract number of any government contract | | |

---

| 2.1060. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 058 Puente Hills Sport dated 03/01/2003** | |
|---|---|---|---|
| | State the term remaining | **1/31/2024** | **Newage PHM, LLC** **1600 S Azusa Avenue** **300** **City of Industry, CA 91748-1674** |
| | List the contract number of any government contract | | |

---

| 2.1061. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Buena Park Sport dated 05/15/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **NEWKOA LLC** **Attn: Eric Choi** **8308 On the Mall,** **3rd Floor, Suite 100** **Buena, CA 90620** |
| | List the contract number of any government contract | | |

---

| 2.1062. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 855 Buena Park Sport dated 06/30/2007** | |
|---|---|---|---|
| | State the term remaining | **5/31/2022** | **NEWKOA LLC** **8430 On the Mall** **Unit No. 250** **Buena Park, CA 90620-3218** |
| | List the contract number of any government contract | | |

---

| 2.1063. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Newark NewPark Mall Super Sport dated 06/09/2017** | **NewPark Mall, LP** **c/o Brookfield Properties (R), LLC** **200 Vesey Street, 25th Floor** **New York, NY 10281** |
|---|---|---|---|

---

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining · **Undetermined** | |
| List the contract number of any government contract | |

| 2.1064. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 875 Newark Newpark Mall SS dated 06/10/2017** | |
|---|---|---|---|
| | State the term remaining | **6/30/2032** | **NewPark Mall, LP** |
| | List the contract number of any government contract | | **6000 Newpark Mall Newark, CA 94560-5205** |

| 2.1065. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 647 Aliana Super Sport** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **NewQuest** |
| | List the contract number of any government contract | | **The Grand at Aliana Richmond, TX** |

| 2.1066. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement dated 12/01/2013** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **NFC Amenity Management Attn: General Counsel** |
| | List the contract number of any government contract | | **501 Grand Avenue, L2 Asbury Park, NJ 07712** |

| 2.1067. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement  dated 12/01/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **NFC Amenity Management Attn: Robert Cancel** |
| | List the contract number of any government contract | | **501 Grand Avenue, L2 Asbury Park, NJ 07719** |

| 2.1068. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 872 Imperial Marketplace Sport dated 12/18/2009** | |
|---|---|---|---|
| | State the term remaining | **12/17/2024** | **NFF IMPERIAL LLC - V0000379526** |
| | List the contract number of any government contract | | **4345 Imperial Avenue San Diego, CA 92113-1962** |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____    Case number *(if known)*    **20-11561**
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1069.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Imperial Marketplace Sport dated 12/18/2009**

State the term remaining — **Undetermined**

List the contract number of any government contract

**NFF Imperial, LLC
c/o Pacfic Development Partners
501 Santa Monica Blvd., Suite 312
Santa Monica, CA 90401**

---

**2.1070.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Chula Vista Active dated 06/01/1990**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Nickie Investments, Inc.
c/o Parkstone Management Services
3033 Fifth Avenue, Suite 225
San Diego, CA 92103**

---

**2.1071.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 102 Chula Vista Active dated 06/01/1979**

State the term remaining — **5/31/2025**

List the contract number of any government contract

**Nickie Investments, Inc.
1660 Broadway
Chula Vista, CA 91911-4856**

---

**2.1072.** State what the contract or lease is for and the nature of the debtor's interest — **Nintex Master Subscription Agreement dated 03/13/2018**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Nintex USA, Inc.
Attn: General Counsel
10800 NE 8th Street
Suite 400
Bellevue, WA 98004**

---

**2.1073.** State what the contract or lease is for and the nature of the debtor's interest — **Nintex Master Subscription Agreement dated 12/01/2017**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Nintex USA, Inc.
Attn: General Counsel
10800 NE 8th Street
Suite 400
Bellevue, WA 98004**

---

**2.1074.** State what the contract or lease is for and the nature of the debtor's interest — **Nintex Renewal Order Form  dated 11/30/2018**

State the term remaining — **Potentially Expired**

List the contract number of any

**Nintex USA, Inc.
Attn: General Counsel
10800 NE 8th Street
Suite 400
Bellevue, WA 98004**

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1075. | State what the contract or lease is for and the nature of the debtor's interest | **Ninex USA, Inc. - Order Form dated 11/30/2019** | |
| | State the term remaining | **167 Days** | **Nintex USA, Inc.**<br>**Attn: General Counsel**<br>**10800 NE 8th Street**<br>**Suite 400**<br>**Bellevue, WA 98004** |
| | List the contract number of any government contract | | |
| 2.1076. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Hollywood Super Sport dated 07/23/2011** | |
| | State the term remaining | **Undetermined** | **NoHo Meadowridge Retail IX, LLC**<br>**c/o Athena Property Management**<br>**730 El Camino Way**<br>**Ste 200**<br>**Tustin, CA 92780** |
| | List the contract number of any government contract | | |
| 2.1077. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 889 North Hollywood Super Sport dated 07/23/2011** | |
| | State the term remaining | **7/31/2026** | **NoHo Meadowridge Retail IX, LLC**<br>**5300 Lankershim Blvd**<br>**100**<br>**North Hollywood, CA 91601-3178** |
| | List the contract number of any government contract | | |
| 2.1078. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Benjamin Holt Sport dated 08/01/1998** | |
| | State the term remaining | **Undetermined** | **Norman H. Scheiner**<br>**130 Throckmorton**<br>**Mill Valley, CA 94941** |
| | List the contract number of any government contract | | |
| 2.1079. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pasadena Active dated 01/15/1992** | |
| | State the term remaining | **715 Days** | **North Halstead Associates, LLC**<br>**c/o EverWest Real Estate Partners, LLC**<br>**Attn: General Counsel**<br>**1099 18th Street**<br>**Denver, CO 80202** |
| | List the contract number of any government contract | | |
| 2.1080. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sacramento Del Paso (Pipeline) dated Based on LL/Permit Delivery** | **NORTH NATOMAS TOWN CENTER EAST, LLC**<br>**c/o Lewis Management Corp.**<br>**Attn: Director of Property Managemern**<br>**1156 N. Mountain Avenue**<br>**Upland, CA 91785** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.1081. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Richland Hills Sport dated 08/14/2006** | **North Richland Fitness, LP c/o Titus Properties LLC 1748 W Katella Avenue Suite 206 Orange, CA 92867** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1082. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 886 Northgate Super Sport dated 12/17/2010** | **NORTHGATE MALL PARTNERSHIP - V0000411250 507 NE Northgate Way Seattle, WA 98125-6106** |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | |
| | List the contract number of any government contract | | |

| 2.1083. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 886 Northgate Super Sport dated 12/17/2010** | **NORTHGATE MALL PARTNERSHIP - V0000411250 507 NE Northgate Way Seattle, WA 98125-6106** |
|---|---|---|---|
| | State the term remaining | **12/31/2022** | |
| | List the contract number of any government contract | | |

| 2.1084. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Point Active dated 11/15/1992** | **NorthPoint Investors, Inc. c/o Wilsey Bennett Co. 235 Kansas Street, Suite 200 San Francisco, CA 94103** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1085. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 439 Issaquah Black Nugget Super Sport dated 02/19/2010** | **OB FRANK PROPERTIES LLC - V0000404540 5712 East Lake Sammamish Parkway SE 200 Issaquah, WA 98029-8914** |
|---|---|---|---|
| | State the term remaining | **2/18/2025** | |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1086.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Issaquah Black Nugget Rd SS dated 02/19/2010**

State the term remaining  **Undetermined**

List the contract number of any government contract

**OB Frank Properties, LLC**
**c/o Hansen Real Estate, LLC**
**5712 E Lake Sammamish Parkway SE #100**
**Issaquah, WA 98029**

---

**2.1087.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 284 Brick Sport (CLOSED) dated 12/20/2014**
**4/30/2023**

State the term remaining

List the contract number of any government contract

**OCEAN ICE PALACE - V0000414095**
**193 Chambers Bridge Road**
**Brick, NJ 08723-3400**

---

**2.1088.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Ocean Ranch Sport dated 05/03/2001**

State the term remaining  **2,084 Days**

List the contract number of any government contract

**Ocean Ranch II, LLC**
**c/o Shea Properties, Senior VP Asset Management**
**130 Vantis Suite 200**
**Aliso Viejo, CA 92656**

---

**2.1089.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 085 Ocean Ranch Sport dated 03/18/2002**

State the term remaining  **2/28/2026**

List the contract number of any government contract

**Ocean Ranch II, LLC**
**32451 Golden Lantern, suite 100**
**Suite 100**
**Laguna Niguel, CA 92677-5344**

---

**2.1090.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Fulton and Hurley Sport dated 02/03/2006**

State the term remaining  **Undetermined**

List the contract number of any government contract

**Ochoyuno Investment Company**
**11150 Santa Monica Blvd., Suite 760**
**Los Angeles, CA 90025**

---

**2.1091.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 571 Fulton and Hurley Sport dated 02/03/2006**

State the term remaining  **2/29/2024**

List the contract number of any

**Ochoyuno Investment Company**
**1314 Fulton Avenue**
**Sacramento, CA 95825-3604**

---

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1092. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bakersfield NW Active dated 03/01/1989** | |
| | State the term remaining | **Undetermined** | **Olive Drive Partners Attn: Property Manager 3939 Bernard St. Suite 1 Bakersfield, CA 93306** |
| | List the contract number of any government contract | | |

| 2.1093. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 03/25/2011** | |
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. c/o On-Site Commercial Services, LLC Attn: General Counsel 231 Market Place, Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1094. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/04/2015** | |
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 7567 Amador Valley Blvd. Suite 308 Dublin, CA 94568** |
| | List the contract number of any government contract | | |

| 2.1095. | State what the contract or lease is for and the nature of the debtor's interest | **LANDSCAPING AND PARKING LOT MAINTENANCE AGREEMENT dated 03/25/2011** | |
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1096. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping and Parking Lot Maintenance Agreement dated 03/25/2011** | |
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1097. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 03/25/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1098. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 03/25/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1099. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICES AGREEMENT dated 03/25/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1100. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 03/25/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1101. | State what the contract or lease is for and the nature of the debtor's interest | **REVOCABLE SERVICE AGREEMENT dated 03/25/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1102. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **On-Site Commercial Services, Inc. Attn: General Counsel 231 Market Place Suite 334 San Ramon, CA 94583** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |
| government contract | |

| | | |
|---|---|---|
| 2.1103. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 01/01/2013** | **On-Site Commercial Services, Inc.**<br>**Attn: General Counsel**<br>**231 Market Place**<br>**Suite 334**<br>**San Ramon, CA 94583** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1104. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | **On-Site Commercial Services, Inc.**<br>**Attn: General Counsel**<br>**231 Market Place**<br>**Suite 334**<br>**San Ramon, CA 94583** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1105. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/01/2012** | **On-Site Commercial Services, Inc.**<br>**Attn: General Counsel**<br>**231 Market Place**<br>**Suite 334**<br>**San Ramon, CA 94583** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1106. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 03/04/2015** | **On-Site Commercial Services, Inc.**<br>**Attn: General Counsel**<br>**231 Market Place**<br>**Suite 334**<br>**San Ramon, CA 94583** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1107. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 01/01/2015** | **On-Site Upholstery, Inc.**<br>**Attn: General Counsel**<br>**5930 Running Hill Avenue**<br>**Livermore, CA 94551** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1108. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 920 Ontario Super Sport dated 06/19/2009** | **ONTARIO RETAIL PARTNERS - V0000372921**<br>**2580 S. Archibald Avenue**<br>**Ontario, CA 91761-6503** |

Debtor 1 **24 Hour Fitness USA, Inc.**    Case number *(if known)* **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **6/22/2024** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1109. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 920 Ontario Super Sport dated 06/19/2009** |
| | State the term remaining | **8/24/2024** | **ONTARIO RETAIL PARTNERS - V0000372921**<br>**2580 S. Archibald Avenue**<br>**Ontario, CA 91761-6503** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1110. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ontario Super Sport dated 06/23/2009** |
| | State the term remaining | **Undetermined** | **Ontario Retal Partnres, LLC**<br>**227 20th Street**<br>**Suite 100**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1111. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement and EULA dated 03/21/2004** |
| | State the term remaining | **Undetermined** | **Open Text Corporation**<br>**Attn: General Counsel**<br>**185 Columbia Street**<br>**Waterloo ON N2L 5Z5**<br>**Canada** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1112. | State what the contract or lease is for and the nature of the debtor's interest | **Open Text Corporation Agreement File Summary (Master Services Agreement) dated 03/21/2004** |
| | State the term remaining | **Undetermined** | **Open Text Corporation**<br>**Attn: General Counsel**<br>**185 Columbia Street**<br>**Waterloo ON N2L 5Z5**<br>**Canada** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1113. | State what the contract or lease is for and the nature of the debtor's interest | **SUPPLY AGREEMENT dated 01/01/2011** |
| | State the term remaining | **Potentially Expired** | **Optimum Nutrition, Inc.**<br>**Attn: CFO**<br>**700 North Commerce Street**<br>**Aurora, IL 60504** |
| | List the contract number of any government contract | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1114.** State what the contract or lease is for and the nature of the debtor's interest — **Time and Materials Agreement dated 03/09/2006**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Oracle**
**Attn: General Counsel**
**3030 Orchard Parkway**
**San Jose, CA 95134**

---

**2.1115.** State what the contract or lease is for and the nature of the debtor's interest — **Learning Credits Order Letter dated 12/31/2006**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Oracle**
**Attn: General Counsel**
**3030 Orchard Parkway**
**San Jose, CA 95134**

---

**2.1116.** State what the contract or lease is for and the nature of the debtor's interest — **Oracle Cloud Services Agreement and Amendment dated 05/24/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Oracle America, Inc.**
**Attn: Accounts Receivable**
**PO Box 44471**
**San Francisco, CA 94144-4471**

---

**2.1117.** State what the contract or lease is for and the nature of the debtor's interest — **Order to Services Agreement dated 02/02/2013**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Oracle America, Inc.**
**Attn: General Counsel**
**PO Box 44471**
**San Francisco, CA 94144-4471**

---

**2.1118.** State what the contract or lease is for and the nature of the debtor's interest — **Engagement Contract dated 05/14/2003**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Oracle Corporation**
**Attn: General Counsel**
**222 North Sepulveda Boulevard**
**Suite 2300**
**El Segundo, CA 90245**

---

**2.1119.** State what the contract or lease is for and the nature of the debtor's interest — **Software License dated 05/30/2003**

State the term remaining — **Potentially Expired**

List the contract number of any

**Oracle Corporation**
**Attn: Viken Eldemir**
**10 Twin Dolphin Drive**
**MS OPL 5**
**Redwood Shores, CA 94065**

---

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1120. | State what the contract or lease is for and the nature of the debtor's interest | **Software License and Services Agreement dated 02/26/1998** | |
| | State the term remaining | **Undetermined** | **Oracle Corporation**<br>**Attn: General Counsel**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065** |
| | List the contract number of any government contract | | |

| 2.1121. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement License Summary - Not Dated** | |
| | State the term remaining | **Undetermined** | **Oracle Corporation**<br>**Attn: General Counsel**<br>**1001 Sunset Blvd.**<br>**Rocklin, CA 95765** |
| | List the contract number of any government contract | | |

| 2.1122. | State what the contract or lease is for and the nature of the debtor's interest | **Oracle Corporation - Not Dated** | |
| | State the term remaining | **Undetermined** | **Oracle Corporation**<br>**Attn: General Counsel**<br>**1001 Sunset Blvd.**<br>**Rocklin, CA 95765** |
| | List the contract number of any government contract | | |

| 2.1123. | State what the contract or lease is for and the nature of the debtor's interest | **Oracle Licenses dated 02/28/2019** | |
| | State the term remaining | **Undetermined** | **Oracle Corporation**<br>**Attn: Licence Management Services**<br>**Oracle Parkway**<br>**Redwood Shores, CA 94065** |
| | List the contract number of any government contract | | |

| 2.1124. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Order  dated 01/16/2006** | |
| | State the term remaining | **Potentially Expired** | **Oracle USA, Inc.**<br>**Attn: General Counsel**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065** |
| | List the contract number of any government contract | | |

| 2.1125. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Order  dated 03/13/2006** | **Oracle USA, Inc.**<br>**Attn: General Counsel**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **Potentially Expired** |
| | List the contract number of any government contract | |

| 2.1126. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Orange Sport dated 05/15/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Orange Center Tower Owner LLC**<br>**c/o LPC West, Inc.**<br>**Attn: Property Manager**<br>**500 N. State College Blvd**<br>**Orange, CA 92868** |
| | List the contract number of any government contract | | |

| 2.1127. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 063 Orange Sport dated 02/01/2003** | |
|---|---|---|---|
| | State the term remaining | **5/14/2027** | **Orange Center Tower Owner LLC**<br>**3600 West Orangewood Avenue**<br>**Orange, CA 92868-1607** |
| | List the contract number of any government contract | | |

| 2.1128. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Tualatin Super Sport dated 12/19/2003** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Oregon DPP, LLC**<br>**227 20th Street**<br>**Suite 100**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |

| 2.1129. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for The Pearl Sport dated 04/21/2004** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Oregon DPP, LLC**<br>**227 20th Street**<br>**Suite 100**<br>**Newport Beach, CA 92663** |
| | List the contract number of any government contract | | |

| 2.1130. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 562 The Pearl Sport dated 06/01/1997** | |
|---|---|---|---|
| | State the term remaining | **6/30/2031** | **Oregon DPP, LLC**<br>**1210 NW Johnson Street**<br>**Portland, OR 97209-3011** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1131.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 491 Tualatin Super Sport dated 12/12/2003**

State the term remaining — **6/30/2031**

List the contract number of any government contract

**Oregon DPP, LLC
17942 SW McEwan Road
Tigard, OR 97224-7206**

**2.1132.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Castle Rock Super Sport dated 05/13/2017**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Orris Family LLC
6295 Greenwood Plaza Boulevard
Suite 120
Greenwood Village, CO 80111**

**2.1133.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 384 Castle Rock Super Sport dated 05/13/2017**

State the term remaining — **5/31/2032**

List the contract number of any government contract

**Orris Family LLC
5745 New Abbey Lane
Castle Rock, CO 80108**

**2.1134.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Anaheim Hills Sport dated 04/01/2000**

State the term remaining — **1,568 Days**

List the contract number of any government contract

**OTR
Vestar Property Management
8020 E. Santa Ana Canyon Road
Anaheim, CA 92808**

**2.1135.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement dated 08/18/2014**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Outsource Technical SD LLC
Attn: General Counsel
2 Corporate Plaza Drive
Suite 125
Newport Beach, CA 92660**

**2.1136.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Aliso Viejo Active dated 12/06/1993**

State the term remaining — **Undetermined**

List the contract number of any

**Oxford Spectrum Wilson
c/o Essex Realty Management, Inc.
Attn: Property Management
17744 Sky Park Circle
Irvine, CA 92614**

Debtor 1 __24 Hour Fitness USA, Inc.__                                    Case number *(if known)*  __20-11561__
    First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.1137. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 158 Aliso Viejo Active dated 05/01/1993 | |
| | State the term remaining | 12/5/2028 | Oxford Spectrum Wilson 27141 Aliso Creek Road #100 Aliso Viejo, CA 92656-3357 |
| | List the contract number of any government contract | | |
| 2.1138. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Manteca Sport dated 10/19/1995 | |
| | State the term remaining | Undetermined | Pacific Resources Associates Pacific Realty Associates, LP Attn: GC/Tenant Code, 24hou535 15350 S.W. Sequoia Parkway, Suite 300 Portland, OR 97224 |
| | List the contract number of any government contract | | |
| 2.1139. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Solana Beach  Active dated 09/08/2004 | |
| | State the term remaining | 3,394 Days | Pacific Solana Beach Holdings, L.P. c/o American Assets Trust Management LLC Attn: Charise McLaughlin 11455 El Camino Real, Suite 200 San Diego, CA 92130 |
| | List the contract number of any government contract | | |
| 2.1140. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 174 Solana Beach Active dated 09/08/2004 | |
| | State the term remaining | 9/30/2029 | Pacific Solana Beach Holdings, L.P. 975 Lomas Santa Fe Drive Solana Beach, CA 92075-2125 |
| | List the contract number of any government contract | | |
| 2.1141. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Walnut Amar Road dated 07/15/2017 | |
| | State the term remaining | Undetermined | PacWal, LLC c/o Pacific Properties Attn: Edward S. Franklin 12100 Wilshire Blvd Ste 1025 Los Angeles, CA 90025 |
| | List the contract number of any government contract | | |
| 2.1142. | State what the contract or lease is for and the nature of the debtor's interest | Lessee for location at 934 Walnut Super Sport dated 07/15/2017 | PacWal, LLC 18730 Amar Road Walnut, CA 91789-4166 |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **7/31/2032** | |
| List the contract number of any government contract | |

| 2.1143. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Clackamas Super Sport dated 01/27/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Palms 24, LLC**<br>**c/o Doug Bean & Associates**<br>**1650 NW Naito Parkway**<br>**Suite 302**<br>**Portland, OR 97209** |
| | List the contract number of any government contract | | |

| 2.1144. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 954 Clackamas Super Sport dated 12/30/2006** | |
|---|---|---|---|
| | State the term remaining | **1/31/2031** | **Palms 24, LLC**<br>**8720 SE Sunnybrook Blvd.**<br>**Clackamas, OR 97015-5731** |
| | List the contract number of any government contract | | |

| 2.1145. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Dallas Regional Office dated 11/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Palomar Fitness Partner LP**<br>**Saskaway Six, LP**<br>**14275 Midway Rd.**<br>**Suite 160**<br>**Addison, TX 75001** |
| | List the contract number of any government contract | | |

| 2.1146. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Carlsbad Palomar Airport Sport dated 09/01/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Palomar Fitness Partner Lp**<br>**c/o Pacific Development Partners**<br>**11601 Wilshire Boulevard, Suite 2110**<br>**Los Angeles, CA 90025** |
| | List the contract number of any government contract | | |

| 2.1147. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 024 Carlsbad Sport dated 08/31/2007** | |
|---|---|---|---|
| | State the term remaining | **8/31/2032** | **PALOMAR FITNESS PARTNER LP**<br>**1265 Laurel Tree Lane**<br>**Suite 100**<br>**Carlsbad, CA 92011-4221** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name              Middle Name              Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1148. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 024 Carlsbad Sport dated 08/31/2007** | |
|---|---|---|---|
| | State the term remaining | **9/30/2020** | **PALOMAR FITNESS PARTNER LP 1265 Laurel Tree Lane Suite 100 Carlsbad, CA 92011-4221** |
| | List the contract number of any government contract | | |

| 2.1149. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Panorama City Active dated 05/15/1993** | |
|---|---|---|---|
| | State the term remaining | **1,811 Days** | **Panorama Capital, L.P. c/o Safeco Capital 1850 S. Sepulveda Blvd. #200 Los Angeles, CA 90025** |
| | List the contract number of any government contract | | |

| 2.1150. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 145 Panorama City Active dated 11/01/1992** | |
|---|---|---|---|
| | State the term remaining | **5/31/2025** | **Panorama Capital, L.P. 8350 Van Nuys Blvd Panorama City, CA 91402-3608** |
| | List the contract number of any government contract | | |

| 2.1151. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Orlando Park Square Super Sport dated 08/27/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Park Square UCF, LLC 5200 Vineland Road Suite 200 Orlando, FL 32811** |
| | List the contract number of any government contract | | |

| 2.1152. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 619 Orlando Park Square Super Sport dated 08/10/2019** | |
|---|---|---|---|
| | State the term remaining | **8/31/2034** | **Park Square UCF, LLC 12187 E. Colonial Drive Orlando, FL 32826-4707** |
| | List the contract number of any government contract | | |

| 2.1153. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 11/08/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Parker & Lynch Attn: General Counsel 9191 Towne Center Drive Suite 1700 San Diego, CA 92122** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.1154. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 11/04/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Parker & Lynch Attn: General Counsel 9171 Towne Center Drive Suite 215 San Diego, CA 92103** |
| | List the contract number of any government contract | | |

| 2.1155. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 03/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Parker & Lynch Attn: General Counsel 9171 Towne Center Drive Suite 215 San Diego, CA 92122** |
| | List the contract number of any government contract | | |

| 2.1156. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 06/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Parker & Lynch Attn: General Counsel 44 Montgomery Street, Suite 1950 San Francisco, CA 94104** |
| | List the contract number of any government contract | | |

| 2.1157. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 06/17/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Parker & Lynch Attn: General Counsel 44 Montgomery Street, Suite 1950 San Francisco, CA 94104** |
| | List the contract number of any government contract | | |

| 2.1158. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for East Plano Super Sport dated 12/07/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Parker Central Plaza Ltd Dalsan Property Attn: Wayne Nash 2001 Preston Rd. Plano, TX 75093** |
| | List the contract number of any government contract | | |

| 2.1159. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 390 East Plano Super Sport dated 12/07/2019** | **Parker Central Plaza, Ltd 3300 N Central Expressway, Suite A Plano, TX 75074** |
|---|---|---|---|

| Debtor 1 | 24 Hour Fitness USA, Inc. | | Case number *(if known)* | 20-11561 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **6/30/2035**

List the contract number of any government contract  _____

---

**2.1160.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Molasky Active dated 07/28/2007**

State the term remaining  **Undetermined**

List the contract number of any government contract  _____

**Parkway Center, LLC**
**c/o Molasky Corporate Center**
**100 City Parkway**
**Suite 140**
**Las Vegas, NV 89106**

---

**2.1161.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Annapolis Riva Rd. Super Sport dated 09/25/2009**

State the term remaining  **Undetermined**

List the contract number of any government contract  _____

**Parole Holding LLC**
**Annapolis Towne Center at Parole LLC**
**c/o PGIM Real Estate**
**Attn: Michael Harrington**
**Madison, NJ 07940**

---

**2.1162.** State what the contract or lease is for and the nature of the debtor's interest — **Enterprise Enrollment (Direct) - Not Dated**

State the term remaining  **Undetermined**

List the contract number of any government contract  _____

**PC Mall Inc.**
**Attn: General Counsel**
**1940 E. Mariposa Ave**
**El Segundo, CA 90245**

---

**2.1163.** State what the contract or lease is for and the nature of the debtor's interest — **PCM Sales Reseller Agreement  dated 08/14/2019**

State the term remaining  **Undetermined**

List the contract number of any government contract  _____

**PCM Sales**
**Attn: General Counsel**
**19 Morgan**
**Irvine, CA 92618**

---

**2.1164.** State what the contract or lease is for and the nature of the debtor's interest — **PCM Reseller Agreement Prepay dated 08/14/2019**

State the term remaining  **Undetermined**

List the contract number of any government contract  _____

**PCM Sales**
**Attn: General Counsel**
**19 Morgan**
**Irvine, CA 92618**

---

Debtor 1  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*  **20-11561**
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1165.** State what the contract or lease is for and the nature of the debtor's interest — **Reseller Agreement dated 12/20/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**PCM Sales, Inc.**
**Attn: General Counsel**
**1940 E. Mariposa Ave.**
**El Segundo, CA 90245**

**2.1166.** State what the contract or lease is for and the nature of the debtor's interest — **Reseller Agreement dated 12/20/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**PCM Sales, Inc.**
**Attn: Legal Counsel c/o Karen Montenegro**
**1940 E. Mariposa Ave**
**El Segundo, CA 90245**

**2.1167.** State what the contract or lease is for and the nature of the debtor's interest — **Reseller Agreement dated 12/20/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**PCM Sales, Inc.**
**Attn: Legal Counsel c/o Karen Montenegro**
**1940 E. Mariposa Ave**
**El Segundo, CA 90245**

**2.1168.** State what the contract or lease is for and the nature of the debtor's interest — **Product Purchase Agreement dated 05/30/2013**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**PCM/Sarcom**
**Attn: General Counsel**
**4995 Murphy Canyon Road**
**Suite 300**
**San Diego, CA 92123**

**2.1169.** State what the contract or lease is for and the nature of the debtor's interest — **Volume Licensing Agreement dated 12/16/2013**

State the term remaining — **Undetermined**

List the contract number of any government contract

**PCM/Sarcom**
**Attn: General Counsel**
**4995 Murphy Canyon Road**
**Suite 300**
**San Diego, CA 92123**

**2.1170.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Fontana Super Sport dated 04/01/2013**

State the term remaining — **Undetermined**

List the contract number of any

**PCW Properties**
**c/o Milan Capital Management**
**888 S. Disneyland Drive**
**Suite 101**
**Anaheim, CA 92802**

Debtor 1  **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.1171. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Regional Training Center dated 04/01/2013** | **PCW Properties c/o Milan Capital Management 888 S. Disneyland Drive Suite 101 Anaheim, CA 92802** |
| | State the term remaining | **3,241 Days** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1172. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 923 Fontana Super Sport dated 04/20/2013** | **PCW Properties 17204 Slover Avenue Fontana, CA 92337-7536** |
| | State the term remaining | **4/30/2029** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1173. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship agreement dated 05/14/2019** | **PDB Sports, Ltd c/o Stadium Management Company, LLC Attn: Joe Ellis, President/CEO 13655 Broncos Parkway Englewood, CO 80112** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1174. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship agreement dated 05/14/2019** | **PDB Sports, Ltd Attn: General Counsel 13655 Broncos Parkway Englewood, CO 80112** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1175. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 080 Oceanside Sport dated 09/01/2002** | **PDO Venture, LLC 4655 Frazee Blvd. Oceanside, CA 92057-6100** |
| | State the term remaining | **10/15/2021** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1176. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 080 Oceanside Sport dated 09/01/2002** | **PDO Venture, LLC 4655 Frazee Blvd. Oceanside, CA 92057-6100** |

Debtor 1   **24 Hour Fitness USA, Inc.**                              Case number *(if known)*   **20-11561**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining          **10/15/2021**

List the contract number of any
government contract          _____

---

2.1177.   State what the contract or       **Lease Agreement for**
lease is for and the nature of   **Foothill Ranch Sport**
the debtor's interest             **dated 11/22/2000**

State the term remaining          **Undetermined**                **Peak Holdings, LLC**
**9595 Wilshire Blvd**
List the contract number of any                                   **Ste 700**
government contract          _____     **Beverly Hills, CA 90212**

---

2.1178.   State what the contract or       **Lessee for location at**
lease is for and the nature of   **073 Foothill Ranch**
the debtor's interest             **Sport dated 09/01/2001**

State the term remaining          **11/21/2025**
**Peak Holdings, LLC**
List the contract number of any                                   **26781 Rancho Parkway**
government contract          _____     **Lake Forest, CA 92630-8706**

---

2.1179.   State what the contract or       **Lessee for location at**
lease is for and the nature of   **073 Foothill Ranch**
the debtor's interest             **Sport dated 09/01/2001**

State the term remaining          **11/21/2025**
**Peak Holdings, LLC**
List the contract number of any                                   **26781 Rancho Parkway**
government contract          _____     **Lake Forest, CA 92630-8706**

---

2.1180.   State what the contract or       **Lease Agreement for**
lease is for and the nature of   **Pembroke Pines Sport**
the debtor's interest             **dated 07/01/2006**
**Pembroke Miami Fitness, LP**
State the term remaining          **Undetermined**                **c/o Titus Properties**
**1748 W Katella Avenue**
List the contract number of any                                   **Suite 206**
government contract          _____     **Orange, CA 92867**

---

2.1181.   State what the contract or       **Lease Agreement for**
lease is for and the nature of   **Victorville (Pipeline)**
the debtor's interest             **dated Based on**
**LL/Permit Delivery**
State the term remaining          **Undetermined**
**Peninsula Retail Partners IV, LLC**
List the contract number of any                                   **417 29th Street**
government contract          _____     **Newport Beach, CA 92663**

---

Debtor 1   **24 Hour Fitness USA, Inc.**                        Case number *(if known)*   **20-11561**
_____
First Name        Middle Name        Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1182. | State what the contract or lease is for and the nature of the debtor's interest | **Software License and Services Agreement dated 04/09/2001** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **PeopleSoft USA, Inc.**<br>**Attn: General Counsel**<br>**2010 Main Street**<br>**Suite 450**<br>**Irvine, CA 92614** |
| | List the contract number of any government contract | | |

| 2.1183. | State what the contract or lease is for and the nature of the debtor's interest | **Software License and Services Agreement dated 12/23/1997** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **PepopleSoft, Inc.**<br>**Attn: General Counsel**<br>**4305 Hacienda Drive**<br>**PO Box 9085**<br>**Pleasanton, CA 94566** |
| | List the contract number of any government contract | | |

| 2.1184. | State what the contract or lease is for and the nature of the debtor's interest | **Package Beverage Product and Equipment Placement Agreement dated 04/27/2016** | |
|---|---|---|---|
| | State the term remaining | **230 Days** | **Pepsi-Cola Advertising & Marketing, Inc.**<br>**Attn: General Counsel**<br>**700 Anderson Hill Road**<br>**Purchase, NY 10577** |
| | List the contract number of any government contract | | |

| 2.1185. | State what the contract or lease is for and the nature of the debtor's interest | **Bubly Amendment dated 01/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pepsi-Cola Advertising & Marketing, Inc.**<br>**Attn: General Counsel**<br>**700 Anderson Hill Road**<br>**Purchase, NY 10577** |
| | List the contract number of any government contract | | |

| 2.1186. | State what the contract or lease is for and the nature of the debtor's interest | **Bubly Amendment dated 01/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pepsi-Cola Advertising & Marketing, Inc.**<br>**Attn: General Counsel**<br>**700 Anderson Hill Road**<br>**Purchase, NY 10577** |
| | List the contract number of any government contract | | |

| 2.1187. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Perceptive Software Standard Master Agreement dated 03/21/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Perceptive Software LLC**<br>**Attn: General Counsel**<br>**22701 West 68th Terrace**<br>**Shawnee, KS 66226** |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.1188. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 03/31/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Percussion Software, Inc.**<br>**Attn: Contracts Manager**<br>**600 Unicorn Park Drive**<br>**Woburn, MA 01801** |
| | List the contract number of any government contract | _____ | |

| 2.1189. | State what the contract or lease is for and the nature of the debtor's interest | **PERCUSSION SOFTWARE, INC. AGREEMENT FILE SUMMARY dated 03/31/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Percussion Software, Inc.**<br>**Attn: Contracts Manager**<br>**600 Unicorn Park Drive**<br>**Woburn, MA 01801** |
| | List the contract number of any government contract | _____ | |

| 2.1190. | State what the contract or lease is for and the nature of the debtor's interest | **Renewal Proposal and Order Confirmation for IBM Watson Expereince Analytics dated 03/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pereion Solutions, LLC**<br>**Attn: Contracts Manager**<br>**600 Unicorn Park Drive**<br>**Woburn, MA 01801** |
| | List the contract number of any government contract | _____ | |

| 2.1191. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Services Agreement dated 08/08/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pereion Solutions, LLC**<br>**Attn: Contracts Manager**<br>**600 Unicorn Park Drive**<br>**Woburn, MA 01801** |
| | List the contract number of any government contract | _____ | |

| 2.1192. | State what the contract or lease is for and the nature of the debtor's interest | **Proposal and Order Confirmation for Watson CXA/Tealeaf License Extension dated 09/01/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Pereion Solutions, LLC**<br>**Attn: Contracts Manager**<br>**600 Unicorn Park Drive**<br>**Woburn, MA 01801** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **24 Hour Fitness USA, Inc.**
_____
First Name      Middle Name       Last Name

Case number *(if known)*   **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1193.** State what the contract or lease is for and the nature of the debtor's interest

**Proposal and Order Confirmation for Acoustic Analytics Renewal dated 12/01/2019**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Pereion Solutions, LLC
Attn: Contracts Manager
600 Unicorn Park Drive
Woburn, MA 01801**

---

**2.1194.** State what the contract or lease is for and the nature of the debtor's interest

**Standard Services Agreement dated 01/25/2016**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Pereion Solutions, LLC
Attn: Contracts Manager
600 Unicorn Park Drive
Woburn, MA 01801**

---

**2.1195.** State what the contract or lease is for and the nature of the debtor's interest

**Standard Services Agreement dated 08/24/2016**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Pereion Solutions, LLC
Attn: Contracts Manager
600 Unicorn Park Drive
Woburn, MA 01801**

---

**2.1196.** State what the contract or lease is for and the nature of the debtor's interest

**Standard Services Agreement dated 09/01/2016**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Pereion Solutions, LLC
Attn: Contracts Manager
600 Unicorn Park Drive
Woburn, MA 01801**

---

**2.1197.** State what the contract or lease is for and the nature of the debtor's interest

**Standard Services Agreement dated 01/31/2017**

State the term remaining   **Undetermined**

List the contract number of any government contract

**Pereion Solutions, LLC
Attn: Contracts Manager
600 Unicorn Park Drive
Woburn, MA 01801**

---

**2.1198.** State what the contract or lease is for and the nature of the debtor's interest

**Standard Services Agreement dated 08/22/2019**

State the term remaining   **Potentially Expired**

**Pereion Solutions, LLC
Attn: Contracts Manager
600 Unicorn Park Drive
Woburn, MA 01801**

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.1199. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Acoustic Software as a Service Products dated 12/10/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pereion Solutions, LLC**<br>**Attn: Steven Perry**<br>**34 Gould Street**<br>**Reading, MA 01867** |
| | List the contract number of any government contract | | |

| 2.1200. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Acoustic Software as a Service Products  - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pereion Solutions, LLC**<br>**Attn: Steven Perry**<br>**34 Gould Street**<br>**Reading, MA 01867** |
| | List the contract number of any government contract | | |

| 2.1201. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Clara (Pipeline) dated Based on LL/Permit Delivery** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pero and Anka Margaretic and Trust Ent.**<br>**c/o Maryanne Margaretic**<br>**335 Main Street**<br>**Suite A**<br>**Los Angeles, CA 94022** |
| | List the contract number of any government contract | | |

| 2.1202. | State what the contract or lease is for and the nature of the debtor's interest | **Le: Master Product and Services Agreement dated 06/07/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Petra Hygienic Systems International Lim**<br>**Attn: Matthew Anderson**<br>**86 Moyal Court**<br>**Concord ON L4K 4R8**<br>**Canada** |
| | List the contract number of any government contract | | |

| 2.1203. | State what the contract or lease is for and the nature of the debtor's interest | **Master Product and Services Agreement dated 10/01/2013** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Petra Hygienic Systems International Lim**<br>**Attn: General Counsel**<br>**86 Moyal Court**<br>**Concord ON L4K 4R8**<br>**Canada** |
| | List the contract number of any government contract | | |

Debtor 1  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*  **20-11561**
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1204.** State what the contract or lease is for and the nature of the debtor's interest — **Master Product and Services Agreement dated 10/01/2013**<br><br>State the term remaining — **Potentially Expired**<br><br>List the contract number of any government contract | **Petra Hygienic Systems International Lim**<br>**Attn: General Counsel**<br>**86 Moyal Court**<br>**Concord ON L4K 4R8**<br>**Canada** |
| **2.1205.** State what the contract or lease is for and the nature of the debtor's interest — **General Liability Endorsement - Not Dated**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Philadelphia Indemnity Insurance Company**<br>**Attn: General Counsel**<br>**1 Bala Cynwyd**<br>**Suite 100**<br>**Bala Cynwyd, PA 19004** |
| **2.1206.** State what the contract or lease is for and the nature of the debtor's interest — **General Liability Deluxe Endorsement  - Not Dated**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Philadelphia Indemnity Insurance Company**<br>**Attn: General Counsel**<br>**1 Bala Cynwyd**<br>**Suite 100**<br>**Bala Cynwyd, PA 19004** |
| **2.1207.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Pomona (Pipeline) dated Based on LL/Permit Delivery**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Phillips Ranch Business Center LLC**<br>**9680 Flair Dr.**<br>**El Monte, CA 91731** |
| **2.1208.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Metro Parkway Sport (Assigned) dated 09/14/2007**<br><br>State the term remaining — **837 Days**<br><br>List the contract number of any government contract | **Phoenix Metro Center Fitness LP**<br>**J Michael Moore / Titus Properties LLC**<br>**1748 W Katella Avenue**<br>**Suite 206**<br>**Orange, CA 92867** |
| **2.1209.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 861 Metro Parkway Sport (CLOSED) dated 09/14/2007**<br><br>State the term remaining — **9/30/2022**<br><br>List the contract number of any | **PHOENIX METRO CENTER FITNESS LP**<br>**10046 N. Metro Parkway**<br>**Phoenix, AZ 85051-1437** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1210. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 848 Centennial Super Sport dated 04/16/2010** | |
|---|---|---|---|
| | State the term remaining | **8/15/2035** | **Pine Castle, NV 6830 E County Line Road Highlands Ranch, CO 80126-3906** |
| | List the contract number of any government contract | | |

| 2.1211. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Centennial Super Sport dated 04/16/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pine Castle, NV 72 Beverly Park Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |

| 2.1212. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 095 Escondido Super Sport dated 09/01/2000** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | **PINECREST DIAMOND LLC - V0000413755 400 La Terraza Blvd Escondido, CA 92025-3838** |
| | List the contract number of any government contract | | |

| 2.1213. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Escondido La Terraza SS dated 08/25/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pinecrest Diamond, LLC Attn: David Chang 1440 N. HARBOR BLVD Fullerton, CA 92835** |
| | List the contract number of any government contract | | |

| 2.1214. | State what the contract or lease is for and the nature of the debtor's interest | **Master Product and Services Agreement dated 01/01/2012** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Piranha Industries, LLC Attn: John Herr 16002 West 64th Avenue Arvada, CO 80004** |
| | List the contract number of any government contract | | |

| 2.1215. | State what the contract or lease is for and the nature of the debtor's interest | **Master Product and Services Agreement and Statement of Work dated 03/22/2017** | **Piranha LLC d/b/a Piranha Industries Attn: Executive Team 2801 Youngfield Street Suite 260 Golden, CO 80401** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining        **258 Days** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1216. State what the contract or lease is for and the nature of the debtor's interest | **Master Proudct and Services Agreement dated 03/22/2017** | |
| State the term remaining | **Undetermined** | **Piranha LLC d/b/a Piranha Industries Attn: Executive Team 2801 Youngfield Street Suite 260 Golden, CO 80401** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1217. State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 12/31/2008** | |
| State the term remaining | **Undetermined** | **Pitney Bowes Software, Inc. Attn: General Counsel 4200 Parliament Place Suite 600 Lanham, MD 20706** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1218. State what the contract or lease is for and the nature of the debtor's interest | **On-Demand Subscription Agreement dated 01/13/2017** | |
| State the term remaining | **Potentially Expired** | **Pitney Bowes Software, Inc. Attn: General Counsel 4200 Parliament Place Suite 500 Lanham, MD 20706-1890** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1219. State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement dated 01/13/2017** | |
| State the term remaining | **Undetermined** | **Pitney Bowes Software, Inc. Attn: General Counsel 4200 Parliament Place Suite 500 Lanham, MD 20706-1890** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1220. State what the contract or lease is for and the nature of the debtor's interest | **Software and Data Agreement and Order Form dated 12/13/2010** | |
| State the term remaining | **Potentially Expired** | **Pitney Bowes Software, Inc. Attn: Legal Department One Global View Troy, NY 12180** |
| List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

<div style="background:purple;width:40px;height:30px"></div>  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1221. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Order Form dated 10/10/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Pitney Bowes Software, Inc.**<br>**Attn: Legal Department**<br>**One Global View**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.1222. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Form - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pitney Bowes Software, Inc.**<br>**Attn: Legal Department**<br>**One Global View**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.1223. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Order Form dated 01/13/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Pitney Bowes Software, Inc.**<br>**Attn: Legal Department**<br>**One Global View**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.1224. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Data End User License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pitney Bowes Software, Inc.**<br>**Attn: Legal Department**<br>**One Global View**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.1225. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Data End User License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Pitney Bowes Software, Inc.**<br>**Attn: Legal Department**<br>**One Global View**<br>**Troy, NY 12180** |
| | List the contract number of any government contract | | |

| 2.1226. | State what the contract or lease is for and the nature of the debtor's interest | **Licensed Product Order dated 11/22/2013** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Pitney Bowes Software, Inc.**<br>**Attn: General Counsel**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926-0700** |
| | List the contract number of any | | |

Debtor 1  **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1227. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 808 Elk Grove Calvine Active dated 11/09/2007** |
| | State the term remaining | **11/30/2022** |
| | List the contract number of any government contract | |

**PK I BELAIR VILLAGE II LP - V0000413683**
**8461 Elk Grove Florin Road**
**Elk Grove, CA 95624-9518**

| | | |
|---|---|---|
| 2.1228. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Elk Grove Calvine Active dated 11/09/2007** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**PK I BELAIRE VILLAGE II, LP**
**Attn: Legal Department**
**3333 New Hyde Park Road - Suite 100**
**P.O. Box 5020**
**New Hyde Park, NY 11042**

| | | |
|---|---|---|
| 2.1229. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Cedar Hill Sport dated 03/09/2006** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Platform Cedar MT, LLC**
**c/o Platform Ventures LLC**
**Attn: Karah Franklin**
**4220 Shawnee Mission Parkway**
**Fairway, KS 66205**

| | | |
|---|---|---|
| 2.1230. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mansfield Sport dated 05/19/2007** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Platform Mansfield MT, LLC**
**c/o Platform Ventures LLC**
**Attn: Karah Franklin**
**4220 Shawnee Mission Parkway**
**Fairway, KS 66205**

| | | |
|---|---|---|
| 2.1231. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 691 Mansfield Sport dated 05/19/2007** |
| | State the term remaining | **5/31/2033** |
| | List the contract number of any government contract | |

**Platform Mansfield MT, LLC**
**1101 N. Walnut Creek Drive**
**Mansfield, TX 76063-2501**

| | | |
|---|---|---|
| 2.1232. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Santa Ana Edinger dated 09/23/2017** |

**Plaza Edinger LLC**
**Attn: James E. Carter, Esq.**
**400 N. Tustin Ave**
**Ste 225**
**Santa Ana, CA 92750**

Debtor 1    **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*    **20-11561**
         First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **Undetermined** | |
| List the contract number of any government contract | |

---

| 2.1233. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 876 Santa Ana Edinger Ave SS dated 09/16/2017** | |
| | State the term remaining | **9/30/2032** | **Plaza Edinger LLC** |
| | List the contract number of any government contract | | **1350 West Edinger Avenue Santa Ana, CA 92704** |

---

| 2.1234. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 07/14/2013** | |
| | State the term remaining | **Potentially Expired** | **Pleasanton Marriott Attn: General Counsel** |
| | List the contract number of any government contract | | **11950 Dublin Canyon Blvd., Pleasanton, CA 94588** |

---

| 2.1235. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 08/05/2013** | |
| | State the term remaining | **Potentially Expired** | **Pleasanton Marriott Attn: General Counsel** |
| | List the contract number of any government contract | | **11950 Dublin Canyon Blvd., Pleasanton, CA 94588** |

---

| 2.1236. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 02/03/2013** | |
| | State the term remaining | **Potentially Expired** | **Pleasanton Marriott Attn: General Counsel** |
| | List the contract number of any government contract | | **11950 Dublin Canyon Blvd., Pleasanton, CA 94588** |

---

| 2.1237. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 02/03/2013** | |
| | State the term remaining | **Potentially Expired** | **Pleasanton Marriott Attn: General Counsel** |
| | List the contract number of any government contract | | **11950 Dublin Canyon Blvd., Pleasanton, CA 94588** |

---

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1238.** State what the contract or lease is for and the nature of the debtor's interest — **Master Product and Services Agreement - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Pool Systems**
**Attn: General Counsel**
**12650 West 64th Avenue**
**Unit E-124**
**Arvada, CO 80004**

---

**2.1239.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Galleria Sport dated 10/02/2009**

State the term remaining — **Undetermined**

List the contract number of any government contract

**POR LP**
**5177 Richmond Ave.**
**Suite 610**
**Houston, TX 77056**

---

**2.1240.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 882 Galleria Sport dated 10/02/2009**

State the term remaining — **10/31/2024**

List the contract number of any government contract

**POR LP - V0000243205**
**5070 Richmond Avenue**
**Houston, TX 77056-7402**

---

**2.1241.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Pelham Manor Super Sport dated 02/10/2018**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Post Road Plaza Leasehold LLC**
**Attn: Chief Financial Officer**
**975 US Highway 22 West**
**North Plainfield, NJ 07060**

---

**2.1242.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 640 Pelham Manor Super Sport dated 12/16/2017**

State the term remaining — **2/9/2033**

List the contract number of any government contract

**Post Road Plaza Leasehold LLC**
**887 Pelham Parkway**
**Pelham Manor, NY 10803**

---

**2.1243.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for South Coast Metro Center SS dated 07/17/2000**

State the term remaining — **Undetermined**

List the contract number of any

**PR II/MCC South Coast Property Owner LLC**
**575 Anton Blvd**
**Ste 350**
**Ste 350**
**Beverly Hills, CA 92626**

---

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1244. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 078 South Coast Metro Super Sport dated 12/01/2000 7/31/2025** | |
| | State the term remaining | | **PR II/MCC South Coast Property Owner LLC 589 Anton Blvd. Costa Mesa, CA 92626-1912** |
| | List the contract number of any government contract | | |

| 2.1245. | State what the contract or lease is for and the nature of the debtor's interest | **Creative Productions Agreement dated 09/01/2016** | |
| | State the term remaining | **Potentially Expired** | **Precor Incorporated Attn: Marketing Department 20031 142nd Avenue NE Woodinville, WA 98072** |
| | List the contract number of any government contract | | |

| 2.1246. | State what the contract or lease is for and the nature of the debtor's interest | **Location Agreement dated 10/08/2014** | |
| | State the term remaining | **Undetermined** | **Precor Incorporated Attn: General Counsel 20031 142nd Avenue NE Woodinville, WA 98072** |
| | List the contract number of any government contract | | |

| 2.1247. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Exercise Equipment dated 01/01/2015** | |
| | State the term remaining | **Undetermined** | **Precor Incorporated Attn: General Counsel 20031 142nd Avenue NE Woodinville, WA 98072** |
| | List the contract number of any government contract | | |

| 2.1248. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement  - Not Dated** | |
| | State the term remaining | **Undetermined** | **Precor USA Attn: General Counsel PO Box 7202 20031 142nd Ave NE Woodinville, WA 98075-4002** |
| | List the contract number of any government contract | | |

| 2.1249. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement  - Not Dated** | **Precor USA Attn: General Counsel PO Box 7202 20031 142nd Ave NE Woodinville, WA 98075-4002** |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　　**Undetermined** | |
| List the contract number of any government contract　_____ | |

| 2.1250. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Precor USA**<br>**Attn: General Counsel**<br>**PO Box 7202**<br>**20031 142nd Ave NE**<br>**Woodinville, WA 98075-4002** |
| | List the contract number of any government contract | _____ | |

| 2.1251. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 04/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Precor, Inc.**<br>**Attn: Paul Byrne**<br>**20031 142nd Avenue Northeast**<br>**Woodinville, WA 98072** |
| | List the contract number of any government contract | _____ | |

| 2.1252. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 04/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Precor, Inc.**<br>**Attn: Paul Byrne**<br>**20031 142nd Ave NE**<br>**Woodinville, WA 98072** |
| | List the contract number of any government contract | _____ | |

| 2.1253. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Precor, Inc.**<br>**Attn: Paul Byrne**<br>**20031 142nd Ave NE**<br>**Woodinville, WA 98072** |
| | List the contract number of any government contract | _____ | |

| 2.1254. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Precor, Inc.**<br>**Attn: Paul Byrne**<br>**20031 142nd Ave NE**<br>**Woodinville, WA 98072** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **24 Hour Fitness USA, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1255. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mission Hills Sepulveda Super Sport dated 12/16/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Prime/FRIT Mission Hills, LLC**<br>**Federal Realty Investment Trust - Olivo**<br>**Attn: Legal Department**<br>**1626 East Jefferson Street**<br>**Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.1256. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 874 Mission Hills Sepulveda SS dated 12/16/2017** | |
|---|---|---|---|
| | State the term remaining | **12/31/2032** | **Prime/FRIT Mission Hills, LLC**<br>**10400 Sepulveda Blvd**<br>**Mission Hills, CA 91345-2424** |
| | List the contract number of any government contract | | |

| 2.1257. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Parmer Sport dated 06/01/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Princeton Plaza**<br>**Princeton Plaza et al, tenants in common**<br>**96 N Third Street**<br>**Suite 275**<br>**San Jose, CA 95112** |
| | List the contract number of any government contract | | |

| 2.1258. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 04/10/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ProBusiness Services, Inc.**<br>**Attn: President**<br>**4125 Hopyard Road**<br>**Pleasanton, CA 94566** |
| | List the contract number of any government contract | | |

| 2.1259. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pacific Beach (San Diego) dated 12/01/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protea Holdings**<br>**Protea Pacific Beach, LLC**<br>**c/o Protea Property Management, Inc.**<br>**3262 Holiday Court Suite 100**<br>**La Jolla, CA 92037** |
| | List the contract number of any government contract | | |

| 2.1260. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 065 Pacific Beach Active dated 08/01/2002** | |
|---|---|---|---|
| | State the term remaining | **11/30/2025** | **Protea Holdings**<br>**909 Garnet Avenue**<br>**San Diego, CA 92109-2729** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1261. | State what the contract or lease is for and the nature of the debtor's interest | **Services Rider - Sales Agreement dated 10/22/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection 1 Security Solutions Attn: General Counsel 12301 Kiln Court Suite A Beltsville, MD 20705-6308** |
| | List the contract number of any government contract | | |

| 2.1262. | State what the contract or lease is for and the nature of the debtor's interest | **Authorization Letter dated 11/08/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Attn: Elizabeth Maldonado National Account Coordinator 4221 W John Carpenter Fwy Irving, TX 75063** |
| | List the contract number of any government contract | | |

| 2.1263. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 07/02/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Attn: Elizabeth Maldonado National Account Coordinator 4221 W John Carpenter Fwy Irving, TX 75063** |
| | List the contract number of any government contract | | |

| 2.1264. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 02/08/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1265. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 02/08/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1266. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 02/28/2013** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
_____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract _____ | |

| 2.1267. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 05/17/2013** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | _____ | |

| 2.1268. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 05/30/2013** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | _____ | |

| 2.1269. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 07/02/2013** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | _____ | |

| 2.1270. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Schedule of Protection Proposal and Sales Agreement dated 07/02/2013** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | _____ | |

| 2.1271. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Schedule Of Protection Proposal and Sales Agreement dated 09/11/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc. Attn: General Counsel 1035 N. 3rd Street, Suite 101 Lawrence, KS 66044** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **24 Hour Fitness USA, Inc.**
          First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1272. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Schedule Of Protection Proposal and Sales Agreement dated 09/11/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**1035 N. 3rd Street, Suite 101**<br>**Lawrence, KS 66044** |

| 2.1273. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order - Sales Agreement dated 09/24/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**1035 N. 3rd Street, Suite 101**<br>**Lawrence, KS 66044** |

| 2.1274. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order - Sales Agreement dated 09/24/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**1035 N. 3rd Street, Suite 101**<br>**Lawrence, KS 66044** |

| 2.1275. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order - Sales Agreement dated 09/24/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**1035 N. 3rd Street, Suite 101**<br>**Lawrence, KS 66044** |

| 2.1276. | State what the contract or lease is for and the nature of the debtor's interest | **Services Rider - Sales Agreement dated 09/24/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel**<br>**1035 N. 3rd Street, Suite 101**<br>**Lawrence, KS 66044** |

| 2.1277. | State what the contract or lease is for and the nature of the debtor's interest | **Services Rider - Sales Agreement dated 10/22/2014** | |
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** |
| | List the contract number of any | | **Attn: General Counsel**<br>**1035 N. 3rd Street, Suite 101**<br>**Lawrence, KS 66044** |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1278. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 01/28/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1279. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 04/07/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1280. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 04/07/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1281. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 04/08/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1282. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 09/15/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1283. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 09/15/2015** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name         Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Undetermined** | |
| List the contract number of any government contract | |

| 2.1284. | State what the contract or lease is for and the nature of the debtor's interest | **Protection, Proposal and Sales Agreement dated 02/22/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **1035 N. 3rd Street, Suite 101** **Lawrence, KS 66044** |
| | List the contract number of any government contract | | |

| 2.1285. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 06/30/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection One Alarm Monitoring, Inc.** **Attn: General Counsel** **PO Box 5714** **Carol Stream, IL 60197-5714** |
| | List the contract number of any government contract | | |

| 2.1286. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Agreements dated 03/23/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection Service Industries, LP** **Attn: General Counsel** **10535 Foothill Boulevard** **Suite 350** **Rancho Cucamonga, CA 91730** |
| | List the contract number of any government contract | | |

| 2.1287. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Agreement dated 12/29/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection Service Industries, LP** **Attn: General Counsel** **10535 Foothill Blvd.** **Suite 350** **Rancho Cucamonga, CA 91730** |
| | List the contract number of any government contract | | |

| 2.1288. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 03/10/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Protection Service Industries, LP** **Attn: General Counsel** **10535 Foothill Blvd.** **Rancho Cucamonga, CA 91730** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1289.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agrement dated 04/18/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Proven Recruiting, Inc.**
**Attn: General Counsel**
**9444 Waples Street**
**Suite 440**
**San Diego, CA 92121**

---

**2.1290.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement Re Software Contractors dated 09/03/2013**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Proven Solutions, Inc.**
**Attn: General Counsel**
**9444 Waples Street**
**Suite 440**
**San Diego, CA 92121**

---

**2.1291.** State what the contract or lease is for and the nature of the debtor's interest — **Engagement Letter dated 09/03/2013**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Proven Solutions, Inc.**
**Attn: General Counsel**
**9444 Waples Street**
**Suite 440**
**San Diego, CA 92121**

---

**2.1292.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement Re: Temporary Employees dated 09/03/2013**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Proven Solutions, Inc.**
**Attn: General Counsel**
**9444 Waples Street**
**Suite 440**
**San Diego, CA 92121**

---

**2.1293.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement Re: Temporary Employees and Stateemnt of Work dated 09/03/2013**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Proven Solutions, Inc.**
**Attn: General Counsel**
**9444 Waples Street**
**Suite 440**
**San Diego, CA 92121**

---

**2.1294.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement Re: Temporary Employees dated 08/18/2014**

State the term remaining — **Undetermined**

List the contract number of any

**Proven Solutions, Inc.**
**Attn: General Counsel**
**9444 Waples Street**
**Suite 440**
**San Diego, CA 92121**

Debtor 1  **24 Hour Fitness USA, Inc.**                          Case number (*if known*)  **20-11561**
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.1295. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement and Statement of Work dated 08/18/2014** | **Proven Solutions, Inc. Attn: General Counsel 9444 Waples Street Suite 440 San Diego, CA 91121** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1296. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 09/25/2014** | **Proven Solutions, Inc. Attn: General Counsel 9444 Waples Street Suite 440 San Diego, CA 92121** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1297. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Execution Form: Revocable Services Agreement dated 05/16/2014 Potentially Expired** | **Prudential Overall Supply Attn: General Counsel 2485 Ash Street Corporate Sales Representative Vista, CA 92081** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1298. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement and Exhibits dated 05/26/2014 Potentially Expired** | **Prudential Overall Supply Attn: General Counsel 2485 Ash Street Attn: Tim Miller Vista, CA 92081** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1299. | State what the contract or lease is for and the nature of the debtor's interest | **Wash Program Services Letter dated 05/14/2014** | **Prudential Overall Supply Attn: Time Hawkins, VP, Global Sales 2485 Ash Street Vista, CA 92081** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.1300. | State what the contract or lease is for and the nature of the debtor's interest | **Wash Program Services Letter dated 05/14/2014** | **Prudential Overall Supply Attn: Tim Miller, Corporate Sales Rep 2485 Ash Street Vista, CA 92081** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **Undetermined**

List the contract number of any
government contract

---

2.1301.  State what the contract or lease is for and the nature of the debtor's interest  **Wash Program Services Letter dated 05/14/2014**

State the term remaining  **Undetermined**

List the contract number of any
government contract

**Prudential Overall Supply
Attn: Tim Miller, Corporate Sales Rep
2485 Ash Street
Vista, CA 92081**

---

2.1302.  State what the contract or lease is for and the nature of the debtor's interest  **Purchase Orders dated 05/15/2014**

State the term remaining  **Undetermined**

List the contract number of any
government contract

**Prudential Overall Supply
Attn: General Counsel
2485 Ash Street
Vista, CA 92081**

---

2.1303.  State what the contract or lease is for and the nature of the debtor's interest  **Purchase Order - Supply Agreement dated 05/21/2014**

State the term remaining  **Undetermined**

List the contract number of any
government contract

**Prudential Overall Supply
Attn: General Counsel
2485 Ash Street
Vista, CA 92081**

---

2.1304.  State what the contract or lease is for and the nature of the debtor's interest  **Service Agreement dated 05/24/2016**

State the term remaining  **Undetermined**

List the contract number of any
government contract

**PTA Global
Attn: General Counsel
1774 Platte Street
Denver, CO 80202**

---

2.1305.  State what the contract or lease is for and the nature of the debtor's interest  **Lease Agreement for Panther Lake Super Sport dated 06/13/2019**

State the term remaining  **Undetermined**

List the contract number of any
government contract

**PWRP - Kent LLC
c/o JLL
3001 Douglas Boulevard
Suite 330
Roseville, CA 95661-3853**

---

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1306.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 970 Panther Lake Super Sport dated 12/08/2018**

State the term remaining — **6/30/2029**

List the contract number of any government contract

**PWRP - Kent LLC
20600 108th Avenue SE
Kent, WA 98031**

---

**2.1307.** State what the contract or lease is for and the nature of the debtor's interest — **Business Class Service Order Agreement - Not Dated**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Q the Sports Club
Attn: General Counsel
7300 West Green Rderenewal
Houston, TX 77064**

---

**2.1308.** State what the contract or lease is for and the nature of the debtor's interest — **Qualtrics Master Services Agreement dated 05/01/2015**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Qualtrics, LLC
Attn: Maggie Weidauer
333 River Park Dr
Provo, UT 84604**

---

**2.1309.** State what the contract or lease is for and the nature of the debtor's interest — **Qualtrics Service Order dated 05/01/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Qualtrics, LLC
Attn: Maggie Weidauer
333 River Park Dr
Provo, UT 84604**

---

**2.1310.** State what the contract or lease is for and the nature of the debtor's interest — **Qualtrics Service Order dated 05/01/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**Qualtrics, LLC
Attn: Maggie Weidauer
333 River Park Dr
Provo, UT 84604**

---

**2.1311.** State what the contract or lease is for and the nature of the debtor's interest — **Promotion Agreement dated 02/12/2015**

State the term remaining — **Potentially Expired**

List the contract number of any

**Quest Nutrition, LLC
Attn: General Counsel
2233 East El Segundo Blvd.
El Segundo, CA 90245**

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number (*if known*) | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

---

| 2.1312. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated 12/05/2002** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Quest Software, Inc. Attn: General Counsel 8001 Irvine Center Drive Irvine, CA 92618** |
| | List the contract number of any government contract | | |

---

| 2.1313. | State what the contract or lease is for and the nature of the debtor's interest | **Master Software Transaction Agreement dated 01/26/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Quest Software, Inc. Attn: General Counsel 4 Polaris Way Aliso Viejo, CA 92656** |
| | List the contract number of any government contract | | |

---

| 2.1314. | State what the contract or lease is for and the nature of the debtor's interest | **Master Software Transaction Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Quest Software, Inc. Attn: General Counsel 4 Polaris Way Aliso Viejo, CA 92656** |
| | List the contract number of any government contract | | |

---

| 2.1315. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bothell Super Sport dated 11/02/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Rainier Pacific Equity, LLC c/o K&S Property, LLC 9670 Research Drive Irvine, CA 92618** |
| | List the contract number of any government contract | | |

---

| 2.1316. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 440 Bothell 120th Ave SS dated 08/09/2014** | |
|---|---|---|---|
| | State the term remaining | **3/31/2035** | **Rainier Pacific Equity, LLC 18006 120th Avenue Bothell, WA 98011-9478** |
| | List the contract number of any government contract | | |

---

| 2.1317. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sunrise Sport dated 05/16/2007** | **Ralphs Grocery Company Attn: Real Estate Dept. 1100 West Artesia Boulevard Compton, CA 90220** |
|---|---|---|---|

---

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | _____ | |

| 2.1318. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 807 Sunrise Sport dated 06/01/2007** | |
|---|---|---|---|
| | State the term remaining | **5/16/2022** | **Ralphs Grocery Company** **2280 Sunrise Blvd.** **Rancho Cordova, CA 95670-4342** |
| | List the contract number of any government contract | _____ | |

| 2.1319. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 01/03/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc.** **Attn: David Schlimme - SVP** **4407 North Beltwood Parkway** **Suite 106** **Dallas, TX 75244** |
| | List the contract number of any government contract | _____ | |

| 2.1320. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 05/03/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Raymond Construction, Inc.** **Attn: David Schlimme - SVP** **4407 North Beltwood Parkway** **Suite 106** **Dallas, TX 75244** |
| | List the contract number of any government contract | _____ | |

| 2.1321. | State what the contract or lease is for and the nature of the debtor's interest | **Raymond Construction Inc. Construction Contract dated 12/09/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc.** **Attn: David Schlimme - SVP** **4407 North Beltwood Parkway** **Suite 106** **Dallas, TX 75244** |
| | List the contract number of any government contract | _____ | |

| 2.1322. | State what the contract or lease is for and the nature of the debtor's interest | **Short Form Construction Contract dated 07/03/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Raymond Construction, Inc.** **Attn: General Counsel** **4407 North Beltwood Parkway** **Suite 106** **Dallas, TX 75244** |
| | List the contract number of any government contract | _____ | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1323. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 10/29/2018** | |
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc. Attn: General Counsel 4407 North Beltwood Parkway Suite 106 Dallas, TX 75063** |
| | List the contract number of any government contract | | |
| 2.1324. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 03/20/2019** | |
| | State the term remaining | **Potentially Expired** | **Raymond Construction, Inc. Attn: General Counsel 4407 North Beltwood Parkway Suite 106 Dallas, TX 75244** |
| | List the contract number of any government contract | | |
| 2.1325. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 01/08/2020** | |
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc. Attn: General Counsel 4407 North Beltwood Parkway Suite 106 Dallas, TX 75244** |
| | List the contract number of any government contract | | |
| 2.1326. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 12/18/2018** | |
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc. Attn: General Counsel 4407 North Beltwood Parkway Suite 106 Dallas, TX 75244** |
| | List the contract number of any government contract | | |
| 2.1327. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract dated 07/16/2018** | |
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc. Attn: David Schlimme- Senior VP 4407 N. Beltwood Parkway, Suite 106 Dallas, TX 75244** |
| | List the contract number of any government contract | | |
| 2.1328. | State what the contract or lease is for and the nature of the debtor's interest | **Raymond Construction Inc. Construction Contract dated 10/30/2018** | |
| | State the term remaining | **Undetermined** | **Raymond Construction, Inc. Attn: General Counsel 4407 N Beltwood Pkwy #106 Dallas, TX 75244** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1329. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 253 Omaha Sport (CLOSED) dated 11/20/2015** | |
|---|---|---|---|
| | State the term remaining | **1/31/2029** | **Realty Income Properties 25, LLC** |
| | List the contract number of any government contract | | **14651 Sprague Street Omaha, NE 68116** |

| 2.1330. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 631 Sunrise Florida Super Sport dated 10/17/2008** | |
|---|---|---|---|
| | State the term remaining | **8/31/2022** | **REALTY INCOME PROPERTIES 4 LLC - V000041** |
| | List the contract number of any government contract | | **9919 West Oakland Park Blvd Sunrise, FL 33351-7009** |

| 2.1331. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sunrise Florida Super Sport dated 01/28/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Realty Income Properties 4, LLC Attn: Legal Department** |
| | List the contract number of any government contract | | **11995 El Camino Real San Diego, CA 92130** |

| 2.1332. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 218 Fort Worth Hulen Sport (CLOSED) dated 06/01/2000** | |
|---|---|---|---|
| | State the term remaining | **5/31/2020** | **Realty Income Texas Properties 1, LLC** |
| | List the contract number of any government contract | | **5001 Overton Ridge Blvd. Fort Worth, TX 76132-1917** |

| 2.1333. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fort Worth Hulen Sport dated 05/15/2000** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Realty Income Texas Properties 1, LLC** |
| | List the contract number of any government contract | | **11995 El Camino Real San Diego, CA 92130** |

| 2.1334. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Chandler Sport (Assigned) dated 06/01/2006** | **Receivership Estate of Specific Assets Santan North Investors, LLC 4980 Hillsdale Circle Suite A El Dorado, CA 95762** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
   First Name         Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **350 Days** | |
| List the contract number of any government contract | | |

| 2.1335. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Kuykendahl Sport dated 07/01/2000** | |
|---|---|---|---|
| | State the term remaining | **1,750 Days** | **Reddy Cypresswood, LP**<br>**730 N Post Oak Road**<br>**#330**<br>**Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.1336. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 347 Kuykendahl Sport dated 07/01/2000** | |
|---|---|---|---|
| | State the term remaining | **3/31/2025** | **Reddy Partnership-Parkair and Cypresswoo**<br>**18541 Kuykendahl Road**<br>**Spring, TX 77379-8161** |
| | List the contract number of any government contract | | |

| 2.1337. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Construction Materials Engineering & Testing Services dated 03/08/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Reed Engineering Group, Ltd**<br>**Attn: General Counsel**<br>**2424 Stutz Drive**<br>**Suite 400**<br>**Dallas, TX 75235** |
| | List the contract number of any government contract | | |

| 2.1338. | State what the contract or lease is for and the nature of the debtor's interest | **Master License, Support, And Services Agreement dated 06/28/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Reflexis Systems, Inc.**<br>**Attn: General Counsel**<br>**3 Allied Drive, Suite 400**<br>**Dedham, MA 02026** |
| | List the contract number of any government contract | | |

| 2.1339. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Potrero Hill Sport dated 03/10/1997** | |
|---|---|---|---|
| | State the term remaining | **654 Days** | **Regency Centers, LP**<br>**c/o Regency Centers Corporation**<br>**Attn: Legal Department**<br>**One Independent Drive, Suite 114**<br>**Jacksonville, FL 32202-5019** |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1340.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 545 Potrero Hill Sport dated 03/01/1997**

State the term remaining — **3/31/2022**

List the contract number of any government contract

**Regency Centers, LP**
**1645 Bryant Street**
**San Francisco, CA 94103-4851**

---

**2.1341.** State what the contract or lease is for and the nature of the debtor's interest — **Software License Agreement - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Remedy Coporation**
**Attn: General Counsel**
**2103 CityWest Boulevard**
**Houston, TX 77042**

---

**2.1342.** State what the contract or lease is for and the nature of the debtor's interest — **License Purge Agreement dated 04/05/2002**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Remedy Corporation**
**Attn: General Counsel**
**1505 salado drive**
**Mountain View, CA 94043**

---

**2.1343.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Renaissance Marketplace Super Sport dated 12/24/2018**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Renaissance Commercial Property LLC**
**1st Commercial Property LLC**
**2009 Porterfield Way**
**Ste P**
**Upland, CA 91786**

---

**2.1344.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 847 Renaissance Marketplace SS dated 07/14/2018**

State the term remaining — **12/31/2038**

List the contract number of any government contract

**Renaissance Commercial Property LLC**
**1335 W. Renaissance Parkway**
**Rialto, CA 92376**

---

**2.1345.** State what the contract or lease is for and the nature of the debtor's interest — **Renaissance New York Hotel 57 Agreement dated 01/01/2011**

State the term remaining — **Potentially Expired**

List the contract number of any

**Renaissance Hotel**
**Attn: General Counsel**
**130 East 57th Street**
**New York, NY 10022**

---

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name      Middle Name      Last Name

Case number (*if known*)   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1346. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription and Services Agreement dated 12/31/2010** | **Return Path, Inc.** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Attn: Chief Financial Officer** |
| | List the contract number of any government contract | | **304 Park Avenue South, 7th Floor New York, NY 10010** |

| 2.1347. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription and Services Agreement and Insertion Order dated 01/01/2013** | **Return Path, Inc.** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Attn: General Counsel** |
| | List the contract number of any government contract | | **304 Park Avenue South, 7th Floor New York, NY 10010** |

| 2.1348. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fort Collins Sport dated 12/07/2007** | **Revesco (USA) Properties of Ft. Collins** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **c/o Revesco Property Services LLC 2731 17th Street Suite 300** |
| | List the contract number of any government contract | | **Denver, CO 80211** |

| 2.1349. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 667 Fort Collins Sport dated 12/28/2007** | |
|---|---|---|---|
| | State the term remaining | **12/31/2027** | **Revesco (USA) Properties of Ft. Collins** |
| | List the contract number of any government contract | | **2208 E Harmony Road Fort Collins, CO 80528-3412** |

| 2.1350. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription and Service Level Agreement dated 12/01/2016** | **Revstream, Inc.** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Attn: General Counsel 1301 Shoreway Road Suite 160** |
| | List the contract number of any government contract | | **Belmont, CA 94002** |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1351. | State what the contract or lease is for and the nature of the debtor's interest | **RSA Order Form dated 01/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Revstream, Inc.**<br>**Attn: General Counsel**<br>**1301 Shoreway Road**<br>**Suite 160**<br>**Belmont, CA 94002** |
| | List the contract number of any government contract | | |

| 2.1352. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 11/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **RGIS, LLC**<br>**Attn: Office of General Counsel**<br>**2000 East Taylor Road**<br>**Auburn Hills, MI 48326** |
| | List the contract number of any government contract | | |

| 2.1353. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 11/01/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **RGIS, LLC**<br>**Attn: Office of General Counsel**<br>**2000 East Taylor Road**<br>**Auburn Hills, MI 48326** |
| | List the contract number of any government contract | | |

| 2.1354. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 11/16/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **RGIS, LLC**<br>**Attn: General Counsel**<br>**2000 East Taylor Road**<br>**Auburn Hills, MI 48326** |
| | List the contract number of any government contract | | |

| 2.1355. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement  dated 12/22/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Riskonnect**<br>**Attn: General Counsel**<br>**1701 Barrett Lakes Boulevard**<br>**Suite 500**<br>**Kennesaw, GA 30144** |
| | List the contract number of any government contract | | |

| 2.1356. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Walnut Creek Super Sport dated 06/14/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **RNB PARTNERS LLC**<br>**C/O RICHARD J. BOCCI REALTY**<br>**194 SCHOOL STREET**<br>**DALY CITY, CA 94014** |
| | List the contract number of any | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

**2.1357.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 885 Walnut Creek North Main SS dated 01/26/2013**

State the term remaining    **6/30/2033**

List the contract number of any government contract

**RNB PARTNERS LLC - V0000412983**
**2800 North Main Street**
**Walnut Creek, CA 94597-2717**

---

**2.1358.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 885 Walnut Creek North Main SS dated 01/26/2013**

State the term remaining    **7/31/2021**

List the contract number of any government contract

**RNB PARTNERS LLC - V0000412983**
**2800 North Main Street**
**Walnut Creek, CA 94597-2717**

---

**2.1359.** State what the contract or lease is for and the nature of the debtor's interest

**Client Services Agreement  dated 10/02/2014**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Robert Half International, Inc.**
**Attn: General Counsel**
**4225 Executive Square**
**Suite 300**
**La Jolla, CA 92037**

---

**2.1360.** State what the contract or lease is for and the nature of the debtor's interest

**RH Customer Agreement dated 06/04/2015**

State the term remaining    **Potentially Expired**

List the contract number of any government contract

**Robert Half International, Inc.**
**Attn: General Counsel**
**5865 Owens Avenue**
**Suite 100**
**Carlsbad, CA 92008**

---

**2.1361.** State what the contract or lease is for and the nature of the debtor's interest

**Client Services Agreement  dated 07/28/2016**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Robert Half International, Inc.**
**Attn: General Counsel**
**2613 Camino Ramon**
**San Ramon, CA 94583**

---

**2.1362.** State what the contract or lease is for and the nature of the debtor's interest

**RH Customer Agreement dated 07/28/2016**

**Robert Half International, Inc.**
**Attn: General Counsel**
**2613 Camino Ramon**
**San Ramon, CA 94583**

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Undetermined**

List the contract number of any government contract    _____

---

2.1363.  State what the contract or lease is for and the nature of the debtor's interest    **SOW Software Developer dated 09/05/2017**

State the term remaining    **Undetermined**

List the contract number of any government contract    _____

**Robert Half International, Inc.
Attn: General Counsel
2613 Camino Ramon
San Ramon, CA 94583**

---

2.1364.  State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement for Bakersfield SW Active dated 09/27/1996**

State the term remaining    **Undetermined**

List the contract number of any government contract    _____

**Robert N. Ruggles
220 Montgomery St.
#421
San Francisco, CA 94104**

---

2.1365.  State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement for Hayward Active dated 11/13/1995**

State the term remaining    **1,994 Days**

List the contract number of any government contract    _____

**ROIC California, LLC
c/o Retail Opportunity Investments Corp
Attn: Chief Operating Officer
11250 El Camino Real, Ste 200
San Diego, CA 92130**

---

2.1366.  State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement for West Hills Super Sport dated 06/26/2006**

State the term remaining    **Undetermined**

List the contract number of any government contract    _____

**ROIC California, LLC
c/o Retail Opportunity Investments Corp
Attn: Chief Operating Officer
11250 El Camino Real Ste 200
San Diego, CA 92130**

---

2.1367.  State what the contract or lease is for and the nature of the debtor's interest    **Lessee for location at 904 West Hills Super Sport dated 06/25/2006**

State the term remaining    **6/30/2026**

List the contract number of any government contract    _____

**ROIC California, LLC
6653 Fallbrook Avenue
West Hills, CA 91307-3520**

---

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1368. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 536 Hayward Active dated 11/01/1995** | |
|---|---|---|---|
| | State the term remaining | **11/30/2025** | **ROIC California, LLC** |
| | List the contract number of any government contract | | **24727 Amador Street** **Hayward, CA 94544-1801** |

| 2.1369. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Gresham Super Sport dated 05/20/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **ROIC Oregon LLC** **COO, Retail Opportunity Investments Corp** **11250 El Camino Real** **Suite 200** |
| | List the contract number of any government contract | | **San Diego, CA 92130** |

| 2.1370. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 442 Gresham Super Sport dated 05/13/2017** | |
|---|---|---|---|
| | State the term remaining | **5/31/2032** | **ROIC Oregon LLC** |
| | List the contract number of any government contract | | **1541 NE 181st Avenue** **Portland, OR 97230** |

| 2.1371. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Torrance-PV Super Sport dated 06/01/1994** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Rolling Hills Plaza, LLC** **Attn: Property Management** **2601 Airport Drive** **Ste 300** |
| | List the contract number of any government contract | | **Torrance, CA 90505** |

| 2.1372. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 130 Torrance/PV dated 11/01/1988** | |
|---|---|---|---|
| | State the term remaining | **5/31/2024** | **Rolling Hills Plaza, LLC** |
| | List the contract number of any government contract | | **2685 Pacific Coast Highway** **Torrance, CA 90505-7037** |

| 2.1373. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lynnwood Sport dated 11/01/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Rosen Investment Company** **Rosen Properties** **PO Box 5003** |
| | List the contract number of any | | **Bellevue, WA 98009-5003** |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1374. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 418 Lynnwood Sport dated 11/01/2001** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **Rosen Investment Company 18930 29th Avenue West Lynwood, WA 98036-4729** |
| | List the contract number of any government contract | | |

| 2.1375. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Round Rock Sport dated 05/07/2004** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Round Rock Fitness, LP Attn: J Michael Moore 1748 W Katella Avenue Suite 206 Orange, CA 92867** |
| | List the contract number of any government contract | | |

| 2.1376. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Springfield Super Sport dated 03/12/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **RPG, LLC 275 Route 22 East Springfield, NJ 07081** |
| | List the contract number of any government contract | | |

| 2.1377. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 615 Springfield Super Sport dated 02/22/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **RPG, LLC 75 US Hwy 22 Springfield, NJ 07081** |
| | List the contract number of any government contract | | |

| 2.1378. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Carlsbad Super Sport dated 11/08/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **RPI Carlsbad, LP Attn: General Manager 2525 El Camino Real Carlsbad, CA 92008** |
| | List the contract number of any government contract | | |

| 2.1379. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 894 Carlsbad Super Sport dated 10/25/2014** | **RPI Carlsbad, LP 2501 El Camino Real Carlsbad, CA 92008-1202** |
|---|---|---|---|

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **12/31/2029** | |
| | List the contract number of any government contract | | |

| 2.1380. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Voss Sport dated 12/06/1999** | |
| | State the term remaining | **1,660 Days** | **RPI Management Company LLC** |
| | List the contract number of any government contract | | **RPI Interests II, Ltd.**<br>**5333 Gulfton Street**<br>**Houston, TX 77081** |

| 2.1381. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 334 Voss Sport dated 12/01/1999** | |
| | State the term remaining | **12/31/2024** | **RPI Management Company, LLC** |
| | List the contract number of any government contract | | **6425 San Felipe Street**<br>**Houston, TX 77057-2705** |

| 2.1382. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Raleigh Six Forks (Midtown) (Pipeline) dated Based on LL/Permit Delivery Undetermined** | |
| | State the term remaining | | **RRPV 601 Midtown Raleigh LP** |
| | List the contract number of any government contract | | **President | RAM Realty Services**<br>**4801 PGA Boulevard**<br>**Palm Beach Gardens, FL 33418** |

| 2.1383. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for El Cajon Main St Super Sport dated 03/29/2010** | |
| | State the term remaining | **Undetermined** | **RS PARTNERS LP** |
| | List the contract number of any government contract | | **Attn: Preeti Mathur**<br>**170 Leafy Pass**<br>**Irvine, CA 92602** |

| 2.1384. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 880 El Cajon Super Sport dated 12/18/2009** | |
| | State the term remaining | **11/28/2024** | **RS PARTNERS LP** |
| | List the contract number of any government contract | | **198 West Main Street**<br>**El Cajon, CA 92020-3399** |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1385.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Littleton Belleview Sport dated 06/27/2008**

State the term remaining  **Undetermined**

List the contract number of any government contract

**RSD Partners LLC**
**c/o LCP Management LLC**
**2150 West 29th Avenue**
**Suite 410**
**Denver, CO 80211**

---

**2.1386.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 731 Scarsdale Central Park Ave dated 12/23/2017**

State the term remaining  **12/31/2037**

List the contract number of any government contract

**RUDETH REALTY COMPANY LLC**
**668 Central Park Ave**
**Scarsdale, NY 10583-2512**

---

**2.1387.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Scarsdale Central Park Ave Super Sport dated 12/01/2017**

State the term remaining  **Undetermined**

List the contract number of any government contract

**Rudeth Realty LLC**
**c/o Wagner Francis Richman & Ackerman**
**Attn: Sheryl Fine**
**66 South Tyson Avenue**
**Floral Park, NY 11101**

---

**2.1388.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Coconut Grove Sport dated 11/12/2005**

State the term remaining  **Undetermined**

List the contract number of any government contract

**S&C Venture, a Florida Joint Venture**
**1261 20th Street**
**Miami Beach, FL 33139**

---

**2.1389.** State what the contract or lease is for and the nature of the debtor's interest

**Agreement  File Summary  dated 03/01/2010**

State the term remaining  **Undetermined**

List the contract number of any government contract

**S.L.I. Systems, Inc.**
**Attn: General Counsel**
**20370 Town Center Lane, Suite 208**
**Cupertino, CA 95014**

---

**2.1390.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Doral West Super Sport dated 12/10/2019**

State the term remaining  **Undetermined**

List the contract number of any

**S/VIIB Beacon Lakes LLC**
**c/o Stiles Corporation**
**301 East Las Olas Boulevard**
**Fort Lauderdale, FL 33301**

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.1391. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 267 Doral West Super Sport dated 12/21/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **S/VIIB Beacon Lakes LLC** |
| | List the contract number of any government contract | | **1970 NW 117 PL Miami, FL 33182-1500** |

| 2.1392. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for El Cerrito Super Sport dated 08/07/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Safeway Inc Attn: Legal Dept, Real Estate Law** |
| | List the contract number of any government contract | | **250 E. Parkcenter Blvd. Boise, ID 83702** |

| 2.1393. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 937 El Cerrito Super Sport dated 08/18/2018** | |
|---|---|---|---|
| | State the term remaining | **11/14/2031** | **SAFEWAY INC** |
| | List the contract number of any government contract | | **10636 San Pablo Ave El Cerrito, CA** |

| 2.1394. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 02/23/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Salesforce.com, Inc. Attn: General Counsel The Landmark # One Market** |
| | List the contract number of any government contract | | **Suite 300 San Francisco, CA 94105** |

| 2.1395. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT FILE SUMMARY  dated 02/23/2006** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Salesforce.com, Inc. Attn: General Counsel The Landmark # One Market** |
| | List the contract number of any government contract | | **Suite 300 San Francisco, CA 94105** |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1396.** State what the contract or lease is for and the nature of the debtor's interest | **MASTER SUBSCRIPTION AGREEMENT FILE SUMMARY dated 02/23/2006 Undetermined** | |
| State the term remaining | | **Salesforce.com, Inc. Attn: General Counsel The Landmark # One Market Suite 300 San Francisco, CA 94105** |
| List the contract number of any government contract | | |
| **2.1397.** State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement dated 03/22/2006** | |
| State the term remaining | **Undetermined** | **Salesforce.com, Inc. Attn: General Counsel The Landmark @ One Market Suite 300 San Francisco, CA 94105** |
| List the contract number of any government contract | | |
| **2.1398.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for East Meadow (Pipeline) dated Based on LL/Permit Delivery Undetermined** | |
| State the term remaining | | **Salisbury Partners LLC Attn: Stephen Cantor 3000 Marcus Avenue Lake Success, NY 11020** |
| List the contract number of any government contract | | |
| **2.1399.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hillsdale Sport dated 12/11/2000** | |
| State the term remaining | **Undetermined** | **Salvatore LLC Attn: Joe Rubino PO Box 5908 San Jose, CA 95150** |
| List the contract number of any government contract | | |
| **2.1400.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 504 Hillsdale Sport dated 12/11/2000** | |
| State the term remaining | **12/31/2025** | **Salvatore LLC 1825-A Hillsdale Avenue San Jose, CA 95124-3405** |
| List the contract number of any government contract | | |
| **2.1401.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Mountain View Super Sport dated 01/01/1999** | **San Antonio Center II LLC Los Altos School District c/o FRIT CA Operations, Inc. Attn: Legal Department Rockville, MD 20852-4041** |
| State the term remaining | **Undetermined** | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11561**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

2.1402.  State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for College Grove dated 12/20/2004**

State the term remaining   **Undetermined**

List the contract number of any government contract

**San Diego Grove, LP
c/o Cornerstone Property Management
8525 GIBBS DRIVE, SUITE 200
San Diego, CA 92123**

---

2.1403.  State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 057 College Grove dated 12/20/2004**

State the term remaining   **12/31/2024**

List the contract number of any government contract

**San Diego Grove, LP
6348 College Grove Way
Suite 109
San Diego, CA 92115-8401**

---

2.1404.  State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Yorba Linda Super Sport dated 05/31/2014**

State the term remaining   **Undetermined**

List the contract number of any government contract

**San Jose Central Travel, Inc
c/o John Suk Sohn, CPA
3001 Geary Blvd
Ste 201
San Francisco, CA 94118**

---

2.1405.  State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 896 Yorba Linda Super Sport dated 05/31/2014**

State the term remaining   **12/31/2029**

List the contract number of any government contract

**San Jose Central Travel, Inc
4848 Valley View  Ave
Yorba Linda, CA 92886-3642**

---

2.1406.  State what the contract or lease is for and the nature of the debtor's interest

**GROUP SALES AGREEMENT dated 05/14/2018**

State the term remaining   **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott
Attn: General Counsel
2600 Bishop Drive, San Ramon, CA
San Ramon, CA 94583**

---

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1407.** State what the contract or lease is for and the nature of the debtor's interest — **Rate Agreement dated 02/07/2011**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**18090 San Ramon Valley Boulevard**
**San Ramon, CA 94583**

---

**2.1408.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 06/15/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

---

**2.1409.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 04/06/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

---

**2.1410.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 05/14/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

---

**2.1411.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 05/18/2015**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

---

**2.1412.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 06/23/2015**

State the term remaining — **Potentially Expired**

List the contract number of any

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

---

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.1413. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 09/14/2015** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1414. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 09/14/2015** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1415. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Agreement  dated 09/19/2016** | |
| | State the term remaining | **Undetermined** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1416. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 04/11/2017** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1417. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 04/11/2017** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1418. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 07/18/2017** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Potentially Expired** | |
| List the contract number of any government contract | | |

| 2.1419. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 07/18/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1420. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/13/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1421. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/13/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1422. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 01/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1423. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 01/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number _(if known)_    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1424.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 05/14/2018**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

**2.1425.** State what the contract or lease is for and the nature of the debtor's interest — **Agreement dated 01/01/2019**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

**2.1426.** State what the contract or lease is for and the nature of the debtor's interest — **Room Agreement dated 01/01/2019**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

**2.1427.** State what the contract or lease is for and the nature of the debtor's interest — **Group Ramon Marriott dated 04/29/2019**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

**2.1428.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 04/29/2019**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

**2.1429.** State what the contract or lease is for and the nature of the debtor's interest — **Group Sales Agreement dated 10/14/2019**

State the term remaining — **Potentially Expired**

List the contract number of any

**San Ramon Marriott**
**Attn: General Counsel**
**2600 Bishop Drive**
**San Ramon, CA 94583**

Debtor 1   **24 Hour Fitness USA, Inc.**
_____    Case number (*if known*)   **20-11561**
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1430. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 10/14/2019** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1431. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 01/01/2010** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1432. | State what the contract or lease is for and the nature of the debtor's interest | **Rate Agreement dated 02/16/2011** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1433. | State what the contract or lease is for and the nature of the debtor's interest | **Rate Agreement dated 02/02/2012** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1434. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/30/2014** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |
| 2.1435. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 02/09/2015** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining      **Potentially Expired** | |
| List the contract number of any government contract | |

| 2.1436. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 05/14/2015** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1437. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 09/08/2019** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Marriott Attn: General Counsel 2600 Bishop Drive San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1438. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Contract dated 06/20/2018** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Residence Inn Attn: General Counsel 1071 Market Place San Ramon, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1439. | State what the contract or lease is for and the nature of the debtor's interest | **Hotel Contract dated 01/08/2019** | |
| | State the term remaining | **Potentially Expired** | **San Ramon Residence Inn Attn: General Counsel 1071 Market Place San Francisco, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1440. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Huntington Beach Active dated 01/01/1995** | |
| | State the term remaining | **Undetermined** | **Sancals Group LLC 8885 Venice Blvd 8885 Venice Blvd Ste 200 Los Angeles, CA 90034** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name    Middle Name    Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1441.** State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 105 Huntington Beach Active dated 10/01/1979** | |
| State the term remaining **12/31/2026** | **Sancals Group LLC 5858 Warner Avenue Huntington Beach, CA 92649-4658** |
| List the contract number of any government contract | |
| **2.1442.** State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for Simi Valley-Tapo Active Dry dated 10/27/2006** | |
| State the term remaining **Undetermined** | **Santa Susana GRF2, LLC c/o Gerrity Atlantic Management, Inc. 973 Lomas Santa Fe Drive Solana, CA 92075** |
| List the contract number of any government contract | |
| **2.1443.** State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 852 Chandler Sport (CLOSED) dated 06/19/2006 5/31/2021** | |
| State the term remaining | **Santan North Investors, LLC 1085 South Arizona Avenue Chandler, AZ 85286-6505** |
| List the contract number of any government contract | |
| **2.1444.** State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for Santee Sport dated 12/18/2002** | |
| State the term remaining **Undetermined** | **Santee Trolley Square 991, LP Attn: Legal Department 3333 New Hyde Park Rd, Suite 100 PO Box 5020 New Hyde Park, NY 11042-0020** |
| List the contract number of any government contract | |
| **2.1445.** State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 104 Santee Sport dated 10/18/2002** | |
| State the term remaining **10/17/2022** | **Santee Trolley Square 991, LP 9906 Mission Gorge Road Santee, CA 92071-3840** |
| List the contract number of any government contract | |
| **2.1446.** State what the contract or lease is for and the nature of the debtor's interest **Statement of Work - Technical Solutions Agreement dated 06/14/2010 Potentially Expired** | |
| State the term remaining | **Sarcom Corporation Attn: General Counsel 4995 Murphy Canyon Road Suite 300 San Diego, CA 92123** |
| List the contract number of any | |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1447. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 06/28/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sarcom Incorporated** **Attn: Ed Tarzi** **19 Morgan** **Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.1448. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 06/28/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sarcom Incorporated** **Attn: Ed Tarzi** **19 Morgan** **Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.1449. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement and Statement of Work dated 06/28/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Sarcom Incorporated** **Attn: Ed Tarzi** **19 Morgan** **Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.1450. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Reg Ofc_Lakeshore Towers dated 07/01/2017** | |
|---|---|---|---|
| | State the term remaining | **745 Days** | **SASKAWAY SIX LP - V0000413102** **14275 Midway Rd.** **Suite 160** **Addison, TX 75001** |
| | List the contract number of any government contract | | |

| 2.1451. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 96400 Dallas Regional Office dated 11/01/2012** | |
|---|---|---|---|
| | State the term remaining | **6/30/2020** | **SASKAWAY SIX LP - V0000413102** **14275 Midway Road** **Addison, TX 75001** |
| | List the contract number of any government contract | | |

| 2.1452. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fullerton Imperial Highway dated 01/25/2018** | **SCB, Inc** **c/o Scotti and Associates, Inc.** **PO Box 5917** **Fullerton, CA 92838** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining　　**Undetermined** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1453. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 844 Fullerton Super Sport dated 07/29/2017** |
| | State the term remaining | **1/31/2033** |
| | List the contract number of any government contract | **SCB, Inc**<br>**130 Imperial Highway**<br>**Fullerton, CA 92835-1019** |

| | | |
|---|---|---|
| 2.1454. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Software as a Service Agreement dated 04/02/2018** |
| | State the term remaining | **Potentially Expired** |
| | List the contract number of any government contract | **ScoutRFP, Inc.**<br>**Attn: General Counsel**<br>**123 Mission Street**<br>**Suite 600**<br>**San Francisco, CA 94105** |

| | | |
|---|---|---|
| 2.1455. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Software as a Service Agreement - Not Dated** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | **ScoutRFP, Inc.**<br>**Attn: General Counsel**<br>**123 Mission Street**<br>**Suite 600**<br>**San Francisco, CA 94105** |

| | | |
|---|---|---|
| 2.1456. | State what the contract or lease is for and the nature of the debtor's interest | **SCW LMM, Inc. Supplementary Agreement dated 01/10/2012** |
| | State the term remaining | **Potentially Expired** |
| | List the contract number of any government contract | **SCW LMM, Inc.**<br>**Attn: General Counsel**<br>**c/o SCW Inc.**<br>**7365 Old Alexandria Ferry Rd**<br>**Clinton, MD 20735-1832** |

| | | |
|---|---|---|
| 2.1457. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bishop Ranch (San Ramon)-CA dated 07/01/2015** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | **SDC7, LLC**<br>**Attn:  General Counsel**<br>**2600 Camino Ramon, Suite #201**<br>**San Ramon, CA 94583** |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1458.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Channel Islands Active dated 08/01/2008**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Seabridge Partners, LP**
**Attn: Shahram Afshani**
**3280 Motor Avenue**
**Suite 200**
**Los Angeles, CA 90034**

**2.1459.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 919 Channel Islands Active dated 08/01/2008**

State the term remaining — **7/31/2023**

List the contract number of any government contract

**Seabridge Partners, LP**
**1651 Victoria Avenue, Suite 160**
**Suite 160**
**Oxnard, CA 93035-1592**

**2.1460.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for The Promenade Super Sport dated 07/01/2005**

State the term remaining — **1,841 Days**

List the contract number of any government contract

**Second & S.M. Blvd. Associates, LLC**
**Doug Lambeck**
**12381 Wilshire Blvd.**
**Ste 201**
**Los Angeles, CA 90025-2058**

**2.1461.** State what the contract or lease is for and the nature of the debtor's interest — **Revocable Services Agreement dated 07/01/2015**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Securitas Security Services USA, Inc.**
**Attn: Peter Platten, VP National Sales**
**2 Campus Drive**
**Parsippany, NJ 07054**

**2.1462.** State what the contract or lease is for and the nature of the debtor's interest — **Revocable Services Agreement dated 07/01/2015**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Securitas Security Services USA, Inc.**
**Attn: Peter Platten, VP National Sales**
**2 Campus Drive**
**Parsippany, NJ 07054**

**2.1463.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 733 Yorktown Heights dated 03/14/2020**

State the term remaining — **3/31/2035**

List the contract number of any

**Seritage**
**600 Lee Blvd., Suite 1180**
**Jefferson Valley Mall**
**Yorktown Heights, NY**

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1464. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 734 East Northpoint Super Sport dated 02/29/2020** | |
| | State the term remaining | **2/28/2035** | **Seritage**<br>**4000 Jericho Turnpike**<br>**Suite 1190**<br>**East Northport, NY 11731** |
| | List the contract number of any government contract | | |

| 2.1465. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Yorktown Heights dated 03/20/2020** | |
| | State the term remaining | **Undetermined** | **Seritage SRC Finance LLC**<br>**c/o Seritage Growth Properties**<br>**Attn: Executive VP Operations & Leasing**<br>**500 Fifth Avenue**<br>**New York, NY 10110** |
| | List the contract number of any government contract | | |

| 2.1466. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for East Northport dated 02/18/2020** | |
| | State the term remaining | **Undetermined** | **Seritage SRC Finance LLC**<br>**c/o Seritage Growth Properties**<br>**Attn: Executive VP Operations & Leasing**<br>**500 Fifth Avenue**<br>**New York, NY 10110** |
| | List the contract number of any government contract | | |

| 2.1467. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hicksville Broadway (Pipeline) dated Based on LL/Permit Delivery** | |
| | State the term remaining | **Undetermined** | **Seritage SRC Finance LLC**<br>**c/o Seritage Growth Properties**<br>**Attn: Executive VP Operations & Leasing**<br>**500 Fifth Avenue**<br>**New York, NY 10110** |
| | List the contract number of any government contract | | |

| 2.1468. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Chicago North Harlem (Pipeline) dated Based on LL/Permit Delivery** | |
| | State the term remaining | **Undetermined** | **Seritage SRC Finance LLC**<br>**c/o Seritage Growth Properties**<br>**Attn: EVP, General Counsel**<br>**500 Fifth Avenue**<br>**New York, NY 10110** |
| | List the contract number of any government contract | | |

| 2.1469. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Six Corners Irving Park (Pipeline) dated Based on LL/Permit Delivery** | **Seritage SRC Finance LLC**<br>**c/o Seritage Growth Properties**<br>**Attn: EVP, General Counsel**<br>**500 Fifth Avenue**<br>**New York, NY 10110** |

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Undetermined** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1470. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Joliet (Pipeline) dated Based on LL/Permit Delivery** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Seritage SRC Finance LLC**
**c/o Seritage Growth Properties**
**Attn: EVP, General Counsel**
**500 Fifth Avenue**
**New York, NY 10110**

| | | |
|---|---|---|
| 2.1471. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Orland Park Square (Pipeline) dated Based on LL/Permit Delivery** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Seritage SRC Finance LLC**
**c/o Seritage Growth Properties**
**Attn: EVP, General Counsel**
**500 Fifth Avenue**
**New York, NY 10110**

| | | |
|---|---|---|
| 2.1472. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Product Order Form dated 07/01/2018** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**ServiceChannel.com, Inc.**
**Attn: General Counsel**
**18 East 16th Street, 2nd Floor**
**New York, NY 10003**

| | | |
|---|---|---|
| 2.1473. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT PRODUCT ORDER FORM  dated 07/01/2018** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**ServiceChannel.com, Inc.**
**Attn: General Counsel**
**18 East 16th Street, 2nd Floor**
**New York, NY 10003**

| | | |
|---|---|---|
| 2.1474. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Gladstone McLoughlin Blvd dated 07/01/2017** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Seven Hills Properties 31, LLC**
**Attn: NAI Elliott**
**901 NE Glisan Street**
**Portland, OR 97232**

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1475.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 427 Gladstone Super Sport dated 07/22/2017** | |
| State the term remaining | **6/30/2032** | **Seven Hills Properties 31, LLC 465 W. Arlington Street Gladstone, OR 97027** |
| List the contract number of any government contract | | |
| **2.1476.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bedford Super Sport dated 02/06/1996** | **SF TX LP c/o W.P. Carey Inc. 50 Rockefeller Plaza, 2nd Floor New York, NY 10020** |
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |
| **2.1477.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Taylorsville Sport dated 12/16/2002** | **SFP 24 Hour Taylorsville LLC Newmark Grubb ACRES 376 East 400 South Suite 120 Salt Lake City, UT 84111** |
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |
| **2.1478.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Downtown Sacramento SuperSport dated 10/19/2011** | **SG Downtown LLC SGD Retail LLC c/o DOCO Management - CBRE Attn: Jamie Adao Sacramento, CA 95814** |
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |
| **2.1479.** State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 598 Sacramento Downtown Super Sport dated 07/01/2000 12/31/2026** | **SGD RETAIL LLC 1020 7th Street Sacramento, CA 95814-3400** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1480.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Milpitas Super Sport dated 05/14/2018** | **Shapell Calaveras, LLC Attn: General Counsel 11200 Corbin Avenue Suite 201 Porter, CA 91326** |
| State the term remaining | **Undetermined** | |
| List the contract number of any | | |

Debtor 1 **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.1481. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 602 Milpitas Town Center Super Sport dated 05/12/2018** |
| | State the term remaining | **5/31/2033** |
| | List the contract number of any government contract | |

**Shapell Calaveras, LLC.
749 East Calaveras Blvd
Milpitas, CA 95033-5435**

| | | |
|---|---|---|
| 2.1482. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Milpitas Active dated 12/05/2005** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Shapell Properties Inc (Club 601)
SHAPELL NORCAL RENTAL PROPERTIES LLC
39650 Liberty Street, Suite 490
Fremont, CA 94538**

| | | |
|---|---|---|
| 2.1483. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement dated 11/06/2017** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Shubh Solutions, LLC
Attn: Kesava Pasumarthi
10225 Barnes Canyon Rd.
Suite A206
San Diego, CA 92121**

| | | |
|---|---|---|
| 2.1484. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04/29/2016** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Shubh Solutions, LLC
Attn: General Counsel
10225 Barnes Canyon Rd.
Suite A206
San Diego, CA 92121**

| | | |
|---|---|---|
| 2.1485. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 11/17/2014** |
| | State the term remaining | **Potentially Expired** |
| | List the contract number of any government contract | |

**Shubh Solutions, LLC
Attn: Kesava Pasumarthi
10225 Barnes Canyon Rd.
San Diego, CA 92121**

| | | |
|---|---|---|
| 2.1486. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Oakland Active dated 04/26/1996** |

**SIC - Lakeside Drive, LLC
300 Lakeside Drive, Ste. 206
Oakland, CA 94612**

Debtor 1  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*  **20-11561**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining | **1,928 Days** |   |
|---|---|---|---|
|   | List the contract number of any government contract |   |   |

| 2.1487. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 532 Oakland Active dated 06/01/1996** |   |
|---|---|---|---|
|   | State the term remaining | **9/25/2025** | **SIC - Lakeside Drive, LLC** |
|   | List the contract number of any government contract |   | **2050 Webster Street Oakland, CA 94612-3512** |

| 2.1488. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Missouri City Hwy (Pipeline) dated Based on LL/Permit Delivery Undetermined** |   |
|---|---|---|---|
|   | State the term remaining |   | **Sienna Cypress LLC c/o Williamsburg Enterprises LLC** |
|   | List the contract number of any government contract |   | **3 Riverway Suite 1100 Houston, TX 77056** |

| 2.1489. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Silverado Sport dated 04/14/2002** |   |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **Silverado Ranch Centre II, LLC c/o Laurich Properties** |
|   | List the contract number of any government contract |   | **10655 Park Run Drive Ste 160 Las Vegas, NV 89144** |

| 2.1490. | State what the contract or lease is for and the nature of the debtor's interest | **Program and Services Agreement  dated 12/20/2013** |   |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **SiteSpect, Inc. Attn: General Counsel** |
|   | List the contract number of any government contract |   | **10 Milk Street, Suite 820 Boston, MA 02108** |

| 2.1491. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Montclair Active dated 09/15/2006** |   |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **Skolem Group, LLC c/o BP International, Inc.** |
|   | List the contract number of any government contract |   | **650 W. Duarte Rd Ste. 1088 Arcadia, CA 91007** |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**
_____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.1492. | State what the contract or lease is for and the nature of the debtor's interest | **Dealer Application and Agreement dated 07/25/2011** | |
| | State the term remaining | **Undetermined** | **Skullcandy, Inc.**<br>**Attn: General Counsel**<br>**1441 West Ute Boulevard**<br>**Park City, UT 84098** |
| | List the contract number of any government contract | | |
| 2.1493. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement  dated 12/03/2018** | |
| | State the term remaining | **Undetermined** | **Slack Technologies, Inc.**<br>**Attn: General Counsel**<br>**500 Howard Street**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |
| 2.1494. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, Project Agreement dated 08/15/2018** | |
| | State the term remaining | **Undetermined** | **SMA Architects, PC**<br>**Attn: General Counsel**<br>**115 West Main Street**<br>**Allen, TX 75013** |
| | List the contract number of any government contract | | |
| 2.1495. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, PC. Project Agreement dated 02/20/2019** | |
| | State the term remaining | **Undetermined** | **SMA Architects, PC**<br>**Attn: General Counsel**<br>**115 West Main Street**<br>**Allen, TX 75013** |
| | List the contract number of any government contract | | |
| 2.1496. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Consultant Services dated 02/21/2019** | |
| | State the term remaining | **Undetermined** | **SMA Architects, PC**<br>**Attn: General Counsel**<br>**115 West Main Street**<br>**Allen, TX 75013** |
| | List the contract number of any government contract | | |
| 2.1497. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Architectural/Engineering Consultant Services dated 02/22/2019** | |
| | State the term remaining | **Undetermined** | **SMA Architects, PC**<br>**Attn: General Counsel**<br>**115 West Main Street**<br>**Allen, TX 75013** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name    Middle Name    Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1498. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Consultant Services dated 03/08/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1499. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, Project Agreement dated 03/23/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1500. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Consultant Services dated 03/23/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1501. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Consultant Services dated 07/21/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1502. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, Project Agreement dated 10/02/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1503. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Consultant Services dated 10/11/2019** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name    Middle Name    Last Name

Case number *(if known)*    **20-11561**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

| 2.1504. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, PC. Project Agreement dated 10/25/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1505. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, PC. Project Agreement dated 10/25/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 West Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1506. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, Project Agreement dated 03/08/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 W. Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1507. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, Project Agreement dated 05/12/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 W. Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.1508. | State what the contract or lease is for and the nature of the debtor's interest | **Sma + Architects, Project Agreement dated 12/14/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SMA Architects, PC Attn: General Counsel 115 W. Main Street Allen, TX 75013** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1509.** State what the contract or lease is for and the nature of the debtor's interest — **Sma + Architects, Project Agreement dated 11/20/2018** | |
| State the term remaining — **Undetermined** | **SMA Architects, PC** **Attn: General Counsel** **115 W. Main Street** **Allen, TX 75013** |
| List the contract number of any government contract | |
| **2.1510.** State what the contract or lease is for and the nature of the debtor's interest — **Project Agreement for Architectural/Engineering Consultant Services dated 03/25/2019** | |
| State the term remaining — **Undetermined** | **SMA Architects, PC** **Attn: General Counsel** **115 W. Main Street** **Allen, TX 75013** |
| List the contract number of any government contract | |
| **2.1511.** State what the contract or lease is for and the nature of the debtor's interest — **Architectural & Engineering Services Agreement - Piscataway dated 08/05/2019** | |
| State the term remaining — **Undetermined** | **SMA Architects, PC** **Attn: General Counsel** **115 W. Main Street** **Allen, TX 75013** |
| List the contract number of any government contract | |
| **2.1512.** State what the contract or lease is for and the nature of the debtor's interest — **SMA ARCHITECTS PROJECT AGREEMENT FOR ARCHITECTURAL/ENGINEERING CONSULTANT SERVICES  dated 01/30/2019** | |
| State the term remaining — **Undetermined** | **SMA Architects, PC** **Attn: General Counsel** **115 W Main St** **Allen, TX 75013** |
| List the contract number of any government contract | |
| **2.1513.** State what the contract or lease is for and the nature of the debtor's interest — **Order Sheet  dated 06/21/2018** | |
| State the term remaining — **Potentially Expired** | **Smartsheet, Inc.** **Attn: Catriana Sheputis** **10500 NE 8th Street** **Suite 1300** **Bellevue, WA 98004-4312** |
| List the contract number of any government contract | |

Debtor 1   **24 Hour Fitness USA, Inc.**                                Case number *(if known)*   **20-11561**
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1514.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement dated 06/28/2018**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Smartsheet, Inc.**
**Attn: Catriana Sheputis**
**10500 NE 8th Street**
**Suite 1300**
**Bellevue, WA 98004-4312**

**2.1515.** State what the contract or lease is for and the nature of the debtor's interest — **SERVICES AGREEMENT - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Smartsheet, Inc.**
**Attn: Catriana Sheputis**
**10500 NE 8th Street**
**Suite 1300**
**Bellevue, WA 98004-4312**

**2.1516.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Santa Monica Super Sport dated 01/02/1979**

State the term remaining — **Undetermined**

List the contract number of any government contract

**SMBP LLC**
**c/o Boston Properties**
**Attn: Jon Lange**
**3200 Ocean Park Blvd**
**Santa Monica, CA 90405**

**2.1517.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 183 Santa Monica Super Sport dated 11/01/1996**

State the term remaining — **2/28/2022**

List the contract number of any government contract

**SMBP LLC**
**2929 31st Street**
**Santa Monica, CA 90405-3036**

**2.1518.** State what the contract or lease is for and the nature of the debtor's interest — **Mastering SAAS Agreement dated 01/03/2019**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Snowflake Computing, Inc.**
**Attn: General Counsel**
**100 South Ellsworth Avenue #100**
**San Mateo, CA 94491**

**2.1519.** State what the contract or lease is for and the nature of the debtor's interest — **Mastering SAAS Agreement - Not Dated**

State the term remaining — **Undetermined**

List the contract number of any

**Snowflake Computing, Inc.**
**Attn: General Counsel**
**100 South Ellsworth Avenue #100**
**San Mateo, CA 94401**

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1520. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Corona Sport dated 11/01/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SO-McKinley LLC c/o ShopOne Centers REIT, Inc 10100 Waterville Street Whitehouse, OH 43571** |
| | List the contract number of any government contract | | |

| 2.1521. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 198 Corona Sport dated 05/01/1999** | |
|---|---|---|---|
| | State the term remaining | **5/23/2024** | **SO-McKinley LLC 275 Teller Street #100 Corona, CA 92879-1894** |
| | List the contract number of any government contract | | |

| 2.1522. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Oxnard Collection Super Sport dated 12/20/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SOCM I, LLC c/o Shea Properties 130 Vantis Ste 200 Attn: Senior VP of Asset Management Aliso Viejo, CA 92656** |
| | List the contract number of any government contract | | |

| 2.1523. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 928 Oxnard Collection Super Sport 12/20/2014** | |
|---|---|---|---|
| | State the term remaining | **12/31/2029** | **SOCM I, LLC 400 Town Center Drive Oxnard, CA 93036-1145** |
| | List the contract number of any government contract | | |

| 2.1524. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement dated 11/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |
| | List the contract number of any government contract | | |

| 2.1525. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/01/2018** | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |
|---|---|---|---|

Debtor 1    __24 Hour Fitness USA, Inc.__

      First Name            Middle Name          Last Name

Case number *(if known)*    __20-11561__

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Potentially Expired**<br><br>List the contract number of any government contract | |
| **2.1526.** State what the contract or lease is for and the nature of the debtor's interest — **Sofftek Integration Systems, Inc. Sales Channel Phase 2 Pilot dated 01/01/2019**<br><br>State the term remaining **Potentially Expired**<br><br>List the contract number of any government contract | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |
| **2.1527.** State what the contract or lease is for and the nature of the debtor's interest — **Sofftek Integration Systems, Inc. Sales Channel Phase 2 Pilot dated 01/01/2019**<br><br>State the term remaining **Potentially Expired**<br><br>List the contract number of any government contract | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |
| **2.1528.** State what the contract or lease is for and the nature of the debtor's interest — **Mi9 Project dated 01/01/2016**<br><br>State the term remaining **Undetermined**<br><br>List the contract number of any government contract | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |
| **2.1529.** State what the contract or lease is for and the nature of the debtor's interest — **Software Development dated 01/01/2016**<br><br>State the term remaining **Undetermined**<br><br>List the contract number of any government contract | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |
| **2.1530.** State what the contract or lease is for and the nature of the debtor's interest — **Software development dated 01/01/2016**<br><br>State the term remaining **Undetermined**<br><br>List the contract number of any government contract | **Softtek Integration Systems, Inc. Attn: Corporate Legal Counsel Boulevard Constitucion #3098 piso PH Monterrey, Nuevo Leon  64650 Mexico** |

Debtor 1   **24 Hour Fitness USA, Inc.**
           First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1531. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Products Handled dated 06/27/2012** | **Softtek Integration Systems, Inc. Attn: General Counsel 2002 Summit Boulevard Suite 300 Atlanta, GA 30319** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1532. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement dated 03/16/2015** | **Softtek Integration Systems, Inc. Attn: General Counsel 2002 Summit Boulevard Suite 300 Atlanta, GA 30319** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1533. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/01/2018** | **Softtek Integration Systems, Inc. Attn: General Counsel 2002 Summit Boulevard Suite 300 Atlanta, GA 30319** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.1534. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/01/2018** | **Softtek Integration Systems, Inc. Attn: General Counsel 2002 Summit Boulevard Suite 300 Atlanta, GA 30319** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.1535. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/01/2018** | **Softtek Integration Systems, Inc. Attn: General Counsel 2002 Summit Boulevard Suite 300 Atlanta, GA 30319** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.1536. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03/01/2018** | **Softtek Integration Systems, Inc. Attn: General Counsel 2002 Summit Boulevard Suite 300 Atlanta, GA 30319** |
| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1537. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement dated 01/25/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Softtek Integration Systems, Inc.**<br>**Attn: General Counsel**<br>**3003 Summit Blvd, Suite #1500**<br>**Atlanta, GA 30319** |
| | List the contract number of any government contract | | |

| 2.1538. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order dated 03/16/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Software Development, Inc.**<br>**Attn: General Counsel**<br>**3825 Hopyard Rd**<br>**Suite 106**<br>**Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.1539. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Order  dated 03/16/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Software Development, Inc.**<br>**Attn: General Counsel**<br>**3825 Hopyard Rd**<br>**Suite 106**<br>**Pleasanton, CA 94583** |
| | List the contract number of any government contract | | |

| 2.1540. | State what the contract or lease is for and the nature of the debtor's interest | **End User License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SolarWinds Worldwide, LLC**<br>**Attn: General Counsel**<br>**3711 South MoPac Expressway**<br>**Building Two**<br>**Austin, TX 78746** |
| | List the contract number of any government contract | | |

| 2.1541. | State what the contract or lease is for and the nature of the debtor's interest | **End-User License Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sophos Limited**<br>**Attn: Legal Department**<br>**The Pentagon Abingdon Science Park**<br>**Abingdon, Oxfordshire  OX14 3YP**<br>**United Kingdom** |
| | List the contract number of any government contract | | |

| 2.1542. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Southglenn Super Sport dated 01/30/2010** | **SouthGlenn Property Holdings, LLC**<br>**5750 DTC Parkway**<br>**Suite 210**<br>**Greenwood Village, CO 80111** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1543. State what the contract or lease is for and the nature of the debtor's interest | **Master Services dated 04/25/2019** | |
| State the term remaining | **Undetermined** | **Southport Marketing Inc.** **Attn: Tom Johnson** **1090 Avenida Acaso** **Camarillo, CA 93012** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1544. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Sponsorship and Advertising dated 09/01/2017** | |
| State the term remaining | **564 Days** | **Spartan Race, Inc.** **Attn: General Counsel** **234 Congress Street, 5th floor** **Boston, MA 02110** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1545. State what the contract or lease is for and the nature of the debtor's interest | **Data Processor Agreement dated 10/29/2019** | |
| State the term remaining | **Undetermined** | **Spartan Race, Inc.** **Attn: General Counsel** **234 Congress Street, 5th Floor** **Boston, MA 02110** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1546. State what the contract or lease is for and the nature of the debtor's interest | **Trainers Limited Coaching License dated 10/12/2017** | |
| State the term remaining | **Undetermined** | **Spartan Race, Inc.** **Attn: General Counsel** **12647 Alcosta Blvd., Ste. 500** **San Ramon, CA 94583** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1547. State what the contract or lease is for and the nature of the debtor's interest | **DATA PROCESSOR AGREEMENT dated 10/29/2019** | |
| State the term remaining | **Undetermined** | **Spartan Race, Inc.** **Attn: General Counsel** **12647 Alcosta Blvd., Ste. 500** **San Ramon, CA 94583** |
| List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1548.** State what the contract or lease is for and the nature of the debtor's interest

**Trainers Limited Coaching License - Not Dated**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Spartan Race, Inc.**
**Attn: General Counsel**
**12647 Alcosta Blvd., Ste. 500**
**San Ramon, CA 94583**

**2.1549.** State what the contract or lease is for and the nature of the debtor's interest

**Sponsorship and Advertising Agreement dated 09/01/2017**

State the term remaining    **564 Days**

List the contract number of any government contract

**Spartan Race, Inc.**
**Attn: General Counsel**
**234 Congress Street, 5th fl**
**Boston, MA 02110**

**2.1550.** State what the contract or lease is for and the nature of the debtor's interest

**Marketing & Sponsorship Agreement dated 07/01/2015**

State the term remaining    **Potentially Expired**

List the contract number of any government contract

**Spartan Sports Properties, LLC**
**Attn: General Counsel**
**1393 South 7th Street**
**San Jose, CA 95112**

**2.1551.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Puente Hills Sport dated 02/14/2003**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Spectrum Clubs, Inc.**
**Bud Rockhill**
**840 Apollo Strret**
**Ste 100**
**El Segundo, CA 90245**

**2.1552.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 208 Sugarland Sport dated 12/01/1994**

State the term remaining    **3/31/2029**

List the contract number of any government contract

**SPIEGEL & SPIEGEL - V0000190931**
**14111 Southwest Freeway**
**Sugar Land, TX 77478-3776**

**2.1553.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Lancaster West Super Sport dated 12/31/2009**

State the term remaining    **Undetermined**

List the contract number of any

**Spirit Master Funding X, LLC**
**c/o Spirit Realty Capital, Inc.**
**16767 North Perimeter Drive**
**Suite 210**
**Scottsdale, AZ 85260-1042**

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.1554. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 878 Lancaster West Super Sport dated 12/19/2009** | |
|---|---|---|---|
| | State the term remaining | **12/18/2024** | **Spirit Master Funding X, LLC** |
| | List the contract number of any government contract | | **1220 West Avenue K Lancaster, CA 93534-5922** |

| 2.1555. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement dated 02/14/1994** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Sporting Club of America Attn: General Counsel** |
| | List the contract number of any government contract | | **18007 1/2 Von Karman Irvine, CA 92715** |

| 2.1556. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement dated 01/01/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SportTech Corporation Attn: General Counsel** |
| | List the contract number of any government contract | | **12264 Boulder Pass Drive Milford, MI 48380** |

| 2.1557. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 186 Long Beach Super Sport dated 11/01/1996** | |
|---|---|---|---|
| | State the term remaining | **12/31/2022** | **Spring Shopping Center, LLC** |
| | List the contract number of any government contract | | **3030 Bellflower Blvd. Long Beach, CA 90808-3701** |

| 2.1558. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Long Beach Super Sport dated 03/01/1994** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Spring Shopping Center, LLC** |
| | List the contract number of any government contract | | **PO Box 34486 Los Angeles, CA 90034** |

| 2.1559. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Not Dated** | **Sprinklr, Inc. Attn: General Counsel 29 West 35th Street 8th Floor New York, NY 10001** |
|---|---|---|---|

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

| 2.1560. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sprinklr, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel 29 West 35th Street 8th Floor New York, NY 10001** |

| 2.1561. | State what the contract or lease is for and the nature of the debtor's interest | **Platform License Order Form - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sprinklr, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel 29 West 35th Street 8th Floor New York, NY 10001** |

| 2.1562. | State what the contract or lease is for and the nature of the debtor's interest | **License Order  Form Agreement dated 02/06/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sprinklr, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel 29 West 35th Street, 7th Floor New York, NY 10001** |

| 2.1563. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement Sprinklr dated 02/06/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Sprinklr, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel 29 West 35th Street, 8th Floor New York, NY 10001** |

| 2.1564. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Miramar Active dated 09/01/1985** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SR19 Mark II Portfolio LLC c/o Stos Partners 669 2nd Street, 2nd Floor Encinitas, CA 92024** |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1565. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 094 Miramar Active dated 08/01/1985** | |
|---|---|---|---|
| | State the term remaining | 12/31/2029 | **SR19 Mark II Portfolio LLC** |
| | List the contract number of any government contract | | **9550 Miramar Road** |
| | | | **San Diego, CA 92126-4533** |

| 2.1566. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 90528 Reg Ofc (Miramar) CA dated 09/01/1985** | |
|---|---|---|---|
| | State the term remaining | 12/31/2025 | **SR19 Mark II Portfolio LLC** |
| | List the contract number of any government contract | | **9550 Miramar Road** |
| | | | **San Diego, CA 92126** |

| 2.1567. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Katy Sport dated 04/24/2004** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SSS Highland Plaza, LLC** |
| | List the contract number of any government contract | | **c/o Wu Properties Attn: Jessica Wu** |
| | | | **6100 Corporate Drive** |
| | | | **Suite 288** |
| | | | **Houston, TX 77036** |

| 2.1568. | State what the contract or lease is for and the nature of the debtor's interest | **Club Seat License Agreement  dated 05/14/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Stadium Management Company, LLC** |
| | List the contract number of any government contract | | **Denver Broncos Ticket Office** |
| | | | **Sports Authority Field at Mile High** |
| | | | **1701 Bryant Street, Suite 100** |
| | | | **Denver, CO 80204** |

| 2.1569. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship agreement dated 05/14/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Stadium Management Company, LLC** |
| | List the contract number of any government contract | | **c/o Stadium Management Company, LLC** |
| | | | **Attn: Joe Ellis, President/CEO** |
| | | | **13655 Broncos Parkway** |
| | | | **Englewood, CO 80112** |

| 2.1570. | State what the contract or lease is for and the nature of the debtor's interest | **CLUB SEAT LICENSE dated 05/14/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Stadium Management Company, LLC** |
| | List the contract number of any | | **Attn: General Counsel** |
| | | | **1701 Bryant Street** |
| | | | **Suite 100** |
| | | | **Denver, CO 80204** |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1571. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Agreement  dated 08/26/2015** | |
| | State the term remaining | **Potentially Expired** | **Stadium Management Company, LLC** |
| | List the contract number of any government contract | | **Attn: Joe Ellis, President/CEO 13655 Broncos Parkway Englewood, CO 80112** |

| 2.1572. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Agreement  dated 08/26/2015** | |
| | State the term remaining | **Potentially Expired** | **Stadium Management Company, LLC** |
| | List the contract number of any government contract | | **Attn: Joe Ellis, President/CEO 13655 Broncos Parkway Englewood, CO 80112** |

| 2.1573. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship agreement dated 05/14/2019** | |
| | State the term remaining | **Undetermined** | **Stadium Management Company, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel 13655 Broncos Parkway Englewood, CO 80112** |

| 2.1574. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 960 Vancouver 131st Ave Super Sport dated 09/19/2008** | |
| | State the term remaining | **9/18/2023** | |
| | List the contract number of any government contract | | **Stahl Investments LP 13019 NE Fourth Plain Road Vancouver, WA 98682-5547** |

| 2.1575. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 960 Vancouver 131st Ave Super Sport dated 09/19/2008** | |
| | State the term remaining | **9/18/2023** | |
| | List the contract number of any government contract | | **Stahl Investments LP 13019 NE Fourth Plain Road Vancouver, WA 98682-5547** |

| 2.1576. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Vancouver 131st Ave SuperSport dated 09/19/2008** | **Stahl Investments LP 105 2nd Street Oakland, CA 94607** |

Debtor 1   **24 Hour Fitness USA, Inc.**
   First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1577. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment, Assumption, and Consent Agreement dated 06/30/2009** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Staples Contract & Commercial LLC**
**Attn: General Counsel**
**7500 W. 110th Street**
**Overland Park, KS 66210**

| | | |
|---|---|---|
| 2.1578. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 02/01/2013** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Staples Contract & Commercial LLC**
**Attn: Steve Seignious**
**500 Staples Drive**
**Framingham, MA 01702**

| | | |
|---|---|---|
| 2.1579. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 02/01/2013** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Staples Contract & Commercial LLC**
**Attn: Steve Seignious**
**500 Staples Drive**
**Framingham, MA 01702**

| | | |
|---|---|---|
| 2.1580. | State what the contract or lease is for and the nature of the debtor's interest | **Program Agreement dated 02/01/2013** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Staples Contract & Commercial LLC**
**Attn: General Counsel**
**500 Staples Drive**
**Framingham, MA 01702**

| | | |
|---|---|---|
| 2.1581. | State what the contract or lease is for and the nature of the debtor's interest | **Staples Advantage Master Purchasing Agreement dated 02/01/2013** |
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

**Staples Contract & Commercial LLC**
**Attn: Steve Seignious**
**500?Staples Drive**
**Framingham, MA 01702**

Debtor 1  **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1582.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　　List the contract number of any government contract | **Program Agreement dated 02/01/2013**<br><br>**Undetermined** | **Staples Contract & Commercial LLC**<br>**Attn: SPS VP/GM**<br>**500 Staples Drive**<br>**Framingham, MA 01702** |
| **2.1583.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　　List the contract number of any government contract | **Agreement to Order Marketing Fulfillment Inventory List dated 02/05/2015**<br>**Undetermined** | **Staples Promotional Products**<br>**Attn: SPP General Manager**<br>**7500 W. 110th Street**<br>**Overland Park, KS 66210** |
| **2.1584.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　　List the contract number of any government contract | **Lease Agreement for Solano Mall - Fairfield Sport dated 06/08/2007**<br><br>**Undetermined** | **Star-West Solano LLC**<br>**Attn: General Manager**<br>**1350 Travis Blvd.**<br>**Fairfield, CA 94533** |
| **2.1585.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　　List the contract number of any government contract | **Lease Agreement for Florin Sport dated 09/19/2008**<br><br>**Undetermined** | **STARBOARD FLORIN LLC**<br>**STARBOARD MANAGEMENT SERVICES LLC**<br>**c/o Colliers International**<br>**Attn: Eleanor Mueller**<br>**Sacramento, CA 95825** |
| **2.1586.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　　List the contract number of any government contract | **Lessee for location at 806 Florin Sport dated 09/19/2008**<br><br>**9/30/2033** | **STARBOARD FLORIN LLC**<br>**ROBHANA INVESTMENTS III, LLC**<br>**RHET FLORIN, LLC**<br>**6061 Florin Rd**<br>**Sacramento, CA 95823-2304** |
| **2.1587.** State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>　　List the contract number of any | **Lease Agreement for Anaheim Garden Walk Active dated 06/27/2008**<br><br>**Undetermined** | **STC GardenWalk, LLC**<br>**c/o STC Management**<br>**10722 Beverly Blvd.**<br>**Ste. P**<br>**Whittier, CA 90601** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1588. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Antioch Somersville Super Sport dated 08/29/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Steve Padis Jewelry Plus Enterprises Inc** |
| | List the contract number of any government contract | | **888 Brannan Street Suite 128 San Francisco, CA 94103** |

| 2.1589. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 456 Antioch Somersville Super Sport dated 12/17/2016** | |
|---|---|---|---|
| | State the term remaining | **8/31/2037** | **Steve Padis Jewelry Plus Enterprises Inc** |
| | List the contract number of any government contract | | **2520 Somersville Road Antioch, CA 94509-4409** |

| 2.1590. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 08/25/2017** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Steven Robert Construction Attn: Steven Cumming** |
| | List the contract number of any government contract | | **1483 E 3850 South St. George, UT 84790** |

| 2.1591. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Rancho Penasquitos Sport dated 07/02/1998** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SunBrewer Partners, L.P. c/o 1st Commercial Mgmt Group SD Inc. Attn: Roberta Lawler** |
| | List the contract number of any government contract | | **9875 Carmel Mountain Road San Diego, CA 92129** |

| 2.1592. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 191 Rancho Penasquitos Sport dated 03/01/1999** | |
|---|---|---|---|
| | State the term remaining | **7/31/2028** | **SunBrewer Partners, L.P.** |
| | List the contract number of any government contract | | **10025 Carmel Mountain Road San Diego, CA 92129-3229** |

| 2.1593. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Sunnyvale Super Sport dated 03/12/2011** | **Sunnyvale Shopping Center, LLC c/o Terramar Retail Centers, LLC 5973 Avenida Encinas, Suite 300 Carlsbad, CA 92008** |
|---|---|---|---|

Debtor 1  **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1594. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 887 Sunnyvale Super Sport dated 03/12/2011** | |
| | State the term remaining | **12/31/2025** | **Sunnyvale Shopping Center, LLC** |
| | List the contract number of any government contract | | **762 Sunnyvale Saratoga Road Sunnyvale, CA 94087-1462** |

| 2.1595. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 10/17/2011** | |
| | State the term remaining | **Undetermined** | **Sunset Pools, Inc. Attn: Contract Manager 1808-1 I Street NW** |
| | List the contract number of any government contract | | **Suite 101 Washington, DC 20006** |

| 2.1596. | State what the contract or lease is for and the nature of the debtor's interest | **Swimming Pool Management Agreement dated 09/25/2009** | |
| | State the term remaining | **Potentially Expired** | **Sunset Pools, Inc. Attn: General Counsel 1801-1 I Street NW** |
| | List the contract number of any government contract | | **Suite 201 Washington, DC 20006** |

| 2.1597. | State what the contract or lease is for and the nature of the debtor's interest | **Swimming Pool Management Agreement dated 09/25/2010** | |
| | State the term remaining | **Potentially Expired** | **Sunset Pools, Inc. Attn: General Counsel 1808-1 I Street NW** |
| | List the contract number of any government contract | | **Suite 201 Washington, DC 20006** |

| 2.1598. | State what the contract or lease is for and the nature of the debtor's interest | **Swimming Pool Management Agreement dated 09/25/2010** | |
| | State the term remaining | **Potentially Expired** | **Sunset Pools, Inc. Attn: General Counsel 1808-1 I Street NW** |
| | List the contract number of any government contract | | **Suite 201 Washington, DC 20006** |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1599.** State what the contract or lease is for and the nature of the debtor's interest
**Revocable Services Agreement dated 02/01/2013**

State the term remaining  **Undetermined**

List the contract number of any government contract

**Sunset Pools, Inc.
Attn: Bob Kiani
6066 Leesburg Pike
Suite 220
Falls Church, VA 22041**

---

**2.1600.** State what the contract or lease is for and the nature of the debtor's interest
**Revocable Services Agreement dated 10/01/2014**

State the term remaining  **Undetermined**

List the contract number of any government contract

**Sunset Pools, Inc.
Attn: Bob Kiani
2701 N. Pershing Drive
Arlington, VA 22201**

---

**2.1601.** State what the contract or lease is for and the nature of the debtor's interest
**Lease Agreement for Tamarac Super Sport dated 06/06/2019**

State the term remaining  **Undetermined**

List the contract number of any government contract

**Sunshine MZL LLC
c/o Katz Properties
254 West 31st St.
4th Floor
New York, NY 10001**

---

**2.1602.** State what the contract or lease is for and the nature of the debtor's interest
**Lessee for location at 637 Tamarac Super Sport dated 12/08/2018**

State the term remaining  **6/30/2034**

List the contract number of any government contract

**Sunshine MZL LLC c/o Katz Properties
4017 W. Commercial Blvd
Tamarac, FL 33319**

---

**2.1603.** State what the contract or lease is for and the nature of the debtor's interest
**Lease Agreement for Concord Sport dated 08/23/2003**

State the term remaining  **Undetermined**

List the contract number of any government contract

**Sunvalley Shopping Center, LC
SunValley
200 East Long Lake Road  P.O. Box 200
Bloomfield Hills, MI 48303**

---

**2.1604.** State what the contract or lease is for and the nature of the debtor's interest
**Lessee for location at 511 Concord Sport dated 08/23/2003**

State the term remaining  **1/31/2022**

List the contract number of any

**Sunvalley Shopping Center, LC
359 Sun Valley Mall Road
Concord, CA 94520-5811**

Debtor 1  **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1605. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Baytown Garth Road Sport dated 12/07/2007** | **SW Properties LLC Brixmor holdings 12 SPE, LLC c/o Brixmor Property Group Inc. Attn: General Counsel New York, NY 10017** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1606. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 695 Baytown Sport dated 12/07/2007** | **SW Properties, LLC 3501 Garth Road Baytown, TX 77521-3865** |
|---|---|---|---|
| | State the term remaining | **1/25/2022** | |
| | List the contract number of any government contract | | |

| 2.1607. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Dairy Ashford Sport dated 08/12/2007** | **SW3LH, LLC c/o AVG Partners Attn: Kammie Hertz 9595 Wilshire Boulevard Beverly Hills, CA 90212** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1608. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Houston Regional Ofc dated 08/12/2012** | **SW3LH, LLC c/o AVG Partners Attn: Kammie Hertz 9595 Wilshire Boulevard Suite 700 Beverly Hills, CA 90212** |
|---|---|---|---|
| | State the term remaining | **1,264 Days** | |
| | List the contract number of any government contract | | |

| 2.1609. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 697 Dairy Ashford Sport dated 08/25/2007** | **SW3LH, LLC 12553 Westheimer Road Houston, TX 77077-5807** |
|---|---|---|---|
| | State the term remaining | **12/1/2023** | |
| | List the contract number of any government contract | | |

| 2.1610. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 96990 Houston Regional Ofc dated 08/25/2007** | **SW3LH, LLC 12553 Westheimer Road Houston, TX 77077-5807** |
|---|---|---|---|

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **12/1/2023** |  |
|  | List the contract number of any government contract |  |  |

| 2.1611. | State what the contract or lease is for and the nature of the debtor's interest | **Colocation Facilities Agreement dated 08/22/2014** |  |
|  | State the term remaining | **Undetermined** | **Switch Communications Group LLC Attn: Lesley McVay, EVP Facility Service 7135 S. Decatur Blvd Las Vegas, NV 89118** |
|  | List the contract number of any government contract |  |  |

| 2.1612. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order  dated 09/22/2014** |  |
|  | State the term remaining | **Undetermined** | **Switch Communications Group LLC Attn: Lesley McVay, EVP Facility Service 7135 S. Decatur Blvd Las Vegas, NV 89118** |
|  | List the contract number of any government contract |  |  |

| 2.1613. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order  dated 01/02/2019** |  |
|  | State the term remaining | **565 Days** | **Switch Communications Group LLC Attn: Lesley McVay, EVP Facility Service 7135 S. Decatur Blvd Las Vegas, NV 89118** |
|  | List the contract number of any government contract |  |  |

| 2.1614. | State what the contract or lease is for and the nature of the debtor's interest | **Colocation Facilities Agreement dated 12/10/2012** |  |
|  | State the term remaining | **Undetermined** | **Switch Communications Group LLC Attn: Melissa Young, EvP Colocation 7135 S. Decatur Blvd Las Vegas, NV 89118** |
|  | List the contract number of any government contract |  |  |

| 2.1615. | State what the contract or lease is for and the nature of the debtor's interest | **RE: Enterprise Licensing Agreement dated 02/28/2011** |  |
|  | State the term remaining | **Potentially Expired** | **Symantec Corporation Attn: General Counsel 350 Ellis Street Mountain View, CA 94043** |
|  | List the contract number of any government contract |  |  |

Debtor 1    **24 Hour Fitness USA, Inc.**                                 Case number *(if known)*    **20-11561**
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1616.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Tacoma South 38th dated 03/01/2018**

State the term remaining    **Undetermined**

List the contract number of any government contract

**T24, LLC**
**2602 South 38th Street**
**Suite #101**
**Tacoma, WA 98409**

---

**2.1617.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 441 Tacoma Super Sport dated 09/23/2017**

State the term remaining    **2/28/2038**

List the contract number of any government contract

**T24, LLC**
**111 South 38th Street**
**Tacoma, WA 98418-7803**

---

**2.1618.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Brentwood (Pipeline) dated Based on LL/Permit Delivery Undetermined**

State the term remaining

List the contract number of any government contract

**TA Brentwood, LLC**
**c/o Tekin & Associates, LLC**
**Attn: Anna Rodriquez**
**2600 N. Dallas Pkwy, Ste 370**
**Frisco, TX 75034**

---

**2.1619.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 457 Brentwood Lone Tree Super Sport**

State the term remaining    **Undetermined**

List the contract number of any government contract

**TA Brentwood, LLC**
**Lone Treet & Jeffrey Way**
**Brentwood, CA**

---

**2.1620.** State what the contract or lease is for and the nature of the debtor's interest

**Software License & Support Agreement and Addenda dated 01/01/2014**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Tax Compliance, Inc.**
**Attn: General Counsel**
**10089 Willow Creek Road**
**Suite 300**
**San Diego, CA 92131**

---

**2.1621.** State what the contract or lease is for and the nature of the debtor's interest

**Turnkey Software License & Support Agreement dated 01/01/2004**

State the term remaining    **Undetermined**

List the contract number of any

**Tax Compliance, Inc.**
**Attn: General Counsel**
**10200-A Willow Creek Road**
**San Diego, CA 92131**

---

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1622. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Temecula Sport dated 01/20/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Temecula Town Center Owner, LLC c/o Citivest, Inc. 4340 Von Karman Avenue, Suite 110 Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.1623. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Riverlake Active dated 03/01/1994** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Tencom Associates LLC c/o Colliers International 301 University Ave, Suite 100 Sacramento, CA 95825** |
| | List the contract number of any government contract | | |

| 2.1624. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 560 Riverlake Active dated 01/01/1998** | |
|---|---|---|---|
| | State the term remaining | 2/28/2024 | **Tencom Associates LLC 7600 Greenhaven Drive # 15 Sacramento, CA 95831-5604** |
| | List the contract number of any government contract | | |

| 2.1625. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 03/08/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Terracon Consultants, Inc. Attn: General Counsel 11555 Clay Road Suite 100 Houston, TX 77043-1239** |
| | List the contract number of any government contract | | |

| 2.1626. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 04/10/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Testing Engineers, Inc. Attn: General Counsel 2811 Teagarden Street San Leandro, CA 94577** |
| | List the contract number of any government contract | | |

| 2.1627. | State what the contract or lease is for and the nature of the debtor's interest | **Rate and Service Agreement dated 03/11/2014** | **The Courtyard by Marriott - Carlsbad Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |
|---|---|---|---|

Debtor 1  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
_____
First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

| 2.1628. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Rate and Service Agreement dated 01/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **The Courtyard by Marriott - Carlsbad** |
| | List the contract number of any government contract | | **Attn: General Counsel 5835 Owens Avenue Carlsbad, CA 92008** |

| 2.1629. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Reno Active dated 09/20/1996** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **The Hagers LP** |
| | List the contract number of any government contract | | **Attn: Robert R Hager 546 Ridge Street Reno, NV 89501** |

| 2.1630. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 538 Reno Active dated 03/01/1996** | |
|---|---|---|---|
| | State the term remaining | **9/30/2021** | **The Hagers LP** |
| | List the contract number of any government contract | | **1595 Sky Mountain Drive Reno, NV 89523-9190** |

| 2.1631. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Maui Active dated 12/01/1997** | |
|---|---|---|---|
| | State the term remaining | **1,841 Days** | **The Harry and Jeanette Weinberg Fdn, Inc** |
| | List the contract number of any government contract | | **3660 Waialae Avenue Suite 400 Honolulu, HI 96816-3260** |

| 2.1632. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Irvine Center Drive SuperSport dated 07/19/2000** | |
|---|---|---|---|
| | State the term remaining | **1,691 Days** | **The Irvine Company LLC** |
| | List the contract number of any government contract | | **Attn: General counsel, Retail Properties 101 Innovation Drive Irvine, CA 92617** |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1633.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Irvine Marketplace Super Sport dated 11/12/2010**

State the term remaining  **Undetermined**

List the contract number of any government contract

**The Irvine Company LLC
Attn: General Counsel
100 Innovation Drive
Irvine, CA 92617**

---

**2.1634.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Irvine Spectrum Sport dated 05/31/2007**

State the term remaining  **715 Days**

List the contract number of any government contract

**The Irvine Company LLC
Attn: General Counsel  Retail Properties
101 Innovation Drive
Irvine, CA 92617**

---

**2.1635.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Irvine Culver Drive - Active dated 02/01/1991**

State the term remaining  **230 Days**

List the contract number of any government contract

**The Irvine Company LLC
General Counsel, Retail Properties
100 Innovation Drive
Irvine, CA 92617**

---

**2.1636.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 196 Irvine Center Drive Super Sport dated 01/01/2000**

State the term remaining  **1/31/2025**

List the contract number of any government contract

**The Irvine Company LLC
8697 Irvine Center Drive
Irvine, CA 92618-4219**

---

**2.1637.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 884 Irvine Marketplace Super Sport dated 11/12/2010**

State the term remaining  **11/30/2025**

List the contract number of any government contract

**THE IRVINE COMPANY LLC - V4180
13752 Jamboree Road
Irvine, CA 92602-1200**

---

**2.1638.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Daly City Sport dated 02/01/1989**

State the term remaining  **Undetermined**

List the contract number of any

**The Kuk and Yongae Chung Living Trust
Attn: Kuk Chung
1133 Littleoak Circle
San Jose, CA 95129**

---

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1639. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship And Promotion Agreement dated 06/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **The Los Angeles Rams, LLC Attn: Todd A. Davis, VP - Legal Affairs 29899 Agoura Road Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.1640. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 03/12/2019** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **The Los Angeles Rams, LLC Attn: Todd Davis 29889 Agoura Road Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.1641. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 05/10/2016** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **The Los Angeles Rams, LLC Attn: Todd Davis 29889 Agoura Road Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.1642. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 03/03/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **The Los Angeles Rams, LLC Attn: Todd Davis 29899 Agoura Road Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.1643. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 03/03/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **The Los Angeles Rams, LLC Attn: Todd Davis 29899 Agoura Road Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.1644. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 03/12/2019** | **The Los Angeles Rams, LLC Attn: Todd Davis 29899 Agoura Road Agoura Hills, CA 91301** |
|---|---|---|---|

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Potentially Expired** | |
| | List the contract number of any government contract | | |

| 2.1645. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Carlos Active dated 06/04/1994** | |
| | State the term remaining | **1,507 Days** | **The Masha Grupp Trust II Ventana Property Services Attn: Julie DeShazo 975 High Street Palo Alto, CA 94301** |
| | List the contract number of any government contract | | |

| 2.1646. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 595 San Carlos Active dated 11/01/1998** | |
| | State the term remaining | **7/31/2024** | **The Masha Grupp Trust II 1650 Industrial Road San Carlos, CA 94070-4113** |
| | List the contract number of any government contract | | |

| 2.1647. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Nanuet Super Sport dated 12/14/2013** | |
| | State the term remaining | **Undetermined** | **The Retail Property Trust Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |

| 2.1648. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 729 Nanuet Super Sport dated 12/21/2013** | |
| | State the term remaining | **12/31/2028** | **The Retail Property Trust 5205 Fashion Drive Nanuet, NY 10954-2751** |
| | List the contract number of any government contract | | |

| 2.1649. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Beaverton Sport dated 12/17/2003** | |
| | State the term remaining | **Undetermined** | **The Round Owner LLC 810 NW Marshall Street Suite 300 Portland, OR 97209** |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1650.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement dated 03/17/2016**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**The St. Louis Rams, LLC**
**Attn: General Counsel**
**One Rams Way**
**Earth City, MO 63045**

---

**2.1651.** State what the contract or lease is for and the nature of the debtor's interest

**Marks Rights Agreement dated 08/26/2003**

State the term remaining — **Potentially Expired**

List the contract number of any government contract

**The United States Olympic Committee**
**Attn: General Counsel**
**One Olympic Plaza**
**Colorado Springs, CO 80909**

---

**2.1652.** State what the contract or lease is for and the nature of the debtor's interest

**Project Agreement for Architectural/Engineering Consultant Services dated 01/03/2019**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Think Architecture, Inc.**
**Attn: General Counsel**
**5151 South 900 East**
**Suite 200**
**Salt Lake City, UT 84117**

---

**2.1653.** State what the contract or lease is for and the nature of the debtor's interest

**Agreement for Consultant Services dated 02/27/2019**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Think Architecture, Inc.**
**Attn: General Counsel**
**5151 South 900 East**
**Suite 200**
**Salt Lake City, UT 84117**

---

**2.1654.** State what the contract or lease is for and the nature of the debtor's interest

**Architectural and Engineering Consulting Services Contract Parker South 20 dated 01/31/2019**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Think Architecture, Inc.**
**Attn: General Counsel**
**5151 South 900 East**
**Suite 200**
**Salt Lake City, UT 84117**

---

**2.1655.** State what the contract or lease is for and the nature of the debtor's interest

**Project Agreement for Architectural/Engineering Consultant Services dated 04/15/2019**

State the term remaining — **Undetermined**

**Think Architecture, Inc.**
**Attn: General Counsel**
**5151 South 900 East**
**Suite 200**
**Salt Lake City, UT 84117**

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name         Middle Name         Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.1656. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Architectural/Engineering Consultant Services dated 08/21/2019** | **Think Architecture, Inc. Attn: General Counsel 5151 South 900 East Suite 200 Salt Lake City, UT 84117** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1657. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement dated 08/21/2019** | **Think Architecture, Inc. Attn: General Counsel 5151 South 900 East Suite 200 Salt Lake City, UT 84417** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1658. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for Architectural/Engineering Consultant Services dated 09/03/2019** | **Think Architecture, Inc. Attn: General Counsel 5151 South 900 East Suite 200 Salt Lake City, UT 84117** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1659. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 08/20/2018** | **Throtle Data, Inc. Attn: General Counsel 141 West Front Street #410 Red Bank, NJ 07701** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1660. | State what the contract or lease is for and the nature of the debtor's interest | **Data Management and Services Agreement dated 08/20/2018** | **Throtle, Inc. Attn: General Counsel 141 West Front Street Suite 410 Red Bank, NJ 07701** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1661. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 07/21/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Time Warner Cable Business Services**<br>**Attn: Evan Davis**<br>**13820 Sunrise Valley Drive**<br>**Herndon, VA 20171** |
| | List the contract number of any government contract | | |

| 2.1662. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 07/09/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Time Warner Cable Enterprises LLC**<br>**Attn: General Counsel**<br>**1511 Cravens Ave**<br>**Torrance, CA 90501** |
| | List the contract number of any government contract | | |

| 2.1663. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 07/09/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Time Warner Cable Enterprises LLC**<br>**Attn: General Counsel**<br>**1511 Cravens Ave**<br>**Torrance, CA 90501** |
| | List the contract number of any government contract | | |

| 2.1664. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Service Order dated 03/24/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Time Warner Cable Inc.**<br>**Attn: General Counsel**<br>**17777 Center Court Drive**<br>**Cerritos, CA 90703** |
| | List the contract number of any government contract | | |

| 2.1665. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 06/05/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Time Warner Cable LLC**<br>**Attn: General Counsel**<br>**60 Columbus Circle**<br>**New York, NY 10023** |
| | List the contract number of any government contract | | |

| 2.1666. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Murrieta Active dated 04/13/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **TKG MURRIETTA PLAZA LLC**<br>**211 North Stadium Blvd**<br>**Suite 201**<br>**Columbia, MD 65203** |
| | List the contract number of any | | |

| Debtor 1 | 24 Hour Fitness USA, Inc. | | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1667. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Northridge Super Sport dated 04/30/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **TKG Nordhoff-Tampa Plaza, LLC c/o TKG Management 211 N. Stadium Blvd. Ste 201 Columbia, MO 65203** |
| | List the contract number of any government contract | | |

| 2.1668. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 866 Northridge Super Sport dated 04/30/2010** | |
|---|---|---|---|
| | State the term remaining | **4/29/2030** | **TKG Nordhoff-Tampa Plaza, LLC 19350 Nordhoff Street, Unit D Northridge, CA 91324-2498** |
| | List the contract number of any government contract | | |

| 2.1669. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Equipment dated 10/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Torque Fitness LLC Attn: General Counsel 9365 Holly Street NW Coon Rapids, MN 55433** |
| | List the contract number of any government contract | | |

| 2.1670. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Costa Mesa Sport dated 12/09/1985** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **TR Costa Mesa Courtyards LLC c/o Vestar Property Management Attn: Property Mgr Costa Mesa Courtyards 7575 Carson Blvd. Long Beach, CA 90808** |
| | List the contract number of any government contract | | |

| 2.1671. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 185 Costa Mesa Sport dated 11/01/1996** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **TR Costa Mesa Courtyards LLC 555 West 19th Street Costa Mesa, CA 92627-2753** |
| | List the contract number of any government contract | | |

| 2.1672. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for La Cienega Sport dated 12/22/2004** | **TR Wateridge LLC c/o Holland & Knight LLP Attn: James T. Mayer, Esq. 131 South Dearborn St Chicago, IL 60603** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

| 2.1673. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 490 La Cienega Sport dated 12/22/2004** | |
|---|---|---|---|
| | State the term remaining | **12/31/2029** | **TR Wateridge LLC** |
| | List the contract number of any government contract | | **5045 West Slauson Avenue** |
| | | | **Los Angeles, CA 90056-1651** |

| 2.1674. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Orange Super Sport dated 08/10/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Transform Holdco LLC** |
| | | | **Attn: Vice President - Real Estate** |
| | List the contract number of any government contract | | **3333 Beverly Road** |
| | | | **Dept. 824RE** |
| | | | **Hoffman, IL 60179** |

| 2.1675. | State what the contract or lease is for and the nature of the debtor's interest | **Sublessee for location at 922 Orange Super Sport dated 08/10/2013** | |
|---|---|---|---|
| | State the term remaining | **2/29/2024** | **Transform Holdco LLC** |
| | List the contract number of any government contract | | **2102 North Tustin Street** |
| | | | **Orange, CA 92865-3702** |

| 2.1676. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Bernardino Super Sport dated 12/12/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Tri Cities Harriman, LLC** |
| | | | **c/o Tri Cities Harriman LLC** |
| | List the contract number of any government contract | | **Attn: Brien Stronach** |
| | | | **2001 South Barrington Ave.** |
| | | | **Los Angeles, CA 90025** |

| 2.1677. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 933 San Bernardino Super Sport dated 12/12/2015** | |
|---|---|---|---|
| | State the term remaining | **12/31/2030** | **Tri Cities Harriman, LLC** |
| | List the contract number of any government contract | | **897 East Harriman Place** |
| | | | **San Bernardino, CA 92408-3563** |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-11561**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1678. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Equipment dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Tri-Dim Filter Corporation Attn: General Counsel Tri-Dim Filter Corporation 93 Industrial Drive Louisa, VA 23093** |
| | List the contract number of any government contract | | |

| 2.1679. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement for Equipment - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Tri-Dim Filter Corporation Attn: General Counsel Tri-Dim Filter Corporation 93 Industrial Drive Louisa, VA 23093** |
| | List the contract number of any government contract | | |

| 2.1680. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement For Equipment dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Tri-Dim Filter Corporation Attn: General Counsel 93 Industrial Drive Louisa, VA 23093** |
| | List the contract number of any government contract | | |

| 2.1681. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 07/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Tri-Dim Filter Corporation Attn: General Counsel 93 Industrial Drive Louisa, VA 23093** |
| | List the contract number of any government contract | | |

| 2.1682. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Ramsey Crescent Ave Super Sport dated 01/14/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Triangle 17 Center LLC c/o AAC Management Corp. Attn: GC 150 East 58th Street 39th Floor New York, NY 10155** |
| | List the contract number of any government contract | | |

| 2.1683. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 641 Ramsey Super Sport dated 12/31/2016** | |
|---|---|---|---|
| | State the term remaining | **12/31/2032** | **Triangle 17 Center LLC 150 Triangle Plaza Ramsey, NJ 07446** |
| | List the contract number of any | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| **2.1684.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Costa Mesa Newport Super Sport dated 11/19/2011**<br><br>**Undetermined** | **Triangle Center LLC**<br>**c/o Cannon Management, Attn: Jackson Foo**<br>**10850 Wilshire Blvd.**<br>**Ste 1000**<br>**Los Angeles, CA 90024** |
| **2.1685.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lessee for location at 891 Costa Mesa Newport Super Sport dated 11/19/2011**<br>**12/31/2026** | **Triangle Center LLC**<br>**1870 Harbor Blvd**<br>**B4**<br>**Costa Mesa, CA 92627-5022** |
| **2.1686.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Services  dated 05/02/2017**<br><br>**Undetermined** | **Trintech Inc.**<br>**Attn: Contracts Department**<br>**15851 Dallas Parkway**<br>**Suite 900**<br>**Addison, TX 75001** |
| **2.1687.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement for Tropicana Super Sport dated 08/01/2000**<br><br>**Undetermined** | **Trop 2015 Holdings LLC**<br>**c/o Great American Capital**<br>**8350 W. Sahara Avenue**<br>**Ste. 210**<br>**Las Vegas, NV 89117** |
| **2.1688.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Client Services Agreement dated 10/05/2017**<br><br>**Undetermined** | **TTS Search, Inc.**<br>**Attn: General Counsel**<br>**2588 El Camino Real**<br>**Suite F-204**<br>**Carlsbad, CA 92008** |
| **2.1689.** State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated 10/05/2017** | **TTS Search, Inc.**<br>**Attn: General Counsel**<br>**2588 El Camino Real**<br>**Suite F-204**<br>**Carlsbad, CA 92008** |

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number (*if known*)   **20-11561**
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Undetermined** | |
| List the contract number of any government contract | |

| 2.1690. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Tysons Corner Super Sport dated 08/14/2013** | **Tysons West Retail, LLC c/o Rappaport Management Company 8405 Greensboro Drive 8th Floor McLean, MD 22102** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1691. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Renewal Agreement dated 01/01/2013** | **U.S. Olympic Committee Attn: General Counsel 1 Olympic Plaza Colorado Springs, CO 80909** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1692. | State what the contract or lease is for and the nature of the debtor's interest | **Marks Rights Agreement dated 05/01/2016** | **U.S. Olympic Committee Attn: General Counsel 1 Olympic Plaza Colorado Springs, CO 80909** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1693. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 08/05/2016** | **U.S. Olympic Committee Attn: General Counsel 1 Olympic Plaza Colorado Springs, CO 80909** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1694. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Paramus Super Sport dated 05/14/2012** | **UE Bergen East LLC Urban Edge Properties Attn: Chief Operating Officer 210 Route 4 East Paramus, NJ 07652** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1695.** State what the contract or lease is for and the nature of the debtor's interest
**Lessee for location at 616 Paramus Super Sport dated 12/14/2011**

State the term remaining
**12/31/2031**

List the contract number of any government contract
**UE BERGEN EAST LLC - V0000414215
260 East Route-4
Paramus, NJ 07652-5169**

---

**2.1696.** State what the contract or lease is for and the nature of the debtor's interest
**Authorized Dealer Agreement dated 09/19/2014**

State the term remaining
**Undetermined**

List the contract number of any government contract
**Under Armour, Inc.
Attn: Ashley Robinson
PO Box 791022
Baltimore, MD 21279-1022**

---

**2.1697.** State what the contract or lease is for and the nature of the debtor's interest
**Authorized Dealer Agreement dated 09/19/2014**

State the term remaining
**Undetermined**

List the contract number of any government contract
**Under Armour, Inc.
Attn: Ashley Robinson
PO Box 791022
Baltimore, MD 21279-1022**

---

**2.1698.** State what the contract or lease is for and the nature of the debtor's interest
**Service Agreement dated 04/16/2011**

State the term remaining
**Undetermined**

List the contract number of any government contract
**United Laundry & Linen Corporation
Attn: General Counsel
PO Box 266
Cliffside Park, NJ 07010**

---

**2.1699.** State what the contract or lease is for and the nature of the debtor's interest
**Service Agreement dated 04/01/2010**

State the term remaining
**Undetermined**

List the contract number of any government contract
**United Laundry, Inc.
Attn: General Counsel
PO Box 143
Cliffside Park, NJ 07010**

---

**2.1700.** State what the contract or lease is for and the nature of the debtor's interest
**Service Agreement - Not Dated**

State the term remaining
**Undetermined**

List the contract number of any
**United Laundry, Inc.
Attn: General Counsel
PO Box 143
Cliffside Park, NJ 07010**

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1701. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - Not Dated** | |
| | State the term remaining | **Undetermined** | **United Laundry, Inc.**<br>**Attn: General Counsel**<br>**PO Box 143**<br>**Cliffside Park, NJ 07010** |
| | List the contract number of any government contract | | |

| 2.1702. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for San Ramon Super Sport dated 06/15/1999** | |
| | State the term remaining | **1,308 Days** | **United Parcel Service Inc**<br>**Attn: Real Estate Manager**<br>**25201 Paseo De Alicia, Suite 200**<br>**Laguna, CA 92653** |
| | List the contract number of any government contract | | |

| 2.1703. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 512 San Ramon Super Sport dated 01/15/1999** | |
| | State the term remaining | **1/14/2024** | **United Parcel Service Inc**<br>**4450 Norris Canyon Road**<br>**San Ramon, CA 94583-5415** |
| | List the contract number of any government contract | | |

| 2.1704. | State what the contract or lease is for and the nature of the debtor's interest | **Transportation Agreement  dated 02/21/2018** | |
| | State the term remaining | **Undetermined** | **United Parcel Service, Inc.**<br>**Attn: General Counsel**<br>**55 Glenlake Parkway**<br>**Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

| 2.1705. | State what the contract or lease is for and the nature of the debtor's interest | **Transportation Agreement  - Not Dated** | |
| | State the term remaining | **Undetermined** | **United Parcel Service, Inc.**<br>**Attn: General Counsel**<br>**55 Glenlake Parkway**<br>**Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

| 2.1706. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Carrier Agreement and Addendum dated 01/23/2006** | **United Parcel Service, Inc.**<br>**Attn: General Counsel**<br>**55 Glenlake Parkway**<br>**Atlanta, GA 30328** |

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name      Middle Name      Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

---

| 2.1707. | State what the contract or lease is for and the nature of the debtor's interest | **Carrier Agreement and Addenda dated 02/01/2006** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **United Parcel Service, Inc. Attn: General Counsel 55 Glenlake Parkway Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

---

| 2.1708. | State what the contract or lease is for and the nature of the debtor's interest | **Carrier Agreement dated 12/13/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **United Parcel Service, Inc. Attn: General Counsel 55 Glenlake Parkway Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

---

| 2.1709. | State what the contract or lease is for and the nature of the debtor's interest | **UPS Incentive Program Agreement dated 12/29/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **United Parcel Service, Inc. Attn: General Counsel 55 Glenlake Parkway Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

---

| 2.1710. | State what the contract or lease is for and the nature of the debtor's interest | **UPS Incentive Program Agreement dated 12/29/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **United Parcel Service, Inc. Attn: Sharon J.J. Tinker 8475 Pardee Drive Oakland, CA 94621** |
| | List the contract number of any government contract | | |

---

| 2.1711. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 05/13/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **United States Building Cleaning Inc.** |

---

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1712.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for UTC Super Sport dated 01/21/2013**

State the term remaining — **Undetermined**

List the contract number of any government contract — _____

**UNIVERSITY TOWNE CENTRE LLC
UTC VENTURE, LLC
c/o Westfield, LLC Lease Administration
11601 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90025**

---

**2.1713.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 888 UTC Super Sport dated 12/15/2012**

State the term remaining — **12/31/2028**

List the contract number of any government contract — _____

**UNIVERSITY TOWNE CENTRE LLC - V271
4425 La Jolla Village Drive
San Diego, CA 92122-1219**

---

**2.1714.** State what the contract or lease is for and the nature of the debtor's interest — **Master Serivces Agreement  dated 08/28/2007**

State the term remaining — **Undetermined**

List the contract number of any government contract — _____

**UPS Supply Chain Solutions, Inc.
Contracts and Compliance Department
12380 Morris Road
Alpharetta, GA 30005**

---

**2.1715.** State what the contract or lease is for and the nature of the debtor's interest — **Amended and Restated Master Service Agreement dated 01/01/2015**

State the term remaining — **Undetermined**

List the contract number of any government contract — _____

**UPS Supply Chain Solutions, Inc.
Contracts and Compliance Department
12380 Morris Road
Alpharetta, GA 30005**

---

**2.1716.** State what the contract or lease is for and the nature of the debtor's interest — **Amended and Restated Master Services Agreement dated 01/01/2015**

State the term remaining — **Undetermined**

List the contract number of any government contract — _____

**UPS Supply Chain Solutions, Inc.
Attn: Contracts Compliance Department
12380 Morris Road
Alpharetta, GA 30005**

---

**2.1717.** State what the contract or lease is for and the nature of the debtor's interest — **Service and Rate Interim Agreement dated 03/07/2011**

State the term remaining — **Undetermined**

List the contract number of any

**UPS Supply Chain Solutions, Inc.
Attn: Contracts Compliance Department
12380 Morris Road
Alpharetta, GA 30005**

---

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.1718. | State what the contract or lease is for and the nature of the debtor's interest | **Services and Rate Interim Agreement dated 03/07/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **UPS Supply Chain Solutions, Inc.** **Attn: Contracts Compliance Department** **12380 Morris Road** **Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.1719. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 08/28/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **UPS Supply Chain Solutions, Inc.** **Attn: General Counsel** **12380 Morris Road** **Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.1720. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 08/30/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **UPS Supply Chain Solutions, Inc.** **Attn: General Counsel** **12380 Morris Road** **Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.1721. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 12/27/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **US Cloud LC** **Attn: General Counsel** **1714 Gilsinn Lane** **St. Louis, MO 63026** |
| | List the contract number of any government contract | | |

| 2.1722. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Downey Super Sport dated 12/05/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **US VI Downey, LLC** **c/o Northwood Investors, LLC** **11355 W. Olympic Blvd** **Ste 100** **Los Angeles, CA 90064** |
| | List the contract number of any government contract | | |

| 2.1723. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 877 Downey Super Sport dated 12/05/2015** | **US VI Downey, LLC** **8810 Apollo Way** **Downey, CA 90242** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*   **20-11561**
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **12/31/2030** | |
| List the contract number of any government contract | | |

| 2.1724. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Agreement and Exhibits dated 10/01/2015** | **USGN, Inc.** **Attn: Douglas Sperr, CEO** **1430 East Missouri Avenue** **Suite 269** **Pheonix, AZ 85014** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1725. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Aurora Chambers Sport dated 12/05/2008** | **Vallejo Investments LLC** **City Center LLC** **c/o Panorama Property Management** **5500 E. Yale Ave** **Denver, CO 80222** |
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | |

| 2.1726. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 437 North Aurora Chambers Rd Sport dated 12/05/2008** | **Vallejo Investments, LLC** **512 S. Chambers Road** **Aurora, CO 80017-3606** |
| | State the term remaining | **9/30/2029** | |
| | List the contract number of any government contract | | |

| 2.1727. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 502 Van Ness Sport dated 12/01/1984** | **Van Ness Post Center, LLC** **1200 Van Ness Avenue** **San Francisco, CA 94109-5507** |
| | State the term remaining | **12/31/2022** | |
| | List the contract number of any government contract | | |

| 2.1728. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Van Ness Sport dated 01/01/1996** | **Van Ness Post Center, LLC** **23 Geary Street, Suite 510** **San Francisco, CA 94108** |
| | State the term remaining | **929 Days** | |
| | List the contract number of any government contract | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1729.** State what the contract or lease is for and the nature of the debtor's interest — **Vantage (Vanstar) Constrution Co. Construction Contract (Tamarac, FL) dated 04/04/2018**<br>State the term remaining **Undetermined**<br>List the contract number of any government contract | **Vanstar (Vantage) Construction Co. Attn: James R. Achurch, President 507 Fee Fee Road St. Louis, MO 63043-3217** |
| **2.1730.** State what the contract or lease is for and the nature of the debtor's interest — **Vantage (Vanstar) Constrution Co. Construction Contract dated 04/06/2018**<br>State the term remaining **Undetermined**<br>List the contract number of any government contract | **Vanstar (Vantage) Construction Co. Attn: James R. Achurch, President 507 Fee Fee Road St. Louis, MO 63043-3217** |
| **2.1731.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract Orlando dated 08/10/2018**<br>State the term remaining **Undetermined**<br>List the contract number of any government contract | **Vanstar (Vantage) Construction Co. Attn: James R. Achurch, President 507 Fee Fee Road St. Louis, MO 63043-3217** |
| **2.1732.** State what the contract or lease is for and the nature of the debtor's interest — **Vantage (Vanstar) Constrution Co. Construction Contract dated 08/29/2018**<br>State the term remaining **Undetermined**<br>List the contract number of any government contract | **Vanstar (Vantage) Construction Co. Attn: James R. Achurch, President 507 Fee Fee Road St. Louis, MO 63043-3217** |
| **2.1733.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract dated 12/10/2019**<br>State the term remaining **Undetermined**<br>List the contract number of any government contract | **Vanstar (Vantage) Construction Co. Attn: General Counsel 507 Fee Fee Road Maryland Heights, MO 63043** |
| **2.1734.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Indio Jackson Center Sport dated 10/31/2008**<br>State the term remaining **Undetermined** | **VEREIT Real Estate LP c/o VERIT, Inc., Attn: Asset Manager 2315 E. Camelback Road 9th Floor Phoenix, AZ 85016** |

Debtor 1    **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

| 2.1735. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 921 Indio Jackson St Sport dated 10/31/2008** | |
|---|---|---|---|
| | State the term remaining | **10/31/2033** | **VEREIT Real Estate LP** |
| | List the contract number of any government contract | | **42900 Jackson Street** |
| | | | **Indio, CA 92203-9754** |

| 2.1736. | State what the contract or lease is for and the nature of the debtor's interest | **Media Agency of Record Agreement dated 07/02/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Veritas Media Group, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **1111 Broadway** |
| | | | **3rd Floor** |
| | | | **Oakland, CA 94607** |

| 2.1737. | State what the contract or lease is for and the nature of the debtor's interest | **Media Agency of Record Agreement dated 07/02/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Veritas Media Group, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **1111 Broadway** |
| | | | **3rd Floor** |
| | | | **Oakland, CA 94607** |

| 2.1738. | State what the contract or lease is for and the nature of the debtor's interest | **Media Agency of Record Agreement dated 02/26/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Veritas Media Group, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **1111 Broadway** |
| | | | **Suite 300** |
| | | | **Oakland, CA 94607** |

| 2.1739. | State what the contract or lease is for and the nature of the debtor's interest | **Media Agency of Record Agreement dated 02/26/2020** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Veritas Media Group, LLC** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **1111 Broadway** |
| | | | **Suite 300** |
| | | | **Oakland, CA 94607** |

Debtor 1   **24 Hour Fitness USA, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1740.** State what the contract or lease is for and the nature of the debtor's interest

**Media Agency of Record Agreement and Schedules dated 06/14/2018**

State the term remaining   **Undetermined**

List the contract number of any government contract   _____

**Veritas Media Group, LLC**
**Attn: General Counsel**
**1111 Broadway, 3rd Floor**
**Oakland, CA 94607**

---

**2.1741.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement dated 06/22/2007**

State the term remaining   **Undetermined**

List the contract number of any government contract   _____

**Verizon Business Network Services, Inc.**
**Attn: Customer Service**
**6415-6455 Business Center Drive**
**Highlands Ranch, CO 80130**

---

**2.1742.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement dated 11/30/2007**

State the term remaining   **Undetermined**

List the contract number of any government contract   _____

**Verizon Business Network Services, Inc.**
**Attn: Customer Service**
**6415-6455 Business Center Drive**
**Highlands Ranch, CO 80130**

---

**2.1743.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement dated 01/04/2008**

State the term remaining   **Undetermined**

List the contract number of any government contract   _____

**Verizon Business Network Services, Inc.**
**Attn: Customer Service**
**6415-6455 Business Center Drive**
**Highlands Ranch, CO 80130**

---

**2.1744.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement dated 05/23/2008**

State the term remaining   **Undetermined**

List the contract number of any government contract   _____

**Verizon Business Network Services, Inc.**
**Attn: Customer Service**
**6415-6455 Business Center Drive**
**Highlands Ranch, CO 80130**

---

**2.1745.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement dated 08/27/2008**

State the term remaining   **Undetermined**

List the contract number of any

**Verizon Business Network Services, Inc.**
**Attn: Customer Service**
**6415-6455 Business Center Drive**
**Highlands Ranch, CO 80130**

Debtor 1    **24 Hour Fitness USA, Inc.**                                     Case number *(if known)*    **20-11561**
　　　　　　First Name　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1746. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 07/30/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc. Attn: Customer Service 6415-6455 Business Center Drive Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

| 2.1747. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 03/30/2010** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc. Attn: Customer Service 6415-6455 Business Center Drive Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

| 2.1748. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 09/16/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc. Attn: Customer Service 6415-6455 Business Center Drive Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

| 2.1749. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 04/23/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc. Attn: Customer Service 6415-6455 Business Center Drive Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

| 2.1750. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 01/31/2013** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc. Attn: Customer Service 6415-6455 Business Center Drive Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

| 2.1751. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 07/11/2014** | **Verizon Business Network Services, Inc. Attn: Customer Service 6415-6455 Business Center Drive Highlands Ranch, CO 80130** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Undetermined** | |
| List the contract number of any government contract | | |

---

| 2.1752. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 07/29/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Verizon Business Network Services, Inc.**<br>**Attn: Customer Service**<br>**6415-6455 Business Center Drive**<br>**Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

---

| 2.1753. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 08/27/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc.**<br>**Attn: Customer Service**<br>**6415-6455 Business Center Drive**<br>**Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

---

| 2.1754. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Business Service Agreement dated 10/15/2014** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc.**<br>**Attn: Customer Service**<br>**6415-6455 Business Center Drive**<br>**Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

---

| 2.1755. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement dated 07/21/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc.**<br>**Attn: Customer Service**<br>**6415-6455 Business Center Drive**<br>**Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

---

| 2.1756. | State what the contract or lease is for and the nature of the debtor's interest | **Business Service Agreement - Not Dated** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Verizon Business Network Services, Inc.**<br>**Attn: Customer Service**<br>**6415-6455 Business Center Drive**<br>**Highlands Ranch, CO 80130** |
| | List the contract number of any government contract | | |

---

Debtor 1    **24 Hour Fitness USA, Inc.**                                   Case number (*if known*)    **20-11561**
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1757.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement  - Not Dated**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Verizon Business Network Services, Inc.
Attn: Customer Service
6415-6455 Business Center Drive
Highlands Ranch, CO 80130**

**2.1758.** State what the contract or lease is for and the nature of the debtor's interest

**Service Order Form - Not Dated**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Verizon Business Network Services, Inc.
Attn: Customer Service
6415-6455 Business Center Drive
Highlands Ranch, CO 80130**

**2.1759.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement  dated 05/11/2007**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Verizon Business Network Services, Inc.
Attn: Customer Services
6415-6455 Business Center Drive
Highlands Ranch, CO 80130**

**2.1760.** State what the contract or lease is for and the nature of the debtor's interest

**Settlement Letter and Release dated 07/09/2007**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Verizon Business Network Services, Inc.
Attn: General Counsel
6415-6455 Business Center Drive
Highlands Ranch, CO 80130**

**2.1761.** State what the contract or lease is for and the nature of the debtor's interest

**Business Service Agreement  dated 10/15/2014**

State the term remaining    **Undetermined**

List the contract number of any government contract

**Verizon Business Network Services, Inc.
Attn: General Counsel
One Verizon Way
Basking Ridge, NJ 07920**

**2.1762.** State what the contract or lease is for and the nature of the debtor's interest

**Master Services dated 10/19/2007**

State the term remaining    **Undetermined**

List the contract number of any

**Vertex, Inc.
Attn: Contracts Administration
1041 Old Cassatt Road
Berwyn, PA 19312**

Debtor 1  **24 Hour Fitness USA, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1763. | State what the contract or lease is for and the nature of the debtor's interest | **Software as a Service Agreement dated 12/21/2012** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Vertex, Inc. Attn: Contracts Management 1041 Old Cassatt Road Berwyn, PA 19312** |
| | List the contract number of any government contract | | |

| 2.1764. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement and Statement of Work dated 05/26/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Vertex, Inc. Attn: General Counsel 1041 Old Cassatt Road Berwyn, PA 19312** |
| | List the contract number of any government contract | | |

| 2.1765. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement and Statement of Work dated 05/26/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Vertex, Inc. Attn: General Counsel 1041 Old Cassatt Road Berwyn, PA 19312** |
| | List the contract number of any government contract | | |

| 2.1766. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Carmel Mountain Ranch Super Sport dated 12/07/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **VESTAR CALIFORNIA XXI, L.L.C. c/o Vestar 2425 East Camelback Road, Suite 750 Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |

| 2.1767. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 781 Carmel Mountain Ranch Super Sport dated 12/07/2019** | |
|---|---|---|---|
| | State the term remaining | **12/31/2034** | **VESTAR CALIFORNIA XXI, L.L.C. 14331 Penasquitos Drive San Diego, CA 92129** |
| | List the contract number of any government contract | | |

| 2.1768. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 618 Homestead Super Sport dated 01/12/2019** | **VF4 CRYSTAL LAKE, LLC 3314 NE 7th Street Homestead, FL 33033-4502** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**

     First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining  **1/31/2034** | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1769. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement  dated 08/11/2016** | |
| | State the term remaining | **Undetermined** | **Via Technical , LLC Attn: Natalie Viani 591 Camino De La Reina Suite 929 San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1770. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated 12/01/2015** | |
| | State the term remaining | **Potentially Expired** | **Via Technical , LLC Attn: Natalie Viani 591 Camino De La Reina Suite 929 San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1771. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04/30/2017** | |
| | State the term remaining | **Potentially Expired** | **Via Technical , LLC Attn: Natalie Viani 591 Camino De La Reina Suite 929 San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1772. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement dated 04/30/2017** | |
| | State the term remaining | **Potentially Expired** | **Via Technical , LLC Attn: Natalie Viani 591 Camino De La Reina Suite 929 San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.1773. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 09/30/2017** | |
| | State the term remaining | **Potentially Expired** | **Via Technical , LLC Attn: Natalie Viani 591 Camino De La Reina Suite 929 San Diego, CA 92108** |
| | List the contract number of any government contract | | |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1774. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 09/30/2017** | **Via Technical , LLC** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Attn: Natalie Viani** |
| | List the contract number of any government contract | | **591 Camino De La Reina Suite 929 San Diego, CA 92108** |

| 2.1775. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04/05/2018** | **Via Technical , LLC** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Attn: Natalie Viani** |
| | List the contract number of any government contract | | **591 Camino De La Reina Suite 929 San Diego, CA 92108** |

| 2.1776. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 12/21/2018** | **Via Technical , LLC** |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Attn: Natalie Viani** |
| | List the contract number of any government contract | | **591 Camino De La Reina Suite 929 San Diego, CA 92108** |

| 2.1777. | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT - Not Dated** | **Via Technical , LLC** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Attn: Natalie Viani** |
| | List the contract number of any government contract | | **591 Camino De La Reina Suite 929 San Diego, CA 92108** |

| 2.1778. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Middletown Hwy 35 (Pipeline) dated Based on LL/Permit Delivery** | **Village 35, LP** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Attn: General Counsel** |
| | List the contract number of any government contract | | **3 Manhattanville Road Suite 202 Purchase, NY 10577** |

| 2.1779. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Fairview Super Sport dated 12/17/2019** | **Village FV, Ltd** |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Attn: Robert Dozier** |
| | List the contract number of any | | **2000 McKinney Avenue Suite 1000 Dallas, TX 75201** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1780. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 389 Fairview Super Sport dated 12/21/2019** | |
|---|---|---|---|
| | State the term remaining | **12/31/2034** | **Village FV, Ltd** |
| | List the contract number of any government contract | | **361 Southwind Ln. Fairview, TX 75069** |

| 2.1781. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 090 Hillcrest Active dated 04/01/1999** | |
|---|---|---|---|
| | State the term remaining | **7/31/2028** | **VILLAGE HILLCREST PARTNERS  LP - V15238** |
| | List the contract number of any government contract | | **3965 5th Avenue Suite 100 San Diego, CA 92103-3192** |

| 2.1782. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hillcrest Active dated 04/01/1999** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Village Hillcrest Partners LP Attn: Roberto Brutocao** |
| | List the contract number of any government contract | | **6 Venture, Suite 201 Irvine, CA 92618** |

| 2.1783. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Wayne Town Center Super Sport dated 12/31/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **VNO Wayne Towne Center LLC c/o Vornado Realty Trust Attn: Legal Dept Retail Real Estate Div** |
| | List the contract number of any government contract | | **210 Route 4 East Paramus, NJ 07652** |

| 2.1784. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 02/16/2015** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Vortex Industries, Inc. Attn: Stacey Muto Corporate Accounts Mgr** |
| | List the contract number of any government contract | | **3198-M Airport Loop Drive Costa Mesa, CA 92626** |

| 2.1785. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement dated 02/16/2015** | **Vortex Industries, Inc. Attn: Stacey Muto Corporate Accounts Mgr 3198-M Airport Loop Drive Costa Mesa, CA 92626** |
|---|---|---|---|

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | **Undetermined** |
| | List the contract number of any government contract | |

| 2.1786. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Downtown Long Beach Super Sport dated 06/01/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **W/GL Ocean Avenue LB Holdings VII LLC Attn: One World Trade Center PO Box 60247-0247 Los Angeles, CA 90060-0247** |
| | List the contract number of any government contract | | |

| 2.1787. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 936 Downtown Long Beach Super Sport dated 11/03/2018 5/31/2038** | |
|---|---|---|---|
| | State the term remaining | | **W/GL Ocean Avenue LB Holdings VII LLC 1 World Trade Center, Ste 110 Long Beach, CA 90831** |
| | List the contract number of any government contract | | |

| 2.1788. | State what the contract or lease is for and the nature of the debtor's interest | **GROUP SALES AGREEMENT dated 11/05/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Wailea Beach Resort Attn: General Counsel 3700 Wailea Alanui Wailea, HI 96753** |
| | List the contract number of any government contract | | |

| 2.1789. | State what the contract or lease is for and the nature of the debtor's interest | **Group Sales Agreement dated 11/05/2018** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **Wailea Beach Resort Attn: General Counsel 3700 Wailea Alanui Wailea, HI 96753** |
| | List the contract number of any government contract | | |

| 2.1790. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subcriotion Agreement dated 08/14/2018** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **WalkMe, Inc. Attn: Legal Department 525 Market Street, 37th Floor Suite 500 San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1791.** State what the contract or lease is for and the nature of the debtor's interest — **MASTER SUBSCRIPTION AGREEMENT dated 08/14/2018**

State the term remaining — **Undetermined**

List the contract number of any government contract

**WalkMe, Inc.**
**Attn: Legal Department**
**525 Market Street, 37th Floor**
**Suite 500**
**San Francisco, CA 94105**

**2.1792.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Hillsboro Sport dated 05/01/1999**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Watumull Properties Corp**
**Hillsboro Watumull, LLC**
**307 Lewers Street**
**6th Floor**
**Honolulu, HI 96815**

**2.1793.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 575 Hillsboro Sport dated 05/01/1999**

State the term remaining — **2/1/2021**

List the contract number of any government contract

**Watumull Properties Corp.**
**6095 SE Tualatin Valley Hwy**
**Hillsboro, OR 97123-8181**

**2.1794.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Windward Active dated 07/01/1998**

State the term remaining — **Undetermined**

List the contract number of any government contract

**WCSC LLC**
**86 Frederick Avenue**
**Atherton, CA 94027**

**2.1795.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 559 Windward Active dated 10/01/1998**

State the term remaining — **12/31/2022**

List the contract number of any government contract

**WCSC, LLC**
**45-480 Kaneohe Bay Drive, Suite C-21**
**Suite C-21**
**Kaneohe, HI 96744-2039**

**2.1796.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for San Marcos dated 02/17/2017**

State the term remaining — **Undetermined**

List the contract number of any

**Weingarten Nostat Inc**
**Weingarten Realty Investors**
**2600 Citadel Plaza Drive**
**Suite 125**
**Houston, TX 77008**

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1797. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 180 Chino Hills  Sport dated 03/25/2005** | |
|---|---|---|---|
| | State the term remaining | **3/31/2032** | **WEINGARTEN NOSTAT INC - V0000412434**<br>**4200 Chino Hills Parkway**<br>**Suite 780**<br>**Chino Hills, CA 91709-5839** |
| | List the contract number of any government contract | | |

| 2.1798. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Chino Hills Marketplace Sport dated 05/24/2005** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Weingarten Nostat, Inc.**<br>**2600 Citadel Plaza Drive**<br>**Suite 125**<br>**Houston, TX 77008** |
| | List the contract number of any government contract | | |

| 2.1799. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Town & Country Sport dated 04/22/2008** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Weingarten Realty Inv**<br>**WRC Properties, LLC**<br>**Attn: General Counsel**<br>**PO Box 924133**<br>**Dallas, TX 75303-1074** |
| | List the contract number of any government contract | | |

| 2.1800. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 06/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Wendt Industries, Inc.**<br>**Attn: Michael P. Wendt, President**<br>**25520 Schulte Court**<br>**Tracy, CA 95377** |
| | List the contract number of any government contract | | |

| 2.1801. | State what the contract or lease is for and the nature of the debtor's interest | **Master Purchasing Agreement dated 06/01/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Wendt Industries, Inc.**<br>**Attn: Michael P. Wendt, President**<br>**25520 Schulte Court**<br>**Tracy, CA 95377** |
| | List the contract number of any government contract | | |

| 2.1802. | State what the contract or lease is for and the nature of the debtor's interest | **Endorsement Agreement - Waver Subrogation dated 01/14/2015** | **West Coast Commercial Pools, Inc.**<br>**Attn: General Counsel**<br>**2491 N Cottage Hill Drive**<br>**Orange, CA 92867** |
|---|---|---|---|

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Potentially Expired** | |
| List the contract number of any government contract _____ | |
| 2.1803. State what the contract or lease is for and the nature of the debtor's interest **Revocable Service Agreement dated 03/01/2009** | |
| State the term remaining **Undetermined** | **West Coast Commercial Pools, Inc. Attn: Rich Foley 2491 N Cottage Hill Drive Orange, CA 92867** |
| List the contract number of any government contract _____ | |
| 2.1804. State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for West Hollywood Super Sport dated 02/01/1980** | |
| State the term remaining **807 Days** | **West Hollywood Development Co, LLC Michael Talla 1803 Pontius Avenue Los Angeles, CA 90025** |
| List the contract number of any government contract _____ | |
| 2.1805. State what the contract or lease is for and the nature of the debtor's interest **Lessee for location at 184 West Hollywood Super Sport dated 11/01/1996 8/31/2022** | |
| State the term remaining | **West Hollywood Development Co, LLC 8612 Santa Monica Blvd West Hollywood, CA 90069-4110** |
| List the contract number of any government contract _____ | |
| 2.1806. State what the contract or lease is for and the nature of the debtor's interest **Service Agreement dated 07/24/2017** | |
| State the term remaining **Undetermined** | **West Unified Communications Services, In Attn: Legal Department 8420 West Bryn Mawr Avenue Suite 1100 Chicago, IL 60631** |
| List the contract number of any government contract _____ | |
| 2.1807. State what the contract or lease is for and the nature of the debtor's interest **Service Agreement dated 07/25/2017** | |
| State the term remaining **Undetermined** | **West Unified Communications Services, In Attn: Legal Department 8420 West Bryn Mawr Avenue Suite 1100 Chicago, IL 60631** |
| List the contract number of any government contract _____ | |

Debtor 1   **24 Hour Fitness USA, Inc.**
   First Name          Middle Name          Last Name

Case number *(if known)*   **20-11561**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1808.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order - Service Agreement dated 07/25/2017**

State the term remaining — **Undetermined**

List the contract number of any government contract

**West Unified Communications Services, In**
**Attn: General Counsel**
**8420 West Bryn Mawr Avenue**
**Suite 1100**
**Chicago, IL 60631**

**2.1809.** State what the contract or lease is for and the nature of the debtor's interest — **Connected Audio Services dated 07/25/2017**

State the term remaining — **Undetermined**

List the contract number of any government contract

**West Unified Communications Services, In**
**Attn: General Counsel**
**8420 West Bryn Mawr Avenue**
**Suite 1100**
**Chicago, IL 60631**

**2.1810.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for Woodland Hills Super Sport dated 01/01/2016**

State the term remaining — **Undetermined**

List the contract number of any government contract

**West Valley Owner LLC/21919 Erwin St LLC**
**Attn: Lease Administration**
**2049 Century Park East**
**41st Floor**
**Los Angeles, CA 90067**

**2.1811.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 929 Woodland Hills Super Sport dated 09/19/2015**

State the term remaining — **12/31/2030**

List the contract number of any government contract

**West Valley Owner, LLC**
**6220 N Topanga Canyon Blvd, Ste 2410**
**2410**
**Woodland Hills, CA 91367**

**2.1812.** State what the contract or lease is for and the nature of the debtor's interest — **Lessee for location at 782 Mission Valley Super Sport**

State the term remaining — **Undetermined**

List the contract number of any government contract

**Westfield**
**San Diego, CA**

**2.1813.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for San Mateo Sport dated 09/01/1997**

State the term remaining — **868 Days**

List the contract number of any

**WESTLAKE DMD LLC**
**520 S. El Camino Real 9th Floor**
**San Mateo, CA 94402**

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1814. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 503 San Mateo Sport dated 09/01/1997** | |
|---|---|---|---|
| | State the term remaining | 10/31/2022 | **WESTLAKE DMD LLC 500 S. El Camino Real San Mateo, CA 94402-1707** |
| | List the contract number of any government contract | | |

| 2.1815. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 665 Lake Worth Sport dated 04/10/2009** | |
|---|---|---|---|
| | State the term remaining | 9/30/2030 | **WESTMAR I DFW LLC - V0000415007 6000 Quebec Street Fort Worth, TX 76135-3609** |
| | List the contract number of any government contract | | |

| 2.1816. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Lake Worth Sport dated 02/28/2009** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Westmar I DFW, LLC c/o McGinity & Nodar, LLP Attn: Rudy P Nodar 1300 West Olympic Boulevard Los Angeles, CA 90064** |
| | List the contract number of any government contract | | |

| 2.1817. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pleasanton Super Sport dated 02/09/2011** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **WESTMAR II LP 11300 West Olympic Blvd Suite 620 Los Angeles, CA 90064** |
| | List the contract number of any government contract | | |

| 2.1818. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 836 Pleasanton Willow Super Sport dated 12/10/2010** | |
|---|---|---|---|
| | State the term remaining | 12/31/2031 | **WESTMAR II LP - V0000415549 4770 Willow Road Pleasanton, CA 94588-2762** |
| | List the contract number of any government contract | | |

| 2.1819. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 836 Pleasanton Willow Super Sport dated 12/10/2010** | **WESTMAR II LP - V0000415549 4770 Willow Road Pleasanton, CA 94588-2762** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **12/31/2031** | |
| List the contract number of any government contract | |

---

| | | |
|---|---|---|
| 2.1820. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Whittier Active dated 07/31/2004** | |
| State the term remaining | **Undetermined** | **Whittwood 1768, Inc. 500 North Broadway Ste 210, PO Box 9010 Jericho, NY 11753** |
| List the contract number of any government contract | | |

---

| | | |
|---|---|---|
| 2.1821. State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 123 Whittier Active dated 07/31/2004** | |
| State the term remaining | **7/30/2024** | **Whittwood 1768, Inc. 10125 Whittwood Drive Whittier, CA 90603-2314** |
| List the contract number of any government contract | | |

---

| | | |
|---|---|---|
| 2.1822. State what the contract or lease is for and the nature of the debtor's interest | **Construction K  dated 05/04/2017** | |
| State the term remaining | **Potentially Expired** | **Williams Construction Corporation Attn: General Counsel 2701 West Mansfield Avenue Englewood, CO 80110** |
| List the contract number of any government contract | | |

---

| | | |
|---|---|---|
| 2.1823. State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 07/17/2017** | |
| State the term remaining | **Undetermined** | **Williams Construction Corporation Attn: General Counsel 2701 West Mansfield Avenue Englewood, CO 80110** |
| List the contract number of any government contract | | |

---

| | | |
|---|---|---|
| 2.1824. State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract with Williams Construction Corporation dated 08/28/2018** | |
| State the term remaining | **Undetermined** | **Williams Construction Corporation Attn: General Counsel 2701 West Mansfield Avenue Englewood, CO 80110** |
| List the contract number of any government contract | | |

---

Debtor 1    **24 Hour Fitness USA, Inc.**
    First Name        Middle Name        Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1825.** State what the contract or lease is for and the nature of the debtor's interest — **Williams Construction Corporation, Construction Contract dated 03/14/2019**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Williams Construction Corporation**<br>**Attn: General Counsel**<br>**2701 West Mansfield Avenue**<br>**Englewood, CO 80110** |
| **2.1826.** State what the contract or lease is for and the nature of the debtor's interest — **Williams Construction Corporation, Construction Contract dated 03/19/2019**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Williams Construction Corporation**<br>**Attn: General Counsel**<br>**2701 West Mansfield Avenue**<br>**Englewood, CO 80110** |
| **2.1827.** State what the contract or lease is for and the nature of the debtor's interest — **Williams Construction Corporation, Construction Contract dated 04/25/2019**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Williams Construction Corporation**<br>**Attn: General Counsel**<br>**2701 West Mansfield Avenue**<br>**Englewood, CO 80110** |
| **2.1828.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract-South Parker dated 06/24/2019**<br><br>State the term remaining — **Potentially Expired**<br><br>List the contract number of any government contract | **Williams Construction Corporation**<br>**Attn: General Counsel**<br>**2701 West Mansfield Avenue**<br>**Englewood, CO 80110** |
| **2.1829.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Agreement dated 08/22/2017**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any government contract | **Williams Construction Corporation**<br>**Attn: General Counsel**<br>**2701 West Mansfield Avenue**<br>**Englewood, CO 80110** |
| **2.1830.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Agreement dated 10/19/2017**<br><br>State the term remaining — **Undetermined**<br><br>List the contract number of any | **Williams Construction Corporation**<br>**Attn: General Counsel**<br>**2701 West Mansfield Avenue**<br>**Englewood, CO 80110** |

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| **2.1831.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 11/30/2017** | |
| | State the term remaining | **Undetermined** | **Williams Construction Corporation** **Attn: General Counsel** **2701 West Mansfield Avenue** **Englewood, CO 80110** |
| | List the contract number of any government contract | | |

| **2.1832.** | State what the contract or lease is for and the nature of the debtor's interest | **Construction Agreement dated 02/08/2018** | |
| | State the term remaining | **Undetermined** | **Williams Construction Corporation** **Attn: General Counsel** **2701 West Mansfield Avenue** **Englewood, CO 80110** |
| | List the contract number of any government contract | | |

| **2.1833.** | State what the contract or lease is for and the nature of the debtor's interest | **Change Order for Williams dated 09/27/2019** | |
| | State the term remaining | **Undetermined** | **Williams Construction Corporation** **Attn: General Counsel** **2701 West Mansfield Avenue** **Englewood, CO 80110** |
| | List the contract number of any government contract | | |

| **2.1834.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Victorville Active dated 01/01/1993** | |
| | State the term remaining | **Undetermined** | **Wilmington Victorville LLC** **c/o The Woodmont Company** **Attn: Frederick J. Meno, Receiver** **2100 W. 7th Street** **Fort Worth, TX 76107** |
| | List the contract number of any government contract | | |

| **2.1835.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Bishop Active dated 11/01/1997** | |
| | State the term remaining | **Undetermined** | **WKF, Inc** **1000 Bishop Street** **Suite 810** **Honolulu, HI 96813-3423** |
| | List the contract number of any government contract | | |

| **2.1836.** | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 555 Bishop Active dated 08/01/1998** | **WKF, INC. - V0000123007** **1000 Bishop Street** **Suite 101** **Honolulu, HI 96813-4202** |

Debtor 1    **24 Hour Fitness USA, Inc.**                          Case number *(if known)*    **20-11561**
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | State the term remaining | **2/28/2023** |   |
|---|---|---|---|
|   | List the contract number of any government contract |  |   |

| 2.1837. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Pasadena East Sport dated 12/22/2006** | **WMC Fund, LLC** |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **Attn: Damiam Nusynkier** |
|   | List the contract number of any government contract |  | **1990 NE 163rd Street Suite 209 North Miami Beach, FL 33162** |

| 2.1838. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Woodbridge Township Super Sport dated 05/27/2019** | **Woodbridge Avenel, LLC** |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **c/o JJ Operating Inc.** |
|   | List the contract number of any government contract |  | **112 West 34th Street Suite 2106 New York, NY 10120** |

| 2.1839. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Glenarden Super Sport dated 12/20/2014** | **Woodmore Towne Centre LLC** |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **c/o Petrie Ross Ventures LLC** |
|   | List the contract number of any government contract |  | **Attn: Warren B Duckett III, Esq. 1919 West Street Annapolis, MD 21401** |

| 2.1840. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Austin Sport dated 06/08/1995** | **WPC HOLDCO LLC** |
|---|---|---|---|
|   | State the term remaining | **Undetermined** | **24 HR-TX (TX) Limited Partnership** |
|   | List the contract number of any government contract |  | **c/o W.P. Carey Inc. 50 Rockefeller Plaza New York, NY 10020** |

| 2.1841. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 202 Austin Sport dated 06/01/1991** | **WPC HOLDCO LLC - V0000415806** |
|---|---|---|---|
|   | State the term remaining | **6/30/2022** | **10616 Research Blvd.** |
|   | List the contract number of any government contract |  | **Austin, TX 78759-5709** |

Debtor 1  **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)  **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1842. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Castro Valley Active dated 12/19/1992** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **WRI Southern Industrial Pool, LLC** **2600 Citadel Plaza Drive** **Suite 125** **Houston, TX 77008** |
| | List the contract number of any government contract | | |

| 2.1843. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 514 Castro Valley Active dated 12/01/1992** | |
|---|---|---|---|
| | State the term remaining | **12/31/2029** | **WRI Southern Industrial Pool, LLC (514)** **3839 E. Castro Valley Blvd.** **Castro Valley, CA 94552-4837** |
| | List the contract number of any government contract | | |

| 2.1844. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 543 Paseo Padre Active dated 07/01/1992** | |
|---|---|---|---|
| | State the term remaining | **7/31/2023** | **WRI WEST GATE SOUTH LP - V0000382238** **39300 Paseo Padre Parkway** **Fremont, CA 94538-1629** |
| | List the contract number of any government contract | | |

| 2.1845. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Westminster Active dated 12/21/2007** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **WRI West Gate South, L.P.** **c/o Weingarten Realty Investors,** **Attn: General Counsel** **PO Box 924133** **Houston, TX 77292-4133** |
| | List the contract number of any government contract | | |

| 2.1846. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Paseo Padre Active dated 01/31/1994** | |
|---|---|---|---|
| | State the term remaining | **1,141 Days** | **WRI West Gate South, LP** **Attn: General Counsel** **PO Box 924133** **Houston, TX 77292** |
| | List the contract number of any government contract | | |

| 2.1847. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement dated 04/28/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **XO Communications Services, Inc.** **Attn: General Counsel** **140 S Dearborn St Ste 220** **Chicago, IL 60603-5237** |
| | List the contract number of any | | |

Debtor 1   **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.1848. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement dated 04/28/2010** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **XO Communications Services, Inc.**<br>**Attn: General Counsel**<br>**140 S Dearborn St Ste 220**<br>**Chicago, IL 60603-5237** |
| | List the contract number of any government contract | | |

| 2.1849. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement dated 02/28/2004** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **XO Communications Services, LLC**<br>**Attn: General Counsel**<br>**13865 Sunrise Valley Drive**<br>**Herndon, VA 20171** |
| | List the contract number of any government contract | | |

| 2.1850. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement dated 08/13/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **XO Communications Services, LLC**<br>**Attn: General Counsel**<br>**13865 Sunrise Valley Drive**<br>**Herndon, VA 20171** |
| | List the contract number of any government contract | | |

| 2.1851. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement and Addendum dated 08/13/2014** | |
|---|---|---|---|
| | State the term remaining | **Potentially Expired** | **XO Communications Services, LLC**<br>**Attn: General Counsel**<br>**13865 Sunrise Valley Drive**<br>**Herndon, VA 20171** |
| | List the contract number of any government contract | | |

| 2.1852. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 07/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
| | List the contract number of any government contract | | |

| 2.1853. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 07/01/2016** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
|---|---|---|---|

Debtor 1    **24 Hour Fitness USA, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **20-11561**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Potentially Expired** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.1854. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 07/01/2016** | |
|---|---|---|---|
|  | State the term remaining | **Potentially Expired** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
|  | List the contract number of any government contract | | |

| 2.1855. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 07/01/2017** | |
|---|---|---|---|
|  | State the term remaining | **Potentially Expired** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
|  | List the contract number of any government contract | | |

| 2.1856. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order dated 07/01/2018** | |
|---|---|---|---|
|  | State the term remaining | **Potentially Expired** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
|  | List the contract number of any government contract | | |

| 2.1857. | State what the contract or lease is for and the nature of the debtor's interest | **Supplemental Purchase Order dated 07/01/2019** | |
|---|---|---|---|
|  | State the term remaining | **15 Days** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
|  | List the contract number of any government contract | | |

| 2.1858. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Agreement and Purchase Order dated 01/14/2013** | |
|---|---|---|---|
|  | State the term remaining | **Potentially Expired** | **Yelp, Inc.**<br>**Attn: Vanessa Salviejo**<br>**PO Box 204393**<br>**Dallas, TX 75320-4393** |
|  | List the contract number of any government contract | | |

Debtor 1    **24 Hour Fitness USA, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **20-11561**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1859.** State what the contract or lease is for and the nature of the debtor's interest

**Advertising Agreement dated 07/15/2013**

State the term remaining

**Potentially Expired**

List the contract number of any government contract

**Yelp, Inc.**
**Attn: Vanessa Salviejo**
**PO Box 204393**
**Dallas, TX 75320-4393**

**2.1860.** State what the contract or lease is for and the nature of the debtor's interest

**Supplemental Purchase Order dated 08/01/2013**

State the term remaining

**Potentially Expired**

List the contract number of any government contract

**Yelp, Inc.**
**Attn: Vanessa Salviejo**
**PO Box 204393**
**Dallas, TX 75320-4393**

**2.1861.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Walnut Creek Active dated 10/01/1991**

State the term remaining

**Undetermined**

List the contract number of any government contract

**Ygnacio Center Owner, LLC**
**HINES**
**2033 N. Main Street Suite 210**
**Walnut Creek, CA 94596**

**2.1862.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 272 Washington Sport dated 12/20/2014**

State the term remaining

**2/28/2025**

List the contract number of any government contract

**YIP HOLDINGS TWO LLC - V0000414086**
**567 Floresta Blvd**
**San Leandro, CA 94578-4125**

**2.1863.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement for Rancho Cucamonga Sport dated 02/01/2001**

State the term remaining

**Undetermined**

List the contract number of any government contract

**YNS Enterprise No. 1, LLC**
**c/o Pacific Century Investment, Inc.**
**11799 Sebastian Way**
**Suite 105**
**Rancho Cucamonga, CA 91730**

**2.1864.** State what the contract or lease is for and the nature of the debtor's interest

**Lessee for location at 197 Rancho Cucamonga Sport dated 02/01/2001**

State the term remaining

**1/31/2021**

List the contract number of any

**YNS Enterprise No. 1, LLC**
**11787 Foothill Blvd.**
**Rancho Cucamonga, CA 91730-3907**

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.1865. | State what the contract or lease is for and the nature of the debtor's interest | **Software Development and License Agreement dated 05/24/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Your Trainer, Inc.** |
| | List the contract number of any government contract | | **Attn: CEO** **1514 Roberts Drive** **Jacksonville Beach, FL 32250** |

| 2.1866. | State what the contract or lease is for and the nature of the debtor's interest | **Augmented Staffing Agreement dated 10/01/2019** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Your Trainer, Inc.** |
| | List the contract number of any government contract | | **Attn: CFO** **1514 Roberts Drive** **Jacksonville Beach, FL 32250** |

| 2.1867. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Miami Gardens Super Sport dated 02/01/2021** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Zelprop 24 LLC** |
| | List the contract number of any government contract | | **Galaxy Management** **50 Jackson Ave.** **Syosset, NY 11791** |

| 2.1868. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee for location at 634 Miami Gardens Super Sport dated 12/15/2018** | |
|---|---|---|---|
| | State the term remaining | **1/31/2039** | |
| | List the contract number of any government contract | | **Zelprop 24 LLC** **19371 NW 27th Avenue** **Miami Gardens, FL 33056-2521** |

| 2.1869. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement and Exhibits dated 05/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Zone Aire Systems, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel** **140-18 Foch Boulevard** **Jamaica, NY 11436** |

| 2.1870. | State what the contract or lease is for and the nature of the debtor's interest | **Revocable Services Agreement and Exhibits dated 04/01/2015** | **Zone Aire Systems, Inc.** **Attn: Vinita Singh** **140-18 Foch Boulevard** **Jamaica, NY 11436** |
|---|---|---|---|

| Debtor 1 | **24 Hour Fitness USA, Inc.** | | | Case number *(if known)* | **20-11561** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **Undetermined** | |
| List the contract number of any government contract  _____ | |

| 2.1871. | State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement dated 10/19/2017** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **Zuora, Inc.** **Attn: General Counsel** **1051 E. Hillside Avenue** **Suite 600** **Foster Clty, CA 94404** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name    **24 Hour Fitness USA, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11561**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 24 Hour Fitness Holdings LLC | 1707 Market Place Boulevard, # 200 Irving, TX 75063 | Morgan Stanley Senior Funding, Inc. | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | 24 Hour Fitness Holdings LLC | 1707 Market Place Boulevard, # 200 Irving, TX 75063 | Morgan Stanley Senior Funding, Inc. | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | 24 Hour Fitness United States, Inc. | 1707 Market Place Boulevard, # 200 Irving, TX 75063 | Morgan Stanley Senior Funding, Inc. | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | 24 Hour Fitness United States, Inc. | 1707 Market Place Boulevard, # 200 Irving, TX 75063 | Morgan Stanley Senior Funding, Inc. | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | 24 Hour Fitness Worldwide Inc. | 1707 Market Place Boulevard, # 200 Irving, TX 75063 | Morgan Stanley Senior Funding, Inc. | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  **24 Hour Fitness USA, Inc.**                                    Case number *(if known)*  **20-11561**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **24 Hour Fitness Worldwide Inc.** | **1707 Market Place Boulevard, # 200 Irving, TX 75063** | **Morgan Stanley Senior Funding, Inc.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **24 Hour Holdings II LLC** | **1707 Market Place Boulevard, # 200 Irving, TX 75063** | **Morgan Stanley Senior Funding, Inc.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **24 Hour Holdings II LLC** | **1707 Market Place Boulevard, # 200 Irving, TX 75063** | **Morgan Stanley Senior Funding, Inc.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **RS Fit Holdings LLC** | **1707 Market Place Boulevard, # 200 Irving, TX 75063** | **Morgan Stanley Senior Funding, Inc.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **RS Fit Holdings LLC** | **1707 Market Place Boulevard, # 200 Irving, TX 75063** | **Morgan Stanley Senior Funding, Inc.** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **24 Hour Fitness USA, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-11561**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 27, 2020**    X **/s/ Chris Nelson**

Signature of individual signing on behalf of debtor

**Chris Nelson**

Printed name

**Executive Vice President and Chief Financial Officer**

Position or relationship to debtor